UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated | CIVIL ACTION NO.: 1:25-CV-4490 |
| vs **Plaintiff** | |
| BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA; ET AL | |
| **Defendant** | |

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **6/11/2025** at **11:09 AM** at **129 West 52nd Street, New York, NY 10019**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia**,

by delivering thereat a true copy of each to **Julio Perez** personally, who stated that he/she is **authorized to accept service** thereof.

Description of Person Served Based on Undersigned's Perception:
Gender : Male
Race:  Hispanic
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :161-200 Lbs.
Other :

I affirm on 06/13/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated

CIVIL ACTION NO.: 1:25-CV-4490

vs

*Plaintiff*

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA; ET AL

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **6/11/2025** at **11:09 AM** at **129 West 52nd Street, New York, NY 10019**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Robert Petrosyants**

by delivering thereat a true copy of each to **Julio Perez   [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **129 West 52nd Street, New York, NY 10019**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **06/13/2025**

**c/o Osteria La Baia**

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Male
Race:  Hispanic
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE:  Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 06/13/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated

CIVIL ACTION NO.: 1:25-CV-4490

*Plaintiff*

vs

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA; ET AL

*Defendant*

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in New York, New York

That on **6/11/2025** at **11:09 AM** at **129 West 52nd Street, New York, NY 10019**

undersigned served a(n) **Summons in a Civil Action and Complaint FLSA Collective Action and Rule 23 Class Action Demand for Jury Trial**

on **Marianna Shahmuradyan**

by delivering thereat a true copy of each to **Julio Perez   [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **129 West 52nd Street, New York, NY 10019**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **06/13/2025**

c/o Osteria La Baia

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Male
Race:  Hispanic
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

MILITARY SERVICE:  Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 06/13/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Pimentel
License No.2066974