UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ., on behalf of herself and others Similarly situated. | Case No.: 1:25-cv-04490-AS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| BULLDOZER HOSPOTALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN. | |
| Defendants. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Irene Sinayskaya, Esq., a member of the Court in good standing, of the law firm of Sinayskaya Yuniver, P.C., respectfully enters her appearance as counsel for Defendants Bulldozer Hospitality Group Inc., d/b/a Osteria La Baia, Robert Petrosyants and Marianna Shahmuradyan. All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: June 20, 2025
Brooklyn, NY

SINAYSKAYA YUNIVER, P.C.

*/s/ Irene* Sinayskaya
Irene Sinayskaya, Esq.
710 Avenue U
Brooklyn, NY 11223
t: (718) 402-2240
f: (718) 305-4571
e: Irene@sypcl.com
*Attorneys for Defendant*