# SINAYSKAYA YUNIVER
## — LAW —

June 20, 2025

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

      Re:    ***Katherine Fernandez, on behalf of herself and others similarly situated v. Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia et al***
             **Case No. 1:25-cv-04490-AS**
             **Request for Extension of Time to File Answer**

Dear Honorable Subramanian:

      This firm was just retained as counsel to Defendants Bulldozer Hospitality Group, Inc., Robert Petrosyants, and Marianna Shahmuradyan (collectively, the "Defendants"). Pursuant to Your Honor's Individual Rule III.E, and with the consent of counsel for Plaintiff Katherine Fernandez ("Plaintiff"), we respectfully request an extension of time for Defendants to respond to the Complaint.

      On May 29, 2025, Plaintiff filed her Complaint against the Defendants, and the Summons was issued on May 30 2025. We respectfully request that the time to file the Answer be extended to July 18, 2025. This is Defendants' first request for an extension.

      We thank the Court for its consideration of this request.

                                            Respectfully submitted,

                                            */s/ Irene Sinayskaya*
                                            Irene Sinayskaya, Esq.
                                            SINAYSKAYA YUNIVER, P.C.
                                            710 Avenue U
                                            Brooklyn, NY 11223
                                            T: (718) 402-2240
                                            F: (718) 305-4571
                                            E: Irene@SYPCL.com

SINAYSKAYA YUNIVER, P.C.      Irene@sypcl.com      Steven@sypcl.com

710 AVENUE U • BROOKLYN, NEW YORK 11223      TELEPHONE: 1(718)402-2240
49 WEST 37th. STREET • NEW YORK, NEW YORK 10018      FACSIMILE 1(718)305-7541