CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Osteria La Baia and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Javier Molina
_____
Full Legal Name (Print)

Firmado por:
[signature]
9F77C5AC5644402...
_____
Signature

6/18/2025
_____
Date