CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Osteria La Baia and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Adrian Montor-Peran
_____
Full Legal Name (Print)

*Firmado por:*
[signature]
CF45C7598DF54E4...
_____
Signature

7/2/2025
_____
Date