UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>Plaintiff(s),<br><br>-v-<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>Defendant(s). | Case No.: 1:25-cv-04490-AS<br><br>CORPORATE DISCLOSURE STATEMENT |

1. Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for BULLDOZER HOSPITALITY GROUP INC., d/b/a OSTERIA LA BAIA (a private non-governmental party) certifies that there is no parent corporation or publicly held corporation that owns more than 10% of its membership interest.

2. BULLDOZER HOSPITALITY GROUP INC., d/b/a OSTERIA LA BAIA is a corporation incorporated under the laws of the State of New York, with its principle place of business located in New York State.

Date:   July 18, 2025
        Brooklyn, New York                    SINAYSKAYA YUNIVER, P.C.

                                              */s/ Irene Sinayskaya*
                                              Irene Sinayskaya, Esq.
                                              SINAYSKAYA YUNIVER, P.C.
                                              710 Avenue U
                                              Brooklyn, NY 11223
                                              T: (718) 402-2240
                                              F: (718) 305-4571
                                              E: Irene@sypcl.com