# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

August 20 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fernandez v. Bulldozer Hospitality Group, Inc. et al,*
      No.: 25 CV 4490 (AS)

Dear Judge Subramanian,

We represent Plaintiff in the above-referenced matter. We write to respectfully alert the Court to two typographical errors in the parties proposed case management plan which was submitted to the Court on August 4, 2025. ECF No. 16. Specifically, on July 10, 2025, the parties met and conferred pursuant to Fed. R. Civ. P. Rule 26(f). At that meeting, the parties discussed all the matters set forth in the Court's standard form case management and scheduling order form and agreed that the case would proceed before Your Honor and not before a magistrate judge. Plaintiffs also informed Defendants that the standby their demand to have the case tried to a jury. *See* ECF No. 15. However, in the proposed form that was submitted to the Court at ECF No. 16, the parties inadvertently checked off the incorrect boxes in item numbers 1 and 2 of the proposed plan which incorrectly indicated that case would proceed before a magistrate judge and to a bench trial. Accordingly, we respectfully request that the Court either (a) strike the notations in sections 1 and 2 of the proposed case management plan, or (b) allow the parties to submit a revised plan.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

   s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
cc:     All Counsel of Record     (via ECF)