UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ., on behalf of herself and others Similarly situated.<br><br>                                    Plaintiff,<br><br>    -against-<br><br>BULLDOZER HOSPOTALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN.<br><br>                                    Defendants. | Case No.: 1:25-cv-04490-AS<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Nicholas J. Trotta, Esq., a member of the Court in good standing, from Kahn Yuniver Law, respectfully enters his appearance as counsel for Defendants Bulldozer Hospitality Group Inc., d/b/a Osteria La Baia, Robert Petrosyants, and Marianna Shahmuradyan. All further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: August 26, 2025
       Brooklyn, NY

                                                  KAHN YUNIVER LAW

                                                 */s/ Nicholas Trotta*
                                                 Nicholas J. Trotta, Esq.
                                                 710 Avenue U
                                                 Brooklyn, NY 11223
                                                 t: (718) 402-2240
                                                 f: (718) 305-4571
                                                 e: ntrotta@kypcl.com
                                                 *Attorneys for Defendants*