AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| KATHERINE FERNANDEZ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-4490 |
| BULLDOZER HOSPITALITY GROUP, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 09/05/2025

/s/ Lucas Buzzard
*Attorney's signature*

Lucas Buzzard  LB-0888
*Printed name and bar number*

JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
*Address*

lucas@jk-llp.com
*E-mail address*

(212) 688-5640
*Telephone number*

(212) 981-9587
*FAX number*