# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah M. Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

September 10, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Fernandez v. Bulldozer Hospitality Group, Inc. et al,*
           No.: 25 CV 4490 (AS)

Dear Judge Subramanian,

    We represent the Plaintiffs in the above-referenced matter. In accordance with the Court's September 8, 2025 Order (ECF No. 25), we write on behalf of Plaintiffs and Defendants to respectfully inform the Court that the parties met and conferred yesterday and were able to come to an agreement with respect to pre-certification discovery. Specifically, Defendants agreed to produce the following information by September 26, 2025:

1. Unredacted tip sheets for the first payroll cycles at Osteria La Baia ("OLB") in June and December of each year covered by the limitations period.

2. For the private events at OLB that Defendants already produced records,[1] all records that show where/to whom the 18% gratuity and 3% service charges collected at these events were distributed to the extent such documents exist.

3. For years not covered by records in Exhibit M and N, all records relating to private events that took place at OLB during the first full week of June and December during each year of the limitations period to the extent Defendant held private events and therefore has records for such in the applicable time. (These records include, without limitation, all menus, contracts, Banquet event order forms, invoices, final checks, tip distribution sheets, and external email communications (*i.e.*, emails, text or social media messages with

---

[1] These are Exhibits M and N and Defendants' September 3, 2025 production.

customers), and records that show where/to whom the 18% gratuity and 3% service charge collected at such events were distributed.)

4. Unredacted year-end payroll journals for all tipped employees at OLB for each year covered by the limitations period (for 2025 these records should be "year to date").

5. All wage notices/pay rate acknowledgment forms that Defendants allegedly provided tipped employees who worked at OLB during the limitations period and, as a result of which, Defendants claims they complied with the new hire notice/tip credit notice requirements for the putative class. To the extent Defendants do not have any such records, they will inform Plaintiffs to this effect in writing by the September 26, 2025 production deadline.

As a result of this agreement, Plaintiffs agreed to hold their classwide payroll-related discovery demands in abeyance. However, Plaintiffs reserve their right to seek full classwide discovery, not just the above sampling, in the event a class is certified later in this action.

The Parties respectfully request that the Court So Order the parties' agreement.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

The Court approves the parties' agreement. The initial pretrial conference scheduled for September 11, 2025 at 2:00 PM is cancelled.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 11, 2025