# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah M. Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

October 28, 2025

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Fernandez v. Bulldozer Hospitality Group, Inc. et al,*
              **No.: 25 CV 4490 (AS)**

Dear Judge Subramanian,

      We represent the Plaintiffs in the above-referenced matter. We write to respectfully request that the Court Order to Defendants to appear for depositions before the Court- Ordered discovery cutoff of November 10, 2025.

      By way of brief background, the Court Ordered all depositions in this matter to be completed by October 27, 2025, and all fact discovery to close by November 10, 2025. *See* ECF No. 22. On September 5, 2025, Plaintiffs noticed depositions for all the Named Defendants. In late September 2025, the parties met and conferred about deposition dates and agreed that Defendants Petrosyants's and Bulldozer Hospitality Group, Inc.'s depositions would proceed on October 20, 2025 and Defendant Shahmuradyan's deposition would proceed on October 21, 2025. On Defendants' request, Defendants Petrosyants's and Bulldozer Hospitality Group, Inc.'s depositions were later moved to October 23, 2025.

      On October 16, 2025, counsel for Defendants contacted the undersigned and again requested to reschedule the depositions. Plaintiffs acquiesced and the depositions were rescheduled to take place tomorrow October 29, 2025 and Monday November 3, 2025. Earlier today, counsel for Defendants, Irene Sinayskaya, informed us that Defendants were cancelling tomorrow's deposition as Defendants planned to substitute counsel. Ms. Sinayskaya further informed us via email that she has been "instructed not to perform any further work on this matter, and [is] therefore not authorized to take additional steps." Defendants' purported new counsel was copied on the email as well, and we made clear our intent to pursue the relief requested herein if

we did not receive deposition dates that are before the deadline. To be sure, the undersigned met and conferred with Ms. Sinayskaya telephonically and via videoconference on multiple occasions over the last two months to schedule these depositions and it is clear that Defendants never intended to appear for depositions as they have now been cancelled at the eleventh hour and on the eve of the discovery deadline.

In short, Plaintiffs noticed depositions two months before the discovery deadline. The depositions were scheduled and then adjourned two times after multiple meet and confers only for Defendants' counsel to unilaterally cancel the deposition hours before the first one was to take place and on the eve of the discovery deadline. Moreover, Defendants' counsel indicated that they are unable and/or unauthorized to reschedule those depositions at this time. Given the impending discovery deadline, Defendants are essentially sandbagging Plaintiffs by failing to appear and also making it impossible to reschedule the deposition to take place on time. There is simply no good reason for depositions not to be completed before the Court's Ordered deadline. In light of the foregoing, Plaintiffs respectfully request that the Court Order Defendants (1) to provide three dates that each Defendant is available to be deposed prior to the November 10, 2025 deadline, and (2) to appear for depositions prior to the discovery deadline.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  s/ *Josef Nussbaum*

Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640