UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly sitauted,

                              Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
         October 28, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants
Bulldozer Hospitality Group, Inc.,
Robert Petrosyants, and
Marianna Shahmuradyan*

**VIA ECF**
All counsel of record