# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

October 28, 2025

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

   *Re:* **Fernandez v. Bulldozer Hospitality Group, Inc.,** *et al.*
      <u>Case No.: 1:25-cv-4490 (AS) (GS)</u>

Dear Judge Subramanian:

  This firm is substituting in as counsel to the Defendants in the above-referenced case and respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel.

  Defendants respectfully request that this Court "so Order" the stipulation, and thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
    October 28, 2025      Respectfully submitted,

               **SAGE LEGAL LLC**

               <u>/s/ Emanuel Kataev, Esq.</u>
               Emanuel Kataev, Esq.
               18211 Jamaica Avenue
               Jamaica, NY 11423-2327
               (718) 412-2421 (office)
               (917) 807-7819 (cellular)
               (718) 489-4155 (facsimile)
               emanuel@sagelegal.nyc

               *Attorneys for Defendants*
               *Bulldozer Hospitality Group, Inc.,*
               *Robert Petrosyants, and*
               *Marianna Shahmuradyan*

Enclosure.

**VIA ECF**
All counsel of record