UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,

                        Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                        Defendants.
----------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of SINAYSKAYA YUNIVER, P.C., with offices at 710 Avenue, Brooklyn, NY 11223, as attorneys for the Defendants in the above-captioned case and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
        October 28, 2025

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

Dated: Brooklyn, New York
        October 28, 2025

**SINAYSKAYA YUNIVER, P.C.**

By: _____
Irene Sinayskaya, Esq.
710 Avenue U
Brooklyn, NY 11223
T: (718) 402-2240
F: (718) 305-4571
E: irene@sypcl.com

Dated: New York, New York

      October \_\_\_, 2025

So Ordered:

_____
                                              , U.S.\_\_\_.J.

By:   /s/ Robert Petrosyants, as President
*Bulldozer Hospitality Group, Inc.*

Dated: 10/28/2025

By:   [signature]
*Robert Petrosyants*

Dated: 10.28.2025

By:   [signature]
*Marianna Shahmuradyan*

Dated: 10.28.2025

**VIA ECF**
All counsel of record

2