UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated, | Case No. 1:25-cv-04490-AS |
| *Plaintiff(s)*, | **NOTICE OF DEPOSITION** |
| v. | |
| BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN, | |
| *Defendant(s)*. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that, pursuant to Rules 30 of the Federal Rules of Civil Procedure, Defendants, by their attorneys, Sinayskaya Yuniver P.C., will take the deposition upon oral examination of Adrian Montor-Peran, on October 15, 2025, at 10:00 a.m. at the offices of Kahn Yuniver Law, 710 Avenue U, Brooklyn, New York 11223 or via Zoom or other remote means. The deposition will continue from day to day until complete. The deposition will be taken before a notary public and certified shorthand reporter who will record the deposition by stenographic means.

Dated: September 5, 2025
Brooklyn, New York

Respectfully,

/s/ Irene Sinayskaya Kahn
Irene Sinayskaya Kahn, Esq.
Kahn Yuniver Law
*Attorney for Defendants*
710 Avenue U
Brooklyn, New York 11223
T: (718) 402-2240
F: (718) 305-4571
E: Irene@kypcl.com