UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,

                              Plaintiff,

                -against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                         Defendants.
------------------------------------------------------------------X

**Case No.: 1:25-cv-4490 (AS) (GS)**

**DEFENDANTS' NOTICE OF
DEPOSITION UPON OPT-IN
<u>PLAINTIFF JAVIER MOLINA</u>**

      **PLEASE TAKE NOTICE,** that pursuant to Rule 30 of the Federal Rules of Civil

Procedure (hereinafter referred to as "Rule" or "Rules"), Defendants, by and through their

attorneys, Sage Legal LLC, will take the deposition of opt-in Plaintiff, JAVIER MOLINA,   upon

oral examination of any knowledge or information that is relevant to this action before a Notary

Public or other person authorized to administer oaths at 10:00 a.m. on Wednesday, December 10,

2025, by stenographic, audiovisual, and/or videographic means, at the office of Sage Legal LLC,

1411 Broadway, 29th Floor, New York, NY 10018-1976.   The oral examination will continue for

one day of seven (7) hours until completed.   Plaintiff reserves the right to seek additional time

consistent with Rules 26(b)(1) and (2).

Dated: Jamaica, New York
       November 25, 2025

                         Respectfully submitted,
                         **SAGE LEGAL LLC**
                         <u>*/s/ Emanuel Kataev, Esq.*   </u>
                         Emanuel Kataev, Esq.
                         18211 Jamaica Avenue
                         Jamaica, NY 11423-2327
                         (718) 412-2421 (office)
                         (917) 807-7819 (cellular)
                         (718) 489-4155 (facsimile)
                         emanuel@sagelegal.nyc

                         *Attorneys for Defendants*
                         *Bulldozer Hospitality Group, Inc.*
                         *Robert Petrosyants, and*
                         *Marianna Shahmuradyan*

**<u>VIA E-MAIL</u>**
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*