**From: Josef Nussbaum** jnussbaum@jk-llp.com 📎
**Subject:** Re: OLB - Plaintiffs' availability for depositions
**Date:** November 25, 2025 at 2:59 PM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Maimon Kirschenbaum maimon@jk-llp.com, Lucas Buzzard lucas@jk-llp.com

JN

We're available at 4:15 tomorrow afternoon.

Are you really going to backtrack from your predecessors' agreement to conduct depositions remotely and after your client appeared from Tashkent?

Also, the dates we solicited for you from our clients were based on the understanding that the depositions would be conducted remotely. I can't say that they are available to come in person at the dates/times we provided.

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Date:** Tuesday, November 25, 2025 at 11:36 AM
**To:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>
**Subject:** RE: OLB - Plaintiffs' availability for depositions

Meet-and-confer*

 

# Emanuel Kataev, Esq.

ADMITTED IN NEW YORK,
NEW JERSEY,
AND CONNECTICUT

📞 (718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)

✉ emanuel@sagelegal.nyc

📍 1411 Broadway, 29th Floor
New York, NY 10018-1976

📍 173 54th Street
Brooklyn, NY 11220-2505

📍 45 Glen Cove Road, 2nd Floor
Greenvale, NY 11548-1057

📍 1981 Marcus Avenue, Suite C129
New Hyde Park, NY 11042-1017

📍 1515 Old Northern Boulevard
Roslyn, NY 11576-1127

📍 162 Broadway, 2nd Floor
Amityville, NY 11701-2704

📍 18211 Jamaica Avenue
Jamaica, NY 11423-2327

📍 6829 Main Street,
Flushing, NY 11367

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Sent:** Tuesday, November 25, 2025 8:55 AM
**To:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>
**Subject:** Re: OLB - Plaintiffs' availability for depositions

Please advise of your availability to meet for today so I can write to the court today.

Emanuel Kataev, Esq.

Sage Legal LLC

Sent from my iPhone

---

**From:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Sent:** Tuesday, November 25, 2025 8:53:59 AM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>
**Subject:** Re: OLB - Plaintiffs' availability for depositions

> **Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

Emanuel:

We already agreed with you and with prior counsel that the depositions would be remote. The dates we gave you were for remote depositions, and we will only be producing the witnesses via videoconference.

Please confirm.

Thank you,
Josef

---

**From:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Date:** Tuesday, November 25, 2025 at 8:18 AM
**To:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>
**Subject:** RE: OLB - Plaintiffs' availability for depositions

Good morning, counselors.

I write to confirm that Wednesday, December 3, 2025 at 11:00 AM works for the remaining leg of the 30(b)(6) deposition.

Please also find attached notices of deposition with the agreed upon dates and times for all three (3) Plaintiffs, all of which are noticed to proceed in-person at my Manhattan office.

Regards,



**[remainder of email chain omitted as not relevant]**