**From:** Irene Sinayskaya Irene@kypcl.com
**Subject:** Re: Osteria La Baia
**Date:** September 30, 2025 at 5:16 PM
**To:** Josef Nussbaum jnussbaum@jk-llp.com, Nicholas Trotta ntrotta@kypcl.com
**Cc:** Maimon Kirschenbaum maimon@jk-llp.com, Lucas Buzzard lucas@jk-llp.com, Bhargava Kosuru bkosuru@kypcl.com

Thank you.

I will reconfirm once again with Marianna since I haven't been able to reach her personally - likely Friday or Wednesday of next week - we have a few days of office closures in observance.

Remote is fine for us. Will any of your clients need a translator?

If we don't speak beforehand, wishing all who observe an easy and meaningful fast.

--

Irene Sinayskaya Kahn, Esq.
Managing Partner

T: 718-402-2240
F: 718-305-4571

https://link.edgepilot.com/s/b2bf5e7b/RJ1yFsS7QU_q4fmRBD7s5Q?u=http://www.kypcl.com/

710 Avenue U
Brooklyn, NY 11223

49 West 37th St., 7th Fl.
New York, NY 10018

*Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete the transmission. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Sent:** Tuesday, September 30, 2025 5:08 PM
**To:** Irene Sinayskaya <Irene@kypcl.com>; Nicholas Trotta <ntrotta@kypcl.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Bhargava Kosuru <bkosuru@kypcl.com>
**Subject:** Re: Osteria La Baia

Oh, Nicholas already confirmed Marianna in an email on 9/23. Please let me know either way. I'm checking with the other two plaintiffs for 10/17.

Also, in terms of Nicholas's earlier email, we plan to take the depositions remotely.

**From:** Irene Sinayskaya <Irene@kypcl.com>
**Date:** Tuesday, September 30, 2025 at 4:54 PM
**To:** Josef Nussbaum <jnussbaum@jk-llp.com>, Nicholas Trotta <ntrotta@kypcl.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>, Bhargava Kosuru <bkosuru@kypcl.com>
**Subject:** Re: Osteria La Baia

I have not been able to confirm with Marianna, who I assume is the other defendant you are referring to (let me know if you meant someone else). I am good for 10/21 and I am holding it for her

deposition and will confirm once I hear back from her.

Please confirm 10/17 for the depositions of Javier Molina and Adrian Teran. We anticipate being able to do both on the same day.

--

| | |
|---|---|
| Irene Sinayskaya Kahn, Esq. Managing Partner **Error! Filename not specified.**  | T: 718-402-2240<br>F: 718-305-4571<br><br>https://link.edgepilot.com/s/835bb6a7/wHoN69lISEeX0fTb4-v2Gw?u=http://www.kypcl.com/<br><br>710 Avenue U<br>Brooklyn, NY 11223<br><br>49 West 37th St., 7th Fl.<br>New York, NY 10018 |

*Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete the transmission. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Sent:** Tuesday, September 30, 2025 4:46 PM
**To:** Irene Sinayskaya <Irene@kypcl.com>; Nicholas Trotta <ntrotta@kypcl.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Bhargava Kosuru <bkosuru@kypcl.com>
**Subject:** Re: Osteria La Baia

Hi Irene, Shana tova.

I am good for 10/16 but waiting to hear back from Ms. Fernandez. I'll let you know as soon as I hear from her.

In terms of Defendants' depositions, we can do Robert's deposition together with the corporate deposition on 10/20 and the other defendant's deposition on 10/21.

Please confirm.

Thanks,
Josef

**From:** Irene Sinayskaya <Irene@kypcl.com>
**Date:** Tuesday, September 30, 2025 at 2:57 PM
**To:** Nicholas Trotta <ntrotta@kypcl.com>, Josef Nussbaum <jnussbaum@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Lucas Buzzard <lucas@jk-

**[remainder of email chain omitted as not relevant]**