UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHERINE FERNANDEZ, on behalf of herself
and others similarly situated,

            Plaintiff,

   v.

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS
and MARIANNA SHAHMURADYAN,

            Defendants.

---

No.: 25-cv-04490 (AS)

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff will take the deposition of Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia ("Defendant") at 9:00 am on September 29, 2025 at Plaintiffs' attorneys offices located at 32 Broadway, Suite 601, New York, New York 10004 or via Zoom or other remote means, before a notary and/or other officer authorized to administer oaths, and will continue from this date until completion.

Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendant is required to designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, who are most qualified to testify on behalf of Defendant regarding the Matters for Deposition set forth below. At least seven (7) days in advance of the any session of this deposition, Defendant shall notify Plaintiff of the identity of the designated witness(es).

The designated witness(es) is directed to bring to the deposition any and all documents that they review in preparing for the deposition.

## DEFINITIONS

1.  "Plaintiffs" means all named and opt-in plaintiffs in this action.

2.  "Defendant" or "Osteria La Baia" means Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia.

3.  "Individual Defendants" means Robert Petrosyants and Marianna Shahmuradyan.

4.  "Liability Period" means the period from May 25, 2019 to the time of trial.

5.  "Putative Class Members" means all tipped employees who worked at Osteria La Baia during the Liability Period.

6.  "Events" include, but are not limited to, banquets, private parties, corporate parties, special events, charity events, receptions, fundraisers, bar mitzvas, bat mitzvas, and other similar events held at Osteria La Baia in which Osteria La Baia charged any type of service fee, operations fee, mandatory gratuity, and/or service charge, whether or not so denominated.

## MATTERS DESIGNATED FOR DEPOSITION

1.  Plaintiffs' job titles, job duties, and responsibilities while employed by Defendant.

2.  Putative Class Members' job titles, job duties, and responsibilities while employed by Defendant.

3.  Plaintiffs' work schedules and hours worked.

4.  Putative Class Members' schedules and hours worked during the Liability Period.

5.  Plaintiffs' rate(s) and method(s) of compensation while employed by Defendant.

6.  Putative Class Members' rate(s) and method(s) of compensation while employed by Defendant.

7.    The number and identities of Putative Class Members who worked for Defendant during the Liability Period.

8.    Defendant's policies, practices, and procedures concerning compensation of service employees throughout the Liability Period, including but not limited to policies, practices, and procedures concerning tips/gratuities and who shared in any tips/gratuities.

9.    Defendant's policies, practices, methods, and procedures concerning timekeeping and scheduling for Plaintiffs and the Putative Class Members during the Liability Period, including records Defendant maintained of Plaintiffs' and the Putative Class Members' hours worked.

12.    The job duties of all positions and individuals in Osteria La Baia's tip pools during the Liability Period.

13.    Julio Perez's duties, responsibilities, and compensation while employed by Defendant.

13.    Defendant's policies, practices, and procedures concerning employee hiring, firing, discipline, scheduling, and supervision during the Liability Period.

14.    Defendant's owners and managers throughout the Liability Period.

15.    The Individual Defendants' titles, authority, duties, and responsibilities at Osteria La Baia during the Liability Period.

16.    Employment-related documents that Defendant provided to Putative Class Members during the Liability Period.

17.    Wage notices and wage statements that Defendant provided to Putative Class Members during the Liability Period.

22. Defendant's recordkeeping policies, practices, and procedures during the Liability Period, including but not limited to time records, pay records, personnel files, and other employment documents.

23. Nebula's policies, practices, and procedures with respect to Events tips, gratuities, service fees, service charges, administrative fees, operations fees, and/or service personnel charges, (collectively "Charges") whether mandatory or voluntary, throughout the Liability Period, including, without limitation, policies, practices, and procedures regarding how Osteria La Baia distributed and/or allocated such Charges.

24. Defendant's communications with Events customers regarding the Charges for Events during the Liability Period, including any written communications such as emails or text messages.

25. Documents provided to customers regarding Events during the Liability Period.

26. Booking policies, practices, and procedures for Events during the Liability Period.

27. Defendant's policies, practices, and procedures concerning personnel matters at Osteria La Baia, including but not limited to hiring, firing, scheduling, and discipline of service employees who worked Events.

28. The facts and circumstances surrounding any and all affirmative steps Defendant took to understand and comply with the Fair Labor Standards Act and/or the New York Labor Law.

29. The facts and circumstances surrounding Defendant's knowledge of the Fair Labor Standards Act and/or the New York Labor Law.

30. Previous wage and hour complaints, claims, or lawsuits made against Defendant.

31.   The nature and function of all documents produced by Defendant in discovery in this

action.

Dated: New York, New York
         September 5, 2025                          **JOSEPH & KIRSCHENBAUM LLP**

                                              By:  _s/Josef Nussbaum_
                                                  D. Maimon Kirschenbaum
                                                  Josef Nussbaum
                                                  Lucas C. Buzzard
                                                  32 Broadway, Suite 601
                                                  New York, NY 10004
                                                  212-688-5640

                                                  *Attorneys for Plaintiffs*
                                                  *and the putative class*