# EXHIBIT D

Page 1

1            UNITED STATES DISTRICT COURT

2            SOUTHERN DISTRICT OF NEW YORK

3    _____

4    KATHERINE FERNANDEZ, on Behalf

5    of Herself and Others Similarly

6    Situated,

7            Plaintiff,

8        v.                              No.

9    BULLDOZER HOSPITALITY GROUP,        25-cv-04490(AS)

10   INC., d/b/a OSTERIA LA BAIA;

11   ROBERT PETROSYANTS; and

12   MARIANNA SHAHMURADYAN,

13           Defendants.

14   _____

15    30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR

16    BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

17              BAIA - ROBERT PETROSYANTS

18   DATE:         Tuesday, November 18, 2025

19   TIME:         7:14 p.m. UZT/9:14 a.m. EST

20   LOCATION:     Remote Proceeding

21                 Tashkent, Uzbekistan

22   REPORTED BY:  Laken Urtel

23   JOB NO.:      7753532

24

25

```
                                           Page 122
 1                   R.  PETROSYANTS
 2        yes, they did.
 3   BY MR. NUSSBAUM:
 4        Q    Okay.  And on the occasions that
 5   Julio Perez worked the shift, they all
 6   shared it in a tip pool with Julio Perez;
 7   correct?
 8        A    Yes.
 9        Q    Okay.  And sitting here today,
10   are there any policies at all, that you
11   could tell me, that affected one front-of-
12   the-house tipped employee differently than
13   another?
14             MR. KATAEV:  Objection to form.
15             THE WITNESS:  No.
16   BY MR. NUSSBAUM:
17        Q    Okay.  I'm going to show you
18   another document, that I'm going to mark
19   as Plaintiff's Exhibit 4.
20             (Plaintiff Exhibit 4 was marked
21             for identification.)
22             THE WITNESS:  Josef, how -- how long
23        you think we'll be doing this?
24   BY MR. NUSSBAUM:
25        Q    I'm sorry; I can't answer that
```

```
                                    Page 123

 1                    R.  PETROSYANTS
 2   right now.  So, Mr. Petrosyants, I'm
 3   showing you a document that I am marking
 4   as Plaintiff's Exhibit 4.  I'll represent
 5   to you that this was produced to
 6   plaintiffs by your attorneys in this case.
 7   It's a spreadsheet, and the file name was
 8   2021.  I've just added "Exhibit 4" to the
 9   title of it.
10             Now, are you able to tell me
11   what this document is?
12        A    An Excel sheet.
13        Q    And what is the information in
14   the document?
15        A    You know, probably, the
16   employees at La Baia, yeah.
17        Q    I'm not asking for probably.
18   Are you able to tell me what the
19   information in the spreadsheet means?
20        A    The -- the employees' names and
21   hours.  I -- I just seen this document,
22   Josef.  I don't -- I don't know how
23   to -- how you want me to answer this?
24   Employees' hours and --
25        Q    I want you to --
```

```
 1                    R. PETROSYANTS
 2       A    Yeah, and the, you know, amount
 3  that they got -- amount that says in
 4  column L.  That's all I know.
 5       Q    Okay, I'm asking you to tell me
 6  what you know truthfully or what you've
 7  been prepared to testify on behalf of
 8  Osteria La Baia.
 9       A    I haven't been prepared to
10  testify.  What I see right now, there's a
11  name, there's a position, there's regular
12  overtime hours, and hourly amount.  That's
13  all I see.  That's all I know about this
14  sheet that I'm looking at.
15       Q    Okay.  Do you see, on line 1,
16  there are some headers?  It says
17  "company," "location," et cetera.
18       A    Yeah, yeah, yeah.
19       Q    Okay.  So company for all these
20  people is Bulldozer Hospitality Group
21  Inc.; right?
22       A    Yep.  I mean --
23       Q    And then --
24       A    -- whole thing, but, yeah, I
25  think so.
```

```
 1                    R.  PETROSYANTS
 2      Q    I'm happy to scroll through it.
 3      A    Yeah, yeah, yeah, I believe.
 4      Q    Okay.  And then so, looking at
 5  column C, the header "department," for a
 6  lot of people, it says "BOH" and then
 7  "FOH" and then "management."  So BOH is
 8  back of house, FOH is front of house, and
 9  management are the management employees?
10      A    Can I -- can you show me
11  "manager" so I can tell you by name?
12      Q    Sure.
13      A    Who -- who -- who's that?
14  Santiago [ph]?  I -- I don't --
15  what -- what's the dates on this?
16      Q    Well, the name of this file is
17  "2021."
18      A    I don't -- I don't know who
19  these people are.
20           MR. KATAEV:  Can you zoom in on the
21      exhibit or --
22           THE WITNESS:  I don't know who did
23      this -- I don't know who did this file or
24      how that got created and who these people
25      are because I wasn't part of this.
```

```
                                          Page 126
 1                      R.  PETROSYANTS
 2    BY MR.  NUSSBAUM:
 3        Q    Are you able to testify at all
 4    about this file and files that look like
 5    this one?
 6            MR.  KATAEV:  Objection to form.
 7            THE  WITNESS:  I -- you know,
 8        information I would definitely do testify,
 9        to my best knowledge, but a file like this
10        from 2021, I don't remember whoever was
11        there as a management or back of the
12        house, so I -- I cannot -- I cannot answer
13        that.
14    BY MR.  NUSSBAUM:
15        Q    That's not my question.  I'm
16    asking if you're able to tell me what the
17    information means in this; I'm not asking
18    you about any specific individual.  Do you
19    understand that?
20        A    No.  So ask correct question and
21    ask, you know, direct question.  What do
22    you want me to answer?
23        Q    Okay.  So the last question I
24    asked you was, in column C, where it says
25    "department," "BOH," "FOH," and
```

Page 127

1                    R.  PETROSYANTS

"management," that means back-of-house

2

employees, front-of-house employees, and

3

management employees; correct?

4

5        A    Yes.

6        Q    And then column D, under "job,"

it's the specific job that each employee

7

had within the back of house, front of

8

house, or management; correct?

9

10       A    That's what it says in column D.

11       Q    Okay.  And then column E and F

are the employees' names?

12

13       A    It says last name and first name

in column E and F.  That's -- I assuming

14

that's the last name and first name.

15

16       Q    I'm not asking you to assume;

I'm asking if you know.

17

18       A    I don't know all those people,

man.  I -- how I know -- if you want me to

19

testify if these people work for me or for

20

Bulldozer, I cannot tell you that.

21

22       Q    I didn't ask you that.  This is

a file that was produced by your lawyers

23

in this case, and I'm asking you if you

24

could tell me what the information in this

25

Page 128

```
                          R.  PETROSYANTS
 1
 2    file means.   Those are my questions to
 3    you.
 4         A    So in column E means last name,
 5    and column F means first name.
 6         Q    Okay.  And then employee number.
 7    Everyone has a unique employee number at
 8    Osteria La Baia?
 9         A    Yes.
10         Q    Okay.  And salary type,
11    employees were either paid hourly or
12    salary for some employees; right?
13         A    Yeah, that's exactly what it
14    says, column I.  Yeah.
15         Q    Okay, great.  And then for
16    "earning" -- and I'm going to focus on the
17    front-of-house employees -- it goes
18    "regular," then "spread of hours."  Do you
19    see that?  And "overtime."  Do you see
20    that?
21         A    Yeah.
22         Q    Okay.  And for those lines,
23    that's the amount of regular pay or
24    overtime pay or spread-of-hours pay that
25    employees received, during 2021, at
```

Page 129

                          R. PETROSYANTS

1    Osteria La Baia; correct?

2        A    Yes.

3        Q    Okay.  And then column J,

4    "hours," when it says "regular" or

5    "overtime," that's the total number of

6    regular or overtime hours that each

7    employee worked; correct?

8        A    Yes.

9        Q    So looking at the first entry

10   for front of house, where there's a

11   barback named John Paul [ph] Gutierrez,

12   during 2021, he worked 97.29 hours, or he

13   was paid for 97.29 regular hours at

14   Osteria La Baia; correct?

15       A    I just see the facts that says,

16   in column J, it says 97.29.  It says

17   "regular" to column I and goes down

18   the -- the -- you know, down the line.  I

19   do not know that person got paid whatever

20   you say he got paid.  I have no

21   information of that, and I cannot confirm.

22   It was 2021, when I was not part of the

23   picture.  If you --

24              MR. NUSSBAUM:  For the record,

```
 1                    R. PETROSYANTS
 2       Counselor, we asked for a witness who's
 3       able to testify about the documents that
 4       defendants produced in this lawsuit, and
 5       this witness is saying he's not able to
 6       testify about these documents.
 7            THE WITNESS:  How can I testify about
 8       something that was --
 9            MR. NUSSBAUM:  We call for the
10       production of another witness, who's able
11       to testify --
12            THE WITNESS:  There's no other
13       witness.
14            MR. NUSSBAUM:  -- in accordance with
15       the 30(b)(6) notice.
16            MR. KATAEV:  There's no question
17       pending.
18            We'll meet and confer on the subject.
19       Please proceed with your deposition.
20    BY MR. NUSSBAUM:
21       Q    Mr. Petrosyants, are you able to
22    testify about --
23            MR. NUSSBAUM:  For the record, the
24       witness has stood up, and his camera's
25       empty.
```

```
 1                        R. PETROSYANTS
 2    BY MR. NUSSBAUM:
 3         Q     Mr. Petrosyants, are you able to
 4    testify about any spreadsheets that look
 5    like that?
 6         A     If I know information I will.
 7    If you have information from 2021, I will
 8    not -- I will not testify.
 9         Q     That's helpful.  So you're not
10    prepared to testify about anything that
11    happened at Osteria La Baia in 2021 and
12    2022 --
13         A     What I said --
14         Q     -- before you started working
15    there; is that right?
16              MR. KATAEV:  Objection to form.
17              THE WITNESS:  Yeah, because I don't
18         have a knowledge.
19    BY MR. NUSSBAUM:
20         Q     Pardon?
21         A     Yes, I don't have a knowledge of
22    it.  I cannot testify to something I do
23    not know.
24         Q     About anything that happened in
25    2021 or 2022; is that right?
```

```
                                    Page 132
 1                    R.  PETROSYANTS
 2       A     That  happens  on  your
 3   spreadsheet.   I  do  not  know.
 4       Q     Okay.   And  you  are  not  prepared
 5   at  all  today  to  testify  about  things  that
 6   happened  at  Osteria  La  Baia  in  2021  and
 7   2022;  correct?
 8            MR.  KATAEV:   Objection  to  form.
 9            THE  WITNESS:   You  asked  me  a  direct
10       question,  something  about  the  spreadsheet
11       that  was  sent  to  you  for  2021.   I  told  you
12       my  honest  answer.   My  honest  answer.   I  do
13       not  know  if  those  people  work,  or  I  do  not
14       remember  or  how  much  they  got  paid.   I
15       don't  have  that  information  in  front  of
16       me,  so  there's  nothing  for  me  to  testify,
17       and  there's  nothing  I  can  say.
18   BY  MR.  NUSSBAUM:
19       Q     I'm  going  to  show  you  a  document
20   that  I'm  going  to  mark  as  Plaintiff's
21   Exhibit  5.
22            (Plaintiff  Exhibit  5  was  marked
23            for  identification.)
24            Okay,  Mr.  Petrosyants.   I'm
25   showing  you  my  screen  again.   I'm  sharing
```

```
 1                    R.  PETROSYANTS
 2   my  screen  again.   I'm  showing  you  a
 3   document  that  I  have  marked  as  Plaintiff's
 4   Exhibit  5.   I'll  represent  to  you  that
 5   this  is  a  document  that  was  produced  to  us
 6   by  your  attorneys  in  this  case.   The  file
 7   name  that  they  produced  to  us  was  just
 8   "2024."   I've  just  added  "Exhibit  5"  to
 9   the  title  so  we  know  what  exhibit  it  is.
10            Are  you  familiar  with  this
11   document?
12        A    No.
13        Q    Are  you  able  to  answer  questions
14   about  this  document?
15        A    Depends  on  the  question.
16        Q    Are  you  able  to  tell  me  what  the
17   information  in  this  document  represents?
18        A    It's  represents  department,  job
19   title,  last  name,  first  name,  salary,
20   earnings,  hours,  amounts.   I  don't  know  if
21   they're  correct.
22        Q    You  don't  know  if  they're
23   correct?
24        A    Yeah,  I  don't.   What  --  what  is
25   the  dates  on  this?
```

```
 1                    R.  PETROSYANTS
 2        Q    You tell me.  This was a file
 3   that your attorneys produced to us.  It
 4   said "2024" on it.
 5        A    -- how you want me to look at
 6   the file where it says bunch of last
 7   names, hours, and amounts and testify if
 8   this what -- you know, is it correct or
 9   not?  I just don't understand.  You a
10   experienced law attorney.  You sent
11   something to me without dates,
12   without -- you know, with the last names,
13   overtime, and -- I don't know -- maybe you
14   have more information to it.  Then -- you
15   know, then you send them to me.  Whatever
16   you show me right now, all I see is
17   numbers, last names, titles, and dollar
18   amount.  How can I verify this?
19        Q    Well, again, this is information
20   that was produced to us by your lawyer,
21   and so I'm just doing my job.
22        A    -- saying -- in front of me.
23        Q    I'm just doing my job and trying
24   to understand what this information is.  I
25   don't work at Osteria La Baia, and the
```

Page 135

1                    R.  PETROSYANTS
2    plaintiffs in this lawsuit are entitled to
3    know what the significance is of documents
4    that you and your co-defendants produced
5    in this case.  Do you understand that?
6        A    Yes.  Josef, ask me correct --
7    ask me direct question about someone that
8    you want to know, with all information,
9    full information, and I'll -- I'll try to
10   answer.  When you give me a broad
11   information like this, with a spreadsheet
12   who has a bunch of information, that I
13   cannot answer this because I don't have
14   that information in front of me.  You
15   think I'll remember all this?
16       Q    Yeah.  To be clear, again, I'm
17   not asking you about specific information.
18   I'm asking you generally about the
19   headings, is what I was asking you about.
20       A    Oh, headings, I see --
21       Q    As you can see --
22       A    -- locations, department, job,
23   last name.  I -- I'll verify that.  Oh,
24   I'll see that.  Exactly.  Amazing.  You
25   know, first name, last name, job and

Page 136

1                    R. PETROSYANTS
2    title, department, and earnings, hours,
3    amounts.  I see that.  And then there's a
4    bunch of last names and hours, which I
5    cannot verify at this point.
6         Q    Okay.  Is it correct that, for
7    every front-of-house employee, the row
8    that has "regular" in column I -- do you
9    see that?
10        A    Yeah.
11        Q    Then the hourly rate they
12   received for regular pay is the number in
13   the last column, in column M.
14             MR. KATAEV:  Object --
15             THE WITNESS:  You got to -- if you
16        want to do this right, we got to take this
17        name, take this particular date whenever
18        she was paid, and look at the actual
19        payment, not something that was created
20        Excel or whoever did.  You might change
21        that Excel.  It's Excel sheet.  That might
22        be changed, at any point, by you or your
23        staff or by my staff.  How can I verify
24        this?  This is just a document who was
25        made by anybody.

```
 1                     R. PETROSYANTS
 2    they got -- she got paid.  And whatever
 3    the regular means, to $10, I don't -- I
 4    don't know.
 5         Q    So what would you look at to
 6    verify this?
 7         A    -- I -- what I would look at, I
 8    would go to that particular person.  I
 9    would go back and see if, that person,
10    there's a paycheck for that amount, for
11    that period of time.  I would pull up and
12    said, "Rob, can you verify this paycheck
13    that was paid by Toast for this employee,
14    $10 an hour?"  It says "regular" or "non-
15    regular."  And that -- then I could look
16    at -- at something that's legit and verify
17    it.  How can I verify the Excel sheet,
18    man?
19              MR. NUSSBAUM:  Yes.  I'd like to
20         represent for the record that, earlier in
21         this litigation, plaintiffs sought records
22         of the total amount of hours and rates
23         that the tipped employees were paid during
24         the limitations period, and defendants
25         chose to give us this record in response
```

                          R. PETROSYANTS

1

2      to that request, instead of giving us the

3      paychecks for every single putative class

4      member.

5          To the extent the witness is saying

6      what he's saying right now, we're going to

7      ask for the production of every single

8      paycheck of every single class member so

9      that we can verify this record because

10     that is what the witness is saying we need

11     to do in order to have a productive

12     conversation about this.

13  BY MR. NUSSBAUM:

14     Q    And so my question to you,

15  Mr. Petrosyants, is, are you able to

16  testify at all about any spreadsheet like

17  this one, that we see in Exhibit 5, or any

18  one that looks like it?

19          MR. KATAEV:  Objection to form.

20          You can answer.

21          THE WITNESS:  Can you repeat the

22     question?

23  BY MR. NUSSBAUM:

24     Q    The question is, are you able to

25  testify about this spreadsheet?

Page 140

1                           R. PETROSYANTS
2           A      What exactly your question,
3      Josef?
4           Q      I'll go back to the question I
5      asked you before --
6           A      What do you want me to testify
7      about this Excel sheet?  What do you want
8      me to testify?  That those employees work
9      for me?  I do not remember.  I don't have
10     recollections of -- of all those employees
11     or numbers or hours that they work.
12     I -- I don't remember those numbers.  What
13     exactly you want me to testify?  Can
14     you --
15          Q      I wasn't asking if you --
16          A      -- ask the question -- correct
17     question?
18          Q      So what's the correct question,
19     in your opinion?
20          A      You're asking me to verify this
21     Excel sheet.  I'm looking at Excel sheet.
22     There's a million names, million numbers,
23     and, you know, and the titles.  How you
24     want me to verify?  What do you want,
25     exactly, verify it?

Page 141

```
 1                   R.  PETROSYANTS
 2       Q    Right.  I'm trying to understand
 3  if this record records the total amount of
 4  hours that the tipped employees were paid
 5  at the tip credit rate during 2024.
 6       A    Based on what you show me now, I
 7  do not have the -- my numbers in front of
 8  me, and I cannot verify on this.
 9            MR. NUSSBAUM:  For the record, the
10       last matter that defendant's notice for
11       today's 30(b)(6) deposition was, we asked
12       for a witness that can testify about,
13       quote, "the nature and function of all
14       documents produced by defendant in
15       discovery in this action."
16  BY MR. NUSSBAUM:
17       Q    Mr. Petrosyants, you cannot
18  testify about the nature and function of
19  the two spreadsheets I just showed you;
20  correct?
21       A    Mr. Josef, the two spreadsheets
22  that you just showed me, you don't ask a
23  direct question.  What do you want me to
24  verify it on those two spreadsheets, I do
25  not understand.  Ask direct questions.  I
```

```
                                    Page 142
 1                   R.  PETROSYANTS
 2   will try my best to verify them.
 3        Q    Okay.  Mr. Petrosyants, I'm
 4   showing you Exhibit 5.  Can you tell me
 5   what this document is?
 6        A    Excel sheet.
 7        Q    Okay.  And what is the
 8   information in this document?
 9        A    As it says on the top of --
10   scroll down.  As it says on top of your
11   sheet, it says last name; it says name; it
12   says employee number; it says salary type;
13   earnings; hours; amounts, and all that.
14   What else you want me to verify?
15        Q    Okay.  And so this is a record
16   of the pay that all the employees at
17   Osteria La Baia received in 2024; correct?
18        A    Based on all the employees that
19   I have at Osteria La Baia, and it's more
20   than -- how many you got?  How many you
21   got on this sheet?
22        Q    This sheet has --
23        A    Yeah, all -- employee --
24        Q    -- 670 rows, but I'll note that
25   there are multiple rows for each employee.
```

1                    R. PETROSYANTS

2        A     Okay.  I do not have that

3    information in front of me, and I cannot

4    verify, to my best knowledge.

5        Q     I'm not asking you to verify.

6    Can you tell me what this spreadsheet is?

7    I'm not asking about verification.  Can

8    you tell me what this spreadsheet is?

9        A     I just told you.  It's Excel

10   sheet with names; hours; regular, you

11   know, earnings; hours; the amounts; and

12   whatever the rate, the house -- hourly

13   rate.  That's what it is -- well, that's

14   what it is now --

15       Q     Okay.  And this is a spreadsheet

16   that Osteria La Baia uses in the regular

17   course of business at the company?

18             MR. KATAEV:  Objection to form.

19             THE WITNESS:  No.

20   BY MR. NUSSBAUM:

21       Q     No?  What does this spreadsheet

22   record?

23       A     Company name; location;

24   department; job; last name; first name;

25   employee salary; earnings; hours; amounts,

Page 144

```
 1                    R. PETROSYANTS
 2   hour -- you know, and hourly rate.
 3        Q    Okay.  So now, scrolling down,
 4   I'm going to go to the first front-of-
 5   house employee, and I'm going to go to
 6   line 87.  The first person listed is
 7   Ardak, A-R-D-A-K, last name Barlan,
 8   B-A-R-L-A-N.  And in column I, it says
 9   "regular," and then next to that, it says
10   150.23, so according to this document,
11   Mr. Barlan would've been paid for 150.23
12   hours in 2024; correct?
13        A    According to this document.  You
14   assuming that this document is correct.  I
15   don't know if that's correct document.
16   Probably.  I -- I don't -- I cannot answer
17   that question.  This -- to me, this is
18   just Excel sheet that could be done by
19   anybody, by you, by my employee, but they
20   might made a mistake.  They might scroll
21   things up and down.  I cannot verify this.
22   That's all I'm trying to tell you.  Does
23   that answer your question?
24        Q    And the record, you're one that
25   produced this document; right?
```

```
                                      Page 145
 1                    R.  PETROSYANTS
 2            MR.  KATAEV:  Objection to form.
 3            THE WITNESS:  No, I didn't.
 4   BY MR. NUSSBAUM:
 5       Q    So who produced it?
 6       A    My -- I don't know.  Who did?
 7   What --
 8       Q    Well, there are three defendants
 9   in this lawsuit.  You're not letting me
10   finish.  There are three defendants in
11   this lawsuit: you, your wife, and the
12   corporation.  You're testifying today on
13   behalf of yourself and Bulldozer
14   Hospitality.  Isn't it true that you
15   and/or Bulldozer Hospitality produced this
16   spreadsheet?
17       A    I do not have --
18            MR. KATAEV:  Objection to form.
19            THE WITNESS:  I do not remember or
20        have an answer for that, but you said my
21        attorney produced that document; right?
22   BY MR. NUSSBAUM:
23       Q    Yes, your attorney produced it
24   on your behalf.  Your attorney has an
25   identity with you, sir.
```

Page 146

```
 1                  R.  PETROSYANTS
 2       A     Okay.  So my that attorney
 3  produce this document, she's fired, so I
 4  don't know if she did a correct job or
 5  not.  That's why I hired, you know,
 6  Emanuel.  I like -- I like --
 7       Q     So all of the spreadsheets that
 8  you produced, you're saying you cannot
 9  verify whether or not the information in
10  them is accurate or not.
11       A     100 percent, I cannot.  How can
12  I verify if this -- looking at this right
13  now on the screen that you shared with me,
14  how can I verify that?
15       Q     Okay.  So assuming the
16  underlying information is true -- and I
17  understand you don't want me to hold you
18  to that, but if the underlying information
19  is true and it was plugged in accurately
20  to the spreadsheet, column J, which says
21  150.23 for Mr. Barlan, and column 87, that
22  would be the total number of hours he was
23  paid during 2024; right?
24            MR. KATAEV:  Object --
25            THE WITNESS:  I do not have that
```

```
                                          Page 147

                       R.  PETROSYANTS

 1

 2       information.  I cannot recall it, or I do

 3       not know what you're talking about.

 4       That's it.  That's my answer.  Move on,

 5       please.  Whatever you got to --

 6  BY MR. NUSSBAUM:

 7       Q    And that's true for all these

 8  spreadsheets; right?

 9       A    Yeah.  I cannot verify those.

10  Well, I know the direct answer.  I do not

11  have that --

12       Q    Okay.  What about the

13  information in column L?  Can you tell me

14  what that means?

15       A    To me, that means hour amounts.

16  That's what it says.  I don't know exactly

17  what that means.

18       Q    You don't know exactly what it

19  means.  Okay.  And what about hourly rate,

20  column M?  Could you tell me what that

21  means?

22       A    No.

23       Q    You can't tell me what that

24  means?

25       A    No.
```

Page 148

1                  R.  PETROSYANTS

2          MR.  NUSSBAUM:  All right.  Okay.  So

3     I think we've exhausted the questions with

4     this witness.  We're going to call for a

5     witness that can testify about the

6     spreadsheets that were produced by

7     defendants.

8          And to the extent that defendants'

9     30(b)(6) witness is now calling into

10    question the veracity of the spreadsheets

11    that were produced in this lawsuit, which

12    were produced for the main purpose of

13    summarizing the total amount of hours the

14    tip credit employees were paid during the

15    limitations period, we're going to ask for

16    the production of all the underlying data

17    of the amount of hours that the tipped

18    employees were paid at Osteria La Baia.

19          I would like to take a five-minute

20    break.

21          MR.  KATAEV:  We can meet and confer

22    on the subject, and please follow up in

23    writing.

24          THE REPORTER:  Okay, we are off the

25    record at 11:19.