| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 12/23/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 12/29/2024 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $927.66 | 01/07/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,179.04 | $251.38 | $0.00 | $927.66 |
| **YTD** | $1,179.04 | $251.38 | $0.00 | $927.66 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $13.40 | | | $0.00 |
| Gratuity | $2.70 | | | $0.00 |
| REGULAR | $404.10 | 26.94 | | $15.00 |
| Tips Owed | $758.84 | | | $0.00 |
| **TOTAL** | **$1,179.04** | **26.94** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $13.40 | | |
| Gratuity | Taxable | $2.70 | | |
| REGULAR | Taxable | $404.10 | 26.94 | |
| Tips Owed | Taxable | $758.84 | | |
| **TOTAL** | | **$1,179.04** | **26.94** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $39.65 | $39.65 |
| Federal Income Tax | $63.08 | $63.08 |
| FICA | $73.10 | $73.10 |
| FLI Withholding - NY | $4.57 | $4.57 |
| Medicare | $17.10 | $17.10 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $53.28 | $53.28 |
| **TOTAL** | **$251.38** | **$251.38** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700892 | n/a | XXXXXXXXX | $927.66 |

## Time Away From Work

**Fernandez0001**

| Type | | Start | | End | | Earned | | Taken | | Upcoming | | Available |
|------|--|-------|--|-----|--|--------|--|-------|--|----------|--|-----------|

Case 1:25-cv-04490-AS   Document 50-2   Filed 12/07/25   Page 2 of 34

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 26.94 | $40.41 | | |
| **TOTAL** | | | **$40.41** | **$0.00** | **$40.41** |

**- La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 12/30/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 01/05/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $796.43 | 01/17/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $993.60 | $197.17 | $0.00 | $796.43 |
| **YTD** | $2,172.64 | $448.55 | $0.00 | $1,724.09 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $6.78 | | | $0.00 |
| Gratuity | $32.18 | | | $0.00 |
| REGULAR | $386.70 | 25.78 | | $15.00 |
| Tips Owed | $567.94 | | | $0.00 |
| **TOTAL** | **$993.60** | **25.78** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $20.18 | | |
| Gratuity | Taxable | $34.88 | | |
| REGULAR | Taxable | $790.80 | 52.72 | |
| Tips Owed | Taxable | $1,326.78 | | |
| **TOTAL** | | **$2,172.64** | **52.72** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $31.95 | $71.60 |
| Federal Income Tax | $41.67 | $104.75 |
| FICA | $61.60 | $134.70 |
| FLI Withholding - NY | $3.86 | $8.43 |
| Medicare | $14.41 | $31.51 |
| SDI Withholding - NY | $0.60 | $1.20 |
| State Withholding - NY | $43.08 | $96.36 |
| **TOTAL** | **$197.17** | **$448.55** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700947 | n/a | XXXXXXXX | $796.43 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Case 1:25-cv-04490-AS    Document 50-2    Filed 12/07/25    Page 4 of 34

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 25.78 | $38.67 | | |
| **TOTAL** | | | **$38.67** | **$0.00** | **$38.67** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 01/13/2025 | La Baia |
| Address | SSN | Pay End Date | Department |
| | xxx-xx-4058 | 01/19/2025 | La Baia |
| 5835 GRANGER ST | Net Pay | Check Date | Location |
| CORONA, NY 11368 | $1,089.93 | 01/28/2025 | La Baia |
| | Fed Filing Status | State Filing Status | Job Title |
| | M,0 | NY - M, 0 | Staff |
| | Fed Add. Amount | State Add. Amount | Pay Rate |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,410.04 | $320.11 | $0.00 | $1,089.93 |
| YTD | $3,582.68 | $768.66 | $0.00 | $2,814.02 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $1.60 | | | $0.00 |
| Gratuity | $81.23 | | | $0.00 |
| REGULAR | $492.30 | 32.82 | | $15.00 |
| Tips Owed | $834.91 | | | $0.00 |
| TOTAL | $1,410.04 | 32.82 | 0.00 | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $21.78 | | |
| Gratuity | Taxable | $116.11 | | |
| REGULAR | Taxable | $1,283.10 | 85.54 | |
| Tips Owed | Taxable | $2,161.69 | | |
| TOTAL | | $3,582.68 | 85.54 | 0.00 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $49.39 | $120.99 |
| Federal Income Tax | $90.80 | $195.55 |
| FICA | $87.42 | $222.12 |
| FLI Withholding - NY | $5.47 | $13.90 |
| Medicare | $20.45 | $51.96 |
| SDI Withholding - NY | $0.60 | $1.80 |
| State Withholding - NY | $65.98 | $162.34 |
| TOTAL | $320.11 | $768.66 |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700995 | n/a | XXXXXXXX | $1,089.93 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Case 1:25-cv-04490-AS    Document 50-2    Filed 12/07/25    Page 6 of 34

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 32.82 | $49.23 | | |
| **TOTAL** | | | **$49.23** | **$0.00** | **$49.23** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 01/20/2025 | La Baia |
| Address | SSN | Pay End Date | Department |
| | xxx-xx-4058 | 01/26/2025 | La Baia |
| 5835 GRANGER ST | Net Pay | Check Date | Location |
| CORONA, NY 11368 | $1,147.75 | 02/04/2025 | La Baia |
| | Fed Filing Status | State Filing Status | Job Title |
| | M,0 | NY - M, 0 | Staff |
| | Fed Add. Amount | State Add. Amount | Pay Rate |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,492.39 | $344.64 | $0.00 | $1,147.75 |
| YTD | $5,075.07 | $1,113.30 | $0.00 | $3,961.77 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $177.42 | | | $0.00 |
| REGULAR | $503.85 | 33.59 | | $15.00 |
| Tips Owed | $811.12 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| TOTAL | $1,492.39 | 33.59 | 0.00 | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $293.53 | | |
| REGULAR | Taxable | $1,786.95 | 119.13 | |
| Tips Owed | Taxable | $2,972.81 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| TOTAL | | $5,075.07 | 119.13 | 0.00 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $52.89 | $173.88 |
| Federal Income Tax | $100.68 | $296.23 |
| FICA | $92.53 | $314.65 |
| FLI Withholding - NY | $5.79 | $19.69 |
| Medicare | $21.64 | $73.60 |
| SDI Withholding - NY | $0.60 | $2.40 |
| State Withholding - NY | $70.51 | $232.85 |
| TOTAL | $344.64 | $1,113.30 |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701045 | n/a | XXXXXXXX | $1,147.75 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
| --- | --- | --- | --- | --- | --- | --- |

Case 1:25-cv-04490-AS    Document 50-2    Filed 12/07/25    Page 8 of 34

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
| --- | --- | --- | --- | --- | --- |
| $15.00 | $1.50 | 33.59 | $50.39 | | |
| **TOTAL** | | | **$50.39** | **$0.00** | **$50.39** |

| **Name** | **Employee ID** | **Pay Begin Date** | **Paygroup** |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 01/27/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 02/02/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,072.29 | 02/11/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,384.93 | $312.64 | $0.00 | $1,072.29 |
| **YTD** | $6,460.00 | $1,425.94 | $0.00 | $5,034.06 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $126.60 | | | $0.00 |
| REGULAR | $469.35 | 31.29 | | $15.00 |
| Tips Owed | $788.98 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,384.93** | **31.29** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $420.13 | | |
| REGULAR | Taxable | $2,256.30 | 150.42 | |
| Tips Owed | Taxable | $3,761.79 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| **TOTAL** | | **$6,460.00** | **150.42** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $48.33 | $222.21 |
| Federal Income Tax | $87.79 | $384.02 |
| FICA | $85.87 | $400.52 |
| FLI Withholding - NY | $5.37 | $25.06 |
| Medicare | $20.08 | $93.68 |
| SDI Withholding - NY | $0.60 | $3.00 |
| State Withholding - NY | $64.60 | $297.45 |
| **TOTAL** | **$312.64** | **$1,425.94** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701097 | n/a | XXXXXXXX | $1,072.29 |

## Time Away From Work

Balances as of processing date and could be impacted by accruals and other time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
| --- | --- | --- | --- | --- | --- |
| $15.00 | $1.50 | 31.29 | $46.94 | | |
| **TOTAL** | | | **$46.94** | **$0.00** | **$46.94** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 02/03/2025 | La Baia |
| Address | SSN | Pay End Date | Department |
| | xxx-xx-4058 | 02/09/2025 | La Baia |
| 5835 GRANGER ST | Net Pay | Check Date | Location |
| CORONA, NY 11368 | $1,276.56 | 02/18/2025 | La Baia |
| | Fed Filing Status | State Filing Status | Job Title |
| | M,0 | NY - M, 0 | Staff |
| | Fed Add. Amount | State Add. Amount | Pay Rate |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,675.85 | $399.29 | $0.00 | $1,276.56 |
| YTD | $8,135.85 | $1,825.23 | $0.00 | $6,310.62 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $212.70 | | | $0.00 |
| REGULAR | $591.60 | 39.44 | | $15.00 |
| Tips Owed | $871.55 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| TOTAL | $1,675.85 | 39.44 | 0.00 | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $632.83 | | |
| REGULAR | Taxable | $2,847.90 | 189.86 | |
| Tips Owed | Taxable | $4,633.34 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| TOTAL | | $8,135.85 | 189.86 | 0.00 |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $60.69 | $282.90 |
| Federal Income Tax | $122.70 | $506.72 |
| FICA | $103.90 | $504.42 |
| FLI Withholding - NY | $6.50 | $31.56 |
| Medicare | $24.30 | $117.98 |
| SDI Withholding - NY | $0.60 | $3.60 |
| State Withholding - NY | $80.60 | $378.05 |
| TOTAL | $399.29 | $1,825.23 |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701150 | n/a | XXXXXXXXX | $1,276.56 |

## Time Away From Work

**Fernandez0011**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Case 1:25-cv-04490-AS    Document 50-2    Filed 12/07/25    Page 12 of 34

Balances as of processing date and could be impacted by accruals and other time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $15.00 | $1.50 | 39.44 | $59.16 | | |
| **TOTAL** | | | **$59.16** | **$0.00** | **$59.16** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 02/17/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 02/23/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $919.53 | 03/04/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,167.47 | $247.94 | $0.00 | $919.53 |
| **YTD** | $9,303.32 | $2,073.17 | $0.00 | $7,230.15 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Tips Owed | $24.44 | | | $0.00 |
| Gratuity | $75.35 | | | $0.00 |
| REGULAR | $398.25 | 26.55 | | $15.00 |
| Tips Owed | $669.43 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,167.47** | **26.55** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Tips Owed | Taxable | $24.44 | | |
| Gratuity | Taxable | $708.18 | | |
| REGULAR | Taxable | $3,246.15 | 216.41 | |
| Tips Owed | Taxable | $5,302.77 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| **TOTAL** | | **$9,303.32** | **216.41** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $39.17 | $322.07 |
| Federal Income Tax | $61.69 | $568.41 |
| FICA | $72.38 | $576.80 |
| FLI Withholding - NY | $4.53 | $36.09 |
| Medicare | $16.93 | $134.91 |
| SDI Withholding - NY | $0.60 | $4.20 |
| State Withholding - NY | $52.64 | $430.69 |
| **TOTAL** | **$247.94** | **$2,073.17** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701203 | n/a | XXXXXXXX | $919.53 |

**Fernandez0013**

**Time Away From Work**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $15.00 | $1.50 | 26.55 | $39.83 | | |
| **TOTAL** | | | **$39.83** | **$0.00** | **$39.83** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 02/24/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 03/02/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $986.08 | 03/11/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,262.14 | $276.06 | $0.00 | $986.08 |
| **YTD** | $10,565.46 | $2,349.23 | $0.00 | $8,216.23 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Tips Owed | $4.14 | | | $0.00 |
| Gratuity | $143.24 | | | $0.00 |
| REGULAR | $415.80 | 27.72 | | $15.00 |
| Tips Owed | $698.96 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,262.14** | **27.72** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Tips Owed | Taxable | $28.58 | | |
| Gratuity | Taxable | $851.42 | | |
| REGULAR | Taxable | $3,661.95 | 244.13 | |
| Tips Owed | Taxable | $6,001.73 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| **TOTAL** | | **$10,565.46** | **244.13** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $43.11 | $365.18 |
| Federal Income Tax | $73.05 | $641.46 |
| FICA | $78.25 | $655.05 |
| FLI Withholding - NY | $4.90 | $40.99 |
| Medicare | $18.30 | $153.21 |
| SDI Withholding - NY | $0.60 | $4.80 |
| State Withholding - NY | $57.85 | $488.54 |
| **TOTAL** | **$276.06** | **$2,349.23** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701256 | n/a | XXXXXXXX | $986.08 |

**Time Away From Work**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

**Memo**

**Additional Information**

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|-----------------------|
| $15.00 | $1.50 | 27.72 | $41.58 | | |
| **TOTAL** | | | **$41.58** | **$0.00** | **$41.58** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 03/03/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 03/09/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,286.27 | 03/18/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,689.69 | $403.42 | $0.00 | $1,286.27 |
| **YTD** | $12,255.15 | $2,752.65 | $0.00 | $9,502.50 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $312.04 | | | $0.00 |
| REGULAR | $577.80 | 38.52 | | $15.00 |
| Tips Owed | $799.85 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,689.69** | **38.52** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $1,163.46 | | |
| REGULAR | Taxable | $4,239.75 | 282.65 | |
| Tips Owed | Taxable | $6,801.58 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| Cash Gratuities Owed | Taxable | $21.78 | | |
| **TOTAL** | | **$12,255.15** | **282.65** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $61.28 | $426.46 |
| Federal Income Tax | $124.36 | $765.82 |
| FICA | $104.76 | $759.81 |
| FLI Withholding - NY | $6.56 | $47.55 |
| Medicare | $24.50 | $177.71 |
| SDI Withholding - NY | $0.60 | $5.40 |
| State Withholding - NY | $81.36 | $569.90 |
| **TOTAL** | **$403.42** | **$2,752.65** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701307 | n/a | XXXXXXXX | $1,286.27 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**    $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $15.00 | $1.50 | 38.52 | $57.78 | | |
| **TOTAL** | | | **$57.78** | **$0.00** | **$57.78** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 03/10/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 03/16/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,154.12 | 03/25/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,501.47 | $347.35 | $0.00 | $1,154.12 |
| **YTD** | $13,756.62 | $3,100.00 | $0.00 | $10,656.62 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $3.83 | | | $0.00 |
| Gratuity | $141.11 | | | $0.00 |
| REGULAR | $493.95 | 32.93 | | $15.00 |
| Tips Owed | $862.58 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,501.47** | **32.93** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $25.61 | | |
| Gratuity | Taxable | $1,304.57 | | |
| REGULAR | Taxable | $4,733.70 | 315.58 | |
| Tips Owed | Taxable | $7,664.16 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| **TOTAL** | | **$13,756.62** | **315.58** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $53.28 | $479.74 |
| Federal Income Tax | $101.77 | $867.59 |
| FICA | $93.09 | $852.90 |
| FLI Withholding - NY | $5.83 | $53.38 |
| Medicare | $21.77 | $199.48 |
| SDI Withholding - NY | $0.60 | $6.00 |
| State Withholding - NY | $71.01 | $640.91 |
| **TOTAL** | **$347.35** | **$3,100.00** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701360 | n/a | XXXXXXXX | $1,154.12 |

**Fernandez0019**

**Time Away From Work**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|
| | | | | | | |

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

**Memo**

**Additional Information**

**Regular Rate of Pay/Minimum Wage**    $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|-----------------------|
| $15.00 | $1.50 | 32.93 | $49.40 | | |
| **TOTAL** | | | **$49.40** | **$0.00** | **$49.40** |

**Fernandez0020**

**Bulldozer Hospitality Group Inc. - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| | | | |
|---|---|---|---|
| **Name**<br>KATHERINE FERNANDEZ<br>**Address**<br><br>5835 GRANGER ST<br>CORONA, NY 11368 | **Employee ID**<br>1970<br>**SSN**<br>xxx-xx-4058<br>**Net Pay**<br>$1,351.64<br>**Fed Filing Status**<br>M,0<br>**Fed Add. Amount**<br>0 | **Pay Begin Date**<br>03/17/2025<br>**Pay End Date**<br>03/23/2025<br>**Check Date**<br>04/01/2025<br>**State Filing Status**<br>NY - M, 0<br>**State Add. Amount**<br>0.00 | **Paygroup**<br>La Baia<br>**Department**<br>La Baia<br>**Location**<br>La Baia<br>**Job Title**<br>Staff<br>**Pay Rate**<br>$11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,783.36 | $431.72 | $0.00 | $1,351.64 |
| **YTD** | $15,539.98 | $3,531.72 | $0.00 | $12,008.26 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $5.01 | | | $0.00 |
| Gratuity | $280.60 | | | $0.00 |
| REGULAR | $501.15 | 33.41 | | $15.00 |
| Tips Owed | $996.60 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,783.36** | **33.41** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $30.62 | | |
| Gratuity | Taxable | $1,585.17 | | |
| REGULAR | Taxable | $5,234.85 | 348.99 | |
| Tips Owed | Taxable | $8,660.76 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| **TOTAL** | | **$15,539.98** | **348.99** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $65.26 | $545.00 |
| Federal Income Tax | $135.60 | $1,003.19 |
| FICA | $110.57 | $963.47 |
| FLI Withholding - NY | $6.92 | $60.30 |
| Medicare | $25.86 | $225.34 |
| SDI Withholding - NY | $0.60 | $6.60 |
| State Withholding - NY | $86.91 | $727.82 |
| **TOTAL** | **$431.72** | **$3,531.72** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701412 | n/a | XXXXXXXXX | $1,351.64 |

**Time Away From Work**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|-----------------------|
| $15.00 | $1.50 | 33.41 | $50.12 | | |
| **TOTAL** | | | **$50.12** | **$0.00** | **$50.12** |

**Fernandez0022**

**Bulldozer Hospitality Group, Inc.**
**- La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 03/24/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 03/30/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,223.27 | 04/08/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,599.96 | $376.69 | $0.00 | $1,223.27 |
| **YTD** | $17,139.94 | $3,908.41 | $0.00 | $13,231.53 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $4.06 | | | $0.00 |
| Gratuity | $229.66 | | | $0.00 |
| REGULAR | $509.55 | 33.97 | | $15.00 |
| Tips Owed | $856.69 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,599.96** | **33.97** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $34.68 | | |
| Gratuity | Taxable | $1,814.83 | | |
| REGULAR | Taxable | $5,744.40 | 382.96 | |
| Tips Owed | Taxable | $9,517.45 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| **TOTAL** | | **$17,139.94** | **382.96** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $57.46 | $602.46 |
| Federal Income Tax | $113.59 | $1,116.78 |
| FICA | $99.20 | $1,062.67 |
| FLI Withholding - NY | $6.21 | $66.51 |
| Medicare | $23.20 | $248.54 |
| SDI Withholding - NY | $0.60 | $7.20 |
| State Withholding - NY | $76.43 | $804.25 |
| **TOTAL** | **$376.69** | **$3,908.41** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701466 | n/a | XXXXXXXXX | $1,223.27 |

**Fernandez0023**

# Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**    $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $15.00 | $1.50 | 33.97 | $50.96 | | |
| **TOTAL** | | | **$50.96** | **$0.00** | **$50.96** |

| Name | | Employee ID | | Pay Begin Date | | Paygroup | |
|---|---|---|---|---|---|---|---|
| KATHERINE FERNANDEZ | | 1970 | | 03/31/2025 | | La Baia | |
| **Address** | | **SSN** | | **Pay End Date** | | **Department** | |
| | | xxx-xx-4058 | | 04/06/2025 | | La Baia | |
| 5835 GRANGER ST | | **Net Pay** | | **Check Date** | | **Location** | |
| CORONA, NY 11368 | | $969.63 | | 04/15/2025 | | La Baia | |
| | | **Fed Filing Status** | | **State Filing Status** | | **Job Title** | |
| | | M,0 | | NY - M, 0 | | Staff | |
| | | **Fed Add. Amount** | | **State Add. Amount** | | **Pay Rate** | |
| | | 0 | | 0.00 | | $11.00 / Hourly | |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,238.72 | $269.09 | $0.00 | $969.63 |
| **YTD** | $18,378.66 | $4,177.50 | $0.00 | $14,201.16 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $153.12 | | | $0.00 |
| REGULAR | $383.25 | 25.55 | | $15.00 |
| Tips Owed | $702.35 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,238.72** | **25.55** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $1,967.95 | | |
| REGULAR | Taxable | $6,127.65 | 408.51 | |
| Tips Owed | Taxable | $10,219.80 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| Cash Gratuities Owed | Taxable | $34.68 | | |
| **TOTAL** | | **$18,378.66** | **408.51** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $42.12 | $644.58 |
| Federal Income Tax | $70.24 | $1,187.02 |
| FICA | $76.80 | $1,139.47 |
| FLI Withholding - NY | $4.81 | $71.32 |
| Medicare | $17.96 | $266.50 |
| SDI Withholding - NY | $0.60 | $7.80 |
| State Withholding - NY | $56.56 | $860.81 |
| **TOTAL** | **$269.09** | **$4,177.50** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701523 | n/a | XXXXXXXXX | $969.63 |

**Fernandez0025**

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $15.00 | $1.50 | 25.55 | $38.33 | | |
| **TOTAL** | | | **$38.33** | **$0.00** | **$38.33** |

**Bulldozer Hospitality Group, Inc. - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 04/07/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 04/13/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,215.00 | 04/22/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,588.18 | $373.18 | $0.00 | $1,215.00 |
| **YTD** | $19,966.84 | $4,550.68 | $0.00 | $15,416.16 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $2.59 | | | $0.00 |
| Gratuity | $27.16 | | | $0.00 |
| REGULAR | $511.20 | 34.08 | | $15.00 |
| Tips Owed | $1,047.23 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,588.18** | **34.08** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $37.27 | | |
| Gratuity | Taxable | $1,995.11 | | |
| REGULAR | Taxable | $6,638.85 | 442.59 | |
| Tips Owed | Taxable | $11,267.03 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| **TOTAL** | | **$19,966.84** | **442.59** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $56.96 | $701.54 |
| Federal Income Tax | $112.18 | $1,299.20 |
| FICA | $98.47 | $1,237.94 |
| FLI Withholding - NY | $6.16 | $77.48 |
| Medicare | $23.03 | $289.53 |
| SDI Withholding - NY | $0.60 | $8.40 |
| State Withholding - NY | $75.78 | $936.59 |
| **TOTAL** | **$373.18** | **$4,550.68** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701578 | n/a | XXXXXXXXX | $1,215.00 |

6/5/2025 2:32 PM

**Fernandez0027**

Page 1 / 2

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 34.08 | $51.12 | | |
| **TOTAL** | | | **$51.12** | **$0.00** | **$51.12** |

| Name | | Employee ID | | Pay Begin Date | | Paygroup | |
|---|---|---|---|---|---|---|---|
| KATHERINE FERNANDEZ | | 1970 | | 04/14/2025 | | La Baia | |
| **Address** | | **SSN** | | **Pay End Date** | | **Department** | |
| | | xxx-xx-4058 | | 04/20/2025 | | La Baia | |
| 5835 GRANGER ST | | **Net Pay** | | **Check Date** | | **Location** | |
| CORONA, NY 11368 | | $1,208.53 | | 04/29/2025 | | La Baia | |
| | | **Fed Filing Status** | | **State Filing Status** | | **Job Title** | |
| | | M,0 | | NY - M, 0 | | Staff | |
| | | **Fed Add. Amount** | | **State Add. Amount** | | **Pay Rate** | |
| | | 0 | | 0.00 | | $11.00 / Hourly | |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,578.95 | $370.42 | $0.00 | $1,208.53 |
| **YTD** | $21,545.79 | $4,921.10 | $0.00 | $16,624.69 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $3.12 | | | $0.00 |
| Gratuity | $85.94 | | | $0.00 |
| REGULAR | $513.45 | 34.23 | | $15.00 |
| Tips Owed | $976.44 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,578.95** | **34.23** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $40.39 | | |
| Gratuity | Taxable | $2,081.05 | | |
| REGULAR | Taxable | $7,152.30 | 476.82 | |
| Tips Owed | Taxable | $12,243.47 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| **TOTAL** | | **$21,545.79** | **476.82** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $56.57 | $758.11 |
| Federal Income Tax | $111.07 | $1,410.27 |
| FICA | $97.89 | $1,335.83 |
| FLI Withholding - NY | $6.13 | $83.61 |
| Medicare | $22.89 | $312.42 |
| SDI Withholding - NY | $0.60 | $9.00 |
| State Withholding - NY | $75.27 | $1,011.86 |
| **TOTAL** | **$370.42** | **$4,921.10** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701634 | n/a | XXXXXXXXX | $1,208.53 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**    $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|------------|----------------------|
| $15.00 | $1.50 | 34.23 | $51.35 | | |
| **TOTAL** | | | **$51.35** | **$0.00** | **$51.35** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|------|-------------|----------------|----------|
| KATHERINE FERNANDEZ | 1970 | 04/21/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 04/27/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,255.18 | 05/06/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,645.38 | $390.20 | $0.00 | $1,255.18 |
| **YTD** | $23,191.17 | $5,311.30 | $0.00 | $17,879.87 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $146.52 | | | $0.00 |
| REGULAR | $520.80 | 34.72 | | $15.00 |
| Tips Owed | $978.06 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,645.38** | **34.72** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $2,227.57 | | |
| REGULAR | Taxable | $7,673.10 | 511.54 | |
| Tips Owed | Taxable | $13,221.53 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| Cash Gratuities Owed | Taxable | $40.39 | | |
| **TOTAL** | | **$23,191.17** | **511.54** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $59.39 | $817.50 |
| Federal Income Tax | $119.04 | $1,529.31 |
| FICA | $102.01 | $1,437.84 |
| FLI Withholding - NY | $6.38 | $89.99 |
| Medicare | $23.86 | $336.28 |
| SDI Withholding - NY | $0.60 | $9.60 |
| State Withholding - NY | $78.92 | $1,090.78 |
| **TOTAL** | **$390.20** | **$5,311.30** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701689 | n/a | XXXXXXXXX | $1,255.18 |

# Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|-----------------------|
| $15.00 | $1.50 | 34.72 | $52.08 | | |
| **TOTAL** | | | **$52.08** | **$0.00** | **$52.08** |

**Bulldozer Hospitality Group, Inc.**
**- La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| | | | |
|---|---|---|---|
| **Name** | **Employee ID** | **Pay Begin Date** | **Paygroup** |
| KATHERINE FERNANDEZ | 1970 | 04/28/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-4058 | 05/04/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $920.00 | 05/13/2025 | La Baia |
| | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | M,0 | NY - M, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,168.12 | $248.12 | $0.00 | $920.00 |
| **YTD** | $24,359.29 | $5,559.42 | $0.00 | $18,799.87 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $105.70 | | | $0.00 |
| REGULAR | $378.75 | 25.25 | | $15.00 |
| Tips Owed | $683.67 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,168.12** | **25.25** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $2,333.27 | | |
| REGULAR | Taxable | $8,051.85 | 536.79 | |
| Tips Owed | Taxable | $13,905.20 | | |
| Cash Tips Owed | Taxable | $28.58 | | |
| Cash Gratuities Owed | Taxable | $40.39 | | |
| **TOTAL** | | **$24,359.29** | **536.79** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $39.19 | $856.69 |
| Federal Income Tax | $61.77 | $1,591.08 |
| FICA | $72.42 | $1,510.26 |
| FLI Withholding - NY | $4.53 | $94.52 |
| Medicare | $16.94 | $353.22 |
| SDI Withholding - NY | $0.60 | $10.20 |
| State Withholding - NY | $52.67 | $1,143.45 |
| **TOTAL** | **$248.12** | **$5,559.42** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 701749 | n/a | XXXXXXXX | $920.00 |

**Fernandez0033**

# Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|------------|----------------------|
| $15.00 | $1.50 | 25.25 | $37.88 | | |
| **TOTAL** | | | **$37.88** | **$0.00** | **$37.88** |