UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,                                             **Case No.: 1:25-cv-4490 (AS) (GS)**

                                 Plaintiff,                    **<u>AMENDED NOTICE OF MOTION</u>**

      -against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                             Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Rules 12(c) and 12(f) of the Federal Rules of

Civil Procedure (hereinafter referred to as "Rules" or "Rule"), upon the memorandum of law in

support, and all the prior papers and proceedings herein, the Defendants will move this Court,

before the Hon. Arun Subramanian, U.S.D.J. ("Judge Subramanian"), at the United States District

Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, Courtroom 15A, New York, NY 10007-1312, for an Order: (i) dismissing Plaintiff's third

and fourth causes of action pursuant to 28 U.S.C. § 1367 by declining to exercise supplemental

jurisdiction over those pendent state law claims; (ii) striking the immaterial, impertinent, or

scandalous matter in the Complaint pursuant to Rule 12(f); (iii) sanctioning Plaintiff for abuse of

the litigation privilege; and (iv) granting such other and further relief as the Court deems just,

equitable, and proper.


      **PLEASE TAKE FURTHER NOTICE**, that pursuant to ¶ 8(B) of Judge Subramanian's

Individual Practices in Civil Cases, this motion may be made without a pre-motion conference.

2

**PLEASE TAKE FURTHER NOTICE**, pursuant to Rule 6(a)(1)(B) and Local Civil Rule

6.1, Plaintiffs' opposition papers are due on Monday, December 22, 2025, and Plaintiff's reply

papers in further support are due on Monday, December 29, 2025, unless otherwise ordered by

this Court.

Dated:  Jamaica, New York
        December 8, 2025

**SAGE LEGAL LLC**

 /s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bulldozer Hospitality Group, Inc.,*
*Robert Petrosyants, and*
*Marianna Shahmuradyan*

**VIA ECF**
Joseph & Kirschenbaum LLP
Attn: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiff*
*Katherine Fernandez*