UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>                      Plaintiff,<br><br>-against-<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>                      Defendants. | 25-CV-4490 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 48, which has been superseded by the amended motion at Dkt. 54.

    SO ORDERED.

Dated: December 9, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge