UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>                    Plaintiffs,<br><br>-against-<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>                    Defendants. | 25-CV-4490 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   Defendants' amended motion for judgment on the pleadings is DENIED. Dkt. 54. It is difficult to view this motion, filed just days before the summary judgment deadline, as anything other than an effort to evade the word limits applicable to defendants' forthcoming motion for summary judgment. Any argument for dismissal that defendants care to make can be made in the context of that summary-judgment motion, either because any Rule 12(c) argument can be joined with defendants' Rule 56 arguments, or because any claim that is deficient on its face would be deficient based on the evidence in any event. Plus, defendants' brief points to materials outside what would be permissible to review on a pleadings motion, so deferring its consideration to summary judgment would in any event be necessary. As for defendants' Rule 12(f) arguments, those are obviously untimely. *See* Fed. R. Civ. P. 12(f)(2).

   Defendants should decide what their best arguments are, and present them in the words provided in their forthcoming motion for summary judgment.

   As for plaintiffs, they should tell the Court by this **Friday, December 12, 2025**, whether they are withdrawing with prejudice the claims asserted for their client who apparently failed to attend his deposition, and if not, explain the reason for the default and why dismissal would not be appropriate.

   The Clerk of Court is respectfully requested to close Dkts. 54 and 56.

SO ORDERED.

Dated: December 11, 2025
       New York, New York

                                                             ARUN SUBRAMANIAN
                                                           United States District Judge