UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>        Defendants. | No.: 25-cv-04490 (AS) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declarations of Lucas C. Buzzard, Katherine Fernandez, and Adrian Montor-Teran, and exhibits appended thereto, Plaintiffs shall move the Court at such date and time as counsel may be heard to grant the following relief:

(1) Pursuant to 29 U.S.C. 216(b), certifying a collective action defined as all tipped food-service employees employed by Defendants at Osteria La Baia restaurant in Manhattan on or after December 12, 2022 ("FLSA Covered Employees")

(2) Pursuant to Fed. R. Civ. P. 23, certifying a Class defined as all tipped food-service employees employed by Defendants at Osteria La Baia restaurant in Manhattan on or after November 15, 2021 ("Class Members");

(3) Appointing Katherine Fernandez, and Adrian Montor-Teran as Class Representatives;

(4) Appointing Joseph & Kirschenbaum LLP as class counsel under Fed. R. Civ. P. 23(g);

(5) Ordering Defendants to produce a list, in Excel format, containing all Class Members' names, last known address(es), all known telephone numbers, all known email addresses, dates of employment, number of days worked, and job titles; and

(6) Authorizing the mailing of the proposed Notice to all Class Members.

\*     \*     \*

Dated: New York, New York
December 12, 2025

By:   s/ *Lucas C. Buzzard*
D. Maimon Kirschenbaum
Lucas C. Buzzard
Josef Nussbaum
**JOSEPH & KIRSCHENBAUM LLP**
45 Broadway, Suite 320
New York, NY 10006

*Attorneys for Plaintiffs, Opt-in Plaintiffs and the proposed Class*