# Exhibit 1

Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3     _____

4     KATHERINE FERNANDEZ, on Behalf

5     of Herself and Others Similarly

6     Situated,

7              Plaintiff,

8        v.                              No.

9     BULLDOZER HOSPITALITY GROUP,       25-cv-04490(AS)

10    INC., d/b/a OSTERIA LA BAIA;

11    ROBERT PETROSYANTS; and

12    MARIANNA SHAHMURADYAN,

13             Defendants.

14    _____

15      30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR

16     BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

17                BAIA - ROBERT PETROSYANTS

18    DATE:         Tuesday, November 18, 2025

19    TIME:         7:14 p.m. UZT/9:14 a.m. EST

20    LOCATION:     Remote Proceeding

21                  Tashkent, Uzbekistan

22    REPORTED BY:  Laken Urtel

23    JOB NO.:      7753532

24

25

Page 2

1                       A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:

3            JOSEF NUSSBAUM, ESQUIRE (by videoconference)

4            Joseph & Kirschenbaum LLP

5            45 Broadway, Suite 320

6            New York, NY 10006

7            jnussbaum@jk-llp.com

8            (212) 688-5640

9

10   ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,

11   INC., D/B/A OSTERIA LA BAIA, ROBERT PETROSYANTS, AND

12   MARIANNA SHAHMURADYAN:

13           EMANUEL KATAEV, ESQUIRE (by videoconference)

14           Sage Legal, LLC

15           18211 Jamaica Avenue

16           Jamaica, NY 11423

17           emanuel@sagelegal.nyc

18           (718) 412-2421

19

20   ALSO PRESENT:

21           Alivia Cooney, Paralegal, Sage Legal, LLC (by

22           videoconference)

23

24

25

Page 3

1                          I N D E X

2    EXAMINATION:                                    PAGE

3          By Mr. Nussbaum                             7

4

5                        E X H I B I T S

6    NO.                DESCRIPTION                   PAGE

7    Plaintiff:

8    Exhibit 1        Notice of Deposition            18

9    Exhibit 2        Corrective Action Record       110

10   Exhibit 3        Employee Handbook -

11                    Osteria La Baia                116

12   Exhibit 4        2021 Excel Spreadsheet         122

13   Exhibit 5        2024 Excel Spreadsheet         132

14   Exhibit 6        Certificate of Liability

15                    Insurance                      150

16   Exhibit 7        Private Event Order,

17                    12/3/2024                      165

18   Exhibit 8        Amended Complaint              173

19

20              QUESTIONS INSTRUCTED NOT TO ANSWER

21                     PAGE        LINE

22                      15           2

23

24

25

Page 4

1                     I N D E X (Cont'd)

2          I N F O R M A T I O N   R E Q U E S T E D

3   NO.              DESCRIPTION                    PAGE

4   1                Job Descriptions                92

5   2                Amounts of Hours Paid to

6                    Tipped Employees               148

7

8           D O C U M E N T S   R E Q U E S T E D

9   NO.              DESCRIPTION                    PAGE

10  1                All Paychecks of

11                   All Putative Class Members    139

12  2                Redaction Log                  151

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                        R. PETROSYANTS

2              THE REPORTER:  Good morning.  My name

3         is Laken Urtel.  I am the reporter

4         assigned by Veritext to take the record of

5         this proceeding.  We are now on the record

6         at 9:14 a.m.

7              This is the deposition of Robert

8         Petrosyants taken in the matter of

9         Katherine Fernandez v. Bulldozer

10        Hospitality Group Inc., et al. on November

11        18, 2025, in Tashkent, Uzbekistan.

12             I am a notary authorized to take

13        acknowledgements and administer oaths in

14        New York.  The parties agree that I will

15        swear the witness in remotely.

16             Additionally, absent an objection on

17        the record before the witness is sworn,

18        all parties and the witness understand and

19        agree that any certified transcript

20        produced from the recording of this

21        proceeding:

22             - is intended for all uses permitted

23        under applicable procedural and

24        evidentiary rules and laws in the same

25        manner as a deposition recorded by

Page 6

```
 1                    R.  PETROSYANTS
 2      stenographic means; and
 3           - shall constitute written
 4      stipulation of such.
 5           At this time will everyone in
 6      attendance please identify yourself for
 7      the record.
 8           MR. NUSSBAUM:  Good morning.  Josef
 9      Nussbaum from Joseph & Kirschenbaum for
10      the plaintiffs.
11           MR. KATAEV:  Good morning.  Emanuel
12      Kataev of Sage Legal LLC for the
13      defendants.  With me is paralegal Alivia
14      Cooney and the witness for today, Robert
15      Petrosyants, who's also a defendant and
16      30(b)(6) representative for the corporate
17      defendant.
18           THE REPORTER:  Okay, thank you.
19           Hearing no objection, I will now
20      swear in the witness.
21           Mr. Petrosyants, would you please
22      raise your right hand.
23 //
24 //
25 //
```

```
                                          Page 7
 1                        R. PETROSYANTS
 2    WHEREUPON,
 3              ROBERT PETROSYANTS,
 4    called as a witness and having been first
 5    duly sworn to tell the truth, the whole
 6    truth, and nothing but the truth, was
 7    examined and testified as follows:
 8              THE REPORTER:  Okay.  Thank you very
 9         much, and you may proceed.
10              MR. NUSSBAUM:  Thank you.
11                     EXAMINATION
12    BY MR. NUSSBAUM:
13         Q    Good morning, Mr. Petrosyants.
14    I guess, good afternoon or evening for
15    you.  My name is Josef Nussbaum, as you
16    just heard.  I represent plaintiffs in a
17    lawsuit against you, Bulldozer Hospitality
18    Group, and another defendant.  Do you
19    understand that?
20         A    Yes.
21         Q    Can you please state your full
22    name for the record?
23         A    Robert Petrosyants.
24         Q    Okay.  And have you gone by any
25    other names?
```

```
                                                Page 8
 1                      R.  PETROSYANTS
 2         A      No.
 3         Q      Do you go by any nicknames?
 4         A      No.
 5         Q      Where do you currently reside?
 6         A      Can you repeat the question?
 7         Q      Where do you currently live?
 8         A      New Jersey, Upper Saddle River.
 9         Q      Is that the address you gave
10    earlier that's on your driver's license?
11         A      Yes.
12         Q      Okay.  And have you ever been
13    deposed before?
14         A      Yes.
15         Q      How many times have you been
16    deposed?
17         A      I don't remember.
18         Q      Was it more or less than five?
19         A      Less.
20         Q      More or less than three?
21         A      I don't remember.
22         Q      So you don't remember if it was
23    one, two, three, four, or five?  Is that
24    your testimony?
25         A      I just answered your question.
```

```
                                        Page 9
 1                    R.  PETROSYANTS
 2        Q     You have to answer my question,
 3   please.
 4        A     I don't remember.
 5        Q     Okay.  Why is it that you don't
 6   remember?
 7        A     I just told you.  I do not
 8   remember.
 9        Q     No, I'm asking you, why is it
10   that you don't remember?
11        A     No reason.
12        Q     Okay.  When's the last time you
13   were deposed?
14        A     I do not remember.
15        Q     Was it more or less than a year
16   ago?
17        A     I don't know.  I do not
18   remember.
19        Q     Were you deposed at all in the
20   last two years?
21        A     Probably, yeah.
22        Q     Okay.  Since you've been deposed
23   before, I'm assuming you're familiar with
24   some of the ground rules, but I'll just go
25   over some of the important ones quickly to
```

```
 1                    R. PETROSYANTS
 2   try to make today's deposition go as
 3   smoothly as possible.
 4             As you know, I'm going to be
 5   asking you a number of questions today.
 6   The court reporter is taking everything
 7   that we say down for the record.  Because
 8   the court reporter is transcribing this
 9   deposition, it's important that you give
10   verbal responses to all my questions.  Do
11   you understand that?
12        A    Yes.
13        Q    The court reporter is not able
14   to record any nods or hand gestures or
15   anything like that.  Do you understand
16   that?
17        A    Yes.
18        Q    The court reporter has sworn you
19   in, and you're answering all questions
20   under oath today.  Do you understand that
21   you have the same obligation to tell the
22   truth and will be subject to the same
23   penalties for perjury, if you do not tell
24   the truth, as if you were testifying in a
25   court of law?
```

```
                                        Page 11

 1                    R.  PETROSYANTS

 2        A      Yes.

 3        Q      If you don't understand a

 4   question I've asked, please let me know,

 5   and I'll try and rephrase it.  If you

 6   answer the question, I'm going to assume

 7   that you understood it.  Do you understand

 8   that?

 9        A      Yes.

10        Q      Now, do you speak English

11   fluently?

12        A      Yes.

13        Q      Okay.  So far you understand my

14   questions?

15        A      Yes.  Don't you get dizzy,

16   riding the chair?  I do.

17        Q      I'm going to be asking the

18   questions today.  Please let me finish

19   asking a question before you answer it,

20   even if you think you may know what I'm

21   asking.  That way, the court reporter can

22   get everything down for the record.  Do

23   you understand that?

24        A      Yes.

25        Q      Okay.  If you need a break at
```

Page 12

R. PETROSYANTS

1

2  any time, please let me know, and I'll try

3  and accommodate you.  I just ask that, if

4  a question is pending, you first answer

5  the question before taking a break.  Do

6  you understand that?

7      A    Yes.

8      Q    Are you taking any medication

9  that may impair your ability to testify

10  truthfully today?

11     A    No.

12     Q    Is there any other reason that

13  you may not be able to testify truthfully

14  today?

15     A    No.

16     Q    Are you taking any medication

17  that may impair your memory?

18     A    No.

19     Q    Is there any other reason that

20  your memory may be impaired today?

21     A    No.

22     Q    Okay.  Have you ever been party

23  to a lawsuit?

24     A    Can you repeat the question?

25     Q    Sure.  Have you ever been a

```
                                        Page 13
 1                    R.  PETROSYANTS
 2   defendant  or  plaintiff  in  a  lawsuit  other
 3   than  this  lawsuit?
 4        A     I  have.
 5        Q     How  many  times?
 6        A     I  do  not  remember.
 7        Q     More  or  less  than  five  times?
 8        A     I  do  not  remember.
 9        Q     Okay.   Have  you  ever  given  any
10   testimony  under  oath  before  besides  for
11   the  depositions  that  we  discussed  earlier?
12        A     Yes.
13        Q     Okay.   How  many  times  have  you
14   given  testimony  under  oath?
15        A     I  do  not  remember.
16        Q     Okay.   Without  revealing  any
17   attorney-client  communication,  did  you  do
18   anything  to  prepare  for  today's
19   deposition?
20        A     No.
21        Q     Did  you  meet  with  your
22   attorneys?
23        A     Regularly.
24        Q     Did  you  speak  to  your  attorney
25   yesterday?
```

Page 14

1                    R.  PETROSYANTS

2       A     I did.

3       Q     Okay.  Other than your

4   attorneys, did you talk to anyone else

5   about today's deposition?

6       A     No.

7       Q     Isn't it true that you talked to

8   your co-defendant, Ms. Shahmuradyan, about

9   today's deposition?

10      A     I didn't speak --

11            MR. KATAEV:  Objection.  Form.

12            You can answer.

13  BY MR. NUSSBAUM:

14      Q     I'm sorry; what was the answer?

15      A     I did not speak to her regarding

16  deposition.

17      Q     Did you speak to her about her

18  deposition?

19      A     Can you repeat the question?

20      Q     I said, did you speak to her

21  about her deposition?

22      A     Yes, in some points.

23      Q     Okay.  And what did she tell

24  you, in sum and substance?

25            MR. KATAEV:  Objection.  Marital

```
                                       Page 15
 1                    R.  PETROSYANTS
 2        privilege.  I instruct the witness not to
 3        answer the question.
 4             MR.  NUSSBAUM:  Okay.
 5   BY MR. NUSSBAUM:
 6        Q    Did you review any documents in
 7   preparation for today's deposition?
 8        A    I did.
 9        Q    Okay.  What documents did you
10   review?
11        A    White and black written papers.
12        Q    That's cute.  I'm asking the
13   specific documents.  Which specific
14   documents did you review for today's
15   deposition?
16        A    Transcript.
17        Q    Which transcript?
18        A    From your deposition from
19   Mariana.
20        Q    Of your co-defendant,
21   Ms. Shahmuradyan?
22        A    Yes.
23        Q    Okay.  Other than the
24   transcript, what other documents did you
25   review, if any?
```

Page 16

                                   R. PETROSYANTS

1

2         A      Nothing else.

3         Q      Did you review any of the

4    documents that the defendants produced to

5    the plaintiffs in this lawsuit?

6         A      I did some, but I don't remember

7    which ones.

8         Q      Okay.  When was the last time

9    you reviewed any of those documents?

10        A      Few weeks ago.

11        Q      Okay.  Do you understand that

12   you're testifying today on your own

13   personal behalf as well as on behalf of

14   the corporate defendant in this case?

15        A      Yes, I do.

16        Q      Okay.  Do you know that the

17   plaintiffs in this lawsuit served a notice

18   of deposition on the corporate defendant?

19        A      Can you repeat the question?

20        Q      Do you know that the plaintiffs

21   in this lawsuit served your attorneys with

22   a notice of deposition on the corporate

23   defendant in this case?

24        A      Yes.

25        Q      Did you see that notice?

```
                                          Page 17
 1                     R.  PETROSYANTS
 2        A     Some of it.
 3        Q     Okay.  Which parts of it did you
 4   see?
 5        A     A few -- first few pages.
 6        Q     Okay.  And are you the best
 7   person to testify on behalf of the
 8   corporate defendant?
 9             MR.  KATAEV:  Objection to form.
10             You can answer.
11             THE  WITNESS:  I don't have an answer
12        for this.  I don't know if I'm the best
13        person or not.
14   BY MR. NUSSBAUM:
15        Q     Okay.  But you're prepared to
16   testify on behalf of the corporate
17   defendant; correct?
18        A     Yes.
19        Q     Now, the corporate defendant in
20   this case is Bulldozer Hospitality Group
21   Inc.; correct?
22        A     Yes.
23        Q     Okay.  And that corporation runs
24   a restaurant called Osteria La Baia;
25   right?
```

```
                                          Page 18
 1                    R.  PETROSYANTS
 2        A     Yes.
 3        Q     Okay.  So for the remainder of
 4   today's deposition, when I refer to
 5   Bulldozer or to Osteria La Baia, it's
 6   clear to you that I'm talking about the
 7   same corporate entity; correct?
 8        A     Yes.
 9        Q     Okay.  I'd like to show you a
10   document that I'm going to mark as
11   Plaintiff's Exhibit 1.
12             (Plaintiff Exhibit 1 was marked
13             for identification.)
14             Okay.  Mr. Petrosyants, I'm
15   sharing my screen with you.  I'm showing
16   you a document that I'm marking as
17   Plaintiff's Exhibit 1.  It's a five-page
18   document.  On the top of the first page is
19   the caption of the case, and then in bold
20   letters, it says "Notice of Deposition."
21   Do you see that?
22        A     Yes.
23        Q     And I'll represent you that this
24   is a copy of the notice of deposition that
25   we served on your counsel in this case.
```

```
                                        Page 19
 1                    R.  PETROSYANTS
 2   Do you understand that?
 3        A    Yes.
 4        Q    Have you seen this document
 5   before?  And I'm scrolling through it.
 6        A    Not all of it.
 7        Q    Okay.  So did you see the first
 8   page?
 9        A    Yeah, one of few pages.  Yeah.
10        Q    Okay.  And did you see that,
11   starting on the second page, there's a
12   list of matters designated for deposition?
13        A    I -- I cannot recall it right
14   now.  I don't -- if I saw this page or
15   not.
16        Q    You can't recall if you saw it.
17   Now, are you familiar with the operations
18   of Osteria La Baia?
19        A    Yes.
20        Q    How is it that you're familiar
21   with it?
22        A    I'm a director of operations.
23        Q    And how long have you been the
24   director of operations?
25        A    A few years.
```

```
                                        Page 20
 1                    R.  PETROSYANTS
 2        Q     Since when?
 3        A     Since -- I can't remember.
 4   2023, whatever.
 5        Q     So for at least two years?
 6        A     Probably.
 7        Q     Okay.  And what are your job
 8   duties as director of operations?
 9        A     Whatever the director of
10   operations does.
11        Q     Can you tell me what your job is
12   as the director of operations?
13        A     Running the business.
14        Q     Okay.  Can you give me more
15   specifics than that?
16        A     Vendors, payments, oversee the
17   operations, quality of food, quality of
18   service; is that enough?
19        Q     What else?
20        A     I can't think of anything else
21   at this point.
22        Q     Okay.  When you say "oversee the
23   operations," what do you mean by that?
24        A     Making sure the business runs.
25        Q     All aspects of the business?
```

```
                                          Page 21

 1                   R. PETROSYANTS

 2       A    Most of them.

 3       Q    When you say "most of them,"

 4  what does that mean?

 5       A    That's exactly what that means.

 6  Most of them.

 7       Q    Okay.  Are you responsible for

 8  ensuring that employees are paid at the

 9  restaurant?

10       A    Can you repeat the question?

11       Q    Are you responsible for

12  employees being paid at the restaurant?

13       A    I'm -- I'm responsible that they

14  get paid, yes.

15       Q    Okay.  Are you responsible to

16  ensure that employees are paid properly at

17  the restaurant?

18       A    To my best knowledge.

19       Q    Okay.  Who owns Osteria La Baia?

20       A    Marianna Shahmuradyan.

21       Q    Anyone else?

22       A    No.

23       Q    And who hired you to be the

24  director of operations?

25       A    Marianna.
```

Page 22

```
 1                     R. PETROSYANTS
 2       Q     Okay.  And she's your wife;
 3   right?
 4       A     Yes.  Beautiful wife.
 5       Q     And did she interview you
 6   before -- pardon?
 7       A     Yes, my lovely wife.  Yeah.
 8       Q     Lovely wife.  Did she interview
 9   you before hiring you?
10       A     No.
11       Q     Okay.  So how did it come to be
12   that you became the director of operations
13   at the company?
14       A     She just felt it right for me to
15   be the director of operations.
16       Q     And she asked you to do it?
17       A     Yes.
18       Q     Was there a director of
19   operations before you?
20       A     No.
21       Q     So who was performing your
22   functions before you came on board at
23   Osteria La Baia?
24       A     There was a management that used
25   to run that place.  I do not remember
```

```
                                            Page 23
 1                    R. PETROSYANTS
 2    their names.  I can't recall them now.
 3    And we took over 2023.
 4         Q    And who hired that management
 5    team?
 6         A    I cannot -- I cannot recall it.
 7         Q    Okay.  Did you do anything at
 8    Osteria La Baia before 2023?
 9         A    No.
10         Q    Had you ever been at the
11    premises of Osteria La Baia before 2023?
12         A    Yes.
13         Q    Okay.  And as director of
14    operations, you're able to hire and fire
15    employees at the restaurant; right?
16         A    The management, I usually do.  I
17    don't -- I don't get involved with
18    the -- with the lower-level employees.
19    I'm talking about service, front of the
20    house and back of the house.
21         Q    Okay.  But you have the
22    authority to do it, as the director of
23    operations; right?
24              MR. KATAEV:  Objection to form.
25              THE WITNESS:  Yeah, I do.
```

Page 24

1                      R.  PETROSYANTS

2    BY MR. NUSSBAUM:

3        Q     All right.  Have there ever been

4    occasions that you terminated someone at

5    the restaurant?

6        A     Not that I remember.

7        Q     Okay.  But it could have

8    happened?

9             MR. KATAEV:  Objection.

10             THE WITNESS:  Could have happened,

11        yeah.

12    BY MR. NUSSBAUM:

13        Q     Okay.  Why is it that you don't

14    remember?

15        A     I don't remember if I hired a --

16    if I hired or fired anyone at this point.

17        Q     You're not sure?

18        A     I'm not sure.

19        Q     Okay.  Besides for you and

20    Maria, who else is in charge at the

21    restaurant?

22        A     Marianna.

23        Q     I'm sorry.  Besides for you and

24    Marianna -- thank you -- so withdrawn.

25    Besides for you and Marianna, who else is

```
                                                   Page 25
 1                        R.  PETROSYANTS
 2    in charge of the restaurant?
 3         A     There's a management that runs
 4    the restaurant, yeah.
 5         Q     Who's that?
 6         A     Janos.
 7         Q     So would you say that you,
 8    Marianna, and Janos together manage the
 9    restaurant?
10              MR.  KATAEV:   Objection to form.
11              You can --
12              THE  WITNESS:   I can't say.
13    BY MR. NUSSBAUM:
14         Q     Why can't you say that?
15         A     'Cause day-to-day operation's
16    managed by managers.
17         Q     What do you mean by "day-to-day
18    operations"?
19         A     Exactly what that means.   Day-
20    to-day operations.
21         Q     Can you explain to me what you
22    mean by that?
23         A     Opening, closing, making sure
24    that staff perform best service, making
25    sure that food gets served with
```

```
                                            Page 26
 1                      R.  PETROSYANTS
 2   consistency, and everything else that has
 3   to do with running a restaurant.
 4        Q    Okay.  How often -- withdrawn.
 5   How frequently are you in the restaurant?
 6        A    Few times a week.
 7        Q    Okay.  And when you're not
 8   there, who's doing your job duties?
 9        A    When I'm not there --
10            MR. KATAEV:  Object to the form.
11            THE WITNESS:  -- Janos, the manager,
12        runs the restaurant.
13   BY MR. NUSSBAUM:
14        Q    Okay.  And I'm sorry; how many
15   times a week did you say --
16        A    A few times a week.
17        Q    Okay.  And other than being the
18   director of operations, have you had any
19   other titles at the restaurant?
20        A    No.
21        Q    Okay.  And as director of
22   operations, you're responsible for all
23   aspects of the operations of the
24   restaurant; correct?
25            MR. KATAEV:  Objection to form.
```

```
                                                    Page 27
 1                      R.  PETROSYANTS
 2              THE  WITNESS:   I  think  you  asked  me
 3        that --
 4              MR.  KATAEV:   But  go  ahead.
 5    BY MR. NUSSBAUM:
 6        Q     But what's your answer?
 7        A     Whatever was my answer before.
 8        Q     As director of operations,
 9    you're responsible for all aspects of the
10    operations of the restaurant; correct?
11        A     Can you repeat the question?
12        Q     As director of operations, you
13    are responsible for all aspects of the
14    operations of the restaurant; correct?
15        A     More or less, yeah.
16        Q     Well, why do you say "more or
17    less"?
18        A     There's people -- there's a
19    person that runs the -- the restaurant.
20    She's manager, so there's
21    certain -- certain decisions that he makes
22    on his own.
23        Q     Now, you said "he" or "she"?
24        A     He.
25        Q     He.  Other than Janos, is there
```

1                    R.  PETROSYANTS

2    anyone else who's a manager at the

3    restaurant?

4         A    No.

5         Q    Okay.  And Janos reports to you;

6    correct?

7         A    Yes.

8         Q    Okay.  Has he told you that he's

9    hired or fired people at the restaurant?

10        A    After the fact, yeah.

11        Q    Okay.  But he's reported that to

12   you; correct?

13        A    Sometimes he does; sometimes he

14   doesn't.

15        Q    Right.  But he reports that to

16   you because you're the director of

17   operations; right?

18        A    He just informs me of certain

19   things that he does or changes, yeah.

20        Q    Right.  But he's not informing

21   you because you're his friend; he's

22   informing you because you're the director

23   of operations; correct?

24        A    Yeah, we run professionally our

25   operations.  Yeah.

```
                                        Page 29

 1                   R.  PETROSYANTS

 2        Q     Well, my question was, he's

 3   informing you because you are the director

 4   of operations; correct?

 5              MR. KATAEV:  Objection to form.

 6              THE WITNESS:  Yes.

 7   BY MR. NUSSBAUM:

 8        Q     How often do you meet with

 9   Janos?

10        A     Few times a week.

11        Q     And what do you discuss when you

12   meet with him?

13        A     Can you repeat the question?

14        Q     What do you typically discuss

15   with him when you meet with him?

16        A     Operations in the restaurant.

17        Q     Like, for example, what?

18        A     As I said, consistency, best

19   performance, making sure the service is on

20   top.  You should come to the restaurant

21   and try our food.

22        Q     Okay.  When you say

23   "consistency," what do you mean by

24   "consistency"?

25        A     What does that mean,
```

```
                                        Page 30
 1                    R.  PETROSYANTS
 2   "consistency," in your opinion?
 3        Q    I'm the one asking the questions
 4   today, so --
 5        A    Consistency --
 6        Q    When you meet with Janos --
 7        A    -- answer --
 8        Q    When you meet with Janos to
 9   discuss consistency, what is it that
10   you're discussing with him?
11        A    Discuss the service and food.
12        Q    Ensuring that the service is
13   running properly?
14        A    Properly and good, yeah.
15        Q    Okay.  And the service is
16   dependent on the back-of-the-house kitchen
17   employees and the front-of-the-house
18   service staff?
19        A    Yes.
20             MR. KATAEV:  Objection to form.
21             But you can answer.
22   BY MR. NUSSBAUM:
23        Q    Okay.  So you're ensuring with
24   him that the back-of-the-house kitchen
25   employees and front-of-the-house service
```

```
 1                    R.  PETROSYANTS
 2    staff are providing a consistent
 3    performance for the customer; is that
 4    right?
 5              MR.  KATAEV:  Objection to form.
 6              THE  WITNESS:  Yes.
 7    BY MR.  NUSSBAUM:
 8         Q     Okay.  And is that something
 9    that you pay close attention to when
10    you're in the restaurant?
11         A     I try to, yeah.
12         Q     Okay.  And if you see there's a
13    problem with the, quote unquote,
14    "consistency," what do you do?
15         A     Take action.
16         Q     What does "take action" mean?
17         A     I'll try to do better.
18         Q     What does that mean, you'll try
19    to do better?
20         A      If the steak is overcooked and
21    that's not something that the customer
22    like, I'll make sure, you know, next time
23    when he's served, steak is better.
24         Q     Okay.  If you see a server not
25    performing their duties correctly, what
```

```
 1                      R.  PETROSYANTS
 2   would you do?
 3        A    That's not my job.  That's
 4   manager's job to oversee that process.
 5        Q    Okay.  Wouldn't that affect the
 6   consistency --
 7        A    -- there's something I don't
 8   like --
 9        Q    I'm sorry; there's something you
10   don't like?
11        A    If there's something I don't
12   like, I report to managers.
13        Q    So if you saw a server not --
14        A    And managers make --
15        Q    Go ahead.
16        A    I just finished.
17        Q    If you saw a server not
18   performing their duties properly, you
19   would report that to the manager?
20        A    Yep.
21        Q    And then he would take action?
22        A    Yep.
23        Q    Okay.  And you said earlier that
24   you ensure that there's, you said, quote
25   unquote, "best performance" at the
```

Page 33

```
 1                     R.  PETROSYANTS
 2   restaurant.  What do you mean by that?
 3        A    Exactly what that means.  Best
 4   performance at the restaurant.  Good
 5   quality of food, best -- best service, and
 6   making sure that, you know, business runs
 7   properly.
 8        Q    All aspects of the business;
 9   right?
10            MR. KATAEV:  Object to form.
11            THE WITNESS:  Exactly.
12   BY MR. NUSSBAUM:
13        Q    And when you're present in the
14   restaurant, are you on the dining room
15   floor when customers are there?
16        A    I'm on the restaurant.
17        Q    You're in the area of the
18   restaurant that customers are dining?
19        A    Everywhere.  Everywhere in the
20   restaurant.
21        Q    And when you're on the floor;
22   right?  There are times that you're on the
23   floor of the restaurant, where customers
24   are?
25        A    Yeah, we have a floor in the
```

```
                                        Page 34
 1                    R.  PETROSYANTS
 2   restaurant.  Yeah.  As soon as I open the
 3   restaurant, I'm on the floor, yeah.
 4        Q    Right.  And so what are you
 5   doing when you're in that area, where the
 6   customers are?
 7        A    Making --
 8        Q    What are you focused on?
 9        A    Making sure the place runs
10   properly.
11        Q    Making sure that the service
12   staff is doing their job?
13           MR. KATAEV:  Objection to form.
14           THE WITNESS:  Yeah.
15   BY MR. NUSSBAUM:
16        Q    Have your job duties changed at
17   all over time, or have they always been
18   the same?
19        A    Can you repeat the question?
20        Q    Have your job duties at Osteria
21   La Baia changed over time, or have they
22   always remained the same?
23        A    Sometimes it changes.
24        Q    How has it changed?
25        A    I don't know how to answer this
```

```
                                          Page 35
 1                    R.  PETROSYANTS
 2   question.
 3        Q     Of course, you do.
 4        A     Okay, from A to Z.
 5        Q     How has it changed?
 6        A     From A to B.
 7        Q     Explain it.
 8        A     From A to B.
 9        Q     You're not answering my
10   question.  My question is, how have your
11   job duties changed over time at Osteria La
12   Baia?
13        A     -- from A to B.
14        Q     I don't know what A means, and I
15   don't know what B means.
16        A     How can I answer your question?
17   How has that changed?  I walk into the
18   restaurant, there's million things that
19   can change from starting where, you know,
20   why the floor is dirty and why the plates
21   are here, why is this and that?  How do
22   you want me to answer this question?
23        Q     Right.  And was that different
24   in 2023?
25        A     -- huh?
```

```
                                            Page 36
 1                    R.  PETROSYANTS

 2        Q    Was that different in 2023 than

 3   it is today?

 4        A    It's all concerning running a

 5   restaurant.  What do you mean,

 6   "different"?  Whatever has to do with the

 7   running a restaurant, it's always

 8   different.  You walk into a place, there's

 9   a million things going on.  100 percent.

10   There's a light too light -- too bright;

11   there's a floors are dirty; there's a

12   napkins are dirty.  So what do you mean by

13   "changing"?

14        Q    Okay.  And that's been the same

15   way since you started working as director

16   of operations; right?

17        A    I don't understand your

18   question.  What do you mean, "the same

19   way"?  Yeah, the same way that, yeah, I'm

20   trying to run the restaurant.  Yes, it was

21   the same way from the day one.  Yeah.

22        Q    Okay.  I mean, as director of

23   operations, you have job duties; right?

24        A    Yes, running a restaurant.

25        Q    Okay.  When Marianna hired you
```

```
                                              Page 37
 1                      R.  PETROSYANTS
 2   to be the director of operations, did she
 3   tell you what your job duties would be?
 4        A    She didn't tell me what my job
 5   duties would be.  She told me, "You are --
 6   as the director of operations, you know
 7   what -- you know, how to run the -- and
 8   operate the restaurant.  Please run it for
 9   me."  Done.
10        Q    And she didn't -- withdrawn.
11   She didn't specify specific things that
12   she wanted you to do?
13        A    To run a successful restaurant.
14   That's all she wanted me to do.
15        Q    And so she gave you carte
16   blanche to do whatever you want in terms
17   of running the operations?
18        A    Yeah, she's mother of my kids.
19        Q    Sorry.  What was the answer?
20        A    Yes, she did.
21        Q    You said, yes, she's the mother
22   of your kids; right?  Was that the answer?
23        A    Uh-huh.  She's --
24        Q    I need a yes or a no.
25        A    Can you repeat -- repeat the
```

```
                                      Page 38
 1                    R.  PETROSYANTS
 2   question?
 3        Q    I said, your answer was "Yes,
 4   she's the mother of my kids"; correct?
 5        A    What was your question before?
 6   I didn't get it.
 7        Q    Did Marianna give you carte
 8   blanche to do whatever you want in terms
 9   of running the operations of the
10   restaurant?
11        A    Yes, she did.
12        Q    And your answer was "Yes, she's
13   the mother of my kids"; correct?
14        A    No, my answer is "Yes, she did."
15        Q    Okay, the record will speak for
16   itself.  Does Osteria La Baia know what
17   the minimum wage is?
18              MR. KATAEV:  Objection to form.
19              THE WITNESS:  I hope we do.
20   BY MR. NUSSBAUM:
21        Q    I didn't hear your answer; I'm
22   sorry.
23        A    Yes, we do.
24        Q    Does Osteria La Baia know what
25   overtime is?
```

Page 39

```
 1                    R.  PETROSYANTS
 2           MR.  KATAEV:   Objection to form.
 3           THE WITNESS:   Yes.
 4  BY MR. NUSSBAUM:
 5      Q    What was the answer?
 6      A    What was the question?
 7      Q    Does Osteria La Baia know what
 8  overtime is?
 9      A    Yes.
10      Q    Does Osteria La Baia know what
11  the tip-credit minimum wage is?
12      A    Yes.
13      Q    Does Osteria La Baia know that
14  it's illegal to have management employees
15  who supervise other employees included in
16  the tip pool at a restaurant?
17           MR.  KATAEV:   Objection to form.
18           You can answer.
19           THE WITNESS:   I don't know how to
20      answer that.   Whatever is illegal by law,
21      we know that it's illegal.
22  BY MR. NUSSBAUM:
23      Q    How do you know that?
24      A    Because we have some rules and
25  regulations printed in our house.
```

```
                                          Page 40
 1                    R. PETROSYANTS
 2        Q    And you're saying the rules and
 3   regulations that you have printed in your
 4   house state that you cannot have a manager
 5   participate in a tip pool?  Is that your
 6   testimony?
 7        A    From the management there's
 8   certain rules that we know that we have to
 9   keep -- upkeep for running a legal tip or
10   payment system for all the employees.
11        Q    And it's your job, as director
12   of operations, to ensure that that system
13   of paying employees legally is in
14   operation?
15              MR. KATAEV:  Objection --
16              THE WITNESS:  That's my manager's
17        job.
18   BY MR. NUSSBAUM:
19        Q    Okay.  And if your manager
20   wasn't doing his job, what would you do?
21              MR. KATAEV:  Objection --
22              THE WITNESS:  He would come to me and
23        ask me to do --
24   BY MR. NUSSBAUM:
25        Q    He'd ask you to do what?
```

```
                                        Page 41
 1                    R.  PETROSYANTS
 2        A     To manage the restaurant.
 3    If -- if I don't have a manager, I
 4    would -- you know, I'll find a way to
 5    manage it, but I always had a manager.
 6        Q     Did you hire Janos?
 7        A     No.
 8        Q     Who hired him?
 9        A     I do not remember.
10        Q     Was he already working at the
11    restaurant when you started working there?
12        A     I do not remember.
13        Q     So it's possible he started
14    working after that?
15             MR. KATAEV:  Objection to form.
16             THE WITNESS:  I -- I just said I do
17        not remember.  You can phrase the -- your
18        question many -- million times different
19        way, but I just told you the answer.
20    BY MR. NUSSBAUM:
21        Q     And Janos is responsible for
22    hiring and firing the service staff at the
23    restaurant?
24        A     Yes.
25        Q     And Janos is responsible for
```

Page 42

```
 1                    R. PETROSYANTS
 2   making sure that the service staff is paid
 3   the appropriate wages?
 4       A    Yes.  At this point, yes.
 5       Q    And customers at the restaurant,
 6   they leave tips, typically; right?
 7       A    Yeah.
 8       Q    And those tips are for the
 9   foodservice staff?
10       A    Yes.
11       Q    And Janos is responsible for
12   making sure that the foodservice staff get
13   paid those tips?
14       A    Yes.
15       Q    Now, isn't it true that Osteria
16   La Baia pays the foodservice employees
17   pursuant to a tip-credit wage?
18       A    Can you repeat the question?
19       Q    Isn't it true that Osteria La
20   Baia pays the foodservice employees
21   pursuant to a tip-credit wage?
22       A    Yes.
23       Q    Okay.  And whose decision was it
24   to do that?
25       A    To do a tip credit?
```

```
                                              Page 43
 1                     R.  PETROSYANTS
 2        Q     Yeah.
 3        A     If you're a tip employee, you
 4   get a tip credit; right?
 5        Q     Whose decision was it to pay
 6   them that wage?
 7        A     Management, probably.  I
 8   would -- I don't remember.
 9        Q     Well, is it Marianna's decision?
10        A     No.
11        Q     Is it your decision?
12        A     I do not remember.
13        Q     You don't remember if it's your
14   decision?
15        A     Yep.
16        Q     Now, has Osteria La Baia given
17   the foodservice employees written notice
18   of how they're going to be paid?
19        A     I think we did, to my best
20   knowledge.
21        Q     Okay.  Do you have any proof of
22   that?
23        A     We probably will be looking for
24   it in storage, but yeah.
25        Q     Okay.  As of now have you seen
```

```
                                          Page 44
 1                    R.  PETROSYANTS
 2   any written notices that you gave
 3   employees?
 4         A     Yes, I have.
 5         Q     Yeah?  Do you know why none of
 6   them have been produced in this lawsuit?
 7         A     I have no idea.
 8         Q     Have any of them been produced
 9   in this case?
10         A     I don't know.
11         Q     Who does Janos report to?
12         A     I think you asked that question
13   again.
14         Q     I didn't.  Who does Janos report
15   to?
16         A     Can you repeat the question?
17         Q     You heard the question.  Who
18   does Janos report to?
19         A     Can you repeat again, please?
20         Q     Sure.  Who does Janos report to?
21         A     To me.  I said that before;
22   right?
23         Q     And to Marianna?
24         A     Not really.  To me.
25         Q     Okay.  And if you weren't happy
```

```
 1                    R.  PETROSYANTS
 2    with Janos's performance, you would be the
 3    one who would decide to terminate him?
 4         A    Yeah.
 5         Q    Okay.  And overall, you're
 6    satisfied with his performance; right?
 7         A    Yeah.
 8         Q    I'm sorry; what was the answer?
 9         A    Yes.
10         Q    What, if anything, has Osteria
11    La Baia done to ensure that its
12    compensation and tipping practices are in
13    accordance with state and federal law?
14         A    Can you repeat the question?
15         Q    Sure.  What, if anything, has
16    Osteria La Baia done to ensure that its
17    compensation and tipping practices are in
18    accordance with federal and state law?
19              MR. KATAEV:  Objection to form.
20              You can answer.
21              THE WITNESS:  Everything that needs
22         to be done.
23    BY MR. NUSSBAUM:
24         Q    But there are federal laws about
25    how to pay employees; right?
```

Page 46

R.  PETROSYANTS

1

2      A    I don't have -- I can't recall
3   at this point.  I know there's a federal
4   rule, and I know there's steps that we
5   take, making sure that everyone gets
6   proper payment, making sure that everyone
7   gets legal payment as they deserve, but
8   what actually La Baia does is just
9   follow -- file the rule -- follow the
10  rule.
11     Q    Okay.  How do you know that it
12  follows the rule?
13     A    I'm -- I'm hoping so, yeah.
14     Q    You're hoping.  Do
15  you -- withdrawn.  So do you have
16  any -- withdrawn.  Can you tell me
17  anything that Osteria La Baia has done to
18  ensure that --
19     A    I cannot --
20     Q    -- the way it pays its employees
21  follows the law?
22     A    I cannot tell you at this point.
23     Q    Okay.  Has Osteria La Baia ever
24  sought legal advice about how to pay its
25  employees?

```
                                                Page 47
 1                     R.  PETROSYANTS
 2        A     I cannot recall right now.
 3        Q     So sitting here today, you have
 4   no evidence of any -- withdrawn.  So
 5   sitting here today, you don't have any
 6   evidence that Osteria La Baia ever
 7   sought --
 8        A     I'm not --
 9        Q     Please don't interrupt me.
10   Sitting here today, you don't have any
11   evidence that Osteria La Baia's sought
12   legal advice about how to pay its
13   employees; correct?
14        A     I didn't say that.
15        Q     Well, do you have any evidence
16   at all that Osteria La Baia sought legal
17   advice as to how to pay its employees?
18             MR. KATAEV:  Objection to form.
19             THE WITNESS:  I cannot recall --
20   BY MR. NUSSBAUM:
21        Q     What was the answer?
22        A     I cannot recall --
23        Q     Sitting here today, you have no
24   recollection of Osteria La Baia seeking
25   any legal advice about how to pay its
```

Page 48

1                    R. PETROSYANTS
2    employees; correct?
3        A    Can you repeat the question,
4    please?
5            MR. KATAEV:  Counselor --
6    BY MR. NUSSBAUM:
7        Q    Yes.  You have no recollection
8    about Osteria La Baia seeking any legal
9    advice about how to pay its employees;
10   correct?
11       A    I cannot recall at this point,
12   as I said.  Maybe we do; maybe we did not.
13       Q    Okay.  Who -- withdrawn.  You're
14   aware that there were documents that were
15   produced as part of this lawsuit; right?
16       A    Yes.
17       Q    Who was responsible for
18   gathering those documents and giving them
19   to the lawyer?
20       A    I have to look into it.
21       Q    You're a defendant in the case;
22   right?
23       A    Yeah.  I have 50 people working
24   for me.  I -- you know, I have to look
25   into it.  I don't want to give you a wrong

```
                                         Page 49
 1                      R.  PETROSYANTS
 2    answer.
 3         Q     Right.  But at some point in
 4    time, you became aware that the plaintiffs
 5    in this lawsuit served requests on you to
 6    produce documents; right?
 7         A     Yes.
 8         Q     And what did you do to ensure
 9    that those document requests were
10    responded to?
11         A     I told them, "Listen, whatever
12    we have to help, you know, to resolve this
13    law issue," which we did everything
14    properly, paying those employees, to
15    produce all the paperwork.
16         Q     Who did you tell?  You said you
17    told "them."  Who did you tell?
18         A     Management.
19         Q     Who's management?
20         A     Janos.
21         Q     So you asked Janos to get the
22    documents?
23         A     I told him to do it.  I don't
24    know who did it.  I don't know who
25    actually sent them.
```

```
                                          Page 50
 1                    R.  PETROSYANTS
 2        Q      Okay.   Besides for Janos, is
 3   there someone else that would have
 4   documents?
 5        A      There's a lot of people.
 6        Q      Do you know where these records
 7   are stored?  They're stored online; right?
 8        A      Some are online; some are, like,
 9   you know, in a file, you know, physical
10   files.
11        Q      Yeah.   Which records are stored
12   online?
13        A      I cannot recall it.
14        Q      You cannot recall which records
15   are stored online?
16        A      Nope --
17        Q      Sir, please don't use your phone
18   during the deposition.
19        A      I'm not using my phone.
20        Q      For the record, you're not using
21   your phone right now?
22        A      No.
23        Q      Okay.   And you said certain
24   records are kept in hard file or hard
25   copy, I believe you said; is that right?
```

```
                                             Page 51

 1                     R.  PETROSYANTS

 2       A     Yeah.

 3       Q     Which records are those?

 4       A     I cannot answer this question.

 5   There's a million records.  I don't know.

 6       Q     Okay.  Where are the hard copies

 7   of the records kept?

 8       A     In storage.

 9       Q     Where's the storage?

10       A     In the restaurant.

11       Q     Okay.  And who has access to the

12   storage?

13       A     Few people.

14       Q     Which people?

15       A     One -- one of them is me.

16       Q     Who else?

17       A     Management.

18       Q     Janos?

19       A     Yeah.

20       Q     Anyone else?

21       A     Not that I -- you know,

22   probably, but not that I can call the

23   names.

24       Q     Okay.  And Marianna has access

25   to that as well; right?
```

Page 52

1                    R. PETROSYANTS

2      A    Marianna is the owner.  She has

3  access -- if she wanted it, she has access

4  to anything she wants.

5      Q    Okay.  Who has financial control

6  over the restaurant?

7      A    I don't understand the question.

8      Q    Who runs the restaurant's

9  finances?

10     A    I run the restaurant.  I'll make

11 sure that the financials are in line with

12 the -- with being a profitable restaurant.

13     Q    Okay.  Isn't it true that the

14 restaurant had gross earnings in excess of

15 $1 million last year?

16     A    I don't -- I can't recall those

17 numbers.

18     Q    You don't know if the restaurant

19 had earnings in excess of $1 million last

20 year?

21     A    No.

22     Q    Isn't it true that the

23 restaurant had earnings in excess of $1

24 million in 2023?

25     A    No.

```
                                           Page 53
 1                    R. PETROSYANTS
 2       Q    It didn't?
 3       A    I don't have those numbers in
 4  front of me.
 5       Q    Okay.  But you're the one
 6  responsible for all that?
 7       A    Yeah.
 8            MR. KATAEV:  Objection to form.
 9  BY MR. NUSSBAUM:
10       Q    And sitting here today, you
11  don't know if the restaurant earned more
12  or less than $1 million in gross earnings?
13       A    I don't -- I don't --
14            MR. KATAEV:  Objection to form.
15            THE WITNESS:  Those numbers --
16       million dollars, nine-fifty, nine-fifty-
17       nine -- I don't have the number.  I don't
18       want to just throw something out there
19       that I'm not sure.  Where you got that --
20  BY MR. NUSSBAUM:
21       Q    I mean, isn't it true that it's
22  more than $4 million?  That's not really
23  such a hard question to answer.
24            MR. KATAEV:  Objection to form.
25            THE WITNESS:  No, it's not.
```

```
                                              Page 54
 1                    R. PETROSYANTS
 2    BY MR. NUSSBAUM:
 3         Q    It's not more than $4 million?
 4         A    It's not my question to answer.
 5    I'm telling you that I don't have those
 6    numbers in front of me, and I don't know
 7    how you can, you know, throw those
 8    numbers, that restaurant did that, this,
 9    that, this.  I don't have those numbers.
10         Q    The customers at the restaurant,
11    they leave tips; right?
12         A    Can you repeat the question?
13         Q    The customers who dine at the
14    restaurant leaves tips usually?
15         A    Yeah.
16         Q    Well, what's the range of the
17    typical amount of the check that customers
18    leave as a tip?
19         A    I don't know.  18 to 20 percent,
20    plus minus.
21         Q    18 to 20 percent?  Okay.
22         A    Yeah.  How much the tips you
23    leave?
24         Q    Osteria La Baia has a lease;
25    right?
```

```
                                          Page 55
 1                    R.  PETROSYANTS
 2        A     Yeah.
 3        Q     Who signed the lease?
 4        A     I don't remember.
 5        Q     But it could have been you;
 6   right?
 7        A     I don't think so.
 8        Q     And the restaurant was renovated
 9   before it was opened; right?
10        A     Yeah.
11        Q     Okay.  Who was in charge of the
12   renovation?
13        A     General contractor.
14        Q     And who hired the general
15   contractor?
16        A     I do not remember.
17        Q     Okay.  Did you participate at
18   all in the renovations of the restaurant?
19        A     No.
20        Q     Did you participate at all in --
21        A     Yes and -- yes and no and not
22   into my full, you know, capacity.
23        Q     And in what way did you
24   participate in the renovation of the
25   restaurant?
```

Page 56

```
 1                        R.  PETROSYANTS

 2       A     Making sure it looks beautiful.

 3       Q     Okay.  Did you -- withdrawn.  So

 4   the general contractor reported to you?

 5       A     No.

 6       Q     Who did they report to?

 7       A     I do not remember.

 8       Q     Well, there's either you or your

 9   wife.  Is there someone else?

10            MR. KATAEV:  Objection to form.

11            THE WITNESS:  I just told you.  I do

12       not remember.

13   BY MR. NUSSBAUM:

14       Q     Okay.  Well, who else could

15   there be?

16            MR. KATAEV:  Objection.

17            THE WITNESS:  I don't know.

18   BY MR. NUSSBAUM:

19       Q     Is there someone else?

20            MR. KATAEV:  Objection to form.

21            THE WITNESS:  No.

22   BY MR. NUSSBAUM:

23       Q     Okay.  So it's either you or

24   your wife; right?  You just said there's

25   no one else, so who else could they have
```

```
                                      Page 57
 1                   R.  PETROSYANTS
 2   reported to?
 3        A    -- the answer to.  I told you.
 4   I do not remember.
 5        Q    Okay.  You have a twin brother;
 6   right?
 7        A    Yeah.
 8        Q    Does he work at the restaurant?
 9        A    No.
10        Q    What's his name?
11        A    Johnny.
12        Q    Johnny?
13        A    Uh-huh.
14             THE REPORTER:  Verbal --
15   BY MR. NUSSBAUM:
16        Q    Has he ever had a role at the
17   restaurant?
18        A    No.
19        Q    Has he ever received any salary
20   at the restaurant?
21        A    No.
22        Q    Has he ever received any wages
23   at the restaurant?
24        A    No.
25        Q    Has he ever, directly or
```

```
                                            Page 58
 1                    R.  PETROSYANTS
 2    indirectly,  received  any  portion  of  the
 3    profits  at  the  restaurant?
 4          A      Probably,  yeah.   I  don't  --  I
 5    don't  remember  at  this  point.
 6          Q      So  if  the  restaurant's  owned  100
 7    percent  by  your  wife,  why  would  your
 8    brother  be  receiving  a  share  of  the
 9    profits?
10              MR.  KATAEV:   Objection  to  form.
11              THE  WITNESS:   Like  I  said,  I  do  not
12          remember  if  he  did  or  not.
13    BY  MR.  NUSSBAUM:
14          Q      But  you  said  probably  a  minute
15    ago.
16          A      Yeah,  I  just  --  then  I  said  I  do
17    not  remember  if  he  did  or  not.
18          Q      Who  hired  Mr.  Kataev?
19          A      Who?   My  attorney?
20          Q      Yeah.
21              MR.  KATAEV:   Objection.
22              THE  WITNESS:   Marianna  and  me.
23    BY  MR.  NUSSBAUM:
24          Q      And  who  hired  him  to  represent
25    Osteria  La  Baia?
```

Page 59

```
 1                    R.  PETROSYANTS
 2          MR.  KATAEV:  Objection  to  form.
 3          THE  WITNESS:  Marianna  and  me.
 4   BY MR. NUSSBAUM:
 5      Q    Okay.  Does  the  restaurant  have
 6   an  accountant?
 7      A    No.  I mean, yes.  The  files,
 8   yeah.  Final  reports, yeah.  Not  a  house
 9   accountant.
10      Q    Okay.  Who  hired  that
11   accountant?
12      A    Marianna  and  me.
13      Q    Okay.  And  the  restaurant  does
14   its  in-house  accounting  by  itself?  Is
15   that  your  testimony?
16          MR.  KATAEV:  Objection  to  form.
17          THE  WITNESS:  Am  I  answering?
18   BY MR. NUSSBAUM:
19      Q    Yeah.
20      A    Can  you  repeat  the  question?
21      Q    Sure.  It  sounded  like, a  minute
22   ago, you  were  saying  that  the  accountant
23   only  does  things  like  filing  tax  returns;
24   is  that  correct?
25      A    Yes.
```

Page 60

1                    R.  PETROSYANTS

2         Q     Okay.  So the other accounting

3   issues, like balancing the books of the

4   restaurant, who does that?

5         A     I think all of our -- you know,

6   all of our books, we run through Toast.

7   Everything -- most of our data gets --

8   we -- we all get from Toast, so.

9         Q     Okay.  And you have access to

10  Toast?

11        A     Yes.

12        Q     Okay.  And the employees'

13  payroll records are on Toast as well;

14  right?

15        A     Yes.

16        Q     So you have access to all the

17  employees' payroll records; right?

18        A     Uh-huh.

19        Q     Yes or no?

20              THE REPORTER:  Verbal --

21              THE WITNESS:  Yes.

22              MR. KATAEV:  Objection to form.

23  BY MR. NUSSBAUM:

24        Q     Does the restaurant have a head

25  chef?

```
                                               Page 61
 1                      R.  PETROSYANTS
 2        A     Yes.
 3        Q     Who's the head chef?
 4        A     Adrian Ramirez.
 5        Q     And how long have they been the
 6   head chef for?
 7        A     Few years.
 8        Q     Before or after you started
 9   working as director of operations?
10        A     After.   After --
11        Q     Who hired Adrian?
12        A     I don't -- I don't remember
13   that.
14        Q     Who hired Adrian Ramirez?
15        A     I do not remember.
16        Q     Who does Adrian Ramirez report
17   to?
18        A     Management.   Then me.
19        Q     Is there a typical schedule that
20   you're in the restaurant?
21              MR. KATAEV:  Objection to form.
22              THE WITNESS:  No.
23   BY MR. NUSSBAUM:
24        Q     You just come and go on
25   different days; is that right?
```

```
                                              Page 62
 1                      R.  PETROSYANTS
 2            MR.  KATAEV:   Objection  to  form.
 3            THE  WITNESS:   Yep.
 4            MR.  KATAEV:   Josef,  when  you  are
 5        ready,  I  would  like  to  take  a  quick  break,
 6        but  whenever  you're  ready.
 7            THE  WITNESS:   Can  we  finish  this
 8        already?
 9   BY  MR.  NUSSBAUM:
10        Q     I'm  sorry?
11        A     You  want  to  take  a  break?
12        Q     I  didn't  understand  what  you
13   just  said.
14        A     Are  we  taking  a  break?
15        Q     I  didn't  --  what  you  just  said.
16   Your  attorney  said  they  want  to  take  a
17   break  when  I'm  ready.   That's  what  he
18   said,  if  I  understood  correctly.
19            Isn't  it  true  that  you  held
20   yourself  out  to  be  the  boss  at  Osteria  La
21   Baia?
22        A     Can  you  repeat  the  question?
23        Q     Isn't  it  true  that  you  represent
24   yourself  to  people  as  the  boss  at  Osteria
25   La  Baia?
```

Page 63

R.  PETROSYANTS

1
2          MR.  KATAEV:  Objection to form.
3          THE  WITNESS:  What do you mean by
4      "boss"?
5  BY MR. NUSSBAUM:
6      Q    I don't know.  Isn't it true
7  that you've called yourself the boss?
8      A    What do you mean by "calling
9  yourself boss"?
10     Q    I mean calling yourself, quote
11 unquote, "boss."  That's what I mean.
12     A    I do not remember.
13     Q    You're the director of
14 operations, so you're the boss; right?
15         MR. KATAEV:  Objection to form.
16         THE WITNESS:  I answered your
17     question.  Move on.
18 BY MR. NUSSBAUM:
19     Q    You didn't answer my question.
20 You are the boss at Osteria La Baia;
21 correct?
22     A    I do not remember if I did or
23 no.
24     Q    I'm asking you, you consider
25 yourself to be the boss there; right?

```
                                              Page 64

 1                    R.  PETROSYANTS
 2            MR.  KATAEV:  Objection to form.
 3            THE  WITNESS:  No.
 4   BY MR. NUSSBAUM:
 5        Q    You don't consider yourself to
 6   be the boss?
 7            MR.  KATAEV:  Objection to form.
 8            THE  WITNESS:  I don't know what you
 9        mean exactly by "being a boss."  I think
10        my wife is the boss, yeah, of the
11        restaurant.  What do you mean by "boss"?
12   BY MR. NUSSBAUM:
13        Q    How frequent --
14        A    Making decisions?  Yes, you do
15   make decisions on a certain level.  Then
16   the management makes another decisions, so
17   they consider him as the boss as well.
18   What do you mean by being, myself, a boss?
19   So can you ask correct question?
20        Q    Okay.  So I mean, you're the
21   boss, and the manager's the boss; right?
22            MR.  KATAEV:  Objection to form.
23            THE  WITNESS:  I cannot recall.
24   BY MR. NUSSBAUM:
25        Q    You can't recall if you're the
```

```
                                          Page 65
 1                    R. PETROSYANTS
 2   boss and the manager's the boss?
 3       A     Exactly.  I cannot recall.
 4       Q     I want to remind you,
 5   Mr. Petrosyants, that the judge is going
 6   to read today's transcript.  Do you
 7   understand that?
 8       A     Yeah.  All right.  I cannot
 9   recall if someone calls me a boss or not.
10       Q     Okay.  But you consider yourself
11   to be the boss; right?
12       A     I consider myself to be a boss
13   of where?
14       Q     Of Osteria La Baia.
15             MR. KATAEV:  Objection to form.
16             THE WITNESS:  I'm a director of
17       operation.  Why do I consider myself be a
18       boss?
19   BY MR. NUSSBAUM:
20       Q     Okay.  How often is Marianna in
21   the restaurant?
22       A     Few times a week.  Maybe once a
23   week.  Few times a month.
24       Q     And when she's there, you're
25   typically there as well?
```

```
                                          Page 66
 1                    R.  PETROSYANTS
 2      A     Yeah.
 3      Q     Okay.  But on the occasion that
 4   she's not in the restaurant, you're the
 5   highest-ranking employee at the
 6   restaurant; correct?
 7            MR. KATAEV:  Objection to form.
 8            THE WITNESS:  Yes.
 9            MR. NUSSBAUM:  Okay.  We can take a
10        break for five minutes.  Is that what you
11        need, Mr. Kataev?
12            MR. KATAEV:  Yeah, just the bathroom.
13        Thank you.
14            MR. NUSSBAUM:  Okay, Mr. Petrosyants.
15        I'm just going to remind you you're not to
16        discuss your testimony during the break.
17            THE REPORTER:  Okay.  We're off the
18        record at 10:02.
19            (Off the record.)
20            THE REPORTER:  We are back on the
21        record at 10:08 a.m.
22   BY MR. NUSSBAUM:
23      Q     Mr. Petrosyants, does Osteria La
24   Baia have pre-shift meetings before
25   customer service starts?
```

Page 67

1                          R.  PETROSYANTS

2        A     Yes.

3        Q     Okay.  Who runs those meetings?

4              MR. KATAEV:  Objection to form.

5              THE WITNESS:  Management.

6   BY MR. NUSSBAUM:

7        Q     When you say "management," are

8   you referring to anyone else besides for

9   Janos?

10             MR. KATAEV:  Objection to form.

11             THE WITNESS:  Referring to chef;

12       Janos.  That's it.

13  BY MR. NUSSBAUM:

14       Q     Yeah.  Do you ever attend those

15  meetings?

16       A     Yeah.

17       Q     And do you ever speak at those

18  meetings?

19       A     Sometimes.

20       Q     Okay.  What topics do you

21  usually speak about at those meetings?

22       A     Consistency, performance, best

23  value.  That's it.

24       Q     Okay.  Who attends those

25  meetings?

```
                                        Page 68

 1                    R.  PETROSYANTS
 2        A      Front-of-the-house  staff.
 3        Q      Okay.   So you give  them
 4   instructions  at  the  meeting?
 5        A      No.
 6        Q      But you said you talk  to  them
 7   about  consistency  and  some  other  things;
 8   right?
 9        A      Yeah,  that's  not  instructions;
10   right?
11        Q      So  what  would  you  consider  that
12   to  be?
13        A      Just  making  sure  that  everyone
14   plays  consistently  best  performance.
15   Management  does  all  the  instructions.
16        Q      Okay.   And  to  your  knowledge,
17   the  front-of-house  staff  knows  that  your
18   wife  owns  the  restaurant;  right?
19        A      To  my  knowledge,  yes.
20             MR.  KATAEV:   Objection  to  form.
21   BY  MR.  NUSSBAUM:
22        Q      And  to  your  knowledge,  the
23   front-of-house  staff  knows  that  you're  the
24   director  of  operations;  correct?
25             MR.  KATAEV:   Objection  --
```

Page 69

1                          R.  PETROSYANTS
2                THE  WITNESS:  Yes.
3    BY MR.  NUSSBAUM:
4          Q     Who's -- withdrawn.  So you
5    mentioned front-of-house staff.  Can you
6    tell me what positions are part of the
7    front-of-house staff at Osteria La Baia?
8          A     Servers, bussers, runners.
9          Q     So was that servers, bussers,
10   runners?
11         A     Yeah, to my best knowledge.  I
12   might miss things here and there, but
13   yeah.
14         Q     What about bartenders?
15         A     Oh, you see?  Bartenders.
16         Q     There you go.
17         A     Bartenders.  Drink runners.  So,
18   you know, front of the house.
19         Q     And all those positions receive
20   tips at the restaurant?
21         A     To my best knowledge, yes.
22         Q     And do they all share in one tip
23   pool together?
24         A     I think so, yeah.
25         Q     Okay.  And all those positions

```
                                          Page 70
 1                      R.  PETROSYANTS
 2   are paid the tip-credit minimum wage;
 3   correct?
 4        A    To my best knowledge, yeah.
 5        Q    And whose decision was it to pay
 6   them that wage?
 7        A    Can you repeat the question?
 8        Q    Yes.  Whose decision was it to
 9   pay the front-of-house staff the tip-
10   credit minimum wage?
11        A    I cannot remember.
12        Q    I mean, Osteria La Baia could
13   have paid them or could pay them fifteen,
14   twenty, thirty dollars an hour; right?
15        A    What does that mean, if they
16   could --
17        Q    The restaurant is free to pay
18   its employees whatever hourly wage it
19   wants above the legally-mandated wage;
20   right?
21        A    Yeah, I think any owner could
22   pay whatever he wants; no?
23        Q    Right.  So whose decision was it
24   to pay them the tip-credit minimum wage
25   and not another wage?
```

Page 71

```
 1                  R.  PETROSYANTS
 2          MR.  KATAEV:  Objection to form.
 3          THE  WITNESS:  I do not remember.
 4   BY MR. NUSSBAUM:
 5      Q    Was it Janos's decision?
 6      A    I just said, I do not recall it,
 7   whose decision was that.  I don't want to
 8   give you a wrong answer.
 9      Q    Who's responsible for training
10   new front-of-the-house staff?
11      A    Management.
12      Q    And just so we're clear, front-
13   of-the-house staff and service staff are
14   the same thing; correct?
15      A    Front-of-the-house and service
16   staff.  Yeah.
17      Q    Okay.  So if I use those terms
18   interchangeably, you understand that
19   "service staff" refers to front-of-the-
20   house staff and "front-of-the-house staff"
21   refers to service staff; right?
22      A    Yes.
23      Q    And so Janos is responsible for
24   training all new front-of-the-house staff?
25      A    Management, yeah.  The chef, you
```

```
                                        Page 72
 1                   R. PETROSYANTS
 2    know, he educates the staff for the food
 3    and all the, you know, kitchen plates and
 4    all that.
 5         Q    Okay.  And what about the actual
 6    aspects of, you know, what they have to do
 7    on the floor; how to serve customers; you
 8    know, for bussers, how to clear tables?
 9    Who trains them with that?
10         A    Yeah.  Management and the main
11    server.
12         Q    When you say "management," who
13    are you referring to?
14         A    Janos.
15         Q    And who's the main server?
16         A    Julio.
17         Q    Who's Julio?  Julio Perez?
18         A    Yes.
19         Q    When you say "main server," what
20    does that mean?
21         A    I mean he is the oldest server
22    that we have.  He knows the best knowledge
23    of how to run things like how's -- how's
24    things been done at the restaurant.
25    That's it.
```

Page 73

```
 1                    R. PETROSYANTS
 2        Q     Okay.  And does he have a
 3   different status than the other servers?
 4        A     Can you repeat the question?
 5        Q     Sure.  Does he have a different
 6   status than the other servers?
 7        A     He's a server-slash-captain.
 8        Q     Okay.  As a captain, what does
 9   he do?
10        A     I just told you that; no?
11        Q     No, you didn't.  What are his
12   duties as a captain?
13        A     Training staff.
14        Q     What else?
15        A     Not that I can recall.  A lot of
16   things.
17        Q     There are a lot of things?
18        A     Yeah, lot of different --
19             MR. NUSSBAUM:  Okay.  I mean, I want
20        to note for the record that, in Exhibit 1
21        that I showed you earlier, topic number 12
22        says that we want a witness to testify
23        about the job duties of all positions and
24        individuals in Osteria La Baia's tip pool
25        during the liability period.  It appears
```

that this witness is not capable to tell me what the captain's job duties were at the restaurant, so we would seek --

MR. KATAEV: -- no, you don't need --

MR. NUSSBAUM: -- we're going to leave this topic open to get a witness to be able to answer this question.

MR. KATAEV: We'll meet and confer on -- please proceed.

MR. NUSSBAUM: Sure.

THE REPORTER: Could you repeat that?

MR. NUSSBAUM: Which part?

MR. KATAEV: We will meet and confer --

THE REPORTER: You're still cutting out for me.

MR. KATAEV: We will meet and confer on the subject. Please proceed.

THE REPORTER: Okay. Thank you.

BY MR. NUSSBAUM:

Q What are servers' job duties?

A Serving a customer.

Q What else?

A Bringing plates to the table.

```
                                        Page 75
 1                    R.  PETROSYANTS
 2        Q     What else?
 3        A     Taking the plates from the
 4   table.
 5        Q     Okay.   What else?
 6        A     Bringing napkins.
 7        Q     Anything else?
 8        A     A lot of things, yeah.   What a
 9   server does, I just told you.   This is
10   most important things.
11        Q     Okay.   Do they take customers'
12   orders?
13        A     Yeah.
14        Q     And are there any other things
15   that servers do that you haven't told me?
16        A     Probably.
17        Q     Can you please tell me what else
18   it is that they do?
19        A     To my best knowledge, I just
20   told you everything that I -- I remember
21   at this point.
22        Q     And what do bussers do?
23        A     Bus the tables.
24        Q     Anything else?
25        A     Probably.
```

```
                                                Page 76
                              R. PETROSYANTS
 1
 2        Q    What else?
 3        A    As I told you, busing the
 4   tables.  There's a lot of things go into.
 5   I cannot recall all those things right
 6   now.
 7              MR. NUSSBAUM:  Okay.  So again, topic
 8         12, ask for a witness who could testify
 9         about the job duties of all positions in
10         Osteria La Baia's tip pool, and it appears
11         that this witness is unable or unwilling
12         to fully answer the question of what
13         bussers' job duties are at Osteria La
14         Baia.
15              THE WITNESS:  You can Google it; no?
16         What's the bussers' jobs?
17   BY MR. NUSSBAUM:
18        Q    Sir, we're here to get your
19   testimony for this case.
20        A    I just told you.  Bussing the
21   table.  What else you want to know?
22        Q    All right.  Do they have any
23   other job duties?
24        A    Yeah, folding napkins and
25   bringing forks, polishing glasses.  What
```

```
                                          Page 77
 1                    R.  PETROSYANTS
 2   else you want to know?
 3        Q    All right.  Is there anything
 4   else?
 5        A    There's a million things that
 6   they do.  I cannot recall them at this
 7   point.
 8        Q    Okay.  If you do recall them
 9   later, please let me know, but I want to
10   be clear that we asked for a witness who's
11   able to tell me all of the things, even if
12   there's a "million" things, quote unquote,
13   that they do.
14             What do the runners do?
15        A    Run food.  Run drinks.
16        Q    Anything else?
17        A    Run plates to the kitchen.
18   That's the major --
19        Q    What else?
20        A    A lot of things.  I just
21   don't -- I can't recall all of them right
22   now.
23        Q    Okay.  And I'd assume bartenders
24   mix drinks; is that right?
25        A    Yeah, you see?  Yeah, exactly.
```

Page 78

1                          R. PETROSYANTS
2    Bartenders make drinks with alcohol.
3         Q     What else do they do?  Thank
4    you.  And what else do they do?
5         A     Taking dirty glasses for dish
6    washing machine.
7         Q     Anything else?
8         A     Talking to a customer.
9         Q     Anything else?
10        A     Wiping the bar.
11        Q     Anything else?
12        A     A lot of things.  As I said, a
13   million things they do.  I just don't know
14   their duties in the day-to-day operations.
15   I do know them; I can't recall them now.
16        Q     Okay.  So again, now, to
17   reiterate, we asked for a witness who's
18   able to testify to all the duties of the
19   tipped employees at Osteria La Baia.
20             Who decides how many servers,
21   bussers, runners, and bartenders to staff
22   during each shift?
23        A     Customers.  Flow of customers.
24   If you have hundred reservations, we have
25   twenty front-of-the-house staff.  If you

```
                                        Page 79
1                    R.  PETROSYANTS
2    have 200 reservations, we have 40, for
3    example.  And that decision is made by the
4    management.
5         Q    By Janos?
6         A    Yeah.
7         Q    And Julio?
8         A    By Janos.
9         Q    And Julio?
10        A    By Janos.
11        Q    And the question is, and by
12   Julio as well?
13        A    I just told you.  By Janos.  I
14   don't know why you're asking Julio.  No.
15        Q    I'm asking, does Julio also
16   participate in that decision?
17        A    Not that I remember.
18        Q    All right.  But so it's
19   possible?
20             MR. KATAEV:  Objection to form.
21             THE WITNESS:  -- that I --
22   BY MR. NUSSBAUM:
23        Q    Sorry, what was the answer?
24        A    I just told you.  Not that I
25   remember.
```

```
                                              Page 80
 1                    R. PETROSYANTS
 2        Q     Right.  So it's possible that he
 3   did and you just don't remember; is that
 4   right?
 5        A     Exactly.  I just don't remember.
 6        Q     I didn't hear the answer.  I'm
 7   sorry.
 8        A     I do not remember, yeah.
 9              MR. KATAEV:  Objection to form of
10        that question.
11   BY MR. NUSSBAUM:
12        Q     Have you ever discussed the
13   number of front-of-house employees to
14   staff during a shift with Janos?
15        A     Many times.
16        Q     Could you give me an example of
17   a type of discussion that you've had with
18   him about that topic?
19        A     I cannot recall it.
20        Q     Okay.  And what do you care
21   about when you're having those
22   conversations with them?
23              MR. KATAEV:  Objection --
24              THE WITNESS:  Making sure that we
25        have proper --
```

```
                                              Page 81
 1                    R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q     Making sure that you have
 4   proper?
 5        A     Service.
 6        Q     The right number of staff for
 7   the number of customers that are coming to
 8   the restaurant?
 9        A     Yep.
10        Q     And Osteria La Baia's open for
11   lunch and dinner every day?
12        A     Yeah.
13        Q     What hours does it open?
14        A     11:30 to 12.
15        Q     11:30 a.m. to 12 p.m.?
16        A     Yeah.
17        Q     Seven days a week?
18        A     I think Sunday we close at 11.
19        Q     Now, when Osteria La Baia first
20   opened, did it have a tip pool?
21        A     I think so.  I don't know.
22        Q     And whose decision was it to
23   have a tip pool at Osteria La Baia?
24        A     It was a management --
25              MR. KATAEV:  Objection to form.
```

```
                                          Page 82
 1                       R.  PETROSYANTS
 2              THE  WITNESS:   --  that  opened  Osteria
 3         La  Baia.   It  wasn't  Janos,  but  I  don't
 4         remember  who  that  was.
 5    BY  MR.  NUSSBAUM:
 6         Q     Okay.   And  is  there  one  tip
 7    pool,  or  are  there  more  than  one  tip  pool?
 8         A     I  just  said.   Whenever  --  when
 9    they  open  it,  I  do  not  recall  if  --  if
10    they  have  --  how  many  pools  they  have  or
11    who  was  the  manager  or  how  they
12    set  --  that  system.
13              MR.  NUSSBAUM:   Okay.   Topic  number  8,
14         in  the  notice  of  deposition,  said  we  want
15         a  witness  who  can  testify,  quote,  about
16         "defendant's  policy,  practices,  and
17         procedures  concerning  compensation  of
18         service  employees  throughout  the
19         liability,  including  but  not  limited  to
20         policies,  practices,  and  procedures
21         concerning  tips/gratuities  and  who  shared
22         any  tips/gratuities."
23              It  appears  that  this  witness  is  not
24         able  to  tell  me  whose  decision  it  was  to
25         create  the  policy  for  a  tip  pool,  and  so
```

```
                                      Page 83

 1                    R.  PETROSYANTS
 2        we have to leave that topic open to get a
 3        witness available to testify about that.
 4              MR. KATAEV:  We can meet and confer
 5        on that.  Please proceed with the
 6        deposition.
 7              THE WITNESS:  That was a question?
 8              MR. KATAEV:  No.
 9   BY MR. NUSSBAUM:
10        Q    Now, do all the tipped employees
11   receive the same share of the tip pool, or
12   is there some other system?
13        A    If I remember correctly, there's
14   a different system set up for bussers,
15   runners, and -- and the servers.
16        Q    Meaning that servers get a
17   bigger share of the tip pool than bussers
18   and runners?
19              MR. KATAEV:  Objection to form.
20              THE WITNESS:  Something like that,
21        yeah.
22   BY MR. NUSSBAUM:
23        Q    And that policy applies equally
24   to everyone in the tip pool; correct?
25        A    As I said, I do not have the
```

```
 1                    R.  PETROSYANTS
 2    numbers in front of me, how much each tip
 3    employee gets and what would be the
 4    breakdown, but I believe there's a higher
 5    percentage for the server and a little
 6    less for the runners and bussers.
 7          Q    Okay.  And all the tipped
 8    employees -- the server, the bussers,
 9    runners, and bartenders -- are all subject
10    to the same policy when it comes to the
11    tip pool; right?
12              MR. KATAEV:  Objection to form.
13              THE WITNESS:  Yeah.
14    BY MR. NUSSBAUM:
15          Q    And all the front-of-house
16    employees also receive the same documents
17    when they're hired at Osteria La Baia;
18    right?
19          A    I really hope so, yeah.
20          Q    Okay.  And all the front-of-
21    house employees are subject to the same
22    payroll policies at the restaurant;
23    correct?
24              MR. KATAEV:  Objection --
25              THE WITNESS:  I really hope so.
```

Page 85

```
 1                    R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3       Q    I'm not asking if you hope so;
 4   I'm asking you to testify about what you
 5   know.  Isn't it true that all the --
 6       A    That's my -- my best --
 7       Q    And please don't interrupt me.
 8       A    I'm -- I'm answering your
 9   question.  To my best knowledge, I really
10   think that, you know, they get equal pay
11   or whatever, yes.  Yeah.  To my best
12   knowledge.  I might be mistaken, though.
13       Q    Isn't it true that all the
14   front-of-house employees are subject to
15   the same payroll policies at Osteria La
16   Baia?
17              MR. KATAEV:  Objection to form.
18              THE WITNESS:  As I said, to my
19         best -- I might be mistaken, but to my
20         best knowledge, I think they -- they do.
21   BY MR. NUSSBAUM:
22       Q    Okay.  Can you think
23   of -- withdrawn.  Sitting here today, can
24   you think of any way that front-of-house
25   employees would be subject to different
```

Page 86

1                        R. PETROSYANTS

2    policies at Osteria La Baia?

3        A    I cannot think of it.

4             MR. KATAEV:  Objection --

5    BY MR. NUSSBAUM:

6        Q    Okay.  And isn't it true that

7    all front-of-house employees at Osteria La

8    Baia receive the same payroll documents

9    when they're hired?

10            MR. KATAEV:  Objection to form.

11            THE WITNESS:  To my best knowledge.

12        I think they do.  I -- I -- again, I -- I

13        don't know how to answer that question

14        correctly, not by not having all the

15        numbers in front of me, so I would say

16        that I probably don't have that, you know,

17        answer for that question because I don't

18        have those numbers in front of.

19            MR. NUSSBAUM:  Okay.  Again, topic 16

20        of the notice asked for a witness who

21        could testify, quote, about "employment-

22        related documents that defendant provided

23        to putative class members during liability

24        period."  So to the extent this witness is

25        not able to testify about that, we ask for

```
                                          Page 87
 1                    R.  PETROSYANTS
 2        a witness who can testify about that.
 3              MR.  KATAEV:   We can meet and confer
 4        on it, please.
 5    BY MR. NUSSBAUM:
 6        Q     But to be clear, if there was a
 7    document that Osteria La Baia didn't give
 8    one employee, that would mean it didn't
 9    give it to all the employees; right?
10              MR.  KATAEV:   Objection to form.
11              THE  WITNESS:   Can you repeat the
12        question?
13    BY MR. NUSSBAUM:
14        Q     If there was a document that
15    Osteria La Baia didn't give one employee,
16    that would mean it didn't give it to all
17    of the employees; right?
18              MR.  KATAEV:   Objection to form.
19              You can answer.
20              THE  WITNESS:   Look, I think so, yeah,
21        but I'm not sure.  I don't have a solid
22        question -- oh, a solid answer for this
23        question, but I -- I really hope so.  I
24        don't -- I don't know at this point.
25              MR.  NUSSBAUM:   So again, I want to
```

```
                                              Page 88
 1                    R. PETROSYANTS
 2        state for the record, we're going to call
 3        for a witness who'd be able to answer this
 4        question fully and properly.
 5              MR. KATAEV:  We can meet and confer
 6        on the subject.  Please proceed with the
 7        deposition.
 8    BY MR. NUSSBAUM:
 9        Q    If an employee didn't receive
10    the correct amount of tips on their
11    paycheck, who would they speak to?
12        A    Manager.
13        Q    Have employees ever complained
14    to you about their pay or the tips on
15    their paycheck?
16        A    No.
17        Q    Never?
18        A    Not that I remember.
19        Q    Okay.  And the employees --
20    withdrawn.  Other than, like, the dollar
21    amounts and the identifying information,
22    like a name and an address, all the tipped
23    employees received the same paychecks;
24    right?  The same format of a paycheck?
25        A    Yeah, all the paycheck comes
```

```
                                                    Page 89
 1                        R. PETROSYANTS
 2    from Toast, so they receive --
 3         Q    So the template of the paycheck
 4    is the same for everyone; right?
 5              MR. KATAEV:  Objection to form.
 6              THE WITNESS:  I -- I think so.
 7    BY MR. NUSSBAUM:
 8         Q    But you don't know for sure, or
 9    you know for sure?
10         A    I don't know for sure, but I
11    think so, yeah.  Most likely, yes.
12              MR. NUSSBAUM:  Again, highlighting
13         topic number 16, we asked for a witness
14         who's be able to testify about employment-
15         related documents that defendant provided
16         to putative class members.  And it doesn't
17         seem that this witness can testify
18         definitively about this topic.
19              MR. KATAEV:  Objection to form.
20         Sorry.
21              THE WITNESS:  Can you repeat the --
22         Hold on a sec.
23         Can you repeat --
24              MR. KATAEV:  There's no question.
25              THE WITNESS:  Josef.
```

```
                                        Page 90
 1                    R.  PETROSYANTS
 2            MR.  KATAEV:   We can meet and confer
 3       on -- please proceed.
 4   BY MR. NUSSBAUM:
 5       Q     My question is, the format of
 6   the paycheck was the same for all
 7   employees; right?
 8       A     I think so, yeah.
 9       Q     Because all the tipped employees
10   are subject to the exact same payroll
11   policies at Osteria La Baia; correct?
12       A     I -- to my best knowledge, yeah.
13   Does that answer --
14       Q     What's the payroll period?  I'm
15   sorry?
16       A     Is that answers your question?
17       Q     I'm going to ask the questions
18   today.  What's the payroll period at
19   Osteria La Baia?
20       A     I think it's every week, weekly
21   basis.
22       Q     And from what day to what day?
23       A     Sunday -- Monday to Sunday.
24       Q     Again, what day do people get
25   their paychecks?
```

```
                                              Page 91
 1                     R. PETROSYANTS
 2        A     If not mistaken, by Wednesday.
 3   If I'm not --
 4        Q     Okay.  And does Osteria La Baia
 5   have written -- I'm sorry.
 6        A     They do.  If they have written
 7   days when they get the -- the payroll?
 8        Q     Does Osteria La Baia have
 9   written job descriptions for the tipped
10   employees?
11        A     I think we do.
12        Q     Do you know why they haven't
13   been produced in this lawsuit?
14        A     Maybe they're working on it.
15        Q     Okay.  Where are those written
16   job descriptions displayed?
17        A     [No audible response.]
18        Q     I'm sorry; I didn't hear your
19   answer.
20        A     Can you repeat the question?
21        Q     Where are those written job
22   descriptions displayed?
23        A     Job descriptions displayed?  I
24   think we have them in a handbook for each
25   employee.  And then there's definitely
```

```
                                          Page 92
 1                    R.  PETROSYANTS
 2   a -- a verbal explanations, and then we
 3   have -- 100 percent, we have written
 4   duties somewhere in the office, somewhere
 5   in restaurant.
 6        Q    Are the employees provided with
 7   written job descriptions?
 8        A    To my best knowledge, I think
 9   they do.
10             MR. NUSSBAUM:  And we will call for
11        the production of the job descriptions.
12             MR. KATAEV:  Please follow up in --
13   BY MR. NUSSBAUM:
14        Q    What payroll company does
15   Osteria La Baia use?
16        A    Toast.
17        Q    And who decided to engage Toast?
18        A    I do not remember.
19        Q    Pardon?
20        A    I do not remember.
21             MR. NUSSBAUM:  Topic 22.  It appears
22        that it's misnumbered in the notice, but
23        the last topic, on page 3 of the notice,
24        asked for a witness who could testify
25        about defendant's recordkeeping policies,
```

```
                                         Page 93
 1                       R.  PETROSYANTS
 2        practices, and procedures.  It appears
 3        that this witness cannot tell us certain
 4        aspects about that topic, and so we're
 5        going to ask for a witness whose decision
 6        it was to engage the payroll company.
 7             MR.  KATAEV:  We can meet and confer
 8        on the subject.
 9   BY MR.  NUSSBAUM:
10        Q    Okay.  Now, how many days a week
11   does Janos work?
12        A    Five to six days.
13        Q    Which day or days does he
14   typically have off?
15        A    Sunday, Mondays, if I'm -- I'm
16   correct.
17        Q    Okay.  And who's the highest-
18   ranking employee in the restaurant on the
19   days that Janos is not there?
20        A    Captain.  Server captain.
21        Q    Julio?
22        A    Yep.
23        Q    And on the days that Janos is
24   not there, he essentially performs Janos's
25   job functions?
```

```
 1                    R.  PETROSYANTS
 2           MR.  KATAEV:  Objection to form.
 3           THE  WITNESS:  Say again?
 4  BY MR. NUSSBAUM:
 5      Q    So what does he do on the day
 6  that Janos is not there?
 7      A    He's just captain, servers'
 8  captain.  He just makes sure that, you
 9  know, for those two day that if Janos
10  is -- or day and a half, he's not there,
11  usually, he makes sure that the -- the
12  server -- the service perform well.
13      Q    So he supervises the service on
14  those days?
15      A    He oversees them, yeah.
16      Q    So I didn't hear your answer.
17  Janos supervises the service on the days
18  that -- withdrawn.
19      A    Not Janos.  Julio.
20      Q    Julio oversees and supervises
21  the service on the days that Janos is not
22  there?
23           MR.  KATAEV:  Objection to form.
24           THE  WITNESS:  Yeah.
25  //
```

Page 95

```
 1                    R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q    Okay.  If the restaurant is slow
 4   on those days, Julio can cut people and
 5   send them home early?
 6              MR. KATAEV:  Objection to form.
 7              THE WITNESS:  No.  I wouldn't
 8         probably have the answer for you for this
 9         question because I -- I don't know how
10         that happens, what's -- what's the
11         mechanism they use how to cut people if
12         this -- it's slow.  It might be triggered
13         by a, you know, sales.  When they don't
14         reach certain sales, it's automatically
15         being triggered that they, you know, they
16         cut one or two staffs, but that's not
17         Julio's decisions.
18   BY MR. NUSSBAUM:
19        Q    But if you're not there and
20   Janos is not there, whose decision is it?
21        A    I just told you.  It's --
22   they -- the staff knows.  If they don't
23   reach certain sales and it's slow, you
24   know, they clock out.
25        Q    How do they decide which server,
```

```
 1                    R.  PETROSYANTS
 2   which runner is going to clock out?
 3       A    That, I don't know how it gets
 4   done, but I'll -- I'll look into it,
 5       Q    But, well, don't they have to
 6   report to someone that they're leaving?
 7            MR. KATAEV:  Objection to form.
 8            THE WITNESS:  They probably do, but
 9       again, I -- I just don't know how it
10       happens now, you know.
11   BY MR. NUSSBAUM:
12       Q    Who would they report to, if
13   they report it?
14       A    I just told you.  I don't know
15   how it happens now, if they -- you know,
16   if --
17            MR. NUSSBAUM:  Okay.  I'm going to
18       refer again to the notice of deposition,
19       and we asked for a witness who could
20       testify about, quote, "defendant's
21       policies, practices, and procedures
22       concerning" -- and I'm jumping a few
23       words -- "concerning scheduling during
24       liability period."
25            It appears that this witness is not
```

```
                                                  Page 97
 1                      R.  PETROSYANTS
 2        able  to  answer  these  questions  about
 3        scheduling  at  the  restaurant,  so  we  ask
 4        for  a  witness  that's  able  to  answer  these
 5        questions.    We  call  for  a  witness  who's
 6        able  to  answer  these  questions.
 7              MR.  KATAEV:    We  can  meet  and  confer
 8        on  the  subject.    Please  proceed.
 9   BY MR.  NUSSBAUM:
10        Q      And  the  days  that  Janos  is  not
11   there,  if  there's  an  issue  with  a
12   customer,  Julio  is  the  one  responsible  for
13   addressing  it;  right?
14        A      Yeah.    Certain  things,  yeah.
15        Q      Okay.    And  Julio  has  the
16   authority  --
17        A      --  all  the  waiters  that  doing
18   that  section,  yeah.
19        Q      And  Julio  has  the  authority  to
20   comp  or  void  customer  checks?
21        A      Yes.
22        Q      And  if  an  employee  showed  up
23   drunk  on  a  shift  like  that,  you  would
24   expect  Julio  to  send  them  home?
25        A      If  it's  Julio  there,  yeah.
```

```
 1                    R.  PETROSYANTS
 2      Q    And he had the authority to do
 3  that; right?
 4      A    Yeah, if they come drunk.  Yeah.
 5      Q    And he could discipline
 6  employees for any other issue that arises?
 7      A    Not that I can recall at this
 8  point.
 9      Q    But he would report to you or to
10  Janos about any issues that happen on the
11  days that Janos is not there; right?
12           MR. KATAEV:  Objection to form.
13           THE WITNESS:  Yep.
14  BY MR. NUSSBAUM:
15      Q    And you asked him to do that?
16      A    Yeah, if there's something wrong
17  with the restaurant, he reports to us.
18      Q    Because he's the one
19  supervising; right?
20           MR. KATAEV:  Objection to form.
21           THE WITNESS:  He's the captain.
22  BY MR. NUSSBAUM:
23      Q    So on the day that Janos is not
24  there, he's the one who's supervising the
25  floor; right?
```

```
1                    R. PETROSYANTS
2         A    He -- he's the captain.  I don't
3    know which you mean by "supervisor."
4         Q    I don't know what you mean by
5    "captain."  I'm saying, he's the highest-
6    ranking employee, and so he's the one --
7         A    He's --
8         Q    Let me finish.  He's the
9    highest-ranking employee, and so he's the
10   one who's supervising the floor; correct?
11        A    He's the main server.  He's the
12   most -- he's the oldest guy that works for
13   us.  Yes, he -- he oversees the floor, and
14   he oversees the service.  Yeah.
15        Q    Okay.  Now, are servers,
16   runners, bussers assigned to different
17   parts of the restaurant each shift?
18        A    They have their own sections,
19   yeah.
20        Q    Who decides which section
21   they're going to work at?
22        A    Management.
23        Q    Janos?
24        A    Janos, yeah.
25        Q    Okay.  And on the days that
```

```
 1                 R.  PETROSYANTS
 2   Janos isn't there, Julio's the one who
 3   decides that; right?
 4        A    Yep.
 5        Q    Okay.  And on the days that
 6   Janos isn't there, Julio's the one who
 7   runs the pre-shift meeting; right?
 8        A    Yes.
 9        Q    Who decided how much to pay
10   Janos?
11        A    I don't remember.
12        Q    Okay.  If -- withdrawn.  Have
13   you ever given Janos a raise?
14        A    Probably, yeah, from the
15   start --
16        Q    And you would've been the one
17   who gave him that?  I'm sorry.  You
18   would've been the one who gave him that;
19   right?
20        A    I don't remember if Marianna or
21   I did.  Between us.  I think Marianna did
22   or me, you know.
23        Q    Have you ever had to discipline
24   an employee at Osteria La Baia?
25        A    What do you mean by
```

Page 101

```
 1                     R. PETROSYANTS
 2   "discipline"?
 3        Q    Send someone home early.
 4   Suspend.  Give someone a write-up.
 5        A    Think that, you know, as
 6   management who runs the restaurant, if
 7   something is wrong, they probably
 8   disciplined them, yeah, if you --
 9        Q    And you've done that?
10        A    Me?
11        Q    Yes.
12        A    No.  I -- I didn't.
13   Management -- but management probably did.
14        Q    Okay.  Is it your testimony
15   today that you have never disciplined
16   anyone at Osteria La Baia?
17        A    Me personally, not that I
18   recall.  Maybe I -- I don't remember at
19   this point, but not that I, you know,
20   recall it.
21        Q    But it's possible that it
22   happened?
23             MR. KATAEV:  Objection to form.
24             THE WITNESS:  Yeah.  I'm -- I'm
25        director of operation.  I could discipline
```

```
 1                    R.  PETROSYANTS
 2      anybody, but I don't remember that I ever
 3      did.
 4  BY MR. NUSSBAUM:
 5      Q    Of course, you have the
 6  authority to do that?
 7      A    Yeah.
 8      Q    Okay.  Who's responsible for
 9  interviewing front-of-house employees at
10  Osteria La Baia?
11      A    Management.
12      Q    Isn't it true that there are
13  occasions that Julio interviewed people at
14  the restaurant?
15      A    I don't think so.  He might be
16  present to some interviews, as a captain,
17  as a server captain, but I don't think
18  that he did the sole interview with
19  anybody.
20      Q    Okay.  But he has participated
21  in interviews; correct?
22      A    You probably would be with
23  the -- with the management.  He would sit
24  along for the interview.  I saw that on a
25  couple occasions, but I don't know if he
```

```
                                        Page 103
 1                    R. PETROSYANTS
 2    does that on a regular basis.
 3         Q    Okay.  So it's not "probably";
 4    you've seen Julio participate in
 5    interviews; correct?
 6              MR. KATAEV:  Objection to form.
 7              THE WITNESS:  On some -- what do you
 8         mean, "participate"?  As I said, he might
 9         be present on an interview.  That's not
10         Julio's decision if he -- if person gets
11         fired or hired.
12    BY MR. NUSSBAUM:
13         Q    Right.  My question was just, he
14    participates in the interview; right?
15    You've seen that happen?
16         A    He might sit along, yeah.  He
17    might be, yeah, sitting with people and
18    take an interview.
19         Q    Well, why is it that he would
20    participate in an interview?
21              MR. KATAEV:  Objection to form.
22              THE WITNESS:  Because he probably
23         thinks he has experience with, that
24         he -- they -- you know, we're looking
25         for -- or we're looking into, you know,
```

```
 1                    R.  PETROSYANTS
 2      hiring a best server for the job.
 3  BY MR. NUSSBAUM:
 4      Q    What does his experience has to
 5  do with anything?  Can you explain?
 6      A    Yeah.  When you are been a
 7  server for so many years and you hire
 8  someone that's going to be part of your
 9  pool, you want to make sure that the
10  person is to, you know, to -- to -- able
11  to do that job.  So he -- when he speaks
12  to a person and he sees that the -- the
13  person, you know, know how to sell, looks
14  proper, you know, smiles all the time,
15  that's what, you know, every management or
16  captain's looking for.
17      Q    Okay.  So he would look at those
18  things, and then he would provide input to
19  you or Janos as to what he thought about
20  the potential hire?
21            MR. KATAEV:  Objection to form.
22            THE WITNESS:  No.  He would just be
23      at an interview and maybe share his, you
24      know, opinion with -- with Janos, at the
25      point, but I never saw anything that he
```

```
                                        Page 105
 1                    R. PETROSYANTS
 2        said, you know, "I like this guy.  Hire
 3        him," or something like that.  Or, you
 4        know, "I don't like someone, so fire him."
 5        I never saw something like that.
 6   BY MR. NUSSBAUM:
 7        Q    Why else would he be at the
 8   interview other than to give his input?
 9             MR. KATAEV:  Objection to form.
10             THE WITNESS:  Just because of his
11        experience.
12   BY MR. NUSSBAUM:
13        Q    So I'm trying to understand.
14   How does his experience play into this?
15   What does he do with his experience?
16        A    When you are hiring a server,
17   who you want to interview the guy?
18   Mechanic?  So there's a management and the
19   server.  The captain sits with them
20   and -- and looks at the, you know, resume
21   and make sure the guy who's going to join
22   their pool is up to, you know, to a task.
23        Q    Okay.  Are there any other
24   captains, besides Julio, at the
25   restaurant?
```

1                    R. PETROSYANTS

2        A    No.

3        Q    And does the restaurant have a

4   written job description for captain?

5        A    Not that I recall.  I

6   don't -- probably, but I -- I don't know

7   if that's there or not.  We got to ask the

8   management.

9        Q    Do you know if runners or

10  bussers have ever been promoted to server

11  at Osteria La Baia?

12       A    I don't know.

13       Q    I'm sorry?  I couldn't hear your

14  answer.

15       A    I do not know.

16       Q    Who makes the schedule for the

17  front-of-house employees?

18       A    Management.

19       Q    Isn't it true that Julio

20  participates in making the schedule for

21  employees?

22       A    Didn't you ask that question

23  already?

24       Q    My question is, isn't it true

25  that Julio participates in making the

Page 107

```
 1                    R.  PETROSYANTS
 2   schedules  for  employees?
 3        A     Can  you  repeat  the  question,
 4   please?
 5        Q     My  question  is,  isn't  it  true
 6   that  Julio  participates  in  making  the
 7   schedule  for  the  employees  at  Osteria  La
 8   Baia?
 9        A     Probably,  he  does.
10        Q     You've  seen  him  do  it?
11        A     Probably,  yes.
12        Q     Why  are  you  saying  "probably"?
13   I'm  asking  if  you've  seen  it.   Have  you
14   seen  it  or  not  seen  it?
15        A     Not  that  I  remember.
16        Q     So  why  did  you  say  "probably"?
17        A     Probably,  he  does.   That's  why  I
18   assumed  that,  when  you  hire  --  you  know,
19   when  you  put  front-of-the-house  staff  to
20   do  your  front-of-the-house  duties,  yeah,
21   he  participates  in  it.
22             MR.  NUSSBAUM:   Again,  we  asked  for  a
23        witness  who  could  testify  about,  quote,
24        "Julio  Perez's  duties,  responsibilities,
25        and  compensation  while  employed  by
```

```
1                      R.  PETROSYANTS
2        defendant."  And it appears that this
3        witness cannot tell us definitively
4        whether or not Mr. Perez performed those
5        tasks.
6             MR. KATAEV:  Objection -- I'm sorry.
7        Not objection.  We can meet and confer on
8        the subject.  Please proceed.
9   BY MR. NUSSBAUM:
10       Q    Is there anyone else, besides
11  Janos and Julio, who participates in
12  making the schedule at Osteria La Baia?
13       A    Chef.
14       Q    A chef makes it for the back of
15  the house; right?
16       A    Yeah.
17       Q    Okay.  But is there anyone
18  besides Janos and Julio who participates
19  in making the schedule for the front of
20  the house?
21       A    I don't think so.
22       Q    If someone wanted time off for a
23  vacation or for some other reason, isn't
24  it true that they could ask Julio for the
25  time off?
```

1                    R.  PETROSYANTS

2        A     No.

3        Q     So who would they ask?

4        A     Management.

5        Q     Has anyone ever asked you for

6   time off?

7        A     No.  Not that I remember, but

8   more than sure, no.

9        Q     Now, the employees at Osteria La

10  Baia clock in and out for each shift;

11  right?

12       A     Yep.

13       Q     And if there's an issue with the

14  time they clocked in or the time they

15  clocked out, who would they report that

16  to?

17       A     Janos.

18       Q     And Janos is able to alter the

19  record to fix any issues?

20       A     Yes.

21       Q     Is there anyone else who can

22  alter the records?

23       A     Not that I recall.

24       Q     All right.  Isn't it true that

25  Julio can?

```
                            R.  PETROSYANTS
 1
 2        A     I don't know at this point.
 3   Maybe he can; maybe he cannot.
 4             MR. NUSSBAUM:  Again, we called for a
 5        witness who's able to testify about this
 6        topic, and it appears this witness cannot
 7        answer these questions.
 8             MR. KATAEV:  We'll meet and confer on
 9        the subject --
10   BY MR. NUSSBAUM:
11        Q     I'd like to show you a document
12   that I'm going to mark as Plaintiff's
13   Exhibit 2.
14             (Plaintiff Exhibit 2 was marked
15             for identification.)
16             All right, Mr. Petrosyants.  I'm
17   sharing my screen again, and I'm showing
18   you a document that I'm marking as
19   Plaintiff's Exhibit 2.  It's a one-page
20   document.  On the bottom of the first
21   page, it says DEFS-000004.  Do you see
22   that?
23        A     Yeah.
24        Q     Can you tell me what this type
25   of document is?
```

```
1                    R. PETROSYANTS
2        A    -- I don't know what that is.
3   Oh, yes.
4        Q    Under --
5        A    Note.
6        Q    I'm sorry; can you tell me what
7   this document is?
8        A    I think it's a -- a write-off or
9   something; right?  Yeah, write-off.
10       Q    And this is a form that Osteria
11  La Baia used when it wanted to write an
12  employee up?
13       A    Yeah.
14       Q    And this is a write-up for
15  plaintiff Katherine Fernandez; right?
16       A    Yeah.
17       Q    Okay.  Do you see, at the
18  bottom, it says Julio Perez, and then
19  there's a signature?
20       A    Can you -- okay.
21       Q    Sure.
22       A    "Julio."  Can you -- yeah.
23  Yeah, I see the -- yeah, I see the
24  signature.  I see "Julio Perez," yeah.
25       Q    Okay.  Do you know why Julio
```

```
 1                    R.  PETROSYANTS
 2   Perez would be signing a write-up at
 3   Osteria La Baia?
 4           MR. KATAEV:  Objection to form.
 5           THE WITNESS:  I don't think anything
 6       wrong with that, no.
 7   BY MR. NUSSBAUM:
 8       Q    Do you see under his
 9   signature -- pardon?
10       A    -- it's just -- yeah, it's just
11   documenting that the person did something
12   wrong.  Yeah.  Okay.
13       Q    Yeah, but why would Julio Perez
14   be signing it?
15           MR. KATAEV:  Objection to form.
16           THE WITNESS:  'Cause he's captain,
17       server captain.
18   BY MR. NUSSBAUM:
19       Q    Okay.  And because he's a
20   captain, why would that mean that he would
21   be signing this?
22       A    'Cause he probably witnessed
23   that she did something wrong.  I just --
24   I'm just guessing.  I don't know what
25   would be the reason for sign -- for him to
```

```
 1                    R.  PETROSYANTS
 2   sign it because -- but I'm more than sure
 3   that he probably witnessed that she did
 4   something wrong, and he wrote it up.
 5        Q    Julio did?
 6        A    Julio or Janos.  I just -- I'm
 7   just assuming, trying to see what -- why
 8   was, you know, the document signed by
 9   Julio.
10        Q    So Julio had the authority to
11   write people up; right?
12        A    Yeah, if you do something wrong,
13   as a captain, you can write it.  Yeah, you
14   can write it up.
15        Q    And that's something that
16   happened -- right? -- at Osteria La Baia?
17        A    Probably.
18        Q    Why are you saying "probably"?
19        A    I've never seen that document,
20   so I'm assuming, yeah.
21        Q    Okay.  But as far as you know,
22   Julio had the authority to do that; right?
23             MR. KATAEV:  Objection --
24             THE WITNESS:  To write some
25        on -- write -- ?
```

```
 1                    R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q     Yeah.
 4        A     Yeah.
 5        Q     Now, Julio participated in the
 6   tip pool; right?
 7        A     Yep.
 8        Q     Okay.  So if he was not properly
 9   in the tip pool, then that affected all
10   the other people who had to share tips
11   with him; right?
12        A     Can you repeat the question?
13        Q     Yeah.  If he was not supposed to
14   be in the tip pool, then that affected all
15   the other people who were in the tip pool
16   who got less tips; right?
17              MR. KATAEV:  Objection to form.
18              THE WITNESS:  What is -- if -- what
19        do you mean, "if"?
20   BY MR. NUSSBAUM:
21        Q     If he wasn't legally supposed to
22   be in the tip pool.
23        A     I cannot answer that question.
24        Q     You can't answer.  Okay.
25        A     What do you mean, he's not
```

```
 1                    R. PETROSYANTS
 2  supposed to be legally in tip pool?  How
 3  can you want me to answer that?  I don't
 4  know.  He -- he was always legally in the
 5  tip pool because he served tables and he,
 6  you know, he earned tips.  What do you
 7  mean by "illegally being in the tip pool"?
 8       Q     Right.  But if his tips had to
 9  go back into the tip pool, that would go
10  to all the other service employees; right?
11            MR. KATAEV:  Objection to form.
12            THE WITNESS:  What do you mean,
13       "service"?  He was a server employee.
14       He's a server for the -- you know, he's a
15       server.  He serves the tables and makes
16       tips, so can you just ask normal question?
17  BY MR. NUSSBAUM:
18       Q     Okay.  Did he get a server's cut
19  of the tip pool?
20       A     As any server does, yeah.
21       Q     And did he get a different cut?
22  A higher cut?
23       A     No.
24       Q     I'd like to show you a document
25  that I'm going to mark as Exhibit 3.
```

```
 1                    R. PETROSYANTS
 2             (Plaintiff Exhibit 3 was marked
 3             for identification.)
 4             Mr. Petrosyants, I'm sharing my
 5   screen again.  I'm showing you a document
 6   that I've marked as Exhibit 3.  It's a 53-
 7   page document.  On the bottom of the first
 8   page, on the bottom right, it says DEFS-
 9   000233, and it goes sequentially to DEFS-
10   000285.  Do you see that?
11        A    Yeah.
12        Q    And this is the employee
13   handbook at Osteria La Baia; right?
14        A    Yes.
15        Q    And all the front-of-the-house
16   employees were subject to the same
17   policies that are set forth in this
18   handbook; correct?
19             MR. KATAEV:  Objection to form.
20             THE WITNESS:  I believe so.
21   BY MR. NUSSBAUM:
22        Q    There's no difference between
23   the employees; right?
24             MR. KATAEV:  Objection --
25             THE WITNESS:  I believe so, yeah.
```

```
                                        Page 117
 1                     R. PETROSYANTS
 2   BY MR. NUSSBAUM:
 3       Q    You believe that there are no
 4   differences between the employees?
 5            MR. KATAEV:  Objection to form.
 6            THE WITNESS:  Yeah, was -- that was
 7       your question initially.  Can you repeat
 8       your question?
 9   BY MR. NUSSBAUM:
10       Q    Sure.  All the front-of-the-
11   house employees at Osteria La Baia are
12   subject to the policies in this handbook;
13   right?
14       A    Front of the house; right?
15       Q    Yeah.
16       A    I believe so.  I don't know how
17   it's been done.
18            MR. NUSSBAUM:  In addition to some of
19       the topics that we listed, asking for a
20       witness who can testify about defendant's
21       policy generally, we also asked for a
22       witness that can testify to -- it's the
23       last matter designated -- that can
24       testify, quote, about "the nature and
25       function of all documents produced by
```

```
 1                    R.  PETROSYANTS
 2        defendant in discovery in this action."
 3              It seems that this witness is not
 4        able to definitively testify about this
 5        document.
 6              MR. KATAEV:  Yeah, we can meet and
 7        confer.  Please proceed.
 8    BY MR. NUSSBAUM:
 9        Q    So looking at this handbook,
10    have you seen it before?
11        A    Yeah.
12        Q    What was the answer?
13        A    Yes.
14        Q    And was this handbook given to
15    all front-of-the-house employees?
16        A    I believe so.
17        Q    Since the restaurant opened?
18        A    I do not know.
19        Q    Well, why is it that you don't
20    know?
21        A    I mean, if everyone got their
22    handbook from the day one.
23        Q    Well, the restaurant's policy
24    was to give all new hires this handbook;
25    right?
```

1                    R.  PETROSYANTS

2        A      I have no idea.

3        Q      Who would know the answer to

4    this?

5        A      I don't know.

6        Q      Can you think of any policies at

7    the restaurant, with respect to the front-

8    of-the-house employees, that would apply

9    differently from one front-of-the-house

10   employee to another front-of-the-house

11   employee?

12             MR. KATAEV:  Objection to form.

13             THE WITNESS:  Not at this point.

14   BY MR. NUSSBAUM:

15       Q      All right.  They all were paid

16   below the full minimum wage; right?

17             MR. KATAEV:  Objection to form.

18             THE WITNESS:  Can you repeat the

19       question?

20   BY MR. NUSSBAUM:

21       Q      They all were paid below the

22   full minimum wage; correct?

23       A      They all were paid before?

24       Q      Below the full minimum wage?

25       A      You asking for -- you asking

```
 1                    R. PETROSYANTS
 2   about the front of the house?
 3        Q    Yeah.
 4        A    They were paid as a tip
 5   employee, yes.  I don't know what that
 6   means, yeah.
 7        Q    Right.  They were all paid the
 8   same way, though; right?  The restaurant
 9   paid them a lower wage rate because they
10   earn tips; correct?
11        A    -- tip -- if -- they were paid
12   employees.  I don't -- I don't know what
13   was the lower or not.  I don't have that
14   information in front.
15            MR. NUSSBAUM:  Again, we asked for a
16        witness who could testify about
17        defendant's policies, practices, and
18        procedures concerning the compensation of
19        service employees throughout the liability
20        period, and this witness is saying he
21        can't answer these questions.
22            THE WITNESS:  No, that's not what --
23            MR. NUSSBAUM:  So going to ask for
24        another witness.
25            THE WITNESS:  You're making the shit
```

                                R. PETROSYANTS

1

2        up.

3    BY MR. NUSSBAUM:

4        Q    I'm sorry; can you say it again?

5        A    You're making the shit up.  I'm

6    not -- that -- that's not what I said.

7        Q    Well, I'm happy to ask you

8    again.  Isn't it true that all the tipped

9    front-of-the-house employees at Osteria La

10   Baia were paid below the full minimum wage

11   because they earn tips?

12            MR. KATAEV:  Objection to form.

13            THE WITNESS:  And I answered it

14       was -- they were paid as a tip employees.

15       I do not recall or remember what's the

16       minimum wage.

17   BY MR. NUSSBAUM:

18       Q    But they were paid below the

19   full minimum wage; correct?

20       A    Whatever the tip employee gets

21   paid, that's what they would get paid.

22       Q    Okay.  And they all shared in

23   one tip pool together; right?

24            MR. KATAEV:  Objection to form.

25            THE WITNESS:  Front of the house,

Page 122

```
 1                    R.  PETROSYANTS
 2       yes, they did.
 3  BY MR. NUSSBAUM:
 4       Q    Okay.  And on the occasions that
 5  Julio Perez worked the shift, they all
 6  shared it in a tip pool with Julio Perez;
 7  correct?
 8       A    Yes.
 9       Q    Okay.  And sitting here today,
10  are there any policies at all, that you
11  could tell me, that affected one front-of-
12  the-house tipped employee differently than
13  another?
14            MR. KATAEV:  Objection to form.
15            THE WITNESS:  No.
16  BY MR. NUSSBAUM:
17       Q    Okay.  I'm going to show you
18  another document, that I'm going to mark
19  as Plaintiff's Exhibit 4.
20            (Plaintiff Exhibit 4 was marked
21            for identification.)
22            THE WITNESS:  Josef, how -- how long
23       you think we'll be doing this?
24  BY MR. NUSSBAUM:
25       Q    I'm sorry; I can't answer that
```

Page 123

R. PETROSYANTS

1

2    right now.  So, Mr. Petrosyants, I'm

3    showing you a document that I am marking

4    as Plaintiff's Exhibit 4.  I'll represent

5    to you that this was produced to

6    plaintiffs by your attorneys in this case.

7    It's a spreadsheet, and the file name was

8    2021.  I've just added "Exhibit 4" to the

9    title of it.

10            Now, are you able to tell me

11   what this document is?

12       A    An Excel sheet.

13       Q    And what is the information in

14   the document?

15       A    You know, probably, the

16   employees at La Baia, yeah.

17       Q    I'm not asking for probably.

18   Are you able to tell me what the

19   information in the spreadsheet means?

20       A    The -- the employees' names and

21   hours.  I -- I just seen this document,

22   Josef.  I don't -- I don't know how

23   to -- how you want me to answer this?

24   Employees' hours and --

25       Q    I want you to --

R.  PETROSYANTS

1

2     A     Yeah, and the, you know, amount

3  that they got -- amount that says in

4  column L.  That's all I know.

5     Q     Okay, I'm asking you to tell me

6  what you know truthfully or what you've

7  been prepared to testify on behalf of

8  Osteria La Baia.

9     A     I haven't been prepared to

10  testify.  What I see right now, there's a

11  name, there's a position, there's regular

12  overtime hours, and hourly amount.  That's

13  all I see.  That's all I know about this

14  sheet that I'm looking at.

15     Q     Okay.  Do you see, on line 1,

16  there are some headers?  It says

17  "company," "location," et cetera.

18     A     Yeah, yeah, yeah.

19     Q     Okay.  So company for all these

20  people is Bulldozer Hospitality Group

21  Inc.; right?

22     A     Yep.  I mean --

23     Q     And then --

24     A     -- whole thing, but, yeah, I

25  think so.

```
 1                    R.  PETROSYANTS
 2      Q    I'm happy to scroll through it.
 3      A    Yeah, yeah, yeah, I believe.
 4      Q    Okay.  And then so, looking at
 5 column C, the header "department," for a
 6 lot of people, it says "BOH" and then
 7 "FOH" and then "management."  So BOH is
 8 back of house, FOH is front of house, and
 9 management are the management employees?
10      A    Can I -- can you show me
11 "manager" so I can tell you by name?
12      Q    Sure.
13      A    Who -- who -- who's that?
14 Santiago [ph]?  I -- I don't --
15 what -- what's the dates on this?
16      Q    Well, the name of this file is
17 "2021."
18      A    I don't -- I don't know who
19 these people are.
20           MR. KATAEV:  Can you zoom in on the
21      exhibit or --
22           THE WITNESS:  I don't know who did
23      this -- I don't know who did this file or
24      how that got created and who these people
25      are because I wasn't part of this.
```

```
 1                    R. PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q    Are you able to testify at all
 4   about this file and files that look like
 5   this one?
 6             MR. KATAEV:  Objection to form.
 7             THE WITNESS:  I -- you know,
 8         information I would definitely do testify,
 9         to my best knowledge, but a file like this
10         from 2021, I don't remember whoever was
11         there as a management or back of the
12         house, so I -- I cannot -- I cannot answer
13         that.
14   BY MR. NUSSBAUM:
15        Q    That's not my question.  I'm
16   asking if you're able to tell me what the
17   information means in this; I'm not asking
18   you about any specific individual.  Do you
19   understand that?
20        A    No.  So ask correct question and
21   ask, you know, direct question.  What do
22   you want me to answer?
23        Q    Okay.  So the last question I
24   asked you was, in column C, where it says
25   "department," "BOH," "FOH," and
```

```
 1                    R.  PETROSYANTS
 2   "management," that means back-of-house
 3   employees, front-of-house employees, and
 4   management employees; correct?
 5        A    Yes.
 6        Q    And then column D, under "job,"
 7   it's the specific job that each employee
 8   had within the back of house, front of
 9   house, or management; correct?
10        A    That's what it says in column D.
11        Q    Okay.  And then column E and F
12   are the employees' names?
13        A    It says last name and first name
14   in column E and F.  That's -- I assuming
15   that's the last name and first name.
16        Q    I'm not asking you to assume;
17   I'm asking if you know.
18        A    I don't know all those people,
19   man.  I -- how I know -- if you want me to
20   testify if these people work for me or for
21   Bulldozer, I cannot tell you that.
22        Q    I didn't ask you that.  This is
23   a file that was produced by your lawyers
24   in this case, and I'm asking you if you
25   could tell me what the information in this
```

R.  PETROSYANTS

1
2    file means.   Those are my questions to
3    you.
4         A    So in column E means last name,
5    and column F means first name.
6         Q    Okay.  And then employee number.
7    Everyone has a unique employee number at
8    Osteria La Baia?
9         A    Yes.
10        Q    Okay.  And salary type,
11   employees were either paid hourly or
12   salary for some employees; right?
13        A    Yeah, that's exactly what it
14   says, column I.  Yeah.
15        Q    Okay, great.  And then for
16   "earning" -- and I'm going to focus on the
17   front-of-house employees -- it goes
18   "regular," then "spread of hours."  Do you
19   see that?  And "overtime."  Do you see
20   that?
21        A    Yeah.
22        Q    Okay.  And for those lines,
23   that's the amount of regular pay or
24   overtime pay or spread-of-hours pay that
25   employees received, during 2021, at

Page 129

1                    R.  PETROSYANTS

2      Osteria La Baia; correct?

3          A    Yes.

4          Q    Okay.  And then column J,

5      "hours," when it says "regular" or

6      "overtime," that's the total number of

7      regular or overtime hours that each

8      employee worked; correct?

9          A    Yes.

10         Q    So looking at the first entry

11     for front of house, where there's a

12     barback named John Paul [ph] Gutierrez,

13     during 2021, he worked 97.29 hours, or he

14     was paid for 97.29 regular hours at

15     Osteria La Baia; correct?

16         A    I just see the facts that says,

17     in column J, it says 97.29.  It says

18     "regular" to column I and goes down

19     the -- the -- you know, down the line.  I

20     do not know that person got paid whatever

21     you say he got paid.  I have no

22     information of that, and I cannot confirm.

23     It was 2021, when I was not part of the

24     picture.  If you --

25              MR. NUSSBAUM:  For the record,

Page 130

```
 1                    R. PETROSYANTS
 2          Counselor, we asked for a witness who's
 3          able to testify about the documents that
 4          defendants produced in this lawsuit, and
 5          this witness is saying he's not able to
 6          testify about these documents.
 7               THE WITNESS:  How can I testify about
 8          something that was --
 9               MR. NUSSBAUM:  We call for the
10          production of another witness, who's able
11          to testify --
12               THE WITNESS:  There's no other
13          witness.
14               MR. NUSSBAUM:  -- in accordance with
15          the 30(b)(6) notice.
16               MR. KATAEV:  There's no question
17          pending.
18               We'll meet and confer on the subject.
19          Please proceed with your deposition.
20     BY MR. NUSSBAUM:
21          Q    Mr. Petrosyants, are you able to
22     testify about --
23               MR. NUSSBAUM:  For the record, the
24          witness has stood up, and his camera's
25          empty.
```

```
 1                     R.  PETROSYANTS
 2    BY MR. NUSSBAUM:
 3         Q     Mr. Petrosyants, are you able to
 4    testify about any spreadsheets that look
 5    like that?
 6         A     If I know information I will.
 7    If you have information from 2021, I will
 8    not -- I will not testify.
 9         Q     That's helpful.  So you're not
10    prepared to testify about anything that
11    happened at Osteria La Baia in 2021 and
12    2022 --
13         A     What I said --
14         Q     -- before you started working
15    there; is that right?
16              MR. KATAEV:  Objection to form.
17              THE WITNESS:  Yeah, because I don't
18         have a knowledge.
19    BY MR. NUSSBAUM:
20         Q     Pardon?
21         A     Yes, I don't have a knowledge of
22    it.  I cannot testify to something I do
23    not know.
24         Q     About anything that happened in
25    2021 or 2022; is that right?
```

Page 132

1                    R. PETROSYANTS

2     A    That happens on your

3   spreadsheet.  I do not know.

4     Q    Okay.  And you are not prepared

5   at all today to testify about things that

6   happened at Osteria La Baia in 2021 and

7   2022; correct?

8           MR. KATAEV:  Objection to form.

9           THE WITNESS:  You asked me a direct

10      question, something about the spreadsheet

11      that was sent to you for 2021.  I told you

12      my honest answer.  My honest answer.  I do

13      not know if those people work, or I do not

14      remember or how much they got paid.  I

15      don't have that information in front of

16      me, so there's nothing for me to testify,

17      and there's nothing I can say.

18   BY MR. NUSSBAUM:

19      Q    I'm going to show you a document

20   that I'm going to mark as Plaintiff's

21   Exhibit 5.

22           (Plaintiff Exhibit 5 was marked

23           for identification.)

24           Okay, Mr. Petrosyants.  I'm

25   showing you my screen again.  I'm sharing

1                    R. PETROSYANTS

2    my screen again.  I'm showing you a

3    document that I have marked as Plaintiff's

4    Exhibit 5.  I'll represent to you that

5    this is a document that was produced to us

6    by your attorneys in this case.  The file

7    name that they produced to us was just

8    "2024."  I've just added "Exhibit 5" to

9    the title so we know what exhibit it is.

10              Are you familiar with this

11   document?

12        A    No.

13        Q    Are you able to answer questions

14   about this document?

15        A    Depends on the question.

16        Q    Are you able to tell me what the

17   information in this document represents?

18        A    It's represents department, job

19   title, last name, first name, salary,

20   earnings, hours, amounts.  I don't know if

21   they're correct.

22        Q    You don't know if they're

23   correct?

24        A    Yeah, I don't.  What -- what is

25   the dates on this?

```
 1                    R. PETROSYANTS
 2        Q    You tell me.  This was a file
 3   that your attorneys produced to us.  It
 4   said "2024" on it.
 5        A    -- how you want me to look at
 6   the file where it says bunch of last
 7   names, hours, and amounts and testify if
 8   this what -- you know, is it correct or
 9   not?  I just don't understand.  You a
10   experienced law attorney.  You sent
11   something to me without dates,
12   without -- you know, with the last names,
13   overtime, and -- I don't know -- maybe you
14   have more information to it.  Then -- you
15   know, then you send them to me.  Whatever
16   you show me right now, all I see is
17   numbers, last names, titles, and dollar
18   amount.  How can I verify this?
19        Q    Well, again, this is information
20   that was produced to us by your lawyer,
21   and so I'm just doing my job.
22        A    -- saying -- in front of me.
23        Q    I'm just doing my job and trying
24   to understand what this information is.  I
25   don't work at Osteria La Baia, and the
```

```
 1                   R. PETROSYANTS
 2    plaintiffs in this lawsuit are entitled to
 3    know what the significance is of documents
 4    that you and your co-defendants produced
 5    in this case.  Do you understand that?
 6         A    Yes.  Josef, ask me correct --
 7    ask me direct question about someone that
 8    you want to know, with all information,
 9    full information, and I'll -- I'll try to
10    answer.  When you give me a broad
11    information like this, with a spreadsheet
12    who has a bunch of information, that I
13    cannot answer this because I don't have
14    that information in front of me.  You
15    think I'll remember all this?
16         Q    Yeah.  To be clear, again, I'm
17    not asking you about specific information.
18    I'm asking you generally about the
19    headings, is what I was asking you about.
20         A    Oh, headings, I see --
21         Q    As you can see --
22         A    -- locations, department, job,
23    last name.  I -- I'll verify that.  Oh,
24    I'll see that.  Exactly.  Amazing.  You
25    know, first name, last name, job and
```

Page 136

```
 1                    R. PETROSYANTS
 2   title, department, and earnings, hours,
 3   amounts.  I see that.  And then there's a
 4   bunch of last names and hours, which I
 5   cannot verify at this point.
 6        Q    Okay.  Is it correct that, for
 7   every front-of-house employee, the row
 8   that has "regular" in column I -- do you
 9   see that?
10        A    Yeah.
11        Q    Then the hourly rate they
12   received for regular pay is the number in
13   the last column, in column M.
14             MR. KATAEV:  Object --
15             THE WITNESS:  You got to -- if you
16        want to do this right, we got to take this
17        name, take this particular date whenever
18        she was paid, and look at the actual
19        payment, not something that was created
20        Excel or whoever did.  You might change
21        that Excel.  It's Excel sheet.  That might
22        be changed, at any point, by you or your
23        staff or by my staff.  How can I verify
24        this?  This is just a document who was
25        made by anybody.
```

                         R. PETROSYANTS

1  BY MR. NUSSBAUM:

2       Q     With all due respect, sir, we

3  take our professional responsibilities

4  very seriously.  Nobody would touch up

5  file and change it and use it at a

6  deposition, a file that you gave us in

7  discovery, so I just want that to be clear

8  for the record.

9       A     -- I don't know.  You want me to

10 verify some numbers on Excel sheet?

11 Josef, come on.

12      Q     You produced it.  I think you

13 have to understand it; right?

14      A     I don't know.  I don't

15 remember --

16      Q     You produced it.

17      A     There's a million documents that

18 was produced.  You think I will remember

19 every document that was produced?  Ask

20 me -- let's say -- well, who's this?  Anna

21 [ph] Maria.  Let's go back.  If you have

22 that information that I produced, look at

23 that particular person, look at that

24 particular pay, and see if that's what

1                    R. PETROSYANTS

2    they got -- she got paid.  And whatever

3    the regular means, to $10, I don't -- I

4    don't know.

5         Q    So what would you look at to

6    verify this?

7         A    -- I -- what I would look at, I

8    would go to that particular person.  I

9    would go back and see if, that person,

10   there's a paycheck for that amount, for

11   that period of time.  I would pull up and

12   said, "Rob, can you verify this paycheck

13   that was paid by Toast for this employee,

14   $10 an hour?"  It says "regular" or "non-

15   regular."  And that -- then I could look

16   at -- at something that's legit and verify

17   it.  How can I verify the Excel sheet,

18   man?

19             MR. NUSSBAUM:  Yes.  I'd like to

20        represent for the record that, earlier in

21        this litigation, plaintiffs sought records

22        of the total amount of hours and rates

23        that the tipped employees were paid during

24        the limitations period, and defendants

25        chose to give us this record in response

Page 139

                              R. PETROSYANTS

1
2        to that request, instead of giving us the
3        paychecks for every single putative class
4        member.
5              To the extent the witness is saying
6        what he's saying right now, we're going to
7        ask for the production of every single
8        paycheck of every single class member so
9        that we can verify this record because
10       that is what the witness is saying we need
11       to do in order to have a productive
12       conversation about this.
13  BY MR. NUSSBAUM:
14       Q    And so my question to you,
15  Mr. Petrosyants, is, are you able to
16  testify at all about any spreadsheet like
17  this one, that we see in Exhibit 5, or any
18  one that looks like it?
19             MR. KATAEV:  Objection to form.
20             You can answer.
21             THE WITNESS:  Can you repeat the
22       question?
23  BY MR. NUSSBAUM:
24       Q    The question is, are you able to
25  testify about this spreadsheet?

                        R. PETROSYANTS

1

2       A    What exactly your question,

3   Josef?

4       Q    I'll go back to the question I

5   asked you before --

6       A    What do you want me to testify

7   about this Excel sheet?  What do you want

8   me to testify?  That those employees work

9   for me?  I do not remember.  I don't have

10  recollections of -- of all those employees

11  or numbers or hours that they work.

12  I -- I don't remember those numbers.  What

13  exactly you want me to testify?  Can

14  you --

15      Q    I wasn't asking if you --

16      A    -- ask the question -- correct

17  question?

18      Q    So what's the correct question,

19  in your opinion?

20      A    You're asking me to verify this

21  Excel sheet.  I'm looking at Excel sheet.

22  There's a million names, million numbers,

23  and, you know, and the titles.  How you

24  want me to verify?  What do you want,

25  exactly, verify it?

1                    R.  PETROSYANTS

2        Q     Right.  I'm trying to understand

3    if this record records the total amount of

4    hours that the tipped employees were paid

5    at the tip credit rate during 2024.

6        A     Based on what you show me now, I

7    do not have the -- my numbers in front of

8    me, and I cannot verify on this.

9             MR. NUSSBAUM:  For the record, the

10        last matter that defendant's notice for

11        today's 30(b)(6) deposition was, we asked

12        for a witness that can testify about,

13        quote, "the nature and function of all

14        documents produced by defendant in

15        discovery in this action."

16    BY MR. NUSSBAUM:

17        Q     Mr. Petrosyants, you cannot

18    testify about the nature and function of

19    the two spreadsheets I just showed you;

20    correct?

21        A     Mr. Josef, the two spreadsheets

22    that you just showed me, you don't ask a

23    direct question.  What do you want me to

24    verify it on those two spreadsheets, I do

25    not understand.  Ask direct questions.  I

```
 1                     R. PETROSYANTS
 2   will try my best to verify them.
 3       Q    Okay.  Mr. Petrosyants, I'm
 4   showing you Exhibit 5.  Can you tell me
 5   what this document is?
 6       A    Excel sheet.
 7       Q    Okay.  And what is the
 8   information in this document?
 9       A    As it says on the top of --
10   scroll down.  As it says on top of your
11   sheet, it says last name; it says name; it
12   says employee number; it says salary type;
13   earnings; hours; amounts, and all that.
14   What else you want me to verify?
15       Q    Okay.  And so this is a record
16   of the pay that all the employees at
17   Osteria La Baia received in 2024; correct?
18       A    Based on all the employees that
19   I have at Osteria La Baia, and it's more
20   than -- how many you got?  How many you
21   got on this sheet?
22       Q    This sheet has --
23       A    Yeah, all -- employee --
24       Q    -- 670 rows, but I'll note that
25   there are multiple rows for each employee.
```

```
 1                    R. PETROSYANTS
 2      A    Okay.  I do not have that
 3  information in front of me, and I cannot
 4  verify, to my best knowledge.
 5      Q    I'm not asking you to verify.
 6  Can you tell me what this spreadsheet is?
 7  I'm not asking about verification.  Can
 8  you tell me what this spreadsheet is?
 9      A    I just told you.  It's Excel
10  sheet with names; hours; regular, you
11  know, earnings; hours; the amounts; and
12  whatever the rate, the house -- hourly
13  rate.  That's what it is -- well, that's
14  what it is now --
15      Q    Okay.  And this is a spreadsheet
16  that Osteria La Baia uses in the regular
17  course of business at the company?
18          MR. KATAEV:  Objection to form.
19          THE WITNESS:  No.
20  BY MR. NUSSBAUM:
21      Q    No?  What does this spreadsheet
22  record?
23      A    Company name; location;
24  department; job; last name; first name;
25  employee salary; earnings; hours; amounts,
```

1                    R.  PETROSYANTS

2    hour -- you know, and hourly rate.

3         Q    Okay.  So now, scrolling down,

4    I'm going to go to the first front-of-

5    house employee, and I'm going to go to

6    line 87.  The first person listed is

7    Ardak, A-R-D-A-K, last name Barlan,

8    B-A-R-L-A-N.  And in column I, it says

9    "regular," and then next to that, it says

10   150.23, so according to this document,

11   Mr. Barlan would've been paid for 150.23

12   hours in 2024; correct?

13        A    According to this document.  You

14   assuming that this document is correct.  I

15   don't know if that's correct document.

16   Probably.  I -- I don't -- I cannot answer

17   that question.  This -- to me, this is

18   just Excel sheet that could be done by

19   anybody, by you, by my employee, but they

20   might made a mistake.  They might scroll

21   things up and down.  I cannot verify this.

22   That's all I'm trying to tell you.  Does

23   that answer your question?

24        Q    And the record, you're one that

25   produced this document; right?

```
 1                     R.  PETROSYANTS
 2           MR.  KATAEV:  Objection to form.
 3           THE  WITNESS:  No, I didn't.
 4  BY MR.  NUSSBAUM:
 5      Q    So who produced it?
 6      A    My -- I don't know.  Who did?
 7  What --
 8      Q    Well, there are three defendants
 9  in this lawsuit.  You're not letting me
10  finish.  There are three defendants in
11  this lawsuit: you, your wife, and the
12  corporation.  You're testifying today on
13  behalf of yourself and Bulldozer
14  Hospitality.  Isn't it true that you
15  and/or Bulldozer Hospitality produced this
16  spreadsheet?
17      A    I do not have --
18           MR.  KATAEV:  Objection to form.
19           THE  WITNESS:  I do not remember or
20      have an answer for that, but you said my
21      attorney produced that document; right?
22  BY MR.  NUSSBAUM:
23      Q    Yes, your attorney produced it
24  on your behalf.  Your attorney has an
25  identity with you, sir.
```

```
 1                    R.  PETROSYANTS
 2       A      Okay.  So my that attorney
 3   produce this document, she's fired, so I
 4   don't know if she did a correct job or
 5   not.  That's why I hired, you know,
 6   Emanuel.  I like -- I like --
 7       Q      So all of the spreadsheets that
 8   you produced, you're saying you cannot
 9   verify whether or not the information in
10   them is accurate or not.
11       A      100 percent, I cannot.  How can
12   I verify if this -- looking at this right
13   now on the screen that you shared with me,
14   how can I verify that?
15       Q      Okay.  So assuming the
16   underlying information is true -- and I
17   understand you don't want me to hold you
18   to that, but if the underlying information
19   is true and it was plugged in accurately
20   to the spreadsheet, column J, which says
21   150.23 for Mr. Barlan, and column 87, that
22   would be the total number of hours he was
23   paid during 2024; right?
24                MR. KATAEV:  Object --
25                THE WITNESS:  I do not have that
```

```
                                        Page 147
 1                      R.  PETROSYANTS
 2       information.  I cannot recall it, or I do
 3       not know what you're talking about.
 4       That's it.  That's my answer.  Move on,
 5       please.  Whatever you got to --
 6  BY MR. NUSSBAUM:
 7       Q    And that's true for all these
 8  spreadsheets; right?
 9       A    Yeah.  I cannot verify those.
10  Well, I know the direct answer.  I do not
11  have that --
12       Q    Okay.  What about the
13  information in column L?  Can you tell me
14  what that means?
15       A    To me, that means hour amounts.
16  That's what it says.  I don't know exactly
17  what that means.
18       Q    You don't know exactly what it
19  means.  Okay.  And what about hourly rate,
20  column M?  Could you tell me what that
21  means?
22       A    No.
23       Q    You can't tell me what that
24  means?
25       A    No.
```

Page 148

```
 1                    R.  PETROSYANTS
 2           MR.  NUSSBAUM:  All right.  Okay.  So
 3      I think we've exhausted the questions with
 4      this witness.  We're going to call for a
 5      witness that can testify about the
 6      spreadsheets that were produced by
 7      defendants.
 8           And to the extent that defendants'
 9      30(b)(6) witness is now calling into
10      question the veracity of the spreadsheets
11      that were produced in this lawsuit, which
12      were produced for the main purpose of
13      summarizing the total amount of hours the
14      tip credit employees were paid during the
15      limitations period, we're going to ask for
16      the production of all the underlying data
17      of the amount of hours that the tipped
18      employees were paid at Osteria La Baia.
19           I would like to take a five-minute
20      break.
21           MR.  KATAEV:  We can meet and confer
22      on the subject, and please follow up in
23      writing.
24           THE REPORTER:  Okay, we are off the
25      record at 11:19.
```

```
 1                    R. PETROSYANTS
 2            (Off the record.)
 3            THE REPORTER:  Okay, we're back on
 4       the record at 11:32 a.m.
 5  BY MR. NUSSBAUM:
 6       Q     Mr. Petrosyants, you're muted, I
 7  think.
 8            Mr. Petrosyants, just remind you
 9  that you're still under oath.  Do you
10  understand that?
11            MR. KATAEV:  Think it's frozen.
12            MR. NUSSBAUM:  I won't make any jokes
13       because they'll end up in a footnote to
14       the Court.
15            MR. KATAEV:  That's correct.
16            MR. NUSSBAUM:  Yeah, it's good to
17       know who you're dealing with.
18            MR. KATAEV:  -- read paragraph 1 of
19       the --
20  BY MR. NUSSBAUM:
21       Q     All right, Mr. Petrosyants.
22  You're under oath.  Do you understand that
23  you're still under oath?
24       A     Yeah, yeah.
25       Q     Yeah?  I'd like to show you a
```

```
                                        Page 150
 1                    R.  PETROSYANTS
 2   document that I'm marking as Plaintiff's
 3   Exhibit 6.
 4              (Plaintiff Exhibit 6 was marked
 5              for identification.)
 6              I'm sharing my screen with you.
 7   I'm showing you a 1-page document that is
 8   marked as Plaintiff's Exhibit 6.  On the
 9   bottom right, it's stamped DEFS-000232.
10   Do you see that?
11        A    Yeah.
12        Q    And you see that, on top, it
13   says "Certificate of Liability Insurance"?
14        A    Yes.
15        Q    And do you see, under the
16   insured name, it says "Bulldozer
17   Hospitality Group"?
18        A    Yep.
19        Q    And then the certificate holder
20   and the authorized representative's
21   identities are redacted on the bottom.  Do
22   you see that?
23        A    Yeah.  No --
24        Q    Do you know what it says --
25        A    No -- it's --
```

```
                                    Page 151
1                    R.  PETROSYANTS
2       Q     Do you see where it's blacked
3    out?
4       A     Okay.
5             MR. KATAEV:   -- the witness --
6             THE WITNESS:   Yeah, I see the
7       blackout.   Yeah.
8    BY MR. NUSSBAUM:
9       Q     I'm making it a little bit
10   bigger so you could see better.   Do you
11   see, on the bottom, it's blacked out?
12      A     Yes.
13      Q     Can you tell me what it said
14   under there?
15      A     No.
16      Q     Do you know who the authorized
17   representative is on this policy?
18      A     No.
19      Q     And do you know why it was
20   redacted?
21      A     No.
22            MR. NUSSBAUM:   For the record, we
23      never received a redaction log, and so we
24      ask the attorney for defendants provide us
25      with a redaction log.
```

```
 1                    R. PETROSYANTS
 2            MR. KATAEV:  Please follow up --
 3   BY MR. NUSSBAUM:
 4       Q    And, Mr. Petrosyants, do you
 5   have any idea why this was redacted?
 6       A    No.
 7       Q    Do you know what this document
 8   is?
 9       A    Yeah, insurance liability.
10       Q    Okay.  Are the claims in this
11   lawsuit covered by any insurance
12   agreement?
13       A    I think so.  I -- I don't -- I
14   don't have that information.
15       Q    Okay.  Are your current or your
16   former attorneys being paid pursuant to an
17   insurance agreement?
18       A    Not that I know of.
19       Q    All right.  Now, Osteria La Baia
20   has private events; right?
21       A    Yeah.
22       Q    And has it always had private
23   events at the restaurant?
24       A    Not always.  Past few years.
25       Q    When it first opened, there were
```

Page 153

1                    R. PETROSYANTS

2    no private events?

3         A    We didn't -- I don't think they

4    had ones.

5         Q    Okay.  And does the restaurant

6    sign a contract with customers for private

7    events?

8         A    Yes.

9         Q    Okay.  And as part of those

10   contracts, it charges customers a 3-

11   percent service charge; right?

12        A    That was not service charge.

13   I'm -- I'm sorry; can you repeat the

14   question?

15        Q    Sure.  As part of the contracts

16   for those private events, it charges

17   customers a 3-percent service charge;

18   right?

19        A    Yeah.

20        Q    And does the company have a name

21   for those events?  Is it "private event,"

22   or is there some other name, "special

23   event" or something like that, that it

24   uses?

25             MR. KATAEV:  Objection to form.

```
 1                     R.  PETROSYANTS
 2            THE  WITNESS:  Not that I know of.  I
 3      mean, not that I remember.
 4  BY MR. NUSSBAUM:
 5      Q     Well, what do you guys call it
 6  at the restaurant?
 7      A     You know, La Baia.  Osteria La
 8  Baia.
 9      Q     No.  What do you call those type
10  of events?
11      A     Private events.
12      Q     Private events.  Okay.  So the
13  3-percent service charge, the restaurant
14  kept that; right?
15      A     The 3 -- it's very important
16  that you understand that there was -- if
17  I'm not mistaken, every contract had 21
18  percent in total for the charges.
19  Eighteen percent was the gratuity tips
20  that went to the server.  Three percent
21  went to the management, administrational
22  fee.
23      Q     And that went to the restaurant;
24  right?
25      A     No, that went to the management
```

Page 155

1                        R. PETROSYANTS

2    fee.

3        Q     Well, who kept the 3 percent?

4        A     Managers.

5        Q     Which managers?

6        A     I don't recall the names, but

7    it -- not that I don't recall the names.

8    I don't have that information in front of

9    me, who actually gets that 3 percent, but

10   I'm more than sure it's managers.  We --

11   we didn't keep any 3 percent.

12       Q     The only managers you've

13   testified about today were Janos; right?

14       A     There's event manager who runs

15   the events.  Her name is Natalie.  And

16   she -- she -- I don't -- I -- again,

17   I -- I don't know that information for

18   sure, but 3 percent went to her, if I'm

19   not mistaken.

20       Q     But you don't know for sure?

21       A     I don't know for sure.  I got to

22   look into it.

23       Q     Okay.  What records would

24   establish whether or not that 3 percent

25   went to her?

R. PETROSYANTS

1

2      A     Can you repeat the question?

3      Q     Sure.  What records would help

4  you to establish whether or not that 3

5  percent went to her?

6      A     Paychecks, probably.

7      Q     Okay.  I'll represent to you

8  that, in this lawsuit, we asked your

9  lawyers to produce records of where the 3-

10  percent service charge went after the

11  customer paid it, and they didn't provide

12  us with any record of where that might

13  have went.

14      A     Maybe there's none.  I

15  don't -- again, I think whatever you asked

16  was provided to you, to best of our

17  knowledge.  And if there's something that

18  was not provided to you, maybe we don't

19  have those records, but again, I have to

20  look into it.

21      Q     All right.  So if it wasn't

22  provided to us, though, that's because

23  there is no record of where the 3-percent

24  service charge went; right?

25      A     Not what I said.  I said maybe

1                         R.  PETROSYANTS

2    it's not -- there's no records.  Maybe.  I

3    didn't say that there's none.  That's not

4    that was said.  I said, whatever it

5    was -- whatever you asked probably was

6    provided to you by attorney.  If it wasn't

7    provided to you, maybe they couldn't find

8    it at that point.

9         Q    Do you know why they would not

10   have given us records of where the 3

11   percent went?

12        A    I have no idea, Joe.

13        Q    Okay.  And Osteria La Baia has a

14   record of the total amount of 3-percent

15   service charges that came in each year;

16   right?

17        A    I believe so.  I have to verify.

18        Q    All right.  In Toast it would be

19   pretty easy to get that number; right?

20        A    It's -- I have to look into it.

21   I don't -- I don't know if it was done for

22   Toast or it was done little differently,

23   but I have to look into it.  I have to see

24   the numbers.

25        Q    Bear with me for a moment,

```
                                        Page 158
 1                    R.  PETROSYANTS
 2   please.
 3              Were there any other event
 4   managers at Osteria La Baia besides
 5   Natalie?
 6        A    Before Natalie there was some
 7   people, probably, but I don't -- I don't
 8   know who it was.  I don't have that
 9   information.
10        Q    And when did Natalie start
11   working at Osteria La Baia?
12        A    '23.  I don't --
13        Q    And does she still work there?
14        A    I think she is.  Yeah, she is.
15        Q    Okay.  And who hired her?
16        A    She was self-employee.  She runs
17   and manage events, but I don't think she's
18   a -- she's as employer -- as employee at
19   Osteria La Baia.  I think she's self-
20   employed, if I'm not mistaken.
21        Q    Like, she's an independent
22   contractor?
23        A    Something like that.  I got to
24   look into it.  I don't --
25        Q    Well, do you know --
```

```
 1                    R. PETROSYANTS
 2        A    I -- I don't -- I don't know.
 3   Josef, I don't know, man.  It's a lot of
 4   people.  You ask me questions; I don't
 5   know, man.  I'm telling you, honestly,
 6   I -- I got to look into it and -- and see
 7   if that's something I can help you with.
 8   I have nothing to hide.  I did everything
 9   by the book.  You just trying to dig into
10   it to make more money.  I just -- you
11   know, I don't know what you're trying to
12   get out of this.  There's nothing in -- in
13   my restaurant that I did wrong.  You know,
14   you should have -- whatever.  Go ahead.
15        Q    So do you know Natalie's last
16   name?
17        A    I don't remember.  Something
18   with Russian.  "Ov," "Hov," whatever.
19   "Ov."  Russian.  She's Russian -- I can't
20   pronounce her last --
21        Q    Okay.  And how does she get paid
22   at Osteria La Baia?
23        A    Well, I think she gets paid by
24   invoice.  She invoice us and -- get paid.
25   If -- again, I got to look into it.  I
```

```
 1                    R. PETROSYANTS
 2    don't have direct or concrete answer to it
 3    because I have to look into it.  I'll look
 4    into it, and I'll let you know.
 5         Q    Okay.  As the event manager,
 6    what were her job duties?
 7         A    Making sure that -- you know,
 8    she manage the events, make sure it's all
 9    set up on time; food is proper; setting is
10    proper.  You know, decor, staffing.  Make
11    sure she don't -- you know, that -- that
12    whoever's serving -- whoever was assigned
13    to serve that event, they know what
14    they're doing, so, you know.
15         Q    Does she supervise the events?
16         A    Some points, yeah.
17         Q    Okay.  And she decides, like,
18    how many employees the restaurant needs
19    for the events?
20         A    No.
21         Q    So who decides that?
22         A    Management.  The --
23         Q    Who's management?
24         A    Janos.  She's a independent
25    contractor.  We decide how many people we
```

```
 1                    R. PETROSYANTS
 2   should put on certain events.  How
 3   many -- you know, how many bussers,
 4   runners, and -- and the servers.
 5            Josef -- finalize this already,
 6   man?  You know, it's two hours already.
 7   What else you want to know?  What we
 8   serving tonight?  We're serving special
 9   steak on the menu.  Kosher.  Kosher.
10   Kosher steak, bro.  Stop by.
11        Q    Okay.  I mean, you're only
12   making it take longer right now, but I'm
13   happy to continue asking you questions.
14        A    -- okay, go ahead.
15        Q    Why did she get 3 percent of the
16   private events?
17        A    You think it should be more?
18        Q    I didn't understand your answer.
19        A    You think it should be more?
20        Q    Sir, please answer my question.
21   Why did she get 3 percent of the private
22   events?
23        A    I don't know why she get.
24   That -- that was set up by someone, and we
25   just, you know -- you know, inherited that
```

1                    R. PETROSYANTS

2    system, and we just ran with it.

3         Q    Okay.  I mean, you and your wife

4    run the restaurant, so who was it set up

5    by?

6         A    It was set up by prior

7    management.  We took over in 2023.  It was

8    HR company who sets the role -- you know,

9    it was managers that hire event planners

10   and all of that, so it wasn't set by us.

11        Q    Sir, your wife has always owned

12   the restaurant; right?  She didn't just

13   start owning the restaurant in 2023;

14   correct?

15        A    Yeah, but there was different

16   managements.  Yeah.

17             MR. KATAEV:  Objection to form.

18   BY MR. NUSSBAUM:

19        Q    Okay.  Now, did Osteria La Baia

20   tell its customers that the 3-percent

21   service charge was not going to the

22   employees that staff the event?

23        A    Every employee, every customer,

24   every tip employee was verbally notified

25   that 18-percent gratuity goes to them, 3

Page 163

1                    R. PETROSYANTS

2    percent goes to administration-slash-

3    management.

4         Q    All right.  So my question

5    wasn't about what the employees knew or

6    were told.  My question was, were the

7    customers informed that --

8         A    I answered the question.

9    Employee and the customers knew

10   everything.  And if you look at --

11        Q    Okay.  What evidence do you

12   have?

13        A    Receipts.  Contracts.  It says

14   gratuity, 18 percent.  If I -- look,

15   again, you -- I might, you know, miss a

16   word here and there because I don't have

17   that information in front of me, but to

18   best of my knowledge, it says service fee

19   or gratuity, 18 percent; 3-percent

20   management or administration fee.

21        Q    Okay.  Aside --

22        A    That's what -- if I'm not

23   mistaken.

24        Q    Aside from that, is there

25   anywhere else in the contract that had

1                    R. PETROSYANTS

2  told the customers where the 3-percent fee

3  was going?

4      A    I think it's obvious.  If 3

5  percent says separately, not -- you know,

6  we would -- if you would wanted to -- if

7  you would wanted to all our tip employees

8  get whole amount that charged -- that we

9  charge customer, which is 21 percent, we

10  would just say, you know, 21-percent

11  gratuity.

12           We separate that for anybody to

13  understand that 18 percent goes to

14  gratuity, 3 percent goes to the

15  management.  It says on the contract; it

16  says on the receipt.  Every receipt that

17  we close, it says that.  You didn't -- you

18  didn't get that information?

19      Q    And the contracts that you gave

20  customers for private events, was it

21  always the same contract?

22      A    No, I think it's been changed

23  many times.

24      Q    There's been many iterations of

25  the contract, many versions of the

1                         R. PETROSYANTS

2    contract?

3          A     I think it was some adjustments

4    to a contract, yeah, during the -- those

5    years.  I don't know what they are, but I

6    think there were.

7          Q    Okay, I'd like to show you a

8    document that I'm going to mark as Exhibit

9    7.

10               (Plaintiff Exhibit 7 was marked

11               for identification.)

12         A     Uh-huh.

13         Q    I'm sharing my screen again, and

14   I'm showing you a document that I'm

15   marking as Exhibit 7.  It's a ten-page

16   document.  On the bottom of the first

17   page, it says -- actually, there is no

18   Bates number on the bottom.  On the top of

19   the first page, it says "Osteria La Baia,"

20   and then there's a private event order.

21   The date of the event is December 3, 2024.

22   Do you see that?

23         A     Yes.

24         Q     Okay.  And then I'm going to the

25   second page of this record.  I'll

```
 1                    R. PETROSYANTS
 2   represent to you this is a record that was
 3   produced to us by your attorneys.  The
 4   name of the file that they gave to us,
 5   since it's not Bates stamped, is
 6   "12.03.2024 event_redacted."  That's the
 7   file name.
 8         A     Okay.  Okay.
 9         Q     I'm showing it to you now again.
10               THE REPORTER:  It's --
11               THE WITNESS:  -- see anything.
12               THE REPORTER:  It's not on the
13         screen.
14               MR. NUSSBAUM:  It's coming back.
15         It's coming back.
16               THE REPORTER:  Okay.
17               MR. NUSSBAUM:  All right.
18               THE WITNESS:  Yeah, could see right
19         here -- 18 percent goes to gratuity.  What
20         else you don't understand?  Three percent
21         goes to service charge.
22   BY MR. NUSSBAUM:
23         Q     I understand that; I can read
24   that.  Anyways, other than what it says
25   here about the 3-percent service charge,
```

```
 1                    R. PETROSYANTS
 2    was there anywhere else in the contract
 3    that it referenced the service charge?
 4        A    I don't -- again, I don't know
 5    if -- to my best knowledge, I think there
 6    were menus or verbal understanding with
 7    the customer.  Again, I don't know.  I
 8    think that, verbally, everyone was
 9    discussing that with the -- with the
10    customer, saying that 3 percent goes to a
11    service charge, 18 percent goes to
12    gratuity.  Verbally, it was done, 100
13    percent, all the time with every customer.
14            I got to look -- again, we -- we
15    have bunch of documents in storage that we
16    still, you know, searching and trying to
17    figure out how was this set up before us.
18    And again, we took something that we
19    already inherit.  There was a, you know,
20    HR company, there was this and that, that,
21    you know, set all these things up.
22        Q    But you didn't inherit it
23    because you own the restaurant; right?
24        A    Management.
25            MR. KATAEV:  Objection to form.
```

```
                                        Page 168
 1                      R.  PETROSYANTS
 2             THE  WITNESS:   What do you mean?
 3        Yeah.   Yeah, yeah, yeah.   Let's say if
 4        someone manage your law firm, and you came
 5        in and you want to change things,
 6        you -- you get -- you know, you -- you
 7        take something from the different
 8        management; no?
 9   BY MR. NUSSBAUM:
10        Q    Well, if I own it, I mean, I
11   think you could do whatever you want, but
12   my question to you was, just focusing on
13   the contract that you had with the
14   customers, other than the line where it
15   says 3-percent service charge, do the
16   contracts -- just the contracts --
17   anywhere else reference the service charge
18   and where it was going?
19             MR. KATAEV:  Objection to form.
20             THE WITNESS:  I don't know.  I -- I
21        can't -- I don't have that answer right
22        now.  I just don't know what that would
23        say.  I got to look in -- look into it.
24   BY MR. NUSSBAUM:
25        Q    Okay.  And other than your
```

```
1                    R.  PETROSYANTS
2   statements that customers were verbally
3   informed, do you have any other evidence
4   of any other written communications with
5   customers about where the service charge
6   went?
7        A     I think -- I think there are.  I
8   got to look into it, again.  I think
9   there's a bunch of shit that we're going
10  to find in -- in storage.  I think there's
11  plenty of people that understood and
12  customers that understood that 3 percent
13  was going to gratuity [sic], and, you
14  know, I -- I still -- listen, it's --
15  trying to -- I'm trying to find some proof
16  that where it says that.  I'm still
17  looking.
18       Q     And you said you have that
19  information even for the sample private
20  events that the parties in this case
21  agreed to use; right?
22       A     I didn't understand the
23  question.
24       Q     Well, I'll represent to you
25  that, in discovery in this case, instead
```

```
 1                    R.  PETROSYANTS
 2   of asking defendants to produce all their
 3   records about private events, the lawyers
 4   for all the parties agreed that defendants
 5   would only need to produce a sample of
 6   those documents for specific timeframes.
 7             And in those records, there is
 8   nothing in writing about the service
 9   charge, other than that one line that I
10   showed you in the contract, so my question
11   to you is, are you saying there's other
12   information even for those sample events
13   we agreed upon?
14        A    I really hope there is.  I
15   really hope.  We're still searching.  I
16   really hope, you know, so we can stay
17   friends.
18        Q    But you know discovery in this
19   case closes in three days, so do you know
20   when you're going to be finishing your
21   search?
22        A    No, sir, the -- I'm still
23   searching.  If I don't find anything,
24   just, you know, there's no discovery then.
25   Again, I think, verbally, and everyone in
```

```
 1                    R.  PETROSYANTS
 2   the restaurant understood, you know, how
 3   those charges being split.  To any normal
 4   human being, it will be just, you know,
 5   common sense, but again, we follow the
 6   rule.
 7        Q    All right.  And you mentioned
 8   searching for records in discovery.
 9   That's the same thing with the notices of
10   how employees were going to be paid?
11   You're still searching for those; right?
12        A    100 percent, yeah.  Still
13   search.  I'm in Uzbekistan; the
14   company -- search, yeah.
15        Q    But you haven't found them yet;
16   right?
17        A    Not yet.
18             MR. NUSSBAUM:  Okay.  For the record,
19        we asked for a witness who's able to
20        testify about, quote, "Osteria La Baia's
21        policies, practices, and procedures with
22        respect to event tips," dot dot dot,
23        "whether mandatory or voluntary throughout
24        the liability period, including without
25        limitation policies, practices, and
```

```
 1                    R.  PETROSYANTS

 2        procedures regarding how Osteria La Baia

 3        distributed and/or allocated such

 4        charges."  We also asked for a witness who

 5        can testify about defendants'

 6        communications with event customers,

 7        including any written communications.

 8             And this witness is saying that

 9        they're still looking for records, and

10        he's not sure about other places -- it

11        might be on a menu -- he's not sure what

12        other places where customers were informed

13        of this 3-percent service charge, whereas

14        the record we have, in terms of the

15        documents that defendants produced, are

16        just these contracts, is the only place

17        we've seen where the service charge is

18        referenced and nowhere else, but the

19        defendant seems to think that there might

20        be other stuff, so we're going to ask to

21        leave this topic open to get a witness

22        who's actually able to testify, who has

23        knowledge about these topics that we

24        noticed.

25             MR. KATAEV:  Please follow up in
```

```
                                     Page 173
 1                    R.  PETROSYANTS
 2      writing.
 3  BY MR. NUSSBAUM:
 4      Q    Has anyone else ever filed a
 5  wage-and-hour lawsuit against Osteria La
 6  Baia?
 7      A    Not that I remember.
 8      Q    Has anyone ever filed a wage-
 9  and-hour lawsuit against you?
10      A    Not necessarily.
11      Q    What was the answer?
12      A    Not that I remember.
13      Q    Okay.  I'm going to show you a
14  document that I'm going to mark as
15  Plaintiff's Exhibit 8.
16           (Plaintiff Exhibit 8 was marked
17           for identification.)
18           I'm showing you a document that
19  I've marked as Plaintiff's Exhibit 8.
20  I'll represent you that this is a copy of
21  the amended complaint that plaintiff
22  Katherine Fernandez filed in this case.
23  It's an 11-page document.  On the
24  beginning of the first page, there's
25  filing information on the top, in blue.
```

```
 1                      R.  PETROSYANTS
 2     Says "Case 1:" et cetera, et cetera.  Do
 3     you see that?
 4          A    Yeah.
 5          Q    Okay.  Have you reviewed the
 6     amended complaint in this case?
 7          A    I just scrolled it -- scrolled
 8     through it, but I never reviewed into
 9     details.
10          Q    Okay.  I'm scrolling to
11     paragraph 25 of the complaint.  It says,
12     quote, "Plaintiff was paid for hours
13     worked at the New York foodservice
14     workers' minimum wage, which is lower than
15     the full New York minimum wage."  That's
16     true; correct?
17               MR. KATAEV:  Objection to form.
18               THE WITNESS:  No, I can't answer the
19          question.  I can't answer the --
20     BY MR. NUSSBAUM:
21          Q    But why can't you answer the
22     question?
23          A    I -- I don't have that
24     information in front of me.  I got to look
25     into it, but I don't -- I think every
```

Page 175

```
 1                    R. PETROSYANTS
 2   employee that we have at the -- you know,
 3   at the Osteria La Baia was paid by the
 4   books, so meaning that they were paid
 5   properly.  None of our employees that were
 6   short on payment or -- or -- you know, to
 7   my best knowledge.
 8        Q    Right.  That's not my question.
 9   My question is, isn't it true that
10   Ms. Fernandez was paid below the full
11   minimum wage?
12             MR. KATAEV:  Objection to form.
13             THE WITNESS:  If I'm not mistaken,
14        Ms. Fernandez was paid full -- employee
15        rate -- rate, which means I think she was
16        getting minimum wage, plus tips, if I'm
17        not mistaken.  Again, I got to look into
18        that information.
19   BY MR. NUSSBAUM:
20        Q    So sitting here today, you don't
21   know how much she was paid; right?
22        A    No, I -- look, it's a lot of
23   people working.  I don't -- I don't know
24   exactly information.
25        Q    Okay.  Now, continuing to
```

```
 1                    R. PETROSYANTS
 2   paragraph 26, it says, quote, "However,
 3   defendants were not entitled to pay
 4   plaintiff pursuant to the foodservice
 5   workers' minimum wage because they did not
 6   give plaintiff notice of the tip credit."
 7   Isn't it true that defendants did not give
 8   Ms. Fernandez notice of the tip credit?
 9            MR. KATAEV:  Objection to form.
10            You can answer.
11            THE WITNESS:  Huh?  Can you repeat
12       the question?
13   BY MR. NUSSBAUM:
14       Q    Sure.  Isn't it true that
15   defendants did not give Ms. Fernandez
16   notice of the tip credit?
17       A    I don't know.
18       Q    You don't know if they did.  And
19   isn't it true that defendants did not give
20   any of the other foodservice employees
21   notice of the tip credit?
22       A    I have no idea.
23       Q    Okay.  Now, paragraph 29,
24   defendants said -- paragraph
25   29 -- withdrawn.  Paragraph 29 says,
```

```
 1                    R. PETROSYANTS
 2   quote, "Defendants charged special-event
 3   patrons a 3-percent service charge in
 4   addition to food and beverage charges."
 5   Do you see that?
 6        A    Yes.
 7        Q    And that's true; right?
 8             MR. KATAEV:  Objection to form.
 9             THE WITNESS:  I can't -- I -- I don't
10        know.
11   BY MR. NUSSBAUM:
12        Q    Which part don't you know?
13        A    "Defendant charged special-event
14   portion [sic] 3-percent service charge in
15   addition to food and beverage charges."  I
16   just don't know if I can verify that
17   information.
18        Q    Isn't it true that defendants
19   charged all the special events customers a
20   3-percent service charge?
21             MR. KATAEV:  Objection.
22             THE WITNESS:  I don't know.  I don't
23        know if all or some, or maybe there was
24        different, you know, deal.  I just don't
25        know.  It's -- you -- you talking about
```

```
 1                    R. PETROSYANTS
 2       some -- there's -- there's no standard,
 3       like, you know, formula that we charge
 4       everything by the rule.  Or some
 5       customers, we just don't charge, and we
 6       just charge -- and we just give it to, you
 7       know, tip employees.  There's -- there's
 8       no such a thing as a concrete answer to
 9       this.  I cannot answer correctly.  I don't
10       have that information.
11  BY MR. NUSSBAUM:
12       Q    But as a general rule at Osteria
13  La Baia, the special events customers were
14  charged a 3-percent service charge; right?
15       A    Three percent?  Is it?  Yeah,
16  administrational fee, service charge or
17  whatever you call it.  Yeah.  That didn't
18  go to -- that didn't go to -- to tip
19  employee.
20       Q    That it did not go to the tipped
21  employee; right?
22       A    Yeah.
23       Q    So paragraph 33 is accurate.  It
24  says, quote, "Defendants did not
25  distribute any of the 3-percent charge to
```

```
 1                    R.  PETROSYANTS
 2    the foodservice staff."  That's true;
 3    right?
 4         A    Yeah, that's true.  I -- to my
 5    best knowledge.
 6         Q    All right.  And then paragraph
 7    31 says, "Defendants did not represent in
 8    all printed materials that the 3-percent
 9    charge was not a gratuity."  That's true
10    too; right?
11              MR. KATAEV:  Objection to form.
12              THE WITNESS:  The 3 percent was never
13         gratuity, yeah.
14    BY MR. NUSSBAUM:
15         Q    Right.  But they didn't say
16    anywhere that it was not a gratuity;
17    right?
18              MR. KATAEV:  Objection to form.
19              THE WITNESS:  No, I just -- I
20         answered that question already to you.  I
21         think there is somewhere it says.  I just
22         don't have -- I don't know if it does or
23         does not.  I still searching.
24    BY MR. NUSSBAUM:
25         Q    But, sir, listen carefully.  My
```

Page 180

1                      R. PETROSYANTS
2    question is, is this paragraph 31
3    accurate?  The paragraph says that they
4    "did not represented in all the printed
5    materials," and we just saw the contract
6    does not say that it's not a gratuity;
7    correct?
8              MR. KATAEV:  Objection to form.
9              THE WITNESS:  I don't know how's that
10         correct when it's obviously says gratuity
11         is 18 percent, service charge is 3
12         percent.  What is there needs to say?
13   BY MR. NUSSBAUM:
14        Q    I understand that that's what it
15   says, but besides for that, it does not
16   say anywhere that the 3-percent service
17   charge is not a gratuity and is not going
18   to the service staff; right?
19        A    Again, maybe some contract that
20   says that -- says that.  Josef, maybe.  I
21   don't know.  Maybe there's some contract
22   that we did, says that.  Maybe they didn't
23   say that.  I don't have that answer for
24   you now.
25              MR. NUSSBAUM:  Okay.  Give me a few

```
 1                    R.  PETROSYANTS
 2        minutes just to review my notes.
 3              Let's go off the record.
 4              MR. KATAEV:  Sure.
 5              THE WITNESS:  Taking a break?
 6              MR. NUSSBAUM:  My handwriting is --
 7              THE REPORTER:  -- we are off the
 8        record at 12:02 p.m.
 9              (Off the record.)
10              THE REPORTER:  Okay, we are back on
11        the record at 12:16 p.m.
12   BY MR. NUSSBAUM:
13        Q    Mr. Petrosyants, how many front-
14   of-house employees currently work at
15   Osteria La Baia?
16        A    Around 50, plus minus.
17        Q    And since the time you started
18   working there in 2023, how many have
19   worked there?
20        A    Around 35, 30.  I would say
21   35 --
22        Q    Thirty --
23        A    I don't -- I don't know.  Around
24   35, 50, something like that.
25        Q    You said right now there are 50;
```

1                    R. PETROSYANTS

2    right?

3         A    Yeah, around 50, maybe 55.  And

4    when I started working, about 35, 40 --

5         Q    No, I'm asking you how many

6    total different individuals have worked,

7    as front-of-house employees, at Osteria La

8    Baia since you started working?

9         A    We still have a lot of people

10   that, from day one, still work for us,

11        Q    Okay, but it's more than 100;

12   right?

13        A    I can't recall that number.

14   Probably.

15        Q    All right.  Definitely more than

16   50?

17        A    Yeah.

18        Q    All right.  And all the people

19   listed in the records you produced, under

20   "front of house," are people who worked as

21   tipped employees; right?

22        A    Yeah, if we label them as --

23        Q    I'm sorry?  If you label them

24   as?

25        A    If we label them as front of

```
 1                    R. PETROSYANTS
 2   house, yeah, they tip employee.
 3           MR. NUSSBAUM:  Okay.  I have no
 4       further questions for this witness, but I
 5       just want to note for the record that we
 6       are keeping the 30(b)(6) portion of this
 7       deposition open as the record is clear
 8       that this witness was completely
 9       unprepared to answer many of the topics in
10       the --
11           THE WITNESS:  What do you mean?  I
12       answered all the questions --
13           MR. KATAEV:  -- no question.
14           MR. NUSSBAUM:  -- was completely
15       unprepared to answer questions that are
16       listed, under designated topics, in the
17       notice of 30(b)(6) deposition.  We will
18       meet and confer with counsel to work on
19       another witness and now agree, you know,
20       we reserve our rights.
21           MR. KATAEV:  Okay.  Thank you --
22           THE WITNESS:  Okay, I think I
23       answered all your questions, and there's
24       nothing to it.  Take care, boys, guys,
25       girls.  Bye.
```

```
 1                    R.  PETROSYANTS
 2         THE  REPORTER:   Okay, we are off the
 3    record at 12:18 p.m.
 4         (Off the record.)
 5         THE  REPORTER:   We are back on the
 6    record at 12:18 p.m.
 7         MR.  KATAEV:   Pursuant to Rule
 8    30(e)(1), defendants respectfully request
 9    that a copy of the transcript be provided
10    to them.   Thank you.
11         MR.  NUSSBAUM:   Oh, and on that topic,
12    to Madam Court Reporter, if we want an
13    expedited copy, do you want us to put that
14    on the record, or can we talk about that
15    off the record?
16         THE  REPORTER:   I'll note it on the
17    record right now.   That's what you would
18    like?   Expedited?
19         MR.  NUSSBAUM:   Yeah.   Yeah, and --
20         THE  REPORTER:   Okay.   Okay.   And let
21    me get us off, and then I'll get all the
22    specifics from you.
23         MR.  NUSSBAUM:   Thank you.
24         THE  REPORTER:   Off the record at
25    12:19.
```

Page 185

1                              R. PETROSYANTS

2                    (Signature reserved.)

3                    (Whereupon, at 10:19 p.m.

4                    UZT/12:19 p.m. EST, the

5                    proceeding was concluded.)

6

7          _____

                     ROBERT PETROSYANTS

8

9      Subscribed and sworn to before me

10

11     this _____ day of _____, 2025.

12

13

14          _____

                       Notary Public

15

16

17

18

19

20

21

22

23

24

25

Page 186

CERTIFICATE OF DEPOSITION OFFICER

1

2        I, LAKEN URTEL, the officer before whom the

3   foregoing proceedings were taken, do hereby certify that

4   any witness(es) in the foregoing proceedings, prior to

5   testifying, were duly sworn; that the proceedings were

6   recorded by me and thereafter reduced to typewriting by a

7   qualified transcriptionist; that said digital audio

8   recording of said proceedings are a true and accurate

9   record to the best of my knowledge, skills, and ability;

10  that I am neither counsel for, related to, nor employed by

11  any of the parties to the action in which this was taken;

12  and, further, that I am not a relative or employee of any

13  counsel or attorney employed by the parties hereto, nor

14  financially or otherwise interested in the outcome of this

15  action.

16

17

18

19

    LAKEN URTEL

20  Notary Public in and for the

    State of New York

21  [X] Review of the transcript was requested.

22

23

24

25

Page 187

1                   CERTIFICATE OF TRANSCRIBER

2           I, LISA PARK, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14           *Lisa Park*

             LISA PARK

15

16

17

18

19

20

21

22

23

24

25

Page 188

1                              ERRATA SHEET
                         VERITEXT/NEW YORK REPORTING, LLC
2

      CASE NAME: Katherine Fernandez v. Bulldozer Hospitality Group,
   Inc., D/B/A Osteria La Baia, Robert Petrosyants And Marianna
   Shahmuradyan
3     DATE OF DEPOSITION: 11/18/2025
      WITNESS' NAME: Robert Petrosyants
4
5      PAGE   LINE (S)        CHANGE                    REASON
      ____|_____|_____|_____
6
      ____|_____|_____|_____
7
      ____|_____|_____|_____
8
      ____|_____|_____|_____
9
      ____|_____|_____|_____
10
      ____|_____|_____|_____
11
      ____|_____|_____|_____
12
      ____|_____|_____|_____
13
      ____|_____|_____|_____
14
      ____|_____|_____|_____
15
      ____|_____|_____|_____
16
      ____|_____|_____|_____
17
      ____|_____|_____|_____
18
      ____|_____|_____|_____
19
      ____|_____|_____|_____
20
21                                   _____
                                     Robert Petrosyants
22    SUBSCRIBED AND SWORN TO BEFORE ME
      THIS _____ DAY OF _____, 20__.
23
24
      _____         _____
25    (NOTARY PUBLIC)                      MY COMMISSION EXPIRES:

| & |
|---|
| **&** 2:4 6:9 |

| 0 |
|---|
| **000004** 110:21 |
| **000232** 150:9 |
| **000233** 116:9 |
| **000285** 116:10 |
| **04490** 1:9 |

| 1 |
|---|
| **1** 3:8 4:4,10 |
| 18:11,12,17 |
| 52:15,19,23 |
| 53:12 73:20 |
| 124:15 149:18 |
| 150:7 174:2 |
| 184:8 |
| **10** 138:3,14 |
| **100** 36:9 58:6 |
| 92:3 146:11 |
| 167:12 171:12 |
| 182:11 |
| **10006** 2:6 |
| **10:02** 66:18 |
| **10:08** 66:21 |
| **10:19** 185:3 |
| **11** 81:18 |
| 173:23 |
| **11/18/2025** |
| 188:3 |
| **110** 3:9 |
| **11423** 2:16 |

**116** 3:11
**11:19** 148:25
**11:30** 81:14,15
**11:32** 149:4
**12** 73:21 76:8
81:14,15
**12.03.2024**
166:6
**12/3/2024** 3:17
**122** 3:12
**12:02** 181:8
**12:16** 181:11
**12:18** 184:3,6
**12:19** 184:25
185:4
**132** 3:13
**139** 4:11
**148** 4:6
**15** 3:22
**150** 3:15
**150.23** 144:10
144:11 146:21
**151** 4:12
**16** 86:19 89:13
**165** 3:17
**173** 3:18
**18** 1:18 3:8
5:11 54:19,21
162:25 163:14
163:19 164:13
166:19 167:11
180:11
**18211** 2:15

| 2 |
|---|
| **2** 3:9,22 4:5,12 |
| 110:13,14,19 |
| **20** 54:19,21 |
| 188:22 |
| **200** 79:2 |
| **2021** 3:12 |
| 123:8 125:17 |
| 126:10 128:25 |
| 129:13,23 |
| 131:7,11,25 |
| 132:6,11 |
| **2022** 131:12,25 |
| 132:7 |
| **2023** 20:4 23:3 |
| 23:8,11 35:24 |
| 36:2 52:24 |
| 162:7,13 |
| 181:18 |
| **2024** 3:13 |
| 133:8 134:4 |
| 141:5 142:17 |
| 144:12 146:23 |
| 165:21 |
| **2025** 1:18 5:11 |
| 185:11 |
| **21** 154:17 |
| 164:9,10 |
| **212** 2:8 |
| **22** 92:21 |
| **23** 158:12 |
| **25** 1:9 174:11 |

**26** 176:2
**29** 176:23,25,25
**29029** 187:14

| 3 |
|---|
| **3** 3:10 92:23 |
| 115:25 116:2,6 |
| 153:10,17 |
| 154:13,15 |
| 155:3,9,11,18 |
| 155:24 156:4,9 |
| 156:23 157:10 |
| 157:14 161:15 |
| 161:21 162:20 |
| 162:25 163:19 |
| 164:2,4,14 |
| 165:21 166:25 |
| 167:10 168:15 |
| 169:12 172:13 |
| 177:3,14,20 |
| 178:14,25 |
| 179:8,12 |
| 180:11,16 |
| **30** 1:15 6:16 |
| 130:15 141:11 |
| 148:9 181:20 |
| 183:6,17 184:8 |
| **31** 179:7 180:2 |
| **320** 2:5 |
| **33** 178:23 |
| **33901** 186:19 |
| **35** 181:20,21,24 |
| 182:4 |

| 4 | 8 |
|---|---|
| **4** 3:12 53:22 54:3 122:19,20 123:4,8 | **8** 3:18 82:13 173:15,16,19 |
| **40** 79:2 182:4 | **87** 144:6 146:21 |
| **412-2421** 2:18 | |
| **45** 2:5 | **9** |

| 5 | 9 |
|---|---|
| **5** 3:13 132:21 132:22 133:4,8 139:17 142:4 | **92** 4:4 |
| | **97.29** 129:13,14 |
| **50** 48:23 181:16,24,25 182:3,16 | **97.29.** 129:17 |
| | **9:14** 1:19 5:6 |
| **53** 116:6 | **a** |
| **55** 182:3 | **a.m.** 1:19 5:6 66:21 81:15 149:4 |

| 6 |
|---|
| **6** 1:15 3:14 6:16 130:15 141:11 148:9 150:3,4,8 183:6,17 |
| **670** 142:24 |
| **688-5640** 2:8 |

| 7 |
|---|
| **7** 3:3,16 165:9 165:10,15 |
| **718** 2:18 |
| **7753532** 1:23 |
| **7:14** 1:19 |

**ability** 12:9 186:9 187:6

**able** 10:13 12:13 23:14 74:8 77:11 78:18 82:24 86:25 88:3 89:14 97:2,4,6 104:10 109:18 110:5 118:4 123:10,18 126:3,16 130:3 130:5,10,21 131:3 133:13 133:16 139:15 139:24 171:19 172:22

**above** 70:19
**absent** 5:16
**access** 51:11,24 52:3,3 60:9,16
**accommodate** 12:3
**accordance** 45:13,18 130:14
**accountant** 59:6,9,11,22
**accounting** 59:14 60:2
**accurate** 146:10 178:23 180:3 186:8 187:5
**accurately** 146:19
**acknowledge...** 5:13
**action** 3:9 31:15,16 32:21 118:2 141:15 186:11,15 187:8,11
**actual** 72:5 136:18
**actually** 46:8 49:25 155:9 165:17 172:22
**added** 123:8 133:8

**addition** 117:18 177:4 177:15
**additionally** 5:16
**address** 8:9 88:22
**addressing** 97:13
**adjustments** 165:3
**administer** 5:13
**administration** 163:2,20
**administratio...** 154:21 178:16
**adrian** 61:4,11 61:14,16
**advice** 46:24 47:12,17,25 48:9
**affect** 32:5
**affected** 114:9 114:14 122:11
**afternoon** 7:14
**ago** 9:16 16:10 58:15 59:22
**agree** 5:14,19 183:19
**agreed** 169:21 170:4,13
**agreement** 152:12,17

**[ahead - attention]**                                    Page 3

**ahead** 27:4
  32:15 159:14
  161:14
**al** 5:10
**alcohol** 78:2
**alivia** 2:21 6:13
**allocated** 172:3
**alter** 109:18,22
**amazing**
  135:24
**amended** 3:18
  173:21 174:6
**amount** 54:17
  88:10 124:2,3
  124:12 128:23
  134:18 138:10
  138:22 141:3
  148:13,17
  157:14 164:8
**amounts** 4:5
  88:21 133:20
  134:7 136:3
  142:13 143:11
  143:25 147:15
**anna** 137:21
**answer** 3:20
  9:2 11:6,19
  12:4 14:12,14
  15:3 17:10,11
  27:6,7 30:7,21
  34:25 35:16,22
  37:19,22 38:3
  38:12,14,21
  39:5,18,20

41:19 45:8,20
47:21 49:2
51:4 53:23
54:4 57:3
63:19 71:8
74:8 76:12
79:23 80:6
86:13,17 87:19
87:22 88:3
90:13 91:19
94:16 95:8
97:2,4,6
106:14 110:7
114:23,24
115:3 118:12
119:3 120:21
122:25 123:23
126:12,22
132:12,12
133:13 135:10
135:13 139:20
144:16,23
145:20 147:4
147:10 160:2
161:18,20
168:21 173:11
174:18,19,21
176:10 178:8,9
180:23 183:9
183:15
**answered** 8:25
63:16 121:13
163:8 179:20
183:12,23

**answering**
  10:19 35:9
  59:17 85:8
**answers** 90:16
**anybody** 102:2
  102:19 136:25
  144:19 164:12
**anyways**
  166:24
**appears** 73:25
  76:10 82:23
  92:21 93:2
  96:25 108:2
  110:6
**applicable** 5:23
**applies** 83:23
**apply** 119:8
**appropriate**
  42:3
**ardak** 144:7
**area** 33:17 34:5
**arises** 98:6
**aside** 163:21,24
**asked** 11:4
  22:16 27:2
  44:12 49:21
  77:10 78:17
  86:20 89:13
  92:24 96:19
  98:15 107:22
  109:5 117:21
  120:15 126:24
  130:2 132:9
  140:5 141:11

156:8,15 157:5
171:19 172:4
**asking** 9:9 10:5
11:17,19,21
15:12 30:3
63:24 79:14,15
85:3,4 107:13
117:19 119:25
119:25 123:17
124:5 126:16
126:17 127:16
127:17,24
135:17,18,19
140:15,20
143:5,7 161:13
170:2 182:5
**aspects** 20:25
26:23 27:9,13
33:8 72:6 93:4
**assigned** 5:4
99:16 160:12
**assume** 11:6
77:23 127:16
**assumed**
107:18
**assuming** 9:23
113:7,20
127:14 144:14
146:15
**attend** 67:14
**attendance** 6:6
**attends** 67:24
**attention** 31:9

**attorney** 13:17
13:24 58:19
62:16 134:10
145:21,23,24
146:2 151:24
157:6 186:13
187:9
**attorneys** 13:22
14:4 16:21
123:6 133:6
134:3 152:16
166:3
**audible** 91:17
**audio** 186:7
187:3
**authority** 23:22
97:16,19 98:2
102:6 113:10
113:22
**authorized**
5:12 150:20
151:16
**automatically**
95:14
**available** 83:3
**avenue** 2:15
**aware** 48:14
49:4

**b**

**b** 1:10,15,16
2:11 3:5 6:16
35:6,8,13,15
130:15 141:11

144:8 148:9
183:6,17 188:2
**back** 23:20
30:16,24 66:20
108:14 115:9
125:8 126:11
127:2,8 137:22
138:9 140:4
149:3 166:14
166:15 181:10
184:5
**baia** 1:10,17
2:11 3:11
17:24 18:5
19:18 21:19
22:23 23:8,11
34:21 35:12
38:16,24 39:7
39:10,13 42:16
42:20 43:16
45:11,16 46:8
46:17,23 47:6
47:16,24 48:8
54:24 58:25
62:21,25 63:20
65:14 66:24
69:7 70:12
76:14 78:19
81:19,23 82:3
84:17 85:16
86:2,8 87:7,15
90:11,19 91:4
91:8 92:15
100:24 101:16

102:10 106:11
107:8 108:12
109:10 111:11
112:3 113:16
116:13 117:11
121:10 123:16
124:8 128:8
129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7,8 157:13
158:4,11,19
159:22 162:19
165:19 172:2
173:6 175:3
178:13 181:15
182:8 188:2
**baia's** 47:11
73:24 76:10
81:10 171:20
**balancing** 60:3
**bar** 78:10
**barback**
129:12
**barlan** 144:7
144:11 146:21
**bartenders**
69:14,15,17
77:23 78:2,21
84:9
**based** 141:6
142:18

**basis** 90:21
103:2
**bates** 165:18
166:5
**bathroom**
66:12
**bear** 157:25
**beautiful** 22:4
56:2
**beginning**
173:24
**behalf** 1:4 2:2
2:10 16:13,13
17:7,16 124:7
145:13,24
**believe** 50:25
84:4 116:20,25
117:3,16
118:16 125:3
157:17
**best** 17:6,12
21:18 25:24
29:18 32:25
33:3,5,5 43:19
67:22 68:14
69:11,21 70:4
72:22 75:19
85:6,9,11,19,20
86:11 90:12
92:8 104:2
126:9 142:2
143:4 156:16
163:18 167:5
175:7 179:5

186:9 187:5
**better** 31:17,19
31:23 151:10
**beverage** 177:4
177:15
**bigger** 83:17
151:10
**bit** 151:9
**black** 15:11
**blacked** 151:2
151:11
**blackout** 151:7
**blanche** 37:16
38:8
**blue** 173:25
**board** 22:22
**boh** 125:6,7
126:25
**bold** 18:19
**book** 159:9
**books** 60:3,6
175:4
**boss** 62:20,24
63:4,7,9,11,14
63:20,25 64:6
64:9,10,11,17
64:18,21,21
65:2,2,9,11,12
65:18
**bottom** 110:20
111:18 116:7,8
150:9,21
151:11 165:16
165:18

**boys** 183:24
**break** 11:25
12:5 62:5,11
62:14,17 66:10
66:16 148:20
181:5
**breakdown**
84:4
**bright** 36:10
**bringing** 74:25
75:6 76:25
**bro** 161:10
**broad** 135:10
**broadway** 2:5
**brother** 57:5
58:8
**bulldozer** 1:9
1:16 2:10 5:9
7:17 17:20
18:5 124:20
127:21 145:13
145:15 150:16
188:2
**bunch** 134:6
135:12 136:4
167:15 169:9
**bus** 75:23
**business** 20:13
20:24,25 33:6
33:8 143:17
**busing** 76:3
**bussers** 69:8,9
72:8 75:22
76:13,16 78:21

83:14,17 84:6
84:8 99:16
106:10 161:3
**bussing** 76:20
**bye** 183:25

**c**

**c** 2:1 4:8 125:5
126:24
**call** 51:22 88:2
92:10 97:5
130:9 148:4
154:5,9 178:17
**called** 7:4 17:24
63:7 110:4
**calling** 63:8,10
148:9
**calls** 65:9
**camera's**
130:24
**capable** 74:2
**capacity** 55:22
**captain** 73:7,8
73:12 93:20,20
94:7,8 98:21
99:2,5 102:16
102:17 105:19
106:4 112:16
112:17,20
113:13
**captain's** 74:3
104:16
**captains**
105:24

**caption** 18:19
**care** 80:20
183:24
**carefully**
179:25
**carte** 37:15
38:7
**case** 16:14,23
17:20 18:19,25
44:9 48:21
76:19 123:6
127:24 133:6
135:5 169:20
169:25 170:19
173:22 174:2,6
188:2
**cause** 25:15
112:16,22
**certain** 27:21
27:21 28:18
40:8 50:23
64:15 93:3
95:14,23 97:14
161:2
**certificate** 3:14
150:13,19
186:1 187:1
**certified** 5:19
**certify** 186:3
187:2
**cetera** 124:17
174:2,2
**chair** 11:16

**change** 35:19
136:20 137:6
168:5 188:5
**changed** 34:16
34:21,24 35:5
35:11,17
136:22 164:22
**changes** 28:19
34:23
**changing** 36:13
**charge** 24:20
25:2 55:11
153:11,12,17
154:13 156:10
156:24 162:21
164:9 166:21
166:25 167:3
167:11 168:15
168:17 169:5
170:9 172:13
172:17 177:3
177:14,20
178:3,5,6,14,16
178:25 179:9
180:11,17
**charged** 164:8
177:2,13,19
178:14
**charges** 153:10
153:16 154:18
157:15 171:3
172:4 177:4,15
**check** 54:17

**checks** 97:20
**chef** 60:25 61:3
61:6 67:11
71:25 108:13
108:14
**chose** 138:25
**claims** 152:10
**class** 4:11
86:23 89:16
139:3,8
**clear** 18:6
71:12 72:8
77:10 87:6
135:16 137:8
183:7
**client** 13:17
**clock** 95:24
96:2 109:10
**clocked** 109:14
109:15
**close** 31:9
81:18 164:17
**closes** 170:19
**closing** 25:23
**column** 124:4
125:5 126:24
127:6,10,11,14
128:4,5,14
129:4,17,18
136:8,13,13
144:8 146:20
146:21 147:13
147:20

**come** 22:11
29:20 40:22
61:24 98:4
137:12
**comes** 84:10
88:25
**coming** 81:7
166:14,15
**commission**
188:25
**common** 171:5
**communication**
13:17
**communicati...**
169:4 172:6,7
**comp** 97:20
**company** 22:13
92:14 93:6
124:17,19
143:17,23
153:20 162:8
167:20 171:14
**compensation**
45:12,17 82:17
107:25 120:18
**complained**
88:13
**complaint** 3:18
173:21 174:6
174:11
**completely**
183:8,14
**concerning**
36:4 82:17,21

96:22,23
120:18
**concluded**
185:5
**concrete** 160:2
178:8
**confer** 74:9,15
74:18 83:4
87:3 88:5 90:2
93:7 97:7
108:7 110:8
118:7 130:18
148:21 183:18
**confirm** 129:22
**consider** 63:24
64:5,17 65:10
65:12,17 68:11
**consistency**
26:2 29:18,23
29:24 30:2,5,9
31:14 32:6
67:22 68:7
**consistent** 31:2
**consistently**
68:14
**constitute** 6:3
**cont'd** 4:1
**continue**
161:13
**continuing**
175:25
**contract** 153:6
154:17 163:25
164:15,21,25

165:2,4 167:2
168:13 170:10
180:5,19,21
**contractor**
55:13,15 56:4
158:22 160:25
**contracts**
153:10,15
163:13 164:19
168:16,16
172:16
**control** 52:5
**conversation**
139:12
**conversations**
80:22
**cooney** 2:21
6:14
**copies** 51:6
**copy** 18:24
50:25 173:20
184:9,13
**corporate** 1:15
6:16 16:14,18
16:22 17:8,16
17:19 18:7
**corporation**
17:23 145:12
**correct** 17:17
17:21 18:7
26:24 27:10,14
28:6,12,23
29:4 38:4,13
47:13 48:2,10

59:24 63:21
64:19 66:6
68:24 70:3
71:14 83:24
84:23 88:10
90:11 93:16
99:10 102:21
103:5 116:18
119:22 120:10
121:19 122:7
126:20 127:4,9
129:2,8,15
132:7 133:21
133:23 134:8
135:6 136:6
140:16,18
141:20 142:17
144:12,14,15
146:4 149:15
162:14 174:16
180:7,10
**corrective** 3:9
**correctly** 31:25
62:18 83:13
86:14 178:9
**counsel** 18:25
183:18 186:10
186:13 187:6,9
**counselor** 48:5
130:2
**couple** 102:25
**course** 35:3
102:5 143:17

**court** 1:1 10:6
10:8,13,18,25
11:21 149:14
184:12
**covered** 152:11
**create** 82:25
**created** 125:24
136:19
**credit** 39:11
42:17,21,25
43:4 70:2,10
70:24 141:5
148:14 176:6,8
176:16,21
**current** 152:15
**currently** 8:5,7
181:14
**customer** 31:3
31:21 66:25
74:23 78:8
97:12,20
156:11 162:23
164:9 167:7,10
167:13
**customers**
33:15,18,23
34:6 42:5
54:10,13,17
72:7 75:11
78:23,23 81:7
153:6,10,17
162:20 163:7,9
164:2,20
168:14 169:2,5

169:12 172:6
172:12 177:19
178:5,13
**cut** 95:4,11,16
115:18,21,22
**cute** 15:12
**cutting** 74:16
**cv** 1:9

**d**

**d** 1:10,16 2:11
3:1 4:1,2,8,8
127:6,10 144:7
188:2
**data** 60:7
148:16
**date** 1:18
136:17 165:21
188:3
**dates** 125:15
133:25 134:11
**day** 25:15,15
25:17,17,19,20
36:21 78:14,14
81:11 90:22,22
90:24 93:13
94:5,9,10
98:23 118:22
182:10 185:11
188:22
**days** 61:25
81:17 91:7
93:10,12,13,19
93:23 94:14,17

94:21 95:4
97:10 98:11
99:25 100:5
170:19
**deal** 177:24
**dealing** 149:17
**december**
165:21
**decide** 45:3
95:25 160:25
**decided** 92:17
100:9
**decides** 78:20
99:20 100:3
160:17,21
**decision** 42:23
43:5,9,11,14
70:5,8,23 71:5
71:7 79:3,16
81:22 82:24
93:5 95:20
103:10
**decisions** 27:21
64:14,15,16
95:17
**decor** 160:10
**defendant** 6:15
6:17 7:18 13:2
14:8 15:20
16:14,18,23
17:8,17,19
48:21 86:22
89:15 108:2
118:2 141:14

172:19 177:13
**defendant's**
82:16 92:25
96:20 117:20
120:17 141:10
**defendants**
1:13 2:10 6:13
16:4 130:4
135:4 138:24
145:8,10 148:7
148:8 151:24
170:2,4 172:5
172:15 176:3,7
176:15,19,24
177:2,18
178:24 179:7
184:8
**definitely** 91:25
126:8 182:15
**definitively**
89:18 108:3
118:4
**defs** 110:21
116:8,9 150:9
**department**
125:5 126:25
133:18 135:22
136:2 143:24
**dependent**
30:16
**depends** 133:15
**deposed** 8:13
8:16 9:13,19
9:22

**deposition** 1:15
3:8 5:7,25 10:2
10:9 13:19
14:5,9,16,18,21
15:7,15,18
16:18,22 18:4
18:20,24 19:12
50:18 82:14
83:6 88:7
96:18 130:19
137:7 141:11
183:7,17 186:1
188:3
**depositions**
13:11
**description** 3:6
4:3,9 106:4
**descriptions**
4:4 91:9,16,22
91:23 92:7,11
**deserve** 46:7
**designated**
19:12 117:23
183:16
**details** 174:9
**difference**
116:22
**differences**
117:4
**different** 35:23
36:2,6,8 41:18
61:25 73:3,5
73:18 83:14
85:25 99:16

115:21 162:15
168:7 177:24
182:6
**differently**
119:9 122:12
157:22
**dig** 159:9
**digital** 186:7
187:3
**dine** 54:13
**dining** 33:14,18
**dinner** 81:11
**direct** 126:21
132:9 135:7
141:23,25
147:10 160:2
**directly** 57:25
**director** 19:22
19:24 20:8,9
20:12 21:24
22:12,15,18
23:13,22 26:18
26:21 27:8,12
28:16,22 29:3
36:15,22 37:2
37:6 40:11
61:9 63:13
65:16 68:24
101:25
**dirty** 35:20
36:11,12 78:5
**discipline** 98:5
100:23 101:2
101:25

**disciplined**
101:8,15
**discovery**
118:2 137:8
141:15 169:25
170:18,24
171:8
**discuss** 29:11
29:14 30:9,11
66:16
**discussed** 13:11
80:12
**discussing**
30:10 167:9
**discussion**
80:17
**dish** 78:5
**displayed**
91:16,22,23
**distribute**
178:25
**distributed**
172:3
**district** 1:1,2
**dizzy** 11:15
**document**
18:10,16,18
19:4 49:9 87:7
87:14 110:11
110:18,20,25
111:7 113:8,19
115:24 116:5,7
118:5 122:18
123:3,11,14,21

132:19 133:3,5
133:11,14,17
136:24 137:20
142:5,8 144:10
144:13,14,15
144:25 145:21
146:3 150:2,7
152:7 165:8,14
165:16 173:14
173:18,23
**documenting**
112:11
**documents**
15:6,9,13,14,24
16:4,9 48:14
48:18 49:6,22
50:4 84:16
86:8,22 89:15
117:25 130:3,6
135:3 137:18
141:14 167:15
170:6 172:15
**doing** 26:8 34:5
34:12 40:20
97:17 122:23
134:21,23
160:14
**dollar** 88:20
134:17
**dollars** 53:16
70:14
**dot** 171:22,22
171:22

**drink** 69:17
**drinks** 77:15,24
78:2
**driver's** 8:10
**drunk** 97:23
98:4
**due** 137:3
**duly** 7:5 186:5
**duties** 20:8
26:8 31:25
32:18 34:16,20
35:11 36:23
37:3,5 73:12
73:23 74:3,22
76:9,13,23
78:14,18 92:4
107:20,24
160:6

| **e** |
| --- |

**e** 2:1,1 3:1,5 4:1
4:2,2,2,8,8,8,8
127:11,14
128:4 184:8
**earlier** 8:10
13:11 32:23
73:21 138:20
**early** 95:5
101:3
**earn** 120:10
121:11
**earned** 53:11
115:6

**earning** 128:16
**earnings** 52:14
52:19,23 53:12
133:20 136:2
142:13 143:11
143:25
**easy** 157:19
**educates** 72:2
**eighteen**
154:19
**either** 56:8,23
128:11
**emanuel** 2:13
2:17 6:11
146:6
**employed**
107:25 158:20
186:10,13
187:7,9
**employee** 3:10
43:3 66:5 84:3
87:8,15 88:9
91:25 93:18
97:22 99:6,9
100:24 111:12
115:13 116:12
119:10,11
120:5 121:20
122:12 127:7
128:6,7 129:8
136:7 138:13
142:12,23,25
143:25 144:5
144:19 158:16

158:18 162:23
162:24 163:9
175:2,14
178:19,21
183:2 186:12
187:9
**employees** 4:6
21:8,12,16
23:15,18 30:17
30:25 39:14,15
40:10,13 42:16
42:20 43:17
44:3 45:25
46:20,25 47:13
47:17 48:2,9
49:14 60:12,17
70:18 78:19
80:13 82:18
83:10 84:8,16
84:21 85:14,25
86:7 87:9,17
88:13,19,23
90:7,9 91:10
92:6 98:6
102:9 106:17
106:21 107:2,7
109:9 115:10
116:16,23
117:4,11
118:15 119:8
120:12,19
121:9,14
123:16,20,24
125:9 127:3,3

127:4,12
128:11,12,17
128:25 138:23
140:8,10 141:4
142:16,18
148:14,18
160:18 162:22
163:5 164:7
171:10 175:5
176:20 178:7
181:14 182:7
182:21
**employer**
158:18
**employment**
86:21 89:14
**empty** 130:25
**engage** 92:17
93:6
**english** 11:10
**ensure** 21:16
32:24 40:12
45:11,16 46:18
49:8
**ensuring** 21:8
30:12,23
**entitled** 135:2
176:3
**entity** 18:7
**entry** 129:10
**equal** 85:10
**equally** 83:23
**errata** 188:1

**es** 186:4
**esquire** 2:3,13
**essentially**
93:24
**est** 1:19 185:4
**establish**
155:24 156:4
**et** 5:10 124:17
174:2,2
**evening** 7:14
**event** 3:16
153:21,23
155:14 158:3
160:5,13 162:9
162:22 165:20
165:21 166:6
171:22 172:6
177:2,13
**events** 152:20
152:23 153:2,7
153:16,21
154:10,11,12
155:15 158:17
160:8,15,19
161:2,16,22
164:20 169:20
170:3,12
177:19 178:13
**evidence** 47:4,6
47:11,15
163:11 169:3
**evidentiary**
5:24

**exact** 90:10
**exactly** 21:5
25:19 33:3,11
64:9 65:3
77:25 80:5
128:13 135:24
140:2,13,25
147:16,18
175:24
**examination**
3:2 7:11
**examined** 7:7
**example** 29:17
79:3 80:16
**excel** 3:12,13
123:12 136:20
136:21,21
137:11 138:17
140:7,21,21
142:6 143:9
144:18
**excess** 52:14,19
52:23
**exhausted**
148:3
**exhibit** 3:8,9,10
3:12,13,14,16
3:18 18:11,12
18:17 73:20
110:13,14,19
115:25 116:2,6
122:19,20
123:4,8 125:21
132:21,22

**[exhibit - form]**                                          Page 11

133:4,8,9
139:17 142:4
150:3,4,8
165:8,10,15
173:15,16,19
**expect** 97:24
**expedited**
184:13,18
**experience**
103:23 104:4
105:11,14,15
**experienced**
134:10
**expires** 188:25
**explain** 25:21
35:7 104:5
**explanations**
92:2
**extent** 86:24
139:5 148:8

**f**

**f** 4:2 127:11,14
128:5
**fact** 28:10
**facts** 129:16
**familiar** 9:23
19:17,20
133:10
**far** 11:13
113:21
**federal** 45:13
45:18,24 46:3

**fee** 154:22
155:2 163:18
163:20 164:2
178:16
**felt** 22:14
**fernandez** 1:4
2:2 5:9 111:15
173:22 175:10
175:14 176:8
176:15 188:2
**fifteen** 70:13
**fifty** 53:16,16
**figure** 167:17
**file** 46:9 50:9
50:24 123:7
125:16,23
126:4,9 127:23
128:2 133:6
134:2,6 137:6
137:7 166:4,7
**filed** 173:4,8,22
**files** 50:10 59:7
126:4
**filing** 59:23
173:25
**final** 59:8
**finalize** 161:5
**finances** 52:9
**financial** 52:5
**financially**
186:14 187:10
**financials**
52:11

**find** 41:4 157:7
169:10,15
170:23
**finish** 11:18
62:7 99:8
145:10
**finished** 32:16
**finishing**
170:20
**fire** 23:14 105:4
**fired** 24:16
28:9 103:11
146:3
**firing** 41:22
**firm** 168:4
**first** 7:4 12:4
17:5 18:18
19:7 81:19
110:20 116:7
127:13,15
128:5 129:10
133:19 135:25
143:24 144:4,6
152:25 165:16
165:19 173:24
**five** 8:18,23
13:7 18:17
66:10 93:12
148:19
**fix** 109:19
**floor** 33:15,21
33:23,25 34:3
35:20 72:7
98:25 99:10,13

**floors** 36:11
**flow** 78:23
**fluently** 11:11
**focus** 128:16
**focused** 34:8
**focusing**
168:12
**foh** 125:7,8
126:25
**folding** 76:24
**follow** 46:9,9
92:12 148:22
152:2 171:5
172:25
**follows** 7:7
46:12,21
**food** 20:17
25:25 29:21
30:11 33:5
72:2 77:15
160:9 177:4,15
**foodservice**
42:9,12,16,20
43:17 174:13
176:4,20 179:2
**footnote** 149:13
**foregoing**
186:3,4 187:4
**forks** 76:25
**form** 14:11
17:9 23:24
25:10 26:10,25
29:5 30:20
31:5 33:10

| | | | |
|---|---|---|---|
| 34:13 38:18 | 179:11,18 | 132:15 134:22 | **give**   10:9 20:14 |
| 39:2,17 41:15 | 180:8 | 135:14 136:7 | 38:7 48:25 |
| 45:19 47:18 | **format**   88:24 | 141:7 143:3 | 68:3 71:8 |
| 53:8,14,24 | 90:5 | 144:4 155:8 | 80:16 87:7,9 |
| 56:10,20 58:10 | **former**   152:16 | 163:17 174:24 | 87:15,16 101:4 |
| 59:2,16 60:22 | **formula**   178:3 | 181:13 182:7 | 105:8 118:24 |
| 61:21 62:2 | **forth**   116:17 | 182:20,25 | 135:10 138:25 |
| 63:2,15 64:2,7 | **found**   171:15 | **frozen**   149:11 | 176:6,7,15,19 |
| 64:22 65:15 | **four**   8:23 | **full**   7:21 55:22 | 178:6 180:25 |
| 66:7 67:4,10 | **free**   70:17 | 119:16,22,24 | **given**   13:9,14 |
| 68:20 71:2 | **frequent**   64:13 | 121:10,19 | 43:16 100:13 |
| 79:20 80:9 | **frequently**   26:5 | 135:9 174:15 | 118:14 157:10 |
| 81:25 83:19 | **friend**   28:21 | 175:10,14 | **giving**   48:18 |
| 84:12 85:17 | **friends**   170:17 | **fully**   76:12 88:4 | 139:2 |
| 86:10 87:10,18 | **front**   23:19 | **function** | **glasses**   76:25 |
| 89:5,19 94:2 | 30:17,25 53:4 | 117:25 141:13 | 78:5 |
| 94:23 95:6 | 54:6 68:2,17 | 141:18 | **go**   8:3 9:24 |
| 96:7 98:12,20 | 68:23 69:5,7 | **functions**   22:22 | 10:2 27:4 |
| 101:23 103:6 | 69:18 70:9 | 93:25 | 32:15 61:24 |
| 103:21 104:21 | 71:10,12,15,19 | **further**   183:4 | 69:16 76:4 |
| 105:9 111:10 | 71:20,24 78:25 | 186:12 187:8 | 115:9,9 137:22 |
| 112:4,15 | 80:13 84:2,15 | **g** | 138:8,9 140:4 |
| 114:17 115:11 | 84:20 85:14,24 | **gathering** | 144:4,5 159:14 |
| 116:19 117:5 | 86:7,15,18 | 48:18 | 161:14 178:18 |
| 119:12,17 | 102:9 106:17 | **general**   55:13 | 178:18,20 |
| 121:12,24 | 107:19,20 | 55:14 56:4 | 181:3 |
| 122:14 126:6 | 108:19 116:15 | 178:12 | **goes**   116:9 |
| 131:16 132:8 | 117:10,14 | **generally** | 128:17 129:18 |
| 139:19 143:18 | 118:15 119:7,9 | 117:21 135:18 | 162:25 163:2 |
| 145:2,18 | 119:10 120:2 | **gestures**   10:14 | 164:13,14 |
| 153:25 162:17 | 120:14 121:9 | **getting**   175:16 | 166:19,21 |
| 167:25 168:19 | 121:25 122:11 | **girls**   183:25 | 167:10,11 |
| 174:17 175:12 | 125:8 127:3,8 | | **going**   10:4 11:6 |
| 176:9 177:8 | 128:17 129:11 | | 11:17 18:10 |

[going - hospitality]                                                    Page 13

36:9 43:18
65:5 66:15
74:6 88:2
90:17 93:5
96:2,17 99:21
104:8 105:21
110:12 115:25
120:23 122:17
122:18 128:16
132:19,20
139:6 144:4,5
148:4,15
162:21 164:3
165:8,24
168:18 169:9
169:13 170:20
171:10 172:20
173:13,14
180:17
**good**  5:2 6:8,11
7:13,14 30:14
33:4 149:16
**google**  76:15
**gratuities**
82:21,22
**gratuity**  154:19
162:25 163:14
163:19 164:11
164:14 166:19
167:12 169:13
179:9,13,16
180:6,10,17
**great**  128:15

**gross**  52:14
53:12
**ground**  9:24
**group**  1:9,16
2:10 5:10 7:18
17:20 124:20
150:17 188:2
**guess**  7:14
**guessing**
112:24
**gutierrez**
129:12
**guy**  99:12
105:2,17,21
**guys**  154:5
183:24

**h**

**h**  3:5
**half**  94:10
**hand**  6:22
10:14
**handbook**  3:10
91:24 116:13
116:18 117:12
118:9,14,22,24
**handwriting**
181:6
**happen**  98:10
103:15
**happened**  24:8
24:10 101:22
113:16 131:11
131:24 132:6

**happens**  95:10
96:10,15 132:2
**happy**  44:25
121:7 125:2
161:13
**hard**  50:24,24
51:6 53:23
**head**  60:24
61:3,6
**header**  125:5
**headers**  124:16
**headings**
135:19,20
**hear**  38:21 80:6
91:18 94:16
106:13
**heard**  7:16
44:17
**hearing**  6:19
**held**  62:19
**help**  49:12
156:3 159:7
**helpful**  131:9
**hereto**  186:13
187:10
**hide**  159:8
**higher**  84:4
115:22
**highest**  66:5
93:17 99:5,9
**highlighting**
89:12
**hire**  23:14 41:6
104:7,20 105:2

107:18 162:9
**hired**  21:23
23:4 24:15,16
28:9 36:25
41:8 55:14
58:18,24 59:10
61:11,14 84:17
86:9 103:11
146:5 158:15
**hires**  118:24
**hiring**  22:9
41:22 104:2
105:16
**hold**  89:22
146:17
**holder**  150:19
**home**  95:5
97:24 101:3
**honest**  132:12
132:12
**honestly**  159:5
**hope**  38:19
84:19,25 85:3
87:23 170:14
170:15,16
**hoping**  46:13
46:14
**hospitality**  1:9
1:16 2:10 5:10
7:17 17:20
124:20 145:14
145:15 150:17
188:2

**hour** 70:14
138:14 144:2
147:15 173:5,9
**hourly** 70:18
124:12 128:11
136:11 143:12
144:2 147:19
**hours** 4:5 81:13
123:21,24
124:12 128:18
128:24 129:5,7
129:13,14
133:20 134:7
136:2,4 138:22
140:11 141:4
142:13 143:10
143:11,25
144:12 146:22
148:13,17
161:6 174:12
**house** 23:20,20
30:16,17,24,25
39:25 40:4
59:8,14 68:2
68:17,23 69:5
69:7,18 70:9
71:10,13,15,20
71:20,24 78:25
80:13 84:15,21
85:14,24 86:7
102:9 106:17
107:19,20
108:15,20
116:15 117:11

117:14 118:15
119:8,9,10
120:2 121:9,25
122:12 125:8,8
126:12 127:2,3
127:8,9 128:17
129:11 136:7
143:12 144:5
181:14 182:7
182:20 183:2
**hov** 159:18
**how's** 72:23,23
180:9
**hr** 162:8
167:20
**huh** 35:25
37:23 57:13
60:18 165:12
176:11
**human** 171:4
**hundred** 78:24

**i**

**idea** 44:7 119:2
152:5 157:12
176:22
**identification**
18:13 110:15
116:3 122:21
132:23 150:5
165:11 173:17
**identify** 6:6
**identifying**
88:21

**identities**
150:21
**identity** 145:25
**illegal** 39:14,20
39:21
**illegally** 115:7
**impair** 12:9,17
**impaired** 12:20
**important** 9:25
10:9 75:10
154:15
**included** 39:15
**including** 82:19
171:24 172:7
**independent**
158:21 160:24
**indirectly** 58:2
**individual**
126:18
**individuals**
73:24 182:6
**information**
88:21 120:14
123:13,19
126:8,17
127:25 129:22
131:6,7 132:15
133:17 134:14
134:19,24
135:8,9,11,12
135:14,17
137:23 142:8
143:3 146:9,16
146:18 147:2

147:13 152:14
155:8,17 158:9
163:17 164:18
169:19 170:12
173:25 174:24
175:18,24
177:17 178:10
**informed** 163:7
169:3 172:12
**informing**
28:20,22 29:3
**informs** 28:18
**inherit** 167:19
167:22
**inherited**
161:25
**initially** 117:7
**input** 104:18
105:8
**instruct** 15:2
**instructed** 3:20
**instructions**
68:4,9,15
**insurance** 3:15
150:13 152:9
152:11,17
**insured** 150:16
**intended** 5:22
**interchangea...**
71:18
**interested**
186:14 187:11
**interrupt** 47:9
85:7

**interview**  22:5
  22:8 102:18,24
  103:9,14,18,20
  104:23 105:8
  105:17
**interviewed**
  102:13
**interviewing**
  102:9
**interviews**
  102:16,21
  103:5
**invoice**  159:24
  159:24
**involved**  23:17
**issue**  49:13
  97:11 98:6
  109:13
**issues**  60:3
  98:10 109:19
**iterations**
  164:24

**j**

**j**  129:4,17
  146:20
**jamaica**  2:15
  2:16
**janos**  25:6,8
  26:11 27:25
  28:5 29:9 30:6
  30:8 41:6,21
  41:25 42:11
  44:11,14,18,20

49:20,21 50:2
51:18 67:9,12
71:23 72:14
79:5,8,10,13
80:14 82:3
93:11,19,23
94:6,9,17,19,21
95:20 97:10
98:10,11,23
99:23,24 100:2
100:6,10,13
104:19,24
108:11,18
109:17,18
113:6 155:13
160:24
**janos's**  45:2
  71:5 93:24
**jersey**  8:8
**jk**  2:7
**jnussbaum**  2:7
**job**  1:23 4:4
  20:7,11 26:8
  32:3,4 34:12
  34:16,20 35:11
  36:23 37:3,4
  40:11,17,20
  73:23 74:3,22
  76:9,13,23
  91:9,16,21,23
  92:7,11 93:25
  104:2,11 106:4
  127:6,7 133:18
  134:21,23

135:22,25
  143:24 146:4
  160:6
**jobs**  76:16
**joe**  157:12
**john**  129:12
**johnny**  57:11
  57:12
**join**  105:21
**jokes**  149:12
**josef**  2:3 6:8
  7:15 62:4
  89:25 122:22
  123:22 135:6
  137:12 140:3
  141:21 159:3
  161:5 180:20
**joseph**  2:4 6:9
**judge**  65:5
**julio**  72:16,17
  72:17 79:7,9
  79:12,14,15
  93:21 94:19,20
  95:4 97:12,15
  97:19,24,25
  102:13 103:4
  105:24 106:19
  106:25 107:6
  107:24 108:11
  108:18,24
  109:25 111:18
  111:22,24,25
  112:13 113:5,6
  113:9,10,22

114:5 122:5,6
**julio's**  95:17
  100:2,6 103:10
**jumping**  96:22

**k**

**k**  144:7
**kataev**  2:13
  6:11,12 14:11
  14:25 17:9
  23:24 24:9
  25:10 26:10,25
  27:4 29:5
  30:20 31:5
  33:10 34:13
  38:18 39:2,17
  40:15,21 41:15
  45:19 47:18
  48:5 53:8,14
  53:24 56:10,16
  56:20 58:10,18
  58:21 59:2,16
  60:22 61:21
  62:2,4 63:2,15
  64:2,7,22
  65:15 66:7,11
  66:12 67:4,10
  68:20,25 71:2
  74:5,9,14,18
  79:20 80:9,23
  81:25 83:4,8
  83:19 84:12,24
  85:17 86:4,10
  87:3,10,18

| | | | |
|---|---|---|---|
| 88:5 89:5,19 | **katherine** 1:4 | 69:18 72:2,3,6 | 133:20,22 |
| 89:24 90:2 | 2:2 5:9 111:15 | 72:8 76:21 | 134:8,12,13,15 |
| 92:12 93:7 | 173:22 188:2 | 77:2,9 78:13 | 135:3,8,25 |
| 94:2,23 95:6 | **keep** 40:9 | 78:15 79:14 | 137:10,15 |
| 96:7 97:7 | 155:11 | 81:21 85:5,10 | 138:4 140:23 |
| 98:12,20 | **keeping** 183:6 | 86:13,16 87:24 | 143:11 144:2 |
| 101:23 103:6 | **kept** 50:24 51:7 | 89:8,9,10 | 144:15 145:6 |
| 103:21 104:21 | 154:14 155:3 | 91:12 94:9 | 146:4,5 147:3 |
| 105:9 108:6 | **kids** 37:18,22 | 95:9,13,15,24 | 147:10,16,18 |
| 110:8 112:4,15 | 38:4,13 | 96:3,9,10,14,15 | 149:17 150:24 |
| 113:23 114:17 | **kirschenbaum** | 99:3,4 100:22 | 151:16,19 |
| 115:11 116:19 | 2:4 6:9 | 101:5,19 | 152:7,18 154:2 |
| 116:24 117:5 | **kitchen** 30:16 | 102:25 103:24 | 154:7 155:17 |
| 118:6 119:12 | 30:24 72:3 | 103:25 104:10 | 155:20,21 |
| 119:17 121:12 | 77:17 | 104:13,13,14 | 157:9,21 158:8 |
| 121:24 122:14 | **knew** 163:5,9 | 104:15,24 | 158:25 159:2,3 |
| 125:20 126:6 | **know** 9:17 10:4 | 105:2,4,20,22 | 159:5,11,11,13 |
| 130:16 131:16 | 11:4,20 12:2 | 106:6,9,12,15 | 159:15 160:4,7 |
| 132:8 136:14 | 16:16,20 17:12 | 107:18 110:2 | 160:10,11,13 |
| 139:19 143:18 | 31:22 33:6 | 111:2,25 | 160:14 161:3,6 |
| 145:2,18 | 34:25 35:14,15 | 112:24 113:8 | 161:7,23,25,25 |
| 146:24 148:21 | 35:19 37:6,7 | 113:21 115:4,6 | 162:8 163:15 |
| 149:11,15,18 | 38:16,24 39:7 | 115:14 117:16 | 164:5,10 165:5 |
| 151:5 152:2 | 39:10,13,19,21 | 118:18,20 | 167:4,7,16,19 |
| 153:25 162:17 | 39:23 40:8 | 119:3,5 120:5 | 167:21 168:6 |
| 167:25 168:19 | 41:4 44:5,10 | 120:12 123:15 | 168:20,22 |
| 172:25 174:17 | 46:3,4,11 | 123:22 124:2,4 | 169:14 170:16 |
| 175:12 176:9 | 48:24 49:12,24 | 124:6,13 | 170:18,19,24 |
| 177:8,21 | 49:24 50:6,9,9 | 125:18,22,23 | 171:2,4 175:2 |
| 179:11,18 | 51:5,21 52:18 | 126:7,21 | 175:6,21,23 |
| 180:8 181:4 | 53:11 54:6,7 | 127:17,18,19 | 176:17,18 |
| 183:13,21 | 54:19 55:22 | 129:19,20 | 177:10,12,16 |
| 184:7 | 56:17 60:5 | 131:6,23 132:3 | 177:22,23,24 |
| | 63:6 64:8 | 132:13 133:9 | 177:25 178:3,7 |

179:22 180:9
180:21 181:23
183:19
**knowledge**
   21:18 43:20
   68:16,19,22
   69:11,21 70:4
   72:22 75:19
   85:9,12,20
   86:11 90:12
   92:8 126:9
   131:18,21
   143:4 156:17
   163:18 167:5
   172:23 175:7
   179:5 186:9
   187:6
**knows**   68:17,23
   72:22 95:22
**kosher**   161:9,9
   161:10

**l**

**l**   124:4 144:8
   147:13
**la**   1:10,16 2:11
   3:11 17:24
   18:5 19:18
   21:19 22:23
   23:8,11 34:21
   35:11 38:16,24
   39:7,10,13
   42:16,19 43:16
   45:11,16 46:8

46:17,23 47:6
47:11,16,24
48:8 54:24
58:25 62:20,25
63:20 65:14
66:23 69:7
70:12 73:24
76:10,13 78:19
81:10,19,23
82:3 84:17
85:15 86:2,7
87:7,15 90:11
90:19 91:4,8
92:15 100:24
101:16 102:10
106:11 107:7
108:12 109:9
111:11 112:3
113:16 116:13
117:11 121:9
123:16 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7,7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:13
181:15 182:7
188:2

**label**   182:22,23
   182:25
**laken**   1:22 5:3
   186:2,19
**law**   10:25
   39:20 45:13,18
   46:21 49:13
   134:10 168:4
**laws**   5:24 45:24
**lawsuit**   7:17
   12:23 13:2,3
   16:5,17,21
   44:6 48:15
   49:5 91:13
   130:4 135:2
   145:9,11
   148:11 152:11
   156:8 173:5,9
**lawyer**   48:19
   134:20
**lawyers**   127:23
   156:9 170:3
**lease**   54:24
   55:3
**leave**   42:6
   54:11,18,23
   74:7 83:2
   172:21
**leaves**   54:14
**leaving**   96:6
**legal**   2:14,21
   6:12 40:9 46:7
   46:24 47:12,16
   47:25 48:8

**legally**   40:13
   70:19 114:21
   115:2,4
**legit**   138:16
**letters**   18:20
**letting**   145:9
**level**   23:18
   64:15
**liability**   3:14
   73:25 82:19
   86:23 96:24
   120:19 150:13
   152:9 171:24
**license**   8:10
**light**   36:10,10
**likely**   89:11
**limitation**
   171:25
**limitations**
   138:24 148:15
**limited**   82:19
**line**   3:21 52:11
   124:15 129:19
   144:6 168:14
   170:9 188:5
**lines**   128:22
**lisa**   187:2,14
**list**   19:12
**listed**   117:19
   144:6 182:19
   183:16
**listen**   49:11
   169:14 179:25

**litigation**
138:21
**little** 84:5 151:9
157:22
**live** 8:7
**llc** 2:14,21 6:12
188:1
**llp** 2:4
**llp.com** 2:7
**location** 1:20
124:17 143:23
**locations**
135:22
**log** 4:12 151:23
151:25
**long** 19:23 61:5
122:22
**longer** 161:12
**look** 48:20,24
87:20 96:4
104:17 126:4
131:4 134:5
136:18 137:23
137:24 138:5,7
138:15 155:22
156:20 157:20
157:23 158:24
159:6,25 160:3
160:3 163:10
163:14 167:14
168:23,23
169:8 174:24
175:17,22

**looking** 43:23
103:24,25
104:16 118:9
124:14 125:4
129:10 140:21
146:12 169:17
172:9
**looks** 56:2
104:13 105:20
139:18
**lot** 50:5 73:15
73:17,18 75:8
76:4 77:20
78:12 125:6
159:3 175:22
182:9
**lovely** 22:7,8
**lower** 23:18
120:9,13
174:14
**lunch** 81:11

**m**

**m** 4:2,8 136:13
147:20
**machine** 78:6
**madam** 184:12
**made** 79:3
136:25 144:20
**main** 72:10,15
72:19 99:11
148:12
**major** 77:18

**make** 10:2
31:22 32:14
52:10 64:15
78:2 104:9
105:21 149:12
159:10 160:8
160:10
**makes** 27:21
64:16 94:8,11
106:16 108:14
115:15
**making** 20:24
25:23,24 29:19
33:6 34:7,9,11
42:2,12 46:5,6
56:2 64:14
68:13 80:24
81:3 106:20,25
107:6 108:12
108:19 120:25
121:5 151:9
160:7 161:12
**man** 127:19
138:18 159:3,5
161:6
**manage** 25:8
41:2,5 158:17
160:8 168:4
**managed** 25:16
**management**
22:24 23:4,16
25:3 39:14
40:7 43:7
49:18,19 51:17

61:18 64:16
67:5,7 68:15
71:11,25 72:10
72:12 79:4
81:24 99:22
101:6,13,13
102:11,23
104:15 105:18
106:8,18 109:4
125:7,9,9
126:11 127:2,4
127:9 154:21
154:25 160:22
160:23 162:7
163:3,20
164:15 167:24
168:8
**managements**
162:16
**manager** 26:11
27:20 28:2
32:19 40:4,19
41:3,5 82:11
88:12 125:11
155:14 160:5
**manager's** 32:4
40:16 64:21
65:2
**managers**
25:16 32:12,14
155:4,5,10,12
158:4 162:9
**mandated**
70:19

| | | | |
|---|---|---|---|
| **mandatory** 171:23 | **matter** 5:8 117:23 141:10 | **mechanic** 105:18 | 52:24 53:12,16 53:22 54:3 |
| **manner** 5:25 | **matters** 19:12 | **mechanism** 95:11 | 77:5,12 78:13 137:18 140:22 |
| **maria** 24:20 137:22 | **mean** 20:23 21:4 25:17,22 | **medication** 12:8,16 | 140:22 |
| **mariana** 15:19 | 29:23,25 31:16 | **meet** 13:21 | **minimum** 38:17 39:11 |
| **marianna** 1:12 2:12 21:20,25 | 31:18 33:2 36:5,12,18,22 | 29:8,12,15 30:6,8 74:9,14 | 70:2,10,24 119:16,22,24 |
| 24:22,24,25 25:8 36:25 | 53:21 59:7 63:3,8,10,11 | 74:18 83:4 87:3 88:5 90:2 | 121:10,16,19 174:14,15 |
| 38:7 44:23 51:24 52:2 | 64:9,11,18,20 70:12,15 72:20 | 93:7 97:7 108:7 110:8 | 175:11,16 176:5 |
| 58:22 59:3,12 65:20 100:20 | 72:21 73:19 87:8,16 99:3,4 | 118:6 130:18 148:21 183:18 | **minus** 54:20 181:16 |
| 100:21 188:2 | 100:25 103:8 112:20 114:19 | **meeting** 68:4 100:7 | **minute** 58:14 59:21 148:19 |
| **marianna's** 43:9 | 114:25 115:7 115:12 118:21 | **meetings** 66:24 67:3,15,18,21 | **minutes** 66:10 181:2 |
| **marital** 14:25 | 124:22 154:3 161:11 162:3 | 67:25 | **misnumbered** 92:22 |
| **mark** 18:10 110:12 115:25 | 168:2,10 183:11 | **member** 139:4 139:8 | **mistake** 144:20 |
| 122:18 132:20 165:8 173:14 | **meaning** 83:16 175:4 | **members** 4:11 86:23 89:16 | **mistaken** 85:12 85:19 91:2 |
| **marked** 18:12 110:14 116:2,6 | **means** 6:2 21:5 25:19 33:3 | **memory** 12:17 12:20 | 154:17 155:19 158:20 163:23 |
| 122:20 132:22 133:3 150:4,8 | 35:14,15 120:6 123:19 126:17 | **mentioned** 69:5 171:7 | 175:13,17 |
| 165:10 173:16 173:19 | 127:2 128:2,4 128:5 138:3 | **menu** 161:9 172:11 | **mix** 77:24 |
| **marking** 18:16 110:18 123:3 | 147:14,15,17 147:19,21,24 | **menus** 167:6 | **moment** 157:25 |
| 150:2 165:15 | 175:15 | **million** 35:18 36:9 41:18 | **monday** 90:23 |
| **materials** 179:8 180:5 | | 51:5 52:15,19 | **mondays** 93:15 |
| | | | **money** 159:10 |
| | | | **month** 65:23 |

**morning** 5:2
6:8,11 7:13
**mother** 37:18
37:21 38:4,13
**move** 63:17
147:4
**multiple**
142:25
**muted** 149:6

**n**

**n** 2:1 3:1 4:1,2
4:2,8 144:8
**name** 5:2 7:15
7:22 57:10
88:22 123:7
124:11 125:11
125:16 127:13
127:13,15,15
128:4,5 133:7
133:19,19
135:23,25,25
136:17 142:11
142:11 143:23
143:24,24
144:7 150:16
153:20,22
155:15 159:16
166:4,7 188:2
188:3
**named** 129:12
**names** 7:25
23:2 51:23
123:20 127:12

134:7,12,17
136:4 140:22
143:10 155:6,7
**napkins** 36:12
75:6 76:24
**natalie** 155:15
158:5,6,10
**natalie's**
159:15
**nature** 117:24
141:13,18
**necessarily**
173:10
**need** 11:25
37:24 66:11
74:5 139:10
170:5
**needs** 45:21
160:18 180:12
**neither** 186:10
187:6
**never** 88:12
101:15 104:25
105:5 113:19
151:23 174:8
179:12
**new** 1:2 2:6
5:14 8:8 71:10
71:24 118:24
174:13,15
186:20 188:1
**nicknames** 8:3
**nine** 53:16,16
53:17

**nods** 10:14
**non** 138:14
**nope** 50:16
**normal** 115:16
171:3
**notary** 5:12
185:14 186:20
188:25
**note** 73:20
111:5 142:24
183:5 184:16
**notes** 181:2
**notice** 3:8
16:17,22,25
18:20,24 43:17
82:14 86:20
92:22,23 96:18
130:15 141:10
176:6,8,16,21
183:17
**noticed** 172:24
**notices** 44:2
171:9
**notified** 162:24
**november** 1:18
5:10
**number** 10:5
53:17 73:21
80:13 81:6,7
82:13 89:13
128:6,7 129:6
136:12 142:12
146:22 157:19
165:18 182:13

**numbers** 52:17
53:3,15 54:6,8
54:9 84:2
86:15,18
134:17 137:11
140:11,12,22
141:7 157:24
**nussbaum** 2:3
3:3 6:8,9 7:10
7:12,15 14:13
15:4,5 17:14
24:2,12 25:13
26:13 27:5
29:7 30:22
31:7 33:12
34:15 38:20
39:4,22 40:18
40:24 41:20
45:23 47:20
48:6 53:9,20
54:2 56:13,18
56:22 57:15
58:13,23 59:4
59:18 60:23
61:23 62:9
63:5,18 64:4
64:12,24 65:19
66:9,14,22
67:6,13 68:21
69:3 71:4
73:19 74:6,11
74:13,21 76:7
76:17 79:22
80:11 81:2

| | | | |
|---|---|---|---|
| 82:5,13 83:9 | 154:4 162:18 | 56:10,16,20 | **obligation** |
| 83:22 84:14 | 166:14,17,22 | 58:10,21 59:2 | 10:21 |
| 85:2,21 86:5 | 168:9,24 | 59:16 60:22 | **obvious** 164:4 |
| 86:19 87:5,13 | 171:18 173:3 | 61:21 62:2 | **obviously** |
| 87:25 88:8 | 174:20 175:19 | 63:2,15 64:2,7 | 180:10 |
| 89:7,12 90:4 | 176:13 177:11 | 64:22 65:15 | **occasion** 66:3 |
| 92:10,13,21 | 178:11 179:14 | 66:7 67:4,10 | **occasions** 24:4 |
| 93:9 94:4 95:2 | 179:24 180:13 | 68:20,25 71:2 | 102:13,25 |
| 95:18 96:11,17 | 180:25 181:6 | 79:20 80:9,23 | 122:4 |
| 97:9 98:14,22 | 181:12 183:3 | 81:25 83:19 | **office** 92:4 |
| 102:4 103:12 | 183:14 184:11 | 84:12,24 85:17 | **officer** 186:1,2 |
| 104:3 105:6,12 | 184:19,23 | 86:4,10 87:10 | **oh** 69:15 87:22 |
| 107:22 108:9 | **ny** 2:6,16 | 87:18 89:5,19 | 111:3 135:20 |
| 110:4,10 112:7 | | 94:2,23 95:6 | 135:23 184:11 |
| 112:18 114:2 | **o** | 96:7 98:12,20 | **okay** 6:18 7:8 |
| 114:20 115:17 | **o** 4:2,2,8 | 101:23 103:6 | 7:24 8:12 9:5 |
| 116:21 117:2,9 | **oath** 10:20 | 103:21 104:21 | 9:12,22 11:13 |
| 117:18 118:8 | 13:10,14 149:9 | 105:9 108:6,7 | 11:25 12:22 |
| 119:14,20 | 149:22,23 | 112:4,15 | 13:9,13,16 |
| 120:15,23 | **oaths** 5:13 | 113:23 114:17 | 14:3,23 15:4,9 |
| 121:3,17 122:3 | **object** 26:10 | 115:11 116:19 | 15:23 16:8,11 |
| 122:16,24 | 33:10 136:14 | 116:24 117:5 | 16:16 17:3,6 |
| 126:2,14 | 146:24 | 119:12,17 | 17:15,23 18:3 |
| 129:25 130:9 | **objection** 5:16 | 121:12,24 | 18:9,14 19:7 |
| 130:14,20,23 | 6:19 14:11,25 | 122:14 126:6 | 19:10 20:7,14 |
| 131:2,19 | 17:9 23:24 | 131:16 132:8 | 20:22 21:7,15 |
| 132:18 137:2 | 24:9 25:10 | 139:19 143:18 | 21:19 22:2,11 |
| 138:19 139:13 | 26:25 29:5 | 145:2,18 | 23:7,13,21 |
| 139:23 141:9 | 30:20 31:5 | 153:25 162:17 | 24:7,13,19 |
| 141:16 143:20 | 34:13 38:18 | 167:25 168:19 | 26:4,7,14,17,21 |
| 145:4,22 147:6 | 39:2,17 40:15 | 174:17 175:12 | 28:5,8,11 |
| 148:2 149:5,12 | 40:21 41:15 | 176:9 177:8,21 | 29:22 30:15,23 |
| 149:16,20 | 45:19 47:18 | 179:11,18 | 31:8,12,24 |
| 151:8,22 152:3 | 53:8,14,24 | 180:8 | 32:5,23 35:4 |

**[okay - osteria]**                                                    Page 22

| | | | |
|---|---|---|---|
| 36:14,22,25 | 112:12,19 | **oldest**  72:21 | 63:14 68:24 |
| 38:15 40:19 | 113:21 114:8 | 99:12 | 78:14 |
| 42:23 43:21,25 | 114:24 115:18 | **once**  65:22 | **opinion**  30:2 |
| 44:25 45:5 | 121:22 122:4,9 | **ones**  9:25 16:7 | 104:24 140:19 |
| 46:11,23 48:13 | 122:17 124:5 | 153:4 | **order**  3:16 |
| 50:2,23 51:6 | 124:15,19 | **online**  50:7,8 | 139:11 165:20 |
| 51:11,24 52:5 | 125:4 126:23 | 50:12,15 | **orders**  75:12 |
| 52:13 53:5 | 127:11 128:6 | **open**  34:2 74:7 | **osteria**  1:10,16 |
| 54:21 55:11,17 | 128:10,15,22 | 81:10,13 82:9 | 2:11 3:11 |
| 56:3,14,23 | 129:4 132:4,24 | 83:2 172:21 | 17:24 18:5 |
| 57:5 59:5,10 | 136:6 142:3,7 | 183:7 | 19:18 21:19 |
| 59:13 60:2,9 | 142:15 143:2 | **opened**  55:9 | 22:23 23:8,11 |
| 60:12 64:20 | 143:15 144:3 | 81:20 82:2 | 34:20 35:11 |
| 65:10,20 66:3 | 146:2,15 | 118:17 152:25 | 38:16,24 39:7 |
| 66:9,14,17 | 147:12,19 | **opening**  25:23 | 39:10,13 42:15 |
| 67:3,20,24 | 148:2,24 149:3 | **operate**  37:8 | 42:19 43:16 |
| 68:3,16 69:25 | 151:4 152:10 | **operation** | 45:10,16 46:17 |
| 71:17 72:5 | 152:15 153:5,9 | 40:14 65:17 | 46:23 47:6,11 |
| 73:2,8,19 | 154:12 155:23 | 101:25 | 47:16,24 48:8 |
| 74:20 75:5,11 | 156:7 157:13 | **operation's** | 54:24 58:25 |
| 76:7 77:8,23 | 158:15 159:21 | 25:15 | 62:20,24 63:20 |
| 78:16 80:20 | 160:5,17 | **operations** | 65:14 66:23 |
| 82:6,13 84:7 | 161:11,14 | 19:17,22,24 | 69:7 70:12 |
| 84:20 85:22 | 162:3,19 | 20:8,10,12,17 | 73:24 76:10,13 |
| 86:6,19 88:19 | 163:11,21 | 20:23 21:24 | 78:19 81:10,19 |
| 91:4,15 93:10 | 165:7,24 166:8 | 22:12,15,19 | 81:23 82:2 |
| 93:17 95:3 | 166:8,16 | 23:14,23 25:18 | 84:17 85:15 |
| 96:17 97:15 | 168:25 171:18 | 25:20 26:18,22 | 86:2,7 87:7,15 |
| 99:15,25 100:5 | 173:13 174:5 | 26:23 27:8,10 | 90:11,19 91:4 |
| 100:12 101:14 | 174:10 175:25 | 27:12,14 28:17 | 91:8 92:15 |
| 102:8,20 103:3 | 176:23 180:25 | 28:23,25 29:4 | 100:24 101:16 |
| 104:17 105:23 | 181:10 182:11 | 29:16 36:16,23 | 102:10 106:11 |
| 108:17 111:17 | 183:3,21,22 | 37:2,6,17 38:9 | 107:7 108:12 |
| 111:20,25 | 184:2,20,20 | 40:12 61:9 | 109:9 111:10 |

112:3 113:16
116:13 117:11
121:9 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:12
181:15 182:7
188:2
**outcome**
186:14 187:11
**ov** 159:18,19
**overall** 45:5
**overcooked**
31:20
**oversee** 20:16
20:22 32:4
**oversees** 94:15
94:20 99:13,14
**overtime** 38:25
39:8 124:12
128:19,24
129:6,7 134:13
**own** 16:12
27:22 99:18
167:23 168:10

**owned** 58:6
162:11
**owner** 52:2
70:21
**owning** 162:13
**owns** 21:19
68:18

**p**

**p** 2:1,1
**p.m.** 1:19 81:15
181:8,11 184:3
184:6 185:3,4
**page** 3:2,6,21
4:3,9 18:17,18
19:8,11,14
92:23 110:19
110:21 116:7,8
150:7 165:15
165:17,19,25
173:23,24
188:5
**pages** 17:5 19:9
**paid** 4:5 21:8
21:12,14,16
42:2,13 43:18
70:2,13 119:15
119:21,23
120:4,7,9,11
121:10,14,18
121:21,21
128:11 129:14
129:20,21
132:14 136:18

138:2,13,23
141:4 144:11
146:23 148:14
148:18 152:16
156:11 159:21
159:23,24
171:10 174:12
175:3,4,10,14
175:21
**papers** 15:11
**paperwork**
49:15
**paragraph**
149:18 174:11
176:2,23,24,25
178:23 179:6
180:2,3
**paralegal** 2:21
6:13
**pardon** 22:6
92:19 112:9
131:20
**park** 187:2,14
**part** 48:15 69:6
74:13 104:8
125:25 129:23
153:9,15
177:12
**participate**
40:5 55:17,20
55:24 79:16
103:4,8,20
**participated**
102:20 114:5

**participates**
103:14 106:20
106:25 107:6
107:21 108:11
108:18
**particular**
136:17 137:24
137:25 138:8
**parties** 5:14,18
169:20 170:4
186:11,13
187:7,10
**parts** 17:3
99:17
**party** 12:22
**past** 152:24
**patrons** 177:3
**paul** 129:12
**pay** 31:9 43:5
45:25 46:24
47:12,17,25
48:9 70:5,9,13
70:17,22,24
85:10 88:14
100:9 128:23
128:24,24
136:12 137:25
142:16 176:3
**paycheck** 88:11
88:15,24,25
89:3 90:6
138:10,12
139:8

**paychecks** 4:10 88:23 90:25 139:3 156:6
**paying** 40:13 49:14
**payment** 40:10 46:6,7 136:19 175:6
**payments** 20:16
**payroll** 60:13 60:17 84:22 85:15 86:8 90:10,14,18 91:7 92:14 93:6
**pays** 42:16,20 46:20
**penalties** 10:23
**pending** 12:4 130:17
**people** 27:18 28:9 48:23 50:5 51:13,14 62:24 90:24 95:4,11 102:13 103:17 113:11 114:10,15 124:20 125:6 125:19,24 127:18,20 132:13 158:7 159:4 160:25 169:11 175:23

182:9,18,20
**percent** 36:9 54:19,21 58:7 92:3 146:11 153:11,17 154:13,18,19 154:20 155:3,9 155:11,18,24 156:5,10,23 157:11,14 161:15,21 162:20,25 163:2,14,19,19 164:2,5,9,10,13 164:14 166:19 166:20,25 167:10,11,13 168:15 169:12 171:12 172:13 177:3,14,20 178:14,15,25 179:8,12 180:11,12,16
**percentage** 84:5
**perez** 72:17 108:4 111:18 111:24 112:2 112:13 122:5,6
**perez's** 107:24
**perform** 25:24 94:12
**performance** 29:19 31:3

32:25 33:4 45:2,6 67:22 68:14
**performed** 108:4
**performing** 22:21 31:25 32:18
**performs** 93:24
**period** 73:25 86:24 90:14,18 96:24 120:20 138:11,24 148:15 171:24
**perjury** 10:23
**permitted** 5:22
**person** 17:7,13 27:19 103:10 104:10,12,13 112:11 129:20 137:24 138:8,9 144:6
**personal** 16:13
**personally** 101:17
**petrosyants** 1:11,17 2:11 5:1,8 6:1,15,21 7:1,3,13,23 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1,14 19:1 20:1 21:1 22:1

23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1,5 66:1,14 66:23 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1,16 111:1 112:1 113:1

| | | | |
|---|---|---|---|
| 114:1 115:1 | 179:1 180:1 | 16:20 49:4 | 101:19 104:25 |
| 116:1,4 117:1 | 181:1,13 182:1 | 123:6 135:2 | 110:2 119:13 |
| 118:1 119:1 | 183:1 184:1 | 138:21 | 136:5,22 157:8 |
| 120:1 121:1 | 185:1,7 188:2 | **planners** 162:9 | **points** 14:22 |
| 122:1 123:1,2 | 188:3,21 | **plates** 35:20 | 160:16 |
| 124:1 125:1 | **ph** 125:14 | 72:3 74:25 | **policies** 82:20 |
| 126:1 127:1 | 129:12 137:22 | 75:3 77:17 | 84:22 85:15 |
| 128:1 129:1 | **phone** 50:17,19 | **play** 105:14 | 86:2 90:11 |
| 130:1,21 131:1 | 50:21 | **plays** 68:14 | 92:25 96:21 |
| 131:3 132:1,24 | **phrase** 41:17 | **please** 6:6,21 | 116:17 117:12 |
| 133:1 134:1 | **physical** 50:9 | 7:21 9:3 11:4 | 119:6 120:17 |
| 135:1 136:1 | **picture** 129:24 | 11:18 12:2 | 122:10 171:21 |
| 137:1 138:1 | **place** 22:25 | 37:8 44:19 | 171:25 |
| 139:1,15 140:1 | 34:9 36:8 | 47:9 48:4 | **policy** 82:16,25 |
| 141:1,17 142:1 | 172:16 | 50:17 74:10,19 | 83:23 84:10 |
| 142:3 143:1 | **places** 172:10 | 75:17 77:9 | 117:21 118:23 |
| 144:1 145:1 | 172:12 | 83:5 85:7 87:4 | 151:17 |
| 146:1 147:1 | **plaintiff** 1:7 2:2 | 88:6 90:3 | **polishing** 76:25 |
| 148:1 149:1,6 | 3:7 13:2 18:12 | 92:12 97:8 | **pool** 39:16 40:5 |
| 149:8,21 150:1 | 110:14 111:15 | 107:4 108:8 | 69:23 73:24 |
| 151:1 152:1,4 | 116:2 122:20 | 118:7 130:19 | 76:10 81:20,23 |
| 153:1 154:1 | 132:22 150:4 | 147:5 148:22 | 82:7,7,25 |
| 155:1 156:1 | 165:10 173:16 | 152:2 158:2 | 83:11,17,24 |
| 157:1 158:1 | 173:21 174:12 | 161:20 172:25 | 84:11 104:9 |
| 159:1 160:1 | 176:4,6 | **plenty** 169:11 | 105:22 114:6,9 |
| 161:1 162:1 | **plaintiff's** | **plugged** 146:19 | 114:14,15,22 |
| 163:1 164:1 | 18:11,17 | **plus** 54:20 | 115:2,5,7,9,19 |
| 165:1 166:1 | 110:12,19 | 175:16 181:16 | 121:23 122:6 |
| 167:1 168:1 | 122:19 123:4 | **point** 20:21 | **pools** 82:10 |
| 169:1 170:1 | 132:20 133:3 | 24:16 42:4 | **portion** 58:2 |
| 171:1 172:1 | 150:2,8 173:15 | 46:3,22 48:11 | 177:14 183:6 |
| 173:1 174:1 | 173:19 | 49:3 58:5 | **position** 124:11 |
| 175:1 176:1 | **plaintiffs** 6:10 | 75:21 77:7 | **positions** 69:6 |
| 177:1 178:1 | 7:16 16:5,17 | 87:24 98:8 | 69:19,25 73:23 |

76:9

**possible** 10:3
41:13 79:19
80:2 101:21

**potential**
104:20

**practices** 45:12
45:17 82:16,20
93:2 96:21
120:17 171:21
171:25

**pre** 66:24 100:7

**premises** 23:11

**preparation**
15:7

**prepare** 13:18

**prepared** 17:15
124:7,9 131:10
132:4 187:3

**present** 2:20
33:13 102:16
103:9

**pretty** 157:19

**printed** 39:25
40:3 179:8
180:4

**prior** 162:6
186:4

**private** 3:16
152:20,22
153:2,6,16,21
154:11,12
161:16,21
164:20 165:20

169:19 170:3

**privilege** 15:2

**probably** 9:21
20:6 43:7,23
51:22 58:4,14
75:16,25 86:16
95:8 96:8
100:14 101:7
101:13 102:22
103:3,22 106:6
107:9,11,12,16
107:17 112:22
113:3,17,18
123:15,17
144:16 156:6
157:5 158:7
182:14

**problem** 31:13

**procedural**
5:23

**procedures**
82:17,20 93:2
96:21 120:18
171:21 172:2

**proceed** 7:9
74:10,19 83:5
88:6 90:3 97:8
108:8 118:7
130:19

**proceeding**
1:20 5:5,21
185:5 187:4

**proceedings**
186:3,4,5,8

187:5

**process** 32:4

**produce** 49:6
49:15 146:3
156:9 170:2,5

**produced** 5:20
16:4 44:6,8
48:15 91:13
117:25 123:5
127:23 130:4
133:5,7 134:3
134:20 135:4
137:13,17,19
137:20,23
141:14 144:25
145:5,15,21,23
146:8 148:6,11
148:12 166:3
172:15 182:19

**production**
92:11 130:10
139:7 148:16

**productive**
139:11

**professional**
137:4

**professionally**
28:24

**profitable**
52:12

**profits** 58:3,9

**promoted**
106:10

**pronounce**
159:20

**proof** 43:21
169:15

**proper** 46:6
80:25 81:4
104:14 160:9
160:10

**properly** 21:16
30:13,14 32:18
33:7 34:10
49:14 88:4
114:8 175:5

**provide** 104:18
151:24 156:11

**provided** 86:22
89:15 92:6
156:16,18,22
157:6,7 184:9

**providing** 31:2

**public** 185:14
186:20 188:25

**pull** 138:11

**purpose** 148:12

**pursuant** 42:17
42:21 152:16
176:4 184:7

**put** 107:19
161:2 184:13

**putative** 4:11
86:23 89:16
139:3

**[qualified - r]**                                                    Page 27

| q | | r | |
|---|---|---|---|
| **qualified** 186:7 | 126:23 130:16 | **r** 2:1 4:2,2,8 5:1 | 100:1 101:1 |
| **quality** 20:17 | 132:10 133:15 | 6:1 7:1 8:1 9:1 | 102:1 103:1 |
| 20:17 33:5 | 135:7 139:14 | 10:1 11:1 12:1 | 104:1 105:1 |
| **question** 8:6,25 | 139:22,24 | 13:1 14:1 15:1 | 106:1 107:1 |
| 9:2 11:4,6,19 | 140:2,4,16,17 | 16:1 17:1 18:1 | 108:1 109:1 |
| 12:4,5,24 | 140:18 141:23 | 19:1 20:1 21:1 | 110:1 111:1 |
| 14:19 15:3 | 144:17,23 | 22:1 23:1 24:1 | 112:1 113:1 |
| 16:19 21:10 | 148:10 153:14 | 25:1 26:1 27:1 | 114:1 115:1 |
| 27:11 29:2,13 | 156:2 161:20 | 28:1 29:1 30:1 | 116:1 117:1 |
| 34:19 35:2,10 | 163:4,6,8 | 31:1 32:1 33:1 | 118:1 119:1 |
| 35:10,16,22 | 168:12 169:23 | 34:1 35:1 36:1 | 120:1 121:1 |
| 36:18 38:2,5 | 170:10 174:19 | 37:1 38:1 39:1 | 122:1 123:1 |
| 39:6 41:18 | 174:22 175:8,9 | 40:1 41:1 42:1 | 124:1 125:1 |
| 42:18 44:12,16 | 176:12 179:20 | 43:1 44:1 45:1 | 126:1 127:1 |
| 44:17 45:14 | 180:2 183:13 | 46:1 47:1 48:1 | 128:1 129:1 |
| 48:3 51:4 52:7 | **questions** 3:20 | 49:1 50:1 51:1 | 130:1 131:1 |
| 53:23 54:4,12 | 10:5,10,19 | 52:1 53:1 54:1 | 132:1 133:1 |
| 59:20 62:22 | 11:14,18 30:3 | 55:1 56:1 57:1 | 134:1 135:1 |
| 63:17,19 64:19 | 90:17 97:2,5,6 | 58:1 59:1 60:1 | 136:1 137:1 |
| 70:7 73:4 74:8 | 110:7 120:21 | 61:1 62:1 63:1 | 138:1 139:1 |
| 76:12 79:11 | 128:2 133:13 | 64:1 65:1 66:1 | 140:1 141:1 |
| 80:10 83:7 | 141:25 148:3 | 67:1 68:1 69:1 | 142:1 143:1 |
| 85:9 86:13,17 | 159:4 161:13 | 70:1 71:1 72:1 | 144:1,7,8 |
| 87:12,22,23 | 183:4,12,15,23 | 73:1 74:1 75:1 | 145:1 146:1 |
| 88:4 89:24 | **quick** 62:5 | 76:1 77:1 78:1 | 147:1 148:1 |
| 90:5,16 91:20 | **quickly** 9:25 | 79:1 80:1 81:1 | 149:1 150:1 |
| 95:9 103:13 | **quote** 31:13 | 82:1 83:1 84:1 | 151:1 152:1 |
| 106:22,24 | 32:24 63:10 | 85:1 86:1 87:1 | 153:1 154:1 |
| 107:3,5 114:12 | 77:12 82:15 | 88:1 89:1 90:1 | 155:1 156:1 |
| 114:23 115:16 | 86:21 96:20 | 91:1 92:1 93:1 | 157:1 158:1 |
| 117:7,8 119:19 | 107:23 117:24 | 94:1 95:1 96:1 | 159:1 160:1 |
| 126:15,20,21 | 141:13 171:20 | 97:1 98:1 99:1 | 161:1 162:1 |
| | 174:12 176:2 | | 163:1 164:1 |
| | 177:2 178:24 | | 165:1 166:1 |

167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1
**raise**  6:22
100:13
**ramirez**  61:4
61:14,16
**ran**  162:2
**range**  54:16
**ranking**  66:5
93:18 99:6,9
**rate**  120:9
136:11 141:5
143:12,13
144:2 147:19
175:15,15
**rates**  138:22
**reach**  95:14,23
**read**  65:6
149:18 166:23
**ready**  62:5,6,17
**really**  44:24
53:22 84:19,25
85:9 87:23
170:14,15,16
**reason**  9:11
12:12,19

108:23 112:25
188:5
**recall**  19:13,16
23:2,6 46:2
47:2,19,22
48:11 50:13,14
52:16 64:23,25
65:3,9 71:6
73:15 76:5
77:6,8,21
78:15 80:19
82:9 98:7
101:18,20
106:5 109:23
121:15 147:2
155:6,7 182:13
**receipt**  164:16
164:16
**receipts**  163:13
**receive**  69:19
83:11 84:16
86:8 88:9 89:2
**received**  57:19
57:22 58:2
88:23 128:25
136:12 142:17
151:23
**receiving**  58:8
**recollection**
47:24 48:7
**recollections**
140:10
**record**  3:9 5:4
5:5,17 6:7 7:22

10:7,14 11:22
38:15 50:20
66:18,19,21
73:20 88:2
109:19 129:25
130:23 137:9
138:20,25
139:9 141:3,9
142:15 143:22
144:24 148:25
149:2,4 151:22
156:12,23
157:14 165:25
166:2 171:18
172:14 181:3,8
181:9,11 183:5
183:7 184:3,4
184:6,14,15,17
184:24 186:9
187:5
**recorded**  5:25
186:6
**recording**  5:20
186:8 187:3
**recordkeeping**
92:25
**records**  50:6,11
50:14,24 51:3
51:5,7 60:13
60:17 109:22
138:21 141:3
155:23 156:3,9
156:19 157:2
157:10 170:3,7

171:8 172:9
182:19
**redacted**
150:21 151:20
152:5 166:6
**redaction**  4:12
151:23,25
**reduced**  186:6
**refer**  18:4
96:18
**reference**
168:17
**referenced**
167:3 172:18
**referring**  67:8
67:11 72:13
**refers**  71:19,21
**regarding**
14:15 172:2
**regular**  103:2
124:11 128:18
128:23 129:5,7
129:14,18
136:8,12 138:3
138:14,15
143:10,16
144:9
**regularly**  13:23
**regulations**
39:25 40:3
**reiterate**  78:17
**related**  86:22
89:15 186:10
187:7

**relative**  186:12
  187:9
**remainder**  18:3
**remained**  34:22
**remember**  8:17
  8:21,22 9:4,6,8
  9:10,14,18
  13:6,8,15 16:6
  20:3 22:25
  24:6,14,15
  41:9,12,17
  43:8,12,13
  55:4,16 56:7
  56:12 57:4
  58:5,12,17
  61:12,15 63:12
  63:22 70:11
  71:3 75:20
  79:17,25 80:3
  80:5,8 82:4
  83:13 88:18
  92:18,20
  100:11,20
  101:18 102:2
  107:15 109:7
  121:15 126:10
  132:14 135:15
  137:16,19
  140:9,12
  145:19 154:3
  159:17 173:7
  173:12
**remind**  65:4
  66:15 149:8

**remote**  1:20
**remotely**  5:15
**renovated**  55:8
**renovation**
  55:12,24
**renovations**
  55:18
**repeat**  8:6
  12:24 14:19
  16:19 21:10
  27:11 29:13
  34:19 37:25,25
  42:18 44:16,19
  45:14 48:3
  54:12 59:20
  62:22 70:7
  73:4 74:12
  87:11 89:21,23
  91:20 107:3
  114:12 117:7
  119:18 139:21
  153:13 156:2
  176:11
**rephrase**  11:5
**report**  32:12,19
  44:11,14,18,20
  56:6 61:16
  96:6,12,13
  98:9 109:15
**reported**  1:22
  28:11 56:4
  57:2
**reporter**  5:2,3
  6:18 7:8 10:6,8

  10:13,18 11:21
  57:14 60:20
  66:17,20 74:12
  74:16,20
  148:24 149:3
  166:10,12,16
  181:7,10 184:2
  184:5,12,16,20
  184:24
**reporting**
  188:1
**reports**  28:5,15
  59:8 98:17
**represent**  7:16
  18:23 58:24
  62:23 123:4
  133:4 138:20
  156:7 166:2
  169:24 173:20
  179:7
**representative**
  1:15 6:16
  151:17
**representative's**
  150:20
**represented**
  180:4
**represents**
  133:17,18
**request**  139:2
  184:8
**requested**
  186:21

**requests**  49:5,9
**reservations**
  78:24 79:2
**reserve**  183:20
**reserved**  185:2
**reside**  8:5
**resolve**  49:12
**respect**  119:7
  137:3 171:22
**respectfully**
  184:8
**responded**
  49:10
**response**  91:17
  138:25
**responses**
  10:10
**responsibilities**
  107:24 137:4
**responsible**
  21:7,11,13,15
  26:22 27:9,13
  41:21,25 42:11
  48:17 53:6
  71:9,23 97:12
  102:8
**restaurant**
  17:24 21:9,12
  21:17 23:15
  24:5,21 25:2,4
  25:9 26:3,5,12
  26:19,24 27:10
  27:14,19 28:3
  28:9 29:16,20

| | | | |
|---|---|---|---|
| 31:10 33:2,4 | **restaurant's** | 79:18 80:2,4 | 161:12 162:12 |
| 33:14,16,18,20 | 52:8 58:6 | 81:6 84:11,18 | 163:4 166:17 |
| 33:23 34:2,3 | 118:23 | 87:9,17 88:24 | 166:18 167:23 |
| 35:18 36:5,7 | **resume** 105:20 | 89:4 90:7 | 168:21 169:21 |
| 36:20,24 37:8 | **returns** 59:23 | 97:13 98:3,11 | 171:7,11,16 |
| 37:13 38:10 | **revealing** 13:16 | 98:19,25 100:3 | 175:8,21 177:7 |
| 39:16 41:2,11 | **review** 15:6,10 | 100:7,19 | 178:14,21 |
| 41:23 42:5 | 15:14,25 16:3 | 103:13,14 | 179:3,6,10,15 |
| 51:10 52:6,10 | 181:2 186:21 | 108:15 109:11 | 179:17 180:18 |
| 52:12,14,18,23 | **reviewed** 16:9 | 109:24 110:16 | 181:25 182:2 |
| 53:11 54:8,10 | 174:5,8 | 111:9,15 | 182:12,15,18 |
| 54:14 55:8,18 | **riding** 11:16 | 113:11,16,22 | 182:21 184:17 |
| 55:25 57:8,17 | **right** 6:22 | 114:6,11,16 | **rights** 183:20 |
| 57:20,23 58:3 | 17:25 19:13 | 115:8,10 116:8 | **river** 8:8 |
| 59:5,13 60:4 | 22:3,14 23:15 | 116:13,23 | **rob** 138:12 |
| 60:24 61:20 | 23:23 24:3 | 117:13,14 | **robert** 1:11,17 |
| 64:11 65:21 | 28:15,17,20 | 118:25 119:15 | 2:11 5:7 6:14 |
| 66:4,6 68:18 | 31:4 33:9,22 | 119:16 120:7,8 | 7:3,23 185:7 |
| 69:20 70:17 | 34:4 35:23 | 121:23 123:2 | 188:2,3,21 |
| 72:24 74:4 | 36:16,23 37:22 | 124:10,21 | **role** 57:16 |
| 81:8 84:22 | 42:6 43:4 | 128:12 131:15 | 162:8 |
| 92:5 93:18 | 44:22 45:6,25 | 131:25 134:16 | **room** 33:14 |
| 95:3 97:3 | 47:2 48:15,22 | 136:16 137:14 | **row** 136:7 |
| 98:17 99:17 | 49:3,6 50:7,21 | 139:6 141:2 | **rows** 142:24,25 |
| 101:6 102:14 | 50:25 51:25 | 144:25 145:21 | **rule** 46:4,9,10 |
| 105:25 106:3 | 54:11,25 55:6 | 146:12,23 | 46:12 171:6 |
| 118:17 119:7 | 55:9 56:24 | 147:8 148:2 | 178:4,12 184:7 |
| 120:8 152:23 | 57:6 60:14,17 | 149:21 150:9 | **rules** 5:24 9:24 |
| 153:5 154:6,13 | 61:25 63:14,25 | 152:19,20 | 39:24 40:2,8 |
| 154:23 159:13 | 64:21 65:8,11 | 153:11,18 | **run** 22:25 |
| 160:18 162:4 | 68:8,10,18 | 154:14,24 | 28:24 36:20 |
| 162:12,13 | 70:14,20,23 | 155:13 156:21 | 37:7,8,13 |
| 167:23 171:2 | 71:21 76:5,22 | 156:24 157:16 | 52:10 60:6 |
| | 77:3,21,24 | 157:18,19 | 72:23 77:15,15 |

77:17 162:4
**runner** 96:2
**runners** 69:8
  69:10,17 77:14
  78:21 83:15,18
  84:6,9 99:16
  106:9 161:4
**running** 20:13
  26:3 30:13
  36:4,7,24
  37:17 38:9
  40:9
**runs** 17:23
  20:24 25:3
  26:12 27:19
  33:6 34:9 52:8
  67:3 100:7
  101:6 155:14
  158:16
**russian** 159:18
  159:19,19

**s**

**s** 2:1 3:5 4:2,8,8
  188:5
**saddle** 8:8
**sage** 2:14,21
  6:12
**sagelegal.nyc**
  2:17
**salary** 57:19
  128:10,12
  133:19 142:12
  143:25

**sales** 95:13,14
  95:23
**sample** 169:19
  170:5,12
**santiago**
  125:14
**satisfied** 45:6
**saw** 19:14,16
  32:13,17
  102:24 104:25
  105:5 180:5
**saying** 40:2
  59:22 99:5
  107:12 113:18
  120:20 130:5
  134:22 139:5,6
  139:10 146:8
  167:10 170:11
  172:8
**says** 18:20
  73:22 110:21
  111:18 116:8
  124:3,16 125:6
  126:24 127:10
  127:13 128:14
  129:5,16,17,17
  134:6 138:14
  142:9,10,11,11
  142:12,12
  144:8,9 146:20
  147:16 150:13
  150:16,24
  163:13,18
  164:5,15,16,17

165:17,19
166:24 168:15
169:16 174:2
174:11 176:2
176:25 178:24
179:7,21 180:3
180:10,15,20
180:20,22
**schedule** 61:19
  106:16,20
  107:7 108:12
  108:19
**schedules**
  107:2
**scheduling**
  96:23 97:3
**screen** 18:15
  110:17 116:5
  132:25 133:2
  146:13 150:6
  165:13 166:13
**scroll** 125:2
  142:10 144:20
**scrolled** 174:7
  174:7
**scrolling** 19:5
  144:3 174:10
**search** 170:21
  171:13,14
**searching**
  167:16 170:15
  170:23 171:8
  171:11 179:23

**sec** 89:22
**second** 19:11
  165:25
**section** 97:18
  99:20
**sections** 99:18
**see** 16:25 17:4
  18:21 19:7,10
  31:12,24 69:15
  77:25 110:21
  111:17,23,23
  111:24 112:8
  113:7 116:10
  124:10,13,15
  128:19,19
  129:16 134:16
  135:20,21,24
  136:3,9 137:25
  138:9 139:17
  150:10,12,15
  150:22 151:2,6
  151:10,11
  157:23 159:6
  165:22 166:11
  166:18 174:3
  177:5
**seek** 74:4
**seeking** 47:24
  48:8
**seem** 89:17
**seems** 118:3
  172:19
**seen** 19:4 43:25
  103:4,15

**[seen - signing]**                                                    Page 32

107:10,13,14
107:14 113:19
118:10 123:21
172:17
**sees** 104:12
**self** 158:16,19
**sell** 104:13
**send** 95:5 97:24
101:3 134:15
**sense** 171:5
**sent** 49:25
132:11 134:10
**separate**
164:12
**separately**
164:5
**sequentially**
116:9
**seriously** 137:5
**serve** 72:7
160:13
**served** 16:17,21
18:25 25:25
31:23 49:5
115:5
**server** 31:24
32:13,17 72:11
72:15,19,21
73:7 75:9 84:5
84:8 93:20
94:12 95:25
99:11 102:17
104:2,7 105:16
105:19 106:10

112:17 115:13
115:14,15,20
154:20
**server's** 115:18
**servers** 69:8,9
73:3,6 74:22
75:15 78:20
83:15,16 94:7
99:15 161:4
**serves** 115:15
**service** 20:18
23:19 25:24
29:19 30:11,12
30:15,18,25
33:5 34:11
41:22 42:2
66:25 71:13,15
71:19,21 81:5
82:18 94:12,13
94:17,21 99:14
115:10,13
120:19 153:11
153:12,17
154:13 156:10
156:24 157:15
162:21 163:18
166:21,25
167:3,11
168:15,17
169:5 170:8
172:13,17
177:3,14,20
178:14,16
180:11,16,18

**serving** 74:23
160:12 161:8,8
**set** 82:12 83:14
116:17 160:9
161:24 162:4,6
162:10 167:17
167:21
**sets** 162:8
**setting** 160:9
**seven** 81:17
**shahmuradyan**
1:12 2:12 14:8
15:21 21:20
188:2
**share** 58:8
69:22 83:11,17
104:23 114:10
**shared** 82:21
121:22 122:6
146:13
**sharing** 18:15
110:17 116:4
132:25 150:6
165:13
**sheet** 123:12
124:14 136:21
137:11 138:17
140:7,21,21
142:6,11,21,22
143:10 144:18
188:1
**shift** 66:24
78:22 80:14
97:23 99:17

100:7 109:10
122:5
**shit** 120:25
121:5 169:9
**short** 175:6
**show** 18:9
110:11 115:24
122:17 125:10
132:19 134:16
141:6 149:25
165:7 173:13
**showed** 73:21
97:22 141:19
141:22 170:10
**showing** 18:15
110:17 116:5
123:3 132:25
133:2 142:4
150:7 165:14
166:9 173:18
**sic** 169:13
177:14
**sign** 112:25
113:2 153:6
**signature**
111:19,24
112:9 185:2
186:19 187:14
**signed** 55:3
113:8
**significance**
135:3
**signing** 112:2
112:14,21

**[similarly - successful]**                                                    Page 33

similarly   1:5
single   139:3,7,8
sir   50:17 76:18
    137:3 145:25
    161:20 162:11
    170:22 179:25
sit   102:23
    103:16
sits   105:19
sitting   47:3,5
    47:10,23 53:10
    85:23 103:17
    122:9 175:20
situated   1:6
six   93:12
skills   186:9
    187:6
slash   73:7
    163:2
slow   95:3,12,23
smiles   104:14
smoothly   10:3
sole   102:18
solid   87:21,22
soon   34:2
sorry   14:14
    24:23 26:14
    32:9 37:19
    38:22 45:8
    62:10 79:23
    80:7 89:20
    90:15 91:5,18
    100:17 106:13
    108:6 111:6

121:4 122:25
153:13 182:23
sought   46:24
    47:7,11,16
    138:21
sounded   59:21
southern   1:2
speak   11:10
    13:24 14:10,15
    14:17,20 38:15
    67:17,21 88:11
speaks   104:11
special   153:22
    161:8 177:2,13
    177:19 178:13
specific   15:13
    15:13 37:11
    126:18 127:7
    135:17 170:6
specifics   20:15
    184:22
specify   37:11
split   171:3
spread   128:18
    128:24
spreadsheet
    3:12,13 123:7
    123:19 132:3
    132:10 135:11
    139:16,25
    143:6,8,15,21
    145:16 146:20
spreadsheets
    131:4 141:19

141:21,24
146:7 147:8
148:6,10
staff   25:24
    30:18 31:2
    34:12 41:22
    42:2,9,12 68:2
    68:17,23 69:5
    69:7 70:9
    71:10,13,13,16
    71:19,20,20,21
    71:24 72:2
    73:13 78:21,25
    80:14 81:6
    95:22 107:19
    136:23,23
    162:22 179:2
    180:18
staffing   160:10
staffs   95:16
stamped   150:9
    166:5
standard   178:2
start   100:15
    158:10 162:13
started   36:15
    41:11,13 61:8
    131:14 181:17
    182:4,8
starting   19:11
    35:19
starts   66:25
state   7:21 40:4
    45:13,18 88:2

186:20
statements
    169:2
states   1:1
status   73:3,6
stay   170:16
steak   31:20,23
    161:9,10
stenographic
    6:2
steps   46:4
stipulation   6:4
stood   130:24
stop   161:10
storage   43:24
    51:8,9,12
    167:15 169:10
stored   50:7,7
    50:11,15
stuff   172:20
subject   10:22
    74:19 84:9,21
    85:14,25 88:6
    90:10 93:8
    97:8 108:8
    110:9 116:16
    117:12 130:18
    148:22
subscribed
    185:9 188:22
substance
    14:24
successful
    37:13

suite   2:5
sum   14:24
summarizing
    148:13
sunday   81:18
    90:23,23 93:15
supervise   39:15
    160:15
supervises
    94:13,17,20
supervising
    98:19,24 99:10
supervisor   99:3
supposed
    114:13,21
    115:2
sure   12:25
    20:24 24:17,18
    25:23,25 29:19
    31:22 33:6
    34:9,11 42:2
    42:12 44:20
    45:15 46:5,6
    52:11 53:19
    56:2 59:21
    68:13 73:5
    74:11 80:24
    81:3 87:21
    89:8,9,10 94:8
    94:11 104:9
    105:21 109:8
    111:21 113:2
    117:10 125:12
    153:15 155:10

155:18,20,21
156:3 160:7,8
160:11 172:10
172:11 176:14
181:4
suspend   101:4
swear   5:15
    6:20
sworn   5:17 7:5
    10:18 185:9
    186:5 188:22
system   40:10
    40:12 82:12
    83:12,14 162:2

**t**

t   3:5 4:2,2,8,8
table   74:25
    75:4 76:21
tables   72:8
    75:23 76:4
    115:5,15
take   5:4,12
    31:15,16 32:21
    46:5 62:5,11
    62:16 66:9
    75:11 103:18
    136:16,17
    137:4 148:19
    161:12 168:7
    183:24
taken   5:8 186:3
    186:11 187:8

talk   14:4 68:6
    184:14
talked   14:7
talking   18:6
    23:19 78:8
    147:3 177:25
tashkent   1:21
    5:11
task   105:22
tasks   108:5
tax   59:23
team   23:5
tell   7:5 10:21
    10:23 14:23
    20:11 37:3,4
    46:16,22 49:16
    49:17 69:6
    74:2 75:17
    77:11 82:24
    93:3 108:3
    110:24 111:6
    122:11 123:10
    123:18 124:5
    125:11 126:16
    127:21,25
    133:16 134:2
    142:4 143:6,8
    144:22 147:13
    147:20,23
    151:13 162:20
telling   54:5
    159:5
template   89:3

ten   165:15
terminate   45:3
terminated
    24:4
terms   37:16
    38:8 71:17
    172:14
testified   7:7
    155:13
testify   12:9,13
    17:7,16 73:22
    76:8 78:18
    82:15 83:3
    85:4 86:21,25
    87:2 89:14,17
    92:24 96:20
    107:23 110:5
    117:20,22,24
    118:4 120:16
    124:7,10 126:3
    126:8 127:20
    130:3,6,7,11,22
    131:4,8,10,22
    132:5,16 134:7
    139:16,25
    140:6,8,13
    141:12,18
    148:5 171:20
    172:5,22
testifying   10:24
    16:12 145:12
    186:5
testimony   8:24
    13:10,14 40:6

| | | | |
|---|---|---|---|
| 59:15 66:16 | 102:17 108:21 | 138:11 160:9 | 138:23 141:4 |
| 76:19 101:14 | 111:8 112:5 | 167:13 181:17 | 148:17 178:20 |
| **thank** 6:18 7:8 | 119:6 122:23 | **timeframes** | 182:21 |
| 7:10 24:24 | 124:25 135:15 | 170:6 | **tipping** 45:12 |
| 66:13 74:20 | 137:13,19 | **times** 8:15 13:5 | 45:17 |
| 78:3 183:21 | 148:3 149:7,11 | 13:7,13 26:6 | **tips** 42:6,8,13 |
| 184:10,23 | 152:13 153:3 | 26:15,16 29:10 | 54:11,14,22 |
| **thing** 71:14 | 156:15 158:14 | 33:22 41:18 | 69:20 82:21,22 |
| 124:24 171:9 | 158:17,19 | 65:22,23 80:15 | 88:10,14 |
| 178:8 | 159:23 161:17 | 164:23 | 114:10,16 |
| **things** 28:19 | 161:19 164:4 | **tip** 39:11,16 | 115:6,8,16 |
| 35:18 36:9 | 164:22 165:3,6 | 40:5,9 42:17 | 120:10 121:11 |
| 37:11 59:23 | 167:5,8 168:11 | 42:21,25 43:3 | 154:19 171:22 |
| 68:7 69:12 | 169:7,7,8,10 | 43:4 54:18 | 175:16 |
| 72:23,24 73:16 | 170:25 172:19 | 69:22 70:2,9 | **title** 123:9 |
| 73:17 75:8,10 | 174:25 175:15 | 70:24 73:24 | 133:9,19 136:2 |
| 75:14 76:4,5 | 179:21 183:22 | 76:10 81:20,23 | **titles** 26:19 |
| 77:5,11,12,20 | **thinks** 103:23 | 82:6,7,25 | 134:17 140:23 |
| 78:12,13 97:14 | **thirty** 70:14 | 83:11,17,24 | **toast** 60:6,8,10 |
| 104:18 132:5 | 181:22 | 84:2,11 114:6 | 60:13 89:2 |
| 144:21 167:21 | **thought** 104:19 | 114:9,14,15,22 | 92:16,17 |
| 168:5 | **three** 8:20,23 | 115:2,5,7,9,19 | 138:13 157:18 |
| **think** 11:20 | 145:8,10 | 120:4,11 | 157:22 |
| 20:20 27:2 | 154:20 166:20 | 121:14,20,23 | **today** 6:14 10:5 |
| 43:19 44:12 | 170:19 178:15 | 122:6 141:5 | 10:20 11:18 |
| 55:7 60:5 64:9 | **throw** 53:18 | 148:14 162:24 | 12:10,14,20 |
| 69:24 70:21 | 54:7 | 164:7 176:6,8 | 16:12 30:4 |
| 81:18,21 85:10 | **time** 1:19 6:5 | 176:16,21 | 36:3 47:3,5,10 |
| 85:20,22,24 | 9:12 12:2 16:8 | 178:7,18 183:2 | 47:23 53:10 |
| 86:3,12 87:20 | 31:22 34:17,21 | **tipped** 4:6 | 85:23 90:18 |
| 89:6,11 90:8 | 35:11 49:4 | 78:19 83:10 | 101:15 122:9 |
| 90:20 91:11,24 | 104:14 108:22 | 84:7 88:22 | 132:5 145:12 |
| 92:8 100:21 | 108:25 109:6 | 90:9 91:9 | 155:13 175:20 |
| 101:5 102:15 | 109:14,14 | 121:8 122:12 | |

**[today's - understand]**                    Page 36

| | | | |
|---|---|---|---|
| **today's** 10:2 | **total** 129:6 | 179:4,9 186:8 | 93:14 |
| 13:18 14:5,9 | 138:22 141:3 | 187:4 | **u** |
| 15:7,14 18:4 | 146:22 148:13 | **truth** 7:5,6,6 | |
| 65:6 141:11 | 154:18 157:14 | 10:22,24 | **u** 4:2,8,8 |
| **together** 25:8 | 182:6 | **truthfully** | **uh** 37:23 57:13 |
| 69:23 121:23 | **touch** 137:5 | 12:10,13 124:6 | 60:18 165:12 |
| **told** 9:7 28:8 | **training** 71:9 | **try** 10:2 11:5 | **unable** 76:11 |
| 37:5 41:19 | 71:24 73:13 | 12:2 29:21 | **under** 5:23 |
| 49:11,17,23 | **trains** 72:9 | 31:11,17,18 | 10:20 13:10,14 |
| 56:11 57:3 | **transcriber** | 135:9 142:2 | 111:4 112:8 |
| 73:10 75:9,15 | 187:1 | **trying** 36:20 | 127:6 149:9,22 |
| 75:20 76:3,20 | **transcribing** | 105:13 113:7 | 149:23 150:15 |
| 79:13,24 95:21 | 10:8 | 134:23 141:2 | 151:14 182:19 |
| 96:14 132:11 | **transcript** 5:19 | 144:22 159:9 | 183:16 |
| 143:9 163:6 | 15:16,17,24 | 159:11 167:16 | **underlying** |
| 164:2 | 65:6 184:9 | 169:15,15 | 146:16,18 |
| **tonight** 161:8 | 186:21 187:3,4 | **tuesday** 1:18 | 148:16 |
| **took** 23:3 162:7 | **transcriptionist** | **twenty** 70:14 | **understand** |
| 167:18 | 186:7 | 78:25 | 5:18 7:19 |
| **top** 18:18 29:20 | **triggered** 95:12 | **twin** 57:5 | 10:11,15,20 |
| 142:9,10 | 95:15 | **two** 8:23 9:20 | 11:3,7,13,23 |
| 150:12 165:18 | **true** 14:7 42:15 | 20:5 94:9 | 12:6 16:11 |
| 173:25 | 42:19 52:13,22 | 95:16 141:19 | 19:2 36:17 |
| **topic** 73:21 | 53:21 62:19,23 | 141:21,24 | 52:7 62:12 |
| 74:7 76:7 | 63:6 85:5,13 | 161:6 | 65:7 71:18 |
| 80:18 82:13 | 86:6 102:12 | **type** 80:17 | 105:13 126:19 |
| 83:2 86:19 | 106:19,24 | 110:24 128:10 | 134:9,24 135:5 |
| 89:13,18 92:21 | 107:5 108:24 | 142:12 154:9 | 137:14 141:2 |
| 92:23 93:4 | 109:24 121:8 | **typewriting** | 141:25 146:17 |
| 110:6 172:21 | 145:14 146:16 | 186:6 | 149:10,22 |
| 184:11 | 146:19 147:7 | **typical** 54:17 | 154:16 161:18 |
| **topics** 67:20 | 174:16 175:9 | 61:19 | 164:13 166:20 |
| 117:19 172:23 | 176:7,14,19 | **typically** 29:14 | 166:23 169:22 |
| 183:9,16 | 177:7,18 179:2 | 42:6 65:25 | 180:14 |

**understanding**
167:6
**understood**
11:7 62:18
169:11,12
171:2
**unique** 128:7
**united** 1:1
**unprepared**
183:9,15
**unquote** 31:13
32:25 63:11
77:12
**unwilling** 76:11
**upkeep** 40:9
**upper** 8:8
**urtel** 1:22 5:3
186:2,19
**use** 50:17 71:17
92:15 95:11
137:6 169:21
**used** 22:24
111:11
**uses** 5:22
143:16 153:24
**using** 50:19,20
**usually** 23:16
54:14 67:21
94:11
**uzbekistan**
1:21 5:11
171:13
**uzt** 1:19 185:4

**v**

**v** 1:8 5:9 188:2
**vacation**
108:23
**value** 67:23
**vendors** 20:16
**veracity** 148:10
**verbal** 10:10
57:14 60:20
92:2 167:6
**verbally** 162:24
167:8,12 169:2
170:25
**verification**
143:7
**verify** 134:18
135:23 136:5
136:23 137:11
138:6,12,16,17
139:9 140:20
140:24,25
141:8,24 142:2
142:14 143:4,5
144:21 146:9
146:12,14
147:9 157:17
177:16
**veritext** 5:4
188:1
**versions** 164:25
**videoconfere...**
2:3,13,22

**void** 97:20
**voluntary**
171:23

**w**

**wage** 38:17
39:11 42:17,21
43:6 70:2,6,10
70:18,19,24,25
119:16,22,24
120:9 121:10
121:16,19
173:5,8 174:14
174:15 175:11
175:16 176:5
**wages** 42:3
57:22
**waiters** 97:17
**walk** 35:17
36:8
**want** 35:22
37:16 38:8
48:25 53:18
62:11,16 65:4
71:7 73:19,22
76:21 77:2,9
82:14 87:25
104:9 105:17
115:3 123:23
123:25 126:22
127:19 134:5
135:8 136:16
137:8,10 140:6
140:7,13,24,24

141:23 142:14
146:17 161:7
168:5,11 183:5
184:12,13
**wanted** 37:12
37:14 52:3
108:22 111:11
164:6,7
**wants** 52:4
70:19,22
**washing** 78:6
**way** 11:21
36:15,19,19,21
41:4,19 46:20
55:23 85:24
120:8
**we've** 148:3
172:17
**wednesday**
91:2
**week** 26:6,15
26:16 29:10
65:22,23 81:17
90:20 93:10
**weekly** 90:20
**weeks** 16:10
**went** 154:20,21
154:23,25
155:18,25
156:5,10,13,24
157:11 169:6
**when's** 9:12
**white** 15:11

**whoever's** 160:12

**wife** 22:2,4,7,8 56:9,24 58:7 64:10 68:18 145:11 162:3 162:11

**wiping** 78:10

**withdrawn** 24:24 26:4 37:10 46:15,16 47:4 48:13 56:3 69:4 85:23 88:20 94:18 100:12 176:25

**witness** 5:15,17 5:18 6:14,20 7:4 15:2 17:11 23:25 24:10 25:12 26:11 27:2 29:6 31:6 33:11 34:14 38:19 39:3,19 40:16,22 41:16 45:21 47:19 53:15,25 56:11 56:17,21 58:11 58:22 59:3,17 60:21 61:22 62:3,7 63:3,16 64:3,8,23 65:16 66:8 67:5,11 69:2

71:3 73:22 74:2,7 76:8,11 76:15 77:10 78:17 79:21 80:24 82:2,15 82:23 83:3,7 83:20 84:13,25 85:18 86:11,20 86:24 87:2,11 87:20 88:3 89:6,13,17,21 89:25 92:24 93:3,5 94:3,24 95:7 96:8,19 96:25 97:4,5 98:13,21 101:24 103:7 103:22 104:22 105:10 107:23 108:3 110:5,6 112:5,16 113:24 114:18 115:12 116:20 116:25 117:6 117:20,22 118:3 119:13 119:18 120:16 120:20,22,24 120:25 121:13 121:25 122:15 122:22 125:22 126:7 130:2,5 130:7,10,12,13 130:24 131:17

132:9 136:15 139:5,10,21 141:12 143:19 145:3,19 146:25 148:4,5 148:9 151:5,6 154:2 166:11 166:18 168:2 168:20 171:19 172:4,8,21 174:18 175:13 176:11 177:9 177:22 179:12 179:19 180:9 181:5 183:4,8 183:11,19,22 186:4

**witnessed** 112:22 113:3

**witness'** 188:3

**word** 163:16

**words** 96:23

**work** 57:8 93:11 99:21 127:20 132:13 134:25 140:8 140:11 158:13 181:14 182:10 183:18

**worked** 122:5 129:8,13 174:13 181:19 182:6,20

**workers** 174:14 176:5

**working** 36:15 41:10,11,14 48:23 61:9 91:14 131:14 158:11 175:23 181:18 182:4,8

**works** 99:12

**would've** 100:16,18 144:11

**write** 101:4 111:8,9,11,14 112:2 113:11 113:13,14,24 113:25

**writing** 148:23 170:8 173:2

**written** 6:3 15:11 43:17 44:2 91:5,6,9 91:15,21 92:3 92:7 106:4 169:4 172:7

**wrong** 48:25 71:8 98:16 101:7 112:6,12 112:23 113:4 113:12 159:13

**wrote** 113:4

**[x - zoom]**                                                        Page 39

| x |
|---|
| **x**   3:1,5 4:1 186:21 |
| **y** |
| **yeah**   9:21 19:9 19:9 22:7 23:25 24:11 25:4 27:15 28:10,19,24,25 30:14 31:11 33:25 34:2,3 34:14 36:19,19 36:21 37:18 42:7 43:2,24 44:5 45:4,7 46:13 48:23 50:11 51:2,19 53:7 54:15,22 55:2,10 57:7 58:4,16,20 59:8,8,19 64:10 65:8 66:2,12 67:14 67:16 68:9 69:11,13,24 70:4,21 71:16 71:25 72:10 73:18 75:8,13 76:24 77:25,25 79:6 80:8 81:12,16 83:21 84:13,19 85:11 87:20 88:25 |

89:11 90:8,12
94:15,24 97:14
97:14,18,25
98:4,4,16
99:14,19,24
100:14 101:8
101:24 102:7
103:16,17
104:6 107:20
108:16 110:23
111:9,13,16,22
111:23,23,24
112:10,12,13
113:12,13,20
114:3,4,13
115:20 116:11
116:25 117:6
117:15 118:6
118:11 120:3,6
123:16 124:2
124:18,18,18
124:24 125:3,3
125:3 128:13
128:14,21
131:17 133:24
135:16 136:10
142:23 147:9
149:16,24,24
149:25 150:11
150:23 151:6,7
152:9,21
153:19 158:14
160:16 162:15
162:16 165:4

166:18 168:3,3
168:3,3 171:12
171:14 174:4
178:15,17,22
179:4,13 182:3
182:17,22
183:2 184:19
184:19
**year**   9:15 52:15 52:20 157:15
**years**   9:20 19:25 20:5 61:7 104:7 152:24 165:5
**yep**   32:20,22 43:15 62:3 81:9 93:22 98:13 100:4 109:12 114:7 124:22 150:18
**yesterday** 13:25
**york**   1:2 2:6 5:14 174:13,15 186:20 188:1

| z |
|---|
| **z**   35:4 |
| **zoom**   125:20 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.