# Exhibit 2

Page 1

1            UNITED STATES DISTRICT COURT

2                      FOR THE

3            SOUTHERN DISTRICT OF NEW YORK

4      _____

5      KATHERINE FERNANDEZ, on Behalf

6      of Herself and Others Similarly

7      Situated,

8            Plaintiff,

9          v.                          Civil Action No.

10     BULLDOZER HOSPITALITY GROUP,         1:25-cv-4490

11     INC., d/b/a OSTERIA LA BAIA,

12     ROBERT PETROSYANTS and MARIANNA

13     SHAHMURADYAN,

14           Defendants.

15     _____

16      DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE FOR

17      BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

18                 BAIA - JANOS PALIKO

19     DATE:         Wednesday, December 3, 2025

20     TIME:         1:04 p.m.

21     LOCATION:     Remote Proceeding

22                   Jersey City, NJ 07302

23     REPORTED BY:  Talya Brott

24     JOB NO.:      7776531

25

Page 2

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:

3         JOSEF NUSSBAUM, ESQUIRE (by videoconference)

4         Joseph & Kirschenbaum LLP

5         45 Broadway, Suite 320

6         New York, NY 10006

7         jnussbaum@jk-llp.com

8         (212) 688-2545

9

10   ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,

11   INC., D/B/A OSTERIA LA BAIA; ROBERT PETROSYANTS; AND

12   MARIANNA SHAHMURADYAN:

13        EMANUEL KATAEV, ESQUIRE (by videoconference)

14        Sage Legal LLC

15        18211 Jamaica Avenue

16        Jamaica, NY 11423

17        emanuel@sagelegal.nyc

18        (718) 412-2421

19

20   ALSO PRESENT:

21        Alivia Cooney, Paralegal, Sage Legal LLC (by

22        videoconference)

23

24

25

Page 3

1                    I N D E X

2    EXAMINATION:                              PAGE

3        By Mr. Nussbaum                        6

4

5                    E X H I B I T S

6    NO.              DESCRIPTION                PAGE

7    Exhibit 1      Spreadsheet of Employees,

8                   File Named 2025.csv          49

9    Exhibit 2      Spreadsheet of Employees,

10                  File Named 2024.csv          66

11   Exhibit 3      Spreadsheet of Employees,

12                  File Named 2023.csv          72

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
1                          J. PALIKO
2          THE REPORTER:  Good afternoon.  My
3     name is Talya Brott.  I'm the reporter
4     assigned by Veritext to take the record of
5     this proceeding.  We are now on the record
6     at 1:04 p.m.
7          This is the deposition of Janos
8     Paliko taken in the matter of Katherine
9     Fernandez, et al. vs. Bulldozer
10    Hospitality, Inc., et al., on Wednesday,
11    December 3, 2025, in Jersey City, New
12    York.
13         I am a notary -- I'm sorry.  Jersey
14    City, New Jersey.
15         I'm a notary authorized to take
16    acknowledgements and administer oaths in
17    New York.  Parties agree that I will swear
18    in this witness remotely.
19         Additionally, absent an objection on
20    the record before the witness is sworn,
21    all parties and the witness understand and
22    agree that any certified transcript
23    produced from the record of this
24    proceeding:
25              - is intended for all uses permitted
```

Page 5

```
 1                      J. PALIKO
 2      under applicable procedural and
 3      evidentiary rules and laws in the same
 4      manner as a deposition recorded by
 5      stenographic means; and
 6           - shall constitute written
 7      stipulation of such.
 8           At this time will everyone in
 9      attendance please identify themselves for
10      the record beginning with Plaintiff's
11      counsel.
12           MR. NUSSBAUM:  Hi.  Good afternoon.
13      Josef Nussbaum from Joseph & Kirschenbaum
14      for the plaintiffs.
15           MR. KATAEV:  Good afternoon.  Emanuel
16      Kataev of Sage Legal LLC for the
17      defendants.
18           With me is Alivia Cooney, a paralegal
19      at the firm, and of course the witness,
20      Janos Paliko, who is the designated
21      corporate representative of Defendant
22      Bulldozer Hospitality Group, Inc.
23           THE REPORTER:  Thank you.
24           Mr. Paliko, will you state your name
25      for the record.
```

Page 6

```
 1                    J. PALIKO
 2          MR. PALIKO:  Janos Paliko.
 3          THE REPORTER:  Thank you.  Hearing no
 4      objection, I'll swear in the witness.
 5          Please raise your right hand.
 6  WHEREUPON,
 7               JANOS PALIKO,
 8  called as a witness and having been first
 9  duly sworn to tell the truth, the whole
10  truth, and nothing but the truth, was
11  examined and testified as follows:
12          THE REPORTER:  Thank you.
13          You may proceed.
14          MR. NUSSBAUM:  Thank you.
15                 EXAMINATION
16  BY MR. NUSSBAUM:
17      Q    Good afternoon, Mr. Paliko.
18      A    Good afternoon.  Good afternoon.
19      Q    Do you hear me well?
20      A    Yeah.  Yeah.  Okay.
21      Q    Great.  So you just stated your
22  name for the record.  Have you ever gone
23  by any other names?
24      A    No.  No.
25      Q    Any nicknames?
```

                          J. PALIKO

1

2        A     No.

3        Q     Okay.  As I think you heard

4    earlier, my name is Josef Nussbaum.  I

5    represent Katherine Fernandez and two

6    other plaintiffs in a lawsuit against

7    Bulldozer Hospitality Group, Inc.  Are you

8    familiar with that entity?

9        A     I am.

10       Q     Okay.  And do you work for that

11   entity?

12       A     I do.

13       Q     And that entity runs --

14             THE REPORTER:  Speak up -- speak up,

15        please, Mr. Paliko.  Speak up.

16             THE WITNESS:  Yes, I do.

17   BY MR. NUSSBAUM:

18       Q     And that entity runs a

19   restaurant that's called Osteria La Baia;

20   correct?

21       A     Correct.

22       Q     Okay.  So for the remainder of

23   today's deposition, is it clear to you

24   that if I refer to "Bulldozer" or "Osteria

25   La Baia," I'm referring to the same thing?

Page 8

                              J. PALIKO

1

2        A     Okay.

3        Q     Great.   The address you gave the

4   court reporter, is that where you reside?

5        A     Yeah.

6              MR. KATAEV:   Objection, form.

7   BY MR. NUSSBAUM:

8        Q     Okay.   Have you ever been

9   deposed before?

10       A     Never.   It's first time.

11       Q     Great.   I'm going to be asking

12  you a number of questions today, so I'll

13  go over a few ground rules just to try to

14  make it a little bit easier.

15             The court reporter will be

16  taking everything that we say down for the

17  record.   Because the court reporter is

18  transcribing the deposition, it's

19  important that you give verbal responses

20  to all my questions.

21             The court reporter cannot record

22  any hand movements or head nods.   Do you

23  understand that?

24       A     I do.

25       Q     You have been sworn in, and

```
 1                        J. PALIKO
 2    you're answering all questions under oath
 3    today.
 4              Do you understand that you have
 5    the same obligation to tell the truth and
 6    will be subject to the same penalties for
 7    perjury if you don't tell the truth as if
 8    you were testifying in a court of law?
 9         A    I understand.
10              MR. KATAEV:  Objection, form.
11    BY MR. NUSSBAUM:
12         Q    If you don't --
13              THE REPORTER:  I didn't hear that,
14         Mr. Kataev.
15              MR. KATAEV:  Objection, form.
16              You may --
17    BY MR. NUSSBAUM:
18         Q    If you don't understand a
19    question I've asked, please let me know,
20    and I'll rephrase it.  If you answer the
21    question, I'm going to assume that you
22    understood it.  Do you understand that
23    instruction?
24         A    Yes, I do.
25         Q    Okay.  Please let me finish
```

Page 10

1                        J. PALIKO

2   asking a question before you begin your

3   answer, even if you think you might know

4   what I'm about to ask.

5              That way, the court reporter can

6   get everything that we say down for the

7   record.  Do you understand that?

8        A    I do.

9        Q    Okay.  If you need a break at

10  any time, please let me know, and I'll try

11  to accommodate you.  I just ask that if a

12  question is pending, you first answer the

13  question before we take a break.  Do you

14  understand that?

15       A    I understand.

16       Q    Okay.  You speak English

17  fluently; right?

18       A    I do.

19       Q    Okay.  So you understand all my

20  questions so far today, or all my

21  instructions?

22       A    I do.

23       Q    Great.  Are you currently taking

24  any medication that may impair your

25  ability to testify truthfully today?

```
                                              Page 11

1                    J. PALIKO

2        A     I don't.

3        Q     Is there any other reason that

4    you're unable to testify truthfully today?

5        A     No.

6        Q     Are you taking any medication

7    that may impair your memory?

8        A     No.

9        Q     Is there any other reason that

10   your memory may be impaired?

11       A     No.

12       Q     Okay.  Are you being paid to

13   testify today?

14       A     Yes.

15       Q     Who's paying you?

16       A     Beg your pardon?  Could you

17   repeat?

18       Q     Who is paying you?

19             MR. KATAEV:  Objection to form.

20   BY MR. NUSSBAUM:

21       Q     You can answer.

22       A     Nobody's paying me to do that.

23       Q     I understood a moment ago that

24   you said that you are being paid to

25   testify today.  Are you being paid to
```

```
                                    Page 12
 1                    J. PALIKO
 2   testify today?
 3        A     No, I'm not.
 4        Q     Okay.  Please make sure to let
 5   me finish my question before you start
 6   your answer; okay?
 7        A     Sure.
 8        Q     Okay.  Have you ever been a
 9   plaintiff or a defendant in a lawsuit?
10        A     Never.
11        Q     And have you ever given any
12   testimony under oath before?
13        A     No.
14        Q     Any signed statements?
15        A     No.
16        Q     Okay.  Without revealing any
17   communications -- the substance of any
18   communications you had with an attorney
19   before today's deposition, did you do
20   anything to prepare?
21        A     I did.
22        Q     What did you do?
23        A     We went over a few questions and
24   answer, and also, I reviewed the
25   deposition of Robert and Marianna.
```

```
                                          Page 13
 1                    J. PALIKO
 2        Q     Okay.
 3              THE REPORTER:  Can you speak up,
 4        please, or move closer to the mic?
 5              THE WITNESS:  Okay.
 6              THE REPORTER:  Thank you.
 7   BY MR. NUSSBAUM:
 8        Q     Did you review any payroll
 9   records?
10        A     I haven't.
11        Q     But you're familiar with payroll
12   records at Osteria La Baia; right?
13        A     Some of them.  I'm not in charge
14   with the payroll.
15        Q     Who's in charge of the payroll?
16        A     Stephanie is the one who is
17   submitting the payroll.
18        Q     What's Stephanie's last name?
19        A     I don't recall her last name.
20        Q     And she still works for the
21   company?
22        A     Yes.
23        Q     Do you understand that you're
24   testifying today on behalf of Osteria La
25   Baia?
```

```
                                      Page 14

 1                    J. PALIKO

 2      A     Yes, I do.

 3      Q     And that the answers you give

 4   will bind that corporation.  Do you

 5   understand that?

 6           MR. KATAEV:  Objection, form.

 7           THE REPORTER:  -- didn't get an

 8      answer.

 9   BY MR. NUSSBAUM:

10      Q     You can answer.

11      A     I do.

12      Q     Have you reviewed the notice for

13   today's deposition?

14      A     No.

15      Q     Okay.  You're the general

16   manager of Osteria La Baia; right?

17      A     Correct.

18      Q     And how long have you been in

19   that role?

20      A     Since September last year, I

21   took over the position.

22      Q     So about 14 months?

23      A     Yeah, around.

24      Q     Okay.  And what did you do

25   before that?
```

```
                                          Page 15
 1                      J. PALIKO
 2        A    Before I -- I been a floor
 3   manager and assistant general manager in
 4   the same company.
 5        Q    Okay.  And how long were you
 6   floor manager for?
 7        A    I start as a floor manager in
 8   February 2022, and I been, like, around
 9   one year.  I don't recall exactly.
10        Q    Okay.  And you were assistant
11   general manager at the same time?
12        A    No.  After.
13        Q    You were assistant general
14   manager after you were floor manager, but
15   before you became general manager; is that
16   right?
17        A    Correct.
18             MR. KATAEV:  Objection, form.
19   BY MR. NUSSBAUM:
20        Q    Okay.  Who hired you to work at
21   Osteria La Baia in February 2022?
22        A    I don't recall his name.  It was
23   a GM.  He -- he'd been only for a couple
24   of weeks, and after, he left.  I don't
25   recall his name.
```

```
                                          Page 16
 1                    J. PALIKO
 2       Q    Okay.  And who promoted you to
 3   assistant general manager?
 4       A    After was another GM who came,
 5   and he -- he was the one who promote me.
 6       Q    What's his name?
 7       A    I have to check my records.  I
 8   don't know, because there were so many
 9   before.
10       Q    Okay.  And do you know why that
11   GM left?
12            MR. KATAEV:  Objection, form.
13            THE WITNESS:  I don't recall.  I
14      don't recall.
15   BY MR. NUSSBAUM:
16       Q    Does that GM still work for the
17   company?
18       A    No, no more.
19       Q    No.  Who promoted you to general
20   manager?
21       A    Actually, nobody promoted me.
22   The -- the general manager who been with
23   us, he left, and I just took over his
24   role.
25       Q    Just decided on your own?
```

```
                                    Page 17
 1                    J. PALIKO
 2       A     Was, of course, our director,
 3  operation, Robert, who -- who decided.
 4       Q     So Robert hired you to be the
 5  general manager?
 6       A     He promote me.
 7       Q     Would it be surprising to you,
 8  especially since you read Marianna's
 9  deposition transcript, that she said she
10  interviewed and hired you to be the
11  general manager?
12       A     Yeah, both of them, they been
13  there.
14       Q     So both of them interviewed and
15  hired you to be the general manager;
16  right?
17       A     Yeah.  Actually, we had just a
18  conversation.  Was not, like, an
19  interview.
20       Q     Okay.  Did you get a pay raise
21  from when you were promoted from assistant
22  GM to GM?
23            MR. KATAEV:  Objection, form.
24  BY MR. NUSSBAUM:
25       Q     What's the answer?
```

```
                                              Page 18
 1                        J. PALIKO
 2            THE REPORTER:  Repeat your answer.
 3            THE WITNESS:  Not right away.
 4   BY MR. NUSSBAUM:
 5       Q     Okay.  Did you get one later?
 6       A     Yes.
 7       Q     Okay.  Who decided to give you a
 8   pay raise?
 9       A     The director, operation.
10       Q     And Marianna; right?
11       A     I'm in touch only with the
12   director, operation.  It's chain of
13   command.
14       Q     Okay.  Would it surprise you to
15   hear that Marianna testified that she
16   speaks to you about the operations of
17   Osteria La Baia?
18            MR. KATAEV:  Objection to form.
19   BY MR. NUSSBAUM:
20       Q     You can answer.  Unless your
21   attorney tells you not to answer, you
22   answer the question; okay?
23       A     Marianna, she's not involved in
24   operation.  She's doing financing.  Only
25   the director, operation, Robert, it's
```

Page 19

```
                              J. PALIKO
 1
 2   involved, and I am in contact with -- with
 3   Robert more than Marianna.
 4        Q    That wasn't --
 5             THE REPORTER:  Keep your voice up,
 6        please.
 7   BY MR. NUSSBAUM:
 8        Q    Okay.  You didn't answer my
 9   question.  My question was does
10   it -- would it surprise you to hear that
11   Marianna said she talks to you about
12   operations sometimes?
13             MR. KATAEV:  Objection, form.
14             THE WITNESS:  Sometimes.  Yeah.  Not
15        very --
16   BY MR. NUSSBAUM:
17        Q    She does?
18        A    Yes.
19        Q    Did you get a raise when you
20   were promoted from floor manager to
21   assistant GM?
22             MR. KATAEV:  Objection to form.
23             THE WITNESS:  Not right away.
24   BY MR. NUSSBAUM:
25        Q    Okay.  But you got one
```

```
                                             Page 20
 1                        J. PALIKO
 2   eventually; right?
 3        A    I did, yeah.
 4        Q    But why is it that both times
 5   you got a raise, it wasn't right away, but
 6   later?  Is there a specific reason for
 7   that?
 8        A    Because all the time when you
 9   got a promotion, you have a -- like, a
10   probation period to see if -- if you are a
11   good fit for that position.
12        Q    But when you were interviewed
13   in -- I'm sorry.  I thought you were done.
14   Was there something else you were saying?
15        A    The majority restaurant, when I
16   used to work before, they do this.  They
17   give you, like, one or two months'
18   probation to see if you are a good fit for
19   that.
20        Q    Okay.  So when you had your
21   interview and you were promoted to the new
22   roles, you discussed at that time that you
23   would have a probationary period.
24             But if you passed -- if you
25   survived the probationary period, you
```

```
                                            Page 21
 1                          J. PALIKO
 2   would get a raise; right?
 3        A     Correct.
 4        Q     And Robert and Marianna decided
 5   that; right?
 6        A     Yes.
 7        Q     Now, after you were promoted
 8   from floor manager to assistant general
 9   manager, who became the floor manager?
10        A     We didn't have any floor
11   manager.
12        Q     Okay.  Is there a floor manager
13   today?
14        A     We don't have any floor manager.
15        Q     So other than you, who else is
16   in charge of the restaurant?
17        A     At the moment, I'm the only one,
18   manager in the restaurant in charge.
19        Q     Okay.  What does Robert do at
20   the restaurant?
21        A     Robert, he's the director,
22   operation.  He is doing the -- he's in
23   charge with the vendors, with the
24   payments, and that's it.  Everything else,
25   what is front of the house, I'm in charge.
```

```
                                          Page 22

  1                     J. PALIKO

  2       Q    Right.  But isn't it true that

  3    Robert attends pre-shift meetings with the

  4    front-of-the-house employees?

  5       A    Once in a --

  6            THE REPORTER:  Was that an objection?

  7            MR. KATAEV:  To form.

  8            THE REPORTER:  Go ahead.

  9            THE WITNESS:  Once in a while.  Not

 10       very often.

 11    BY MR. NUSSBAUM:

 12       Q    Okay.  How often would you say?

 13       A    Maybe once a month.

 14       Q    Okay.  The -- withdrawn.

 15            What's your schedule at the

 16    restaurant?

 17       A    I have a flexible schedule.  I

 18    do my own schedule, and usually, I'm all

 19    the time there when it's busy or rush

 20    hour.  Usually, I do, like, doubles five

 21    days a week or six days when it's

 22    required.

 23            Depends how busy we are and how

 24    many events.

 25       Q    Who's the -- who's -- withdrawn.
```

Page 23

```
 1                       J. PALIKO
 2              Who manages the restaurant on
 3     the one or two days that you're not there?
 4          A    It's -- actually, it's not,
 5     like, managing.  Julio is the head server.
 6     He's the one who in a way supervise but is
 7     not managing place.
 8          Q    He's the one that supervises,
 9     you said?
10          A    It's -- he's -- he's taking care
11     to be sure everything is followed there.
12          Q    Okay.  So what does he do on
13     the --
14              THE REPORTER:  I'm sorry.  That
15          everything is what?  Followed?
16              THE WITNESS:  Yeah, like all the
17          rules and everything.
18     BY MR. NUSSBAUM:
19          Q    On the days that you're not
20     there, Julio -- withdrawn.
21              When you say "Julio," you're
22     talking about Julio Perez?
23          A    Yeah, Julio Perez.  The -- the
24     head waiter.
25          Q    Okay.  So on the days that
```

```
                                        Page 24
 1                      J.  PALIKO
 2    you're not there, Julio Perez makes sure
 3    that everyone's following the rules at the
 4    restaurant?
 5            MR. KATAEV:  Objection to form.
 6    BY MR. NUSSBAUM:
 7        Q    You can answer.
 8        A    Actually, he is performing
 9    the -- the service, the server role.  But
10    he's doing openings and also doing the
11    pre-shifts when I'm not there.
12        Q    Right.  But you mentioned -- you
13    said a moment ago that when you're not
14    there, he makes sure everyone is following
15    the rules; right?  That's what you said?
16            MR. KATAEV:  Objection to form.
17    BY MR. NUSSBAUM:
18        Q    Mr. Paliko, unless you're
19    instructed to not answer the question, you
20    have to answer the question; okay?  I
21    think that's clear at this point.  Do you
22    understand that?
23        A    Yeah, yeah.  As I mentioned
24    before, he is the one who is doing the
25    pre-shift, doing opening, nothing else.
```

```
                                           Page 25
 1                      J.  PALIKO
 2    He's performing his server role and
 3    nothing else.
 4        Q    Okay.  So who's managing the
 5    restaurant?
 6             MR.  KATAEV:  Objection --
 7             THE WITNESS:  The -- the system is
 8        already in place.  The -- the restaurant
 9        is running by himself.
10    BY MR. NUSSBAUM:
11        Q    What happens if a server or a
12    busboy shows up late on a day that you're
13    not there?
14        A    Julio is the one who informing
15    me, and I will take the action the
16    following day.
17        Q    Okay.  So if there are any
18    issues that you would care about as the
19    manager, you expect Julio to inform you of
20    those issues on the days that you're not
21    present in the restaurant; right?
22             MR.  KATAEV:  Objection to form.
23             THE WITNESS:  Correct.
24             THE REPORTER:  I'm sorry.  I need you
25        to slow down, everyone, a bit.
```

```
                                          Page 26
 1                      J. PALIKO
 2   BY MR. NUSSBAUM:
 3        Q    What was the answer?
 4             MR. KATAEV:  My objection was to
 5        form.  He can answer.
 6             MR. NUSSBAUM:  Counsel, the judge's
 7        rules are very clear.  You just say,
 8        "Objection."  You can go pull them up on
 9        your computer.  It's disrupting and
10        especially because you don't speak near
11        the microphone.
12             And it makes it -- it interferes with
13        the deposition.  Just say, "Objection,"
14        and your objection's noted.  And you'll do
15        whatever you want with it at a later date.
16        You don't need to say anything else.
17             Then you could go read Judge
18        Subramanian's rule.  That's what it says
19        you need to do.
20             MR. KATAEV:  I think you need to read
21        the rule.
22             MR. NUSSBAUM:  I'm going to enforce
23        it.
24             MR. KATAEV:  I think you need to read
25        the rule, because it says "Objection,
```

```
                                            Page 27
 1                    J. PALIKO
 2      form" is permitted.  You could look it up
 3      now.
 4           MR. NUSSBAUM:  Yeah, but you -- every
 5      time you say, "Objection, form.  You may
 6      answer," it slows down and jams up the
 7      deposition.  He does not let you say, "You
 8      may answer"; okay?
 9           And the witness has now been
10      instructed two or three times that he may
11      answer.
12           MR. KATAEV:  Okay.
13           MR. NUSSBAUM:  He's got it.  He seems
14      to be understanding everything else.
15           MR. KATAEV:  I'll say, "Objection,
16      form."  No problem.  Go ahead.  Proceed
17      with your deposition.
18           THE REPORTER:  I don't believe we
19      have an answer to that last question.
20           MR. NUSSBAUM:  Yeah.  Can you read
21      the last question, please?
22           THE REPORTER:  Yes.  Give me one
23      moment to go back.
24           (The reporter repeated the
25            record as requested.)
```

```
                                              Page 28
 1                        J. PALIKO
 2            THE WITNESS:  Correct.
 3  BY MR. NUSSBAUM:
 4      Q    Are you familiar with the food
 5  service employees at the restaurant?
 6      A    Sorry.  I didn't understand your
 7  question.  Could you repeat?
 8      Q    Sure.  Are you familiar with the
 9  specifics of the food service employees'
10  employment with Osteria La Baia?
11      A    Yes, I am.
12      Q    You're their boss; right?
13      A    Yes --
14      Q    And you were hired by --
15            THE REPORTER:  I'm sorry?
16  BY MR. NUSSBAUM:
17      Q    I'm sorry.  Go ahead.
18      A    I don't consider myself boss.
19  I'm just the general manager.
20      Q    Okay.  So who's the boss?
21      A    I -- I'm not the right person
22  to -- to tell you that.  The owner is
23  Marianna.  Director, operation, it's
24  Robert.  And I'm the general manager.
25            THE REPORTER:  And just slow down,
```

```
                                          Page 29
 1                      J. PALIKO
 2        everyone, in their speech, please, going
 3        forward, so I can hear you more clearly.
 4   BY MR. NUSSBAUM:
 5        Q     The food service employees
 6   report to you; right?
 7        A     Correct.
 8        Q     Okay.  You interview them?
 9        A     I did.
10        Q     And you hire them?
11        A     I did.
12        Q     And you're responsible for
13   terminating them if there's a problem with
14   them?
15        A     I am.
16        Q     Okay.  Has Robert ever
17   participated in an interview of a food
18   service employee with you?
19        A     Never.
20        Q     Okay.  Have you ever discussed
21   hiring a food service employee with
22   Robert?
23        A     No.
24        Q     Have you ever discussed
25   terminating a food service employee with
```

```
                                          Page 30
 1                         J. PALIKO
 2     Robert?
 3          A     No.
 4          Q     Have you ever terminated a food
 5     service employee?
 6          A     I did.
 7          Q     Okay.  And did you discuss it
 8     with anyone before firing them?
 9          A     No.
10          Q     You didn't consult with anyone?
11          A     No.
12                MR. KATAEV:  Objection to form.
13     BY MR. NUSSBAUM:
14          Q     Okay.  Now, the food service
15     employees at Osteria La Baia are
16     bartenders, servers, bussers, and runners;
17     right?
18                MR. KATAEV:  Objection, form.
19                THE WITNESS:  And bartenders.
20     BY MR. NUSSBAUM:
21          Q     And any other position?
22          A     No.
23          Q     And all those food service
24     employees, they all participate in a tip
25     pool together?
```

```
                                      Page 31

 1                        J. PALIKO

 2      A     Correct.

 3      Q     Okay.  Who created the tip pool

 4  at Osteria La Baia?

 5      A     This has been created from

 6  before.  I just -- I just took over

 7  the -- the system.

 8      Q     Okay.  How are the shares of the

 9  tip pool divided?

10      A     Based on the position of the

11  employees.

12      Q     Can you describe it for me in

13  specifics?

14      A     Sure.  The server has one point

15  and the bartender the same one point.  The

16  food runner has 0.7, and the busser has

17  0.6.  The system --

18            THE REPORTER:  Wait, wait, wait.

19      Food runner has --

20            THE WITNESS:  0.7, and the busser's

21      0.6.  The --

22  BY MR. NUSSBAUM:

23      Q     Okay.  And who determined -- I'm

24  sorry.  Go ahead.

25      A     The system is created in Toast,
```

```
 1                    J. PALIKO
 2   who is making the calculation for --
 3       Q    Who decided on the point values
 4   for each of the position?
 5       A    Has been created from
 6   before -- before I took over.
 7       Q    Okay.  Was there ever a time
 8   that the tips were apportioned based off
 9   of the amount of time that employees
10   worked each shift?
11       A    Like, based on time, how many
12   hours they work?
13       Q    Yeah.
14       A    Yeah.  It's still -- it's
15   still -- that is the system.  It's based
16   on the position and how many hours they
17   work proportionally --
18            THE REPORTER:  I'm sorry.
19       Proportionally --
20            THE WITNESS:  With the hours worked.
21   BY MR. NUSSBAUM:
22       Q    Okay.  So if a -- if two servers
23   worked the same shift but one of them
24   worked six hours and the other one worked
25   three hours, would the one who worked
```

```
                                              Page 33
 1                    J. PALIKO
 2    three hours receive half of the amount of
 3    tips of the one that worked six hours?
 4        A    It's -- it's a calculation made
 5    by the Toast.  I cannot tell you accurate.
 6    I don't want to tell you something wrong.
 7        Q    Okay.  Who input that
 8    calculation into the Toast system?
 9        A    That is automatically doing the
10    Toast, based on the input of the timing,
11    which is made by the front of the house.
12        Q    Well, the people at Toast didn't
13    decide how to divide Osteria La Baia's tip
14    pool; right?
15            MR. KATAEV:  Objection, form.
16            THE WITNESS:  Toast has a few options
17        for the -- for the pool, and the
18        management is the one who choose which
19        one.  It's more convenient.
20            And this, as I mentioned before, had
21        been chose from the management before, and
22        I just took over the system.
23    BY MR. NUSSBAUM:
24        Q    Are there any other tip pools
25    other than the one we've been discussing
```

```
                                        Page 34
 1                        J. PALIKO
 2   at Osteria La Baia?
 3        A    No.  This is the only one.
 4        Q    Okay.  And all the employees in
 5   the tip pool are subject to the same
 6   policies with respect to the tip pool;
 7   correct?
 8             MR. KATAEV:  Objection --
 9             THE WITNESS:  Correct.
10             THE REPORTER:  Repeat your answer.
11   BY MR. NUSSBAUM:
12        Q    What's the answer?
13        A    Correct.
14        Q    What are your job functions as
15   the general manager at Osteria La Baia?
16        A    Here, I have -- actually, my
17   responsibilities are hiring, inventories,
18   scheduling, updating the wine program and
19   the bar program, keeping a good relation
20   with the vendors.  Also coaching and
21   training my staff.
22        Q    Isn't it true that Julio Perez
23   is involved in scheduling as well?
24             MR. KATAEV:  Objection to form.
25             THE WITNESS:  Never.
```

```
                                          Page 35

 1                      J. PALIKO
 2   BY MR. NUSSBAUM:
 3        Q    Never?  He doesn't message --
 4             THE REPORTER:  Your answer -- going
 5        too quickly.
 6             MR. NUSSBAUM:  It was "Never."
 7             THE WITNESS:  He's not involved, and
 8        I -- I'm the only one who's doing the
 9        schedule.
10   BY MR. NUSSBAUM:
11        Q    Okay.  Isn't it true that
12   employees at Osteria La Baia text message
13   with Julio about their schedule?
14        A    No.
15        Q    Would it surprise you,
16   especially since you reviewed Robert's
17   transcript, that he testified that Julio
18   participates in scheduling employees?
19             MR. KATAEV:  Objection, form.
20             THE WITNESS:  As I mentioned before,
21        I'm the one who -- I'm charged with front
22        of the house.  And Robert also, he doesn't
23        know all the details.
24             THE REPORTER:  One moment.  Mr.
25        Kataev, you're joining from another
```

```
                                      Page 36
 1                    J. PALIKO
 2      account?
 3            MR. KATAEV:  From computer, and I'm
 4      going to jump off this.  But we can
 5      proceed and do that at a later time if we
 6      don't want to stop.
 7            THE REPORTER:  Do you want me to
 8      admit you?
 9            MR. KATAEV:  Either way is fine.
10      Whatever Joe wants.
11            MR. NUSSBAUM:  We'll proceed.
12  BY MR. NUSSBAUM:
13      Q    What was your job as assistant
14  general manager?
15      A    Actually, as a -- I was doing
16  the same.  I -- I was not doing the hiring
17  of the people.  I was still involved in
18  the inventory, training of the people, but
19  the general manager was doing the hiring.
20      Q    Okay.  And what was your job as
21  floor manager?
22      A    As a floor manager, I was on the
23  floor, taking care of the service,
24  touching the tables, and to be sure
25  everything is seamless.
```

```
                                          Page 37
 1                     J. PALIKO
 2              THE REPORTER:  Mr. Paliko, can you
 3          speak up and try to speak more clearly
 4          just so I can hear you?  You're mumbling a
 5          bit.  Thank you.
 6              THE WITNESS:  Sure.
 7              As a floor manager, I used to be on
 8          the floor, taking care of the service,
 9          touching the tables, also dealing with the
10          complaints, and the same time, I was doing
11          the training of the -- of the staff.
12     BY MR. NUSSBAUM:
13          Q    Okay.  So why is it that Osteria
14     La Baia didn't need to have a floor
15     manager after you were promoted to
16     assistant general manager?
17              MR. KATAEV:  Objection, form.
18              THE WITNESS:  I have no answer for
19          that.  Probably the director, operations
20          saw that I can handle everything, and he
21          decided to be the only one, looking into
22          my performance.
23     BY MR. NUSSBAUM:
24          Q    So do you continue to touch
25     every table and do all the same things you
```

```
                                        Page 38
 1                       J.  PALIKO
 2    described that you did when you were the
 3    floor manager?
 4         A     I do.
 5         Q     Now, all the food service
 6    employees, the tipped employees that we
 7    described earlier, they're all paid
 8    according to the New York State tip credit
 9    wage; right?
10         A     Correct.
11               MR. KATAEV:  Objection, form.
12    BY MR. NUSSBAUM:
13         Q     That policy applies equally to
14    all of them?
15               MR. KATAEV:  Objection, form.
16               THE WITNESS:  Yes.
17    BY MR. NUSSBAUM:
18         Q     Okay.  Whose decision was it to
19    pay them that wage rate?
20         A     The same.  Was the system
21    created from before, and I just took it
22    over.
23         Q     Do -- withdrawn.
24               Does Osteria La Baia provide
25    written notice to the tipped food service
```

```
                                        Page 39
 1                    J. PALIKO
 2   employees before it pays them according to
 3   the tip credit minimum wage?
 4        A    Yes.
 5        Q    Do you have any evidence of
 6   that?
 7        A    Yes.
 8        Q    What evidence do you have?
 9        A    All the time when I do the
10   hiring, I -- I give them the -- the notice
11   of the pay rate and everything.  I go over
12   all the requirements to be sure we are in
13   accordance with the federal law and state.
14        Q    Do you give them something in
15   writing?
16        A    Yes.
17        Q    And do they sign it?
18        A    Yes.
19        Q    And does Osteria La Baia keep
20   it?
21        A    Yes.
22        Q    And you've been doing that as
23   long as you've been working as a floor
24   manager; is that your testimony?
25        A    No.  Only since I am GM.
```

```
                                            Page 40
 1                       J. PALIKO
 2       Q    So since September 2024?
 3       A    Correct.
 4       Q    Okay.  Do you know that as part
 5   of this lawsuit, the plaintiffs requested
 6   certain documents from Osteria La Baia?
 7       A    No.
 8       Q    You don't know that?
 9       A    No.
10       Q    Were you involved at all in
11   giving Osteria La Baia's lawyers documents
12   related to this lawsuit?
13       A    No.  I never been involved.
14       Q    Do you know if anyone else at
15   the restaurant was?
16       A    I have no information about
17   that.
18       Q    So you're saying you have those
19   documents, and if Osteria La Baia wanted
20   to, they could give them to me; is that
21   true?
22            MR. KATAEV:  Objection, form.
23            THE WITNESS:  Yes, since I took over
24       from September 2024.
25   //
```

```
                                        Page 41
 1                      J. PALIKO
 2   BY MR. NUSSBAUM:
 3       Q    Do you know prior to 2024 if
 4   Osteria La Baia gave those written notices
 5   to people?
 6       A    I have no information, because I
 7   was not the one doing the hiring.
 8           MR. NUSSBAUM:  All right.  For the
 9       record, Counsel, you're entering a
10       sanctionable zone here.  We asked for a
11       witness today for the second time who was
12       able to testify about the documents that
13       Defendants provided.
14           He's saying that he can't testify
15       about the documents from before the time
16       that he was general manager.  And so
17       what's the story here?  Did you prepare
18       this witness or not?
19           MR. KATAEV:  The witness is prepared
20       to answer your questions about documents.
21       Please proceed with your deposition.  You
22       can make whatever motion appropriately.
23           MR. NUSSBAUM:  Okay.  Yeah.  I'll ask
24       him again.
25   //
```

Page 42

1                    J. PALIKO

2   BY MR. NUSSBAUM:

3        Q    In 2023, did Osteria La Baia

4   give the tipped food service employees a

5   written notice that they were paying them

6   according to a tip credit?

7        A    I was not doing the hiring, and

8   I don't have that information.

9        Q    Okay.  How about in 2022?

10       A    I don't have that information.

11       Q    How about in 2021?

12       A    I was not at La Baia.

13       Q    So do you know if Osteria La

14   Baia provided those documents to the

15   tipped employees?

16       A    I don't have that information.

17   I don't want to tell you something wrong,

18   which I don't know.

19            MR. NUSSBAUM:  So Topic Number 16 in

20       the notice of deposition asks for a

21       witness that can testify about

22       "employment-related documents that

23       Defendant provided to putative class

24       members during the liability period."

25            THE REPORTER:  Wait.  Can you repeat

```
                                          Page 43

 1                        J. PALIKO
 2      that, the -- "Defendant provided to" --
 3           MR. NUSSBAUM:  "Putative class
 4      members during the liability period."
 5           This witness has just testified that
 6      he cannot testify about whether or not
 7      Osteria La Baia provided those documents
 8      in 2021, 2022, and 2023.
 9           And therefore this witness is not
10      prepared to testify in accordance with the
11      notice that we served.
12           MR. KATAEV:  Do you have another
13      question?
14           MR. NUSSBAUM:  Mr. Kataev, what's the
15      story here?  This is the second witness,
16      and you understood the issue after the
17      last deposition.
18           MR. KATAEV:  He's prepared to testify
19      about the time period he was there.  So
20      you can ask him about 2024.  But
21      this -- you're not -- I'm not a witness,
22      and you're not deposing me.
23           You have the witness in front of you.
24      Ask your questions, and then you can make
25      whatever application you deem appropriate.
```

Page 44

                         J. PALIKO

1

2          MR. NUSSBAUM:  You're right that I'm

3    not deposing you, but you were supposed to

4    get me a witness that was supposed to be

5    able to testify in accordance with the

6    notice.

7          MR. KATAEV:  I provided you a witness

8    who can testify about it during the time

9    period he was there.  You can ask him

10   about at least --

11         MR. NUSSBAUM:  That's not -- the

12   notice doesn't limit the time period, and

13   you know that.  And so you're just playing

14   games, and so we're going to do what we

15   need to do.

16         MR. KATAEV:  I'm not going

17   to -- deposition.

18         THE REPORTER:  Sorry.

19         MR. NUSSBAUM:  Of course not.

20         THE REPORTER:  Wait.  Wait.  Slow

21   down.

22         I didn't hear that, Mr. Kataev.

23         MR. KATAEV:  I'm not going to argue

24   with you in this deposition.  Please

25   proceed with your deposition, and you can

```
                                          Page 45
 1                     J. PALIKO
 2      make whatever application you deem
 3      appropriate.
 4           MR. NUSSBAUM:  How convenient.
 5           MR. KATAEV:  I ask that you refrain
 6      from unprofessional comments and refer you
 7      to Section 1 of the judge's rules.  Stop
 8      engaging in discovery abuses.  Please
 9      proceed with your --
10           MR. NUSSBAUM:  That's quite rich,
11      coming from you.
12           Unprofessional conduct is wasting my
13      time by telling me that you're going to
14      get me a second witness in accordance with
15      the same notice and then the witness
16      openly testifying that he has not been
17      prepared, which was your obligation, to
18      testify about the things that we noticed.
19           That's unprofessional.
20           MR. KATAEV:  Okay.  Please proceed
21      with your deposition.
22           MR. NUSSBAUM:  All right.  So, you
23      know, be careful when you use the term,
24      you know, lest it come right back at you,
25      Mr. Kataev.
```

```
                                         Page 46
 1                       J.  PALIKO
 2            MR.  KATAEV:  -- your deposition.
 3   BY MR. NUSSBAUM:
 4       Q    What, if anything, has Osteria
 5   La Baia done to ensure that its
 6   compensation and tipping practices are in
 7   accordance with state and federal law?
 8            MR.  KATAEV:  Objection to form.
 9            THE WITNESS:  We are using the
10       attorney company who update us with all
11       the information, what we need to be sure
12       we are in accordance with the federal and
13       state law.
14            THE REPORTER:  Can you repeat that?
15   BY MR. NUSSBAUM:
16       Q    Which company?
17            THE REPORTER:  I didn't -- didn't
18       understand that.  "We are using the" what?
19            THE WITNESS:  The attorney company,
20       like Emanuel.  He's the one who is sending
21       me every week or on the daily basis
22       whatever I need, any updates, and to be
23       sure everything, it's in accordance with
24       the federal and state law.
25   //
```

```
                                              Page 47
 1                         J. PALIKO
 2    BY MR. NUSSBAUM:
 3        Q     When did he first start sending
 4    those to you?
 5        A     Couple of months ago.
 6        Q     Okay.  Well, prior to a couple
 7    of months ago, what did Osteria La Baia
 8    do?
 9        A     We just followed the system
10    which been created from before.
11        Q     Anything else?
12        A     No.
13        Q     Okay.  So you have no evidence
14    of any other steps that Osteria La Baia
15    took to ensure that its compensation and
16    tipping practices follow state and federal
17    law; correct?
18              MR. KATAEV:  Objection, form.
19              You can answer.
20              THE WITNESS:  We -- we had the HR
21         company in place who used to take care of
22         that.
23    BY MR. NUSSBAUM:
24        Q     What's the name of the company?
25        A     I don't have that information.
```

```
                                          Page 48
 1                      J. PALIKO
 2            MR. NUSSBAUM:  Okay.  And again, Mr.
 3        Kataev, if you could just say, "Objection
 4        to form," pursuant to the judge's rules.
 5        I'm going to ask you again for the second
 6        time.
 7            MR. KATAEV:  Yes.
 8            MR. NUSSBAUM:  Actually, third time
 9        if you count the last 30(b)(6) deposition.
10   BY MR. NUSSBAUM:
11        Q    Okay.  And other than the HR
12   company, you didn't do anything else;
13   right?
14        A    No.
15        Q    No, you did not do anything
16   else?
17        A    We didn't do anything else, no.
18        Q    I'd like to show you a document
19   that I'm going to mark as Exhibit 1 for
20   today's deposition.  It's actually a
21   spreadsheet.
22            I'll represent to you that this
23   was a spreadsheet that was produced to us
24   by Osteria La Baia in this litigation.
25   The name of the file that they produced
```

```
                                          Page 49
 1                       J. PALIKO
 2   and the way they produced it was -- or is
 3   2025.csv.
 4              (Exhibit 1 was marked for
 5              identification.)
 6              Okay.  I'm sharing my screen
 7   now.  Let me know when you see it.  Mr.
 8   Paliko, do you see the spreadsheet?
 9       A    Yeah.
10       Q    Okay.  I'll scroll through it to
11   the bottom.
12              MR. KATAEV:  While you're doing that,
13         okay if I switch to the computer so I
14         could follow along?  Because I can't see
15         it as well on my phone.
16              THE REPORTER:  Okay.
17              MR. NUSSBAUM:  With pleasure.
18              THE REPORTER:  I just admitted you.
19              MR. KATAEV:  Thank you.  I'll leave
20         from my phone and join.  Thank you.
21              Okay.  I'm ready to proceed.
22              THE REPORTER:  Wait.  Hold on.
23              MR. NUSSBAUM:  You're still in.
24         You're still --
25              MR. KATAEV:  Go ahead.  Sorry.
```

```
                                        Page 50
 1                      J. PALIKO
 2   BY MR. NUSSBAUM:
 3       Q    Mr. Paliko, do you see the
 4   spreadsheet?
 5       A    Yes.
 6       Q    Are you familiar with this
 7   record?
 8       A    I never see this one before.
 9       Q    Are you prepared to answer
10   questions about this record?
11       A    I am -- I'm looking into
12   the -- the people who used to work here,
13   and they're not familiar.  Probably this
14   has been done before I came.
15       Q    Are you prepared to answer
16   questions about this record?
17       A    Yes.
18       Q    Now, do you see on the top, on
19   Row 1, there are a bunch of words that are
20   the headers for the columns in this
21   spreadsheet?
22       A    Yes.
23       Q    Okay.  Do you see under Column
24   C, it says "Department"?
25       A    Yes.
```

```
                                              Page 51
 1                        J. PALIKO
 2        Q     And then under that, it says
 3   "BOH."  Do you see that?
 4        A     Yes.
 5        Q     What does "BOH" stand for?
 6        A     Back of the house.
 7        Q     Okay.  And then if I scroll
 8   down, it switches to "FOH."  What does
 9   "FOH" stand for?
10        A     Front of the house.
11        Q     And "front of the house" refers
12   to all the employees who serve customers
13   and receive tips?
14        A     Front of the house.  Yeah.
15        Q     Is the answer yes?
16        A     Yes.
17        Q     Okay.  And then under that,
18   there's a third section called
19   "Management."  Do you see that?
20        A     Yes.
21        Q     Okay.  So there are
22   three -- withdrawn.
23              Employees fall into one of three
24   departments at Osteria La Baia; is that
25   accurate?
```

```
                                              Page 52

 1                         J. PALIKO
 2              MR. KATAEV:  Objection, form.
 3              THE WITNESS:  Yeah.
 4    BY MR. NUSSBAUM:
 5         Q    Okay.  And in the management
 6    section, there's a person named Daniel
 7    Khaimov [ph].  Do you see that?
 8         A    Yes.
 9         Q    I'm highlighting it.  Who's
10    that?
11         A    I don't recall who is that.
12         Q    Okay.  Okay.  Going to Column B,
13    it says "Job," and then in that column,
14    focusing on the front-of-house people,
15    there are barbacks, bartenders, food
16    runners, hosts, and servers and server
17    assistants.
18              Are those all the different
19    types of jobs that work in the front of
20    the house at Osteria La Baia?
21         A    Correct.
22         Q    And do they all get tips?
23         A    Yes.
24         Q    Do the hosts get tips?
25         A    They -- and they get tips, but
```

```
                                              Page 53
 1                        J. PALIKO
 2   it's separate, is not included in the
 3   pool.  They are not servicing the guests.
 4   They are not taking orders.
 5        Q    Where do their tips come from?
 6        A    From the guests, from the coat
 7   check.
 8        Q    So if someone dines at Osteria
 9   La Baia and they get their check and they
10   leave a tip on the check, does any portion
11   of that tip go to the hosts?
12        A    I guess, but I'm not in the
13   front to see that.
14        Q    So you don't know?
15        A    I'm not sure.
16        Q    Okay.  And then the following
17   two columns are "Last Name" and "First
18   Name."  That's each employee's last name
19   and first name; right?
20        A    Yes.
21        Q    Okay.  And then going to Column
22   I and focusing on the front-of-house
23   employees, Column I says "Earning."
24             THE REPORTER:  I'm sorry.  Says what?
25             MR. NUSSBAUM:  "Earning,"
```

```
                                    Page 54
 1                   J. PALIKO
 2       E-A-R-N-I-N-G.
 3   BY MR. NUSSBAUM:
 4       Q    And then in that section, there
 5   are different delineations for the
 6   front-of-house employees.
 7            For example, we see for a
 8   barback named Samet, S-A-M-E-T, Karagoz,
 9   K-A-R-A-G-O-Z, that they had "Cash
10   Gratuity," "Cash Tips Owed" -- I'm sorry,
11   "Cash Gratuities Owed" first and "Cash
12   Tips Owed," then "Gratuity," then
13   "Overtime," then "Regular," then "Spread
14   of Hours," and then "Tips Owed."
15            Do you see those descriptions
16   that I'm highlighting there?
17       A    Yes.
18       Q    Could you -- starting from the
19   first one, can you tell me what "Cash
20   Gratuities Owed" is?
21       A    Cash gratuity, it's -- cash
22   gratuity is the -- the tips, what the
23   people leave on the checks.
24       Q    Okay.  And so what are "Cash
25   Tips Owed"?
```

```
                                      Page 55
 1                    J. PALIKO
 2        A    Cash tips is the -- on the cash,
 3    what they -- what they leave, the cash
 4    tips, what they declare end of the night.
 5        Q    Can you explain, too, the
 6    difference between "Cash Gratuities Owed"
 7    and "Cash Tips Owed"?
 8        A    I'm -- I know for sure -- I want
 9    to tell you what I know for sure.  The
10    "Cash Tips Owed" is the cash, what they
11    declare end of the night.  I saw here is
12    gratuity also.  That -- let me see.
13    Gratuity.
14            That can be from the event or
15    can be from the front of the house.
16        Q    And so that -- those are cash
17    tips that customers left that the
18    front-of-house employee declares?
19        A    Yes.  Correct.
20        Q    Okay.  And then what's
21    "Gratuity," the third one?
22        A    Gratuity is the -- is the tips,
23    what the -- the guests leave on the
24    checks, which is not cash.
25        Q    Okay.  And the next line says
```

```
                                            Page 56
 1                    J. PALIKO
 2    "Overtime."   What's overtime?
 3         A    Okay.  Overtime -- if they work
 4    more than 40 hours, they go to overtime.
 5         Q    Okay.  And then the next
 6    category is "Regular."  What does that
 7    mean?
 8         A    I -- I guess -- I'm not sure
 9    that -- those are the regular hours which
10    they work, paid for the regular hours.
11         Q    But you're not sure; is that
12    your testimony?
13         A    Just give me a second.  Let
14    me -- best of my memory I believe is that.
15         Q    Okay.  What's "Spread of Hours"?
16         A    I -- I don't have that
17    information for you.
18         Q    Okay.  Then the next one, what's
19    "Tips Owed"?
20         A    I see zero.  I don't have that
21    information.
22         Q    Okay.  Going back to the top,
23    the next column is Column J.  It says
24    "Hours."  Do you see that?
25         A    Yeah.
```

```
                                    Page 57
 1                    J. PALIKO
 2      Q    And then the next one is
 3   "Amount"?  Column K is "Amount"?
 4      A    Yes.
 5      Q    Okay.  So going back to Samet
 6   Karagoz, for overtime, under the "Hours"
 7   column, it says "17.15."  That means that
 8   he was paid for 17.15 hours of overtime?
 9           MR. KATAEV:  Objection, form.
10           THE WITNESS:  I'm not sure about
11      that.  All this information is -- is
12      pulled from the payroll, which, as I
13      mentioned before, it's submitted by
14      Stephanie.
15   BY MR. NUSSBAUM:
16      Q    Okay.  Going to the next line,
17   where it says "Regular" in Column I, in
18   Column J, it says -- again, in Column J,
19   it says "738.91."  Do you see that?
20      A    Yeah.
21      Q    That -- it means that Mr.
22   Karagoz was paid for 738.91 regular hours?
23      A    I don't have that information.
24      Q    Who's familiar with these
25   spreadsheets at Osteria La Baia?
```

```
                                              Page 58
  1                    J. PALIKO
  2       A     Stephanie is the one who -- who
  3   is more familiar with the -- with the
  4   payroll.  All this information is pulled
  5   out from the payroll.
  6              MR. NUSSBAUM:  For the record,
  7         we -- this is our second 30(b)(6)
  8         deposition with the same notice.
  9              One of the reasons we had to call a
 10         second witness was because the first
 11         witness was not able to testify about the
 12         payroll records, specifically these types
 13         of spreadsheets that were produced by
 14         Defendants in this lawsuit.
 15              And so we asked for this
 16         witness -- for a witness that could
 17         testify about these spreadsheets.  We met
 18         and conferred with Defense Counsel between
 19         the first 30(b)(6) deposition and this
 20         30(b)(6) deposition.
 21              He told us he would get us a witness
 22         who could testify about the spreadsheets
 23         and payroll records that were produced by
 24         Defendants in this case.
 25              This witness is not even inadequately
```

Page 59

1                    J. PALIKO
2      prepared, but not prepared at all to
3      testify about the specific things that we
4      met and conferred and told Defense Counsel
5      we needed a witness about.
6           And so we're going to, again, keep
7      this deposition open for a witness who can
8      testify about the things that we need.
9           And we will reserve our right to seek
10     sanctions for Defendants' continued
11     conduct of not preparing their 30(b)(6)
12     witnesses to testify about the most basic
13     records in a wage and hour lawsuit.
14          MR. KATAEV:  I prepared a witness who
15     has provided you answers on some of the
16     subjects you asked about.  Please proceed
17     with your deposition, and we can figure
18     this out after the deposition.
19          MR. NUSSBAUM:  Yeah, like last time.
20     Last time -- we could figure this out
21     after, and apparently, we didn't figure it
22     out.  You said you figured it out.  You
23     made us believe that you figured it out.
24          You cost us time and money preparing
25     for today's deposition again, re-preparing

```
                                          Page 60
 1                      J.  PALIKO
 2        after we had already prepared once, and
 3        getting another court reporter and losing
 4        time that could be spent on other matters.
 5             And it's clear from the record that
 6        this witness cannot testify about this
 7        stuff.
 8   BY MR. NUSSBAUM:
 9        Q    Mr. Paliko, you're just not
10   familiar with this spreadsheet at all;
11   right?
12             MR. KATAEV:  Objection, form.
13             THE WITNESS:  As I mentioned before,
14        this spreadsheet is pulled out from
15        the payroll.
16   BY MR. NUSSBAUM:
17        Q    Right.  But before I showed it
18   to you at today's deposition, you've never
19   seen it before.  That was your testimony;
20   right?
21             MR. KATAEV:  Objection, form.
22             THE WITNESS:  I saw it, but I never
23        go into details to see what is the meaning
24        of each number or each column.
25   //
```

```
                                          Page 61
 1                       J. PALIKO
 2    BY MR. NUSSBAUM:
 3        Q    Mr. Paliko, you testified about
 4    20 minutes ago that you've never seen it
 5    before.  So which one is it?
 6              MR. KATAEV:  Objection, form.
 7              THE WITNESS:  There are hundreds of
 8         spreadsheets like this.  Probably if you
 9         work in my place, you will know those one.
10         But no one is the same.  This is why I'm
11         telling you --
12    BY MR. NUSSBAUM:
13        Q    Okay.  But you can't -- I'm
14    sorry.  You're telling me what?
15        A    As I mentioned before, this is
16    from the payroll.  This is not something,
17    what is in my job responsibility.
18        Q    But -- and you can't tell me
19    what the meaning is of the numbers in
20    Column J; right?
21              MR. KATAEV:  Objection, form.
22              THE WITNESS:  I can tell you what I
23         believe, but this doesn't mean it's right
24         or it's accurate a hundred percent.
25    //
```

```
                                        Page 62
 1                    J. PALIKO
 2   BY MR. NUSSBAUM:
 3        Q    Okay.  And you can't tell me
 4   what the meaning is of the numbers in
 5   Column K, either; right?
 6             MR. KATAEV:  Objection, form.
 7             THE WITNESS:  No.
 8   BY MR. NUSSBAUM:
 9        Q    What was the answer?
10        A    I don't have that information
11   for you.
12        Q    Okay.  How about Column L?
13             MR. KATAEV:  Objection to form.
14             THE WITNESS:  I don't have that
15        information.
16   BY MR. NUSSBAUM:
17        Q    All right.  How about Column M?
18             MR. KATAEV:  Objection --
19             THE REPORTER:  Repeat your answer.
20             THE WITNESS:  The last column, the M
21        looks like the hours worked, total hours
22        worked, as I see here.
23   BY MR. NUSSBAUM:
24        Q    Now, are you guessing, or you're
25   prepared to testify as a fact?
```

```
                                              Page 63
```

```
 1                         J. PALIKO
 2              MR. KATAEV:  Objection, form.
 3              THE WITNESS:  No, I'm not sure.   I
 4       don't have that.
 5   BY MR. NUSSBAUM:
 6       Q    Okay.  Now, I'm going to
 7   represent to you that Osteria La Baia has
 8   produced four other spreadsheets like this
 9   for -- that are called 2021, 2022, 2023,
10   and 2024.
11              And they follow the same exact
12   headers as those that we're seeing here.
13   Just so we're clear, you can't tell me
14   what Columns J, K, L, and M mean in those
15   spreadsheets, either; right?
16       A    I don't have that information.
17       Q    You don't have the information
18   to testify about them; right?
19       A    I'm not sure.  I don't want to
20   tell you something wrong.
21       Q    You're not sure about what?
22       A    What those -- what the -- the
23   meaning of those numbers.
24       Q    Right.  So -- and I'm saying and
25   that's true for all the other spreadsheets
```

```
                                    Page 64

 1                    J.  PALIKO
 2    that look just like this; right?
 3         A    Depends.  Depends.  I'm talking
 4    specifically about this one.
 5         Q    Okay.  So I'll show you all of
 6    them.
 7              MR. KATAEV:  Let the record reflect
 8         that the attorney laughed at the witness
 9         during the deposition.  He was sighing.  I
10         would ask that the --
11              MR. NUSSBAUM:  I can't hear you.
12              MR. KATAEV:  Let the record
13         reflect --
14              MR. NUSSBAUM:  Can't hear you.  I
15         don't hear --
16              MR. KATAEV:  Let the record reflect
17         that the attorney questioning the witness
18         is laughing at the witness during the
19         deposition and sighing.
20              I would just ask that the attorney
21         representing the witness conduct himself
22         professionally, ask the questions at the
23         deposition, and conclude the deposition.
24         Thank you.
25              MR. NUSSBAUM:  All right.  Let the
```

```
 1                    J. PALIKO
 2       record reflect that that is completely
 3       made up by Mr. Kataev, the same way he
 4       made up that he was going to get us a
 5       witness today that was prepared to testify
 6       about the topics in the 30(b)(6) notice.
 7            You don't get to just say whatever
 8       you want and say "for the record" before
 9       it and just spew whatever you want, Mr.
10       Kataev.  Please spare us.
11            MR. KATAEV:  Please proceed with your
12       deposition.
13            MR. NUSSBAUM:  You're -- I got you.
14       You've told me about 20 times in the three
15       depositions in this case that -- please
16       proceed with my deposition.  I understand
17       that you would like me to proceed with my
18       deposition.
19            You don't need to keep saying it;
20       okay?  Nobody asked you.  It's my
21       deposition.  We scheduled it.  I'm happy
22       to proceed with it.  I don't need you to
23       keep saying it.  It's kind of obnoxious.
24  BY MR. NUSSBAUM:
25       Q    I'm going to show you a document
```

```
                                            Page 66
 1                    J. PALIKO
 2   that I'm marking as Plaintiff's Exhibit 2.
 3   This is another spreadsheet.
 4           I'll represent to you that this
 5   spreadsheet was produced to Plaintiffs by
 6   Osteria La Baia and that it had a
 7   file -- or has a file name of 2024.csv.
 8   Do you see the spreadsheet?
 9           (Exhibit 2 was marked for
10           identification.)
11       A    Yes.
12       Q    Okay.  And do you see Columns J,
13   K, L, and M?
14       A    Yes.
15           MR. KATAEV:  Objection, form.
16   BY MR. NUSSBAUM:
17       Q    And do you see the --
18           MR. NUSSBAUM:  What's the objection?
19           MR. KATAEV:  Form.
20   BY MR. NUSSBAUM:
21       Q    Okay.  Do you see Columns J, K,
22   L, and M?
23           MR. KATAEV:  Objection, form.
24           THE WITNESS:  Yes.
25   //
```

Page 67

```
 1                        J. PALIKO
 2   BY MR. NUSSBAUM:
 3       Q    Okay.  And those columns have
 4   the same headers as the spreadsheet we saw
 5   in Exhibit 1; right?
 6       A    Yeah.
 7       Q    And you're not prepared to
 8   testify about the information -- the
 9   numbers that are under these headers;
10   right?
11            MR. KATAEV:  Objection, form.
12            THE WITNESS:  No, I'm not.
13   BY MR. NUSSBAUM:
14       Q    Okay.  Nobody prepared you to
15   testify about payroll records today;
16   right?
17            MR. KATAEV:  Objection, form.
18            THE WITNESS:  Yes.  I've been
19       prepared.  But this for me looks
20       different, spreadsheet.
21   BY MR. NUSSBAUM:
22       Q    Okay, Mr. Paliko.  Why don't you
23   tell me which payroll records you were
24   prepared to testify about today?
25       A    As I mentioned before, this is
```

```
                                         Page 68
 1                    J. PALIKO
 2   not part of my job.
 3        Q    Please answer my question.
 4   Which payroll records are you prepared to
 5   testify about today?
 6        A    I have no information about this
 7   spreadsheet.
 8        Q    You're not answering my
 9   question.  I'm asking you what payroll
10   records are you prepared to testify about
11   today?
12        A    Sorry.  I don't understand your
13   question.
14        Q    Okay.  You said a minute ago
15   that there are other payroll records that
16   you are prepared to testify about; right?
17        A    There are some of the extract
18   from the payroll, which I'm familiar, but
19   not with this one.
20              THE REPORTER:  Repeat that.
21   BY MR. NUSSBAUM:
22        Q    What kind of record?
23              THE REPORTER:  I didn't hear that.
24         There are some of the extra --
25              THE WITNESS:  It's some of the -- the
```

```
                                               Page 69
 1                        J.  PALIKO
 2          data which is coming from the payroll,
 3          actually, the -- the hours.  And here on
 4          the -- every day, I am doing the --
 5                Actually, I'm extracting from -- from
 6          the Toast the calculation of the tips,
 7          which I'm sending on the daily basis for
 8          the staff, to be transparent.
 9                And they can see the hours, and they
10          can see how much they make.  That is
11          something which I'm doing, and I'm
12          familiar with that.
13    BY MR. NUSSBAUM:
14          Q     And what's the name of that
15    record?
16          A     If you go to Toast, you will
17    find them under the tip management.
18          Q     Okay.  Which records that
19    Defendants produced in this lawsuit are
20    you prepared to testify about?
21          A     We can talk about Julio as the
22    head server and also about the events,
23    the -- the charge of the events.
24          Q     Which payroll records that were
25    produced in this lawsuit are you prepared
```

```
                                          Page 70
 1                      J. PALIKO
 2   to testify about?  You're not answering my
 3   question.
 4        A    I'm -- I'm not familiar with the
 5   spreadsheet.
 6        Q    All right.  Which -- besides for
 7   these spreadsheets -- I'm not asking you
 8   about these spreadsheets; is that clear?
 9   Okay?
10        A    Yes.
11        Q    Okay.  Besides for these
12   spreadsheets, which records that were
13   produced by Osteria La Baia are you
14   prepared to testify about?
15             MR. KATAEV:  Objection, form.
16             THE WITNESS:  Sorry.  I didn't
17        understand your question.
18   BY MR. NUSSBAUM:
19        Q    Which part don't you understand?
20        A    What -- what would you like me
21   to -- to testify?
22        Q    Yeah.  Which payroll
23   records -- withdrawn.
24             Did you review any payroll
25   records in preparation for today's
```

```
                                          Page 71
 1                      J. PALIKO
 2   deposition?
 3        A    I haven't reviewed any payroll
 4   records.
 5        Q    Okay.  Are you at all familiar
 6   with what records or documents Osteria La
 7   Baia produced to Plaintiffs in this case?
 8             MR. KATAEV:  Objection, form.
 9             THE WITNESS:  I'm not.
10   BY MR. NUSSBAUM:
11        Q    You're not.  Okay.
12             MR. NUSSBAUM:  And just for the
13        record, the 30(b)(6) notice that we
14        served, for which Defendants did not
15        produce a witness last time we met and
16        appear to have done the same thing again
17        today, asked --
18             The last topic asked for a witness
19        who could testify about "the nature and
20        function of all documents produced by
21        Defendant in discovery in this action."
22        This witness is not prepared to do that.
23             MR. KATAEV:  Do you have any further
24        questions for --
25             THE REPORTER:  Can't hear you.
```

Page 72

```
 1                        J. PALIKO
 2            MR. KATAEV:  Do you have any further
 3        questions for the witness?
 4            MR. NUSSBAUM:  Do you want me to
 5        proceed with the deposition?
 6            MR. KATAEV:  Yes, please.
 7            MR. NUSSBAUM:  Okay.  Great.
 8   BY MR. NUSSBAUM:
 9        Q    Mr. Paliko, I'm showing
10   you -- I'm sharing my screen with you.
11   I'm showing you a document, which is
12   another spreadsheet, that I'm marking as
13   Plaintiff's Exhibit 3.
14            I'll represent to you that this
15   is a spreadsheet that was produced to the
16   plaintiffs by Osteria La Baia.  It had a
17   file number -- it has a file number of
18   2023.csv.  Do you see the spreadsheet on
19   your screen?
20            (Exhibit 3 was marked for
21            identification.)
22        A    Yes.
23        Q    Okay.  And do you see that
24   Columns J, K, L, and M have the same
25   headers as the previous two spreadsheets
```

```
                                          Page 73
 1                      J. PALIKO
 2   we looked at?
 3        A    Yes.
 4        Q    Okay.  And you are not able to
 5   tell me what the numbers under those four
 6   headers mean; right?
 7             MR. KATAEV:  Objection to form.
 8             THE WITNESS:  No.
 9   BY MR. NUSSBAUM:
10        Q    Okay.
11        A    I'm not.
12        Q    Okay.  And I have the same thing
13   for 2022 and 2021.  You're not able to
14   tell me what the information in those
15   spreadsheets mean; right?
16             MR. KATAEV:  Objection --
17             THE WITNESS:  I'm not.
18   BY MR. NUSSBAUM:
19        Q    What was the answer?
20        A    I'm not.
21        Q    Bear with me for a moment,
22   please.  Mr. Paliko, how much are the
23   tipped employees paid for overtime hours
24   they work this year at Osteria La Baia?
25             MR. KATAEV:  Objection to form.
```

```
                                              Page 74
 1                       J. PALIKO
 2            THE  WITNESS:   Are  you  talking  about
 3       front of the house?
 4   BY MR. NUSSBAUM:
 5       Q     Yeah.   The  front-of-house  tipped
 6   employees.
 7       A     24.75.
 8       Q     Okay.   And  how  long  has  it  been
 9   that way, that that's what they were paid?
10       A     Since  I  took  over  as  the  general
11   manager, as I know.   Probably this was
12   from before.   I just took over.
13       Q     So  if  I  reviewed  the  paychecks
14   of the tipped employees at Osteria La Baia
15   for 2025, I would see that when they
16   worked overtime, they were paid $24.75?
17       A     Correct.
18       Q     All  the  time?
19            MR.  KATAEV:   Objection  to  form.
20            THE  WITNESS:   I  believe  so.
21   BY MR. NUSSBAUM:
22       Q     Yeah.   I  want  to  remind  you
23   you're under oath.   Do you understand
24   that?
25       A     Yeah.
```

```
                                    Page 75

 1                      J. PALIKO
 2           MR. KATAEV:  Objection to form.
 3   BY MR. NUSSBAUM:
 4       Q    Yeah.  Okay.  Now, does Osteria
 5   La Baia know that it's illegal to have a
 6   convicted felon working in an
 7   establishment that sells liquor?
 8           MR. KATAEV:  Objection, form.
 9           THE WITNESS:  I don't -- I don't
10       understand your question.
11   BY MR. NUSSBAUM:
12       Q    Do you know what a convicted
13   felon is?
14       A    I know --
15           MR. KATAEV:  Objection.
16   BY MR. NUSSBAUM:
17       Q    Do you know what an
18   establishment that sells liquor is?
19       A    Yes.
20       Q    Do you know what the word
21   "illegal" means?
22           MR. KATAEV:  Objection, form.
23   BY MR. NUSSBAUM:
24       Q    What was the answer?
25       A    I don't have information about
```

Page 76

1                         J. PALIKO

2    it.

3         Q    Do you know what the word

4    "illegal" means?

5         A    I know.

6         Q    So which part of my question of

7    does Osteria La Baia know that it's

8    illegal to employ a convicted felon in an

9    establishment that sells liquor -- which

10   part of that question did you not

11   understand?

12              MR. KATAEV:  Objection, form.

13              THE WITNESS:  I don't have any

14       question for -- I don't have any answer

15       for that.

16   BY MR. NUSSBAUM:

17        Q    Okay.  Isn't it true that Robert

18   Petrosyants is a convicted felon?

19              MR. KATAEV:  Objection --

20              THE WITNESS:  I don't have that

21       information.

22   BY MR. NUSSBAUM:

23        Q    You don't know?

24        A    I don't have that information.

25        Q    Okay.  Have you ever Googled him

Page 77

```
 1                         J.  PALIKO
 2   before in your life?
 3             MR. KATAEV:  Objection, form.
 4             THE WITNESS:  I prefer to not answer
 5        that question.
 6   BY MR. NUSSBAUM:
 7        Q    Prefer to answer -- not answer
 8   whether or not you Googled him?  You have
 9   to answer.  Have you ever Googled him
10   before?
11        A    I don't recall that.
12        Q    You don't recall, but you're
13   sure -- you don't know that he's a
14   convicted felon; is that your testimony?
15             MR. KATAEV:  Objection to form.
16             THE WITNESS:  Is -- is not my
17        problem, his personal life.  I'm here to
18        do a job and nothing else.
19   BY MR. NUSSBAUM:
20        Q    Right.  So I'm asking you as the
21   general manager of Osteria La Baia, is
22   Osteria La Baia following the rule that
23   it's not allowed to employ a convicted
24   felon in an establishment that sells
25   liquor?
```

```
 1                      J. PALIKO
 2           MR. KATAEV:  Objection, form.
 3           THE WITNESS:  I have no answer for
 4      that question.
 5   BY MR. NUSSBAUM:
 6      Q    So that's not his personal life.
 7   That's your job as GM; right?
 8           MR. KATAEV:  Objection, form.
 9           THE WITNESS:  As a GM, I'm there to
10      be responsible of the service and to be
11      sure everything runs properly.  I'm not
12      there to analyze my supervisor or the
13      owner.  End of the day, they're the one
14      giving me the job and nothing else.
15           THE REPORTER:  Can you keep your
16      voice up and speak clearly, please?
17           THE WITNESS:  Yes.  Sorry.
18           I was mentioning I'm there to run my
19      job, not to -- to analyze who is my owner
20      or who is my supervisor.
21   BY MR. NUSSBAUM:
22      Q    Okay.  You're in charge of the
23   tipped employees at the restaurant; right?
24      A    Yes, I am.
25      Q    And they're all subject to the
```

```
                                        Page 79
 1                      J. PALIKO
 2   same payroll policies at Osteria La Baia;
 3   right?
 4        A    Yes.
 5        Q    Okay.  They're all subject to
 6   the same personnel policies at Osteria La
 7   Baia?
 8        A    Yes.
 9        Q    And in terms of documents that
10   you give tipped employees, you give the
11   tipped employees the same types of
12   documents; right?
13             There's no difference between
14   the types of documents that one employee
15   would get versus another; correct?
16        A    Correct.
17        Q    So if one employee didn't get a
18   document, then none of the employees are
19   getting a document; right?
20             MR. KATAEV:  Objection, form.
21             THE WITNESS:  I believe so.
22   BY MR. NUSSBAUM:
23        Q    But why are you saying you
24   believe so?
25             MR. KATAEV:  Objection to form.
```

Page 80

1                    J. PALIKO

2              THE WITNESS:  So far as I know, they

3         get all the documents which is needed for

4         the hiring process.

5    BY MR. NUSSBAUM:

6         Q     And as far as you know, if

7    there's a specific document that's not

8    given to one employee, that would mean

9    it's not given to any of the employees;

10   correct?

11        A     Correct.

12        Q     Now, are you familiar with the

13   wage statements that Osteria La Baia gives

14   its employees?

15        A     Yes.

16        Q     Okay.  Now, except for the name

17   and address of each employee and the

18   dollar amounts, which vary from employee

19   to employee, the actual paycheck is the

20   same for every employee; correct?

21        A     Yes.

22              MR. KATAEV:  Objection, form.

23   BY MR. NUSSBAUM:

24        Q     What's the answer?

25        A     For the front of the house?

```
                                              Page 81

 1                        J. PALIKO

 2        Q     Yes.

 3        A     Yes.

 4        Q     Okay.  There are no differences

 5   between the format or information on the

 6   paychecks that the front-of-house

 7   employees get except for the contact

 8   information and dollar amounts; right?

 9        A     Yes.

10        Q     Now, what uniform do the servers

11   wear at Osteria La Baia?

12             MR. KATAEV:  Objection, form.

13             THE WITNESS:  Black pants, white

14        shirt, and blue vest and with a tie.

15   BY MR. NUSSBAUM:

16        Q     How about the -- I'm sorry.  And

17   how about the bussers?

18             MR. KATAEV:  Objection to form.

19             THE WITNESS:  The -- they have --

20             THE REPORTER:  Wait, wait, wait,

21        wait.  Slow down, everyone.  You're

22        starting to overlap.  So there was a

23        question and then an objection.

24             MR. KATAEV:  Right.  Objection, form.

25             MR. NUSSBAUM:  There's always an
```

```
                                             Page 82
 1                        J. PALIKO
 2        objection.
 3                THE REPORTER:   I'm sorry?
 4    BY MR. NUSSBAUM:
 5        Q     What's the busser's uniform?
 6    What's the busser's uniform, Mr. Paliko?
 7        A     They have black pants, white
 8    shirt, and apron and black tie.
 9        Q     How about the runners?   How
10    about the runners?
11                MR. KATAEV:  Objection, form.
12                THE WITNESS:   The same as the busser.
13    BY MR. NUSSBAUM:
14        Q     How about the bartenders?
15        A     Same as a waiter.
16        Q     What does Julio Perez wear?
17        A     He has a suit.
18        Q     He wears a suit and a tie?
19        A     Yes.
20        Q     Why is that?
21                MR. KATAEV:  Objection, form.
22                THE WITNESS:  Because he's the head
23        server.
24    BY MR. NUSSBAUM:
25        Q     So he -- but -- he's the head
```

```
                                      Page 83
 1                     J. PALIKO
 2   server.  But he doesn't wear a server
 3   uniform; right?
 4            MR. KATAEV:  Objection, form.
 5            THE WITNESS:  As I mentioned, he's
 6        the head server, and he's wearing suit and
 7        tie.
 8   BY MR. NUSSBAUM:
 9        Q    Now, Mr. Perez, how much is he
10   paid per hour?
11            MR. KATAEV:  Objection, form.
12            THE WITNESS:  I have no information.
13        This, he negotiate with the director,
14        operation.
15   BY MR. NUSSBAUM:
16        Q    Why is it that he didn't
17   negotiate it with you?
18            MR. KATAEV:  Objection --
19   BY MR. NUSSBAUM:
20        Q    You can answer.
21        A    Because we have a budget, and
22   when I go over the budget, I have to go
23   to -- to the director of operation to see.
24   He's the one who approves that.
25        Q    Okay.  So, I mean, earlier, you
```

```
                                          Page 84
 1                           J. PALIKO
 2    testified that the director of operations
 3    has nothing to do with the tipped
 4    employees.
 5              But now you're telling me that
 6    the head waiter, who's a tipped employee,
 7    negotiated his pay rate with the director
 8    of operations; right?
 9              MR. KATAEV:  Objection, form.
10    BY MR. NUSSBAUM:
11        Q    You can answer.
12        A    As I know, yes.
13        Q    Does -- withdrawn.
14              Isn't it true that Julio Perez
15    participates in employee evaluations at
16    Osteria La Baia?
17              MR. KATAEV:  Objection, form.
18              THE WITNESS:  Yes.  Sometimes
19        he -- he participate to see --
20    BY MR. NUSSBAUM:
21        Q    What's his role?
22              THE REPORTER:  I'm sorry.  "To see
23        how" --
24              THE WITNESS:  Once in a while, he
25        participate on the -- on the evaluations
```

```
                                         Page 85

 1                        J. PALIKO

 2        to see how I'm doing that.

 3              THE REPORTER:  "How I'm doing" --

 4    BY MR. NUSSBAUM:

 5        Q    See how you're -- how --

 6              THE REPORTER:  I'm just -- I'm not

 7        hearing the end of your sentences.  "How

 8        I'm doing the" --

 9              THE WITNESS:  The evaluation.

10    BY MR. NUSSBAUM:

11        Q    Okay.  What's his role in

12    the -- in that process?

13        A    He's just assisting.  He has no

14    any role.  I'm the one who's doing the

15    evaluation.

16        Q    Assisting how?

17        A    He's sitting at the table and

18    listening in a way to see how I go about

19    the things.

20        Q    Is there anyone else who does

21    that?

22        A    Yes.  The chef.

23        Q    Who else?

24        A    The head bartender.

25        Q    Who else?
```

Page 86

                              J. PALIKO

1

2       A    My best memory, I think that's

3   it.

4       Q    Okay.  And so why do you need

5   him as part of that process?

6              MR. KATAEV:  Objection, form.

7              THE WITNESS:  Head bartender is in

8         charge with the bartenders.  I'm always

9         calling the head bartender to see what we

10        can improve.

11  BY MR. NUSSBAUM:

12       Q    Right.  My question is why is

13   Julio at the table?

14              MR. KATAEV:  Objection to form.

15              THE WITNESS:  Because he's

16        the -- he's the head waiter.

17  BY MR. NUSSBAUM:

18       Q    And so he gives you his input

19   about how waiters, bussers, runners,

20   bartenders are performing?

21       A    He's not giving me any input.

22   He's just giving me if we have any issues

23   the days when I'm not there.

24       Q    Isn't that input, Mr. Paliko?

25              MR. KATAEV:  Objection to form.

```
                                        Page 87
   1                     J.  PALIKO
   2            THE  WITNESS:   As  I  mentioned  before,
   3       the  only  days  when  I'm  not  there,  he  keep
   4       me  informed  if  we  had  some  issues.
   5   BY  MR.  NUSSBAUM:
   6       Q    How  often  do  you  do  performance
   7   evaluations?
   8       A    I'm  trying  to  do  every  six
   9   months.
  10       Q    Okay.   And  have  you  ever
  11   promoted  any  employee  at  Osteria  La  Baia?
  12       A    I  did.
  13       Q    And  isn't  it  true  that  you
  14   consulted  with  Mr.  Perez  before  promoting
  15   an  employee?
  16       A    No,  I  haven't.
  17            MR.  KATAEV:   Objection,  form.
  18            THE  WITNESS:   It's  only  my  decision.
  19   BY  MR.  NUSSBAUM:
  20       Q    Do  you  ever  give  out  any
  21   corrective  action  notices  at  Osteria  La
  22   Baia?
  23       A    I  do.
  24       Q    Okay.   And  isn't  it  --  I'm
  25   sorry?
```

```
                                        Page 88

 1                    J. PALIKO
 2      A    I did.  Sorry.  I just --
 3      Q    Isn't it true that -- okay.
 4  Isn't it true that Mr. Perez participates
 5  in the process of giving corrective action
 6  notices to people?
 7           MR. KATAEV:  Objection --
 8           THE WITNESS:  Yes, only as a witness.
 9  BY MR. NUSSBAUM:
10      Q    As a witness to what?
11           MR. KATAEV:  Objection, form.
12           THE WITNESS:  I don't know.  As a
13       manager, all the time you give a write-up,
14       you need a witness with you.  This is how
15       things work in the hotel industry, and
16       so --
17  BY MR. NUSSBAUM:
18      Q    A witness -- I'm sorry.  And
19  sometimes --
20      A    Sometimes Julio is the one,
21  sometimes the chef.  Sometimes is Natalie,
22  the event planner.  All the time, I need a
23  witness when I sit down with somebody
24  to -- to write up the person.
25           THE REPORTER:  Did you say "Natalie,
```

Page 89

```
 1                     J.  PALIKO
 2      the event planner"?
 3            THE WITNESS:  Yes.  Correct.
 4  BY MR. NUSSBAUM:
 5      Q    And isn't it true that some of
 6  Osteria La Baia's internal records, for
 7  example, the Toast record, refer to Mr.
 8  Perez as a manager?
 9      A    No.
10            MR. KATAEV:  Objection, form.
11            THE WITNESS:  As I know, he has
12      no any title as a manager, only as a
13      server.
14            MR. NUSSBAUM:  I'm going to take a
15      ten-minute break.
16            THE REPORTER:  Okay.  It's 2:21.
17      We're off the record.
18            (Off the record.)
19            THE REPORTER:  It is 2:40.  We're on
20      the record.
21  BY MR. NUSSBAUM:
22      Q    Mr. Paliko, whose decision was
23  it to make Julio the head waiter?
24            MR. KATAEV:  Objection, form.
25            THE WITNESS:  My decision.
```

```
                                              Page 90
 1                      J. PALIKO
 2    BY MR. NUSSBAUM:
 3         Q    Okay.  When did you make that
 4    decision?
 5         A    I don't recall exactly the time.
 6    I think it's more than one year.
 7         Q    And did you consult with anyone
 8    before making that decision?
 9              THE REPORTER:  Mr. Kataev, there's a
10         lot of background noise in your audio.
11         Can you close the door or somehow --
12              MR. KATAEV:  I'll mute it for now,
13         and I'll unmute if I have an objection.
14         Thank you.
15              THE REPORTER:  Go ahead with your
16         answer.
17              THE WITNESS:  Yes, I did.
18    BY MR. NUSSBAUM:
19         Q    Who did you consult with?
20         A    With the director, operation,
21    Robert.
22         Q    Robert?  And he said it was a
23    good idea?
24              MR. KATAEV:  Objection, form.
25              THE WITNESS:  As I mentioned, he gave
```

Page 91

J. PALIKO

1    me full responsibility about the front of

2    the house, and whatever I decide, more or

3    less, he agree with me.

5    BY MR. NUSSBAUM:

6        Q    How often do you speak to

7    Marianne [sic]?

8        A    Maybe once a week.

9        Q    And what do you typically speak

10   to her about?

11       A    Usually, she is asking me about

12   some invoices, or she's asked me to do

13   some booking for her and her friends.

14       Q    Does she ever ask you questions

15   about payroll?

16       A    No.

17       Q    Would it surprise you and

18   especially considering that you reviewed

19   the transcript of her deposition that she

20   said she checks with you to see that

21   payroll was run each week?

22       A    About the payroll, I'm always

23   in -- in contact with Stephanie, who is

24   the controller assistant.

25       Q    Right.  But my question is isn't

```
                                          Page 92
 1                      J. PALIKO
 2   it true that Marianna calls you, and she
 3   checks to make sure that payroll was run?
 4        A    I don't recall that.
 5        Q    Okay.  So if she testified that
 6   that's the case, that's possible?
 7        A    I don't recall that.
 8        Q    You don't recall.  Okay.  Now,
 9   are there different sections in the
10   restaurant that employees work in?
11        A    Correct.
12        Q    Okay.  How many different
13   sections are there?
14        A    Depends of the day.  Depends how
15   busy we are and how many events we have.
16        Q    Okay.  And are there better or
17   worse sections?
18        A    No.  I cannot say better or
19   worse.  Some of them, they're busier, and
20   some of them, they -- in a way, they need
21   better skills, like talking about business
22   events or bigger groups.
23        Q    Okay.  Are there sections that
24   employees prefer to work in over others?
25        A    I do rotation all the time.
```

```
1                         J. PALIKO
2        Q    Okay.  And how do you decide
3   who's going to work in which section?
4        A    Here, there are more things to
5   consider, overtime, the doubles.  Also,
6   how many reservation we have, how many
7   events.  And I know everybody's skills,
8   and this is why I'm rotating.
9             And I'm just choosing them
10  according with their skills and how busy
11  we are.
12       Q    Okay.  And isn't it true that
13  there are occasions that Julio assigns the
14  sections of the restaurant that employees
15  are going to work in?
16       A    No.  I'm the one who assign.
17       Q    Okay.  What about -- isn't it
18  true that on the days you're not in the
19  restaurant, he assigns the sections that
20  employees are going to work in?
21       A    No.  I'm the one who assigned
22  the station before -- before I'm off, and
23  I am -- I leave the floor plan in the
24  office.
25       Q    And who gives it to the
```

```
 1                        J. PALIKO
 2   employees?
 3        A     Julio.
 4        Q     At the pre-shift meeting?
 5        A     Yes.
 6        Q     On the days you're not there,
 7   he's your deputy at the restaurant;
 8   correct?
 9        A     Yes, in a way.
10             MR. NUSSBAUM:  Okay.  I have no
11        further questions for this witness other
12        than that we're keeping the deposition
13        open, because there are certain topics
14        that he was not able to testify about.
15             I thank you for your time, Mr.
16        Paliko.
17             THE WITNESS:  Thank you.
18             THE REPORTER:  Okay.  And before we
19        go off the record, Mr. Kataev, you are
20        ordering a copy of this transcript?
21             MR. NUSSBAUM:  I think -- if he can
22        hear you, we can --
23             THE REPORTER:  -- muted.
24             MR. NUSSBAUM:  He said, "One minute."
25             MR. KATAEV:  Yes.  Yes, ma'am.
```

Page 95

1                        J. PALIKO

2           MR. NUSSBAUM:  We can share it.  I

3        also need it by Friday, so --

4           THE REPORTER:  Okay.

5           MR. KATAEV:  You want to split it?

6        I'm okay with splitting.

7           MR. NUSSBAUM:  We could share the

8        order.  Yeah.

9           THE REPORTER:  All right.  It's 2:45.

10       We're off the record.

11

12           (Whereupon, at 2:45 p.m., the

13           proceeding was concluded.)

14

15

16

17       _____

18                  Janos Paliko

19    Subscribed and sworn to before me

20    this _____ day of _____, 20_____.

21

22    _____

23    Notary Public

24

25

Page 96

CERTIFICATE OF DEPOSITION OFFICER

1

2          I, TALYA BROTT, the officer before whom the

3    foregoing proceedings were taken, do hereby certify that

4    any witness(es) in the foregoing proceedings, prior to

5    testifying, were duly sworn; that the proceedings were

6    recorded by me and thereafter reduced to typewriting by a

7    qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed by

11   any of the parties to the action in which this was taken;

12   and, further, that I am not a relative or employee of any

13   counsel or attorney employed by the parties hereto, nor

14   financially or otherwise interested in the outcome of this

15   action.

16                         *Talya Brott*

17                                              TALYA BROTT

18                                    Notary Public in and for the

19                                          State of New York

20

21

22

23

24

25

Page 97

1                    CERTIFICATE OF TRANSCRIBER

2          I, AUDREY FRANKLIN, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14                                        AUDREY FRANKLIN

15

16

17

18

19

20

21

22

23

24

25

Page 98

1                           ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
2

     CASE NAME: Fernandez v. Bulldozer Hospitality Group, Et Al.
3    DATE OF DEPOSITION: 12/3/2025
     WITNESSES' NAME: Janos Paliko
4
5      PAGE    LINE (S)        CHANGE              REASON
       ____|_____|_____|_____
6
       ____|_____|_____|_____
7
       ____|_____|_____|_____
8
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                   _____
                                     Janos Paliko
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS _____ DAY OF _____, 20__.
23
24
     _____          _____
25   (NOTARY PUBLIC)                    MY COMMISSION EXPIRES:

[& - ahead]                                                    Page 1

| & | |
| --- | --- |
| **&**  2:4 5:13 | |

**0**

**0.6.**  31:17,21
**0.7**  31:16,20
**07302**  1:22

**1**

**1**  3:7 45:7
  48:19 49:4
  50:19 67:5
**10006**  2:6
**11423**  2:16
**12/3/2025**  98:3
**14**  14:22
**16**  42:19
**17.15**  57:8
**17.15.**  57:7
**18211**  2:15
**1:04**  1:20 4:6
**1:25**  1:10

**2**

**2**  3:9 66:2,9
**20**  61:4 65:14
  95:20 98:22
**2021**  42:11
  43:8 63:9
  73:13
**2022**  15:8,21
  42:9 43:8 63:9
  73:13
**2023**  42:3 43:8
  63:9

**2023.csv**  3:12
**2023.csv.**  72:18
**2024**  40:2,24
  41:3 43:20
  63:10
**2024.csv**  3:10
**2024.csv.**  66:7
**2025**  1:19 4:11
  74:15
**2025.csv**  3:8
**2025.csv.**  49:3
**212**  2:8
**24.75**  74:16
**24.75.**  74:7
**27982**  96:16
**2:21**  89:16
**2:40**  89:19
**2:45**  95:9,12

**3**

**3**  1:19 3:11
  4:11 72:13,20
**30**  1:16 48:9
  58:7,19,20
  59:11 65:6
  71:13
**31909**  97:13
**320**  2:5

**4**

**40**  56:4
**412-2421**  2:18
**4490**  1:10
**45**  2:5

**49**  3:8

**6**

**6**  1:16 3:3 48:9
  58:7,19,20
  59:11 65:6
  71:13
**66**  3:10
**688-2545**  2:8

**7**

**718**  2:18
**72**  3:12
**738.91**  57:22
**738.91.**  57:19
**7776531**  1:24

**a**

**ability**  10:25
  96:9 97:6
**able**  41:12 44:5
  58:11 73:4,13
  94:14
**absent**  4:19
**abuses**  45:8
**accommodate**
  10:11
**accordance**
  39:13 43:10
  44:5 45:14
  46:7,12,23
**account**  36:2
**accurate**  33:5
  51:25 61:24
  96:8 97:5

**acknowledge...**
  4:16
**action**  1:9
  25:15 71:21
  87:21 88:5
  96:11,15 97:8
  97:11
**actual**  80:19
**actually**  16:21
  17:17 23:4
  24:8 34:16
  36:15 48:8,20
  69:3,5
**additionally**
  4:19
**address**  8:3
  80:17
**administer**
  4:16
**admit**  36:8
**admitted**  49:18
**afternoon**  4:2
  5:12,15 6:17
  6:18,18
**ago**  11:23
  24:13 47:5,7
  61:4 68:14
**agree**  4:17,22
  91:4
**ahead**  22:8
  27:16 28:17
  31:24 49:25
  90:15

| | | | |
|---|---|---|---|
| **al** 4:9,10 98:2 | **applicable** 5:2 | **assisting** 85:13 | 31:4 34:2,15 |
| **alivia** 2:21 5:18 | **application** | 85:16 | 35:12 37:14 |
| **allowed** 77:23 | 43:25 45:2 | **assume** 9:21 | 38:24 39:19 |
| **amount** 32:9 | **applies** 38:13 | **attendance** 5:9 | 40:6,19 41:4 |
| 33:2 57:3,3 | **apportioned** | **attends** 22:3 | 42:3,12,14 |
| **amounts** 80:18 | 32:8 | **attorney** 12:18 | 43:7 46:5 47:7 |
| 81:8 | **appropriate** | 18:21 46:10,19 | 47:14 48:24 |
| **analyze** 78:12 | 43:25 45:3 | 64:8,17,20 | 51:24 52:20 |
| 78:19 | **appropriately** | 96:13 97:9 | 53:9 57:25 |
| **answer** 9:20 | 41:22 | **audio** 90:10 | 63:7 66:6 |
| 10:3,12 11:21 | **approves** 83:24 | 96:7 97:3 | 70:13 71:7 |
| 12:6,24 14:8 | **apron** 82:8 | **audrey** 97:2,14 | 72:16 73:24 |
| 14:10 17:25 | **argue** 44:23 | **authorized** | 74:14 75:5 |
| 18:2,20,21,22 | **asked** 9:19 | 4:15 | 76:7 77:21,22 |
| 19:8 24:7,19 | 41:10 58:15 | **automatically** | 79:2,7 80:13 |
| 24:20 26:3,5 | 59:16 65:20 | 33:9 | 81:11 84:16 |
| 27:6,8,11,19 | 71:17,18 91:12 | **avenue** 2:15 | 87:11,22 |
| 34:10,12 35:4 | **asking** 8:11 | **b** | **baia's** 33:13 |
| 37:18 41:20 | 10:2 68:9 70:7 | **b** 1:11,16,17 | 40:11 89:6 |
| 47:19 50:9,15 | 77:20 91:11 | 2:11 3:5 48:9 | **bar** 34:19 |
| 51:15 62:9,19 | **asks** 42:20 | 52:12 58:7,19 | **barback** 54:8 |
| 68:3 73:19 | **assign** 93:16 | 58:20 59:11 | **barbacks** 52:15 |
| 75:24 76:14 | **assigned** 4:4 | 65:6 71:13 | **bartender** |
| 77:4,7,7,9 78:3 | 93:21 | **back** 27:23 | 31:15 85:24 |
| 80:24 83:20 | **assigns** 93:13 | 45:24 51:6 | 86:7,9 |
| 84:11 90:16 | 93:19 | 56:22 57:5 | **bartenders** |
| **answering** 9:2 | **assistant** 15:3 | **background** | 30:16,19 52:15 |
| 68:8 70:2 | 15:10,13 16:3 | 90:10 | 82:14 86:8,20 |
| **answers** 14:3 | 17:21 19:21 | **baia** 1:11,18 | **based** 31:10 |
| 59:15 | 21:8 36:13 | 2:11 7:19,25 | 32:8,11,15 |
| **apparently** | 37:16 91:24 | 13:12,25 14:16 | 33:10 |
| 59:21 | **assistants** | 15:21 18:17 | **basic** 59:12 |
| **appear** 71:16 | 52:17 | 28:10 30:15 | **basis** 46:21 |
| | | | 69:7 |

**bear** 73:21
**beg** 11:16
**beginning** 5:10
**behalf** 1:5 2:2
2:10 13:24
**believe** 27:18
56:14 59:23
61:23 74:20
79:21,24
**best** 56:14 86:2
96:9 97:5
**better** 92:16,18
92:21
**bigger** 92:22
**bind** 14:4
**bit** 8:14 25:25
37:5
**black** 81:13
82:7,8
**blue** 81:14
**boh** 51:3,5
**booking** 91:13
**boss** 28:12,18
28:20
**bottom** 49:11
**break** 10:9,13
89:15
**broadway** 2:5
**brott** 1:23 4:3
96:2,17
**budget** 83:21
83:22
**bulldozer** 1:10
1:17 2:10 4:9

5:22 7:7,24
98:2
**bunch** 50:19
**busboy** 25:12
**busier** 92:19
**business** 92:21
**busser** 31:16
82:12
**busser's** 31:20
82:5,6
**bussers** 30:16
81:17 86:19
**busy** 22:19,23
92:15 93:10

---

**c**

**c** 2:1 50:24
**calculation**
32:2 33:4,8
69:6
**call** 58:9
**called** 6:8 7:19
51:18 63:9
**calling** 86:9
**calls** 92:2
**care** 23:10
25:18 36:23
37:8 47:21
**careful** 45:23
**case** 58:24
65:15 71:7
92:6 98:2
**cash** 54:9,10,11
54:11,19,21,21

54:24 55:2,2,3
55:6,7,10,10,16
55:24
**category** 56:6
**certain** 40:6
94:13
**certificate** 96:1
97:1
**certified** 4:22
**certify** 96:3
97:2
**chain** 18:12
**change** 98:5
**charge** 13:13
13:15 21:16,18
21:23,25 69:23
78:22 86:8
**charged** 35:21
**check** 16:7 53:7
53:9,10
**checks** 54:23
55:24 91:20
92:3
**chef** 85:22
88:21
**choose** 33:18
**choosing** 93:9
**chose** 33:21
**city** 1:22 4:11
4:14
**civil** 1:9
**class** 42:23
43:3

**clear** 7:23
24:21 26:7
60:5 63:13
70:8
**clearly** 29:3
37:3 78:16
**close** 90:11
**closer** 13:4
**coaching** 34:20
**coat** 53:6
**column** 50:23
52:12,13 53:21
53:23 56:23,23
57:3,7,17,18,18
60:24 61:20
62:5,12,17,20
**columns** 50:20
53:17 63:14
66:12,21 67:3
72:24
**come** 45:24
53:5
**coming** 45:11
69:2
**command**
18:13
**comments** 45:6
**commission**
98:25
**communicati...**
12:17,18
**company** 13:21
15:4 16:17
46:10,16,19

47:21,24 48:12
**compensation**
46:6 47:15
**complaints**
37:10
**completely**
65:2
**computer** 26:9
36:3 49:13
**conclude** 64:23
**concluded**
95:13
**conduct** 45:12
59:11 64:21
**conferred**
58:18 59:4
**consider** 28:18
93:5
**considering**
91:18
**constitute** 5:6
**consult** 30:10
90:7,19
**consulted**
87:14
**contact** 19:2
81:7 91:23
**continue** 37:24
**continued**
59:10
**controller**
91:24
**convenient**
33:19 45:4

**conversation**
17:18
**convicted** 75:6
75:12 76:8,18
77:14,23
**cooney** 2:21
5:18
**copy** 94:20
**corporate** 1:16
5:21
**corporation**
14:4
**correct** 7:20,21
14:17 15:17
21:3 25:23
28:2 29:7 31:2
34:7,9,13
38:10 40:3
47:17 52:21
55:19 74:17
79:15,16 80:10
80:11,20 89:3
92:11 94:8
**corrective**
87:21 88:5
**cost** 59:24
**counsel** 5:11
26:6 41:9
58:18 59:4
96:10,13 97:6
97:9
**count** 48:9
**couple** 15:23
47:5,6

**course** 5:19
17:2 44:19
**court** 1:1 8:4
8:15,17,21 9:8
10:5 60:3
**created** 31:3,5
31:25 32:5
38:21 47:10
**credit** 38:8 39:3
42:6
**currently** 10:23
**customers**
51:12 55:17
**cv** 1:10

**d**

**d** 1:11,17 2:11
3:1
**daily** 46:21
69:7
**daniel** 52:6
**data** 69:2
**date** 1:19 26:15
98:3
**day** 25:12,16
69:4 78:13
92:14 95:20
98:22
**days** 22:21,21
23:3,19,25
25:20 86:23
87:3 93:18
94:6

**dealing** 37:9
**december** 1:19
4:11
**decide** 33:13
91:3 93:2
**decided** 16:25
17:3 18:7 21:4
32:3 37:21
**decision** 38:18
87:18 89:22,25
90:4,8
**declare** 55:4,11
**declares** 55:18
**deem** 43:25
45:2
**defendant** 5:21
12:9 42:23
43:2 71:21
**defendants**
1:14 2:10 5:17
41:13 58:14,24
59:10 69:19
71:14
**defense** 58:18
59:4
**delineations**
54:5
**department**
50:24
**departments**
51:24
**depends** 22:23
64:3,3 92:14
92:14

deposed  8:9
deposing  43:22
  44:3
deposition  1:16
  4:7 5:4 7:23
  8:18 12:19,25
  14:13 17:9
  26:13 27:7,17
  41:21 42:20
  43:17 44:17,24
  44:25 45:21
  46:2 48:9,20
  58:8,19,20
  59:7,17,18,25
  60:18 64:9,19
  64:23,23 65:12
  65:16,18,21
  71:2 72:5
  91:19 94:12
  96:1 98:3
depositions
  65:15
deputy  94:7
describe  31:12
described  38:2
  38:7
description  3:6
descriptions
  54:15
designated
  5:20
details  35:23
  60:23

determined
  31:23
difference  55:6
  79:13
differences
  81:4
different  52:18
  54:5 67:20
  92:9,12
digital  96:7
  97:3
dines  53:8
director  17:2
  18:9,12,25
  21:21 28:23
  37:19 83:13,23
  84:2,7 90:20
discovery  45:8
  71:21
discuss  30:7
discussed  20:22
  29:20,24
discussing
  33:25
disrupting  26:9
district  1:1,3
divide  33:13
divided  31:9
document
  48:18 65:25
  72:11 79:18,19
  80:7
documents
  40:6,11,19

41:12,15,20
42:14,22 43:7
71:6,20 79:9
79:12,14 80:3
doing  18:24
  21:22 24:10,10
  24:24,25 33:9
  35:8 36:15,16
  36:19 37:10
  39:22 41:7
  42:7 49:12
  69:4,11 85:2,3
  85:8,14
dollar  80:18
  81:8
door  90:11
doubles  22:20
  93:5
duly  6:9 96:5

e

e  2:1,1 3:1,5
  54:2,8
earlier  7:4 38:7
  83:25
earning  53:23
  53:25
easier  8:14
either  36:9 62:5
  63:15
emanuel  2:13
  2:17 5:15
  46:20

employ  76:8
  77:23
employed
  96:10,13 97:7
  97:9
employee  29:18
  29:21,25 30:5
  55:18 79:14,17
  80:8,17,18,19
  80:20 84:6,15
  87:11,15 96:12
  97:9
employee's
  53:18
employees  3:7
  3:9,11 22:4
  28:5,9 29:5
  30:15,24 31:11
  32:9 34:4
  35:12,18 38:6
  38:6 39:2 42:4
  42:15 51:12,23
  53:23 54:6
  73:23 74:6,14
  78:23 79:10,11
  79:18 80:9,14
  81:7 84:4
  92:10,24 93:14
  93:20 94:2
employment
  28:10 42:22
enforce  26:22
engaging  45:8

**[english - form]** Page 6

english  10:16
ensure  46:5
    47:15
entering  41:9
entity  7:8,11,13
    7:18
equally  38:13
errata  98:1
es  96:4
especially  17:8
    26:10 35:16
    91:18
esquire  2:3,13
establishment
    75:7,18 76:9
    77:24
et  4:9,10 98:2
evaluation  85:9
    85:15
evaluations
    84:15,25 87:7
event  55:14
    88:22 89:2
events  22:24
    69:22,23 92:15
    92:22 93:7
eventually  20:2
everybody's
    93:7
everyone's  24:3
evidence  39:5,8
    47:13
evidentiary  5:3

exact  63:11
exactly  15:9
    90:5
examination
    3:2 6:15
examined  6:11
example  54:7
    89:7
except  80:16
    81:7
exhibit  3:7,9,11
    48:19 49:4
    66:2,9 67:5
    72:13,20
expect  25:19
expires  98:25
explain  55:5
extra  68:24
extract  68:17
extracting  69:5

**f**

fact  62:25
fall  51:23
familiar  7:8
    13:11 28:4,8
    50:6,13 57:24
    58:3 60:10
    68:18 69:12
    70:4 71:5
    80:12
far  10:20 80:2
    80:6

february  15:8
    15:21
federal  39:13
    46:7,12,24
    47:16
felon  75:6,13
    76:8,18 77:14
    77:24
fernandez  1:5
    2:2 4:9 7:5
    98:2
figure  59:17,20
    59:21
figured  59:22
    59:23
file  3:8,10,12
    48:25 66:7,7
    72:17,17
financially
    96:14 97:10
financing  18:24
find  69:17
fine  36:9
finish  9:25 12:5
firing  30:8
firm  5:19
first  6:8 8:10
    10:12 47:3
    53:17,19 54:11
    54:19 58:10,19
fit  20:11,18
five  22:20
flexible  22:17

floor  15:2,6,7
    15:14 19:20
    21:8,9,10,12,14
    36:21,22,23
    37:7,8,14 38:3
    39:23 93:23
fluently  10:17
focusing  52:14
    53:22
foh  51:8,9
follow  47:16
    49:14 63:11
followed  23:11
    23:15 47:9
following  24:3
    24:14 25:16
    53:16 77:22
follows  6:11
food  28:4,9
    29:5,17,21,25
    30:4,14,23
    31:16,19 38:5
    38:25 42:4
    52:15
foregoing  96:3
    96:4 97:4
form  8:6 9:10
    9:15 11:19
    14:6 15:18
    16:12 17:23
    18:18 19:13,22
    22:7 24:5,16
    25:22 26:5
    27:2,5,16

**[form - headers]**                                                    Page 7

30:12,18 33:15
34:24 35:19
37:17 38:11,15
40:22 46:8
47:18 48:4
52:2 57:9
60:12,21 61:6
61:21 62:6,13
63:2 66:15,19
66:23 67:11,17
70:15 71:8
73:7,25 74:19
75:2,8,22
76:12 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11 84:9,17
86:6,14,25
87:17 88:11
89:10,24 90:24
**format** 81:5
**forward** 29:3
**four** 63:8 73:5
**franklin** 97:2
97:14
**friday** 95:3
**friends** 91:13
**front** 21:25
22:4 33:11
35:21 43:23
51:10,11,14
52:14,19 53:13

53:22 54:6
55:15,18 74:3
74:5 80:25
81:6 91:2
**full** 91:2
**function** 71:20
**functions** 34:14
**further** 71:23
72:2 94:11
96:12 97:8

**g**

**g** 54:2,9
**games** 44:14
**general** 14:15
15:3,11,13,15
16:3,19,22
17:5,11,15
21:8 28:19,24
34:15 36:14,19
37:16 41:16
74:10 77:21
**getting** 60:3
79:19
**give** 8:19 14:3
18:7 20:17
27:22 39:10,14
40:20 42:4
56:13 79:10,10
87:20 88:13
**given** 12:11
80:8,9
**gives** 80:13
86:18 93:25

**giving** 40:11
78:14 86:21,22
88:5
**gm** 15:23 16:4
16:11,16 17:22
17:22 19:21
39:25 78:7,9
**go** 8:13 22:8
26:8,17 27:16
27:23 28:17
31:24 39:11
49:25 53:11
56:4 60:23
69:16 83:22,22
85:18 90:15
94:19
**going** 8:11 9:21
26:22 29:2
35:4 36:4
44:14,16,23
45:13 48:5,19
52:12 53:21
56:22 57:5,16
59:6 63:6 65:4
65:25 89:14
93:3,15,20
**good** 4:2 5:12
5:15 6:17,18
6:18 20:11,18
34:19 90:23
**googled** 76:25
77:8,9
**gratuities**
54:11,20 55:6

**gratuity** 54:10
54:12,21,22
55:12,13,21,22
**great** 6:21 8:3
8:11 10:23
72:7
**ground** 8:13
**group** 1:10,17
2:10 5:22 7:7
98:2
**groups** 92:22
**guess** 53:12
56:8
**guessing** 62:24
**guests** 53:3,6
55:23

**h**

**h** 3:5
**half** 33:2
**hand** 6:5 8:22
**handle** 37:20
**happens** 25:11
**happy** 65:21
**head** 8:22 23:5
23:24 69:22
82:22,25 83:6
84:6 85:24
86:7,9,16
89:23
**headers** 50:20
63:12 67:4,9
72:25 73:6

**hear**  6:19 9:13
  18:15 19:10
  29:3 37:4
  44:22 64:11,14
  64:15 68:23
  71:25 94:22
**heard**  7:3
**hearing**  6:3
  85:7
**hereto**  96:13
  97:10
**hi**  5:12
**highlighting**
  52:9 54:16
**hire**  29:10
**hired**  15:20
  17:4,10,15
  28:14
**hiring**  29:21
  34:17 36:16,19
  39:10 41:7
  42:7 80:4
**hold**  49:22
**hospitality**  1:10
  1:17 2:10 4:10
  5:22 7:7 98:2
**hosts**  52:16,24
  53:11
**hotel**  88:15
**hour**  22:20
  59:13 83:10
**hours**  32:12,16
  32:20,24,25
  33:2,3 54:14

56:4,9,10,15,24
57:6,8,22
62:21,21 69:3
69:9 73:23
**house**  21:25
  22:4 33:11
  35:22 51:6,10
  51:11,14 52:14
  52:20 53:22
  54:6 55:15,18
  74:3,5 80:25
  81:6 91:3
**hr**  47:20 48:11
**hundred**  61:24
**hundreds**  61:7

**i**

**idea**  90:23
**identification**
  49:5 66:10
  72:21
**identify**  5:9
**illegal**  75:5,21
  76:4,8
**impair**  10:24
  11:7
**impaired**  11:10
**important**  8:19
**improve**  86:10
**inadequately**
  58:25
**included**  53:2
**industry**  88:15

**inform**  25:19
**information**
  40:16 41:6
  42:8,10,16
  46:11 47:25
  56:17,21 57:11
  57:23 58:4
  62:10,15 63:16
  63:17 67:8
  68:6 73:14
  75:25 76:21,24
  81:5,8 83:12
**informed**  87:4
**informing**
  25:14
**input**  33:7,10
  86:18,21,24
**instructed**
  24:19 27:10
**instruction**
  9:23
**instructions**
  10:21
**intended**  4:25
**interested**
  96:14 97:11
**interferes**
  26:12
**internal**  89:6
**interview**  17:19
  20:21 29:8,17
**interviewed**
  17:10,14 20:12

**inventories**
  34:17
**inventory**
  36:18
**invoices**  91:12
**involved**  18:23
  19:2 34:23
  35:7 36:17
  40:10,13
**issue**  43:16
**issues**  25:18,20
  86:22 87:4

**j**

**j**  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1,23 57:1
  57:18,18 58:1
  59:1 60:1 61:1

61:20 62:1
63:1,14 64:1
65:1 66:1,12
66:21 67:1
68:1 69:1 70:1
71:1 72:1,24
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1
**jamaica** 2:15
2:16
**jams** 27:6
**janos** 1:18 4:7
5:20 6:2,7
95:18 98:3,21
**jersey** 1:22
4:11,13,14
**jk** 2:7
**jnussbaum** 2:7
**job** 1:24 34:14
36:13,20 52:13
61:17 68:2
77:18 78:7,14
78:19
**jobs** 52:19
**joe** 36:10
**join** 49:20
**joining** 35:25

**josef** 2:3 5:13
7:4
**joseph** 2:4 5:13
**judge** 26:17
**judge's** 26:6
45:7 48:4
**julio** 23:5,20,21
23:22,23 24:2
25:14,19 34:22
35:13,17 69:21
82:16 84:14
86:13 88:20
89:23 93:13
94:3
**jump** 36:4

### k

**k** 54:9 57:3
62:5 63:14
66:13,21 72:24
**karagoz** 54:8
57:6,22
**kataev** 2:13
5:15,16 8:6
9:10,14,15
11:19 14:6
15:18 16:12
17:23 18:18
19:13,22 22:7
24:5,16 25:6
25:22 26:4,20
26:24 27:12,15
30:12,18 33:15
34:8,24 35:19

35:25 36:3,9
37:17 38:11,15
40:22 41:19
43:12,14,18
44:7,16,22,23
45:5,20,25
46:2,8 47:18
48:3,7 49:12
49:19,25 52:2
57:9 59:14
60:12,21 61:6
61:21 62:6,13
62:18 63:2
64:7,12,16
65:3,10,11
66:15,19,23
67:11,17 70:15
71:8,23 72:2,6
73:7,16,25
74:19 75:2,8
75:15,22 76:12
76:19 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11,18 84:9
84:17 86:6,14
86:25 87:17
88:7,11 89:10
89:24 90:9,12
90:24 94:19,25
95:5

**katherine** 1:5
2:2 4:8 7:5
**keep** 19:5 39:19
59:6 65:19,23
78:15 87:3
**keeping** 34:19
94:12
**khaimov** 52:7
**kind** 65:23
68:22
**kirschenbaum**
2:4 5:13
**know** 9:19 10:3
10:10 16:8,10
35:23 40:4,8
40:14 41:3
42:13,18 44:13
45:23,24 49:7
53:14 55:8,9
61:9 74:11
75:5,12,14,17
75:20 76:3,5,7
76:23 77:13
80:2,6 84:12
88:12 89:11
93:7
**knowledge**
96:9 97:6

### l

**l** 62:12 63:14
66:13,22 72:24
**la** 1:11,17 2:11
7:19,25 13:12

13:24 14:16
15:21 18:17
28:10 30:15
31:4 33:13
34:2,15 35:12
37:14 38:24
39:19 40:6,11
40:19 41:4
42:3,12,13
43:7 46:5 47:7
47:14 48:24
51:24 52:20
53:9 57:25
63:7 66:6
70:13 71:6
72:16 73:24
74:14 75:5
76:7 77:21,22
79:2,6 80:13
81:11 84:16
87:11,21 89:6
**late** 25:12
**laughed** 64:8
**laughing** 64:18
**law** 9:8 39:13
46:7,13,24
47:17
**laws** 5:3
**lawsuit** 7:6
12:9 40:5,12
58:14 59:13
69:19,25
**lawyers** 40:11

**leave** 49:19
53:10 54:23
55:3,23 93:23
**left** 15:24 16:11
16:23 55:17
**legal** 2:14,21
5:16
**lest** 45:24
**liability** 42:24
43:4
**life** 77:2,17
78:6
**limit** 44:12
**line** 55:25
57:16 98:5
**liquor** 75:7,18
76:9 77:25
**listening** 85:18
**litigation** 48:24
**little** 8:14
**llc** 2:14,21 5:16
98:1
**llp** 2:4
**llp.com** 2:7
**location** 1:21
**long** 14:18 15:5
39:23 74:8
**look** 27:2 64:2
**looked** 73:2
**looking** 37:21
50:11
**looks** 62:21
67:19

**losing** 60:3
**lot** 90:10

**m**

**m** 54:8 62:17
62:20 63:14
66:13,22 72:24
**ma'am** 94:25
**made** 33:4,11
59:23 65:3,4
**majority** 20:15
**make** 8:14 12:4
41:22 43:24
45:2 69:10
89:23 90:3
92:3
**makes** 24:2,14
26:12
**making** 32:2
90:8
**management**
33:18,21 51:19
52:5 69:17
**manager** 14:16
15:3,3,6,7,11
15:14,14,15
16:3,20,22
17:5,11,15
19:20 21:8,9,9
21:11,12,14,18
25:19 28:19,24
34:15 36:14,19
36:21,22 37:7
37:15,16 38:3

39:24 41:16
74:11 77:21
88:13 89:8,12
**manages** 23:2
**managing** 23:5
23:7 25:4
**manner** 5:4
**marianna** 1:12
2:12 12:25
18:10,15,23
19:3,11 21:4
28:23 92:2
**marianna's**
17:8
**marianne** 91:7
**mark** 48:19
**marked** 49:4
66:9 72:20
**marking** 66:2
72:12
**matter** 4:8
**matters** 60:4
**mean** 56:7
61:23 63:14
73:6,15 80:8
83:25
**meaning** 60:23
61:19 62:4
63:23
**means** 5:5 57:7
57:21 75:21
76:4
**medication**
10:24 11:6

| | | | |
|---|---|---|---|
| **meeting** 94:4 | 87:9 | **needed** 59:5 | **notices** 41:4 |
| **meetings** 22:3 | **motion** 41:22 | 80:3 | 87:21 88:6 |
| **members** 42:24 | **move** 13:4 | **negotiate** 83:13 | **number** 8:12 |
| 43:4 | **movements** | 83:17 | 42:19 60:24 |
| **memory** 11:7 | 8:22 | **negotiated** 84:7 | 72:17,17 |
| 11:10 56:14 | **mumbling** 37:4 | **neither** 96:10 | **numbers** 61:19 |
| 86:2 | **mute** 90:12 | 97:6 | 62:4 63:23 |
| **mentioned** | **muted** 94:23 | **never** 8:10 | 67:9 73:5 |
| 24:12,23 33:20 | **n** | 12:10 29:19 | **nussbaum** 2:3 |
| 35:20 57:13 | | 34:25 35:3,6 | 3:3 5:12,13 |
| 60:13 61:15 | **n** 2:1 3:1 54:2,2 | 40:13 50:8 | 6:14,16 7:4,17 |
| 67:25 83:5 | **name** 4:3 5:24 | 60:18,22 61:4 | 8:7 9:11,17 |
| 87:2 90:25 | 6:22 7:4 13:18 | **new** 1:3 2:6 | 11:20 13:7 |
| **mentioning** | 13:19 15:22,25 | 4:11,14,17 | 14:9 15:19 |
| 78:18 | 16:6 47:24 | 20:21 38:8 | 16:15 17:24 |
| **message** 35:3 | 48:25 53:17,18 | 96:19 98:1 | 18:4,19 19:7 |
| 35:12 | 53:18,19 66:7 | **nicknames** 6:25 | 19:16,24 22:11 |
| **met** 58:17 59:4 | 69:14 80:16 | **night** 55:4,11 | 23:18 24:6,17 |
| 71:15 | 98:2,3 | **nj** 1:22 | 25:10 26:2,6 |
| **mic** 13:4 | **named** 3:8,10 | **nobody's** 11:22 | 26:22 27:4,13 |
| **microphone** | 3:12 52:6 54:8 | **nods** 8:22 | 27:20 28:3,16 |
| 26:11 | **names** 6:23 | **noise** 90:10 | 29:4 30:13,20 |
| **minimum** 39:3 | **natalie** 88:21 | **notary** 4:13,15 | 31:22 32:21 |
| **minute** 68:14 | 88:25 | 95:23 96:18 | 33:23 34:11 |
| 89:15 94:24 | **nature** 71:19 | 98:25 | 35:2,6,10 |
| **minutes** 61:4 | **near** 26:10 | **noted** 26:14 | 36:11,12 37:12 |
| **moment** 11:23 | **need** 10:9 25:24 | **notice** 14:12 | 37:23 38:12,17 |
| 21:17 24:13 | 26:16,19,20,24 | 38:25 39:10 | 41:2,8,23 42:2 |
| 27:23 35:24 | 37:14 44:15 | 42:5,20 43:11 | 42:19 43:3,14 |
| 73:21 | 46:11,22 59:8 | 44:6,12 45:15 | 44:2,11,19 |
| **money** 59:24 | 65:19,22 86:4 | 58:8 65:6 | 45:4,10,22 |
| **month** 22:13 | 88:14,22 92:20 | 71:13 | 46:3,15 47:2 |
| **months** 14:22 | 95:3 | **noticed** 45:18 | 47:23 48:2,8 |
| 20:17 47:5,7 | | | 48:10 49:17,23 |

| | | | |
|---|---|---|---|
| 50:2 52:4 | **oaths** 4:16 | **objection's** | 49:13,16,21 |
| 53:25 54:3 | **objection** 4:19 | 26:14 | 50:23 51:7,17 |
| 57:15 58:6 | 6:4 8:6 9:10,15 | **obligation** 9:5 | 51:21 52:5,12 |
| 59:19 60:8,16 | 11:19 14:6 | 45:17 | 52:12 53:16,21 |
| 61:2,12 62:2,8 | 15:18 16:12 | **obnoxious** | 54:24 55:20,25 |
| 62:16,23 63:5 | 17:23 18:18 | 65:23 | 56:3,5,15,18,22 |
| 64:11,14,25 | 19:13,22 22:6 | **occasions** 93:13 | 57:5,16 61:13 |
| 65:13,24 66:16 | 24:5,16 25:6 | **office** 93:24 | 62:3,12 63:6 |
| 66:18,20 67:2 | 25:22 26:4,8 | **officer** 96:1,2 | 64:5 65:20 |
| 67:13,21 68:21 | 26:13,25 27:5 | **okay** 6:20 7:3 | 66:12,21 67:3 |
| 69:13 70:18 | 27:15 30:12,18 | 7:10,22 8:2,8 | 67:14,22 68:14 |
| 71:10,12 72:4 | 33:15 34:8,24 | 9:25 10:9,16 | 69:18 70:9,11 |
| 72:7,8 73:9,18 | 35:19 37:17 | 10:19 11:12 | 71:5,11 72:7 |
| 74:4,21 75:3 | 38:11,15 40:22 | 12:4,6,8,16 | 72:23 73:4,10 |
| 75:11,16,23 | 46:8 47:18 | 13:2,5 14:15 | 73:12 74:8 |
| 76:16,22 77:6 | 48:3 52:2 57:9 | 14:24 15:5,10 | 75:4 76:17,25 |
| 77:19 78:5,21 | 60:12,21 61:6 | 15:20 16:2,10 | 78:22 79:5 |
| 79:22 80:5,23 | 61:21 62:6,13 | 17:20 18:5,7 | 80:16 81:4 |
| 81:15,25 82:4 | 62:18 63:2 | 18:14,22 19:8 | 83:25 85:11 |
| 82:13,24 83:8 | 66:15,18,23 | 19:25 20:20 | 86:4 87:10,24 |
| 83:15,19 84:10 | 67:11,17 70:15 | 21:12,19 22:12 | 88:3 89:16 |
| 84:20 85:4,10 | 71:8 73:7,16 | 22:14 23:12,25 | 90:3 92:5,8,12 |
| 86:11,17 87:5 | 73:25 74:19 | 24:20 25:4,17 | 92:16,23 93:2 |
| 87:19 88:9,17 | 75:2,8,15,22 | 27:8,12 28:20 | 93:12,17 94:10 |
| 89:4,14,21 | 76:12,19 77:3 | 29:8,16,20 | 94:18 95:4,6 |
| 90:2,18 91:5 | 77:15 78:2,8 | 30:7,14 31:3,8 | **once** 22:5,9,13 |
| 94:10,21,24 | 79:20,25 80:22 | 31:23 32:7,22 | 60:2 84:24 |
| 95:2,7 | 81:12,18,23,24 | 33:7 34:4 | 91:8 |
| **ny** 2:6,16 | 82:2,11,21 | 35:11 36:20 | **open** 59:7 |
| | 83:4,11,18 | 37:13 38:18 | 94:13 |
| **o** | 84:9,17 86:6 | 40:4 41:23 | **opening** 24:25 |
| **o** 54:9 | 86:14,25 87:17 | 42:9 45:20 | **openings** 24:10 |
| **oath** 9:2 12:12 | 88:7,11 89:10 | 47:6,13 48:2 | **openly** 45:16 |
| 74:23 | 89:24 90:13,24 | 48:11 49:6,10 | |

**[operation - payroll]**                                        Page 13

| | | | |
|---|---|---|---|
| **operation** 17:3 | **outcome** 96:14 | 22:1 23:1 24:1 | **pardon** 11:16 |
| 18:9,12,24,25 | 97:11 | 24:18 25:1 | **part** 40:4 68:2 |
| 21:22 28:23 | **overlap** 81:22 | 26:1 27:1 28:1 | 70:19 76:6,10 |
| 83:14,23 90:20 | **overtime** 54:13 | 29:1 30:1 31:1 | 86:5 |
| **operations** | 56:2,2,3,4 57:6 | 32:1 33:1 34:1 | **participate** |
| 18:16 19:12 | 57:8 73:23 | 35:1 36:1 37:1 | 30:24 84:19,25 |
| 37:19 84:2,8 | 74:16 93:5 | 37:2 38:1 39:1 | **participated** |
| **options** 33:16 | **owed** 54:10,11 | 40:1 41:1 42:1 | 29:17 |
| **order** 95:8 | 54:12,14,20,25 | 43:1 44:1 45:1 | **participates** |
| **ordering** 94:20 | 55:6,7,10 | 46:1 47:1 48:1 | 35:18 84:15 |
| **orders** 53:4 | 56:19 | 49:1,8 50:1,3 | 88:4 |
| **osteria** 1:11,17 | **own** 16:25 | 51:1 52:1 53:1 | **parties** 4:17,21 |
| 2:11 7:19,24 | 22:18 | 54:1 55:1 56:1 | 96:11,13 97:7 |
| 13:12,24 14:16 | **owner** 28:22 | 57:1 58:1 59:1 | 97:10 |
| 15:21 18:17 | 78:13,19 | 60:1,9 61:1,3 | **passed** 20:24 |
| 28:10 30:15 | | 62:1 63:1 64:1 | **pay** 17:20 18:8 |
| 31:4 33:13 | **p** | 65:1 66:1 67:1 | 38:19 39:11 |
| 34:2,15 35:12 | **p** 2:1,1 | 67:22 68:1 | 84:7 |
| 37:13 38:24 | **p.m.** 1:20 4:6 | 69:1 70:1 71:1 | **paycheck** 80:19 |
| 39:19 40:6,11 | 95:12 | 72:1,9 73:1,22 | **paychecks** |
| 40:19 41:4 | **page** 3:2,6 98:5 | 74:1 75:1 76:1 | 74:13 81:6 |
| 42:3,13 43:7 | **paid** 11:12,24 | 77:1 78:1 79:1 | **paying** 11:15 |
| 46:4 47:7,14 | 11:25 38:7 | 80:1 81:1 82:1 | 11:18,22 42:5 |
| 48:24 51:24 | 56:10 57:8,22 | 82:6 83:1 84:1 | **payments** |
| 52:20 53:8 | 73:23 74:9,16 | 85:1 86:1,24 | 21:24 |
| 57:25 63:7 | 83:10 | 87:1 88:1 89:1 | **payroll** 13:8,11 |
| 66:6 70:13 | **paliko** 1:18 4:1 | 89:22 90:1 | 13:14,15,17 |
| 71:6 72:16 | 4:8 5:1,20,24 | 91:1 92:1 93:1 | 57:12 58:4,5 |
| 73:24 74:14 | 6:1,2,2,7,17 7:1 | 94:1,16 95:1 | 58:12,23 60:15 |
| 75:4 76:7 | 7:15 8:1 9:1 | 95:18 98:3,21 | 61:16 67:15,23 |
| 77:21,22 79:2 | 10:1 11:1 12:1 | **pants** 81:13 | 68:4,9,15,18 |
| 79:6 80:13 | 13:1 14:1 15:1 | 82:7 | 69:2,24 70:22 |
| 81:11 84:16 | 16:1 17:1 18:1 | **paralegal** 2:21 | 70:24 71:3 |
| 87:11,21 89:6 | 19:1 20:1 21:1 | 5:18 | 79:2 91:15,21 |

91:22 92:3
**pays** 39:2
**penalties** 9:6
**pending** 10:12
**people** 33:12
  36:17,18 41:5
  50:12 52:14
  54:23 88:6
**percent** 61:24
**perez** 23:22,23
  24:2 34:22
  82:16 83:9
  84:14 87:14
  88:4 89:8
**performance**
  37:22 87:6
**performing**
  24:8 25:2
  86:20
**period** 20:10,23
  20:25 42:24
  43:4,19 44:9
  44:12
**perjury** 9:7
**permitted** 4:25
  27:2
**person** 28:21
  52:6 88:24
**personal** 77:17
  78:6
**personnel** 79:6
**petrosyants**
  1:12 2:11
  76:18

**ph** 52:7
**phone** 49:15,20
**place** 23:7 25:8
  47:21 61:9
**plaintiff** 1:8 2:2
  12:9
**plaintiff's** 5:10
  66:2 72:13
**plaintiffs** 5:14
  7:6 40:5 66:5
  71:7 72:16
**plan** 93:23
**planner** 88:22
  89:2
**playing** 44:13
**please** 5:9 6:5
  7:15 9:19,25
  10:10 12:4
  13:4 19:6
  27:21 29:2
  41:21 44:24
  45:8,20 59:16
  65:10,11,15
  68:3 72:6
  73:22 78:16
**pleasure** 49:17
**point** 24:21
  31:14,15 32:3
**policies** 34:6
  79:2,6
**policy** 38:13
**pool** 30:25 31:3
  31:9 33:14,17
  34:5,6 53:3

**pools** 33:24
**portion** 53:10
**position** 14:21
  20:11 30:21
  31:10 32:4,16
**possible** 92:6
**practices** 46:6
  47:16
**pre** 22:3 24:11
  24:25 94:4
**prefer** 77:4,7
  92:24
**preparation**
  70:25
**prepare** 12:20
  41:17
**prepared** 41:19
  43:10,18 45:17
  50:9,15 59:2,2
  59:14 60:2
  62:25 65:5
  67:7,14,19,24
  68:4,10,16
  69:20,25 70:14
  71:22 97:3
**preparing**
  59:11,24,25
**present** 2:20
  25:21
**previous** 72:25
**prior** 41:3 47:6
  96:4
**probably** 37:19
  50:13 61:8

74:11
**probation**
  20:10,18
**probationary**
  20:23,25
**problem** 27:16
  29:13 77:17
**procedural** 5:2
**proceed** 6:13
  27:16 36:5,11
  41:21 44:25
  45:9,20 49:21
  59:16 65:11,16
  65:17,22 72:5
**proceeding**
  1:21 4:5,24
  95:13 97:4
**proceedings**
  96:3,4,5,8 97:5
**process** 80:4
  85:12 86:5
  88:5
**produce** 71:15
**produced** 4:23
  48:23,25 49:2
  58:13,23 63:8
  66:5 69:19,25
  70:13 71:7,20
  72:15
**professionally**
  64:22
**program** 34:18
  34:19

**promote**   16:5
  17:6
**promoted**   16:2
  16:19,21 17:21
  19:20 20:21
  21:7 37:15
  87:11
**promoting**
  87:14
**promotion**   20:9
**properly**   78:11
**proportionally**
  32:17,19
**provide**   38:24
**provided**   41:13
  42:14,23 43:2
  43:7 44:7
  59:15
**public**   95:23
  96:18 98:25
**pull**   26:8
**pulled**   57:12
  58:4 60:14
**pursuant**   48:4
**putative**   42:23
  43:3

**q**

**qualified**   96:7
**question**   9:19
  9:21 10:2,12
  10:13 12:5
  18:22 19:9,9
  24:19,20 27:19

27:21 28:7
  43:13 68:3,9
  68:13 70:3,17
  75:10 76:6,10
  76:14 77:5
  78:4 81:23
  86:12 91:25
**questioning**
  64:17
**questions**   8:12
  8:20 9:2 10:20
  12:23 41:20
  43:24 50:10,16
  64:22 71:24
  72:3 91:14
  94:11
**quickly**   35:5
**quite**   45:10

**r**

**r**   2:1 54:2,9
**raise**   6:5 17:20
  18:8 19:19
  20:5 21:2
**rate**   38:19
  39:11 84:7
**read**   17:8 26:17
  26:20,24 27:20
**ready**   49:21
**reason**   11:3,9
  20:6 98:5
**reasons**   58:9
**recall**   13:19
  15:9,22,25

16:13,14 52:11
  77:11,12 90:5
  92:4,7,8
**receive**   33:2
  51:13
**record**   4:4,5,20
  4:23 5:10,25
  6:22 8:17,21
  10:7 27:25
  41:9 50:7,10
  50:16 58:6
  60:5 64:7,12
  64:16 65:2,8
  68:22 69:15
  71:13 89:7,17
  89:18,20 94:19
  95:10 96:9
  97:5
**recorded**   5:4
  96:6
**recording**   96:8
  97:3
**records**   13:9,12
  16:7 58:12,23
  59:13 67:15,23
  68:4,10,15
  69:18,24 70:12
  70:23,25 71:4
  71:6 89:6
**reduced**   96:6
**refer**   7:24 45:6
  89:7
**referring**   7:25

**refers**   51:11
**reflect**   64:7,13
  64:16 65:2
**refrain**   45:5
**regular**   54:13
  56:6,9,10
  57:17,22
**related**   40:12
  42:22 96:10
  97:7
**relation**   34:19
**relative**   96:12
  97:9
**remainder**   7:22
**remind**   74:22
**remote**   1:21
**remotely**   4:18
**repeat**   11:17
  18:2 28:7
  34:10 42:25
  46:14 62:19
  68:20
**repeated**   27:24
**rephrase**   9:20
**report**   29:6
**reported**   1:23
**reporter**   4:2,3
  5:23 6:3,12
  7:14 8:4,15,17
  8:21 9:13 10:5
  13:3,6 14:7
  18:2 19:5 22:6
  22:8 23:14
  25:24 27:18,22

27:24 28:15,25
31:18 32:18
34:10 35:4,24
36:7 37:2
42:25 44:18,20
46:14,17 49:16
49:18,22 53:24
60:3 62:19
68:20,23 71:25
78:15 81:20
82:3 84:22
85:3,6 88:25
89:16,19 90:9
90:15 94:18,23
95:4,9
**reporting** 98:1
**represent** 7:5
48:22 63:7
66:4 72:14
**representative**
1:16 5:21
**representing**
64:21
**requested**
27:25 40:5
**required** 22:22
**requirements**
39:12
**reservation**
93:6
**reserve** 59:9
**reside** 8:4
**respect** 34:6

**responses** 8:19
**responsibilities**
34:17
**responsibility**
61:17 91:2
**responsible**
29:12 78:10
**restaurant** 7:19
20:15 21:16,18
21:20 22:16
23:2 24:4 25:5
25:8,21 28:5
40:15 78:23
92:10 93:14,19
94:7
**revealing** 12:16
**review** 13:8
70:24
**reviewed** 12:24
14:12 35:16
71:3 74:13
91:18
**rich** 45:10
**right** 6:5 10:17
13:12 14:16
15:16 17:16
18:3,10 19:23
20:2,5 21:2,5
22:2 24:12,15
25:21 28:12,21
29:6 30:17
33:14 38:9
41:8 44:2
45:22,24 48:13

53:19 59:9
60:11,17,20
61:20,23 62:5
62:17 63:15,18
63:24 64:2,25
67:5,10,16
68:16 70:6
73:6,15 77:20
78:7,23 79:3
79:12,19 81:8
81:24 83:3
84:8 86:12
91:25 95:9
**robert** 1:12
2:11 12:25
17:3,4 18:25
19:3 21:4,19
21:21 22:3
28:24 29:16,22
30:2 35:22
76:17 90:21,22
**robert's** 35:16
**role** 14:19
16:24 24:9
25:2 84:21
85:11,14
**roles** 20:22
**rotating** 93:8
**rotation** 92:25
**row** 50:19
**rule** 26:18,21
26:25 77:22
**rules** 5:3 8:13
23:17 24:3,15

26:7 45:7 48:4
**run** 78:18
91:21 92:3
**runner** 31:16
31:19
**runners** 30:16
52:16 82:9,10
86:19
**running** 25:9
**runs** 7:13,18
78:11
**rush** 22:19

**s**

**s** 2:1 3:5 54:8
98:5
**sage** 2:14,21
5:16
**sagelegal.nyc**
2:17
**samet** 54:8 57:5
**sanctionable**
41:10
**sanctions** 59:10
**saw** 37:20
55:11 60:22
67:4
**saying** 20:14
40:18 41:14
63:24 65:19,23
79:23
**says** 26:18,25
50:24 51:2
52:13 53:23,24

55:25 56:23
57:7,17,18,19
**schedule** 22:15
22:17,18 35:9
35:13
**scheduled**
65:21
**scheduling**
34:18,23 35:18
**screen** 49:6
72:10,19
**scroll** 49:10
51:7
**seamless** 36:25
**second** 41:11
43:15 45:14
48:5 56:13
58:7,10
**section** 45:7
51:18 52:6
54:4 93:3
**sections** 92:9
92:13,17,23
93:14,19
**see** 20:10,18
49:7,8,14 50:3
50:8,18,23
51:3,19 52:7
53:13 54:7,15
55:12 56:20,24
57:19 60:23
62:22 66:8,12
66:17,21 69:9
69:10 72:18,23

74:15 83:23
84:19,22 85:2
85:5,18 86:9
91:20
**seeing** 63:12
**seek** 59:9
**seems** 27:13
**seen** 60:19 61:4
**sells** 75:7,18
76:9 77:24
**sending** 46:20
47:3 69:7
**sentences** 85:7
**separate** 53:2
**september**
14:20 40:2,24
**serve** 51:12
**served** 43:11
71:14
**server** 23:5
24:9 25:2,11
31:14 52:16
69:22 82:23
83:2,2,6 89:13
**servers** 30:16
32:22 52:16
81:10
**service** 24:9
28:5,9 29:5,18
29:21,25 30:5
30:14,23 36:23
37:8 38:5,25
42:4 78:10

**servicing** 53:3
**shahmuradyan**
1:13 2:12
**share** 95:2,7
**shares** 31:8
**sharing** 49:6
72:10
**sheet** 98:1
**shift** 22:3 24:25
32:10,23 94:4
**shifts** 24:11
**shirt** 81:14
82:8
**show** 48:18
64:5 65:25
**showed** 60:17
**showing** 72:9
72:11
**shows** 25:12
**sic** 91:7
**sighing** 64:9,19
**sign** 39:17
**signature** 96:16
97:13
**signed** 12:14
**similarly** 1:6
**sit** 88:23
**sitting** 85:17
**situated** 1:7
**six** 22:21 32:24
33:3 87:8
**skills** 92:21
93:7,10 96:9
97:6

**slow** 25:25
28:25 44:20
81:21
**slows** 27:6
**somebody**
88:23
**sorry** 4:13
20:13 23:14
25:24 28:6,15
28:17 31:24
32:18 44:18
49:25 53:24
54:10 61:14
68:12 70:16
78:17 81:16
82:3 84:22
87:25 88:2,18
**southern** 1:3
**spare** 65:10
**speak** 7:14,14
7:15 10:16
13:3 26:10
37:3,3 78:16
91:6,9
**speaks** 18:16
**specific** 20:6
59:3 80:7
**specifically**
58:12 64:4
**specifics** 28:9
31:13
**speech** 29:2
**spent** 60:4

| | | | |
|---|---|---|---|
| **spew** 65:9 | **states** 1:1 | **supervises** 23:8 | **table** 37:25 |
| **split** 95:5 | **station** 93:22 | **supervisor** | 85:17 86:13 |
| **splitting** 95:6 | **stenographic** | 78:12,20 | **tables** 36:24 |
| **spread** 54:13 | 5:5 | **supposed** 44:3 | 37:9 |
| 56:15 | **stephanie** | 44:4 | **take** 4:4,15 |
| **spreadsheet** | 13:16 57:14 | **sure** 12:4,7 | 10:13 25:15 |
| 3:7,9,11 48:21 | 58:2 91:23 | 23:11 24:2,14 | 47:21 89:14 |
| 48:23 49:8 | **stephanie's** | 28:8 31:14 | **taken** 4:8 96:3 |
| 50:4,21 60:10 | 13:18 | 36:24 37:6 | 96:11 97:8 |
| 60:14 66:3,5,8 | **steps** 47:14 | 39:12 46:11,23 | **talk** 69:21 |
| 67:4,20 68:7 | **stipulation** 5:7 | 53:15 55:8,9 | **talking** 23:22 |
| 70:5 72:12,15 | **stop** 36:6 45:7 | 56:8,11 57:10 | 64:3 74:2 |
| 72:18 | **story** 41:17 | 63:3,19,21 | 92:21 |
| **spreadsheets** | 43:15 | 77:13 78:11 | **talks** 19:11 |
| 57:25 58:13,17 | **stuff** 60:7 | 92:3 | **talya** 1:23 4:3 |
| 58:22 61:8 | **subject** 9:6 | **surprise** 18:14 | 96:2,17 |
| 63:8,15,25 | 34:5 78:25 | 19:10 35:15 | **tell** 6:9 9:5,7 |
| 70:7,8,12 | 79:5 | 91:17 | 28:22 33:5,6 |
| 72:25 73:15 | **subjects** 59:16 | **surprising** 17:7 | 42:17 54:19 |
| **staff** 34:21 | **submitted** | **survived** 20:25 | 55:9 61:18,22 |
| 37:11 69:8 | 57:13 | **swear** 4:17 6:4 | 62:3 63:13,20 |
| **stand** 51:5,9 | **submitting** | **switch** 49:13 | 67:23 73:5,14 |
| **start** 12:5 15:7 | 13:17 | **switches** 51:8 | **telling** 45:13 |
| 47:3 | **subramanian's** | **sworn** 4:20 6:9 | 61:11,14 84:5 |
| **starting** 54:18 | 26:18 | 8:25 95:19 | **tells** 18:21 |
| 81:22 | **subscribed** | 96:5 98:22 | **ten** 89:15 |
| **state** 5:24 38:8 | 95:19 98:22 | **system** 25:7 | **term** 45:23 |
| 39:13 46:7,13 | **substance** | 31:7,17,25 | **terminated** |
| 46:24 47:16 | 12:17 | 32:15 33:8,22 | 30:4 |
| 96:19 | **suit** 82:17,18 | 38:20 47:9 | **terminating** |
| **stated** 6:21 | 83:6 | | 29:13,25 |
| **statements** | **suite** 2:5 | **t** | **terms** 79:9 |
| 12:14 80:13 | **supervise** 23:6 | **t** 3:5 54:8 | **testified** 6:11 |
| | | | 18:15 35:17 |

43:5 61:3 84:2
92:5
**testify** 10:25
11:4,13,25
12:2 41:12,14
42:21 43:6,10
43:18 44:5,8
45:18 58:11,17
58:22 59:3,8
59:12 60:6
62:25 63:18
65:5 67:8,15
67:24 68:5,10
68:16 69:20
70:2,14,21
71:19 94:14
**testifying** 9:8
13:24 45:16
96:5
**testimony**
12:12 39:24
56:12 60:19
77:14
**text** 35:12
**thank** 5:23 6:3
6:12,14 13:6
37:5 49:19,20
64:24 90:14
94:15,17
**thing** 7:25
71:16 73:12
**things** 37:25
45:18 59:3,8
85:19 88:15

93:4
**think** 7:3 10:3
24:21 26:20,24
86:2 90:6
94:21
**third** 48:8
51:18 55:21
**thought** 20:13
**three** 27:10
32:25 33:2
51:22,23 65:14
**tie** 81:14 82:8
82:18 83:7
**time** 1:20 5:8
8:10 10:10
15:11 20:8,22
22:19 27:5
32:7,9,11 36:5
37:10 39:9
41:11,15 43:19
44:8,12 45:13
48:6,8 59:19
59:20,24 60:4
71:15 74:18
88:13,22 90:5
92:25 94:15
**times** 20:4
27:10 65:14
**timing** 33:10
**tip** 30:24 31:3,9
33:13,24 34:5
34:6 38:8 39:3
42:6 53:10,11
69:17

**tipped** 38:6,25
42:4,15 73:23
74:5,14 78:23
79:10,11 84:3
84:6
**tipping** 46:6
47:16
**tips** 32:8 33:3
51:13 52:22,24
52:25 53:5
54:10,12,14,22
54:25 55:2,4,7
55:10,17,22
56:19 69:6
**title** 89:12
**toast** 31:25
33:5,8,10,12,16
69:6,16 89:7
**today** 8:12 9:3
10:20,25 11:4
11:13,25 12:2
13:24 21:13
41:11 65:5
67:15,24 68:5
68:11 71:17
**today's** 7:23
12:19 14:13
48:20 59:25
60:18 70:25
**together** 30:25
**told** 58:21 59:4
65:14
**took** 14:21
16:23 31:6

32:6 33:22
38:21 40:23
47:15 74:10,12
**top** 50:18 56:22
**topic** 42:19
71:18
**topics** 65:6
94:13
**total** 62:21
**touch** 18:11
37:24
**touching** 36:24
37:9
**training** 34:21
36:18 37:11
**transcriber**
97:1
**transcribing**
8:18
**transcript** 4:22
17:9 35:17
91:19 94:20
97:3,4
**transcriptionist**
96:7
**transparent**
69:8
**true** 22:2 34:22
35:11 40:21
63:25 76:17
84:14 87:13
88:3,4 89:5
92:2 93:12,18
96:8 97:4

| | | | |
|---|---|---|---|
| **truth** 6:9,10,10 9:5,7 | **understanding** 27:14 | **videoconfere...** 2:3,13,22 | **wearing** 83:6 |
| **truthfully** 10:25 11:4 | **understood** 9:22 11:23 43:16 | **voice** 19:5 78:16 | **wears** 82:18 |
| **try** 8:13 10:10 37:3 | **uniform** 81:10 82:5,6 83:3 | **vs** 4:9 | **wednesday** 1:19 4:10 |
| **trying** 87:8 | **united** 1:1 | **w** | **week** 22:21 46:21 91:8,21 |

**truth** 6:9,10,10
 9:5,7
**truthfully**
 10:25 11:4
**try** 8:13 10:10
 37:3
**trying** 87:8
**two** 7:5 20:17
 23:3 27:10
 32:22 53:17
 72:25
**types** 52:19
 58:12 79:11,14
**typewriting**
 96:6
**typically** 91:9

**u**

**unable** 11:4
**under** 5:2 9:2
 12:12 50:23
 51:2,17 57:6
 67:9 69:17
 73:5 74:23
**understand**
 4:21 8:23 9:4,9
 9:18,22 10:7
 10:14,15,19
 13:23 14:5
 24:22 28:6
 46:18 65:16
 68:12 70:17,19
 74:23 75:10
 76:11

**understanding**
 27:14
**understood**
 9:22 11:23
 43:16
**uniform** 81:10
 82:5,6 83:3
**united** 1:1
**unmute** 90:13
**unprofessional**
 45:6,12,19
**update** 46:10
**updates** 46:22
**updating** 34:18
**use** 45:23
**used** 20:16 37:7
 47:21 50:12
**uses** 4:25
**using** 46:9,18
**usually** 22:18
 22:20 91:11

**v**

**v** 1:9 98:2
**values** 32:3
**vary** 80:18
**vendors** 21:23
 34:20
**verbal** 8:19
**veritext** 4:4
 98:1
**versus** 79:15
**vest** 81:14

**videoconfere...**
 2:3,13,22
**voice** 19:5
 78:16
**vs** 4:9

**w**

**wage** 38:9,19
 39:3 59:13
 80:13
**wait** 31:18,18
 31:18 42:25
 44:20,20 49:22
 81:20,20,20,21
**waiter** 23:24
 82:15 84:6
 86:16 89:23
**waiters** 86:19
**want** 26:15
 33:6 36:6,7
 42:17 55:8
 63:19 65:8,9
 72:4 74:22
 95:5
**wanted** 40:19
**wants** 36:10
**wasting** 45:12
**way** 10:5 23:6
 36:9 49:2 65:3
 74:9 85:18
 92:20 94:9
**we've** 33:25
**wear** 81:11
 82:16 83:2

**wearing** 83:6
**wears** 82:18
**wednesday**
 1:19 4:10
**week** 22:21
 46:21 91:8,21
**weeks** 15:24
**went** 12:23
**white** 81:13
 82:7
**wine** 34:18
**withdrawn**
 22:14,25 23:20
 38:23 51:22
 70:23 84:13
**witness** 4:18,20
 4:21 5:19 6:4,8
 7:16 13:5
 16:13 18:3
 19:14,23 22:9
 23:16 25:7,23
 27:9 28:2
 30:19 31:20
 32:20 33:16
 34:9,25 35:7
 35:20 37:6,18
 38:16 40:23
 41:11,18,19
 42:21 43:5,9
 43:15,21,23
 44:4,7 45:14
 45:15 46:9,19
 47:20 52:3
 57:10 58:10,11

58:16,16,21,25
59:5,7,14 60:6
60:13,22 61:7
61:22 62:7,14
62:20 63:3
64:8,17,18,21
65:5 66:24
67:12,18 68:25
70:16 71:9,15
71:18,22 72:3
73:8,17 74:2
74:20 75:9
76:13,20 77:4
77:16 78:3,9
78:17 79:21
80:2 81:13,19
82:12,22 83:5
83:12 84:18,24
85:9 86:7,15
87:2,18 88:8,8
88:10,12,14,18
88:23 89:3,11
89:25 90:17,25
94:11,17 96:4
**witnesses**  59:12
**witnesses'**  98:3
**word**  75:20
76:3
**words**  50:19
**work**  7:10
15:20 16:16
20:16 32:12,17
50:12 52:19
56:3,10 61:9

73:24 88:15
92:10,24 93:3
93:15,20
**worked**  32:10
32:20,23,24,24
32:25 33:3
62:21,22 74:16
**working**  39:23
75:6
**works**  13:20
**worse**  92:17,19
**write**  88:13,24
**writing**  39:15
**written**  5:6
38:25 41:4
42:5
**wrong**  33:6
42:17 63:20

| x |
| --- |

**x**  3:1,5

| y |
| --- |

**yeah**  6:20,20
8:5 14:23
17:12,17 19:14
20:3 23:16,23
24:23,23 27:4
27:20 32:13,14
41:23 49:9
51:14 52:3
56:25 57:20
59:19 67:6
70:22 74:5,22
74:25 75:4

95:8
**year**  14:20 15:9
73:24 90:6
**york**  1:3 2:6
4:12,17 38:8
96:19 98:1

| z |
| --- |

**z**  54:9
**zero**  56:20
**zone**  41:10

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.