# Exhibit 13

Log In Sign Up

**labaianyc** • Follow

**labaianyc** 212w
Osteria La Baia is officially opening for dinner from Monday November 15th onwards! ❤️

Reservations are live on the website 👉 https://www.labaianyc.com

Soft-opening hours are:
Mon-Thu 5-10pm
Fri-Sat 5-10:30pm

Looking forward to welcoming you at @labaianyc 🙌 Ciao 💋

Thank you @jromeroromero for beautiful shots and @floratorium for stunning decorations 🙌 ❤️

**241 likes**
November 14, 2021

Log in to like or comment.

12/10/25, 7:47 AM Instagram

Instagram

Log In Sign Up

AMARONE
DELLA VALPOLICELLA CLASSICO
TOMMASI
VINTAGE
INDIAN OCEAN
CERVARO
ANTINORI

https://www.instagram.com/p/CWQvTcKI690/ 2/4



12/10/25, 7:47 AM Instagram

Log In Sign Up

LA BAIA
LA BAIA

https://www.instagram.com/p/CWQvTcKI690/ 3/4




Instagram

Log In Sign Up

See more posts

Meta About Blog Jobs Help API Privacy Terms Locations Instagram Lite Meta AI Threads Contact Uploading & Non-Users Meta Verified Settlement Agreements

English

© 2025 Instagram from Meta