# Exhibit 14



Fernandez0136



Fernandez0138



Fernandez0140