# Exhibit 15



# LA BAIA
NEW YORK

## Corrective Action Record

Employee Name: Katherine Fernandez
Position: ~~Food~~ Runner
Date: 3/23/24
Restaurant Location: Osteria La Baia
Supervisor's Name: Julia Perez

**Corrective Action Information**
Reason for Action: Didn't attend the mandatory general meeting
Type of Action: Written warning
Date of Previous Discussion(s):
Result of Previous Discussion:

*Identify specific behaviors, performance, or events leading to corrective action:*
Facts:

*What is the company standard policy/procedure?*
Bulldozer Hospitality Group Standard:

*Why is failure to meet standard a problem for the company, department, or other employees?*
Why it's a problem:

*State what the employee must do to improve, and list time allowed for improvement:*
Improvement required: Every general meeting attendance is mandatory.

*What disciplinary action will follow for failure to improve?*
Failure to Improve: Any further violation of the above mentioned incident, or any other company violation, may result in additional corrective action, up to and including termination.

Employee Comments:

**Acknowledgement**

Employee Name: Julia Perez
Employee Signature: [signed]
Date: 23/3

Supervisor Name:
Supervisor Signature: [signed]
Date: 3/23/24

Witness Name: JANOS PALIKO
Witness Signature:
Date:

Employee reviewed Corrective Action Record and refused to sign  X Yes ___ No

DEFS-000004