# Exhibit 17

# Bulldozer Hospitality Group Inc. - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 12/23/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| 5835 GRANGER ST | xxx-xx-4058 | 12/29/2024 | La Baia |
| CORONA, NY 11368 | **Net Pay** | **Check Date** | **Location** |
|  | $927.66 | 01/07/2025 | La Baia |
|  | **Fed Filing Status** | **State Filing Status** | **Job Title** |
|  | M,0 | NY - M, 0 | Staff |
|  | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
|  | 0 | 0.00 | $10.00 / Hourly |

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,179.04 | $251.38 | $0.00 | $927.66 |
| **YTD** | $1,179.04 | $251.38 | $0.00 | $927.66 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $13.40 |  |  | $0.00 |
| Gratuity | $2.70 |  |  | $0.00 |
| REGULAR | $404.10 | 26.94 |  | $15.00 |
| Tips Owed | $758.84 |  |  | $0.00 |
| **TOTAL** | **$1,179.04** | **26.94** | **0.00** |  |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $13.40 |  |  |
| Gratuity | Taxable | $2.70 |  |  |
| REGULAR | Taxable | $404.10 | 26.94 |  |
| Tips Owed | Taxable | $758.84 |  |  |
| **TOTAL** |  | **$1,179.04** | **26.94** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $39.65 | $39.65 |
| Federal Income Tax | $63.08 | $63.08 |
| FICA | $73.10 | $73.10 |
| FLI Withholding - NY | $4.57 | $4.57 |
| Medicare | $17.10 | $17.10 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $53.28 | $53.28 |
| **TOTAL** | **$251.38** | **$251.38** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700892 | n/a | XXXXXXXX | $927.66 |

## Time Away From Work

6/5/2025 2:54 PM    **Fernandez0001**    Page 1 / 2

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 26.94 | $40.41 | | |
| **TOTAL** | | | **$40.41** | **$0.00** | **$40.41** |

Bulldozer Hospitality Group Inc - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024

| Name<br>KATHERINE FERNANDEZ<br>Address<br><br>5835 GRANGER ST<br>CORONA, NY 11368 | Employee ID<br>1970<br>SSN<br>xxx-xx-4058<br>Net Pay<br>$796.43<br>Fed Filing Status<br>M,0<br>Fed Add. Amount<br>0 | Pay Begin Date<br>12/30/2024<br>Pay End Date<br>01/05/2025<br>Check Date<br>01/17/2025<br>State Filing Status<br>NY - M, 0<br>State Add. Amount<br>0.00 | Paygroup<br>La Baia<br>Department<br>La Baia<br>Location<br>La Baia<br>Job Title<br>Staff<br>Pay Rate<br>$10.00 / Hourly |
|---|---|---|---|

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $993.60 | $197.17 | $0.00 | $796.43 |
| YTD | $2,172.64 | $448.55 | $0.00 | $1,724.09 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $6.78 | | | $0.00 |
| Gratuity | $32.18 | | | $0.00 |
| REGULAR | $386.70 | 25.78 | | $15.00 |
| Tips Owed | $567.94 | | | $0.00 |
| **TOTAL** | **$993.60** | **25.78** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $20.18 | | |
| Gratuity | Taxable | $34.88 | | |
| REGULAR | Taxable | $790.80 | 52.72 | |
| Tips Owed | Taxable | $1,326.78 | | |
| **TOTAL** | | **$2,172.64** | **52.72** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $31.95 | $71.60 |
| Federal Income Tax | $41.67 | $104.75 |
| FICA | $61.60 | $134.70 |
| FLI Withholding - NY | $3.86 | $8.43 |
| Medicare | $14.41 | $31.51 |
| SDI Withholding - NY | $0.60 | $1.20 |
| State Withholding - NY | $43.08 | $96.36 |
| **TOTAL** | **$197.17** | **$448.55** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700947 | n/a | XXXXXXXX | $796.43 |

## Time Away From Work

6/5/2025 2:54 PM                                                    Fernandez0003                    Page 1 / 2

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|-----------|--------------------|
| $15.00 | $1.50 | 25.78 | $38.67 | | |
| **TOTAL** | | | **$38.67** | **$0.00** | **$38.67** |

**Bulldozer Hospitality Group Inc - La Baia** 255 Harmon Ave Fort Lee, New Jersey 07024

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| KATHERINE FERNANDEZ | 1970 | 01/13/2025 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
|  | xxx-xx-4058 | 01/19/2025 | La Baia |
| 5835 GRANGER ST | **Net Pay** | **Check Date** | **Location** |
| CORONA, NY 11368 | $1,089.93 | 01/28/2025 | La Baia |
|  | **Fed Filing Status** | **State Filing Status** | **Job Title** |
|  | M,0 | NY - M, 0 | Staff |
|  | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
|  | 0 | 0.00 | $11.00 / Hourly |

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,410.04 | $320.11 | $0.00 | $1,089.93 |
| **YTD** | $3,582.68 | $768.66 | $0.00 | $2,814.02 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $1.60 |  |  | $0.00 |
| Gratuity | $81.23 |  |  | $0.00 |
| REGULAR | $492.30 | 32.82 |  | $15.00 |
| Tips Owed | $834.91 |  |  | $0.00 |
| **TOTAL** | **$1,410.04** | **32.82** | **0.00** |  |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $21.78 |  |  |
| Gratuity | Taxable | $116.11 |  |  |
| REGULAR | Taxable | $1,283.10 | 85.54 |  |
| Tips Owed | Taxable | $2,161.69 |  |  |
| **TOTAL** |  | **$3,582.68** | **85.54** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $49.39 | $120.99 |
| Federal Income Tax | $90.80 | $195.55 |
| FICA | $87.42 | $222.12 |
| FLI Withholding - NY | $5.47 | $13.90 |
| Medicare | $20.45 | $51.96 |
| SDI Withholding - NY | $0.60 | $1.80 |
| State Withholding - NY | $65.98 | $162.34 |
| **TOTAL** | **$320.11** | **$768.66** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700995 | n/a | XXXXXXXX | $1,089.93 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

**Memo**

## Additional Information

**Regular Rate of Pay/Minimum Wage** $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|-----------|-----------------------|
| $15.00 | $1.50 | 32.82 | $49.23 | | |
| **TOTAL** | | | **$49.23** | **$0.00** | **$49.23** |