UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

        Plaintiff,

  v.

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

        Defendants.

No.: 25-cv-04490 (AS)

## DECLARATION OF ADRIAN MONTOR-TERAN

I, Adrian Montor-Teran, under penalty of perjury, affirm as follows:

1. I am a Plaintiff in this Action. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration in support of Plaintiffs' motion for class certification pursuant to Fed. R. Civ. P. Rule 23.

3. I worked at Osteria La Baia (the "Restaurant") as a tipped food-service employee in 2024.

4. Defendants did not present me with, nor did I ever sign, a written wage notice.

5. I am familiar with the payroll practices at the Restaurant as well as the claims in this lawsuit.

6. I am prepared to act as a class representative in this action.

7. As a class representative, I am prepared to vigorously pursue the claims of my coworkers.

8. I do not have any conflicts of interest with any of the other employees who work or worked at the Restaurant.

2

I declare under penalty of perjury of the law of the United States that the foregoing is true and correct. This declaration has been read to me in Spanish which is my native language.

Dated: December 11, 2025  By: _____
      New York, New York        Adrian Montor-Teran