UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>    Defendants. | No.: 25-cv-04490 (AS) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Declaration of Lucas C. Buzzard, and exhibits appended thereto, Plaintiffs hereby move this Court for an order granting partial summary judgment on the following issues: (1) liability and damages on all claims that Defendants illegally paid tipped employees pursuant to a tip credit; (2) liability on the claims that Defendants failed to provide wage notices as required by N.Y. Lab. Law § 195; (3) that Defendants are liable for liquidated damages on Plaintiff's wage and hour claims; and (4) that Defendants Robert Petrosyants and Marianna Shahmuradyan are individually liable under the Fair Labor Standards Act and New York Labor Law for the wage violations here.

Dated: New York, New York
    December 12, 2025

By:    s/ *Lucas C. Buzzard*
D. Maimon Kirschenbaum
Lucas C. Buzzard
Josef Nussbaum
**JOSEPH & KIRSCHENBAUM LLP**
45 Broadway, Suite 320
New York, NY 10006

*Attorneys for Plaintiffs, Opt-in Plaintiffs and the proposed Class*