IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>          Defendants.. | No. 25-cv-4490 (AS)<br><br>**DECLARATION OF LUCAS C. BUZZARD** |

I, Lucas C. Buzzard, declare under penalty of perjury that the following is true and correct:

1.     I am a partner with Joseph & Kirschenbaum LLP, counsel for Plaintiffs in the above-captioned matter. I submit this Declaration in support of Plaintiffs' motion for partial summary judgment. I am familiar with the facts and circumstances set forth herein.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the November 13, 2025 deposition of Defendant Marianna Shahmuradyan taken in this action.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the November 18, 2025 deposition of Defendant Robert Petrosyants taken in this action.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the December 3, 2025 deposition of Janos Paliko taken in this action.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's First Requests for the Production of Documents to all Defendants, which was served on or about July 30, 2025.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Request for Document Production, which was served on or about September 3, 2025.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of an email sent by then-counsel for Defendants to counsel for Plaintiffs on September 26, 2025.

8.      I have reviewed all documents produced by Defendants to Plaintiffs in this lawsuit. As of the date of this declaration, Defendants have not produced any written wage notices or pay rate acknowledgement forms.

9.      On or about October 3, 2025, as part of the parties' agreement concerning pre-certification discovery, Defendants produced spreadsheet summaries of annual payroll that was run at OLB. A true and correct copy of the October 3, 2025 email from Defendants' counsel containing these reports is attached hereto as **Exhibit 7**.

10.      Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Stephanie Willsey, which is dated December 10, 2025 and was produced by Defendants in this action.

11.      Attached hereto as **Exhibit 9** is a copy of the spreadsheet produced by Defendants bearing file name 2021.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

12.      Attached hereto as **Exhibit 10** is a copy of the spreadsheet produced by Defendants bearing file name 2022.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

13.    Attached hereto as **Exhibit 11** is a copy of the spreadsheet produced by Defendants bearing file name 2023.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

14.    Attached hereto as **Exhibit 12** is a copy of the spreadsheet produced by Defendants bearing file name 2024.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

15.    Attached hereto as **Exhibit 13** is a copy of the spreadsheet produced by Defendants bearing file name 2025.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

16.    In connection with this litigation, Plaintiffs' counsel created additional spreadsheet summaries from the data contained in the spreadsheets produced by Defendants as file names 2021.csv, 2022.csv, 2023.csv, 2024.csv, 2025.csv.

17.    Specifically, Plaintiffs' counsel created the additional spreadsheet summaries by: (1) removing all employees listed on the spreadsheets produced by Defendants who were not "front-of-house" food service workers by deleting all employees who did not have the notation "FOH" in column C (Department) of the spreadsheets; and (2) adding three additional columns to Defendants' spreadsheets (columns O, P, and Q). PDF versions of the spreadsheet summaries created by Plaintiffs' counsel are attached hereto as **Exhibit 14** (2021 Spreadsheet Summary), **Exhibit 15** (2022 Spreadsheet Summary), **Exhibit 16** (2023 Spreadsheet Summary), **Exhibit 17** (2024 Spreadsheet Summary), and **Exhibit 18** (2025 Spreadsheet Summary).

18.    In the additional columns, Plaintiffs' counsel provided tabulations of (a) the total amounts that OLB food service employees would have been paid had Defendants paid them at the full New York State minimum wage rates and overtimes wage rates for each hour worked,

and (b) the difference between the total amounts OLB paid the food service employees and the total amount the employees would have earned had they been paid pursuant to the full New York State minimum wage rates and overtimes wage rates.

19.     Specifically, in the spreadsheets created by Plaintiffs' counsel, column O ("Rate Owed") lists the full New York State hourly minimum wage rate and hourly overtime wage rate applicable during the time period covered by each spreadsheet. For rows where there is the notation "REGULAR" in column I, the full New York regular minimum wage rate applicable for the period is used. For those rows where the notation "OVERTIME" appears in column I, the full New York overtime wage rate (1.5 times the applicable minimum wage rate) is used. *See* Exs. 14-18 at Column O.

20.     Column P in the spreadsheets created by Plaintiffs' counsel lists the total amount of wages the food service employees would have earned during the period covered by the spreadsheet had they been paid without any tip credit being applied to their wages (i.e., they were paid at the full New York minimum wage/overtime rate during the applicable period). For each row, the number in column P is derived by multiplying the "Rate Owed" in column O by the number of hours that appear in column J. *See* Exs. 14-18 at Column P.

21.     Column Q in the spreadsheets created by Plaintiffs' counsel provides a calculation of the difference between the amount each food service employee was actually paid during the period covered by the spreadsheet and the amount they would have earned during that period had they been paid pursuant to the full New York State minimum wage rates and overtime wage rates. For each row, the number in column Q is derived by subtracting the hourly amount paid that appears in column L from the amount owed in column P. *See* Exs. 14-18 at Column Q.

22.     At the bottom of each of the spreadsheets created by Plaintiffs' counsel, Plaintiffs' counsel totaled the amounts in each row of column Q to reach the "Total Minimum Wage Owed." This constitutes the total amount Defendants took in tip credits from all front-of-house employees' wages for that year. *See* Exs. 14-18.

23.     The Total Minimum Wage Owed amount on each spreadsheet is as follows: (1) $15,562.65 for 2021; (2) $135,261.03 for 2022; (3) $125,377.86 for 2023; (4) $162,054.40 for 2024; and (5) $231,757.51 for 2025. *See* Exs. 14-18. When those amounts are all added together, the result is $670,013.45.

24.     Attached hereto as **Exhibit 19** is a true and correct printout from OLB's Instagram page. The post shown is dated November 14, 2021 and the page was last accessed by Plaintiffs' counsel on December 10, 2025.

25.     The Instagram post in Exhibit 19 states that "Osteria La Baia is officially opening for dinner from Monday November 15th onwards!" Ex. 19.

26.     The midpoint between November 15, 2021 (the day OLB opened) and December 12, 2025 (the date of this Declaration) is November 29, 2023. This was calculated by deriving the number of days between November 15, 2021 and December 12, 2025 (1488 days), dividing that number of days in half (744 days) and adding that number of days to November 15, 2021.

Dated:  December 12, 2025

 _/s/ Lucas C. Buzzard_____

Lucas C. Buzzard