# Exhibit 1

Page 1

1                UNITED STATES DISTRICT COURT

2                          FOR THE

3              SOUTHERN DISTRICT OF NEW YORK

4    _____

5    KATHERINE FERNANDEZ, on Behalf

6    of Herself and Others Similarly

7    Situated,

8             Plaintiff,

9        v.                          Civil Action No.

10   BULLDOZER HOSPITALITY GROUP,        1:25-cv-4490

11   INC., D/B/A OSTERIA LA BAIA,

12   ROBERT PETROSYANTS and MARIANNA

13   SHAHMURADYAN,

14             Defendants.

15   _____

16           DEPOSITION OF MARIANNA SHAHMURADYAN

17   DATE:          Thursday, November 13, 2025

18   TIME:          12:36 p.m.

19   LOCATION:      Remote Proceeding

20                  Upper Saddle River, NJ 07458

21   REPORTED BY:   Talya Brott

22   JOB NO.:       7749330

23

24

25

Page 2

```
1         A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:
3     JOSEF NUSSBAUM, ESQUIRE (by
4     videoconference)
5     Joseph & Kirschenbaum LLP
6     45 Broadway, Suite 320
7     New York, NY 10006
8     jnussbaum@jk-llp.com
9     (212) 688-2545
10
11 ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,
12 INC., D/B/A OSTERIA LA BAIA, ROBERT PETROSYANTS,
13 AND MARIANNA SHAHMURADYAN:
14    EMANUEL KATAEV, ESQUIRE (by videoconference)
15    Sage Legal LLC
16    18211 Jamaica Avenue
17    Jamaica, NY 11423
18    emanuel@sagelegal.nyc
19    (718) 412-2421
20
21 ALSO PRESENT:
22    Alivia Cooney, Paralegal at Sage Legal LLC (by
23    videoconference)
24
25
```

Page 3

```
1          I N D E X
2  EXAMINATION:                    PAGE
3     By Mr. Nussbaum              6
4
5          E X H I B I T S
6  NO.      DESCRIPTION            PAGE
7  Plaintiff:
8  Exhibit A    Certificate of Liability
9               Insurance         60
10 Exhibit B    Spreadsheet of Employees   63
11
12    QUESTIONS INSTRUCTED NOT TO ANSWER
13        PAGE   LINE
14         15    11
15
16    D O C U M E N T S   R E Q U E S T E D
17 NO.      DESCRIPTION            PAGE
18 1        Copy of Lease          36
19
20    I N F O R M A T I O N   R E Q U E S T E D
21 NO.      DESCRIPTION            PAGE
22 1        Name of Manager        38
23
24
25
```

Page 4

```
1               M. SHAHMURADYAN
2     THE REPORTER:  Good afternoon.  My
3  name is Talya Brott.  I'm the reporter
4  assigned by Veritext to take the record of
5  this proceeding.  We are now on the record
6  at 12:36 p.m.
7        This is the deposition of
8  Marianna Shahmuradyan taken in the matter
9  of Katherine Fernandez et al. vs.
10 Bulldozer Hospitality, Group, Inc. et al.
11 on Thursday, November 13, 2025, in Upper
12 Saddle River, New Jersey.
13    I am a notary authorized to take
14 acknowledgements and administer oaths in
15 New York.  Parties agree that I will swear
16 in this witness remotely.
17    Additionally, absent an objection on
18 the record before the witness is sworn,
19 all parties and the witness understand and
20 agree that any certified transcript
21 produced from the record of this
22 proceeding:
23    - is intended for all uses permitted
24 under applicable procedural and
25 evidentiary rules and laws in the same
```

Page 5

```
1               M. SHAHMURADYAN
2  manner as a deposition recorded by
3  stenographic means; and
4     - shall constitute written
5  stipulation of such.
6     At this time, will everyone in
7  attendance please identify themselves for
8  the record, beginning with Plaintiff's
9  counsel.
10    MR. NUSSBAUM:  Hi, good afternoon.
11 Josef Nussbaum from Joseph & Kirschenbaum
12 for the plaintiffs.
13    MR. KATAEV:  Good afternoon, Emanuel
14 Kataev of Sage Legal LLC, for the
15 defendants.  With me is paralegal Alivia
16 Cooney.  And we have the witness,
17 Ms. Marianna Shahmuradyan.
18    THE REPORTER:  Thank you.
19    Ms. Shahmuradyan, will you state your
20 name for the record?
21    MS. SHAHMURADYAN:  Marianna
22 Shahmuradyan.
23    THE REPORTER:  Thank you.  Hearing no
24 objection, I will swear in the witness.
25    Please raise your right hand.
```

2 (Pages 2 - 5)

Page 6

M. SHAHMURADYAN

1
2 WHEREUPON,
3        MARIANNA SHAHMURADYAN,
4 called as a witness and having been first
5 duly sworn to tell the truth, the whole
6 truth, and nothing but the truth, was
7 examined and testified as follows:
8        THE REPORTER:  Thank you.  You may
9    proceed.
10        MR. KATAEV:  For the record, Under
11    Rule 30(e) I am requesting a copy of the
12    transcript.
13        MR. NUSSBAUM:  Good afternoon,
14    Ms. Shahmuradyan.
15        THE REPORTER:  I'm sorry, wait.  Just
16    wanted to clarify, you are ordering a
17    copy, Mr. Kataev?
18        MR. KATAEV:  No.  Under Rule 30(e), I
19    am requesting that the plaintiff produce
20    to me a copy of the transcript.
21        THE REPORTER:  Okay.
22        EXAMINATION
23 BY MR. NUSSBAUM:
24    Q    Good afternoon,
25 Ms. Shahmuradyan.

Page 7

M. SHAHMURADYAN

1
2    A    Good afternoon.
3    Q    Am I pronouncing your last name
4 correctly?
5    A    Yes.
6    Q    Okay.  Can you please spell your
7 last name for the record?
8    A    S-H-A-H-M-U-R-A-D-Y-A-N.
9    Q    Thank you.  And your first name
10 is Marianna?
11    A    Yes.
12    Q    Have you gone by any other
13 names?
14        THE REPORTER:  I'm sorry, can you
15    repeat that?
16        MR. NUSSBAUM:  Did she freeze?
17 BY MR. NUSSBAUM:
18    Q    Have you gone by any other
19 names?
20        MR. NUSSBAUM:  I think she froze.
21        THE REPORTER:  Yeah, it's 12:39,
22    we're off the record.
23        (Off the record.)
24        THE REPORTER:  It is 12:39.  We're on
25    the record.

Page 8

M. SHAHMURADYAN

1
2 BY MR. NUSSBAUM:
3    Q    Ms. Shahmuradyan, have you gone
4 by any other names?
5    A    No.
6    Q    Okay, and where do you currently
7 reside?
8    A    At 7 Sleepy Hollow Road, Upper
9 Saddle River, New Jersey 07458.
10    Q    Thank you.  My office represents
11 plaintiffs in a lawsuit against Osteria La
12 Baia Restaurant and yourself.  Do you
13 understand that?
14    A    Yes.
15    Q    Okay.  I'm going to be asking
16 you a number of questions today.  The
17 court reporter will be taking everything
18 that we say down for the record.
19        Because the court reporter is
20 transcribing the deposition, it's
21 important that you give verbal responses
22 to all of my questions.  Do you understand
23 that?
24    A    Yes, I do.
25    Q    The court reporter is not able

Page 9

M. SHAHMURADYAN

1
2 to take down any nods or hand gestures.
3 Do you understand that?
4    A    Yes, I do.
5    Q    The court reporter has sworn you
6 in and you're answering all questions
7 under oath today.  Do you understand that
8 you have the same obligation to tell the
9 truth and would be subject to the same
10 penalties for perjury if you do not tell
11 the truth as if you were testifying in a
12 court?
13    A    I do.
14    Q    If you don't understand a
15 question I've asked, please let me know
16 and I will try to rephrase it.  If you
17 answer the question, I'm going to assume
18 that you understood it.  Do you understand
19 that?
20    A    Yes.
21    Q    Is English your first language?
22    A    No.
23    Q    What's your first language?
24    A    Armenian.
25    Q    Are you fluent in English

3 (Pages 6 - 9)

Page 10

M. SHAHMURADYAN

1
2 though?
3    A   I am.
4    Q   So far you've understood
5 everything that I said?
6    A   I did.
7    Q   Great.  Please let me finish
8 asking a question before you answer it,
9 even if you think you may know what I'm
10 about to ask.  That way the court reporter
11 can get everything down for the record.
12 Do you understand that?
13    A   I understand.
14    Q   If you need a break at any time,
15 please let me know and I'll try to
16 accommodate you.  The only thing I ask you
17 that if a question is pending, first
18 answer the question before taking any
19 breaks.  Do you understand that?
20    A   I understand.
21    Q   Are you taking any medication or
22 is there any other reason that you may not
23 be able to testify truthfully today?
24    A   I'm not.
25    Q   Is there -- withdrawn.

Page 11

M. SHAHMURADYAN

1
2        Are you taking any medication or
3 is there any other reason that your memory
4 may be impaired today?
5    A   No.
6    Q   Okay.  Have you ever been
7 deposed before?
8    A   I have.
9    Q   Okay.  How many times?
10    A   Once.
11    Q   How long ago was that?
12    A   Last month.
13    Q   Okay.  And what was that in
14 relation to?
15    A   It was a personal matter on a
16 rental property.
17    Q   And what was your role in that
18 proceeding?
19        MR. KATAEV:  Objection, vague.
20        THE REPORTER:  I'm sorry?
21        MR. KATAEV:  Objection, vague.
22        THE REPORTER:  You're coming in
23    really soft, Mr. Kataev.  It's hard to
24    hear you.
25        MR. KATAEV:  I'll speak up.

Page 12

M. SHAHMURADYAN

1
2        MR. NUSSBAUM:  Not every day that the
3    court reporter tells the lawyer he's
4    coming in really soft.  Yeah, I -- and
5    this was their second round.
6 BY MR. NUSSBAUM:
7    Q   Ms. Shahmuradyan, what was your
8 role in the matter that you were deposed
9 in?
10    A   To --
11        MR. KATAEV:  Same objection.
12        You can answer.
13        THE WITNESS:  The -- to prove that
14    whatever they're claiming is false because
15    I have all the evidence that it's false,
16    whatever they're trying to get out of us.
17    From a rental --
18 BY MR. NUSSBAUM:
19    Q   Are you a defendant?  I'm sorry.
20 Are you a defendant in that case?
21    A   Yes.
22    Q   Okay.  And where's the case
23 file?
24    A   New Jersey.
25    Q   State Court or federal court?

Page 13

M. SHAHMURADYAN

1
2    A   I am not sure.
3    Q   Who's your lawyer in that case?
4    A   I don't remember his -- his
5 name.
6    Q   Other than that deposition, have
7 you been deposed any other times?
8    A   No.
9    Q   Okay.  Have you given any other
10 testimony under oath before that
11 deposition?
12    A   Not in my best memory, no.
13    Q   Okay.  Other than this lawsuit
14 and the lawsuit you just mentioned on a
15 rental property, have you been a party to
16 any other lawsuit as a plaintiff or a
17 defendant?
18    A   No.
19    Q   Without revealing any attorney-
20 client communications, did you do anything
21 to prepare for today's deposition?
22    A   I did.
23    Q   What did you do?
24    A   I just looked through the case
25 just so I know what -- what we're working

4 (Pages 10 - 13)

Page 14

M. SHAHMURADYAN
1
2 on.
3    Q    The complaint that was filed?
4 Is that what you mean?
5    A    Yes.
6    Q    Okay.  And did you review any
7 other documents?
8    A    I did not.
9    Q    Okay.  Did you meet with anyone
10 or discuss the deposition with anyone?
11    A    No.
12    Q    How did you find out that you
13 would be testifying today?
14    A    I got an email to meet up at
15 this time and I got a call from Emanuel to
16 show up at this time --
17    Q    Okay.  And other than the call
18 with Emanuel, did you speak to anybody
19 else about the deposition?
20    A    No, I did not.
21    Q    All right.  Now, you're a co-
22 defendant in the case.  Robert, are you
23 familiar with them?
24    A    Yes.
25    Q    Okay.  What's the relationship

Page 15

M. SHAHMURADYAN
1
2 between the two of you?
3    A    We are partners.  We're married.
4    Q    Did you discuss the deposition
5 with him?
6    A    I did.
7    Q    Okay.  When was that?
8    A    Couple days ago.
9    Q    Okay.  And what did you discuss?
10       MR. KATAEV:  Objection, marital
11    privilege.  I instruct the witness not to
12    answer the question.
13 BY MR. NUSSBAUM:
14    Q    Okay.  How long did you speak to
15 him about it for?
16    A    Just one day to find out where I
17 need to show up.
18    Q    Okay.  Are you familiar with the
19 corporate defendant in this case,
20 Bulldozer Hospitality?
21    A    To my best knowledge, yes.
22    Q    Okay.  What do you know about
23 that?  About that entity?
24    A    That it does LLC under -- for La
25 Baia Restaurant.

Page 16

M. SHAHMURADYAN
1
2    Q    For the restaurant Osteria La
3 Baia?
4    A    Yes.
5    Q    And what's your role in that
6 entity, in Bulldozer?
7    A    I'm the owner.
8    Q    Are there any other owners?
9    A    No.
10    Q    Do you own 100 percent of the
11 restaurant Osteria La Baia?
12    A    I do.
13    Q    Okay.  And when did that
14 restaurant open?
15    A    In 2022.
16    Q    And have you always been the 100
17 percent owner of the restaurant?
18    A    Yes.  To -- if I remember
19 correctly, yes.
20    Q    Okay.  And as the owner, what do
21 you do at the restaurant?
22    A    I look down at the finances, I
23 go through all the QuickBooks, and I
24 always sign off tax returns.  And I just
25 look at it at 30,000-foot view.  But I do

Page 17

M. SHAHMURADYAN
1
2 not handle day-to-day operations.
3 Managers do that.
4    Q    Which managers?
5    A    Janos, his first name.  I
6 have --
7       MR. KATAEV:  -- look for the
8    records --
9       THE REPORTER:  Did you say --
10       MR. NUSSBAUM:  Counsel, please don't
11    interrupt the witness when she's in the
12    middle of testifying.
13       THE WITNESS:  I do not
14    remember -- name.  I could look in my
15    records.
16 BY MR. NUSSBAUM:
17    Q    Okay.  Sure.  Can you spell his
18 first name for the record, please?
19    A    J-A-N-O-S.  I believe that's how
20 it's spelled.
21    Q    And you hired him to work at the
22 restaurant?
23    A    I did.
24    Q    When did you hire him?
25    A    Two years ago, if I remember

Page 18

M. SHAHMURADYAN

correctly.
Q Okay. And what's his job title at the restaurant?
A He basically runs everything, from hiring to payroll to running day-to-day operation.
Q And does he have a title?
A He is manager.
Q Manager of the restaurant?
A Yes.
Q And are there any other managers at the restaurant?
A No. There's a director of operations and manager.
Q Okay. Who's the current director of operations?
A It's Robert Petrosyants.
Q And did you hire him for that role?
A Did I hire Robert Petrosyants for the role of being director of operations? I did.
Q And has he been the director of operations since Osteria La Baia commenced

Page 19

M. SHAHMURADYAN

operating in 2022?
A No. Since 2023, if I remember. Or beginning 2024. If I remember that correctly.
Q Okay. And what is his role as director of operations?
A He works with vendors. He deals with the foods, Department of Health, fire departments. Mainly just vendors.
Q Anything else?
A Not to my knowledge.
Q Okay. And who was the director of operations before Robert?
A When we opened up, the restaurant was barely running. So it was -- the first year, it was very slow. We just had a manager. I don't remember his name. It was through COVID.
Q This was in 2022; right?
A Yeah. It was --
Q What month in 2022 did the restaurant open?
A December, I believe.
Q Okay. And who was the manager

Page 20

M. SHAHMURADYAN

before Janos?
A I don't remember the name. I will have to check my records --
Q How many managers were -- pardon me -- represent?
A Maybe one.
Q One besides the one when the restaurant first opened? Or just one and Janos?
A I think just one before Janos.
Q Okay. And did you interview Janos before hiring?
A Yes.
Q Okay. When the restaurant first opened, who decided how much to pay the employees?
A I don't remember at that time who was the manager. And it looked like he had -- he was -- he was the one who was helping me because he had a little more experience. But I don't remember his name.
Q Okay. But as the owner, you were the one who decided how much everyone

Page 21

M. SHAHMURADYAN

was going to make at the restaurant; right?
A Yeah, but -- I did not --
MR. KATAEV: Objection --
THE REPORTER: I'm not -- didn't hear that, Mr. Kataev.
MR. KATAEV: Objection. Assumes facts not in evidence.
You can answer.
THE WITNESS: I do not remember who made. I -- at that time. I don't remember.
BY MR. NUSSBAUM:
Q Who was the chef, the head chef when the restaurant first opened?
A I don't recall his name, but I can look in my record if you need it. Just --
Q Okay. And who hired him?
A I hired him. We did an interview.
Q Okay. Okay. And do you remember how much he was paid?
A I don't remember that.

M. SHAHMURADYAN

1
2    Q    Do you remember who decided how
3    much he was paid?
4    A    I don't remember that.
5    Q    Well, you're the one that hired
6    him.  Or is it your testimony that you
7    hired him but did not decide how much he
8    was paid?
9    A    I did not decide how much he was
10    paying --, getting paid.  He told us how
11    much he wanted get paid, but I don't
12    remember if we gave him that money or -- I
13    don't remember.
14    Q    He told you how much he wanted
15    and either you agreed to it or there was a
16    negotiation about how much to pay him?
17    A    Yes.
18    Q    Okay.  And you hired the head
19    chef to hire the employees in the kitchen
20    at the restaurant?
21    A    At that time, yes.
22    Q    Yeah.  And same thing with the
23    manager, with the manager before Janos and
24    Janos, you hired them to manage the day-
25    to-day operations of the restaurant;

M. SHAHMURADYAN

1
2    right?
3    A    Correct.  Correct.
4    Q    Okay.  How often do you meet
5    with Janos?
6    A    Very rarely.  I'm barely there.
7    It's on a call on the phone sometimes.
8    Q    How frequently do you speak to
9    him on the phone?
10    A    Once a week.
11    Q    And what do you guys discuss
12    usually?
13    A    I just ask him to make sure to
14    send me all the reports, that payroll is
15    done and -- but I don't check it.  I just
16    make sure it's done.
17        And then just basic -- I do only
18    finances.  I don't -- I don't want
19    anything else there.
20    Q    Okay.  And he sends you the
21    payroll via email or other means?
22    A    He -- I -- I know how to go on
23    the application where I see the payroll,
24    so -- which I just go on there,
25    just -- just look at it.  But I don't

M. SHAHMURADYAN

1
2    decide, or -- or -- I mean, I don't go on
3    Toast maybe once in -- once a month I do.
4    But I mostly go on QuickBooks.
5    Q    Okay.  And -- but the payroll
6    company -- withdrawn.
7        The payroll records at the
8    restaurant are not kept in hard copy;
9    right?  They're kept electronically?
10    A    I'm not sure.
11    Q    Well, they're all on Toast, like
12    you said; right?
13    A    I only have an access to in
14    Toast.  I'm not sure how it is in the
15    restaurant.
16        MR. KATAEV:  Objection.  Assumes
17    facts --
18    BY MR. NUSSBAUM:
19    Q    Right, but they're available on
20    Toast; correct?
21        THE REPORTER:  -- I can't hear, Mr.
22    Kataev.
23        MR. KATAEV:  Objection, assumes facts
24    not in evidence.  She answered the
25    question.

M. SHAHMURADYAN

1
2    BY MR. NUSSBAUM:
3    Q    But the records are available on
4    Toast; correct?
5    A    For me it is.  I don't know it
6    is for them.  I --
7    Q    Okay.  Now, who decides how much
8    to pay the tipped employees at the
9    restaurant?
10    A    The management.
11    Q    Janos?
12    A    Yes.  If I --
13    Q    Anybody else?
14    A    No.
15    Q    I'm sorry.  You said if I.  What
16    were you going to say?
17    A    Is if I recall correctly, it's
18    only Janos.
19    Q    Okay.  And you hired him to do
20    that; right?
21    A    Correct.
22    Q    Okay.  Who interviews employees
23    to be hired at the restaurant?
24    A    Janos does.
25    Q    Okay.  And you hired him to do

7 (Pages 22 - 25)

Page 26

M. SHAHMURADYAN

1
2 that?
3    A   I did.
4    Q   Okay.  Who decides whether or
5 not to terminate employees at the
6 restaurant?
7    A   Janos does.
8    Q   Okay.  And you hired him to do
9 that?
10    A   I did.
11    Q   Okay.  Who sets employees'
12 schedules at the restaurant?
13    A   Janos does.
14    Q   Okay.  And you hired him to do
15 that as well?
16    A   I did.
17    Q   Does -- withdrawn.  Is anyone
18 else involved in interviewing new
19 employees for hire?
20    A   No, they're not.
21    Q   Is Robert, the director of
22 operations, ever involved in hiring
23 employees?
24    A   Not to my knowledge, no.
25    Q   Is he ever involved in

Page 27

M. SHAHMURADYAN

1
2 terminating employees or decisions whether
3 or not to terminate employees?
4    A   I don't think so, no.
5        THE REPORTER:  Just slow down a bit,
6    Mr. Nussbaum, please.
7        MR. NUSSBAUM:  Sure.
8        MR. KATAEV:  Objection.  Compound.
9        MR. NUSSBAUM:  Pardon?
10        MR. KATAEV:  I said objection,
11    compound.
12 BY MR. NUSSBAUM:
13    Q   Does Osteria La Baia have any
14 bylaws or like a written LLC agreement?
15    A   I'm sorry, ask that again?
16    Q   Does Osteria La Baia or
17 Bulldozer Hospitality have any written
18 statement about the corporate formation of
19 the company?
20    A   I need to check my records.
21    Q   Okay.  Can you tell me how the
22 restaurant came to be?  How is that you
23 decided to open the restaurant?
24    A   We -- at that time, there was a
25 location available.  And being in a

Page 28

M. SHAHMURADYAN

1
2 restaurant business before, it was a good
3 opportunity.  And we went to find out and
4 figured out it'll be a good location for
5 an Italian restaurant.
6    Q   Who's we?
7    A   Me mostly.
8    Q   Well, mostly.  When you say we,
9 there were times that it wasn't just you.
10 So who else was involved in that?
11    A   There was -- there was somebody
12 that wanted to be partners, but he was
13 never a partner.  And he had restaurants
14 before, but he was never involved.  He was
15 just an idea.  But I don't remember his
16 name.
17    Q   Okay.  Are you still in touch
18 with them?
19    A   No.
20    Q   Are you familiar with the
21 specifics of the plaintiffs in this
22 lawsuit's employment at Osteria La Baia?
23    A   No.
24        MR. KATAVE:  Objection -- form.
25        You can answer.

Page 29

M. SHAHMURADYAN

1
2 BY MR. NUSSBAUM:
3    Q   Okay.  Well, would Janos know
4 about the specific details of their
5 employment?
6    A   I believe so.
7    Q   Okay.  Would Robert know?
8    A   I don't think so.
9    Q   Okay.  Are you
10 ever -- withdrawn.
11        Do you ever go to the
12 restaurant?
13    A   Very rarely.
14    Q   How frequently?
15    A   Months and two weeks or so.
16    Q   Okay.  And when you're at the
17 restaurant, do you meet with Janos?
18    A   I just go over, see Janos.
19 Could be busy.  There's not always where I
20 sit down and talk to him, no.
21    Q   But there are occasions that you
22 do; right?
23    A   Yeah.
24    Q   Okay.  And what do you guys
25 typically discuss?

8 (Pages 26 - 29)

Page 30

M. SHAHMURADYAN

1
2    A   Just the day-to-day, like are
3  there any problems with the payroll 'cause
4  I don't run anything else.  I don't know
5  how to ask if -- well, what's happening
6  with the food.  I don't do that.  So just
7  making sure all the finances are on point.
8    Q   Okay.  Do you ever discuss
9  staffing at the restaurant?  Like how many
10 servers, bartenders, busboys to have in a
11 typical shift?
12   A   I do not.
13   Q   -- he decides that?  Janos
14 decides that?
15   A   Yes.
16   Q   Okay.  And you hired him to do
17 that; right?
18   A   Correct.
19       MR. KATAEV:  Objection.  Asked and
20 answered.
21 BY MR. NUSSBAUM:
22   Q   Do you know what the New York
23 State minimum wage is?
24   A   I believe so.
25   Q   Okay.  Do you know -- I -- well,

Page 31

M. SHAHMURADYAN

1
2  let me ask you this one.  Do you know what
3  the concept of a minimum wage is?
4    A   I do.
5    Q   Okay.  Do you know what overtime
6  is?
7    A   I do.
8    Q   And do you know what a tip
9  credit minimum wage is?
10       MR. KATAEV:  Objection.  Calls for a
11 legal --
12       THE WITNESS:  I -- I don't know.
13 BY MR. NUSSBAUM:
14   Q   Okay.  Do you know how much
15 the -- withdrawn.
16       Osteria La Baia employs
17 individuals who earn tips at the
18 restaurant; right?
19   A   They do earn tips.  I just don't
20 know how much.
21   Q   Okay.  What types -- what are
22 the different categories of employees who
23 earn tips at the restaurant?
24   A   I am not familiar with this
25 information.  I have managers do that.

Page 32

M. SHAHMURADYAN

1
2    Q   You don't know if the restaurant
3  has bartenders.
4    A   I know there are bartenders.  I
5  just don't know how much -- who makes the
6  tip.
7    Q   Okay.  You don't know if the
8  bartenders make tips or not?
9    A   I'm not sure.
10   Q   Okay.  Who would know the answer
11 to that?
12   A   Janos would.
13   Q   Okay.  Do you know how much the
14 bartenders are paid per hour?
15   A   I do not know.
16   Q   Okay.  Do you know that it's
17 illegal to have individuals who supervise
18 other employees participate in a tip pool?
19       MR. KATAEV:  Objection.  Calls for a
20 legal conclusion.
21       You can answer.
22       THE WITNESS:  I'm not sure.
23 BY MR. NUSSBAUM:
24   Q   Okay.  What, if anything, have
25 you done to ensure that the compensation

Page 33

M. SHAHMURADYAN

1
2  and tipping practices at Osteria La Baia
3  were in accordance -- or are in accordance
4  with federal and state law?
5        MR. KATAEV:  Objection.  Assumes
6    facts not in evidence.
7        You can answer.
8        THE WITNESS:  I am not able to answer
9    that question because I don't handle that
10   and the manager does.
11 BY MR. NUSSBAUM:
12   Q   Okay.  Have you personally done
13 anything to ensure that the compensation
14 and tipping practices at Osteria La Baia
15 are in accordance with federal or state
16 law?
17   A   I have not --
18       MR. KATAEV:  Same objection.
19       THE REPORTER:  I'm sorry, I didn't
20   hear that answer or Mr. Kataev.
21       MR. KATAEV:  Same objection.
22       You can answer.
23       MR. NUSSBAUM:  What's the -- what
24 facts does it assume, Mr. Kataev?
25       MR. KATAEV:  It assumes that she's

9 (Pages 30 - 33)

Page 34

M. SHAHMURADYAN

1
2 involved in that.
3     MR. NUSSBAUM: I asked her what -- if
4 she has. So if she -- I'll repeat the
5 question.
6 BY MR. NUSSBAUM:
7     Q   What, if anything, have you
8 done -- withdrawn.
9         Have you done anything to ensure
10 that the compensation and tipping
11 practices at Osteria La Baia are in
12 accordance with federal or state law?
13     A   It's not my role --
14     MR. KATAEV: Objection. Calls for a
15 legal --
16     THE REPORTER: Can you repeat your
17 answer?
18     THE WITNESS: It's not my role. I
19 have not done that.
20 BY MR. NUSSBAUM:
21     Q   You have not done that. Do you
22 know if anyone at Osteria La Baia has ever
23 done anything to ensure that the
24 restaurant's compensation and/or tipping
25 practices follow federal or state law?

Page 35

M. SHAHMURADYAN

1
2     MR. KATAEV: Objection, calls for a
3 legal conclusion.
4     THE WITNESS: I am not sure.
5 BY MR. NUSSBAUM:
6     Q   So you don't know?
7     A   I don't know.
8     Q   Do you know that Osteria La Baia
9 produced documents in this lawsuit?
10     A   I don't think I understand your
11 question, but I wouldn't be able to answer
12 that.
13     Q   Do you know that, as part of
14 this lawsuit, the plaintiffs put in
15 requests for you, Robert, and the
16 restaurant to provide documents? Are you
17 aware of that?
18     A   Yes, I believe so.
19     Q   Okay. And do you know whether
20 or not the defendants in this case
21 produced documents?
22     A   I am not sure.
23     Q   You're not sure. As a hundred
24 percent owner, you have financial control
25 of the restaurant; right?

Page 36

M. SHAHMURADYAN

1
2     A   Correct.
3     Q   Okay. Does the restaurant have
4 a lease or does it own the premises that
5 it's in?
6     A   It's leased.
7     Q   Okay. Who signed the lease on
8 behalf of the restaurant?
9     A   I don't recall it.
10     Q   Do you have a copy of the lease?
11     A   I have to check my records. If
12 I do.
13     Q   You're not sure if you have a
14 copy of the lease for the restaurant?
15     A   Not with me right now, but I'm
16 sure I do.
17     Q   Okay. We call for the
18 production of the lease.
19     MR. KATAEV: Please follow up in
20 writing.
21 BY MR. NUSSBAUM:
22     Q   Was the -- withdrawn.
23         Were the premises at Osteria La
24 Baia's then renovated before it opened?
25     A   I'm not sure. I -- what's the

Page 37

M. SHAHMURADYAN

1
2 question?
3     Q   Before you -- you testified
4 earlier that you went -- if -- a location
5 became available for a restaurant and you
6 went to see it and you thought it was a
7 good idea to open a restaurant; right?
8     A   Right.
9     Q   Okay. So the premises that you
10 saw, is that the same --
11     A   Oh, no --
12     Q   -- premise that the restaurant
13 currently operates in?
14     A   No, it was renovated.
15     Q   Okay. Who was in charge of the
16 renovations?
17     A   There was a company that was
18 hired to do renovation.
19     Q   Like a contractor?
20     A   Yes.
21     Q   Okay. Who hired the contractor?
22     A   I don't recall right now. Could
23 have been me, could have been managing
24 company.
25     Q   Who's the managing company?

10 (Pages 34 - 37)

Page 38

M. SHAHMURADYAN

1
2    A   I don't recall their names.
3    Q    Okay.  Does Osteria La Baia have
4  a managing company?
5    A   I mean a manager at that time,
6  whoever worked.  Was helping me.  No, it
7  was one person, I don't remember in 2022
8  who was helping me manage the place?  I
9  don't recall.
10    Q    You own 100 percent of the
11  company and you're saying you don't
12  remember who helped you open it up and
13  renovate the premises that the company's
14  in?
15    A   I don't remember their name, no.
16  But I could check my records.
17    Q    Okay.  We ask that the -- we
18  leave a space in the transcript that the
19  witness fill in the name of this person.
20        MR. KATAEV:  -- follow up in writing.
21  BY MR. NUSSBAUM:
22    Q    Who hired your lawyer in this
23  lawsuit?
24    A   I did.
25    Q    Okay.  And you had previous

Page 39

M. SHAHMURADYAN

1
2  lawyers in this lawsuit.  You hired those
3  lawyers as well?
4    A   Yes.
5    Q    Okay.  And they represented
6  Osteria La Baia as well; right?
7    A   Correct.
8    Q    Whose decision was it for
9  Osteria La Baia to switch lawyers from
10  your previous lawyers to the current
11  lawyer?
12    A   Mine.
13    Q    Okay.  Does Osteria La Baia have
14  an accountant or use an accounting
15  company?
16    A   Yes.
17    Q    Okay.  Who hired the accountant
18  or accountant company?
19    A   I did.
20    Q    Okay.  Who chose the name of
21  Osteria La Baia?
22    A   I did.
23    Q    And how did you come to choose
24  that name?
25    A   Because it's Italian and it

Page 40

M. SHAHMURADYAN

1
2  means -- La Baia, it's at the bay.  So
3  just decided to make it really -- Italian
4  sound --
5        MR. KATAEV:  Objection to relevance.
6        MR. NUSSBAUM:  Okay.
7        THE REPORTER:  I'm sorry?  I didn't
8    hear that.
9        MR. KATAEV:  Objection to relevance.
10        MR. NUSSBAUM:  I don't think I ever
11    got an objection to relevance.
12  BY MR. NUSSBAUM:
13    Q    Does the restaurant have a PR
14  company?
15    A   Not to my knowledge.
16    Q    Does it have a social media
17  account?  Or accounts?
18    A   It does have a social media
19  account.
20    Q    Who runs the social media
21  accounts?
22    A   I wouldn't be able to tell you.
23  I don't know the name.
24    Q    Who hired them to do it?
25    A   The managers.  The manager.

Page 41

M. SHAHMURADYAN

1
2    Q    And you hired the --
3    A   Yes.
4    Q    Right.  And you hired the
5  manager to hire the person or people that
6  run the social media accounts?
7    A   Correct.
8    Q    Do the managers report to anyone
9  else besides for you?
10    A   No.
11    Q    Do they report to Robert ever?
12    A   Not to my knowledge.
13    Q    How frequently is Robert in the
14  restaurant?
15    A   I wouldn't be able to tell you
16  that.
17    Q    You're married to him; right?
18    A   Yeah, I mean he leaves the
19  house.  I'm not sure if he's meeting with
20  vendors outside of the house -- I mean
21  outside of the restaurant.
22    Q    Do you know if he goes to the
23  restaurant every week?
24    A   He does go to restaurant every
25  week.

11 (Pages 38 - 41)

Page 42

M. SHAHMURADYAN

1
2    Q    Okay, but you just don't know
3  how many days each week?
4    A    I'm not sure.  No.
5    Q    Okay.  Who's the current head
6  chef of the restaurant?
7    A    I know his first name --
8    Q    What's that?
9    A    Adrian.
10    Q    And who hired Adrian?
11    A    If -- to my knowledge, manager
12  did.
13    Q    Janos?
14    A    I -- I can't tell you that
15  'cause I can't remember if Janos came
16  first or Adrian came first.  So I have to
17  check my record.
18    Q    Did you interview with Adrian
19  before he was hired?
20    A    I did not.
21    Q    Do you know how much Adrian
22  earns?
23    A    I do not know that.
24    Q    Does Janos ever email you about
25  the goings on in the restaurant?

Page 43

M. SHAHMURADYAN

1
2    A    Not about day-to-day operations,
3  no.
4    Q    Okay.  So other than phone
5  calls, are there any other ways that he
6  keeps you up to date on the day-to-day
7  operation?
8    A    No.  I don't know anything
9  about --
10    Q    Does he text message -- I'm
11  sorry.  You don't know anything about?
12    A    The day-to-day operation.  He
13  does not text message me about it.
14    Q    Are there any other forms of
15  written communication that you and Janos
16  have?
17    A    No.
18    Q    Okay.  How does Robert update
19  you about his role in the restaurant?
20    A    I ask if I need to know anything
21  he did -- we do different things, so I
22  don't really need to know about vendors.
23  He deals with them separately.  I don't
24  ask their questions too many.
25        Just when we have new vendors I

Page 44

M. SHAHMURADYAN

1
2  can ask the name of the company, but I
3  couldn't even tell you right now any
4  names.
5    Q    And are there ever any
6  communications in writing between you and
7  Robert?  Like emails or text messages
8  about the restaurant?
9    A    No.  No.
10    Q    Okay.  Do you have a specific
11  email account that you use for your work
12  at Osteria La Baia?
13    A    I do not.
14    Q    What -- so what email address do
15  you use for your work then?
16    A    It's a personal one.
17    Q    Okay.  What is that?
18    A    Marianna at ASHG dot NYC.
19        THE REPORTER:  Could you repeat that
20  slower?
21        THE WITNESS:  Marianna at ASHG dot
22  NYC.
23  BY MR. NUSSBAUM:
24    Q    And what is ASHG?
25    A    I couldn't remember that.  It's

Page 45

M. SHAHMURADYAN

1
2  just an old email.
3        MR. KATAEV:  Objection to relevance.
4  BY MR. NUSSBAUM:
5    Q    How long have you had that email
6  address for?
7    A    For two years.
8    Q    How did you come about
9  the -- how did it come about that you got
10  that email address?
11    A    Marianna --
12        MR. KATAEV:  Objection to --
13        THE REPORTER:  I'm sorry, repeat that
14  Mr. Kataev?
15        MR. KATAEV:  Objection to relevance.
16  You can answer.
17        THE REPORTER:  I'm just going to ask
18  that the witness just take a little pause
19  after the question so that I can hear any
20  objections.
21        Go --
22        MR. NUSSBAUM:  Yeah, I'll ask Mr.
23  Kataev to just say objection.  It's clear
24  the witness is able to answer if -- unless
25  she's instructed not to answer.  And

12 (Pages 42 - 45)

1           M. SHAHMURADYAN
2    there's no reason other than coaching.
3    There's no reason other than coaching the
4    witness for counsel to be stating the
5    nature of the objection.
6           If I want to know what it is so
7    that I could clean up my transcript, I'll
8    ask you, but you could just say objection.
9    You don't need to say anything --
10          MR. KATAEV:  -- not direct me on how
11   to make objections.  The objections that I
12   state are proper.  If you have a problem,
13   you can bring it up to the court.  Please
14   proceed with your deposition.
15   BY MR. NUSSBAUM:
16       Q   You said you got this email
17   address two years ago; right?
18       A   Yes.  About.
19       Q   Okay.  How did it come to be
20   that you were assigned this or given this
21   email address?
22       A   I don't remember.
23          MR. KATAEV:  Objection, relevance.
24          You can answer.
25          THE WITNESS:  Don't remember.

1           M. SHAHMURADYAN
2    BY MR. NUSSBAUM:
3        Q   Ms. Shahmuradyan, we're talking
4    about two years ago; right?
5        A   Maybe three.  Two, three years
6    ago.
7        Q   Okay.  And we're talking about
8    the email address that you use for your
9    work; right?
10       A   Yes.
11       Q   And you're saying you don't know
12   what ASHG in your email address stands
13   for?  That's your testimony?
14          MR. KATAEV:  Objection.  Objection.
15   Argumentative.
16          You can answer.
17          THE WITNESS:  I don't recall it right
18   now.  I do not.
19   BY MR. NUSSBAUM:
20       Q   Okay.  Is it true that ASHG
21   stands for a company that's a hospitality
22   group that helps managing restaurants?
23          MR. KATAEV:  Objection to relevance.
24          You can answer.
25          THE WITNESS:  I'm not sure.

1           M. SHAHMURADYAN
2    BY MR. NUSSBAUM:
3        Q   Who would you consider to be the
4    boss at Osteria La Baia?
5        A   Everybody does their own job and
6    the restaurant runs.  So the management
7    hires, fires, decides payroll.  The chef
8    does his part in the kitchen.  Robert
9    meets with the vendors.  The hostess is in
10   the front sitting people.  The waiters are
11   doing their job.  I oversee everything.
12          The restaurant's been running
13   for three, four years, so I don't need to
14   get involved.  But every area is run by
15   specific people and it all comes together.
16       Q   When the restaurant first
17   opened, who determined the different types
18   of job classification that there would be
19   at the restaurant?
20       A   I can't --
21          MR. KATAEV:  Objection --
22          THE REPORTER:  I can't -- repeat
23   that?
24          MR. KATAEV:  Me or the witness?
25          THE REPORTER:  I believe there was an

1           M. SHAHMURADYAN
2    objection.  I just didn't hear it
3    properly.
4          MR. KATAEV:  I said objection, asked
5    and answered.
6          You can answer.
7          THE WITNESS:  I -- I don't recall in
8    2022 where it -- it was brand new
9    restaurant, who was doing things.  It was
10   very new.  I don't recall it.
11   BY MR. NUSSBAUM:
12       Q   Well, who was the first employee
13   that was hired at the restaurant?
14       A   I don't remember.
15       Q   But you hired the first employee
16   at the restaurant; right?  Because
17   you -- there was no one else at the time?
18       A   I don't remember.
19       Q   Is there any other way that an
20   employee could have been hired at the
21   restaurant if you own a hundred percent of
22   it and there are no other employees?
23          MR. KATAEV:  Objection.
24          Argumentative.
25          You can answer.

13 (Pages 46 - 49)

M. SHAHMURADYAN

1
2       THE WITNESS:  Maybe.
3  BY MR. NUSSBAUM:
4       Q    Can you explain to me how that's
5  possible?
6       A    I really can't.  But I don't
7  remember what was happening in 2022, to be
8  honest.
9       Q    That's what I thought.  What
10  meals is Osteria La Baia open for?
11       A    Say it again?
12       Q    What meals is Osteria La Baia
13  open for?  What's the schedule at the
14  restaurant?
15       A    As of today?
16       Q    Right now, yeah.
17       A    We're open for lunch, dinner?
18  Is that what you're asking?
19       Q    Yeah.  And is it open for lunch
20  and dinner seven days a week?  Or is it
21  something else?
22       A    It's seven days a week, to my
23  knowledge.
24       Q    Okay.  And what time does the
25  restaurant open for service for lunch?

M. SHAHMURADYAN

1
2       A    I'm not sure.  I believe it's 12
3  o'clock.
4       Q    Okay.  Who decided that?
5       A    Janos did.
6       Q    Okay.  And you hired him to
7  decide the times that the restaurant would
8  be open for service?
9       A    Correct.
10       Q    Are there pre-shift meetings
11  with the employees at the restaurant?
12       A    I am not sure.  Janos takes care
13  of it.
14       Q    So there are and Janos takes
15  care of it?
16       A    I said I'm not sure.  But Janos
17  takes care of everything that's supposed
18  to be pre-shift.  I wouldn't know.
19       Q    Excuse me.  Do you know if
20  there's a tip pool at the restaurant?
21       A    I do not know that.
22       Q    Do you know an individual named
23  Julio Perez who works at the restaurant?
24       A    No.
25       Q    Okay.  You said earlier that you

M. SHAHMURADYAN

1
2  reviewed the complaint in the case; right?
3       A    Yes.
4       Q    Okay.  Did you see the
5  allegation in the complaint that there's
6  an individual named Julio Perez who worked
7  at the restaurant and performed
8  supervisory duties at the restaurant?
9  That that's what was alleged in the
10  complaint?
11       A    Right.  I didn't read it
12  thoroughly.  I just needed to know what I
13  need to know.  But I believe so, yes.  I
14  believe.  I can't -- I can't recall a
15  hundred percent.
16       Q    Okay.  Isn't it true that there
17  are other employees at the restaurant
18  besides for Janos that are involved in
19  scheduling at the restaurant?
20       A    I don't know that.
21       Q    It's possible that Janos hired
22  someone else to do that?
23       A    I wouldn't know that.
24       Q    Do you know what the payroll
25  period is at Osteria La Baia?

M. SHAHMURADYAN

1
2       A    Again, I don't -- I don't know
3  this question.  I don't deal with it.  I
4  just sign out --
5       Q    Okay.  Does the -- pardon me.
6  Does the restaurant use a payroll company?
7       A    I believe it does.
8       Q    Okay.  Do you know what the
9  payroll company's name is?
10       A    I believe it's Toast.
11       Q    -- and who decided to engage
12  Toast for -- to run the restaurant's
13  payroll?
14       A    I am not sure.
15       Q    Has the restaurant always used
16  Toast?
17       A    I'm not sure.
18       Q    Who would know the answer to
19  those questions of when Toast started
20  being used at the restaurant and whose
21  decision it was?
22       A    I believe the manager.
23       Q    Now, is Janos present in the
24  restaurant every day?
25       A    I believe so.

Page 54

M. SHAHMURADYAN

1
2    Q   He works lunch and dinner seven
3  days a week?
4    A   I'm not sure about his schedule.
5    Q   Okay.  Are there occasions that
6  he's not present in the restaurant when
7  the restaurant is open?
8    A   Not to my knowledge, but
9  everything's possible.  He might be having
10  a day off.  But I'm not sure about his
11  schedule.
12    Q   Okay.  When he's not in the
13  restaurant, who's the highest ranking
14  employee in the restaurant?
15    A   I couldn't answer that.
16    Q   When you hired Janos, did you
17  discuss how much he was going to get paid?
18    A   I did not.
19    Q   Well, who decided how much he
20  was going to get paid?
21    A   He told me what he wanted to get
22  paid and that was later on decided by me.
23  But I don't recall how much that was at
24  that time.
25    Q   Okay.  But you agreed to pay him

Page 55

M. SHAHMURADYAN

1
2  the amount that he requested?
3    A   It was negotiated.  But again, I
4  don't have numbers to tell you.  I'd have
5  to check my record.
6    Q   Okay.  Do you know if Janos ever
7  received a raise since he started working
8  at the restaurant?
9        MR. KATAEV:  Objection, relevance.
10      You can answer.
11        THE WITNESS:  Not to my knowledge.
12  BY MR. NUSSBAUM:
13    Q   Has he ever asked for a raise?
14    A   Not to my knowledge.
15    Q   Did Janos ever consult with you
16  about hiring someone before hiring them?
17    A   No.
18    Q   Did Janos ever consult with you
19  about firing someone before he fired them?
20    A   No.
21    Q   Do you know if the restaurant
22  provides its employees with a written
23  notification about how they're going to be
24  paid when they're first hired?
25    A   I do not know that.

Page 56

M. SHAHMURADYAN

1
2    Q   So it's possible they don't and
3  you just wouldn't know; right?
4    A   I can't answer that.
5        MR. KATAEV:  Objection.  Hypothetical
6    speculation.
7  BY MR. NUSSBAUM:
8    Q   Do you know how many tipped
9  employees currently work at the
10  restaurant?
11    A   I do not know that.
12    Q   Do you know if there are any
13  difference in between the tipped employees
14  at the restaurant?
15    A   Do not know that.
16    Q   Are there any reasons that you
17  could think of that there would be any
18  differences in the payroll policies at the
19  restaurant between different employees?
20    A   Can you repeat that question?
21    Q   Sure.  Are there any differences
22  in payroll policies that you know of at
23  the restaurant?
24    A   I do not know that.
25    Q   Okay.  But isn't it true that

Page 57

M. SHAHMURADYAN

1
2  the restaurant applies the same payroll
3  policies to all the tipped employees at
4  the restaurant?
5        MR. KATAEV:  Objection.  Assumes
6    facts not in evidence.
7        You can answer.
8        THE WITNESS:  I cannot answer that.
9    Don't know it.
10  BY MR. NUSSBAUM:
11    Q   Okay.  Do you know if all the
12  tipped employees at the restaurant are
13  paid the same hourly rate?
14    A   I don't know that.
15    Q   Okay.  Now, are you familiar
16  with a company called American Standard
17  Hospitality Group?
18        MR. KATAEV:  Objection to relevance.
19        You can answer.
20        THE WITNESS:  I can't answer that.  I
21    have to check my records.
22  BY MR. NUSSBAUM:
23    Q   I asked you if sitting here
24  today, are you familiar with that company?
25    A   I'm not sure.

15 (Pages 54 - 57)

Page 58

M. SHAHMURADYAN

1
2    Q   You're not sure.  Isn't it true
3  that the ASHG in your email address stands
4  for American Standard Hospitality Group?
5    A   It could be.  I barely use that
6  email.  I don't know that.
7    Q   Okay.  So you weren't sure
8  before, but now maybe you know a little
9  bit more that maybe it does stand for
10  that; right?
11    A   I'm still not sure at
12  all -- sure.
13    MR. KATAEV: Object --
14  BY MR. NUSSBAUM:
15    Q   Still not sure -- don't know.
16  What would help you to refresh your
17  recollection?
18    MR. KATAEV:  Objection --
19    THE REPORTER:  -- speaking at the
20  same time so I'm not hearing those
21  objections.  Barely hearing you, Mr.
22  Kataev.
23    MR. KATAEV:  Objection.
24  Argumentative.  I'm going to call in.
25    THE REPORTER:  Okay.  Do you want to

Page 59

M. SHAHMURADYAN

1
2  go off the record?
3    MR. KATAEV:  You can proceed.  I'll
4  call in for now.  I don't want to
5  interrupt.
6    MR. NUSSBAUM:  No, we can go off the
7  record for five minutes.
8    THE REPORTER:  Okay.
9    MR. NUSSBAUM:  It's a good time to
10  take a break.
11    THE REPORTER:  -- 1:23.
12  We're -- record.
13    (Off the record.)
14    THE REPORTER:  It is 1:30.  We're on
15  the record.
16  BY MR. NUSSBAUM:
17    Q   Ms. Shahmuradyan, we're back on
18  the record.  Do you understand that you're
19  still under the duty to -- you're still
20  under oath?
21    A   Yes.
22    Q   I would like to share my screen
23  with you and show you a document that I'm
24  going to mark as Exhibit A.
25  //

Page 60

M. SHAHMURADYAN

1
2    (Plaintiff Exhibit A was marked
3      for identification.)
4    Okay, Ms. Shahmuradyan, I'm
5  sharing my screen with you now.  Do you
6  see a document on your screen?
7    A   I do.
8    Q   Okay.  This is a document I'm
9  going to mark as Plaintiff's Exhibit A.
10  On the bottom right it says DEFS-000232.
11  Do you see that?
12    A   I do.
13    Q   Okay.  And at the top of it,
14  it's a Certificate of Liability Insurance.
15  Do you see that?
16    A   Yes.
17    Q   Okay.  Have you seen this
18  document before?
19    A   No.
20    Q   Okay.  On the bottom of it,
21  there's a certificate holder and then an
22  authorized representative, and those are
23  redacted.  Do you see that?
24    A   I do.
25    Q   Do you know what it said under

Page 61

M. SHAHMURADYAN

1
2  those redactions?
3    A   No.
4    Q   Do you know why it was redacted?
5    A   I do not.
6    Q   Okay.  Now, I want to show you
7  payroll records for employees at Osteria
8  La Baia.  But before I do that, are you
9  familiar with any of the payroll records
10  that the company used for its employees?
11    A   No.
12    Q   Okay.  So you're not at all
13  familiar with any payroll records at
14  Osteria La Baia; correct?
15    A   No.
16    Q   And you are not able to provide
17  any testimony or give any evidence
18  relating to any payroll records at Osteria
19  La Baia.  Is that right?
20    A   That's right.
21    Q   Okay.  Now I'd like to share my
22  screen with you again and show you a --
23    MR. KATAEV:  While you pull that up,
24  and we could go off the record for this,
25  I just want to talk about how I'll get a

16 (Pages 58 - 61)

Page 62

M. SHAHMURADYAN
1
2    copy of these deposition exhibits.
3        THE REPORTER:  Do you want to go off
4    the record?
5        MR. NUSSBAUM:  I think we can --
6    could talk about this after the
7    deposition.  I don't know if -- I don't
8    know why you're interrupting with that
9    right now.
10        MR. KATAEV:  That's fine.  I don't
11    mean to interrupt with it now.  We can
12    talk about it after --
13        MR. NUSSBAUM:  Of course.
14        MR. KATAEV:  But I wanted to raise it
15    to your -- while you were looking it up,
16    which was not interrupting because you
17    were looking it up.
18        MR. NUSSBAUM:  Unique.
19    BY MR. NUSSBAUM:
20    Q    All right, Ms. Shahmuradyan, I
21    am going to share my screen with you and
22    show you a document that was produced by
23    your lawyers in this lawsuit.  Just bear
24    with me for one moment.  Okay.
25    Disappeared.  One second -- is it this

Page 63

M. SHAHMURADYAN
1
2    spreadsheet.  There it is.  Okay.
3        I'm sharing my screen with you.
4    I'm showing you a document that I'm
5    marking as Plaintiff's Exhibit B.  I will
6    represent to you that this is a
7    spreadsheet that was produced by your
8    attorneys in this case.  And the name of
9    the file that they gave us is underscore
10    Quarterly Employee Payroll Audit 1, in
11    parentheses dot csv.  I've taken that
12    spreadsheet and I've just sorted it by
13    position.
14        (Plaintiff Exhibit B was marked
15        for identification.)
16        THE REPORTER:  Can I just ask, what
17    was the under -- it was "understore"
18    cordially?
19        MR. NUSSBAUM:  Quarterly.
20        THE REPORTER:  Quarterly.  Got you.
21        MR. NUSSBAUM:  Underscore Quarterly
22    Employee payroll Audit 1.  The number one.
23    BY MR. NUSSBAUM:
24    Q    Ms. Shahmuradyan, are you
25    familiar with this spreadsheet?

Page 64

M. SHAHMURADYAN
1
2    A    I'm not.
3    Q    Okay, so just looking at this
4    spreadsheet, tell me if you need me to
5    make it bigger, but it appears that
6    there's an employee of Osteria La Baia
7    who's listed in the position of management
8    whose name was Fabricio Carpio.  Do you
9    know who that is?
10    A    I do not.
11    Q    Okay.  Do you know someone by
12    the name of Luis Chavez?
13    A    I don't.
14    Q    What about Massimiliano
15    Convertini?
16    A    I don't.
17    Q    Christian Cortez?
18    A    I do not.
19    Q    Walter Donadio?
20    A    No.
21    Q    Fotios Drosos?
22    A    No.
23    Q    That's F-O-T-I-O-S, last name
24    D-R-O-S-O-S?
25    A    No.

Page 65

M. SHAHMURADYAN
1
2    Q    You said you don't know who that
3    is?
4    A    I do not.
5    Q    Okay.  Anna Vala Durvett,
6    D-U-R-V-E-T-T.  Do you know what that is?
7    A    I do not.
8    Q    Pablo Isidoro?
9    A    I do not.
10    Q    Do you know who that is?
11    A    No.
12    Q    Okay.  Giovanni Lucente?
13    A    I don't.
14    Q    Diego Negri?
15    A    I do not.
16    Q    Rahiem Ortiz.  First name is
17    R-A-H-I-E-M, last name Ortiz.  Do you know
18    who that is?
19    A    No.
20    Q    And then we have Janos Paliko.
21    Is that the Janos that you've been
22    referring to?
23    A    Correct.
24    Q    Okay.  And it appears that he
25    was hired already in 2022.  Is that

17 (Pages 62 - 65)

Page 66

M. SHAHMURADYAN
1
2 accurate?
3    A   Yes.
4    Q   Okay.  Next person under the
5 position of management is Jeny Peralta.
6 Do you know who that is?
7    A   No, do not.
8    Q   How about Santiago Pesantez?
9    A   No.
10    Q   All right.  What about Gladys
11 Ponce?
12    A   No.
13    Q   Elizabeth Rezucha, R-E-Z-U-C-H-A
14 dash Brown?
15    A   No.  No.
16    Q   Okay.  Jose Rivera Rodriguez.
17 Do you know that is?
18    A   No.
19    Q   Ulises Robles.  Do you know who
20 that is?
21    A   No.
22    Q   Okay.  Brian VanderGast,
23 V-A-N-D-E-R-G-A-S-T?
24    A   I do not.
25    Q   Okay.  Does it make sense that

Page 67

M. SHAHMURADYAN
1
2 Osteria La Baia had this many management
3 level employees in 2022 or 2023?
4    A   I'm not sure.
5    Q   Okay.  And none of these people
6 are the people that you referred to as
7 being the manager that you hired before
8 Janos.  Is that right?
9    A   Not to my knowledge.
10    Q   And the information in the other
11 columns, L, M, N, O, P, Q, R, S, do you
12 know what that information is?
13    A   No.
14    Q   And that would be true for all
15 spreadsheets that look like this; right?
16 You wouldn't know what the information
17 means?
18    A   I wouldn't know.
19    Q   Okay.  Ms. Shahmuradyan, how
20 much did Osteria La Baia gross in 2024?
21    A   I have to check my records --
22    Q   In earnings.
23        THE REPORTER:  I'm sorry --
24 BY MR. NUSSBAUM:
25    Q   Was it more or less than $2

Page 68

M. SHAHMURADYAN
1
2 million?
3    A   I have to check my --
4    Q   -- I believe.  Sorry.  I believe
5 the answer was I have to check my records.
6        Was it more or less than a
7 million dollars?
8    A   I have to check my records.
9    Q   Was it more or less than $5
10 million?
11    A   I will still have to check my
12 records.
13    Q   So you don't know sitting here
14 today if the restaurant made $500,000 or
15 grossed $500,000 or $5 million last year.
16 Is that your testimony?
17    A   I will have to check my records
18 and I will know.  Not as right now.
19    Q   But I'm saying, sitting here
20 today, right now, you don't know if the
21 restaurant made less than a million
22 dollars or more than a million dollars?
23 Or grossed less or more than a million
24 dollars last year?
25    A   I'm not sure to answer.

Page 69

M. SHAHMURADYAN
1
2    Q   I'm not asking if you're sure
3 how to answer it.  I'm saying how is it
4 possible that you have no recollection of
5 if the restaurant made more or less than a
6 million dollars last year?
7    A   I just don't want to say
8 something that's not true.  I have to look
9 at my records.
10    Q   Oh, Ms. Shahmuradyan, it's true
11 that you're on the liquor license for the
12 restaurant; right?
13    A   Right.
14    Q   Did you have to submit any
15 paperwork as part of that application for
16 a liquor license?
17    A   When we just opened up, I did.
18    Q   Okay.  And who helped you fill
19 that out, if anyone?
20    A   I don't recall their names.
21    Q   Was it an attorney?
22    A   I couldn't tell you.  I don't
23 remember.
24    Q   Okay.  Now, as owner of the
25 restaurant, you have ultimate authority

18 (Pages 66 - 69)

Page 70

M. SHAHMURADYAN

1    over all operations of the restaurant;
2    correct?
3    A    Correct.
4    Q    You could decide whether to hire
5    someone or whether to fire someone;
6    correct?
7    A    Correct.
8    Q    The buck stops with you.  Would
9    that be accurate?
10   A    Can you rephrase that?
11   Q    Yeah.  The phrase, are you
12   familiar with the phrase the buck stops
13   with you?
14   A    I'm not.
15   Q    Okay.
16   A    Because what I -- if I think
17   what you're saying doesn't stop with me,
18   because again, there's management
19   beside --
20   Q    Right.  But you're the ultimate
21   authority on the top of the operations of
22   the restaurant; right?  As the owner.
23   A    Yes, but I don't decide certain
24   things in the restaurant.

Page 71

M. SHAHMURADYAN

1    Q    Right.  Now, are you familiar
2    with private events at the restaurant?
3    A    No.
4    Q    Okay.  Do you know how the
5    restaurant charges customers for private
6    events?
7    A    No.
8    Q    Who would know the answer to
9    that?
10   A    Janos would.
11   Q    He's responsible for the private
12   events?
13   A    Correct.
14   Q    Does the restaurant have a
15   private events manager?
16   A    I am not sure.
17   Q    Do you know if the restaurant
18   charges customers "a service charge"?
19   A    No, I don't.
20   Q    Did you review your answer to
21   the complaint in this case?
22   A    What does complaint mean?  I'm
23   sorry, say that again?
24   Q    The -- you know the document

Page 72

M. SHAHMURADYAN

1    that initiated this lawsuit that was filed
2    by Katherine Fernandez?  You know that
3    document?
4    A    Yes.
5    Q    Okay.  So that's called a
6    complaint.  Did you review the complaint?
7    I believe you testified earlier that you
8    reviewed the complaint.
9    A    I breezed through it.  Didn't
10   read the whole thing.
11   Q    Okay.  And do you know that your
12   attorneys filed an answer on your behalf
13   to that complaint?
14   A    I'm not sure.
15   Q    Okay.  Well, I'll represent to
16   you that in the complaint, the plaintiff
17   alleges that Osteria La Baia grosses more
18   than $500,000 a year.  Do you understand
19   that?
20   A    I understand that's what it was
21   said, yes.
22   Q    Okay.  And the answer that your
23   attorneys served on your behalf, they deny
24   that and say that the restaurant did not

Page 73

M. SHAHMURADYAN

1    gross 500,000 a year.  Do you understand
2    that?
3    A    Yeah, I understand that that's
4    what's said -- that's --
5    Q    Right.  And that's not true.
6    That's a lie.  That's a lie; right?
7    A    How would I know?  I don't know.
8    Q    You don't -- you said you're the
9    bookkeeper, you're the one who reviews the
10   books every week.  Remember?  Isn't that
11   what your testimony was earlier?
12   A    As of right now, I can't recall
13   that to answer.
14   Q    Okay, but you denied it in your
15   answer; right?
16   A    What did I deny?
17   Q    That the restaurant grosses more
18   than $500,000.
19   A    I said I'm not sure.  I did not
20   deny.
21   Q    If it turns out that that's not
22   true, will you be amending your answer?
23        MR. KATAEV:  Objection.
24        MR. NUSSBAUM:  You can answer.

19 (Pages 70 - 73)

Page 74

M. SHAHMURADYAN

1
2    THE WITNESS:  I'm not sure.
3    MR. NUSSBAUM:  Just give me ten
4 minutes.  I'm going to review my notes.  I
5 believe we're pretty close to finishing
6 up; okay?  So off the record.
7    THE REPORTER:  -- it's 1:44.  We're
8 off the record.
9    (Off the record.)
10    THE REPORTER:  Okay.  It's 1:55.
11 We're on the record.
12 BY MR. NUSSBAUM:
13    Q    Okay, Ms. Shahmuradyan --
14    A    Yes.
15    Q    Do you take a salary at Osteria
16 La Baia?
17    MR. KATAEV:  Objection to relevance.
18    You can answer.
19    THE WITNESS:  It depends on each
20    year.
21 BY MR. NUSSBAUM:
22    Q    I didn't hear your answer.
23 Depends on?
24    A    On each year.  It depend --
25    THE REPORTER:  -- move back a little

Page 75

M. SHAHMURADYAN

1
2    from the mic.  Thank you.
3 BY MR. NUSSBAUM:
4    Q    Again, sorry, your answer one
5 more time?  It depends on?
6    A    On each year -- mostly, yes.
7    Q    Okay.  Last year did you take a
8 salary?
9    A    I did.
10    Q    And what was your salary?
11    A    I couldn't remember.  I have to
12 check.
13    Q    Was it more or less than
14 $200,000?
15    A    I'd have to check.
16    Q    You really don't know sitting
17 here today.  You have no idea what you
18 took last year?
19    A    I don't know.
20    MR. KATAEV:  Objection --
21 BY MR. NUSSBAUM:
22    Q    Okay.  Do you know how much your
23 husband earns as director of operations at
24 Osteria La Baia?
25    A    I don't know.

Page 76

M. SHAHMURADYAN

1
2    MR. KATAEV:  Objection.
3 BY MR. NUSSBAUM:
4    Q    Okay.  But he earns a salary as
5 the director of operations?
6    MR. KATAEV:  Same objection.
7    THE WITNESS:  I'm not sure.
8 BY MR. NUSSBAUM:
9    Q    Well, how is he paid for his
10 work?
11    A    I believe he gets salary.
12    Q    Okay.  And who decided what his
13 salary would be?
14    A    It was a -- a starting salary.
15 I decided.
16    Q    You're the one who decided?
17    A    Uh-huh.
18    Q    Has he received any raises?
19    THE REPORTER:  -- to say yes or no.
20 BY MR. NUSSBAUM:
21    Q    You decided?  Yes?
22    A    Yes.
23    Q    And has he received any raises
24 since his initial salary?
25    A    I'm not sure.  Not -- I don't

Page 77

M. SHAHMURADYAN

1
2 remember.
3    Q    Do you have any other jobs
4 besides for your work at Osteria La Baia?
5    A    I do.
6    Q    What do you do?
7    A    I have a nutritionist company
8 where I do consultations for nutrition.
9    Q    Okay.  Anything else?
10    A    Not as of right now.
11    Q    And before you opened Osteria La
12 Baia, what were you doing?
13    A    I worked -- I did bookkeeping in
14 a different company.
15    Q    For what kind of company?
16    A    A restaurant also.
17    MR. KATAEV:  Objection to --
18    THE REPORTER:  I'm sorry?
19 BY MR. NUSSBAUM:
20    Q    What kind of company?
21    THE REPORTER:  It was an objection to
22 relevance?
23    MR. KATAEV:  That's correct.
24    THE REPORTER:  Okay.  I'm still not
25 hearing  you clearly, Mr. Kataev, so try

20 (Pages 74 - 77)

Page 78

1              M. SHAHMURADYAN
2   to speak up or -- or move closer to the
3   mic maybe.
4          MR. KATAEV: Okay.
5   BY MR. NUSSBAUM:
6      Q    And that was for another
7   restaurant, you said?
8      A    Yes.
9      Q    Okay. Also part of ASHG?
10         MR. KATAEV: Objection to relevance.
11         THE WITNESS: I'm not sure.
12  BY MR. NUSSBAUM:
13     Q    What was the name of that
14  restaurant?
15     A    Loreto.
16     Q    Who owned it or owns it?
17     A    I did.
18     Q    You owned -- and it doesn't
19  operate anymore?
20     A    Does not operate anymore.
21     Q    Okay. Why did you close it?
22     A    Personal reasons.
23     Q    What were the reasons?
24     A    I couldn't tell you right now.
25         MR. KATAEV: Objection --

Page 79

1              M. SHAHMURADYAN
2   BY MR. NUSSBAUM:
3      Q    Why can't you tell me right now?
4          MR. KATAEV: Objection.
5   Argumentative.
6          THE WITNESS: It wasn't doing well,
7   so we closed it.
8   BY MR. NUSSBAUM:
9      Q    Okay. And did you own 100
10  percent of that restaurant?
11     A    I did.
12     Q    You said Osteria La Baia is an
13  Italian restaurant; right?
14     A    Correct.
15     Q    So it uses some products that
16  are from Italy?
17         MR. KATAEV: Objection to relevance.
18         You can answer.
19         THE WITNESS: Not to my knowledge.
20  BY MR. NUSSBAUM:
21     Q    None of the products are
22  from -- that the restaurant uses are
23  originally made in Italy?
24         MR. KATAEV: Objection -- relevance.
25         THE WITNESS: I wouldn't --

Page 80

1              M. SHAHMURADYAN
2          THE REPORTER: Can you repeat your
3   answer?
4          MR. NUSSBAUM: Counselor, you guys
5   denied that --
6          THE REPORTER: I didn't --
7          MR. NUSSBAUM: -- you denied in your
8   answer --
9          THE REPORTER: I didn't -- wait,
10  wait, wait. I didn't get the answer.
11         MR. NUSSBAUM: It's okay. It's okay.
12         You didn't -- denied in your answer,
13  Counselor, that the restaurant uses funds
14  that are -- that go through interstate
15  comment -- commerce. So how are you
16  objecting on the basis of relevance?
17         MR. KATAEV: Well, Italy is not the
18  only place that could be an interstate
19  commerce and it's --
20         MR. NUSSBAUM: It's obviously
21  relevant. That's asinine.
22         MR. KATAEV: Okay. I made the
23  objection. I didn't instruct her not to
24  answer.
25         MR. NUSSBAUM: Right. Keep it up.

Page 81

1              M. SHAHMURADYAN
2          MR. KATAEV: I'm allowed to make
3   objections --
4          THE REPORTER: I can barely hear
5   anything you're saying. Mr. Kataev.
6          MR. KATAEV: I said I made an --
7          MR. NUSSBAUM: You're not missing
8   anything.
9          MR. KATAEV:  I -- I said I made the
10  objection. I did not instruct her not to
11  answer. I don't see the point of view
12  arguing with me on the record.
13         Please, proceed with your deposition.
14         MR. NUSSBAUM: Okay. Thank you very
15  much.
16         MR. KATAEV: -- welcome.
17  BY MR. NUSSBAUM:
18     Q    Where are the products that
19  Osteria La Baia uses, where are they from
20  originally?
21     A    I don't know. I don't order --
22     Q    Who would know the answer to
23  that? Who would know the answer to that?
24     A    The manager and the chef
25  probably.

21 (Pages 78 - 81)

Page 82

M. SHAHMURADYAN

2    Q   And your husband because
3  he -- you said he --
4        THE REPORTER:  -- have we lost
5    someone?  Oh --
6        MR. NUSSBAUM:  It's okay.  We lost
7    the paralegal.
8        MR. KATAEV:  Yeah -- lost.
9  BY MR. NUSSBAUM:
10    Q   It -- and your husband because
11  he deals with the vendors; right?
12    A   I believe so.
13    Q   Okay.  When you first hired
14  Janos, what instruction did you give him?
15    A   To hire people, to oversee
16  everything that's happening on the floor,
17  bartenders, bussers, make sure that
18  everybody has the right schedule.
19  Everything that needs to be -- operational
20  side.
21    Q   Okay.  And in the last two or
22  three or so years that he worked there,
23  have you had to correct any of the things
24  that he's done?  As manager at the
25  restaurant?

Page 83

M. SHAHMURADYAN

2    A   Not to my knowledge.
3    Q   There's never a time that you
4  said, hey, we should do this differently
5  or do something else differently?
6    A   No.
7        MR. KATAEV:  Objection.  Asked and
8    answered.
9  BY MR. NUSSBAUM:
10    Q   So everything he's done, you
11  have been completely okay with and you're
12  on board with everything that he does.  Is
13  that right?
14    A   I think so, yes.
15        MR. KATAEV:  Objection, asked -- and
16    improper.
17        MR. NUSSBAUM:  I have no further
18    questions for you.  Thank you for your
19    time today.
20        THE REPORTER:  Okay.  It's 2:02.
21    We're off the record.
22        (Off the record.)
23        THE REPORTER:  It's 2:02.  We're on
24    the record.
25        You are ordering a copy, Mr. Kataev?

Page 84

M. SHAHMURADYAN

2        MR. KATAEV:  Expedited, please.  By
3  Friday, if possible.
4        THE REPORTER:  Okay, I will reach
5  out.
6        It is 2:02.  We're off the record.
7
8        (Whereupon, at 2:02 p.m., the
9        proceeding was concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 85

1
2
          A C K N O W L E D G E M E N T
3
4
5        I, MARIANNA SHAHMURADYAN, certify
6  that I have read the transcript of my
7  testimony taken under oath on November 13,
8  2025, and that the transcript is a
9  true, complete and correct record of
10  what was asked, answered and said
11  during this deposition, and that the
12  answers on the record as given by me
13  are true and correct.
14
15        _____
16        MARIANNA SHAHMURADYAN
17
18  Signed and subscribed to
19  before me, this       day
20  of           , 20 .
21  _____
22  Notary Public
23
24
25

22 (Pages 82 - 85)

Page 86

## CERTIFICATE OF DEPOSITION OFFICER

1    CERTIFICATE OF DEPOSITION OFFICER
2       I, TALYA BROTT, the officer before whom the
3    foregoing proceedings were taken, do hereby certify that
4    any witness(es) in the foregoing proceedings, prior to
5    testifying, were duly sworn; that the proceedings were
6    recorded by me and thereafter reduced to typewriting by a
7    qualified transcriptionist; that said digital audio
8    recording of said proceedings are a true and accurate
9    record to the best of my knowledge, skills, and ability;
10   that I am neither counsel for, related to, nor employed by
11   any of the parties to the action in which this was taken;
12   and, further, that I am not a relative or employee of any
13   counsel or attorney employed by the parties hereto, nor
14   financially or otherwise interested in the outcome of this
15   action.
16        _Talya Brott_
17              TALYA BROTT
18        Notary Public in and for the
19             State of New York
20
21   [X] Review of the transcript was requested.
22
23
24
25

Page 87

## CERTIFICATE OF TRANSCRIBER

1    CERTIFICATE OF TRANSCRIBER
2       I, ANDREA HARLESS, do hereby certify that this
3    transcript was prepared from the digital audio recording of
4    the foregoing proceeding, that said transcript is a true
5    and accurate record of the proceedings to the best of my
6    knowledge, skills, and ability; that I am neither counsel
7    for, related to, nor employed by any of the parties to the
8    action in which this was taken; and, further, that I am not
9    a relative or employee of any counsel or attorney employed
10   by the parties hereto, nor financially or otherwise
11   interested in the outcome of this action.
12
13        _Andrea Harless_
14              ANDREA HARLESS
15
16
17
18
19
20
21
22
23
24
25

Page 88

1        ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
2
     CASE NAME: Katherine Fernandez v. Bulldozer Hospitality Group, Inc,
     Et Al
3    DATE OF DEPOSITION: 11/13/2025
     WITNESSES' NAME: Marianna Shahmuradyan
4
5    PAGE  LINE (S)     CHANGE          REASON
6    ____|____|_____|_____
7    ____|____|_____|_____
8    ____|____|_____|_____
9    ____|____|_____|_____
10   ____|____|_____|_____
11   ____|____|_____|_____
12   ____|____|_____|_____
13   ____|____|_____|_____
14   ____|____|_____|_____
15   ____|____|_____|_____
16   ____|____|_____|_____
17   ____|____|_____|_____
18   ____|____|_____|_____
19   ____|____|_____|_____
20
21        _____
              Marianna Shahmuradyan
22   SUBSCRIBED AND SWORN TO BEFORE ME
     THIS ____ DAY OF _____, 20__.
23
24        _____
25   (NOTARY PUBLIC)          MY COMMISSION EXPIRES:

23 (Pages 86 - 88)

| **&** | | | |
| --- | --- | --- | --- |

**&**   2:5 5:11

**0**

**000232**   60:10
**07458**   1:20 8:9

**1**

**1**   3:18,22 63:10
  63:22
**100**   16:10,16
  38:10 79:9
**10006**   2:7
**11**   3:14
**11/13/2025**
  88:3
**11423**   2:17
**12**   51:2
**12:36**   1:18 4:6
**12:39**   7:21,24
**13**   1:17 4:11
  85:7
**15**   3:14
**18211**   2:16
**1:23**   59:11
**1:25**   1:10
**1:30**   59:14
**1:44**   74:7
**1:55**   74:10

**2**

**2**   67:25
**20**   85:20 88:22
**200,000**   75:14

**2022**   16:15
  19:2,20,22
  38:7 49:8 50:7
  65:25 67:3
**2023**   19:3 67:3
**2024**   19:4
  67:20
**2025**   1:17 4:11
  85:8
**212**   2:9
**26292**   87:13
**27982**   86:16
**2:02**   83:20,23
  84:6,8

**3**

**30**   6:11,18
**30,000**   16:25
**320**   2:6
**36**   3:18
**38**   3:22

**4**

**412-2421**   2:19
**4490**   1:10
**45**   2:6

**5**

**5**   68:9,15
**500,000**   68:14
  68:15 72:19
  73:2,19

**6**

**6**   3:3
**60**   3:9
**63**   3:10
**688-2545**   2:9

**7**

**7**   8:8
**718**   2:19
**7749330**   1:22

**a**

**ability**   86:9
  87:6
**able**   8:25 10:23
  33:8 35:11
  40:22 41:15
  45:24 61:16
**absent**   4:17
**access**   24:13
**accommodate**
  10:16
**accordance**
  33:3,3,15
  34:12
**account**   40:17
  40:19 44:11
**accountant**
  39:14,17,18
**accounting**
  39:14
**accounts**   40:17
  40:21 41:6

**accurate**   66:2
  70:10 86:8
  87:5
**acknowledge...**
  4:14
**action**   1:9
  86:11,15 87:8
  87:11
**additionally**
  4:17
**address**   44:14
  45:6,10 46:17
  46:21 47:8,12
  58:3
**administer**
  4:14
**adrian**   42:9,10
  42:16,18,21
**afternoon**   4:2
  5:10,13 6:13
  6:24 7:2
**ago**   11:11 15:8
  17:25 46:17
  47:4,6
**agree**   4:15,20
**agreed**   22:15
  54:25
**agreement**
  27:14
**al**   4:9,10 88:2
**alivia**   2:22 5:15
**allegation**   52:5
**alleged**   52:9

alleges 72:18
allowed 81:2
amending
73:23
american 57:16
58:4
amount 55:2
andrea 87:2,14
anna 65:5
answer 3:12
9:17 10:8,18
12:12 15:12
21:10 28:25
32:10,21 33:7
33:8,20,22
34:17 35:11
45:16,24,25
46:24 47:16,24
49:6,25 53:18
54:15 55:10
56:4 57:7,8,19
57:20 68:5,25
69:3 71:9,21
72:13,23 73:14
73:16,23,25
74:18,22 75:4
79:18 80:3,8
80:10,12,24
81:11,22,23
answered
24:24 30:20
49:5 83:8
85:10

answering 9:6
answers 85:12
anybody 14:18
25:13
anymore 78:19
78:20
appears 64:5
65:24
applicable 4:24
application
23:23 69:15
applies 57:2
area 48:14
arguing 81:12
argumentative
47:15 49:24
58:24 79:5
armenian 9:24
ashg 44:18,21
44:24 47:12,20
58:3 78:9
asinine 80:21
asked 9:15
30:19 34:3
49:4 55:13
57:23 83:7,15
85:10
asking 8:15
10:8 50:18
69:2
assigned 4:4
46:20
assume 9:17
33:24

assumes 21:8
24:16,23 33:5
33:25 57:5
attendance 5:7
attorney 13:19
69:21 86:13
87:9
attorneys 63:8
72:13,24
audio 86:7 87:3
audit 63:10,22
authority 69:25
70:22
authorized
4:13 60:22
available 24:19
25:3 27:25
37:5
avenue 2:16
aware 35:17

**b**

b 1:11 2:12 3:5
3:10 63:5,14
back 59:17
74:25
baia 1:11 2:12
8:12 15:25
16:3,11 18:25
27:13,16 28:22
31:16 33:2,14
34:11,22 35:8
38:3 39:6,9,13
39:21 40:2

44:12 48:4
50:10,12 52:25
61:8,14,19
64:6 67:2,20
72:18 74:16
75:24 77:4,12
79:12 81:19
baia's 36:24
barely 19:16
23:6 58:5,21
81:4
bartenders
30:10 32:3,4,8
32:14 82:17
basic 23:17
basically 18:5
basis 80:16
bay 40:2
bear 62:23
beginning 5:8
19:4
behalf 1:5 2:2
2:11 36:8
72:13,24
believe 17:19
19:24 29:6
30:24 35:18
48:25 51:2
52:13,14 53:7
53:10,22,25
68:4,4 72:8
74:5 76:11
82:12

**best**  13:12
  15:21 86:9
  87:5
**bigger**  64:5
**bit**  27:5 58:9
**board**  83:12
**bookkeeper**
  73:10
**bookkeeping**
  77:13
**books**  73:11
**boss**  48:4
**bottom**  60:10
  60:20
**brand**  49:8
**break**  10:14
  59:10
**breaks**  10:19
**breezed**  72:10
**brian**  66:22
**bring**  46:13
**broadway**  2:6
**brott**  1:21 4:3
  86:2,17
**brown**  66:14
**buck**  70:9,13
**bulldozer**  1:10
  2:11 4:10
  15:20 16:6
  27:17 88:2
**busboys**  30:10
**business**  28:2
**bussers**  82:17

**busy**  29:19
**bylaws**  27:14

**c**

**c**  2:1 3:16 66:13
  85:2
**call**  14:15,17
  23:7 36:17
  58:24 59:4
**called**  6:4 57:16
  72:6
**calls**  31:10
  32:19 34:14
  35:2 43:5
**care**  51:12,15
  51:17
**carpio**  64:8
**case**  12:20,22
  13:3,24 14:22
  15:19 35:20
  52:2 63:8
  71:22 88:2
**categories**
  31:22
**cause**  30:3
  42:15
**certain**  70:24
**certificate**  3:8
  60:14,21 86:1
  87:1
**certified**  4:20
**certify**  85:5
  86:3 87:2

**change**  88:5
**charge**  37:15
  71:19
**charges**  71:6,19
**chavez**  64:12
**check**  20:4
  23:15 27:20
  36:11 38:16
  42:17 55:5
  57:21 67:21
  68:3,5,8,11,17
  75:12,15
**chef**  21:15,15
  22:19 42:6
  48:7 81:24
**choose**  39:23
**chose**  39:20
**christian**  64:17
**civil**  1:9
**claiming**  12:14
**clarify**  6:16
**classification**
  48:18
**clean**  46:7
**clear**  45:23
**clearly**  77:25
**client**  13:20
**close**  74:5
  78:21
**closed**  79:7
**closer**  78:2
**coaching**  46:2,3
**columns**  67:11

**come**  39:23
  45:8,9 46:19
**comes**  48:15
**coming**  11:22
  12:4
**commenced**
  18:25
**comment**  80:15
**commerce**
  80:15,19
**commission**
  88:25
**communication**
  43:15
**communicati...**
  13:20 44:6
**company**  24:6
  27:19 37:17,24
  37:25 38:4,11
  39:15,18 40:14
  44:2 47:21
  53:6 57:16,24
  61:10 77:7,14
  77:15,20
**company's**
  38:13 53:9
**compensation**
  32:25 33:13
  34:10,24
**complaint**  14:3
  52:2,5,10
  71:22,23 72:7
  72:7,9,14,17

[complete - determined]

complete  85:9
completely
 83:11
compound  27:8
 27:11
concept  31:3
concluded  84:9
conclusion
 32:20 35:3
consider  48:3
constitute  5:4
consult  55:15
 55:18
consultations
 77:8
contractor
 37:19,21
control  35:24
convertini
 64:15
cooney  2:22
 5:16
copy  3:18 6:11
 6:17,20 24:8
 36:10,14 62:2
 83:25
cordially  63:18
corporate
 15:19 27:18
correct  23:3,3
 24:20 25:4,21
 30:18 36:2
 39:7 41:7 51:9
 61:14 65:23

70:3,4,7,8
71:14 77:23
79:14 82:23
85:9,13
correctly  7:4
 16:19 18:2
 19:5 25:17
cortez  64:17
counsel  5:9
 17:10 46:4
 86:10,13 87:6
 87:9
counselor  80:4
 80:13
couple  15:8
course  62:13
court  1:1 8:17
 8:19,25 9:5,12
 10:10 12:3,25
 12:25 46:13
covid  19:19
credit  31:9
csv  63:11
current  18:16
 39:10 42:5
currently  8:6
 37:13 56:9
customers  71:6
 71:19
cv  1:10

### d

d  1:11 2:12 3:1
 3:16,16,20 7:8

64:24 65:6
66:23 85:2
dash  66:14
date  1:17 43:6
 88:3
day  12:2 15:16
 17:2,2 18:6,7
 22:24,25 30:2
 30:2 43:2,2,6,6
 43:12,12 53:24
 54:10 85:19
 88:22
days  15:8 42:3
 50:20,22 54:3
deal  53:3
deals  19:8
 43:23 82:11
december
 19:24
decide  22:7,9
 24:2 51:7 70:5
 70:24
decided  20:16
 20:25 22:2
 27:23 40:3
 51:4 53:11
 54:19,22 76:12
 76:15,16,21
decides  25:7
 26:4 30:13,14
 48:7
decision  39:8
 53:21

decisions  27:2
defendant
 12:19,20 13:17
 14:22 15:19
defendants
 1:14 2:11 5:15
 35:20
defs  60:10
denied  73:15
 80:5,7,12
deny  72:24
 73:17,21
department
 19:9
departments
 19:10
depend  74:24
depends  74:19
 74:23 75:5
deposed  11:7
 12:8 13:7
deposition  1:16
 4:7 5:2 8:20
 13:6,11,21
 14:10,19 15:4
 46:14 62:2,7
 81:13 85:11
 86:1 88:3
description  3:6
 3:17,21
details  29:4
determined
 48:17

diego  65:14
difference
  56:13
differences
  56:18,21
different  31:22
  43:21 48:17
  56:19 77:14
differently  83:4
  83:5
digital  86:7
  87:3
dinner  50:17
  50:20 54:2
direct  46:10
director  18:14
  18:17,22,24
  19:7,13 26:21
  75:23 76:5
disappeared
  62:25
discuss  14:10
  15:4,9 23:11
  29:25 30:8
  54:17
district  1:1,3
document
  59:23 60:6,8
  60:18 62:22
  63:4 71:25
  72:4
documents
  14:7 35:9,16
  35:21

doing  48:11
  49:9 77:12
  79:6
dollars  68:7,22
  68:22,24 69:6
donadio  64:19
dot  44:18,21
  63:11
drosos  64:21
duly  6:5 86:5
durvett  65:5
duties  52:8
duty  59:19

e

e  2:1,1 3:1,5,16
  3:16,16,16,20
  3:20,20 6:11
  6:18 65:6,17
  66:13,23 85:2
  85:2,2
earlier  37:4
  51:25 72:8
  73:12
earn  31:17,19
  31:23
earnings  67:22
earns  42:22
  75:23 76:4
either  22:15
electronically
  24:9
elizabeth  66:13

email  14:14
  23:21 42:24
  44:11,14,16
  45:2,5,10
  46:16,21 47:8
  47:12 58:3,6
emails  44:7
emanuel  2:14
  2:18 5:13
  14:15,18
employed
  86:10,13 87:7
  87:9
employee  49:12
  49:15,20 54:14
  63:10,22 64:6
  86:12 87:9
employees  3:10
  20:17 22:19
  25:8,22 26:5
  26:11,19,23
  27:2,3 31:22
  32:18 49:22
  51:11 52:17
  55:22 56:9,13
  56:19 57:3,12
  61:7,10 67:3
employment
  28:22 29:5
employs  31:16
engage  53:11
english  9:21,25
ensure  32:25
  33:13 34:9,23

entity  15:23
  16:6
errata  88:1
es  86:4
esquire  2:3,14
et  4:9,10 88:2
events  71:3,7
  71:13,16
everybody  48:5
  82:18
everything's
  54:9
evidence  12:15
  21:9 24:24
  33:6 57:6
  61:17
evidentiary
  4:25
examination
  3:2 6:22
examined  6:7
excuse  51:19
exhibit  3:8,10
  59:24 60:2,9
  63:5,14
exhibits  62:2
expedited  84:2
experience
  20:22
expires  88:25
explain  50:4

| f | | | |
|---|---|---|---|
| **f**  3:20 64:23 | **finish**  10:7 | **friday**  84:3 | 59:9 |
| **fabricio**  64:8 | **finishing**  74:5 | **front**  48:10 | **great**  10:7 |
| **facts**  21:9 | **fire**  19:9 70:6 | **froze**  7:20 | **gross**  67:20 |
| 24:17,23 33:6 | **fired**  55:19 | **funds**  80:13 | 73:2 |
| 33:24 57:6 | **fires**  48:7 | **further**  83:17 | **grossed**  68:15 |
| **false**  12:14,15 | **firing**  55:19 | 86:12 87:8 | 68:23 |
| **familiar**  14:23 | **first**  6:4 7:9 | **g** | **grosses**  72:18 |
| 15:18 28:20 | 9:21,23 10:17 | **g**  66:23 85:2 | 73:18 |
| 31:24 57:15,24 | 17:5,18 19:17 | **gestures**  9:2 | **group**  1:10 |
| 61:9,13 63:25 | 20:9,15 21:16 | **getting**  22:10 | 2:11 4:10 |
| 70:13 71:2 | 42:7,16,16 | **giovanni**  65:12 | 47:22 57:17 |
| **far**  10:4 | 48:16 49:12,15 | **give**  8:21 61:17 | 58:4 88:2 |
| **federal**  12:25 | 55:24 65:16 | 74:3 82:14 | **guys**  23:11 |
| 33:4,15 34:12 | 82:13 | **given**  13:9 | 29:24 80:4 |
| 34:25 | **five**  59:7 | 46:20 85:12 | h |
| **fernandez**  1:5 | **floor**  82:16 | **gladys**  66:10 | **h**  3:5 7:8,8 |
| 2:2 4:9 72:3 | **fluent**  9:25 | **go**  16:23 23:22 | 65:17 66:13 |
| 88:2 | **follow**  34:25 | 23:24 24:2,4 | **hand**  5:25 9:2 |
| **figured**  28:4 | 36:19 38:20 | 29:11,18 41:24 | **handle**  17:2 |
| **file**  12:23 63:9 | **follows**  6:7 | 45:21 59:2,6 | 33:9 |
| **filed**  14:3 72:2 | **food**  30:6 | 61:24 62:3 | **happening**  30:5 |
| 72:13 | **foods**  19:9 | 80:14 | 50:7 82:16 |
| **fill**  38:19 69:18 | **foot**  16:25 | **goes**  41:22 | **hard**  11:23 |
| **finances**  16:22 | **foregoing**  86:3 | **going**  8:15 9:17 | 24:8 |
| 23:18 30:7 | 86:4 87:4 | 21:2 25:16 | **harless**  87:2,14 |
| **financial**  35:24 | **form**  28:24 | 45:17 54:17,20 | **head**  21:15 |
| **financially** | **formation** | 55:23 58:24 | 22:18 42:5 |
| 86:14 87:10 | 27:18 | 59:24 60:9 | **health**  19:9 |
| **find**  14:12 | **forms**  43:14 | 62:21 74:4 | **hear**  11:24 21:6 |
| 15:16 28:3 | **fotios**  64:21 | **goings**  42:25 | 24:21 33:20 |
| **fine**  62:10 | **four**  48:13 | **good**  4:2 5:10 | 40:8 45:19 |
|  | **freeze**  7:16 | 5:13 6:13,24 | 49:2 74:22 |
|  | **frequently**  23:8 | 7:2 28:2,4 37:7 | 81:4 |
|  | 29:14 41:13 | | |

[hearing - jobs]                                                    Page 7

hearing  5:23
  58:20,21 77:25
help  58:16
helped  38:12
  69:18
helping  20:21
  38:6,8
helps  47:22
hereto  86:13
  87:10
hey  83:4
hi  5:10
highest  54:13
hire  17:24
  18:19,21 22:19
  26:19 41:5
  70:5 82:15
hired  17:21
  21:20,21 22:5
  22:7,18,24
  25:19,23,25
  26:8,14 30:16
  37:18,21 38:22
  39:2,17 40:24
  41:2,4 42:10
  42:19 49:13,15
  49:20 51:6
  52:21 54:16
  55:24 65:25
  67:7 82:13
hires  48:7
hiring  18:6
  20:13 26:22
  55:16,16

holder  60:21
hollow  8:8
honest  50:8
hospitality  1:10
  2:11 4:10
  15:20 27:17
  47:21 57:17
  58:4 88:2
hostess  48:9
hour  32:14
hourly  57:13
house  41:19,20
huh  76:17
hundred  35:23
  49:21 52:15
husband  75:23
  82:2,10
hypothetical
  56:5

**i**

idea  28:15 37:7
  75:17
identification
  60:3 63:15
identify  5:7
illegal  32:17
impaired  11:4
important  8:21
improper  83:16
individual
  51:22 52:6
individuals
  31:17 32:17

information
  31:25 67:10,12
  67:16
initial  76:24
initiated  72:2
instruct  15:11
  80:23 81:10
instructed  3:12
  45:25
instruction
  82:14
insurance  3:9
  60:14
intended  4:23
interested
  86:14 87:11
interrupt  17:11
  59:5 62:11
interrupting
  62:8,16
interstate
  80:14,18
interview  20:12
  21:22 42:18
interviewing
  26:18
interviews
  25:22
involved  26:18
  26:22,25 28:10
  28:14 34:2
  48:14 52:18
isidoro  65:8

it'll  28:4
italian  28:5
  39:25 40:3
  79:13
italy  79:16,23
  80:17

**j**

j  17:19
jamaica  2:16
  2:17
janos  17:5 20:2
  20:10,11,13
  22:23,24 23:5
  25:11,18,24
  26:7,13 29:3
  29:17,18 30:13
  32:12 42:13,15
  42:24 43:15
  51:5,12,14,16
  52:18,21 53:23
  54:16 55:6,15
  55:18 65:20,21
  67:8 71:11
  82:14
jeny  66:5
jersey  4:12 8:9
  12:24
jk  2:8
jnussbaum  2:8
job  1:22 18:3
  48:5,11,18
jobs  77:3

**jose** 66:16
**josef** 2:3 5:11
**joseph** 2:5 5:11
**julio** 51:23 52:6

**k**

**k** 85:2
**kataev** 2:14
  5:13,14 6:10
  6:17,18 11:19
  11:21,23,25
  12:11 15:10
  17:7 21:5,7,8
  24:16,22,23
  27:8,10 30:19
  31:10 32:19
  33:5,18,20,21
  33:24,25 34:14
  35:2 36:19
  38:20 40:5,9
  45:3,12,14,15
  45:23 46:10,23
  47:14,23 48:21
  48:24 49:4,23
  55:9 56:5 57:5
  57:18 58:13,18
  58:22,23 59:3
  61:23 62:10,14
  73:24 74:17
  75:20 76:2,6
  77:17,23,25
  78:4,10,25
  79:4,17,24
  80:17,22 81:2

  81:5,6,9,16
  82:8 83:7,15
  83:25 84:2
**katave** 28:24
**katherine** 1:5
  2:2 4:9 72:3
  88:2
**keep** 80:25
**keeps** 43:6
**kept** 24:8,9
**kind** 77:15,20
**kirschenbaum**
  2:5 5:11
**kitchen** 22:19
  48:8
**know** 9:15 10:9
  10:15 13:25
  15:22 23:22
  25:5 29:3,7
  30:4,22,25
  31:2,5,8,12,14
  31:20 32:2,4,5
  32:7,10,13,15
  32:16 34:22
  35:6,7,8,13,19
  40:23 41:22
  42:2,7,21,23
  43:8,11,20,22
  46:6 47:11
  51:18,19,21,22
  52:12,13,20,23
  52:24 53:2,8
  53:18 55:4,6
  55:21,25 56:3

  56:8,11,12,15
  56:22,24 57:9
  57:11,14 58:6
  58:8,15 60:25
  61:4 62:7,8
  64:9,11 65:2,6
  65:10,17 66:6
  66:17,19 67:12
  67:16,18 68:13
  68:18,20 71:5
  71:9,18,25
  72:3,12 73:8,8
  75:16,19,22,25
  81:21,22,23
**knowledge**
  15:21 19:12
  26:24 40:15
  41:12 42:11
  50:23 54:8
  55:11,14 67:9
  79:19 83:2
  86:9 87:6

**l**

**l** 67:11 85:2
**la** 1:11 2:12
  8:11 15:24
  16:2,11 18:25
  27:13,16 28:22
  31:16 33:2,14
  34:11,22 35:8
  36:23 38:3
  39:6,9,13,21
  40:2 44:12

  48:4 50:10,12
  52:25 61:8,14
  61:19 64:6
  67:2,20 72:18
  74:16 75:24
  77:4,11 79:12
  81:19
**language** 9:21
  9:23
**law** 33:4,16
  34:12,25
**laws** 4:25
**lawsuit** 8:11
  13:13,14,16
  35:9,14 38:23
  39:2 62:23
  72:2
**lawsuit's** 28:22
**lawyer** 12:3
  13:3 38:22
  39:11
**lawyers** 39:2,3
  39:9,10 62:23
**lease** 3:18 36:4
  36:7,10,14,18
**leased** 36:6
**leave** 38:18
**leaves** 41:18
**legal** 2:15,22
  5:14 31:11
  32:20 34:15
  35:3
**level** 67:3

| | | | |
|---|---|---|---|
| **liability**  3:8 | **lunch**  50:17,19 | **made**  21:12 | **manner**  5:2 |
| 60:14 | 50:25 54:2 | 68:14,21 69:5 | **marianna**  1:12 |
| **license**  69:11 | **m** | 79:23 80:22 | 1:16 2:13 4:8 |
| 69:16 | **m**  3:16,20 4:1 | 81:6,9 | 5:17,21 6:3 |
| **lie**  73:7,7 | 5:1 6:1 7:1,8 | **make**  21:2 | 7:10 44:18,21 |
| **line**  3:13 88:5 | 8:1 9:1 10:1 | 23:13,16 32:8 | 45:11 85:5,16 |
| **liquor**  69:11,16 | 11:1 12:1 13:1 | 40:3 46:11 | 88:3,21 |
| **listed**  64:7 | 14:1 15:1 16:1 | 64:5 66:25 | **marital**  15:10 |
| **little**  20:21 | 17:1 18:1 19:1 | 81:2 82:17 | **mark**  59:24 |
| 45:18 58:8 | 20:1 21:1 22:1 | **makes**  32:5 | 60:9 |
| 74:25 | 23:1 24:1 25:1 | **making**  30:7 | **marked**  60:2 |
| **llc**  2:15,22 5:14 | 26:1 27:1 28:1 | **manage**  22:24 | 63:14 |
| 15:24 27:14 | 29:1 30:1 31:1 | 38:8 | **marking**  63:5 |
| 88:1 | 32:1 33:1 34:1 | **management** | **married**  15:3 |
| **llp**  2:5 | 35:1 36:1 37:1 | 25:10 48:6 | 41:17 |
| **llp.com**  2:8 | 38:1 39:1 40:1 | 64:7 66:5 67:2 | **massimiliano** |
| **location**  1:19 | 41:1 42:1 43:1 | 70:19 | 64:14 |
| 27:25 28:4 | 44:1 45:1 46:1 | **manager**  3:22 | **matter**  4:8 |
| 37:4 | 47:1 48:1 49:1 | 18:9,10,15 | 11:15 12:8 |
| **long**  11:11 | 50:1 51:1 52:1 | 19:18,25 20:19 | **meals**  50:10,12 |
| 15:14 45:5 | 53:1 54:1 55:1 | 22:23,23 33:10 | **mean**  14:4 24:2 |
| **look**  16:22,25 | 56:1 57:1 58:1 | 38:5 40:25 | 38:5 41:18,20 |
| 17:7,14 21:18 | 59:1 60:1 61:1 | 41:5 42:11 | 62:11 71:23 |
| 23:25 67:15 | 62:1 63:1 64:1 | 53:22 67:7 | **means**  5:3 |
| 69:8 | 65:1,17 66:1 | 71:16 81:24 | 23:21 40:2 |
| **looked**  13:24 | 67:1,11 68:1 | 82:24 | 67:17 |
| 20:19 | 69:1 70:1 71:1 | **managers**  17:3 | **media**  40:16,18 |
| **looking**  62:15 | 72:1 73:1 74:1 | 17:4 18:12 | 40:20 41:6 |
| 62:17 64:3 | 75:1 76:1 77:1 | 20:5 31:25 | **medication** |
| **loreto**  78:15 | 78:1 79:1 80:1 | 40:25 41:8 | 10:21 11:2 |
| **lost**  82:4,6,8 | 81:1 82:1 83:1 | **managing** | **meet**  14:9,14 |
| **lucente**  65:12 | 84:1 85:2 | 37:23,25 38:4 | 23:4 29:17 |
| **luis**  64:12 | | 47:22 | **meeting**  41:19 |

**meetings** 51:10
**meets** 48:9
**memory** 11:3
    13:12
**mentioned**
    13:14
**message** 43:10
    43:13
**messages** 44:7
**mic** 75:2 78:3
**middle** 17:12
**million** 68:2,7
    68:10,15,21,22
    68:23 69:6
**mine** 39:12
**minimum**
    30:23 31:3,9
**minutes** 59:7
    74:4
**missing** 81:7
**moment** 62:24
**money** 22:12
**month** 11:12
    19:22 24:3
**months** 29:15
**move** 74:25
    78:2

**n**

**n** 2:1 3:1,16,20
    3:20 7:8 17:19
    66:23 67:11
    85:2,2

**name** 3:22 4:3
    5:20 7:3,7,9
    13:5 17:5,14
    17:18 19:19
    20:3,23 21:17
    28:16 38:15,19
    39:20,24 40:23
    42:7 44:2 53:9
    63:8 64:8,12
    64:23 65:16,17
    78:13 88:2,3
**named** 51:22
    52:6
**names** 7:13,19
    8:4 38:2 44:4
    69:20
**nature** 46:5
**need** 10:14
    15:17 21:18
    27:20 43:20,22
    46:9 48:13
    52:13 64:4
**needed** 52:12
**needs** 82:19
**negotiated** 55:3
**negotiation**
    22:16
**negri** 65:14
**neither** 86:10
    87:6
**never** 28:13,14
    83:3
**new** 1:3 2:7
    4:12,15 8:9

12:24 26:18
30:22 43:25
49:8,10 86:19
88:1
**nj** 1:20
**nods** 9:2
**notary** 4:13
    85:22 86:18
    88:25
**notes** 74:4
**notification**
    55:23
**november** 1:17
    4:11 85:7
**number** 8:16
    63:22
**numbers** 55:4
**nussbaum** 2:3
    3:3 5:10,11
    6:13,23 7:16
    7:17,20 8:2
    12:2,6,18
    15:13 17:10,16
    21:14 24:18
    25:2 27:6,7,9
    27:12 29:2
    30:21 31:13
    32:23 33:11,23
    34:3,6,20 35:5
    36:21 38:21
    40:6,10,12
    44:23 45:4,22
    46:15 47:2,19
    48:2 49:11

50:3 55:12
56:7 57:10,22
58:14 59:6,9
59:16 62:5,13
62:18,19 63:19
63:21,23 67:24
73:25 74:3,12
74:21 75:3,21
76:3,8,20
77:19 78:5,12
79:2,8,20 80:4
80:7,11,20,25
81:7,14,17
82:6,9 83:9,17
**nutrition** 77:8
**nutritionist**
    77:7
**ny** 2:7,17
**nyc** 44:18,22

**o**

**o** 3:16,20,20
    17:19 64:23,23
    64:24,24 67:11
    85:2
**o'clock** 51:3
**oath** 9:7 13:10
    59:20 85:7
**oaths** 4:14
**object** 58:13
**objecting** 80:16
**objection** 4:17
    5:24 11:19,21
    12:11 15:10

| | | | |
|---|---|---|---|
| 21:5,8 24:16 | 11:13 12:22 | 62:24 63:2 | **operation**   18:7 |
| 24:23 27:8,10 | 13:9,13 14:6,9 | 64:3,11 65:5 | 43:7,12 |
| 28:24 30:19 | 14:17,25 15:7 | 65:12,24 66:4 | **operational** |
| 31:10 32:19 | 15:9,14,18,22 | 66:16,22,25 | 82:19 |
| 33:5,18,21 | 16:13,20 17:17 | 67:5,19 69:18 | **operations**   17:2 |
| 34:14 35:2 | 18:3,16 19:6 | 69:24 70:16 | 18:15,17,23,25 |
| 40:5,9,11 45:3 | 19:13,25 20:12 | 71:5 72:6,12 | 19:7,14 22:25 |
| 45:12,15,23 | 20:15,24 21:20 | 72:16,23 73:15 | 26:22 43:2 |
| 46:5,8,23 | 21:23,23 22:18 | 74:6,10,13 | 70:2,22 75:23 |
| 47:14,14,23 | 23:4,20 24:5 | 75:7,22 76:4 | 76:5 |
| 48:21 49:2,4 | 25:7,19,22,25 | 76:12 77:9,24 | **opportunity** |
| 49:23 55:9 | 26:4,8,11,14 | 78:4,9,16,21 | 28:3 |
| 56:5 57:5,18 | 27:21 28:17 | 79:9 80:11,11 | **order**   81:21 |
| 58:18,23 73:24 | 29:3,7,9,16,24 | 80:22 81:14 | **ordering**   6:16 |
| 74:17 75:20 | 30:8,16,25 | 82:6,13,21 | 83:25 |
| 76:2,6 77:17 | 31:5,14,21 | 83:11,20 84:4 | **originally** |
| 77:21 78:10,25 | 32:7,10,13,16 | **old**   45:2 | 79:23 81:20 |
| 79:4,17,24 | 32:24 33:12 | **once**   11:10 | **ortiz**   65:16,17 |
| 80:23 81:10 | 35:19 36:3,7 | 23:10 24:3,3 | **osteria**   1:11 |
| 83:7,15 | 36:17 37:9,15 | **open**   16:14 | 2:12 8:11 16:2 |
| **objections** | 37:21 38:3,17 | 19:23 27:23 | 16:11 18:25 |
| 45:20 46:11,11 | 38:25 39:5,13 | 37:7 38:12 | 27:13,16 28:22 |
| 58:21 81:3 | 39:17,20 40:6 | 50:10,13,17,19 | 31:16 33:2,14 |
| **obligation**   9:8 | 42:2,5 43:4,18 | 50:25 51:8 | 34:11,22 35:8 |
| **obviously** | 44:10,17 46:19 | 54:7 | 36:23 38:3 |
| 80:20 | 47:7,20 50:24 | **opened**   19:15 | 39:6,9,13,21 |
| **occasions**   29:21 | 51:4,6,25 52:4 | 20:9,16 21:16 | 44:12 48:4 |
| 54:5 | 52:16 53:5,8 | 36:24 48:17 | 50:10,12 52:25 |
| **office**   8:10 | 54:5,12,25 | 69:17 77:11 | 61:7,14,18 |
| **officer**   86:1,2 | 55:6 56:25 | **operate**   78:19 | 64:6 67:2,20 |
| **oh**   37:11 69:10 | 57:11,15 58:7 | 78:20 | 72:18 74:15 |
| 82:5 | 58:25 59:8 | **operates**   37:13 | 75:24 77:4,11 |
| **okay**   6:21 7:6 | 60:4,8,13,17,20 | **operating**   19:2 | 79:12 81:19 |
| 8:6,15 11:6,9 | 61:6,12,21 | | |

**outcome**  86:14
87:11
**outside**  41:20
41:21
**oversee**  48:11
82:15
**overtime**  31:5
**own**  16:10 36:4
38:10 48:5
49:21 79:9
**owned**  78:16
78:18
**owner**  16:7,17
16:20 20:24
35:24 69:24
70:23
**owners**  16:8
**owns**  78:16

**p**

**p**  2:1,1 67:11
**p.m.**  1:18 4:6
84:8
**pablo**  65:8
**page**  3:2,6,13
3:17,21 88:5
**paid**  21:24 22:3
22:8,10,11
32:14 54:17,20
54:22 55:24
57:13 76:9
**paliko**  65:20
**paperwork**
69:15

**paralegal**  2:22
5:15 82:7
**pardon**  20:5
27:9 53:5
**parentheses**
63:11
**part**  35:13 48:8
69:15 78:9
**participate**
32:18
**parties**  4:15,19
86:11,13 87:7
87:10
**partner**  28:13
**partners**  15:3
28:12
**party**  13:15
**pause**  45:18
**pay**  20:16
22:16 25:8
54:25
**paying**  22:10
**payroll**  18:6
23:14,21,23
24:5,7 30:3
48:7 52:24
53:6,9,13
56:18,22 57:2
61:7,9,13,18
63:10,22
**penalties**  9:10
**pending**  10:17
**people**  41:5
48:10,15 67:5

67:6 82:15
**peralta**  66:5
**percent**  16:10
16:17 35:24
38:10 49:21
52:15 79:10
**perez**  51:23
52:6
**performed**  52:7
**period**  52:25
**perjury**  9:10
**permitted**  4:23
**person**  38:7,19
41:5 66:4
**personal**  11:15
44:16 78:22
**personally**
33:12
**pesantez**  66:8
**petrosyants**
1:12 2:12
18:18,21
**phone**  23:7,9
43:4
**phrase**  70:12
70:13
**place**  38:8
80:18
**plaintiff**  1:8 2:2
3:7 6:19 13:16
60:2 63:14
72:17
**plaintiff's**  5:8
60:9 63:5

**plaintiffs**  5:12
8:11 28:21
35:14
**please**  5:7,25
7:6 9:15 10:7
10:15 17:10,18
27:6 36:19
46:13 81:13
84:2
**point**  30:7
81:11
**policies**  56:18
56:22 57:3
**ponce**  66:11
**pool**  32:18
51:20
**position**  63:13
64:7 66:5
**possible**  50:5
52:21 54:9
56:2 69:4 84:3
**pr**  40:13
**practices**  33:2
33:14 34:11,25
**pre**  51:10,18
**premise**  37:12
**premises**  36:4
36:23 37:9
38:13
**prepare**  13:21
**prepared**  87:3
**present**  2:21
53:23 54:6

**pretty** 74:5
**previous** 38:25
39:10
**prior** 86:4
**private** 71:3,6
71:12,16
**privilege** 15:11
**probably** 81:25
**problem** 46:12
**problems** 30:3
**procedural**
4:24
**proceed** 6:9
46:14 59:3
81:13
**proceeding**
1:19 4:5,22
11:18 84:9
87:4
**proceedings**
86:3,4,5,8 87:5
**produce** 6:19
**produced** 4:21
35:9,21 62:22
63:7
**production**
36:18
**products** 79:15
79:21 81:18
**pronouncing**
7:3
**proper** 46:12
**properly** 49:3

**property** 11:16
13:15
**prove** 12:13
**provide** 35:16
61:16
**provides** 55:22
**public** 85:22
86:18 88:25
**pull** 61:23
**put** 35:14

**q**

**qualified** 86:7
**quarterly**
63:10,19,20,21
**question** 9:15
9:17 10:8,17
10:18 15:12
24:25 33:9
34:5 35:11
37:2 45:19
53:3 56:20
**questions** 3:12
8:16,22 9:6
43:24 53:19
83:18
**quickbooks**
16:23 24:4

**r**

**r** 2:1 3:16,20,20
7:8 64:24 65:6
65:17 66:13,23
67:11

**rahiem** 65:16
**raise** 5:25 55:7
55:13 62:14
**raises** 76:18,23
**ranking** 54:13
**rarely** 23:6
29:13
**rate** 57:13
**reach** 84:4
**read** 52:11
72:11 85:6
**really** 11:23
12:4 40:3
43:22 50:6
75:16
**reason** 10:22
11:3 46:2,3
88:5
**reasons** 56:16
78:22,23
**recall** 21:17
25:17 36:9
37:22 38:2,9
47:17 49:7,10
52:14 54:23
69:20 73:13
**received** 55:7
76:18,23
**recollection**
58:17 69:4
**record** 4:4,5,18
4:21 5:8,20
6:10 7:7,22,23
7:25 8:18

10:11 17:18
21:18 42:17
55:5 59:2,7,12
59:13,15,18
61:24 62:4
74:6,8,9,11
81:12 83:21,22
83:24 84:6
85:9,12 86:9
87:5
**recorded** 5:2
86:6
**recording** 86:8
87:3
**records** 17:8,15
20:4 24:7 25:3
27:20 36:11
38:16 57:21
61:7,9,13,18
67:21 68:5,8
68:12,17 69:9
**redacted** 60:23
61:4
**redactions** 61:2
**reduced** 86:6
**referred** 67:6
**referring** 65:22
**refresh** 58:16
**related** 86:10
87:7
**relating** 61:18
**relation** 11:14
**relationship**
14:25

| | | | |
|---|---|---|---|
| **relative** 86:12 | **repeat** 7:15 | **represented** | 52:8,17,19 |
| 87:9 | 34:4,16 44:19 | 39:5 | 53:6,15,20,24 |
| **relevance** 40:5 | 45:13 48:22 | **represents** 8:10 | 54:6,7,13,14 |
| 40:9,11 45:3 | 56:20 80:2 | **requested** 55:2 | 55:8,21 56:10 |
| 45:15 46:23 | **rephrase** 9:16 | 86:21 | 56:14,19,23 |
| 47:23 55:9 | 70:11 | **requesting** 6:11 | 57:2,4,12 |
| 57:18 74:17 | **report** 41:8,11 | 6:19 | 68:14,21 69:5 |
| 77:22 78:10 | **reported** 1:21 | **requests** 35:15 | 69:12,25 70:2 |
| 79:17,24 80:16 | **reporter** 4:2,3 | **reside** 8:7 | 70:23,25 71:3 |
| **relevant** 80:21 | 5:18,23 6:8,15 | **responses** 8:21 | 71:6,15,18 |
| **remember** 13:4 | 6:21 7:14,21 | **responsible** | 72:25 73:18 |
| 16:18 17:14,25 | 7:24 8:17,19 | 71:12 | 77:16 78:7,14 |
| 19:3,4,18 20:3 | 8:25 9:5 10:10 | **restaurant** 8:12 | 79:10,13,22 |
| 20:18,22 21:11 | 11:20,22 12:3 | 15:25 16:2,11 | 80:13 82:25 |
| 21:13,24,25 | 17:9 21:6 | 16:14,17,21 | **restaurant's** |
| 22:2,4,12,13 | 24:21 27:5 | 17:22 18:4,10 | 34:24 48:12 |
| 28:15 38:7,12 | 33:19 34:16 | 18:13 19:16,23 | 53:12 |
| 38:15 42:15 | 40:7 44:19 | 20:9,15 21:2 | **restaurants** |
| 44:25 46:22,25 | 45:13,17 48:22 | 21:16 22:20,25 | 28:13 47:22 |
| 49:14,18 50:7 | 48:25 58:19,25 | 24:8,15 25:9 | **returns** 16:24 |
| 69:23 73:11 | 59:8,11,14 | 25:23 26:6,12 | **revealing** 13:19 |
| 75:11 77:2 | 62:3 63:16,20 | 27:22,23 28:2 | **review** 14:6 |
| **remote** 1:19 | 67:23 74:7,10 | 28:5 29:12,17 | 71:21 72:7 |
| **remotely** 4:16 | 74:25 76:19 | 30:9 31:18,23 | 74:4 86:21 |
| **renovate** 38:13 | 77:18,21,24 | 32:2 35:16,25 | **reviewed** 52:2 |
| **renovated** | 80:2,6,9 81:4 | 36:3,8,14 37:5 | 72:9 |
| 36:24 37:14 | 82:4 83:20,23 | 37:7,12 40:13 | **reviews** 73:10 |
| **renovation** | 84:4 | 41:14,21,23,24 | **rezucha** 66:13 |
| 37:18 | **reporting** 88:1 | 42:6,25 43:19 | **right** 5:25 |
| **renovations** | **reports** 23:14 | 44:8 48:6,16 | 14:21 19:20 |
| 37:16 | **represent** 20:6 | 48:19 49:9,13 | 21:3 23:2 24:9 |
| **rental** 11:16 | 63:6 72:16 | 49:16,21 50:14 | 24:12,19 25:20 |
| 12:17 13:15 | **representative** | 50:25 51:7,11 | 29:22 30:17 |
| | 60:22 | 51:20,23 52:7 | 31:18 35:25 |

**[right - sheet]**                                                        Page 15

36:15 37:7,8
37:22 39:6
41:4,17 44:3
46:17 47:4,9
47:17 49:16
50:16 52:2,11
56:3 58:10
60:10 61:19,20
62:9,20 66:10
67:8,15 68:18
68:20 69:12,13
70:21,23 71:2
73:6,7,13,16
77:10 78:24
79:3,13 80:25
82:11,18 83:13
**river**   1:20 4:12
   8:9
**rivera**   66:16
**road**   8:8
**robert**   1:12
   2:12 14:22
   18:18,21 19:14
   26:21 29:7
   35:15 41:11,13
   43:18 44:7
   48:8
**robles**   66:19
**rodriguez**
   66:16
**role**   11:17 12:8
   16:5 18:20,22
   19:6 34:13,18
   43:19

**round**   12:5
**rule**   6:11,18
**rules**   4:25
**run**   30:4 41:6
   48:14 53:12
**running**   18:6
   19:16 48:12
**runs**   18:5 40:20
   48:6

**s**

**s**   2:1 3:5,16,16
   3:20 7:8 17:19
   64:23,24,24
   66:23 67:11
   88:5
**saddle**   1:20
   4:12 8:9
**sage**   2:15,22
   5:14
**sagelegal.nyc**
   2:18
**salary**   74:15
   75:8,10 76:4
   76:11,13,14,24
**santiago**   66:8
**saw**   37:10
**saying**   38:11
   47:11 68:19
   69:3 70:18
   81:5
**says**   60:10
**schedule**   50:13
   54:4,11 82:18

**schedules**
   26:12
**scheduling**
   52:19
**screen**   59:22
   60:5,6 61:22
   62:21 63:3
**second**   12:5
   62:25
**see**   23:23 29:18
   37:6 52:4 60:6
   60:11,15,23
   81:11
**seen**   60:17
**send**   23:14
**sends**   23:20
**sense**   66:25
**separately**
   43:23
**served**   72:24
**servers**   30:10
**service**   50:25
   51:8 71:19
**sets**   26:11
**seven**   50:20,22
   54:2
**shahmuradyan**
   1:13,16 2:13
   4:1,8 5:1,17,19
   5:21,22 6:1,3
   6:14,25 7:1 8:1
   8:3 9:1 10:1
   11:1 12:1,7
   13:1 14:1 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1,3
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
59:17 60:1,4
61:1 62:1,20
63:1,24 64:1
65:1 66:1 67:1
67:19 68:1
69:1,10 70:1
71:1 72:1 73:1
74:1,13 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:5,16 88:3
88:21
**share**   59:22
   61:21 62:21
**sharing**   60:5
   63:3
**sheet**   88:1

shift   30:11
  51:10,18
show   14:16
  15:17 59:23
  61:6,22 62:22
showing   63:4
side   82:20
sign   16:24 53:4
signature   86:16
  87:13
signed   36:7
  85:18
similarly   1:6
sit   29:20
sitting   48:10
  57:23 68:13,19
  75:16
situated   1:7
skills   86:9 87:6
sleepy   8:8
slow   19:17 27:5
slower   44:20
social   40:16,18
  40:20 41:6
soft   11:23 12:4
somebody
  28:11
sorry   6:15 7:14
  11:20 12:19
  25:15 27:15
  33:19 40:7
  43:11 45:13
  67:23 68:4
  71:24 75:4

77:18
sorted   63:12
sound   40:4
southern   1:3
space   38:18
speak   11:25
  14:18 15:14
  23:8 78:2
speaking   58:19
specific   29:4
  44:10 48:15
specifics   28:21
speculation
  56:6
spell   7:6 17:17
spelled   17:20
spreadsheet
  3:10 63:2,7,12
  63:25 64:4
spreadsheets
  67:15
staffing   30:9
stand   58:9
standard   57:16
  58:4
stands   47:12,21
  58:3
started   53:19
  55:7
starting   76:14
state   5:19
  12:25 30:23
  33:4,15 34:12
  34:25 46:12

86:19
statement
  27:18
states   1:1
stating   46:4
stenographic
  5:3
stipulation   5:5
stop   70:18
stops   70:9,13
subject   9:9
submit   69:14
subscribed
  85:18 88:22
suite   2:6
supervise   32:17
supervisory
  52:8
supposed   51:17
sure   13:2 17:17
  23:13,16 24:10
  24:14 27:7
  30:7 32:9,22
  35:4,22,23
  36:13,16,25
  41:19 42:4
  47:25 51:2,12
  51:16 53:14,17
  54:4,10 56:21
  57:25 58:2,7
  58:11,12,15
  67:4 68:25
  69:2 71:17
  72:15 73:20

74:2 76:7,25
  78:11 82:17
swear   4:15
  5:24
switch   39:9
sworn   4:18 6:5
  9:5 86:5 88:22

### t

t   3:5,16,16,20
  3:20 64:23
  65:6,6 66:23
  85:2
take   4:4,13 9:2
  45:18 59:10
  74:15 75:7
taken   4:8 63:11
  85:7 86:3,11
  87:8
takes   51:12,14
  51:17
talk   29:20
  61:25 62:6,12
talking   47:3,7
talya   1:21 4:3
  86:2,17
tax   16:24
tell   6:5 9:8,10
  27:21 40:22
  41:15 42:14
  44:3 55:4 64:4
  69:22 78:24
  79:3

[tells - understand]                                                Page 17

tells  12:3
ten  74:3
terminate  26:5
  27:3
terminating
  27:2
testified  6:7
  37:3 72:8
testify  10:23
testifying  9:11
  14:13 17:12
  86:5
testimony
  13:10 22:6
  47:13 61:17
  68:16 73:12
  85:7
text  43:10,13
  44:7
thank  5:18,23
  6:8 7:9 8:10
  75:2 81:14
  83:18
thing  10:16
  22:22 72:11
things  43:21
  49:9 70:25
  82:23
think  7:20 10:9
  20:11 27:4
  29:8 35:10
  40:10 56:17
  62:5 70:17
  83:14

thoroughly
  52:12
thought  37:6
  50:9
three  47:5,5
  48:13 82:22
thursday  1:17
  4:11
time  1:18 5:6
  10:14 14:15,16
  20:18 21:12
  22:21 27:24
  38:5 49:17
  50:24 54:24
  58:20 59:9
  75:5 83:3,19
times  11:9 13:7
  28:9 51:7
tip  31:8 32:6,18
  51:20
tipped  25:8
  56:8,13 57:3
  57:12
tipping  33:2,14
  34:10,24
tips  31:17,19
  31:23 32:8
title  18:3,8
toast  24:3,11
  24:14,20 25:4
  53:10,12,16,19
today  8:16 9:7
  10:23 11:4
  14:13 50:15

57:24 68:14,20
  75:17 83:19
today's  13:21
together  48:15
told  22:10,14
  54:21
took  75:18
top  60:13 70:22
touch  28:17
transcriber
  87:1
transcribing
  8:20
transcript  4:20
  6:12,20 38:18
  46:7 85:6,8
  86:21 87:3,4
transcriptionist
  86:7
true  47:20
  52:16 56:25
  58:2 67:14
  69:8,10 73:6
  73:23 85:9,13
  86:8 87:4
truth  6:5,6,6
  9:9,11
truthfully
  10:23
try  9:16 10:15
  77:25
trying  12:16
turns  73:22

two  15:2 17:25
  29:15 45:7
  46:17 47:4,5
  82:21
types  31:21
  48:17
typewriting
  86:6
typical  30:11
typically  29:25

**u**

u  3:16,16,20
  7:8 65:6 66:13
uh  76:17
ulises  66:19
ultimate  69:25
  70:21
under  4:24
  6:10,18 9:7
  13:10 15:24
  59:19,20 60:25
  63:17 66:4
  85:7
underscore
  63:9,21
understand
  4:19 8:13,22
  9:3,7,14,18
  10:12,13,19,20
  35:10 59:18
  72:19,21 73:2
  73:4

**[understood - z]**                                        Page 18

| | | | |
|---|---|---|---|
| **understood**<br>9:18 10:4<br>**understore**<br>63:17<br>**unique** 62:18<br>**united** 1:1<br>**update** 43:18<br>**upper** 1:20<br>4:11 8:8<br>**use** 39:14 44:11<br>44:15 47:8<br>53:6 58:5<br>**used** 53:15,20<br>61:10<br>**uses** 4:23 79:15<br>79:22 80:13<br>81:19<br>**usually** 23:12<br>**v**<br>**v** 1:9 65:6<br>66:23 88:2<br>**vague** 11:19,21<br>**vala** 65:5<br>**vandergast**<br>66:22<br>**vendors** 19:8<br>19:10 41:20<br>43:22,25 48:9<br>82:11<br>**verbal** 8:21<br>**veritext** 4:4<br>88:1 | **videoconfere...**<br>2:4,14,23<br>**view** 16:25<br>81:11<br>**vs** 4:9<br>**w**<br>**w** 85:2<br>**wage** 30:23<br>31:3,9<br>**wait** 6:15 80:9<br>80:10,10<br>**waiters** 48:10<br>**walter** 64:19<br>**want** 23:18<br>46:6 58:25<br>59:4 61:6,25<br>62:3 69:7<br>**wanted** 6:16<br>22:11,14 28:12<br>54:21 62:14<br>**way** 10:10<br>49:19<br>**ways** 43:5<br>**week** 23:10<br>41:23,25 42:3<br>50:20,22 54:3<br>73:11<br>**weeks** 29:15<br>**welcome** 81:16<br>**went** 28:3 37:4<br>37:6<br>**withdrawn**<br>10:25 24:6 | 26:17 29:10<br>31:15 34:8<br>36:22<br>**witness** 4:16,18<br>4:19 5:16,24<br>6:4 12:13<br>15:11 17:11,13<br>21:11 31:12<br>32:22 33:8<br>34:18 35:4<br>38:19 44:21<br>45:18,24 46:4<br>46:25 47:17,25<br>48:24 49:7<br>50:2 55:11<br>57:8,20 74:2<br>74:19 76:7<br>78:11 79:6,19<br>79:25 86:4<br>**witnesses'** 88:3<br>**work** 17:21<br>44:11,15 47:9<br>56:9 76:10<br>77:4<br>**worked** 38:6<br>52:6 77:13<br>82:22<br>**working** 13:25<br>55:7<br>**works** 19:8<br>51:23 54:2<br>**writing** 36:20<br>38:20 44:6 | **written** 5:4<br>27:14,17 43:15<br>55:22<br>**x**<br>**x** 3:1,5 86:21<br>**y**<br>**y** 7:8<br>**yeah** 7:21 12:4<br>19:21 21:4<br>22:22 29:23<br>41:18 45:22<br>50:16,19 70:12<br>73:4 82:8<br>**year** 19:17<br>68:15,24 69:6<br>72:19 73:2<br>74:20,24 75:6<br>75:7,18<br>**years** 17:25<br>45:7 46:17<br>47:4,5 48:13<br>82:22<br>**york** 1:3 2:7<br>4:15 30:22<br>86:19 88:1<br>**z**<br>**z** 66:13 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.