# Exhibit 2

Page 1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3   _____

4   KATHERINE FERNANDEZ, on Behalf

5   of Herself and Others Similarly

6   Situated,

7          Plaintiff,

8      v.                                No.

9   BULLDOZER HOSPITALITY GROUP,        25-cv-04490(AS)

10   INC., d/b/a OSTERIA LA BAIA;

11   ROBERT PETROSYANTS; and

12   MARIANNA SHAHMURADYAN,

13          Defendants.

14   _____

15    30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR

16    BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

17              BAIA - ROBERT PETROSYANTS

18   DATE:          Tuesday, November 18, 2025

19   TIME:          7:14 p.m. UZT/9:14 a.m. EST

20   LOCATION:      Remote Proceeding

21                  Tashkent, Uzbekistan

22   REPORTED BY:   Laken Urtel

23   JOB NO.:       7753532

24

25

Page 2

```
1        A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:
3     JOSEF NUSSBAUM, ESQUIRE (by videoconference)
4     Joseph & Kirschenbaum LLP
5     45 Broadway, Suite 320
6     New York, NY 10006
7     jnussbaum@jk-llp.com
8     (212) 688-5640
9
10 ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,
11 INC., D/B/A OSTERIA LA BAIA, ROBERT PETROSYANTS, AND
12 MARIANNA SHAHMURADYAN:
13    EMANUEL KATAEV, ESQUIRE (by videoconference)
14    Sage Legal, LLC
15    18211 Jamaica Avenue
16    Jamaica, NY 11423
17    emanuel@sagelegal.nyc
18    (718) 412-2421
19
20 ALSO PRESENT:
21    Alivia Cooney, Paralegal, Sage Legal, LLC (by
22    videoconference)
23
24
25
```

Page 3

```
1           I N D E X
2  EXAMINATION:                    PAGE
3     By Mr. Nussbaum               7
4
5           E X H I B I T S
6  NO.      DESCRIPTION            PAGE
7  Plaintiff:
8  Exhibit 1    Notice of Deposition      18
9  Exhibit 2    Corrective Action Record    110
10 Exhibit 3    Employee Handbook -
11    Osteria La Baia          116
12 Exhibit 4    2021 Excel Spreadsheet     122
13 Exhibit 5    2024 Excel Spreadsheet     132
14 Exhibit 6    Certificate of Liability
15    Insurance             150
16 Exhibit 7    Private Event Order,
17    12/3/2024             165
18 Exhibit 8    Amended Complaint        173
19
20     QUESTIONS INSTRUCTED NOT TO ANSWER
21         PAGE    LINE
22          15     2
23
24
25
```

Page 4

```
1        I N D E X (Cont'd)
2   I N F O R M A T I O N   R E Q U E S T E D
3  NO.      DESCRIPTION          PAGE
4  1    Job Descriptions        92
5  2    Amounts of Hours Paid to
6       Tipped Employees        148
7
8   D O C U M E N T S   R E Q U E S T E D
9  NO.      DESCRIPTION          PAGE
10 1    All Paychecks of
11      All Putative Class Members    139
12 2    Redaction Log           151
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1              R. PETROSYANTS
2       THE REPORTER:  Good morning.  My name
3  is Laken Urtel.  I am the reporter
4  assigned by Veritext to take the record of
5  this proceeding.  We are now on the record
6  at 9:14 a.m.
7       This is the deposition of Robert
8  Petrosyants taken in the matter of
9  Katherine Fernandez v. Bulldozer
10 Hospitality Group Inc., et al. on November
11 18, 2025, in Tashkent, Uzbekistan.
12      I am a notary authorized to take
13 acknowledgements and administer oaths in
14 New York.  The parties agree that I will
15 swear the witness in remotely.
16      Additionally, absent an objection on
17 the record before the witness is sworn,
18 all parties and the witness understand and
19 agree that any certified transcript
20 produced from the recording of this
21 proceeding:
22      - is intended for all uses permitted
23 under applicable procedural and
24 evidentiary rules and laws in the same
25 manner as a deposition recorded by
```

2 (Pages 2 - 5)

1                R. PETROSYANTS
2    stenographic means; and
3        - shall constitute written
4    stipulation of such.
5        At this time will everyone in
6    attendance please identify yourself for
7    the record.
8        MR. NUSSBAUM:  Good morning.  Josef
9    Nussbaum from Joseph & Kirschenbaum for
10   the plaintiffs.
11       MR. KATAEV:  Good morning.  Emanuel
12   Kataev of Sage Legal LLC for the
13   defendants.  With me is paralegal Alivia
14   Cooney and the witness for today, Robert
15   Petrosyants, who's also a defendant and
16   30(b)(6) representative for the corporate
17   defendant.
18       THE REPORTER:  Okay, thank you.
19       Hearing no objection, I will now
20   swear in the witness.
21       Mr. Petrosyants, would you please
22   raise your right hand.
23   //
24   //
25   //

1                R. PETROSYANTS
2    WHEREUPON,
3            ROBERT PETROSYANTS,
4    called as a witness and having been first
5    duly sworn to tell the truth, the whole
6    truth, and nothing but the truth, was
7    examined and testified as follows:
8        THE REPORTER:  Okay.  Thank you very
9        much, and you may proceed.
10       MR. NUSSBAUM: Thank you.
11           EXAMINATION
12   BY MR. NUSSBAUM:
13       Q    Good morning, Mr. Petrosyants.
14   I guess, good afternoon or evening for
15   you.  My name is Josef Nussbaum, as you
16   just heard.  I represent plaintiffs in a
17   lawsuit against you, Bulldozer Hospitality
18   Group, and another defendant.  Do you
19   understand that?
20       A    Yes.
21       Q    Can you please state your full
22   name for the record?
23       A    Robert Petrosyants.
24       Q    Okay.  And have you gone by any
25   other names?

1                R. PETROSYANTS
2        A    No.
3        Q    Do you go by any nicknames?
4        A    No.
5        Q    Where do you currently reside?
6        A    Can you repeat the question?
7        Q    Where do you currently live?
8        A    New Jersey, Upper Saddle River.
9        Q    Is that the address you gave
10   earlier that's on your driver's license?
11       A    Yes.
12       Q    Okay.  And have you ever been
13   deposed before?
14       A    Yes.
15       Q    How many times have you been
16   deposed?
17       A    I don't remember.
18       Q    Was it more or less than five?
19       A    Less.
20       Q    More or less than three?
21       A    I don't remember.
22       Q    So you don't remember if it was
23   one, two, three, four, or five?  Is that
24   your testimony?
25       A    I just answered your question.

1                R. PETROSYANTS
2        Q    You have to answer my question,
3    please.
4        A    I don't remember.
5        Q    Okay.  Why is it that you don't
6    remember?
7        A    I just told you.  I do not
8    remember.
9        Q    No, I'm asking you, why is it
10   that you don't remember?
11       A    No reason.
12       Q    Okay.  When's the last time you
13   were deposed?
14       A    I do not remember.
15       Q    Was it more or less than a year
16   ago?
17       A    I don't know.  I do not
18   remember.
19       Q    Were you deposed at all in the
20   last two years?
21       A    Probably, yeah.
22       Q    Okay.  Since you've been deposed
23   before, I'm assuming you're familiar with
24   some of the ground rules, but I'll just go
25   over some of the important ones quickly to

3 (Pages 6 - 9)

Page 10

R. PETROSYANTS

1
2 try to make today's deposition go as
3 smoothly as possible.
4         As you know, I'm going to be
5 asking you a number of questions today.
6 The court reporter is taking everything
7 that we say down for the record.  Because
8 the court reporter is transcribing this
9 deposition, it's important that you give
10 verbal responses to all my questions.  Do
11 you understand that?
12    A   Yes.
13    Q   The court reporter is not able
14 to record any nods or hand gestures or
15 anything like that.  Do you understand
16 that?
17    A   Yes.
18    Q   The court reporter has sworn you
19 in, and you're answering all questions
20 under oath today.  Do you understand that
21 you have the same obligation to tell the
22 truth and will be subject to the same
23 penalties for perjury, if you do not tell
24 the truth, as if you were testifying in a
25 court of law?

Page 11

R. PETROSYANTS

1
2    A   Yes.
3    Q   If you don't understand a
4 question I've asked, please let me know,
5 and I'll try and rephrase it.  If you
6 answer the question, I'm going to assume
7 that you understood it.  Do you understand
8 that?
9    A   Yes.
10    Q   Now, do you speak English
11 fluently?
12    A   Yes.
13    Q   Okay.  So far you understand my
14 questions?
15    A   Yes.  Don't you get dizzy,
16 riding this chair?  I do.
17    Q   I'm going to be asking the
18 questions today.  Please let me finish
19 asking a question before you answer it,
20 even if you think you may know what I'm
21 asking.  That way, the court reporter can
22 get everything down for the record.  Do
23 you understand that?
24    A   Yes.
25    Q   Okay.  If you need a break at

Page 12

R. PETROSYANTS

1
2 any time, please let me know, and I'll try
3 and accommodate you.  I just ask that, if
4 a question is pending, you first answer
5 the question before taking a break.  Do
6 you understand that?
7    A   Yes.
8    Q   Are you taking any medication
9 that may impair your ability to testify
10 truthfully today?
11    A   No.
12    Q   Is there any other reason that
13 you may not be able to testify truthfully
14 today?
15    A   No.
16    Q   Are you taking any medication
17 that may impair your memory?
18    A   No.
19    Q   Is there any other reason that
20 your memory may be impaired today?
21    A   No.
22    Q   Okay.  Have you ever been party
23 to a lawsuit?
24    A   Can you repeat the question?
25    Q   Sure.  Have you ever been a

Page 13

R. PETROSYANTS

1
2 defendant or plaintiff in a lawsuit other
3 than this lawsuit?
4    A   I have.
5    Q   How many times?
6    A   I do not remember.
7    Q   More or less than five times?
8    A   I do not remember.
9    Q   Okay.  Have you ever given any
10 testimony under oath before besides for
11 the depositions that we discussed earlier?
12    A   Yes.
13    Q   Okay.  How many times have you
14 given testimony under oath?
15    A   I do not remember.
16    Q   Okay.  Without revealing any
17 attorney-client communication, did you do
18 anything to prepare for today's
19 deposition?
20    A   No.
21    Q   Did you meet with your
22 attorneys?
23    A   Regularly.
24    Q   Did you speak to your attorney
25 yesterday?

4 (Pages 10 - 13)

Page 14

R. PETROSYANTS

1
2    A   I did.
3    Q   Okay.  Other than your
4  attorneys, did you talk to anyone else
5  about today's deposition?
6    A   No.
7    Q   Isn't it true that you talked to
8  your co-defendant, Ms. Shahmuradyan, about
9  today's deposition?
10   A   I didn't speak --
11       MR. KATAEV: Objection.  Form.
12       You can answer.
13 BY MR. NUSSBAUM:
14   Q   I'm sorry; what was the answer?
15   A   I did not speak to her regarding
16 deposition.
17   Q   Did you speak to her about her
18 deposition?
19   A   Can you repeat the question?
20   Q   I said, did you speak to her
21 about her deposition?
22   A   Yes, in some points.
23   Q   Okay.  And what did she tell
24 you, in sum and substance?
25       MR. KATAEV: Objection.  Marital

Page 15

R. PETROSYANTS

1
2    privilege.  I instruct the witness not to
3    answer the question.
4        MR. NUSSBAUM: Okay.
5  BY MR. NUSSBAUM:
6    Q   Did you review any documents in
7  preparation for today's deposition?
8    A   I did.
9    Q   Okay.  What documents did you
10 review?
11   A   White and black written papers.
12   Q   That's cute.  I'm asking the
13 specific documents.  Which specific
14 documents did you review for today's
15 deposition?
16   A   Transcript.
17   Q   Which transcript?
18   A   From your deposition from
19 Mariana.
20   Q   Of your co-defendant,
21 Ms. Shahmuradyan?
22   A   Yes.
23   Q   Okay.  Other than the
24 transcript, what other documents did you
25 review, if any?

Page 16

R. PETROSYANTS

1
2    A   Nothing else.
3    Q   Did you review any of the
4  documents that the defendants produced to
5  the plaintiffs in this lawsuit?
6    A   I did some, but I don't remember
7  which ones.
8    Q   Okay.  When was the last time
9  you reviewed any of those documents?
10   A   Few weeks ago.
11   Q   Okay.  Do you understand that
12 you're testifying today on your own
13 personal behalf as well as on behalf of
14 the corporate defendant in this case?
15   A   Yes, I do.
16   Q   Okay.  Do you know that the
17 plaintiffs in this lawsuit served a notice
18 of deposition on the corporate defendant?
19   A   Can you repeat the question?
20   Q   Do you know that the plaintiffs
21 in this lawsuit served your attorneys with
22 a notice of deposition on the corporate
23 defendant in this case?
24   A   Yes.
25   Q   Did you see that notice?

Page 17

R. PETROSYANTS

1
2    A   Some of it.
3    Q   Okay.  Which parts of it did you
4  see?
5    A   A few -- first few pages.
6    Q   Okay.  And are you the best
7  person to testify on behalf of the
8  corporate defendant?
9        MR. KATAEV: Objection to form.
10       You can answer.
11       THE WITNESS: I don't have an answer
12   for this.  I don't know if I'm the best
13   person or not.
14 BY MR. NUSSBAUM:
15   Q   Okay.  But you're prepared to
16 testify on behalf of the corporate
17 defendant; correct?
18   A   Yes.
19   Q   Now, the corporate defendant in
20 this case is Bulldozer Hospitality Group
21 Inc.; correct?
22   A   Yes.
23   Q   Okay.  And that corporation runs
24 a restaurant called Osteria La Baia;
25 right?

5 (Pages 14 - 17)

Page 18

R. PETROSYANTS

1
2    A    Yes.
3    Q    Okay.  So for the remainder of
4 today's deposition, when I refer to
5 Bulldozer or to Osteria La Baia, it's
6 clear to you that I'm talking about the
7 same corporate entity; correct?
8    A    Yes.
9    Q    Okay.  I'd like to show you a
10 document that I'm going to mark as
11 Plaintiff's Exhibit 1.
12        (Plaintiff Exhibit 1 was marked
13        for identification.)
14        Okay.  Mr. Petrosyants, I'm
15 sharing my screen with you.  I'm showing
16 you a document that I'm marking as
17 Plaintiff's Exhibit 1.  It's a five-page
18 document.  On the top of the first page is
19 the caption of the case, and then in bold
20 letters, it says "Notice of Deposition."
21 Do you see that?
22    A    Yes.
23    Q    And I'll represent you that this
24 is a copy of the notice of deposition that
25 we served on your counsel in this case.

Page 19

R. PETROSYANTS

1
2 Do you understand that?
3    A    Yes.
4    Q    Have you seen this document
5 before?  And I'm scrolling through it.
6    A    Not all of it.
7    Q    Okay.  So did you see the first
8 page?
9    A    Yeah, one of few pages.  Yeah.
10    Q    Okay.  And did you see that,
11 starting on the second page, there's a
12 list of matters designated for deposition?
13    A    I -- I cannot recall it right
14 now.  I don't -- if I saw this page or
15 not.
16    Q    You can't recall if you saw it.
17 Now, are you familiar with the operations
18 of Osteria La Baia?
19    A    Yes.
20    Q    How is it that you're familiar
21 with it?
22    A    I'm a director of operations.
23    Q    And how long have you been the
24 director of operations?
25    A    A few years.

Page 20

R. PETROSYANTS

1
2    Q    Since when?
3    A    Since -- I can't remember.
4 2023, whatever.
5    Q    So for at least two years?
6    A    Probably.
7    Q    Okay.  And what are your job
8 duties as director of operations?
9    A    Whatever the director of
10 operations does.
11    Q    Can you tell me what your job is
12 as the director of operations?
13    A    Running the business.
14    Q    Okay.  Can you give me more
15 specifics than that?
16    A    Vendors, payments, oversee the
17 operations, quality of food, quality of
18 service; is that enough?
19    Q    What else?
20    A    I can't think of anything else
21 at this point.
22    Q    Okay.  When you say "oversee the
23 operations," what do you mean by that?
24    A    Making sure the business runs.
25    Q    All aspects of the business?

Page 21

R. PETROSYANTS

1
2    A    Most of them.
3    Q    When you say "most of them,"
4 what does that mean?
5    A    That's exactly what that means.
6 Most of them.
7    Q    Okay.  Are you responsible for
8 ensuring that employees are paid at the
9 restaurant?
10    A    Can you repeat the question?
11    Q    Are you responsible for
12 employees being paid at the restaurant?
13    A    I'm -- I'm responsible that they
14 get paid, yes.
15    Q    Okay.  Are you responsible to
16 ensure that employees are paid properly at
17 the restaurant?
18    A    To my best knowledge.
19    Q    Okay.  Who owns Osteria La Baia?
20    A    Marianna Shahmuradyan.
21    Q    Anyone else?
22    A    No.
23    Q    And who hired you to be the
24 director of operations?
25    A    Marianna.

Page 22

R. PETROSYANTS

1
2    Q   Okay.  And she's your wife;
3  right?
4    A   Yes.  Beautiful wife.
5    Q   And did she interview you
6  before -- pardon?
7    A   Yes, my lovely wife.  Yeah.
8    Q   Lovely wife.  Did she interview
9  you before hiring you?
10    A   No.
11    Q   Okay.  So how did it come to be
12  that you became the director of operations
13  at the company?
14    A   She just felt it right for me to
15  be the director of operations.
16    Q   And she asked you to do it?
17    A   Yes.
18    Q   Was there a director of
19  operations before you?
20    A   No.
21    Q   So who was performing your
22  functions before you came on board at
23  Osteria La Baia?
24    A   There was a management that used
25  to run that place.  I do not remember

Page 23

R. PETROSYANTS

1
2  their names.  I can't recall them now.
3  And we took over 2023.
4    Q   And who hired that management
5  team?
6    A   I cannot -- I cannot recall it.
7    Q   Okay.  Did you do anything at
8  Osteria La Baia before 2023?
9    A   No.
10    Q   Had you ever been at the
11  premises of Osteria La Baia before 2023?
12    A   Yes.
13    Q   Okay.  And as director of
14  operations, you're able to hire and fire
15  employees at the restaurant; right?
16    A   The management, I usually do.  I
17  don't -- I don't get involved with
18  the -- with the lower-level employees.
19  I'm talking about service, front of the
20  house and back of the house.
21    Q   Okay.  But you have the
22  authority to do it, as the director of
23  operations; right?
24    MR. KATAEV:  Objection to form.
25    THE WITNESS:  Yeah, I do.

Page 24

R. PETROSYANTS

1
2  BY MR. NUSSBAUM:
3    Q   All right.  Have there ever been
4  occasions that you terminated someone at
5  the restaurant?
6    A   Not that I remember.
7    Q   Okay.  But it could have
8  happened?
9    MR. KATAEV:  Objection.
10    THE WITNESS:  Could have happened,
11  yeah.
12  BY MR. NUSSBAUM:
13    Q   Okay.  Why is it that you don't
14  remember?
15    A   I don't remember if I hired a --
16  if I hired or fired anyone at this point.
17    Q   You're not sure?
18    A   I'm not sure.
19    Q   Okay.  Besides for you and
20  Maria, who else is in charge at the
21  restaurant?
22    A   Marianna.
23    Q   I'm sorry.  Besides for you and
24  Marianna -- thank you -- so withdrawn.
25  Besides for you and Marianna, who else is

Page 25

R. PETROSYANTS

1
2  in charge of the restaurant?
3    A   There's a management that runs
4  the restaurant, yeah.
5    Q   Who's that?
6    A   Janos.
7    Q   So would you say that you,
8  Marianna, and Janos together manage the
9  restaurant?
10    MR. KATAEV:  Objection to form.
11    You can --
12    THE WITNESS:  I can't say.
13  BY MR. NUSSBAUM:
14    Q   Why can't you say that?
15    A   'Cause day-to-day operation's
16  managed by managers.
17    Q   What do you mean by "day-to-day
18  operations"?
19    A   Exactly what that means.  Day-
20  to-day operations.
21    Q   Can you explain to me what you
22  mean by that?
23    A   Opening, closing, making sure
24  that staff perform best service, making
25  sure that food gets served with

7 (Pages 22 - 25)

Page 26

R. PETROSYANTS

1    R. PETROSYANTS
2  consistency, and everything else that has
3  to do with running a restaurant.
4    Q   Okay. How often -- withdrawn.
5  How frequently are you in the restaurant?
6    A   Few times a week.
7    Q   Okay. And when you're not
8  there, who's doing your job duties?
9    A   When I'm not there --
10    MR. KATAEV: Object to the form.
11    THE WITNESS: -- Janos, the manager,
12    runs the restaurant.
13 BY MR. NUSSBAUM:
14    Q   Okay. And I'm sorry; how many
15 times a week did you say --
16    A   A few times a week.
17    Q   Okay. And other than being the
18 director of operations, have you had any
19 other titles at the restaurant?
20    A   No.
21    Q   Okay. And as director of
22 operations, you're responsible for all
23 aspects of the operations of the
24 restaurant; correct?
25    MR. KATAEV: Objection to form.

Page 27

R. PETROSYANTS

1    R. PETROSYANTS
2    THE WITNESS: I think you asked me
3    that --
4    MR. KATAEV: But go ahead.
5  BY MR. NUSSBAUM:
6    Q   But what's your answer?
7    A   Whatever was my answer before.
8    Q   As director of operations,
9  you're responsible for all aspects of the
10 operations of the restaurant; correct?
11    A   Can you repeat the question?
12    Q   As director of operations, you
13 are responsible for all aspects of the
14 operations of the restaurant; correct?
15    A   More or less, yeah.
16    Q   Well, why do you say "more or
17 less"?
18    A   There's people -- there's a
19 person that runs the -- the restaurant.
20 She's manager, so there's
21 certain -- certain decisions that he makes
22 on his own.
23    Q   Now, you said "he" or "she"?
24    A   He.
25    Q   He. Other than Janos, is there

Page 28

R. PETROSYANTS

1    R. PETROSYANTS
2  anyone else who's a manager at the
3  restaurant?
4    A   No.
5    Q   Okay. And Janos reports to you;
6  correct?
7    A   Yes.
8    Q   Okay. Has he told you that he's
9  hired or fired people at the restaurant?
10    A   After the fact, yeah.
11    Q   Okay. But he's reported that to
12 you; correct?
13    A   Sometimes he does; sometimes he
14 doesn't.
15    Q   Right. But he reports that to
16 you because you're the director of
17 operations; right?
18    A   He just informs me of certain
19 things that he does or changes, yeah.
20    Q   Right. But he's not informing
21 you because you're his friend; he's
22 informing you because you're the director
23 of operations; correct?
24    A   Yeah, we run professionally our
25 operations. Yeah.

Page 29

R. PETROSYANTS

1    R. PETROSYANTS
2    Q   Well, my question was, he's
3  informing you because you are the director
4  of operations; correct?
5    MR. KATAEV: Objection to form.
6    THE WITNESS: Yes.
7  BY MR. NUSSBAUM:
8    Q   How often do you meet with
9  Janos?
10    A   A few times a week.
11    Q   And what do you discuss when you
12 meet with him?
13    A   Can you repeat the question?
14    Q   What do you typically discuss
15 with him when you meet with him?
16    A   Operations in the restaurant.
17    Q   Like, for example, what?
18    A   As I said, consistency, best
19 performance, making sure the service is on
20 top. You should come to the restaurant
21 and try our food.
22    Q   Okay. When you say
23 "consistency," what do you mean by
24 "consistency"?
25    A   What does that mean,

8 (Pages 26 - 29)

1           R. PETROSYANTS
2 "consistency," in your opinion?
3     Q   I'm the one asking the questions
4 today, so --
5     A   Consistency --
6     Q   When you meet with Janos --
7     A   -- answer --
8     Q   When you meet with Janos to
9 discuss consistency, what is it that
10 you're discussing with him?
11    A   Discuss the service and food.
12    Q   Ensuring that the service is
13 running properly?
14    A   Properly and good, yeah.
15    Q   Okay.  And the service is
16 dependent on the back-of-the-house kitchen
17 employees and the front-of-the-house
18 service staff?
19    A   Yes.
20         MR. KATAEV:  Objection to form.
21         But you can answer.
22 BY MR. NUSSBAUM:
23    Q   Okay.  So you're ensuring with
24 him that the back-of-the-house kitchen
25 employees and front-of-the-house service

1           R. PETROSYANTS
2 staff are providing a consistent
3 performance for the customer; is that
4 right?
5         MR. KATAEV:  Objection to form.
6         THE WITNESS:  Yes.
7 BY MR. NUSSBAUM:
8     Q   Okay.  And is that something
9 that you pay close attention to when
10 you're in the restaurant?
11    A   I try to, yeah.
12    Q   Okay.  And if you see there's a
13 problem with the, quote unquote,
14 "consistency," what do you do?
15    A   Take action.
16    Q   What does "take action" mean?
17    A   I'll try to do better.
18    Q   What does that mean, you'll try
19 to do better?
20    A   If the steak is overcooked and
21 that's not something that the customer
22 like, I'll make sure, you know, next time
23 when he's served, steak is better.
24    Q   Okay.  If you see a server not
25 performing their duties correctly, what

1           R. PETROSYANTS
2 would you do?
3     A   That's not my job.  That's
4 manager's job to oversee that process.
5     Q   Okay.  Wouldn't that affect the
6 consistency --
7     A   -- there's something I don't
8 like --
9     Q   I'm sorry; there's something you
10 don't like?
11    A   If there's something I don't
12 like, I report to managers.
13    Q   So if you saw a server not --
14    A   And managers make --
15    Q   Go ahead.
16    A   I just finished.
17    Q   If you saw a server not
18 performing their duties properly, you
19 would report that to the manager?
20    A   Yep.
21    Q   And then he would take action?
22    A   Yep.
23    Q   Okay.  And you said earlier that
24 you ensure that there's, you said, quote
25 unquote, "best performance" at the

1           R. PETROSYANTS
2 restaurant.  What do you mean by that?
3     A   Exactly what that means.  Best
4 performance at the restaurant.  Good
5 quality of food, best -- best service, and
6 making sure that, you know, business runs
7 properly.
8     Q   All aspects of the business;
9 right?
10         MR. KATAEV:  Object to form.
11         THE WITNESS:  Exactly.
12 BY MR. NUSSBAUM:
13    Q   And when you're present in the
14 restaurant, are you on the dining room
15 floor when customers are there?
16    A   I'm on the restaurant.
17    Q   You're in the area of the
18 restaurant that customers are dining?
19    A   Everywhere.  Everywhere in the
20 restaurant.
21    Q   And when you're on the floor;
22 right?  There are times that you're on the
23 floor of the restaurant, where customers
24 are?
25    A   Yeah, we have a floor in the

9 (Pages 30 - 33)

R. PETROSYANTS

1          R. PETROSYANTS
2    restaurant.  Yeah.  As soon as I open the
3    restaurant, I'm on the floor, yeah.
4       Q    Right.  And so what are you
5    doing when you're in that area, where the
6    customers are?
7       A    Making --
8       Q    What are you focused on?
9       A    Making sure the place runs
10   properly.
11      Q    Making sure that the service
12   staff is doing their job?
13          MR. KATAEV:  Objection to form.
14          THE WITNESS:  Yeah.
15   BY MR. NUSSBAUM:
16      Q    Have your job duties changed at
17   all over time, or have they always been
18   the same?
19      A    Can you repeat the question?
20      Q    Have your job duties at Osteria
21   La Baia changed over time, or have they
22   always remained the same?
23      A    Sometimes it changes.
24      Q    How has it changed?
25      A    I don't know how to answer this

R. PETROSYANTS

1          R. PETROSYANTS
2    question.
3       Q    Of course, you do.
4       A    Okay, from A to Z.
5       Q    How has it changed?
6       A    From A to B.
7       Q    Explain it.
8       A    From A to B.
9       Q    You're not answering my
10   question.  My question is, how have your
11   job duties changed over time at Osteria La
12   Baia?
13      A    -- from A to B.
14      Q    I don't know what A means, and I
15   don't know what B means.
16      A    How can I answer your question?
17   How has that changed?  I walk into the
18   restaurant, there's million things that
19   can change from starting where, you know,
20   why the floor is dirty and why the plates
21   are here, why is this and that?  How do
22   you want me to answer this question?
23      Q    Right.  And was that different
24   in 2023?
25      A    -- huh?

R. PETROSYANTS

1          R. PETROSYANTS
2       Q    Was that different in 2023 than
3    it is today?
4       A    It's all concerning running a
5    restaurant.  What do you mean,
6    "different"?  Whatever has to do with the
7    running a restaurant, it's always
8    different.  You walk into a place, there's
9    a million things going on.  100 percent.
10   There's a light too light -- too bright;
11   there's a floors are dirty; there's a
12   napkins are dirty.  So what do you mean by
13   "changing"?
14      Q    Okay.  And that's been the same
15   way since you started working as director
16   of operations; right?
17      A    I don't understand your
18   question.  What do you mean, "the same
19   way"?  Yeah, the same way that, yeah, I'm
20   trying to run the restaurant.  Yes, it was
21   the same way from the day one.  Yeah.
22      Q    Okay.  I mean, as director of
23   operations, you have job duties; right?
24      A    Yes, running a restaurant.
25      Q    Okay.  When Marianna hired you

R. PETROSYANTS

1          R. PETROSYANTS
2    to be the director of operations, did she
3    tell you what your job duties would be?
4       A    She didn't tell me what my job
5    duties would be.  She told me, "You are --
6    as the director of operations, you know
7    what -- you know, how to run the -- and
8    operate the restaurant.  Please run it for
9    me."  Done.
10      Q    And she didn't -- withdrawn.
11   She didn't specify specific things that
12   she wanted you to do?
13      A    To run a successful restaurant.
14   That's all she wanted me to do.
15      Q    And so she gave you carte
16   blanche to do whatever you want in terms
17   of running the operations?
18      A    Yeah, she's mother of my kids.
19      Q    Sorry.  What was the answer?
20      A    Yes, she did.
21      Q    You said, yes, she's the mother
22   of your kids; right?  Was that the answer?
23      A    Uh-huh.  She's --
24      Q    I need a yes or a no.
25      A    Can you repeat -- repeat the

10 (Pages 34 - 37)

R. PETROSYANTS

2 question?
3   Q   I said, your answer was "Yes,
4 she's the mother of my kids"; correct?
5   A   What was your question before?
6 I didn't get it.
7   Q   Did Marianna give you carte
8 blanche to do whatever you want in terms
9 of running the operations of the
10 restaurant?
11   A   Yes, she did.
12   Q   And your answer was "Yes, she's
13 the mother of my kids"; correct?
14   A   No, my answer is "Yes, she did."
15   Q   Okay, the record will speak for
16 itself.  Does Osteria La Baia know what
17 the minimum wage is?
18      MR. KATAEV:  Objection to form.
19      THE WITNESS:  I hope we do.
20 BY MR. NUSSBAUM:
21   Q   I didn't hear your answer; I'm
22 sorry.
23   A   Yes, we do.
24   Q   Does Osteria La Baia know what
25 overtime is?

R. PETROSYANTS

2      MR. KATAEV:  Objection to form.
3      THE WITNESS:  Yes.
4 BY MR. NUSSBAUM:
5   Q   What was the answer?
6   A   What was the question?
7   Q   Does Osteria La Baia know what
8 overtime is?
9   A   Yes.
10   Q   Does Osteria La Baia know what
11 the tip-credit minimum wage is?
12   A   Yes.
13   Q   Does Osteria La Baia know that
14 it's illegal to have management employees
15 who supervise other employees included in
16 the tip pool at a restaurant?
17      MR. KATAEV:  Objection to form.
18      You can answer.
19      THE WITNESS:  I don't know how to
20      answer that.  Whatever is illegal by law,
21      we know that it's illegal.
22 BY MR. NUSSBAUM:
23   Q   How do you know that?
24   A   Because we have some rules and
25 regulations printed in our house.

R. PETROSYANTS

2   Q   And you're saying the rules and
3 regulations that you have printed in your
4 house state that you cannot have a manager
5 participate in a tip pool?  Is that your
6 testimony?
7   A   From the management there's
8 certain rules that we know that we have to
9 keep -- upkeep for running a legal tip or
10 payment system for all the employees.
11   Q   And it's your job, as director
12 of operations, to ensure that that system
13 of paying employees legally is in
14 operation?
15      MR. KATAEV:  Objection --
16      THE WITNESS:  That's my manager's
17      job.
18 BY MR. NUSSBAUM:
19   Q   Okay.  And if your manager
20 wasn't doing his job, what would you do?
21      MR. KATAEV:  Objection --
22      THE WITNESS:  He would come to me and
23      ask me to do --
24 BY MR. NUSSBAUM:
25   Q   He'd ask you to do what?

R. PETROSYANTS

2   A   To manage the restaurant.
3 If -- if I don't have a manager, I
4 would -- you know, I'll find a way to
5 manage it, but I always had a manager.
6   Q   Did you hire Janos?
7   A   No.
8   Q   Who hired him?
9   A   I do not remember.
10   Q   Was he already working at the
11 restaurant when you started working there?
12   A   I do not remember.
13   Q   So it's possible he started
14 working after that?
15      MR. KATAEV:  Objection to form.
16      THE WITNESS:  I -- I just said I do
17      not remember.  You can phrase the -- your
18      question many -- million times different
19      way, but I just told you the answer.
20 BY MR. NUSSBAUM:
21   Q   And Janos is responsible for
22 hiring and firing the service staff at the
23 restaurant?
24   A   Yes.
25   Q   And Janos is responsible for

11 (Pages 38 - 41)

Page 42

R. PETROSYANTS

1
2 making sure that the service staff is paid
3 the appropriate wages?
4    A   Yes.  At this point, yes.
5    Q   And customers at the restaurant,
6 they leave tips, typically; right?
7    A   Yeah.
8    Q   And those tips are for the
9 foodservice staff?
10    A   Yes.
11    Q   And Janos is responsible for
12 making sure that the foodservice staff get
13 paid those tips?
14    A   Yes.
15    Q   Now, isn't it true that Osteria
16 La Baia pays the foodservice employees
17 pursuant to a tip-credit wage?
18    A   Can you repeat the question?
19    Q   Isn't it true that Osteria La
20 Baia pays the foodservice employees
21 pursuant to a tip-credit wage?
22    A   Yes.
23    Q   Okay.  And whose decision was it
24 to do that?
25    A   To do a tip credit?

Page 43

R. PETROSYANTS

1
2    Q   Yeah.
3    A   If you're a tip employee, you
4 get a tip credit; right?
5    Q   Whose decision was it to pay
6 them that wage?
7    A   Management, probably.  I
8 would -- I don't remember.
9    Q   Well, is it Marianna's decision?
10    A   No.
11    Q   Is it your decision?
12    A   I do not remember.
13    Q   You don't remember if it's your
14 decision?
15    A   Yep.
16    Q   Now, has Osteria La Baia given
17 the foodservice employees written notice
18 of how they're going to be paid?
19    A   I think we did, to my best
20 knowledge.
21    Q   Okay.  Do you have any proof of
22 that?
23    A   We probably will be looking for
24 it in storage, but yeah.
25    Q   Okay.  As of now have you seen

Page 44

R. PETROSYANTS

1
2 any written notices that you gave
3 employees?
4    A   Yes, I have.
5    Q   Yeah?  Do you know why none of
6 them have been produced in this lawsuit?
7    A   I have no idea.
8    Q   Have any of them been produced
9 in this case?
10    A   I don't know.
11    Q   Who does Janos report to?
12    A   I think you asked that question
13 again.
14    Q   I didn't.  Who does Janos report
15 to?
16    A   Can you repeat the question?
17    Q   You heard the question.  Who
18 does Janos report to?
19    A   Can you repeat again, please?
20    Q   Sure.  Who does Janos report to?
21    A   To me.  I said that before;
22 right?
23    Q   And to Marianna?
24    A   Not really.  To me.
25    Q   Okay.  And if you weren't happy

Page 45

R. PETROSYANTS

1
2 with Janos's performance, you would be the
3 one who would decide to terminate him?
4    A   Yeah.
5    Q   Okay.  And overall, you're
6 satisfied with his performance; right?
7    A   Yeah.
8    Q   I'm sorry; what was the answer?
9    A   Yes.
10    Q   What, if anything, has Osteria
11 La Baia done to ensure that its
12 compensation and tipping practices are in
13 accordance with state and federal law?
14    A   Can you repeat the question?
15    Q   Sure.  What, if anything, has
16 Osteria La Baia done to ensure that its
17 compensation and tipping practices are in
18 accordance with federal and state law?
19       MR. KATAEV:  Objection to form.
20       You can answer.
21       THE WITNESS:  Everything that needs
22    to be done.
23 BY MR. NUSSBAUM:
24    Q   But there are federal laws about
25 how to pay employees; right?

12 (Pages 42 - 45)

R. PETROSYANTS

1
2     A   I don't have -- I can't recall
3  at this point.  I know there's a federal
4  rule, and I know there's steps that we
5  take, making sure that everyone gets
6  proper payment, making sure that everyone
7  gets legal payment as they deserve, but
8  what actually La Baia does is just
9  follow -- file the rule -- follow the
10 rule.
11    Q   Okay.  How do you know that it
12 follows the rule?
13    A   I'm -- I'm hoping so, yeah.
14    Q   You're hoping.  Do
15 you -- withdrawn.  So do you have
16 any -- withdrawn.  Can you tell me
17 anything that Osteria La Baia has done to
18 ensure that --
19    A   I cannot --
20    Q   -- the way it pays its employees
21 follows the law?
22    A   I cannot tell you at this point.
23    Q   Okay.  Has Osteria La Baia ever
24 sought legal advice about how to pay its
25 employees?

R. PETROSYANTS

1
2     A   I cannot recall right now.
3     Q   So sitting here today, you have
4  no evidence of any -- withdrawn.  So
5  sitting here today, you don't have any
6  evidence that Osteria La Baia ever
7  sought --
8     A   I'm not --
9     Q   Please don't interrupt me.
10 Sitting here today, you don't have any
11 evidence that Osteria La Baia's sought
12 legal advice about how to pay its
13 employees; correct?
14    A   I didn't say that.
15    Q   Well, do you have any evidence
16 at all that Osteria La Baia sought legal
17 advice as to how to pay its employees?
18        MR. KATAEV:  Objection to form.
19        THE WITNESS:  I cannot recall --
20 BY MR. NUSSBAUM:
21    Q   What was the answer?
22    A   I cannot recall --
23    Q   Sitting here today, you have no
24 recollection of Osteria La Baia seeking
25 any legal advice about how to pay its

R. PETROSYANTS

1
2  employees; correct?
3     A   Can you repeat the question,
4  please?
5        MR. KATAEV:  Counselor --
6  BY MR. NUSSBAUM:
7     Q   Yes.  You have no recollection
8  about Osteria La Baia seeking any legal
9  advice about how to pay its employees;
10 correct?
11    A   I cannot recall at this point,
12 as I said.  Maybe we do; maybe we did not.
13    Q   Okay.  Who -- withdrawn.  You're
14 aware that there were documents that were
15 produced as part of this lawsuit; right?
16    A   Yes.
17    Q   Who was responsible for
18 gathering those documents and giving them
19 to the lawyer?
20    A   I have to look into it.
21    Q   You're a defendant in the case;
22 right?
23    A   Yeah.  I have 50 people working
24 for me.  I -- you know, I have to look
25 into it.  I don't want to give you a wrong

R. PETROSYANTS

1
2  answer.
3     Q   Right.  But at some point in
4  time, you became aware that the plaintiffs
5  in this lawsuit served requests on you to
6  produce documents; right?
7     A   Yes.
8     Q   And what did you do to ensure
9  that those document requests were
10 responded to?
11    A   I told them, "Listen, whatever
12 we have to help, you know, to resolve this
13 law issue," which we did everything
14 properly, paying those employees, to
15 produce all the paperwork.
16    Q   Who did you tell?  You said you
17 told "them."  Who did you tell?
18    A   Management.
19    Q   Who's management?
20    A   Janos.
21    Q   So you asked Janos to get the
22 documents?
23    A   I told him to do it.  I don't
24 know who did it.  I don't know who
25 actually sent them.

Page 50

R. PETROSYANTS

1
2    Q    Okay.  Besides for Janos, is
3    there someone else that would have
4    documents?
5    A    There's a lot of people.
6    Q    Do you know where these records
7    are stored?  They're stored online; right?
8    A    Some are online; some are, like,
9    you know, in a file, you know, physical
10   files.
11   Q    Yeah.  Which records are stored
12   online?
13   A    I cannot recall it.
14   Q    You cannot recall which records
15   are stored online?
16   A    Nope --
17   Q    Sir, please don't use your phone
18   during the deposition.
19   A    I'm not using my phone.
20   Q    For the record, you're not using
21   your phone right now?
22   A    No.
23   Q    Okay.  And you said certain
24   records are kept in hard file or hard
25   copy, I believe you said; is that right?

Page 51

R. PETROSYANTS

1
2    A    Yeah.
3    Q    Which records are those?
4    A    I cannot answer this question.
5    There's a million records.  I don't know.
6    Q    Okay.  Where are the hard copies
7    of the records kept?
8    A    In storage.
9    Q    Where's the storage?
10   A    In the restaurant.
11   Q    Okay.  And who has access to the
12   storage?
13   A    Few people.
14   Q    Which people?
15   A    One -- one of them is me.
16   Q    Who else?
17   A    Management.
18   Q    Janos?
19   A    Yeah.
20   Q    Anyone else?
21   A    Not that I -- you know,
22   probably, but not that I can call the
23   names.
24   Q    Okay.  And Marianna has access
25   to that as well; right?

Page 52

R. PETROSYANTS

1
2    A    Marianna is the owner.  She has
3    access -- if she wanted it, she has access
4    to anything she wants.
5    Q    Okay.  Who has financial control
6    over the restaurant?
7    A    I don't understand the question.
8    Q    Who runs the restaurant's
9    finances?
10   A    I run the restaurant.  I'll make
11   sure that the financials are in line with
12   the -- with being a profitable restaurant.
13   Q    Okay.  Isn't it true that the
14   restaurant had gross earnings in excess of
15   $1 million last year?
16   A    I don't -- I can't recall those
17   numbers.
18   Q    You don't know if the restaurant
19   had earnings in excess of $1 million last
20   year?
21   A    No.
22   Q    Isn't it true that the
23   restaurant had earnings in excess of $1
24   million in 2023?
25   A    No.

Page 53

R. PETROSYANTS

1
2    Q    It didn't?
3    A    I don't have those numbers in
4    front of me.
5    Q    Okay.  But you're the one
6    responsible for all that?
7    A    Yeah.
8        MR. KATAEV:  Objection to form.
9    BY MR. NUSSBAUM:
10   Q    And sitting here today, you
11   don't know if the restaurant earned more
12   or less than $1 million in gross earnings?
13   A    I don't -- I don't --
14       MR. KATAEV:  Objection to form.
15       THE WITNESS:  Those numbers --
16   million dollars, nine-fifty, nine-fifty-
17   nine -- I don't have the number.  I don't
18   want to just throw something out there
19   that I'm not sure.  Where you got that --
20   BY MR. NUSSBAUM:
21   Q    I mean, isn't it true that it's
22   more than $4 million?  That's not really
23   such a hard question to answer.
24       MR. KATAEV:  Objection to form.
25       THE WITNESS:  No, it's not.

14 (Pages 50 - 53)

1            R. PETROSYANTS
2 BY MR. NUSSBAUM:
3    Q   It's not more than $4 million?
4    A   It's not my question to answer.
5 I'm telling you that I don't have those
6 numbers in front of me, and I don't know
7 how you can, you know, throw those
8 numbers, that restaurant did that, this,
9 that, this. I don't have those numbers.
10    Q   The customers at the restaurant,
11 they leave tips; right?
12    A   Can you repeat the question?
13    Q   The customers who dine at the
14 restaurant leaves tips usually?
15    A   Yeah.
16    Q   Well, what's the range of the
17 typical amount of the check that customers
18 leave as a tip?
19    A   I don't know. 18 to 20 percent,
20 plus minus.
21    Q   18 to 20 percent? Okay.
22    A   Yeah. How much the tips you
23 leave?
24    Q   Osteria La Baia has a lease;
25 right?

1            R. PETROSYANTS
2    A   Yeah.
3    Q   Who signed the lease?
4    A   I don't remember.
5    Q   But it could have been you;
6 right?
7    A   I don't think so.
8    Q   And the restaurant was renovated
9 before it was opened; right?
10    A   Yeah.
11    Q   Okay. Who was in charge of the
12 renovation?
13    A   General contractor.
14    Q   And who hired the general
15 contractor?
16    A   I do not remember.
17    Q   Okay. Did you participate at
18 all in the renovations of the restaurant?
19    A   No.
20    Q   Did you participate at all in --
21    A   Yes and -- yes and no and not
22 into my full, you know, capacity.
23    Q   And in what way did you
24 participate in the renovation of the
25 restaurant?

1            R. PETROSYANTS
2    A   Making sure it looks beautiful.
3    Q   Okay. Did you -- withdrawn. So
4 the general contractor reported to you?
5    A   No.
6    Q   Who did they report to?
7    A   I do not remember.
8    Q   Well, there's either you or your
9 wife. Is there someone else?
10        MR. KATAEV: Objection to form.
11        THE WITNESS: I just told you. I do
12    not remember.
13 BY MR. NUSSBAUM:
14    Q   Okay. Well, who else could
15 there be?
16        MR. KATAEV: Objection.
17        THE WITNESS: I don't know.
18 BY MR. NUSSBAUM:
19    Q   Is there someone else?
20        MR. KATAEV: Objection to form.
21        THE WITNESS: No.
22 BY MR. NUSSBAUM:
23    Q   Okay. So it's either you or
24 your wife; right? You just said there's
25 no one else, so who else could they have

1            R. PETROSYANTS
2 reported to?
3    A   -- the answer to. I told you.
4 I do not remember.
5    Q   Okay. You have a twin brother;
6 right?
7    A   Yeah.
8    Q   Does he work at the restaurant?
9    A   No.
10    Q   What's his name?
11    A   Johnny.
12    Q   Johnny?
13    A   Uh-huh.
14        THE REPORTER: Verbal --
15 BY MR. NUSSBAUM:
16    Q   Has he ever had a role at the
17 restaurant?
18    A   No.
19    Q   Has he ever received any salary
20 at the restaurant?
21    A   No.
22    Q   Has he ever received any wages
23 at the restaurant?
24    A   No.
25    Q   Has he ever, directly or

15 (Pages 54 - 57)

Page 58

R. PETROSYANTS

1           R. PETROSYANTS
2  indirectly, received any portion of the
3  profits at the restaurant?
4      A  Probably, yeah. I don't -- I
5  don't remember at this point.
6      Q  So if the restaurant's owned 100
7  percent by your wife, why would your
8  brother be receiving a share of the
9  profits?
10      MR. KATAEV: Objection to form.
11      THE WITNESS: Like I said, I do not
12   remember if he did or not.
13  BY MR. NUSSBAUM:
14      Q  But you said probably a minute
15  ago.
16      A  Yeah, I just -- then I said I do
17  not remember if he did or not.
18      Q  Who hired Mr. Kataev?
19      A  Who? My attorney?
20      Q  Yeah.
21      MR. KATAEV: Objection.
22      THE WITNESS: Marianna and me.
23  BY MR. NUSSBAUM:
24      Q  And who hired him to represent
25  Osteria La Baia?

Page 59

R. PETROSYANTS

1           R. PETROSYANTS
2      MR. KATAEV: Objection to form.
3      THE WITNESS: Marianna and me.
4  BY MR. NUSSBAUM:
5      Q  Okay. Does the restaurant have
6  an accountant?
7      A  No. I mean, yes. The files,
8  yeah. Final reports, yeah. Not a house
9  accountant.
10      Q  Okay. Who hired that
11  accountant?
12      A  Marianna and me.
13      Q  Okay. And the restaurant does
14  its in-house accounting by itself? Is
15  that your testimony?
16      MR. KATAEV: Objection to form.
17      THE WITNESS: Am I answering?
18  BY MR. NUSSBAUM:
19      Q  Yeah.
20      A  Can you repeat the question?
21      Q  Sure. It sounded like, a minute
22  ago, you were saying that the accountant
23  only does things like filing tax returns;
24  is that correct?
25      A  Yes.

Page 60

R. PETROSYANTS

1           R. PETROSYANTS
2      Q  Okay. So the other accounting
3  issues, like balancing the books of the
4  restaurant, who does that?
5      A  I think all of our -- you know,
6  all of our books, we run through Toast.
7  Everything -- most of our data gets --
8  we -- we all get from Toast, so.
9      Q  Okay. And you have access to
10  Toast?
11      A  Yes.
12      Q  Okay. And the employees'
13  payroll records are on Toast as well;
14  right?
15      A  Yes.
16      Q  So you have access to all the
17  employees' payroll records; right?
18      A  Uh-huh.
19      Q  Yes or no?
20      THE REPORTER: Verbal --
21      THE WITNESS: Yes.
22      MR. KATAEV: Objection to form.
23  BY MR. NUSSBAUM:
24      Q  Does the restaurant have a head
25  chef?

Page 61

R. PETROSYANTS

1           R. PETROSYANTS
2      A  Yes.
3      Q  Who's the head chef?
4      A  Adrian Ramirez.
5      Q  And how long have they been the
6  head chef for?
7      A  Few years.
8      Q  Before or after you started
9  working as director of operations?
10      A  After. After --
11      Q  Who hired Adrian?
12      A  I don't -- I don't remember
13  that.
14      Q  Who hired Adrian Ramirez?
15      A  I do not remember.
16      Q  Who does Adrian Ramirez report
17  to?
18      A  Management. Then me.
19      Q  Is there a typical schedule that
20  you're in the restaurant?
21      MR. KATAEV: Objection to form.
22      THE WITNESS: No.
23  BY MR. NUSSBAUM:
24      Q  You just come and go on
25  different days; is that right?

16 (Pages 58 - 61)

R. PETROSYANTS

1
2     MR. KATAEV: Objection to form.
3     THE WITNESS: Yep.
4     MR. KATAEV: Josef, when you are
5   ready, I would like to take a quick break,
6   but whenever you're ready.
7     THE WITNESS: Can we finish this
8   already?
9 BY MR. NUSSBAUM:
10    Q   I'm sorry?
11    A   You want to take a break?
12    Q   I didn't understand what you
13 just said.
14    A   Are we taking a break?
15    Q   I didn't -- what you just said.
16 Your attorney said they want to take a
17 break when I'm ready. That's what he
18 said, if I understood correctly.
19        Isn't it true that you held
20 yourself out to be the boss at Osteria La
21 Baia?
22    A   Can you repeat the question?
23    Q   Isn't it true that you represent
24 yourself to people as the boss at Osteria
25 La Baia?

R. PETROSYANTS

1
2     MR. KATAEV: Objection to form.
3     THE WITNESS: What do you mean by
4   "boss"?
5 BY MR. NUSSBAUM:
6    Q   I don't know. Isn't it true
7 that you've called yourself the boss?
8    A   What do you mean by "calling
9 yourself boss"?
10    Q   I mean calling yourself, quote
11 unquote, "boss." That's what I mean.
12    A   I do not remember.
13    Q   You're the director of
14 operations, so you're the boss; right?
15        MR. KATAEV: Objection to form.
16        THE WITNESS: I answered your
17    question. Move on.
18 BY MR. NUSSBAUM:
19    Q   You didn't answer my question.
20 You are the boss at Osteria La Baia;
21 correct?
22    A   I do not remember if I did or
23 no.
24    Q   I'm asking you, you consider
25 yourself to be the boss there; right?

R. PETROSYANTS

1
2     MR. KATAEV: Objection to form.
3     THE WITNESS: No.
4 BY MR. NUSSBAUM:
5    Q   You don't consider yourself to
6 be the boss?
7     MR. KATAEV: Objection to form.
8     THE WITNESS: I don't know what you
9   mean exactly by "being a boss." I think
10   my wife is the boss, yeah, of the
11   restaurant. What do you mean by "boss"?
12 BY MR. NUSSBAUM:
13    Q   How frequent --
14    A   Making decisions? Yes, you do
15 make decisions on a certain level. Then
16 the management makes another decisions, so
17 they consider him as the boss as well.
18 What do you mean by being, myself, a boss?
19 So can you ask correct question?
20    Q   Okay. So I mean, you're the
21 boss, and the manager's the boss; right?
22        MR. KATAEV: Objection to form.
23        THE WITNESS: I cannot recall.
24 BY MR. NUSSBAUM:
25    Q   You can't recall if you're the

R. PETROSYANTS

1
2 boss and the manager's the boss?
3    A   Exactly. I cannot recall.
4    Q   I want to remind you,
5 Mr. Petrosyants, that the judge is going
6 to read today's transcript. Do you
7 understand that?
8    A   Yeah. All right. I cannot
9 recall if someone calls me a boss or not.
10    Q   Okay. But you consider yourself
11 to be the boss; right?
12    A   I consider myself to be a boss
13 of where?
14    Q   Of Osteria La Baia.
15        MR. KATAEV: Objection to form.
16        THE WITNESS: I'm a director of
17    operation. Why do I consider myself a
18    boss?
19 BY MR. NUSSBAUM:
20    Q   Okay. How often is Marianna in
21 the restaurant?
22    A   Few times a week. Maybe once a
23 week. Few times a month.
24    Q   And when she's there, you're
25 typically there as well?

17 (Pages 62 - 65)

Page 66

R. PETROSYANTS

1            R. PETROSYANTS
2     A   Yeah.
3     Q   Okay.  But on the occasion that
4  she's not in the restaurant, you're the
5  highest-ranking employee at the
6  restaurant; correct?
7         MR. KATAEV:  Objection to form.
8         THE WITNESS:  Yes.
9         MR. NUSSBAUM:  Okay.  We can take a
10  break for five minutes.  Is that what you
11  need, Mr. Kataev?
12        MR. KATAEV:  Yeah, just the bathroom.
13  Thank you.
14        MR. NUSSBAUM:  Okay, Mr. Petrosyants.
15  I'm just going to remind you you're not to
16  discuss your testimony during the break.
17        THE REPORTER:  Okay.  We're off the
18  record at 10:02.
19        (Off the record.)
20        THE REPORTER:  We are back on the
21  record at 10:08 a.m.
22  BY MR. NUSSBAUM:
23    Q   Mr. Petrosyants, does Osteria La
24  Baia have pre-shift meetings before
25  customer service starts?

Page 67

R. PETROSYANTS

1            R. PETROSYANTS
2     A   Yes.
3     Q   Okay.  Who runs those meetings?
4         MR. KATAEV:  Objection to form.
5         THE WITNESS:  Management.
6  BY MR. NUSSBAUM:
7     Q   When you say "management," are
8  you referring to anyone else besides for
9  Janos?
10        MR. KATAEV:  Objection to form.
11        THE WITNESS:  Referring to chef;
12  Janos.  That's it.
13  BY MR. NUSSBAUM:
14    Q   Yeah.  Do you ever attend those
15  meetings?
16    A   Yeah.
17    Q   And do you ever speak at those
18  meetings?
19    A   Sometimes.
20    Q   Okay.  What topics do you
21  usually speak about at those meetings?
22    A   Consistency, performance, best
23  value.  That's it.
24    Q   Okay.  Who attends those
25  meetings?

Page 68

R. PETROSYANTS

1            R. PETROSYANTS
2     A   Front-of-the-house staff.
3     Q   Okay.  So you give them
4  instructions at the meeting?
5     A   No.
6     Q   But you said you talk to them
7  about consistency and some other things;
8  right?
9     A   Yeah, that's not instructions;
10  right?
11    Q   So what would you consider that
12  to be?
13    A   Just making sure that everyone
14  plays consistently best performance.
15  Management does all the instructions.
16    Q   Okay.  And to your knowledge,
17  the front-of-house staff knows that your
18  wife owns the restaurant; right?
19    A   To my knowledge, yes.
20        MR. KATAEV:  Objection to form.
21  BY MR. NUSSBAUM:
22    Q   And to your knowledge, the
23  front-of-house staff knows that you're the
24  director of operations; correct?
25        MR. KATAEV:  Objection --

Page 69

R. PETROSYANTS

1            R. PETROSYANTS
2         THE WITNESS:  Yes.
3  BY MR. NUSSBAUM:
4     Q   Who's -- withdrawn.  So you
5  mentioned front-of-house staff.  Can you
6  tell me what positions are part of the
7  front-of-house staff at Osteria La Baia?
8     A   Servers, bussers, runners.
9     Q   So was that servers, bussers,
10  runners?
11    A   Yeah, to my best knowledge.  I
12  might miss things here and there, but
13  yeah.
14    Q   What about bartenders?
15    A   Oh, you see?  Bartenders.
16    Q   There you go.
17    A   Bartenders.  Drink runners.  So,
18  you know, front of the house.
19    Q   And all those positions receive
20  tips at the restaurant?
21    A   To my best knowledge, yes.
22    Q   And do they all share in one tip
23  pool together?
24    A   I think so, yeah.
25    Q   Okay.  And all those positions

18 (Pages 66 - 69)

Page 70

R. PETROSYANTS

1
2 are paid the tip-credit minimum wage;
3 correct?
4    A    To my best knowledge, yeah.
5    Q    And whose decision was it to pay
6 them that wage?
7    A    Can you repeat the question?
8    Q    Yes.  Whose decision was it to
9 pay the front-of-house staff the tip-
10 credit minimum wage?
11   A    I cannot remember.
12   Q    I mean, Osteria La Baia could
13 have paid them or could pay them fifteen,
14 twenty, thirty dollars an hour; right?
15   A    What does that mean, if they
16 could --
17   Q    The restaurant is free to pay
18 its employees whatever hourly wage it
19 wants above the legally-mandated wage;
20 right?
21   A    Yeah, I think any owner could
22 pay whatever he wants; no?
23   Q    Right.  So whose decision was it
24 to pay them the tip-credit minimum wage
25 and not another wage?

Page 71

R. PETROSYANTS

1
2    MR. KATAEV:  Objection to form.
3    THE WITNESS:  I do not remember.
4 BY MR. NUSSBAUM:
5    Q    Was it Janos's decision?
6    A    I just said, I do not recall it,
7 whose decision was that.  I don't want to
8 give you a wrong answer.
9    Q    Who's responsible for training
10 new front-of-the-house staff?
11   A    Management.
12   Q    And just so we're clear, front-
13 of-the-house staff and service staff are
14 the same thing; correct?
15   A    Front-of-the-house and service
16 staff.  Yeah.
17   Q    Okay.  So if I use those terms
18 interchangeably, you understand that
19 "service staff" refers to front-of-the-
20 house staff and "front-of-the-house staff"
21 refers to service staff; right?
22   A    Yes.
23   Q    And so Janos is responsible for
24 training all new front-of-the-house staff?
25   A    Management, yeah.  The chef, you

Page 72

R. PETROSYANTS

1
2 know, he educates the staff for the food
3 and all the, you know, kitchen plates and
4 all that.
5    Q    Okay.  And what about the actual
6 aspects of, you know, what they have to do
7 on the floor; how to serve customers; you
8 know, for bussers, how to clear tables?
9 Who trains them with that?
10   A    Yeah.  Management and the main
11 server.
12   Q    When you say "management," who
13 are you referring to?
14   A    Janos.
15   Q    And who's the main server?
16   A    Julio.
17   Q    Who's Julio?  Julio Perez?
18   A    Yes.
19   Q    When you say "main server," what
20 does that mean?
21   A    I mean he is the oldest server
22 that we have.  He knows the best knowledge
23 of how to run things like how's -- how's
24 things been done at the restaurant.
25 That's it.

Page 73

R. PETROSYANTS

1
2    Q    Okay.  And does he have a
3 different status than the other servers?
4    A    Can you repeat the question?
5    Q    Sure.  Does he have a different
6 status than the other servers?
7    A    He's a server-slash-captain.
8    Q    Okay.  As a captain, what does
9 he do?
10   A    I just told you that; no?
11   Q    No, you didn't.  What are his
12 duties as a captain?
13   A    Training staff.
14   Q    What else?
15   A    Not that I can recall.  A lot of
16 things.
17   Q    There are a lot of things?
18   A    Yeah, lot of different --
19   MR. NUSSBAUM:  Okay.  I mean, I want
20 to note for the record that, in Exhibit 1
21 that I showed you earlier, topic number 12
22 says that we want a witness to testify
23 about the job duties of all positions and
24 individuals in Osteria La Baia's tip pool
25 during the liability period.  It appears

19 (Pages 70 - 73)

Page 74

R. PETROSYANTS

1
2  that this witness is not capable to tell
3  me what the captain's job duties were at
4  the restaurant, so we would seek --
5      MR. KATAEV:  -- no, you don't need --
6      MR. NUSSBAUM:  -- we're going to
7  leave this topic open to get a witness to
8  be able to answer this question.
9      MR. KATAEV:  We'll meet and confer
10  on -- please proceed.
11      MR. NUSSBAUM:  Sure.
12      THE REPORTER:  Could you repeat that?
13      MR. NUSSBAUM:  Which part?
14      MR. KATAEV:  We will meet and
15  confer --
16      THE REPORTER:  You're still cutting
17  out for me.
18      MR. KATAEV:  We will meet and confer
19  on the subject.  Please proceed.
20      THE REPORTER:  Okay.  Thank you.
21  BY MR. NUSSBAUM:
22      Q   What are servers' job duties?
23      A   Serving a customer.
24      Q   What else?
25      A   Bringing plates to the table.

Page 75

R. PETROSYANTS

1
2      Q   What else?
3      A   Taking the plates from the
4  table.
5      Q   Okay.  What else?
6      A   Bringing napkins.
7      Q   Anything else?
8      A   A lot of things, yeah.  What a
9  server does, I just told you.  This is
10  most important things.
11      Q   Okay.  Do they take customers'
12  orders?
13      A   Yeah.
14      Q   And are there any other things
15  that servers do that you haven't told me?
16      A   Probably.
17      Q   Can you please tell me what else
18  it is that they do?
19      A   To my best knowledge, I just
20  told you everything that I -- I remember
21  at this point.
22      Q   And what do bussers do?
23      A   Bus the tables.
24      Q   Anything else?
25      A   Probably.

Page 76

R. PETROSYANTS

1
2      Q   What else?
3      A   As I told you, busing the
4  tables.  There's a lot of things go into.
5  I cannot recall all those things right
6  now.
7      MR. NUSSBAUM:  Okay.  So again, topic
8  12, ask for a witness who could testify
9  about the job duties of all positions in
10  Osteria La Baia's tip pool, and it appears
11  that this witness is unable or unwilling
12  to fully answer the question of what
13  bussers' job duties are at Osteria La
14  Baia.
15      THE WITNESS:  You can Google it; no?
16  What's the bussers' jobs?
17  BY MR. NUSSBAUM:
18      Q   Sir, we're here to get your
19  testimony for this case.
20      A   I just told you.  Bussing the
21  table.  What else you want to know?
22      Q   All right.  Do they have any
23  other job duties?
24      A   Yeah, folding napkins and
25  bringing forks, polishing glasses.  What

Page 77

R. PETROSYANTS

1
2  else you want to know?
3      Q   All right.  Is there anything
4  else?
5      A   There's a million things that
6  they do.  I cannot recall them at this
7  point.
8      Q   Okay.  If you do recall them
9  later, please let me know, but I want to
10  be clear that we asked for a witness who's
11  able to tell me all of the things, even if
12  there's a "million" things, quote unquote,
13  that they do.
14      What do the runners do?
15      A   Run food.  Run drinks.
16      Q   Anything else?
17      A   Run plates to the kitchen.
18  That's the major --
19      Q   What else?
20      A   A lot of things.  I just
21  don't -- I can't recall all of them right
22  now.
23      Q   Okay.  And I'd assume bartenders
24  mix drinks; is that right?
25      A   Yeah, you see?  Yeah, exactly.

R. PETROSYANTS

1
2 Bartenders make drinks with alcohol.
3    Q   What else do they do?  Thank
4 you.  And what else do they do?
5    A   Taking dirty glasses for dish
6 washing machine.
7    Q   Anything else?
8    A   Talking to a customer.
9    Q   Anything else?
10    A   Wiping the bar.
11    Q   Anything else?
12    A   A lot of things.  As I said, a
13 million things they do.  I just don't know
14 their duties in the day-to-day operations.
15 I do know them; I can't recall them now.
16    Q   Okay.  So again, now, to
17 reiterate, we asked for a witness who's
18 able to testify to all the duties of the
19 tipped employees at Osteria La Baia.
20        Who decides how many servers,
21 bussers, runners, and bartenders to staff
22 during each shift?
23    A   Customers.  Flow of customers.
24 If you have hundred reservations, we have
25 twenty front-of-the-house staff.  If you

R. PETROSYANTS

1
2 have 200 reservations, we have 40, for
3 example.  And that decision is made by the
4 management.
5    Q   By Janos?
6    A   Yeah.
7    Q   And Julio?
8    A   By Janos.
9    Q   And Julio?
10    A   By Janos.
11    Q   And the question is, and by
12 Julio as well?
13    A   I just told you.  By Janos.  I
14 don't know why you're asking Julio.  No.
15    Q   I'm asking, does Julio also
16 participate in that decision?
17    A   Not that I remember.
18    Q   All right.  But so it's
19 possible?
20        MR. KATAEV:  Objection to form.
21        THE WITNESS:  -- that I --
22 BY MR. NUSSBAUM:
23    Q   Sorry, what was the answer?
24    A   I just told you.  Not that I
25 remember.

R. PETROSYANTS

1
2    Q   Right.  So it's possible that he
3 did and you just don't remember; is that
4 right?
5    A   Exactly.  I just don't remember.
6    Q   I didn't hear the answer.  I'm
7 sorry.
8    A   I do not remember, yeah.
9        MR. KATAEV:  Objection to form of
10    that question.
11 BY MR. NUSSBAUM:
12    Q   Have you ever discussed the
13 number of front-of-house employees to
14 staff during a shift with Janos?
15    A   Many times.
16    Q   Could you give me an example of
17 a type of discussion that you've had with
18 him about that topic?
19    A   I cannot recall it.
20    Q   Okay.  And what do you care
21 about when you're having those
22 conversations with them?
23        MR. KATAEV:  Objection --
24        THE WITNESS:  Making sure that we
25    have proper --

R. PETROSYANTS

1
2 BY MR. NUSSBAUM:
3    Q   Making sure that you have
4 proper?
5    A   Service.
6    Q   The right number of staff for
7 the number of customers that are coming to
8 the restaurant?
9    A   Yep.
10    Q   And Osteria La Baia's open for
11 lunch and dinner every day?
12    A   Yeah.
13    Q   What hours does it open?
14    A   11:30 to 12.
15    Q   11:30 a.m. to 12 p.m.?
16    A   Yeah.
17    Q   Seven days a week?
18    A   I think Sunday we close at 11.
19    Q   Now, when Osteria La Baia first
20 opened, did it have a tip pool?
21    A   I think so.  I don't know.
22    Q   And whose decision was it to
23 have a tip pool at Osteria La Baia?
24    A   It was a management --
25        MR. KATAEV:  Objection to form.

21 (Pages 78 - 81)

Page 82

R. PETROSYANTS

1    R. PETROSYANTS
2        THE WITNESS: -- that opened Osteria
3    La Baia. It wasn't Janos, but I don't
4        remember who that was.
5    BY MR. NUSSBAUM:
6        Q   Okay. And is there one tip
7    pool, or are there more than one tip pool?
8        A   I just said. Whenever -- when
9    they open it, I do not recall if -- if
10   they have -- how many pools they have or
11   who was the manager or how they
12   set -- that system.
13       MR. NUSSBAUM: Okay. Topic number 8,
14   in the notice of deposition, said we want
15   a witness who can testify, quote, about
16   "defendant's policy, practices, and
17   procedures concerning compensation of
18   service employees throughout the
19   liability, including but not limited to
20   policies, practices, and procedures
21   concerning tips/gratuities and who shared
22   any tips/gratuities."
23       It appears that this witness is not
24   able to tell me whose decision it was to
25   create the policy for a tip pool, and so

Page 83

R. PETROSYANTS

1    R. PETROSYANTS
2    we have to leave that topic open to get a
3    witness available to testify about that.
4        MR. KATAEV: We can meet and confer
5    on that. Please proceed with the
6    deposition.
7        THE WITNESS: That was a question?
8        MR. KATAEV: No.
9    BY MR. NUSSBAUM:
10       Q   Now, do all the tipped employees
11   receive the same share of the tip pool, or
12   is there some other system?
13       A   If I remember correctly, there's
14   a different system set up for bussers,
15   runners, and -- and the servers.
16       Q   Meaning that servers get a
17   bigger share of the tip pool than bussers
18   and runners?
19       MR. KATAEV: Objection to form.
20       THE WITNESS: Something like that,
21   yeah.
22   BY MR. NUSSBAUM:
23       Q   And that policy applies equally
24   to everyone in the tip pool; correct?
25       A   As I said, I do not have the

Page 84

R. PETROSYANTS

1    numbers in front of me, how much each tip
2    employee gets and what would be the
3    breakdown, but I believe there's a higher
4    percentage for the server and a little
5    less for the runners and bussers.
6        Q   Okay. And all the tipped
7    employees -- the server, the bussers,
8    runners, and bartenders -- are all subject
9    to the same policy when it comes to the
10   tip pool; right?
11       MR. KATAEV: Objection to form.
12       THE WITNESS: Yeah.
13   BY MR. NUSSBAUM:
14       Q   And all the front-of-house
15   employees also receive the same documents
16   when they're hired at Osteria La Baia;
17   right?
18       A   I really hope so, yeah.
19       Q   Okay. And all the front-of-
20   house employees are subject to the same
21   payroll policies at the restaurant;
22   correct?
23       MR. KATAEV: Objection --
24       THE WITNESS: I really hope so.
25

Page 85

R. PETROSYANTS

1    R. PETROSYANTS
2    BY MR. NUSSBAUM:
3        Q   I'm not asking if you hope so;
4    I'm asking you to testify about what you
5    know. Isn't it true that all the --
6        A   That's my -- my best --
7        Q   And please don't interrupt me.
8        A   I'm -- I'm answering your
9    question. To my best knowledge, I really
10   think that, you know, they get equal pay
11   or whatever, yes. Yeah. To my best
12   knowledge, I might be mistaken, though.
13       Q   Isn't it true that all the
14   front-of-house employees are subject to
15   the same payroll policies at Osteria La
16   Baia?
17       MR. KATAEV: Objection to form.
18       THE WITNESS: As I said, to my
19   best -- I might be mistaken, but to my
20   best knowledge, I think they -- they do.
21   BY MR. NUSSBAUM:
22       Q   Okay. Can you think
23   of -- withdrawn. Sitting here today, can
24   you think of any way that front-of-house
25   employees would be subject to different

22 (Pages 82 - 85)

Page 86

R. PETROSYANTS

1       R. PETROSYANTS
2   policies at Osteria La Baia?
3       A   I cannot think of it.
4       MR. KATAEV:  Objection --
5   BY MR. NUSSBAUM:
6       Q   Okay.  And isn't it true that
7   all front-of-house employees at Osteria La
8   Baia receive the same payroll documents
9   when they're hired?
10      MR. KATAEV:  Objection to form.
11      THE WITNESS:  To my best knowledge.
12  I think they do.  I -- I -- again, I -- I
13  don't know how to answer that question
14  correctly, not by not having all the
15  numbers in front of me, so I would say
16  that I probably don't have that, you know,
17  answer for that question because I don't
18  have those numbers in front of.
19      MR. NUSSBAUM:  Okay.  Again, topic 16
20  of the notice asked for a witness who
21  could testify, quote, about "employment-
22  related documents that defendant provided
23  to putative class members during liability
24  period."  So to the extent this witness is
25  not able to testify about that, we ask for

Page 87

R. PETROSYANTS

1       R. PETROSYANTS
2   a witness who can testify about that.
3       MR. KATAEV:  We can meet and confer
4   on it, please.
5   BY MR. NUSSBAUM:
6       Q   But to be clear, if there was a
7   document that Osteria La Baia didn't give
8   one employee, that would mean it didn't
9   give it to all the employees; right?
10      MR. KATAEV:  Objection to form.
11      THE WITNESS:  Can you repeat the
12  question?
13  BY MR. NUSSBAUM:
14      Q   If there was a document that
15  Osteria La Baia didn't give one employee,
16  that would mean it didn't give it to all
17  of the employees; right?
18      MR. KATAEV:  Objection to form.
19  You can answer.
20      THE WITNESS:  Look, I think so, yeah,
21  but I'm not sure.  I don't have a solid
22  question -- oh, a solid answer for this
23  question, but I -- I really hope so.  I
24  don't -- I don't know at this point.
25      MR. NUSSBAUM:  So again, I want to

Page 88

R. PETROSYANTS

1       R. PETROSYANTS
2   state for the record, we're going to call
3   for a witness who'd be able to answer this
4   question fully and properly.
5       MR. KATAEV:  We can meet and confer
6   on the subject.  Please proceed with the
7   deposition.
8   BY MR. NUSSBAUM:
9       Q   If an employee didn't receive
10  the correct amount of tips on their
11  paycheck, who would they speak to?
12      A   Manager.
13      Q   Have employees ever complained
14  to you about their pay or the tips on
15  their paycheck?
16      A   No.
17      Q   Never?
18      A   Not that I remember.
19      Q   Okay.  And the employees --
20  withdrawn.  Other than, like, the dollar
21  amounts and the identifying information,
22  like a name and an address, all the tipped
23  employees received the same paychecks;
24  right?  The same format of a paycheck?
25      A   Yeah, all the paycheck comes

Page 89

R. PETROSYANTS

1       R. PETROSYANTS
2   from Toast, so they receive --
3       Q   So the template of the paycheck
4   is the same for everyone; right?
5       MR. KATAEV:  Objection to form.
6       THE WITNESS:  I -- I think so.
7   BY MR. NUSSBAUM:
8       Q   But you don't know for sure, or
9   you know for sure?
10      A   I don't know for sure, but I
11  think so, yeah.  Most likely, yes.
12      MR. NUSSBAUM:  Again, highlighting
13  topic number 16, we asked for a witness
14  who's be able to testify about employment-
15  related documents that defendant provided
16  to putative class members.  And it doesn't
17  seem that this witness can testify
18  definitively about this topic.
19      MR. KATAEV:  Objection to form.
20  Sorry.
21      THE WITNESS:  Can you repeat the --
22  Hold on a sec.
23  Can you repeat --
24      MR. KATAEV:  There's no question.
25      THE WITNESS:  Josef.

23 (Pages 86 - 89)

R. PETROSYANTS

1
2       MR. KATAEV:  We can meet and confer
3   on -- please proceed.
4   BY MR. NUSSBAUM:
5       Q   My question is, the format of
6   the paycheck was the same for all
7   employees; right?
8       A   I think so, yeah.
9       Q   Because all the tipped employees
10  are subject to the exact same payroll
11  policies at Osteria La Baia; correct?
12      A   I -- to my best knowledge, yeah.
13  Does that answer --
14      Q   What's the payroll period?  I'm
15  sorry?
16      A   Is that answers your question?
17      Q   I'm going to ask the questions
18  today.  What's the payroll period at
19  Osteria La Baia?
20      A   I think it's every week, weekly
21  basis.
22      Q   And from what day to what day?
23      A   Sunday -- Monday to Sunday.
24      Q   Again, what day do people get
25  their paychecks?

R. PETROSYANTS

1
2       A   If not mistaken, by Wednesday.
3   If I'm not --
4       Q   Okay.  And does Osteria La Baia
5   have written -- I'm sorry.
6       A   They do.  If they have written
7   days when they get the -- the payroll?
8       Q   Does Osteria La Baia have
9   written job descriptions for the tipped
10  employees?
11      A   I think we do.
12      Q   Do you know why they haven't
13  been produced in this lawsuit?
14      A   Maybe they're working on it.
15      Q   Okay.  Where are those written
16  job descriptions displayed?
17      A   [No audible response.]
18      Q   I'm sorry; I didn't hear your
19  answer.
20      A   Can you repeat the question?
21      Q   Where are those written job
22  descriptions displayed?
23      A   Job descriptions displayed?  I
24  think we have them in a handbook for each
25  employee.  And then there's definitely

R. PETROSYANTS

1
2   a -- a verbal explanations, and then we
3   have -- 100 percent, we have written
4   duties somewhere in the office, somewhere
5   in restaurant.
6       Q   Are the employees provided with
7   written job descriptions?
8       A   To my best knowledge, I think
9   they do.
10      MR. NUSSBAUM:  And we will call for
11  the production of the job descriptions.
12      MR. KATAEV:  Please follow up in --
13  BY MR. NUSSBAUM:
14      Q   What payroll company does
15  Osteria La Baia use?
16      A   Toast.
17      Q   And who decided to engage Toast?
18      A   I do not remember.
19      Q   Pardon?
20      A   I do not remember.
21      MR. NUSSBAUM:  Topic 22.  It appears
22  that it's misnumbered in the notice, but
23  the last topic, on page 3 of the notice,
24  asked for a witness who could testify
25  about defendant's recordkeeping policies,

R. PETROSYANTS

1
2   practices, and procedures.  It appears
3   that this witness cannot tell us certain
4   aspects about that topic, and so we're
5   going to ask for a witness whose decision
6   it was to engage the payroll company.
7       MR. KATAEV:  We can meet and confer
8   on the subject.
9   BY MR. NUSSBAUM:
10      Q   Okay.  Now, how many days a week
11  does Janos work?
12      A   Five to six days.
13      Q   Which day or days does he
14  typically have off?
15      A   Sunday, Mondays, if I'm -- I'm
16  correct.
17      Q   Okay.  And who's the highest-
18  ranking employee in the restaurant on the
19  days that Janos is not there?
20      A   Captain.  Server captain.
21      Q   Julio?
22      A   Yep.
23      Q   And on the days that Janos is
24  not there, he essentially performs Janos's
25  job functions?

24 (Pages 90 - 93)

Page 94

R. PETROSYANTS
1
2      MR. KATAEV: Objection to form.
3      THE WITNESS: Say again?
4 BY MR. NUSSBAUM:
5      Q   So what does he do on the day
6 that Janos is not there?
7      A   He's just captain, servers'
8 captain. He just makes sure that, you
9 know, for those two day that if Janos
10 is -- or day and a half, he's not there,
11 usually, he makes sure that the -- the
12 server -- the service perform well.
13     Q   So he supervises the service on
14 those days?
15     A   He oversees them, yeah.
16     Q   So I didn't hear your answer.
17 Janos supervises the service on the days
18 that -- withdrawn.
19     A   Not Janos. Julio.
20     Q   Julio oversees and supervises
21 the service on the days that Janos is not
22 there?
23     MR. KATAEV: Objection to form.
24     THE WITNESS: Yeah.
25 //

Page 95

R. PETROSYANTS
1
2 BY MR. NUSSBAUM:
3      Q   Okay. If the restaurant is slow
4 on those days, Julio can cut people and
5 send them home early?
6      MR. KATAEV: Objection to form.
7      THE WITNESS: No. I wouldn't
8 probably have the answer for you for this
9 question because I -- I don't know how
10 that happens, what's -- what's the
11 mechanism they use how to cut people if
12 this -- it's slow. It might be triggered
13 by a, you know, sales. When they don't
14 reach certain sales, it's automatically
15 being triggered that they, you know, they
16 cut one or two staffs, but that's not
17 Julio's decisions.
18 BY MR. NUSSBAUM:
19     Q   But if you're not there and
20 Janos is not there, whose decision is it?
21     A   I just told you. It's --
22 they -- the staff knows. If they don't
23 reach certain sales and it's slow, you
24 know, they clock out.
25     Q   How do they decide which server,

Page 96

R. PETROSYANTS
1
2 which runner is going to clock out?
3      A   That, I don't know how it gets
4 done, but I'll -- I'll look into it,
5      Q   But, well, don't they have to
6 report to someone that they're leaving?
7      MR. KATAEV: Objection to form.
8      THE WITNESS: They probably do, but
9 again, I -- I just don't know how it
10 happens now, you know.
11 BY MR. NUSSBAUM:
12     Q   Who would they report to, if
13 they report it?
14     A   I just told you. I don't know
15 how it happens now, if they -- you know,
16 if --
17     MR. NUSSBAUM: Okay. I'm going to
18 refer again to the notice of deposition,
19 and we asked for a witness who could
20 testify about, quote, "defendant's
21 policies, practices, and procedures
22 concerning" -- and I'm jumping a few
23 words -- "concerning scheduling during
24 liability period."
25     It appears that this witness is not

Page 97

R. PETROSYANTS
1
2 able to answer these questions about
3 scheduling at the restaurant, so we ask
4 for a witness that's able to answer these
5 questions. We call for a witness who's
6 able to answer these questions.
7      MR. KATAEV: We can meet and confer
8 on the subject. Please proceed.
9 BY MR. NUSSBAUM:
10     Q   And the days that Janos is not
11 there, if there's an issue with a
12 customer, Julio is the one responsible for
13 addressing it; right?
14     A   Yeah. Certain things, yeah.
15     Q   Okay. And Julio has the
16 authority --
17     A   -- all the waiters that doing
18 that section, yeah.
19     Q   And Julio has the authority to
20 comp or void customer checks?
21     A   Yes.
22     Q   And if an employee showed up
23 drunk on a shift like that, you would
24 expect Julio to send them home?
25     A   If it's Julio there, yeah.

25 (Pages 94 - 97)

Page 98

R. PETROSYANTS

1
2    Q    And he had the authority to do
3  that; right?
4    A    Yeah, if they come drunk.  Yeah.
5    Q    And he could discipline
6  employees for any other issue that arises?
7    A    Not that I can recall at this
8  point.
9    Q    But he would report to you or to
10  Janos about any issues that happen on the
11  days that Janos is not there; right?
12       MR. KATAEV:  Objection to form.
13       THE WITNESS:  Yep.
14  BY MR. NUSSBAUM:
15    Q    And you asked him to do that?
16    A    Yeah, if there's something wrong
17  with the restaurant, he reports to us.
18    Q    Because he's the one
19  supervising; right?
20       MR. KATAEV:  Objection to form.
21       THE WITNESS:  He's the captain.
22  BY MR. NUSSBAUM:
23    Q    So on the day that Janos is not
24  there, he's the one who's supervising the
25  floor; right?

Page 99

R. PETROSYANTS

1
2    A    He -- he's the captain.  I don't
3  know which you mean by "supervisor."
4    Q    I don't know what you mean by
5  "captain."  I'm saying, he's the highest-
6  ranking employee, and so he's the one --
7    A    He's --
8    Q    Let me finish.  He's the
9  highest-ranking employee, and so he's the
10  one who's supervising the floor; correct?
11    A    He's the main server.  He's the
12  most -- he's the oldest guy that works for
13  us.  Yes, he -- he oversees the floor, and
14  he oversees the service.  Yeah.
15    Q    Okay.  Now, are servers,
16  runners, bussers assigned to different
17  parts of the restaurant each shift?
18    A    They have their own sections,
19  yeah.
20    Q    Who decides which section
21  they're going to work at?
22    A    Management.
23    Q    Janos?
24    A    Janos, yeah.
25    Q    Okay.  And on the days that

Page 100

R. PETROSYANTS

1
2  Janos isn't there, Julio's the one who
3  decides that; right?
4    A    Yep.
5    Q    Okay.  And on the days that
6  Janos isn't there, Julio's the one who
7  runs the pre-shift meeting; right?
8    A    Yes.
9    Q    Who decided how much to pay
10  Janos?
11    A    I don't remember.
12    Q    Okay.  If -- withdrawn.  Have
13  you ever given Janos a raise?
14    A    Probably, yeah, from the
15  start --
16    Q    And you would've been the one
17  who gave him that?  I'm sorry.  You
18  would've been the one who gave him that;
19  right?
20    A    I don't remember if Marianna or
21  I did.  Between us.  I think Marianna did
22  or me, you know.
23    Q    Have you ever had to discipline
24  an employee at Osteria La Baia?
25    A    What do you mean by

Page 101

R. PETROSYANTS

1
2  "discipline"?
3    Q    Send someone home early.
4  Suspend.  Give someone a write-up.
5    A    Think that, you know, as
6  management who runs the restaurant, if
7  something is wrong, they probably
8  disciplined them, yeah, if you --
9    Q    And you've done that?
10    A    Me?
11    Q    Yes.
12    A    No.  I -- I didn't.
13  Management -- but management probably did.
14    Q    Okay.  Is it your testimony
15  today that you have never disciplined
16  anyone at Osteria La Baia?
17    A    Me personally, not that I
18  recall.  Maybe I -- I don't remember at
19  this point, but not that I, you know,
20  recall it.
21    Q    But it's possible that it
22  happened?
23       MR. KATAEV:  Objection to form.
24       THE WITNESS:  Yeah.  I'm -- I'm
25  director of operation.  I could discipline

26 (Pages 98 - 101)

Page 102

R. PETROSYANTS

1
2    anybody, but I don't remember that I ever
3    did.
4 BY MR. NUSSBAUM:
5    Q    Of course, you have the
6    authority to do that?
7    A    Yeah.
8    Q    Okay.  Who's responsible for
9    interviewing front-of-house employees at
10   Osteria La Baia?
11   A    Management.
12   Q    Isn't it true that there are
13   occasions that Julio interviewed people at
14   the restaurant?
15   A    I don't think so.  He might be
16   present to some interviews, as a captain,
17   as a server captain, but I don't think
18   that he did the sole interview with
19   anybody.
20   Q    Okay.  But he has participated
21   in interviews; correct?
22   A    You probably would be with
23   the -- with the management.  He would sit
24   along for the interview.  I saw that on a
25   couple occasions, but I don't know if he

Page 103

R. PETROSYANTS

1
2 does that on a regular basis.
3    Q    Okay.  So it's not "probably";
4 you've seen Julio participate in
5 interviews; correct?
6       MR. KATAEV:  Objection to form.
7       THE WITNESS:  On some -- what do you
8    mean, "participate"?  As I said, he might
9    be present on an interview.  That's not
10   Julio's decision if he -- if person gets
11   fired or hired.
12 BY MR. NUSSBAUM:
13   Q    Right.  My question was just, he
14 participates in the interview; right?
15 You've seen that happen?
16   A    He might sit along, yeah.  He
17 might be, yeah, sitting with people and
18 take an interview.
19   Q    Well, why is it that he would
20 participate in an interview?
21       MR. KATAEV:  Objection to form.
22       THE WITNESS:  Because he probably
23    thinks he has experience with, that
24    he -- they -- you know, we're looking
25    for -- or we're looking into, you know,

Page 104

R. PETROSYANTS

1
2    hiring a best server for the job.
3 BY MR. NUSSBAUM:
4    Q    What does his experience has to
5    do with anything?  Can you explain?
6    A    Yeah.  When you are been a
7    server for so many years and you hire
8    someone that's going to be part of your
9    pool, you want to make sure that the
10   person is to, you know, to -- to -- able
11   to do that job.  So he -- when he speaks
12   to a person and he sees that the -- the
13   person, you know, know how to sell, looks
14   proper, you know, smiles all the time,
15   that's what, you know, every management or
16   captain's looking for.
17   Q    Okay.  So he would look at those
18   things, and then he would provide input to
19   you or Janos as to what he thought about
20   the potential hire?
21       MR. KATAEV:  Objection to form.
22       THE WITNESS:  No.  He would just be
23    at an interview and maybe share his, you
24    know, opinion with -- with Janos, at the
25    point, but I never saw anything that he

Page 105

R. PETROSYANTS

1
2    said, you know, "I like this guy.  Hire
3    him," or something like that.  Or, you
4    know, "I don't like someone, so fire him."
5    I never saw something like that.
6 BY MR. NUSSBAUM:
7    Q    Why else would he be at the
8 interview other than to give his input?
9       MR. KATAEV:  Objection to form.
10      THE WITNESS:  Just because of his
11    experience.
12 BY MR. NUSSBAUM:
13   Q    So I'm trying to understand.
14 How does his experience play into this?
15 What does he do with his experience?
16   A    When you are hiring a server,
17 who you want to interview the guy?
18 Mechanic?  So there's a management and the
19 server.  The captain sits with them
20 and -- and looks at the, you know, resume
21 and make sure the guy who's going to join
22 their pool is up to, you know, to a task.
23   Q    Okay.  Are there any other
24 captains, besides Julio, at the
25 restaurant?

27 (Pages 102 - 105)

1              R. PETROSYANTS
2      A    No.
3      Q    And does the restaurant have a
4   written job description for captain?
5      A    Not that I recall.  I
6   don't -- probably, but I -- I don't know
7   if that's there or not.  We got to ask the
8   management.
9      Q    Do you know if runners or
10  bussers have ever been promoted to server
11  at Osteria La Baia?
12     A    I don't know.
13     Q    I'm sorry?  I couldn't hear your
14  answer.
15     A    I do not know.
16     Q    Who makes the schedule for the
17  front-of-house employees?
18     A    Management.
19     Q    Isn't it true that Julio
20  participates in making the schedule for
21  employees?
22     A    Didn't you ask that question
23  already?
24     Q    My question is, isn't it true
25  that Julio participates in making the

1              R. PETROSYANTS
2   schedules for employees?
3      A    Can you repeat the question,
4   please?
5      Q    My question is, isn't it true
6   that Julio participates in making the
7   schedule for the employees at Osteria La
8   Baia?
9      A    Probably, he does.
10     Q    You've seen him do it?
11     A    Probably, yes.
12     Q    Why are you saying "probably"?
13  I'm asking if you've seen it.  Have you
14  seen it or not seen it?
15     A    Not that I remember.
16     Q    So why did you say "probably"?
17     A    Probably, he does.  That's why I
18  assumed that, when you hire -- you know,
19  when you put front-of-house staff to
20  do your front-of-the-house duties, yeah,
21  he participates in it.
22         MR. NUSSBAUM:  Again, we asked for a
23      witness who could testify about, quote,
24      "Julio Perez's duties, responsibilities,
25      and compensation while employed by

1              R. PETROSYANTS
2      defendant."  And it appears that this
3      witness cannot tell us definitively
4      whether or not Mr. Perez performed those
5      tasks.
6          MR. KATAEV:  Objection -- I'm sorry.
7      Not objection.  We can meet and confer on
8      the subject.  Please proceed.
9   BY MR. NUSSBAUM:
10     Q    Is there anyone else, besides
11  Janos and Julio, who participates in
12  making the schedule at Osteria La Baia?
13     A    Chef.
14     Q    A chef makes it for the back of
15  the house; right?
16     A    Yeah.
17     Q    Okay.  But is there anyone
18  besides Janos and Julio who participates
19  in making the schedule for the front of
20  the house?
21     A    I don't think so.
22     Q    If someone wanted time off for a
23  vacation or for some other reason, isn't
24  it true that they could ask Julio for the
25  time off?

1              R. PETROSYANTS
2      A    No.
3      Q    So who would they ask?
4      A    Management.
5      Q    Has anyone ever asked you for
6   time off?
7      A    No.  Not that I remember, but
8   more than sure, no.
9      Q    Now, the employees at Osteria La
10  Baia clock in and out for each shift;
11  right?
12     A    Yep.
13     Q    And if there's an issue with the
14  time they clocked in or the time they
15  clocked out, who would they report that
16  to?
17     A    Janos.
18     Q    And Janos is able to alter the
19  record to fix any issues?
20     A    Yes.
21     Q    Is there anyone else who can
22  alter the records?
23     A    Not that I recall.
24     Q    All right.  Isn't it true that
25  Julio can?

28 (Pages 106 - 109)

R. PETROSYANTS

1
2      A   I don't know at this point.
3 Maybe he can; maybe he cannot.
4          MR. NUSSBAUM:  Again, we called for a
5      witness who's able to testify about this
6      topic, and it appears this witness cannot
7      answer these questions.
8          MR. KATAEV:  We'll meet and confer on
9      the subject --
10 BY MR. NUSSBAUM:
11     Q   I'd like to show you a document
12 that I'm going to mark as Plaintiff's
13 Exhibit 2.
14         (Plaintiff Exhibit 2 was marked
15         for identification.)
16     All right, Mr. Petrosants.  I'm
17 sharing my screen again, and I'm showing
18 you a document that I'm marking as
19 Plaintiff's Exhibit 2.  It's a one-page
20 document.  On the bottom of the first
21 page, it says DEFS-000004.  Do you see
22 that?
23     A   Yeah.
24     Q   Can you tell me what this type
25 of document is?

R. PETROSYANTS

1
2      A   -- I don't know what that is.
3 Oh, yes.
4      Q   Under --
5      A   Note.
6      Q   I'm sorry; can you tell me what
7 this document is?
8      A   I think it's a -- a write-off or
9 something; right?  Yeah, write-off.
10     Q   And this is a form that Osteria
11 La Baia used when it wanted to write an
12 employee up?
13     A   Yeah.
14     Q   And this is a write-up for
15 plaintiff Katherine Fernandez; right?
16     A   Yeah.
17     Q   Okay.  Do you see, at the
18 bottom, it says Julio Perez, and then
19 there's a signature?
20     A   Can you -- okay.
21     Q   Sure.
22     A   "Julio."  Can you -- yeah.
23 Yeah, I see the -- yeah, I see the
24 signature.  I see "Julio Perez," yeah.
25     Q   Okay.  Do you know why Julio

R. PETROSYANTS

1
2 Perez would be signing a write-up at
3 Osteria La Baia?
4          MR. KATAEV:  Objection to form.
5          THE WITNESS:  I don't think anything
6      wrong with that, no.
7 BY MR. NUSSBAUM:
8      Q   Do you see under his
9 signature -- pardon?
10     A   -- it's just -- yeah, it's just
11 documenting that the person did something
12 wrong.  Yeah.  Okay.
13     Q   Yeah, but why would Julio Perez
14 be signing it?
15         MR. KATAEV:  Objection to form.
16         THE WITNESS:  'Cause he's captain,
17     server captain.
18 BY MR. NUSSBAUM:
19     Q   Okay.  And because he's a
20 captain, why would that mean that he would
21 be signing this?
22     A   'Cause he probably witnessed
23 that she did something wrong.  I just --
24 I'm just guessing.  I don't know what
25 would be the reason for sign -- for him to

R. PETROSYANTS

1
2 sign it because -- but I'm more than sure
3 that he probably witnessed that she did
4 something wrong, and he wrote it up.
5      Q   Julio did?
6      A   Julio or Janos.  I just -- I'm
7 just assuming, trying to see what -- why
8 was, you know, the document signed by
9 Julio.
10     Q   So Julio had the authority to
11 write people up; right?
12     A   Yeah, if you do something wrong,
13 as a captain, you can write it.  Yeah, you
14 can write it up.
15     Q   And that's something that
16 happened -- right? -- at Osteria La Baia?
17     A   Probably.
18     Q   Why are you saying "probably"?
19     A   I've never seen that document,
20 so I'm assuming, yeah.
21     Q   Okay.  But as far as you know,
22 Julio had the authority to do that; right?
23         MR. KATAEV:  Objection --
24         THE WITNESS:  To write some
25     on -- write -- ?

Page 114

R. PETROSYANTS

1
2  BY MR. NUSSBAUM:
3     Q   Yeah.
4     A   Yeah.
5     Q   Now, Julio participated in the
6  tip pool; right?
7     A   Yep.
8     Q   Okay.  So if he was not properly
9  in the tip pool, then that affected all
10  the other people who had to share tips
11  with him; right?
12     A   Can you repeat the question?
13     Q   Yeah.  If he was not supposed to
14  be in the tip pool, then that affected all
15  the other people who were in the tip pool
16  who got less tips; right?
17        MR. KATAEV:  Objection to form.
18        THE WITNESS:  What is -- if -- what
19     do you mean, "if"?
20  BY MR. NUSSBAUM:
21     Q   If he wasn't legally supposed to
22  be in the tip pool.
23     A   I cannot answer that question.
24     Q   You can't answer.  Okay.
25     A   What do you mean, he's not

Page 115

R. PETROSYANTS

1
2  supposed to be legally in tip pool?  How
3  can you want me to answer that?  I don't
4  know.  He -- he was always legally in the
5  tip pool because he served tables and he,
6  you know, he earned tips.  What do you
7  mean by "illegally being in the tip pool"?
8     Q   Right.  But if his tips had to
9  go back into the tip pool, that would go
10  to all the other service employees; right?
11        MR. KATAEV:  Objection to form.
12        THE WITNESS:  What do you mean,
13     "service"?  He was a server employee.
14     He's a server for the -- you know, he's a
15     server.  He serves the tables and makes
16     tips, so can you just ask normal question?
17  BY MR. NUSSBAUM:
18     Q   Okay.  Did he get a server's cut
19  of the tip pool?
20     A   As any server does, yeah.
21     Q   And did he get a different cut?
22  A higher cut?
23     A   No.
24     Q   I'd like to show you a document
25  that I'm going to mark as Exhibit 3.

Page 116

R. PETROSYANTS

1
2        (Plaintiff Exhibit 3 was marked
3        for identification.)
4        Mr. Petrosyants, I'm sharing my
5  screen again.  I'm showing you a document
6  that I've marked as Exhibit 3.  It's a 53-
7  page document.  On the bottom of the first
8  page, on the bottom right, it says DEFS-
9  000233, and it goes sequentially to DEFS-
10  000285.  Do you see that?
11     A   Yeah.
12     Q   And this is the employee
13  handbook at Osteria La Baia; right?
14     A   Yes.
15     Q   And all the front-of-the-house
16  employees were subject to the same
17  policies that are set forth in this
18  handbook; correct?
19        MR. KATAEV:  Objection to form.
20        THE WITNESS:  I believe so.
21  BY MR. NUSSBAUM:
22     Q   There's no difference between
23  the employees; right?
24        MR. KATAEV:  Objection --
25        THE WITNESS:  I believe so, yeah.

Page 117

R. PETROSYANTS

1
2  BY MR. NUSSBAUM:
3     Q   You believe that there are no
4  differences between the employees?
5        MR. KATAEV:  Objection to form.
6        THE WITNESS:  Yeah, was -- that was
7     your question initially.  Can you repeat
8     your question?
9  BY MR. NUSSBAUM:
10     Q   Sure.  All the front-of-the-
11  house employees at Osteria La Baia are
12  subject to the policies in this handbook;
13  right?
14     A   Front of the house; right?
15     Q   Yeah.
16     A   I believe so.  I don't know how
17  it's been done.
18        MR. NUSSBAUM:  In addition to some of
19     the topics that we listed, asking for a
20     witness who can testify about defendant's
21     policy generally, we also asked for a
22     witness that can testify to -- it's the
23     last matter designated -- that can
24     testify, quote, about "the nature and
25     function of all documents produced by

R. PETROSYANTS

1
2   defendant in discovery in this action."
3       It seems that this witness is not
4   able to definitively testify about this
5   document.
6       MR. KATAEV:  Yeah, we can meet and
7   confer.  Please proceed.
8   BY MR. NUSSBAUM:
9       Q    So looking at this handbook,
10  have you seen it before?
11      A    Yeah.
12      Q    What was the answer?
13      A    Yes.
14      Q    And was this handbook given to
15  all front-of-the-house employees?
16      A    I believe so.
17      Q    Since the restaurant opened?
18      A    I do not know.
19      Q    Well, why is it that you don't
20  know?
21      A    I mean, if everyone got their
22  handbook from the day one.
23      Q    Well, the restaurant's policy
24  was to give all new hires this handbook;
25  right?

R. PETROSYANTS

1
2       A    I have no idea.
3       Q    Who would know the answer to
4   this?
5       A    I don't know.
6       Q    Can you think of any policies at
7   the restaurant, with respect to the front-
8   of-the-house employees, that would apply
9   differently from one front-of-the-house
10  employee to another front-of-the-house
11  employee?
12      MR. KATAEV:  Objection to form.
13      THE WITNESS:  Not at this point.
14  BY MR. NUSSBAUM:
15      Q    All right.  They all were paid
16  below the full minimum wage; right?
17      MR. KATAEV:  Objection to form.
18      THE WITNESS:  Can you repeat the
19  question?
20  BY MR. NUSSBAUM:
21      Q    They all were paid below the
22  full minimum wage; correct?
23      A    They all were paid before?
24      Q    Below the full minimum wage?
25      A    You asking for -- you asking

R. PETROSYANTS

1
2   about the front of the house?
3       Q    Yeah.
4       A    They were paid as a tip
5   employee, yes.  I don't know what that
6   means, yeah.
7       Q    Right.  They were all paid the
8   same way, though; right?  The restaurant
9   paid them a lower wage rate because they
10  earn tips; correct?
11      A    -- tip -- if -- if they were paid
12  employees.  I don't -- I don't know what
13  was the lower or not.  I don't have that
14  information in front.
15      MR. NUSSBAUM:  Again, we asked for a
16  witness who could testify about
17  defendant's policies, practices, and
18  procedures concerning the compensation of
19  service employees throughout the liability
20  period, and this witness is saying he
21  can't answer these questions.
22      THE WITNESS:  No, that's not what --
23      MR. NUSSBAUM:  So going to ask for
24  another witness.
25      THE WITNESS:  You're making the shit

R. PETROSYANTS

1
2   up.
3   BY MR. NUSSBAUM:
4       Q    I'm sorry; can you say it again?
5       A    You're making the shit up.  I'm
6   not -- that -- that's not what I said.
7       Q    Well, I'm happy to ask you
8   again.  Isn't it true that all the tipped
9   front-of-the-house employees at Osteria La
10  Baia were paid below the full minimum wage
11  because they earn tips?
12      MR. KATAEV:  Objection to form.
13      THE WITNESS:  And I answered it
14  was -- they were paid as a tip employees.
15  I do not recall or remember what's the
16  minimum wage.
17  BY MR. NUSSBAUM:
18      Q    But they were paid below the
19  full minimum wage; correct?
20      A    Whatever the tip employee gets
21  paid, that's what they would get paid.
22      Q    Okay.  And they all shared in
23  one tip pool together; right?
24      MR. KATAEV:  Objection to form.
25      THE WITNESS:  Front of the house,

31 (Pages 118 - 121)

Page 122

R. PETROSYANTS

1
2      yes, they did.
3  BY MR. NUSSBAUM:
4      Q   Okay.  And on the occasions that
5  Julio Perez worked the shift, they all
6  shared it in a tip pool with Julio Perez;
7  correct?
8      A   Yes.
9      Q   Okay.  And sitting here today,
10  are there any policies at all, that you
11  could tell me, that affected one front-of-
12  the-house tipped employee differently than
13  another?
14         MR. KATAEV:  Objection to form.
15         THE WITNESS:  No.
16  BY MR. NUSSBAUM:
17      Q   Okay.  I'm going to show you
18  another document, that I'm going to mark
19  as Plaintiff's Exhibit 4.
20         (Plaintiff Exhibit 4 was marked
21          for identification.)
22         THE WITNESS:  Josef, how -- how long
23      you think we'll be doing this?
24  BY MR. NUSSBAUM:
25      Q   I'm sorry; I can't answer that

Page 123

R. PETROSYANTS

1
2  right now.  So, Mr. Petrosyants, I'm
3  showing you a document that I am marking
4  as Plaintiff's Exhibit 4.  I'll represent
5  to you that this was produced to
6  plaintiffs by your attorneys in this case.
7  It's a spreadsheet, and the file name was
8  2021.  I've just added "Exhibit 4" to the
9  title of it.
10         Now, are you able to tell me
11  what this document is?
12      A   An Excel sheet.
13      Q   And what is the information in
14  the document?
15      A   You know, probably, the
16  employees at La Baia, yeah.
17      Q   I'm not asking for probably.
18  Are you able to tell me what the
19  information in the spreadsheet means?
20      A   The -- the employees' names and
21  hours.  I -- I just seen this document,
22  Josef.  I don't -- I don't know how
23  to -- how you want me to answer this?
24  Employees' hours and --
25      Q   I want you to --

Page 124

R. PETROSYANTS

1
2      A   Yeah, and the, you know, amount
3  that they got -- amount that says in
4  column L.  That's all I know.
5      Q   Okay, I'm asking you to tell me
6  what you know truthfully or what you've
7  been prepared to testify on behalf of
8  Osteria La Baia.
9      A   I haven't been prepared to
10  testify.  What I see right now, there's a
11  name, there's a position, there's regular
12  overtime hours, and hourly amount.  That's
13  all I see.  That's all I know about this
14  sheet that I'm looking at.
15      Q   Okay.  Do you see, on line 1,
16  there are some headers?  It says
17  "company," "location," et cetera.
18      A   Yeah, yeah, yeah.
19      Q   Okay.  So company for all these
20  people is Bulldozer Hospitality Group
21  Inc.; right?
22      A   Yep.  I mean --
23      Q   And then --
24      A   -- whole thing, but, yeah, I
25  think so.

Page 125

R. PETROSYANTS

1
2      Q   I'm happy to scroll through it.
3      A   Yeah, yeah, yeah, I believe.
4      Q   Okay.  And then so, looking at
5  column C, the header "department," for a
6  lot of people, it says "BOH" and then
7  "FOH" and then "management."  So BOH is
8  back of house, FOH is front of house, and
9  management are the management employees?
10      A   Can I -- can you show me
11  "manager" so I can tell you by name?
12      Q   Sure.
13      A   Who -- who -- who's that?
14  Santiago [ph]?  I -- I don't --
15  what -- what's the dates on this?
16      Q   Well, the name of this file is
17  "2021."
18      A   I don't -- I don't know who
19  these people are.
20         MR. KATAEV:  Can you zoom in on the
21      exhibit or --
22         THE WITNESS:  I don't know who did
23      this -- I don't know who did this file or
24      how that got created and who these people
25      are because I wasn't part of this.

32 (Pages 122 - 125)

R. PETROSYANTS

1
2 BY MR. NUSSBAUM:
3    Q   Are you able to testify at all
4 about this file and files that look like
5 this one?
6        MR. KATAEV:  Objection to form.
7        THE WITNESS:  I -- you know,
8 information I would definitely do testify,
9 to my best knowledge, but a file like this
10 from 2021, I don't remember whoever was
11 there as a management or back of the
12 house, so I -- I cannot -- I cannot answer
13 that.
14 BY MR. NUSSBAUM:
15    Q   That's not my question.  I'm
16 asking if you're able to tell me what the
17 information means in this; I'm not asking
18 you about any specific individual.  Do you
19 understand that?
20    A   No.  So ask correct question and
21 ask, you know, direct question.  What do
22 you want me to answer?
23    Q   Okay.  So the last question I
24 asked you was, in column C, where it says
25 "department," "BOH," "FOH," and

R. PETROSYANTS

1
2 "management," that means back-of-house
3 employees, front-of-house employees, and
4 management employees; correct?
5    A   Yes.
6    Q   And then column D, under "job,"
7 it's the specific job that each employee
8 had within the back of house, front of
9 house, or management; correct?
10    A   That's what it says in column D.
11    Q   Okay.  And then column E and F
12 are the employees' names?
13    A   It says last name and first name
14 in column E and F.  That's -- I assuming
15 that's the last name and first name.
16    Q   I'm not asking you to assume;
17 I'm asking if you know.
18    A   I don't know all those people,
19 man.  I -- how I know -- if you want me to
20 testify if these people work for me or for
21 Bulldozer, I cannot tell you that.
22    Q   I didn't ask you that.  This is
23 a file that was produced by your lawyers
24 in this case, and I'm asking you if you
25 could tell me what the information in this

R. PETROSYANTS

1
2 file means.  Those are my questions to
3 you.
4    A   So in column E means last name,
5 and column F means first name.
6    Q   Okay.  And then employee number.
7 Everyone has a unique employee number at
8 Osteria La Baia?
9    A   Yes.
10    Q   Okay.  And salary type,
11 employees were either paid hourly or
12 salary for some employees; right?
13    A   Yeah, that's exactly what it
14 says, column I.  Yeah.
15    Q   Okay, great.  And then for
16 "earning" -- and I'm going to focus on the
17 front-of-house employees -- it goes
18 "regular," then "spread of hours."  Do you
19 see that?  And "overtime."  Do you see
20 that?
21    A   Yeah.
22    Q   Okay.  And for those lines,
23 that's the amount of regular pay or
24 overtime pay or spread-of-hours pay that
25 employees received, during 2021, at

R. PETROSYANTS

1
2 Osteria La Baia; correct?
3    A   Yes.
4    Q   Okay.  And then column J,
5 "hours," when it says "regular" or
6 "overtime," that's the total number of
7 regular or overtime hours that each
8 employee worked; correct?
9    A   Yes.
10    Q   So looking at the first entry
11 for front of house, where there's a
12 barback named John Paul [ph] Gutierrez,
13 during 2021, he worked 97.29 hours, or he
14 was paid for 97.29 regular hours at
15 Osteria La Baia; correct?
16    A   I just see the facts that says,
17 in column J, it says 97.29.  It says
18 "regular" to column I and goes down
19 the -- the -- you know, down the line.  I
20 do not know that person got paid whatever
21 you say he got paid.  I have no
22 information of that, and I cannot confirm.
23 It was 2021, when I was not part of the
24 picture.  If you --
25        MR. NUSSBAUM:  For the record,

33 (Pages 126 - 129)

R. PETROSYANTS

1
2    Counselor, we asked for a witness who's
3    able to testify about the documents that
4    defendants produced in this lawsuit, and
5    this witness is saying he's not able to
6    testify about these documents.
7        THE WITNESS:  How can I testify about
8    something that was --
9        MR. NUSSBAUM:  We call for the
10   production of another witness, who's able
11   to testify --
12       THE WITNESS:  There's no other
13   witness.
14       MR. NUSSBAUM:  -- in accordance with
15   the 30(b)(6) notice.
16       MR. KATAEV:  There's no question
17   pending.
18       We'll meet and confer on the subject.
19   Please proceed with your deposition.
20   BY MR. NUSSBAUM:
21       Q   Mr. Petrosyants, are you able to
22   testify about --
23       MR. NUSSBAUM:  For the record, the
24   witness has stood up, and his camera's
25   empty.

R. PETROSYANTS

1
2    BY MR. NUSSBAUM:
3        Q   Mr. Petrosyants, are you able to
4    testify about any spreadsheets that look
5    like that?
6        A   If I know information I will.
7    If you have information from 2021, I will
8    not -- I will not testify.
9        Q   That's helpful.  So you're not
10   prepared to testify about anything that
11   happened at Osteria La Baia in 2021 and
12   2022 --
13       A   What I said --
14       Q   -- before you started working
15   there; is that right?
16       MR. KATAEV:  Objection to form.
17       THE WITNESS:  Yeah, because I don't
18   have a knowledge.
19   BY MR. NUSSBAUM:
20       Q   Pardon?
21       A   Yes, I don't have a knowledge of
22   it.  I cannot testify to something I do
23   not know.
24       Q   About anything that happened in
25   2021 or 2022; is that right?

R. PETROSYANTS

1
2        A   That happens on your
3    spreadsheet.  I do not know.
4        Q   Okay.  And you are not prepared
5    at all today to testify about things that
6    happened at Osteria La Baia in 2021 and
7    2022; correct?
8        MR. KATAEV:  Objection to form.
9        THE WITNESS:  You asked me a direct
10   question, something about the spreadsheet
11   that was sent to you for 2021.  I told you
12   my honest answer.  My honest answer.  I do
13   not know if those people work, or I do not
14   remember or how much they got paid.  I
15   don't have that information in front of
16   me, so there's nothing for me to testify,
17   and there's nothing I can say.
18   BY MR. NUSSBAUM:
19       Q   I'm going to show you a document
20   that I'm going to mark as Plaintiff's
21   Exhibit 5.
22       (Plaintiff Exhibit 5 was marked
23       for identification.)
24       Okay, Mr. Petrosyants.  I'm
25   showing you my screen again.  I'm sharing

R. PETROSYANTS

1
2    my screen again.  I'm showing you a
3    document that I have marked as Plaintiff's
4    Exhibit 5.  I'll represent to you that
5    this is a document that was produced to us
6    by your attorneys in this case.  The file
7    name that they produced to us was just
8    "2024."  I've just added "Exhibit 5" to
9    the title so we know what exhibit it is.
10       Are you familiar with this
11   document?
12       A   No.
13       Q   Are you able to answer questions
14   about this document?
15       A   Depends on the question.
16       Q   Are you able to tell me what the
17   information in this document represents?
18       A   It's represents department, job
19   title, last name, first name, salary,
20   earnings, hours, amounts.  I don't know if
21   they're correct.
22       Q   You don't know if they're
23   correct?
24       A   Yeah, I don't.  What -- what is
25   the dates on this?

34 (Pages 130 - 133)

Page 134

R. PETROSYANTS

1
2    Q   You tell me.  This was a file
3 that your attorneys produced to us.  It
4 said "2024" on it.
5    A   -- how you want me to look at
6 the file where it says bunch of last
7 names, hours, and amounts and testify if
8 this what -- you know, is it correct or
9 not?  I just don't understand.  You a
10 experienced law attorney.  You sent
11 something to me without dates,
12 without -- you know, with the last names,
13 overtime, and -- I don't know -- maybe you
14 have more information to it.  Then -- you
15 know, then you send them to me.  Whatever
16 you show me right now, all I see is
17 numbers, last names, titles, and dollar
18 amount.  How can I verify this?
19    Q   Well, again, this is information
20 that was produced to us by your lawyer,
21 and so I'm just doing my job.
22    A   -- saying -- in front of me.
23    Q   I'm just doing my job and trying
24 to understand what this information is.  I
25 don't work at Osteria La Baia, and the

Page 135

R. PETROSYANTS

1
2 plaintiffs in this lawsuit are entitled to
3 know what the significance is of documents
4 that you and your co-defendants produced
5 in this case.  Do you understand that?
6    A   Yes.  Josef, ask me correct --
7 ask me direct question about someone that
8 you want to know, with all information,
9 full information, and I'll -- I'll try to
10 answer.  When you give me a broad
11 information like this, with a spreadsheet
12 who has a bunch of information, that I
13 cannot answer this because I don't have
14 that information in front of me.  You
15 think I'll remember all this?
16    Q   Yeah.  To be clear, again, I'm
17 not asking you about specific information.
18 I'm asking you generally about the
19 headings, is what I was asking you about.
20    A   Oh, headings, I see --
21    Q   As you can see --
22    A   -- locations, department, job,
23 last name.  I -- I'll verify that.  Oh,
24 I'll see that.  Exactly.  Amazing.  You
25 know, first name, last name, job and

Page 136

R. PETROSYANTS

1
2 title, department, and earnings, hours,
3 amounts.  I see that.  And then there's a
4 bunch of last names and hours, which I
5 cannot verify at this point.
6    Q   Okay.  Is it correct that, for
7 every front-of-house employee, the row
8 that has "regular" in column I -- do you
9 see that?
10    A   Yeah.
11    Q   Then the hourly rate they
12 received for regular pay is the number in
13 the last column, in column M.
14    MR. KATAEV:  Object --
15    THE WITNESS:  You got to -- if you
16    want to do this right, we got to take this
17    name, take this particular date whenever
18    she was paid, and look at the actual
19    payment, not something that was created
20    Excel or whoever did.  You might change
21    that Excel.  It's Excel sheet.  That might
22    be changed, at any point, by you or your
23    staff or by my staff.  How can I verify
24    this?  This is just a document who was
25    made by anybody.

Page 137

R. PETROSYANTS

1
2 BY MR. NUSSBAUM:
3    Q   With all due respect, sir, we
4 take our professional responsibilities
5 very seriously.  Nobody would touch up
6 file and change it and use it at a
7 deposition, a file that you gave us in
8 discovery, so I just want that to be clear
9 for the record.
10    A   -- I don't know.  You want me to
11 verify some numbers on Excel sheet?
12 Josef, come on.
13    Q   You produced it.  I think you
14 have to understand it; right?
15    A   I don't know.  I don't
16 remember --
17    Q   You produced it.
18    A   There's a million documents that
19 was produced.  You think I will remember
20 every document that was produced?  Ask
21 me -- let's say -- well, who's this?  Anna
22 [ph] Maria.  Let's go back.  If you have
23 that information that I produced, look at
24 that particular person, look at that
25 particular pay, and see if that's what

Page 138

R. PETROSYANTS

1
2 they got -- she got paid.  And whatever
3 the regular means, to $10, I don't -- I
4 don't know.
5      Q   So what would you look at to
6 verify this?
7      A   -- I -- what I would look at, I
8 would go to that particular person.  I
9 would go back and see if, that person,
10 there's a paycheck for that amount, for
11 that period of time.  I would pull up and
12 said, "Rob, can you verify this paycheck
13 that was paid by Toast for this employee,
14 $10 an hour?"  It says "regular" or "non-
15 regular."  And that -- then I could look
16 at -- at something that's legit and verify
17 it.  How can I verify the Excel sheet,
18 man?
19      MR. NUSSBAUM:  Yes.  I'd like to
20      represent for the record that, earlier in
21      this litigation, plaintiffs sought records
22      of the total amount of hours and rates
23      that the tipped employees were paid during
24      the limitations period, and defendants
25      chose to give us this record in response

Page 139

R. PETROSYANTS

1
2 to that request, instead of giving us the
3 paychecks for every single putative class
4 member.
5      To the extent the witness is saying
6 what he's saying right now, we're going to
7 ask for the production of every single
8 paycheck of every single class member so
9 that we can verify this record because
10 that is what the witness is saying we need
11 to do in order to have a productive
12 conversation about this.
13 BY MR. NUSSBAUM:
14      Q   And so my question to you,
15 Mr. Petrosyants, is, are you able to
16 testify at all about any spreadsheet like
17 this one, that we see in Exhibit 5, or any
18 one that looks like it?
19      MR. KATAEV:  Objection to form.
20      You can answer.
21      THE WITNESS:  Can you repeat the
22      question?
23 BY MR. NUSSBAUM:
24      Q   The question is, are you able to
25 testify about this spreadsheet?

Page 140

R. PETROSYANTS

1
2      A   What exactly your question,
3 Josef?
4      Q   I'll go back to the question I
5 asked you before --
6      A   What do you want me to testify
7 about this Excel sheet?  What do you want
8 me to testify?  That those employees work
9 for me?  I do not remember.  I don't have
10 recollections of -- of all those employees
11 or numbers or hours that they work.
12 I -- I don't remember those numbers.  What
13 exactly you want me to testify?  Can
14 you --
15      Q   I wasn't asking if you --
16      A   -- ask the question -- correct
17 question?
18      Q   So what's the correct question,
19 in your opinion?
20      A   You're asking me to verify this
21 Excel sheet.  I'm looking at Excel sheet.
22 There's a million names, million numbers,
23 and, you know, and the titles.  How you
24 want me to verify?  What do you want,
25 exactly, verify it?

Page 141

R. PETROSYANTS

1
2      Q   Right.  I'm trying to understand
3 if this record records the total amount of
4 hours that the tipped employees were paid
5 at the tip credit rate during 2024.
6      A   Based on what you show me now, I
7 do not have the -- my numbers in front of
8 me, and I cannot verify on this.
9      MR. NUSSBAUM:  For the record, the
10      last matter that defendant's notice for
11      today's 30(b)(6) deposition was, we asked
12      for a witness that can testify about,
13      quote, "the nature and function of all
14      documents produced by defendant in
15      discovery in this action."
16 BY MR. NUSSBAUM:
17      Q   Mr. Petrosyants, you cannot
18 testify about the nature and function of
19 the two spreadsheets I just showed you;
20 correct?
21      A   Mr. Josef, the two spreadsheets
22 that you just showed me, you don't ask a
23 direct question.  What do you want me to
24 verify it on those two spreadsheets, I do
25 not understand.  Ask direct questions.  I

36 (Pages 138 - 141)

Page 142

R. PETROSYANTS

1              R. PETROSYANTS
2  will try my best to verify them.
3      Q    Okay.  Mr. Petrosyants, I'm
4  showing you Exhibit 5.  Can you tell me
5  what this document is?
6      A    Excel sheet.
7      Q    Okay.  And what is the
8  information in this document?
9      A    As it says on the top of --
10  scroll down.  As it says on top of your
11  sheet, it says last name; it says name; it
12  says employee number; it says salary type;
13  earnings; hours; amounts, and all that.
14  What else you want me to verify?
15      Q    Okay.  And so this is a record
16  of the pay that all the employees at
17  Osteria La Baia received in 2024; correct?
18      A    Based on all the employees that
19  I have at Osteria La Baia, and it's more
20  than -- how many you got?  How many you
21  got on this sheet?
22      Q    This sheet has --
23      A    Yeah, all -- employee --
24      Q    -- 670 rows, but I'll note that
25  there are multiple rows for each employee.

Page 143

1              R. PETROSYANTS
2      A    Okay.  I do not have that
3  information in front of me, and I cannot
4  verify, to my best knowledge.
5      Q    I'm not asking you to verify.
6  Can you tell me what this spreadsheet is?
7  I'm not asking about verification.  Can
8  you tell me what this spreadsheet is?
9      A    I just told you.  It's Excel
10  sheet with names; hours; regular, you
11  know, earnings; hours; the amounts; and
12  whatever the rate, the house -- hourly
13  rate.  That's what it is -- well, that's
14  what it is now --
15      Q    Okay.  And this is a spreadsheet
16  that Osteria La Baia uses in the regular
17  course of business at the company?
18      MR. KATAEV:  Objection to form.
19      THE WITNESS:  No.
20  BY MR. NUSSBAUM:
21      Q    No?  What does this spreadsheet
22  record?
23      A    Company name; location;
24  department; job; last name; first name;
25  employee salary; earnings; hours; amounts,

Page 144

1              R. PETROSYANTS
2  hour -- you know, and hourly rate.
3      Q    Okay.  So now, scrolling down,
4  I'm going to go to the first front-of-
5  house employee, and I'm going to go to
6  line 87.  The first person listed is
7  Ardak, A-R-D-A-K, last name Barlan,
8  B-A-R-L-A-N.  And in column I, it says
9  "regular," and then next to that, it says
10  150.23, so according to this document,
11  Mr. Barlan would've been paid for 150.23
12  hours in 2024; correct?
13      A    According to this document.  You
14  assuming that this document is correct.  I
15  don't know if that's correct document.
16  Probably.  I -- I don't -- I cannot answer
17  that question.  This -- to me, this is
18  just Excel sheet that could be done by
19  anybody, by you, by my employee, but they
20  might made a mistake.  They might scroll
21  things up and down.  I cannot verify this.
22  That's all I'm trying to tell you.  Does
23  that answer your question?
24      Q    And the record, you're one that
25  produced this document; right?

Page 145

1              R. PETROSYANTS
2      MR. KATAEV:  Objection to form.
3      THE WITNESS:  No, I didn't.
4  BY MR. NUSSBAUM:
5      Q    So who produced it?
6      A    My -- I don't know.  Who did?
7  What --
8      Q    Well, there are three defendants
9  in this lawsuit.  You're not letting me
10  finish.  There are three defendants in
11  this lawsuit: you, your wife, and the
12  corporation.  You're testifying today on
13  behalf of yourself and Bulldozer
14  Hospitality.  Isn't it true that you
15  and/or Bulldozer Hospitality produced this
16  spreadsheet?
17      A    I do not have --
18      MR. KATAEV:  Objection to form.
19      THE WITNESS:  I do not remember or
20      have an answer for that, but you said my
21      attorney produced that document; right?
22  BY MR. NUSSBAUM:
23      Q    Yes, your attorney produced it
24  on your behalf.  Your attorney has an
25  identity with you, sir.

37 (Pages 142 - 145)

R. PETROSYANTS

1
2    A    Okay.  So my that attorney
3  produce this document, she's fired, so I
4  don't know if she did a correct job or
5  not.  That's why I hired, you know,
6  Emanuel.  I like -- I like --
7    Q    So all of the spreadsheets that
8  you produced, you're saying you cannot
9  verify whether or not the information in
10  them is accurate or not?
11    A    100 percent, I cannot.  How can
12  I verify if this -- looking at this right
13  now on the screen that you shared with me,
14  how can I verify that?
15    Q    Okay.  So assuming the
16  underlying information is true -- and I
17  understand you don't want me to hold you
18  to that, but if the underlying information
19  is true and it was plugged in accurately
20  to the spreadsheet, column J, which says
21  150.23 for Mr. Barlan, and column 87, that
22  would be the total number of hours he was
23  paid during 2024; right?
24        MR. KATAEV:  Object --
25        THE WITNESS:  I do not have that

R. PETROSYANTS

1
2    information.  I cannot recall it, or I do
3    not know what you're talking about.
4    That's it.  That's my answer.  Move on,
5    please.  Whatever you got to --
6  BY MR. NUSSBAUM:
7    Q    And that's true for all these
8  spreadsheets; right?
9    A    Yeah.  I cannot verify those.
10  Well, I know the direct answer.  I do not
11  have that --
12    Q    Okay.  What about the
13  information in column L?  Can you tell me
14  what that means?
15    A    To me, that means hour amounts.
16  That's what it says.  I don't know exactly
17  what that means.
18    Q    You don't know exactly what it
19  means.  Okay.  And what about hourly rate,
20  column M?  Could you tell me what that
21  means?
22    A    No.
23    Q    You can't tell me what that
24  means?
25    A    No.

R. PETROSYANTS

1
2        MR. NUSSBAUM:  All right.  Okay.  So
3  I think we've exhausted the questions with
4  this witness.  We're going to call for a
5  witness that can testify about the
6  spreadsheets that were produced by
7  defendants.
8        And to the extent that defendants'
9  30(b)(6) witness is now calling into
10  question the veracity of the spreadsheets
11  that were produced in this lawsuit, which
12  were produced for the main purpose of
13  summarizing the total amount of hours the
14  tip credit employees were paid during the
15  limitations period, we're going to ask for
16  the production of all the underlying data
17  of the amount of hours that the tipped
18  employees were paid at Osteria La Baia.
19        I would like to take a five-minute
20  break.
21        MR. KATAEV:  We can meet and confer
22  on the subject, and please follow up in
23  writing.
24        THE REPORTER:  Okay, we are off the
25  record at 11:19.

R. PETROSYANTS

1
2    (Off the record.)
3        THE REPORTER:  Okay, we're back on
4    the record at 11:32 a.m.
5  BY MR. NUSSBAUM:
6    Q    Mr. Petrosyants, you're muted, I
7  think.
8        Mr. Petrosyants, just remind you
9  that you're still under oath.  Do you
10  understand that?
11        MR. KATAEV:  Think it's frozen.
12        MR. NUSSBAUM:  I won't make any jokes
13  because they'll end up in a footnote to
14  the Court.
15        MR. KATAEV:  That's correct.
16        MR. NUSSBAUM:  Yeah, it's good to
17  know who you're dealing with.
18        MR. KATAEV:  -- read paragraph 1 of
19  the --
20  BY MR. NUSSBAUM:
21    Q    All right, Mr. Petrosyants.
22  You're under oath.  Do you understand that
23  you're still under oath?
24    A    Yeah, yeah.
25    Q    Yeah?  I'd like to show you a

Page 150

R. PETROSYANTS

1          R. PETROSYANTS
2 document that I'm marking as Plaintiff's
3 Exhibit 6.
4          (Plaintiff Exhibit 6 was marked
5          for identification.)
6          I'm sharing my screen with you.
7 I'm showing you a 1-page document that is
8 marked as Plaintiff's Exhibit 6.  On the
9 bottom right, it's stamped DEFS-000232.
10 Do you see that?
11    A   Yeah.
12    Q   And you see that, on top, it
13 says "Certificate of Liability Insurance"?
14    A   Yes.
15    Q   And do you see, under the
16 insured name, it says "Bulldozer
17 Hospitality Group"?
18    A   Yep.
19    Q   And then the certificate holder
20 and the authorized representative's
21 identities are redacted on the bottom.  Do
22 you see that?
23    A   Yeah.  No --
24    Q   Do you know what it says --
25    A   No -- it's --

Page 151

R. PETROSYANTS

1          R. PETROSYANTS
2    Q   Do you see where it's blacked
3 out?
4    A   Okay.
5          MR. KATAEV:  -- the witness --
6          THE WITNESS:  Yeah, I see the
7    blackout.  Yeah.
8 BY MR. NUSSBAUM:
9    Q   I'm making it a little bit
10 bigger so you could see better.  Do you
11 see, on the bottom, it's blacked out?
12    A   Yes.
13    Q   Can you tell me what it said
14 under there?
15    A   No.
16    Q   Do you know who the authorized
17 representative is on this policy?
18    A   No.
19    Q   And do you know why it was
20 redacted?
21    A   No.
22          MR. NUSSBAUM:  For the record, we
23    never received a redaction log, and so we
24    ask the attorney for defendants provide us
25    with a redaction log.

Page 152

R. PETROSYANTS

1          R. PETROSYANTS
2          MR. KATAEV:  Please follow up --
3 BY MR. NUSSBAUM:
4    Q   And, Mr. Petrosyants, do you
5 have any idea why this was redacted?
6    A   No.
7    Q   Do you know what this document
8 is?
9    A   Yeah, insurance liability.
10    Q   Okay.  Are the claims in this
11 lawsuit covered by any insurance
12 agreement?
13    A   I think so.  I -- I don't -- I
14 don't have that information.
15    Q   Okay.  Are your current or your
16 former attorneys being paid pursuant to an
17 insurance agreement?
18    A   Not that I know of.
19    Q   All right.  Now, Osteria La Baia
20 has private events; right?
21    A   Yeah.
22    Q   And has it always had private
23 events at the restaurant?
24    A   Not always.  Past few years.
25    Q   When it first opened, there were

Page 153

R. PETROSYANTS

1          R. PETROSYANTS
2 no private events?
3    A   We didn't -- I don't think they
4 had ones.
5    Q   Okay.  And does the restaurant
6 sign a contract with customers for private
7 events?
8    A   Yes.
9    Q   Okay.  And as part of those
10 contracts, it charges customers a 3-
11 percent service charge; right?
12    A   That was not service charge.
13 I'm -- I'm sorry; can you repeat the
14 question?
15    Q   Sure.  As part of the contracts
16 for those private events, it charges
17 customers a 3-percent service charge;
18 right?
19    A   Yeah.
20    Q   And does the company have a name
21 for those events?  Is it "private event,"
22 or is there some other name, "special
23 event" or something like that, that it
24 uses?
25          MR. KATAEV:  Objection to form.

Page 154

R. PETROSYANTS

1
2      THE WITNESS:  Not that I know of.  I
3   mean, not that I remember.
4   BY MR. NUSSBAUM:
5      Q   Well, what do you guys call it
6   at the restaurant?
7      A   You know, La Baia.  Osteria La
8   Baia.
9      Q   No.  What do you call those type
10  of events?
11     A   Private events.
12     Q   Private events.  Okay.  So the
13  3-percent service charge, the restaurant
14  kept that; right?
15     A   The 3 -- it's very important
16  that you understand that there was -- if
17  I'm not mistaken, every contract had 21
18  percent in total for the charges.
19  Eighteen percent was the gratuity tips
20  that went to the server.  Three percent
21  went to the management, administrational
22  fee.
23     Q   And that went to the restaurant;
24  right?
25     A   No, that went to the management

Page 155

R. PETROSYANTS

1
2   fee.
3      Q   Well, who kept the 3 percent?
4      A   Managers.
5      Q   Which managers?
6      A   I don't recall the names, but
7   it -- not that I don't recall the names.
8   I don't have that information in front of
9   me, who actually gets that 3 percent, but
10  I'm more than sure it's managers.  We --
11  we didn't keep any 3 percent.
12     Q   The only managers you've
13  testified about today were Janos; right?
14     A   There's event manager who runs
15  the events.  Her name is Natalie.  And
16  she -- she -- I don't -- I -- again,
17  I -- I don't know that information for
18  sure, but 3 percent went to her, if I'm
19  not mistaken.
20     Q   But you don't know for sure?
21     A   I don't know for sure.  I got to
22  look into it.
23     Q   Okay.  What records would
24  establish whether or not that 3 percent
25  went to her?

Page 156

R. PETROSYANTS

1
2      A   Can you repeat the question?
3      Q   Sure.  What records would help
4   you to establish whether or not that 3
5   percent went to her?
6      A   Paychecks, probably.
7      Q   Okay.  I'll represent to you
8   that, in this lawsuit, we asked your
9   lawyers to produce records of where the 3-
10  percent service charge went after the
11  customer paid it, and they didn't provide
12  us with any record of where that might
13  have went.
14     A   Maybe there's none.  I
15  don't -- again, I think whatever you asked
16  was provided to you, to best of our
17  knowledge.  And if there's something that
18  was not provided to you, maybe we don't
19  have those records, but again, I have to
20  look into it.
21     Q   All right.  So if it wasn't
22  provided to us, though, that's because
23  there is no record of where the 3-percent
24  service charge went; right?
25     A   Not what I said.  I said maybe

Page 157

R. PETROSYANTS

1
2   it's not -- there's no records.  Maybe.  I
3   didn't say that there's none.  That's not
4   that was said.  I said, whatever it
5   was -- whatever you asked probably was
6   provided to you by attorney.  If it wasn't
7   provided to you, maybe they couldn't find
8   it at that point.
9      Q   Do you know why they would not
10  have given us records of where the 3
11  percent went?
12     A   I have no idea, Joe.
13     Q   Okay.  And Osteria La Baia has a
14  record of the total amount of 3-percent
15  service charges that came in each year;
16  right?
17     A   I believe so.  I have to verify.
18     Q   All right.  In Toast it would be
19  pretty easy to get that number; right?
20     A   It's -- I have to look into it.
21  I don't -- I don't know if it was done for
22  Toast or it was done little differently,
23  but I have to look into it.  I have to see
24  the numbers.
25     Q   Bear with me for a moment,

40 (Pages 154 - 157)

Page 158

R. PETROSYANTS

1        R. PETROSYANTS
2 please.
3        Were there any other event
4 managers at Osteria La Baia besides
5 Natalie?
6    A   Before Natalie there was some
7 people, probably, but I don't -- I don't
8 know who it was. I don't have that
9 information.
10   Q   And when did Natalie start
11 working at Osteria La Baia?
12   A   '23. I don't --
13   Q   And does she still work there?
14   A   I think she is. Yeah, she is.
15   Q   Okay. And who hired her?
16   A   She was self-employee. She runs
17 and manage events, but I don't think she's
18 a -- she's as employer -- as employee at
19 Osteria La Baia. I think she's self-
20 employed, if I'm not mistaken.
21   Q   Like, she's an independent
22 contractor?
23   A   Something like that. I got to
24 look into it. I don't --
25   Q   Well, do you know --

Page 159

1        R. PETROSYANTS
2    A   I -- I don't -- I don't know.
3 Josef, I don't know, man. It's a lot of
4 people. You ask me questions; I don't
5 know, man. I'm telling you, honestly,
6 I -- I got to look into it and -- and see
7 if that's something I can help you with.
8 I have nothing to hide. I did everything
9 by the book. You just trying to dig into
10 it to make more money. I just -- you
11 know, I don't know what you're trying to
12 get out of this. There's nothing in -- in
13 my restaurant that I did wrong. You know,
14 you should have -- whatever. Go ahead.
15   Q   So do you know Natalie's last
16 name?
17   A   I don't remember. Something
18 with Russian. "Ov," "Hov," whatever.
19 "Ov." Russian. She's Russian -- I can't
20 pronounce her last --
21   Q   Okay. And how does she get paid
22 at Osteria La Baia?
23   A   Well, I think she gets paid by
24 invoice. She invoice us and -- get paid.
25 If -- again, I got to look into it. I

Page 160

R. PETROSYANTS

1        R. PETROSYANTS
2 don't have direct or concrete answer to it
3 because I have to look into it. I'll look
4 into it, and I'll let you know.
5    Q   Okay. As the event manager,
6 what were her job duties?
7    A   Making sure that -- you know,
8 she manage the events, make sure it's all
9 set up on time; food is proper; setting is
10 proper. You know, decor, staffing. Make
11 sure she don't -- you know, that -- that
12 whoever's serving -- whoever was assigned
13 to serve that event, they know what
14 they're doing, so, you know.
15   Q   Does she supervise the events?
16   A   Some points, yeah.
17   Q   Okay. And she decides, like,
18 how many employees the restaurant needs
19 for the events?
20   A   No.
21   Q   So who decides that?
22   A   Management. The --
23   Q   Who's management?
24   A   Janos. She's a independent
25 contractor. We decide how many people we

Page 161

1        R. PETROSYANTS
2 should put on certain events. How
3 many -- you know, how many bussers,
4 runners, and -- and the servers.
5        Josef -- finalize this already,
6 man? You know, it's two hours already.
7 What else you want to know? What we
8 serving tonight? We're serving special
9 steak on the menu. Kosher. Kosher.
10 Kosher steak, bro. Stop by.
11   Q   Okay. I mean, you're only
12 making it take longer right now, but I'm
13 happy to continue asking you questions.
14   A   -- okay, go ahead.
15   Q   Why did she get 3 percent of the
16 private events?
17   A   You think it should be more?
18   Q   I didn't understand your answer.
19   A   You think it should be more?
20   Q   Sir, please answer my question.
21 Why did she get 3 percent of the private
22 events?
23   A   I don't know why she get.
24 That -- that was set up by someone, and we
25 just, you know -- you know, inherited that

41 (Pages 158 - 161)

Page 162

R. PETROSYANTS

1           R. PETROSYANTS
2  system, and we just ran with it.
3       Q    Okay.  I mean, you and your wife
4  run the restaurant, so who was it set up
5  by?
6       A    It was set up by prior
7  management.  We took over in 2023.  It was
8  HR company who sets the role -- you know,
9  it was managers that hire event planners
10  and all of that, so it wasn't set by us.
11      Q    Sir, your wife has always owned
12  the restaurant; right?  She didn't just
13  start owning the restaurant in 2023;
14  correct?
15      A    Yeah, but there was different
16  managements.  Yeah.
17          MR. KATAEV:  Objection to form.
18  BY MR. NUSSBAUM:
19      Q    Okay.  Now, did Osteria La Baia
20  tell its customers that the 3-percent
21  service charge was not going to the
22  employees that staff the event?
23      A    Every employee, every customer,
24  every tip employee was verbally notified
25  that 18-percent gratuity goes to them, 3

Page 163

1           R. PETROSYANTS
2  percent goes to administration-slash-
3  management.
4       Q    All right.  So my question
5  wasn't about what the employees knew or
6  were told.  My question was, were the
7  customers informed that --
8       A    I answered the question.
9  Employee and the customers knew
10  everything.  And if you look at --
11      Q    Okay.  What evidence do you
12  have?
13      A    Receipts.  Contracts.  It says
14  gratuity, 18 percent.  If I -- look,
15  again, you -- I might, you know, miss a
16  word here and there because I don't have
17  that information in front of me, but to
18  best of my knowledge, it says service fee
19  or gratuity, 18 percent; 3-percent
20  management or administration fee.
21      Q    Okay.  Aside --
22      A    That's what -- if I'm not
23  mistaken.
24      Q    Aside from that, is there
25  anywhere else in the contract that had

Page 164

1           R. PETROSYANTS
2  told the customers where the 3-percent fee
3  was going?
4       A    I think it's obvious.  If 3
5  percent says separately, not -- you know,
6  we would -- if you would wanted to -- if
7  you would wanted to all our tip employees
8  get whole amount that charged -- that we
9  charge customer, which is 21 percent, we
10  would just say, you know, 21-percent
11  gratuity.
12          We separate that for anybody to
13  understand that 18 percent goes to
14  gratuity, 3 percent goes to the
15  management.  It says on the contract; it
16  says on the receipt.  Every receipt that
17  we close, it says that.  You didn't -- you
18  didn't get that information?
19      Q    And the contracts that you gave
20  customers for private events, was it
21  always the same contract?
22      A    No, I think it's been changed
23  many times.
24      Q    There's been many iterations of
25  the contract, many versions of the

Page 165

1           R. PETROSYANTS
2  contract?
3       A    I think it was some adjustments
4  to a contract, yeah, during the -- those
5  years.  I don't know what they are, but I
6  think there were.
7       Q    Okay, I'd like to show you a
8  document that I'm going to mark as Exhibit
9  7.
10          (Plaintiff Exhibit 7 was marked
11          for identification.)
12      A    Uh-huh.
13      Q    I'm sharing my screen again, and
14  I'm showing you a document that I'm
15  marking as Exhibit 7.  It's a ten-page
16  document.  On the bottom of the first
17  page, it says -- actually, there is no
18  Bates number on the bottom.  On the top of
19  the first page, it says "Osteria La Baia,"
20  and then there's a private event order.
21  The date of the event is December 3, 2024.
22  Do you see that?
23      A    Yes.
24      Q    Okay.  And then I'm going to the
25  second page of this record.  I'll

42 (Pages 162 - 165)

Page 166

1            R. PETROSYANTS
2 represent to you this is a record that was
3 produced to us by your attorneys.  The
4 name of the file that they gave to us,
5 since it's not Bates stamped, is
6 "12.03.2024 event_redacted."  That's the
7 file name.
8     A   Okay.  Okay.
9     Q   I'm showing it to you now again.
10       THE REPORTER:  It's --
11       THE WITNESS:  -- see anything.
12       THE REPORTER:  It's not on the
13    screen.
14       MR. NUSSBAUM:  It's coming back.
15    It's coming back.
16       THE REPORTER:  Okay.
17       MR. NUSSBAUM:  All right.
18       THE WITNESS:  Yeah, could see right
19    here -- 18 percent goes to gratuity.  What
20    else you don't understand?  Three percent
21    goes to service charge.
22 BY MR. NUSSBAUM:
23     Q   I understand that; I can read
24 that.  Anyways, other than what it says
25 here about the 3-percent service charge,

Page 167

1            R. PETROSYANTS
2 was there anywhere else in the contract
3 that it referenced the service charge?
4     A   I don't -- again, I don't know
5 if -- to my best knowledge, I think there
6 were menus or verbal understanding with
7 the customer.  Again, I don't know.  I
8 think that, verbally, everyone was
9 discussing that with the -- with the
10 customer, saying that 3 percent goes to a
11 service charge, 18 percent goes to
12 gratuity.  Verbally, it was done, 100
13 percent, all the time with every customer.
14       I got to look -- again, we -- we
15 have bunch of documents in storage that we
16 still, you know, searching and trying to
17 figure out how was this set up before us.
18 And again, we took something that we
19 already inherit.  There was a, you know,
20 HR company, there was this and that, that,
21 you know, set all these things up.
22     Q   But you didn't inherit it
23 because you own the restaurant; right?
24     A   Management.
25       MR. KATAEV:  Objection to form.

Page 168

1            R. PETROSYANTS
2       THE WITNESS:  What do you mean?
3    Yeah.  Yeah, yeah, yeah.  Let's say if
4    someone manage your law firm, and you came
5    in and you want to change things,
6    you -- you get -- you know, you -- you
7    take something from the different
8    management; no?
9 BY MR. NUSSBAUM:
10     Q   Well, if I won it, I mean, I
11 think you could do whatever you want, but
12 my question to you was, just focusing on
13 the contract that you had with the
14 customers, other than the line where it
15 says 3-percent service charge, do the
16 contracts -- just the contracts --
17 anywhere else reference the service charge
18 and where it was going?
19       MR. KATAEV:  Objection to form.
20       THE WITNESS:  I don't know.  I -- I
21    can't -- I don't have that answer right
22    now.  I just don't know what that would
23    say.  I got to look in -- look into it.
24 BY MR. NUSSBAUM:
25     Q   Okay.  And other than your

Page 169

1            R. PETROSYANTS
2 statements that customers were verbally
3 informed, do you have any other evidence
4 of any other written communications with
5 customers about where the service charge
6 went?
7     A   I think -- I think there are.  I
8 got to look into it, again.  I think
9 there's a bunch of shit that we're going
10 to find in -- in storage.  I think there's
11 plenty of people that understood and
12 customers that understood that 3 percent
13 was going to gratuity [sic], and, you
14 know, I -- I still -- listen, it's --
15 trying to -- I'm trying to find some proof
16 that where it says that.  I'm still
17 looking.
18     Q   And you said you have that
19 information even for the sample private
20 events that the parties in this case
21 agreed to use; right?
22     A   I didn't understand the
23 question.
24     Q   Well, I'll represent to you
25 that, in discovery in this case, instead

43 (Pages 166 - 169)

R. PETROSYANTS

1           R. PETROSYANTS
2  of asking defendants to produce all their
3  records about private events, the lawyers
4  for all the parties agreed that defendants
5  would only need to produce a sample of
6  those documents for specific timeframes.
7           And in those records, there is
8  nothing in writing about the service
9  charge, other than that one line that I
10 showed you in the contract, so my question
11 to you is, are you saying there's other
12 information even for those sample events
13 we agreed upon?
14     A   I really hope there is.  I
15 really hope.  We're still searching.  I
16 really hope, you know, so we can stay
17 friends.
18     Q   But you know discovery in this
19 case closes in three days, so do you know
20 when you're going to be finishing your
21 search?
22     A   No, sir, the -- I'm still
23 searching.  If I don't find anything,
24 just, you know, there's no discovery then.
25 Again, I think, verbally, and everyone in

1           R. PETROSYANTS
2  the restaurant understood, you know, how
3  those charges being split.  To any normal
4  human being, it will be just, you know,
5  common sense, but again, we follow the
6  rule.
7     Q   All right.  And you mentioned
8  searching for records in discovery.
9  That's the same thing with the notices of
10 how employees were going to be paid?
11 You're still searching for those; right?
12     A   100 percent, yeah.  Still
13 search.  I'm in Uzbekistan; the
14 company -- search, yeah.
15     Q   But you haven't found them yet;
16 right?
17     A   Not yet.
18     MR. NUSSBAUM:  Okay.  For the record,
19     we asked for a witness who's able to
20     testify about, quote, "Osteria La Baia's
21     policies, practices, and procedures with
22     respect to event tips," dot dot dot,
23     "whether mandatory or voluntary throughout
24     the liability period, including without
25     limitation policies, practices, and

1           R. PETROSYANTS
2     procedures regarding how Osteria La Baia
3     distributed and/or allocated such
4     charges."  We also asked for a witness who
5     can testify about defendants'
6     communications with event customers,
7     including any written communications.
8           And this witness is saying that
9     they're still looking for records, and
10    he's not sure about other places -- it
11    might be on a menu -- he's not sure what
12    other places where customers were informed
13    of this 3-percent service charge, whereas
14    the record we have, in terms of the
15    documents that defendants produced, are
16    just these contracts, is the only place
17    we've seen where the service charge is
18    referenced and nowhere else, but the
19    defendant seems to think that there might
20    be other stuff, so we're going to ask to
21    leave this topic open to get a witness
22    who's actually able to testify, who has
23    knowledge about these topics that we
24    noticed.
25     MR. KATAEV:  Please follow up in

1           R. PETROSYANTS
2     writing.
3  BY MR. NUSSBAUM:
4     Q   Has anyone else ever filed a
5  wage-and-hour lawsuit against Osteria La
6  Baia?
7     A   Not that I remember.
8     Q   Has anyone ever filed a wage-
9  and-hour lawsuit against you?
10    A   Not necessarily.
11    Q   What was the answer?
12    A   Not that I remember.
13    Q   Okay.  I'm going to show you a
14 document that I'm going to mark as
15 Plaintiff's Exhibit 8.
16    (Plaintiff Exhibit 8 was marked
17    for identification.)
18    I'm showing you a document that
19 I've marked as Plaintiff's Exhibit 8.
20 I'll represent you that this is a copy of
21 the amended complaint that plaintiff
22 Katherine Fernandez filed in this case.
23 It's an 11-page document.  On the
24 beginning of the first page, there's
25 filing information on the top, in blue.

44 (Pages 170 - 173)

1           R. PETROSYANTS
2 Says "Case 1:" et cetera, et cetera.  Do
3 you see that?
4      A   Yeah.
5      Q   Okay.  Have you reviewed the
6 amended complaint in this case?
7      A   I just scrolled it -- scrolled
8 through it, but I never reviewed into
9 details.
10     Q   Okay.  I'm scrolling to
11 paragraph 25 of the complaint.  It says,
12 quote, "Plaintiff was paid for hours
13 worked at the New York foodservice
14 workers' minimum wage, which is lower than
15 the full New York minimum wage."  That's
16 true; correct?
17         MR. KATAEV:  Objection to form.
18         THE WITNESS:  No, I can't answer the
19     question.  I can't answer the --
20 BY MR. NUSSBAUM:
21     Q   But why can't you answer the
22 question?
23     A   I -- I don't have that
24 information in front of me.  I got to look
25 into it, but I don't -- I think every

1           R. PETROSYANTS
2 employee that we have at the -- you know,
3 at the Osteria La Baia was paid by the
4 books, so meaning that they were paid
5 properly.  None of our employees that were
6 short on payment or -- or -- you know, to
7 my best knowledge.
8      Q   Right.  That's not my question.
9 My question is, isn't it true that
10 Ms. Fernandez was paid below the full
11 minimum wage?
12         MR. KATAEV:  Objection to form.
13         THE WITNESS:  If I'm not mistaken,
14     Ms. Fernandez was paid full -- employee
15     rate -- rate, which means I think she was
16     getting minimum wage, plus tips, if I'm
17     not mistaken.  Again, I got to look into
18     that information.
19 BY MR. NUSSBAUM:
20     Q   So sitting here today, you don't
21 know how much she was paid; right?
22     A   No, I -- look, it's a lot of
23 people working.  I don't -- I don't know
24 exactly information.
25     Q   Okay.  Now, continuing to

1           R. PETROSYANTS
2 paragraph 26, it says, quote, "However,
3 defendants were not entitled to pay
4 plaintiff pursuant to the foodservice
5 workers' minimum wage because they did not
6 give plaintiff notice of the tip credit."
7 Isn't it true that defendants did not give
8 Ms. Fernandez notice of the tip credit?
9         MR. KATAEV:  Objection to form.
10         You can answer.
11         THE WITNESS:  Huh?  Can you repeat
12     the question?
13 BY MR. NUSSBAUM:
14     Q   Sure.  Isn't it true that
15 defendants did not give Ms. Fernandez
16 notice of the tip credit?
17     A   I don't know.
18     Q   You don't know if they did.  And
19 isn't it true that defendants did not give
20 any of the other foodservice employees
21 notice of the tip credit?
22     A   I have no idea.
23     Q   Okay.  Now, paragraph 29,
24 defendants said -- paragraph
25 29 -- withdrawn.  Paragraph 29 says,

1           R. PETROSYANTS
2 quote, "Defendants charged special-event
3 patrons a 3-percent service charge in
4 addition to food and beverage charges."
5 Do you see that?
6      A   Yes.
7      Q   And that's true; right?
8         MR. KATAEV:  Objection to form.
9         THE WITNESS:  I can't -- I -- I don't
10     know.
11 BY MR. NUSSBAUM:
12     Q   Which part don't you know?
13     A   "Defendant charged special-event
14 portion [sic] 3-percent service charge in
15 addition to food and beverage charges."  I
16 just don't know if I can verify that
17 information.
18     Q   Isn't it true that defendants
19 charged all the special events customers a
20 3-percent service charge?
21         MR. KATAEV:  Objection.
22         THE WITNESS:  I don't know.  I don't
23     know if all or some, or maybe there was
24     different, you know, deal.  I just don't
25     know.  It's -- you -- you talking about

45 (Pages 174 - 177)

Page 178

R. PETROSYANTS

1
2    some -- there's -- there's no standard,
3    like, you know, formula that we charge
4    everything by the rule.  Or some
5    customers, we just don't charge, and we
6    just charge -- and we just give it to, you
7    know, tip employees.  There's -- there's
8    no such a thing as a concrete answer to
9    this.  I cannot answer correctly.  I don't
10   have that information.
11   BY MR. NUSSBAUM:
12       Q    But as a general rule at Osteria
13   La Baia, the special events customers were
14   charged a 3-percent service charge; right?
15       A    Three percent?  Is it?  Yeah,
16   administrational fee, service charge or
17   whatever you call it.  Yeah.  That didn't
18   go to -- that didn't go to -- to tip
19   employee.
20       Q    That it did not go to the tipped
21   employee; right?
22       A    Yeah.
23       Q    So paragraph 33 is accurate.  It
24   says, quote, "Defendants did not
25   distribute any of the 3-percent charge to

Page 179

R. PETROSYANTS

1
2    the foodservice staff."  That's true;
3    right?
4        A    Yeah, that's true.  I -- to my
5    best knowledge.
6        Q    All right.  And then paragraph
7    31 says, "Defendants did not represent in
8    all printed materials that the 3-percent
9    charge was not a gratuity."  That's true
10   too; right?
11       MR. KATAEV:  Objection to form.
12       THE WITNESS:  The 3 percent was never
13   gratuity, yeah.
14   BY MR. NUSSBAUM:
15       Q    Right.  But they didn't say
16   anywhere that it was not a gratuity;
17   right?
18       MR. KATAEV:  Objection to form.
19       THE WITNESS:  No, I just -- I
20   answered that question already to you.  I
21   think there is somewhere it says.  I just
22   don't have -- I don't know if it does or
23   does not.  I still searching.
24   BY MR. NUSSBAUM:
25       Q    But, sir, listen carefully.  My

Page 180

R. PETROSYANTS

1
2    question is, is this paragraph 31
3    accurate?  The paragraph says that they
4    "did not represented in all the printed
5    materials," and we just saw the contract
6    does not say that it's not a gratuity;
7    correct?
8        MR. KATAEV:  Objection to form.
9        THE WITNESS:  I don't know how's that
10   correct when it's obviously says gratuity
11   is 18 percent, service charge is 3
12   percent.  What is there needs to say?
13   BY MR. NUSSBAUM:
14       Q    I understand that that's what it
15   says, but besides for that, it does not
16   say anywhere that the 3-percent service
17   charge is not a gratuity and is not going
18   to the service staff; right?
19       A    Again, maybe some contract that
20   says that -- says that.  Josef, maybe.  I
21   don't know.  Maybe there's some contract
22   that we did, says that.  Maybe they didn't
23   say that.  I don't have that answer for
24   you now.
25       MR. NUSSBAUM:  Okay.  Give me a few

Page 181

R. PETROSYANTS

1
2    minutes just to review my notes.
3        Let's go off the record.
4        MR. KATAEV:  Sure.
5        THE WITNESS:  Taking a break?
6        MR. NUSSBAUM:  My handwriting is --
7        THE REPORTER:  -- we are off the
8    record at 12:02 p.m.
9        (Off the record.)
10       THE REPORTER:  Okay, we are back on
11   the record at 12:16 p.m.
12   BY MR. NUSSBAUM:
13       Q    Mr. Petrosyans, how many front-
14   of-house employees currently work at
15   Osteria La Baia?
16       A    Around 50, plus minus.
17       Q    And since the time you started
18   working there in 2023, how many have
19   worked there?
20       A    Around 35, 30.  I would say
21   35 --
22       Q    Thirty --
23       A    I don't -- I don't know.  Around
24   35, 50, something like that.
25       Q    You said right now there are 50;

46 (Pages 178 - 181)

1                R. PETROSYANTS
2 right?
3        A    Yeah, around 50, maybe 55.  And
4 when I started working, about 35, 40 --
5        Q    No, I'm asking you how many
6 total different individuals have worked,
7 as front-of-house employees, at Osteria La
8 Baia since you started working?
9        A    We still have a lot of people
10 that, from day one, still work for us,
11       Q    Okay, but it's more than 100;
12 right?
13       A    I can't recall that number.
14 Probably.
15       Q    All right.  Definitely more than
16 50?
17       A    Yeah.
18       Q    All right.  And all the people
19 listed in the records you produced, under
20 "front of house," are people who worked as
21 tipped employees; right?
22       A    Yeah, if we label them as --
23       Q    I'm sorry?  If you label them
24 as?
25       A    If we label them as front of

1                R. PETROSYANTS
2 house, yeah, they tip employee.
3        MR. NUSSBAUM:  Okay.  I have no
4    further questions for this witness, but I
5    just want to note for the record that we
6    are keeping the 30(b)(6) portion of this
7    deposition open as the record is clear
8    that this witness was completely
9    unprepared to answer many of the topics in
10   the --
11       THE WITNESS:  What do you mean?  I
12   answered all the questions --
13       MR. KATAEV:  -- no question.
14       MR. NUSSBAUM:  -- was completely
15   unprepared to answer questions that are
16   listed, under designated topics, in the
17   notice of 30(b)(6) deposition.  We will
18   meet and confer with counsel to work on
19   another witness and now agree, you know,
20   we reserve our rights.
21       MR. KATAEV:  Okay.  Thank you --
22       THE WITNESS:  Okay, I think I
23   answered all your questions, and there's
24   nothing to it.  Take care, boys, guys,
25   girls.  Bye.

1                R. PETROSYANTS
2        THE REPORTER:  Okay, we are off the
3    record at 12:18 p.m.
4        (Off the record.)
5        THE REPORTER:  We are back on the
6    record at 12:18 p.m.
7        MR. KATAEV:  Pursuant to Rule
8    30(e)(1), defendants respectfully request
9    that a copy of the transcript be provided
10   to them.  Thank you.
11       MR. NUSSBAUM:  Oh, and on that topic,
12   to Madam Court Reporter, if we want an
13   expedited copy, do you want us to put that
14   on the record, or can we talk about that
15   off the record?
16       THE REPORTER:  I'll note it on the
17   record right now.  That's what you would
18   like?  Expedited?
19       MR. NUSSBAUM:  Yeah.  Yeah, and --
20       THE REPORTER:  Okay.  Okay.  And let
21   me get us off, and then I'll get all the
22   specifics from you.
23       MR. NUSSBAUM:  Thank you.
24       THE REPORTER:  Off the record at
25   12:19.

1                R. PETROSYANTS
2    (Signature reserved.)
3    (Whereupon, at 10:19 a.m.
4    UZT/12:19 p.m. EST, the
5    proceeding was concluded.)
6
7    _____
           ROBERT PETROSYANTS
8
9    Subscribed and sworn to before me
10
11   this _____ day of _____, 2025.
12
13
14   _____
           Notary Public
15
16
17
18
19
20
21
22
23
24
25

Page 186

```
1        CERTIFICATE OF DEPOSITION OFFICER
2        I, LAKEN URTEL, the officer before whom the
3   foregoing proceedings were taken, do hereby certify that
4   any witness(es) in the foregoing proceedings, prior to
5   testifying, were duly sworn; that the proceedings were
6   recorded by me and thereafter reduced to typewriting by a
7   qualified transcriptionist; that said digital audio
8   recording of said proceedings are a true and accurate
9   record to the best of my knowledge, skills, and ability;
10  that I am neither counsel for, related to, nor employed by
11  any of the parties to the action in which this was taken;
12  and, further, that I am not a relative or employee of any
13  counsel or attorney employed by the parties hereto, nor
14  financially or otherwise interested in the outcome of this
15  action.
16
17
18
19  _____
        LAKEN URTEL
20      Notary Public in and for the
        State of New York
21  [X] Review of the transcript was requested.
22
23
24
25
```

Page 187

```
1            CERTIFICATE OF TRANSCRIBER
2        I, LISA PARK, do hereby certify that this
3   transcript was prepared from the digital audio recording of
4   the foregoing proceeding, that said transcript is a true
5   and accurate record of the proceedings to the best of my
6   knowledge, skills, and ability; that I am neither counsel
7   for, related to, nor employed by any of the parties to the
8   action in which this was taken; and, further, that I am not
9   a relative or employee of any counsel or attorney employed
10  by the parties hereto, nor financially or otherwise
11  interested in the outcome of this action.
12
13
14  _____
        LISA PARK
15
16
17
18
19
20
21
22
23
24
25
```

Page 188

```
1                     ERRATA SHEET
                VERITEXT/NEW YORK REPORTING, LLC
2
    CASE NAME: Katherine Fernandez v. Bulldozer Hospitality Group,
    Inc., D/B/A Osteria La Baia, Robert Petrosyants And Marianna
3   Shahmuradyan
    DATE OF DEPOSITION: 11/18/2025
    WITNESS' NAME: Robert Petrosyants
4
5   PAGE  LINE (S)      CHANGE           REASON
6   ___|____|_____|_____
7   ___|____|_____|_____
8   ___|____|_____|_____
9   ___|____|_____|_____
10  ___|____|_____|_____
11  ___|____|_____|_____
12  ___|____|_____|_____
13  ___|____|_____|_____
14  ___|____|_____|_____
15  ___|____|_____|_____
16  ___|____|_____|_____
17  ___|____|_____|_____
18  ___|____|_____|_____
19  ___|____|_____|_____
20
21              Robert Petrosyants
22  SUBSCRIBED AND SWORN TO BEFORE ME
    THIS ____ DAY OF _____, 20__.
23
24  _____
25  (NOTARY PUBLIC)          MY COMMISSION EXPIRES:
```

48 (Pages 186 - 188)

[& - 35]                                                                    Page 1

| & |
| --- |

**&**   2:4 6:9

| 0 |
| --- |

**000004**   110:21
**000232**   150:9
**000233**   116:9
**000285**   116:10
**04490**   1:9

| 1 |
| --- |

**1**   3:8 4:4,10
18:11,12,17
52:15,19,23
53:12 73:20
124:15 149:18
150:7 174:2
184:8
**10**   138:3,14
**100**   36:9 58:6
92:3 146:11
167:12 171:12
182:11
**10006**   2:6
**10:02**   66:18
**10:08**   66:21
**10:19**   185:3
**11**   81:18
173:23
**11/18/2025**
188:3
**110**   3:9
**11423**   2:16

**116**   3:11
**11:19**   148:25
**11:30**   81:14,15
**11:32**   149:4
**12**   73:21 76:8
81:14,15
**12.03.2024**
166:6
**12/3/2024**   3:17
**122**   3:12
**12:02**   181:8
**12:16**   181:11
**12:18**   184:3,6
**12:19**   184:25
185:4
**132**   3:13
**139**   4:11
**148**   4:6
**15**   3:22
**150**   3:15
**150.23**   144:10
144:11 146:21
**151**   4:12
**16**   86:19 89:13
**165**   3:17
**173**   3:18
**18**   1:18 3:8
5:11 54:19,21
162:25 163:14
163:19 164:13
166:19 167:11
180:11
**18211**   2:15

| 2 |
| --- |

**2**   3:9,22 4:5,12
110:13,14,19
**20**   54:19,21
188:22
**200**   79:2
**2021**   3:12
123:8 125:17
126:10 128:25
129:13,23
131:7,11,25
132:6,11
**2022**   131:12,25
132:7
**2023**   20:4 23:3
23:8,11 35:24
36:2 52:24
162:7,13
181:18
**2024**   3:13
133:8 134:4
141:5 142:17
144:12 146:23
165:21
**2025**   1:18 5:11
185:11
**21**   154:17
164:9,10
**212**   2:8
**22**   92:21
**23**   158:12
**25**   1:9 174:11

**26**   176:2
**29**   176:23,25,25
**29029**   187:14

| 3 |
| --- |

**3**   3:10 92:23
115:25 116:2,6
153:10,17
154:13,15
155:3,9,11,18
155:24 156:4,9
156:23 157:10
157:14 161:15
161:21 162:20
162:25 163:19
164:2,4,14
165:21 166:25
167:10 168:15
169:12 172:13
177:3,14,20
178:14,25
179:8,12
180:11,16
**30**   1:15 6:16
130:15 141:11
148:9 181:20
183:6,17 184:8
**31**   179:7 180:2
**320**   2:5
**33**   178:23
**33901**   186:19
**35**   181:20,21,24
182:4

| 4 |
|---|
| **4**  3:12 53:22 |
| 54:3 122:19,20 |
| 123:4,8 |
| **40**  79:2 182:4 |
| **412-2421**  2:18 |
| **45**  2:5 |

| 5 |
|---|
| **5**  3:13 132:21 |
| 132:22 133:4,8 |
| 139:17 142:4 |
| **50**  48:23 |
| 181:16,24,25 |
| 182:3,16 |
| **53**  116:6 |
| **55**  182:3 |

| 6 |
|---|
| **6**  1:15 3:14 |
| 6:16 130:15 |
| 141:11 148:9 |
| 150:3,4,8 |
| 183:6,17 |
| **670**  142:24 |
| **688-5640**  2:8 |

| 7 |
|---|
| **7**  3:3,16 165:9 |
| 165:10,15 |
| **718**  2:18 |
| **7753532**  1:23 |
| **7:14**  1:19 |

| 8 |
|---|
| **8**  3:18 82:13 |
| 173:15,16,19 |
| **87**  144:6 |
| 146:21 |

| 9 |
|---|
| **92**  4:4 |
| **97.29**  129:13,14 |
| **97.29.**  129:17 |
| **9:14**  1:19 5:6 |

| a |
|---|
| **a.m.**  1:19 5:6 |
| 66:21 81:15 |
| 149:4 |
| **ability**  12:9 |
| 186:9 187:6 |
| **able**  10:13 |
| 12:13 23:14 |
| 74:8 77:11 |
| 78:18 82:24 |
| 86:25 88:3 |
| 89:14 97:2,4,6 |
| 104:10 109:18 |
| 110:5 118:4 |
| 123:10,18 |
| 126:3,16 130:3 |
| 130:5,10,21 |
| 131:3 133:13 |
| 133:16 139:15 |
| 139:24 171:19 |
| 172:22 |

**above**  70:19
**absent**  5:16
**access**  51:11,24
52:3,3 60:9,16
**accommodate**
12:3
**accordance**
45:13,18
130:14
**accountant**
59:6,9,11,22
**accounting**
59:14 60:2
**accurate**
146:10 178:23
180:3 186:8
187:5
**accurately**
146:19
**acknowledge...**
5:13
**action**  3:9
31:15,16 32:21
118:2 141:15
186:11,15
187:8,11
**actual**  72:5
136:18
**actually**  46:8
49:25 155:9
165:17 172:22
**added**  123:8
133:8

**addition**
117:18 177:4
177:15
**additionally**
5:16
**address**  8:9
88:22
**addressing**
97:13
**adjustments**
165:3
**administer**
5:13
**administration**
163:2,20
**administratio...**
154:21 178:16
**adrian**  61:4,11
61:14,16
**advice**  46:24
47:12,17,25
48:9
**affect**  32:5
**affected**  114:9
114:14 122:11
**afternoon**  7:14
**ago**  9:16 16:10
58:15 59:22
**agree**  5:14,19
183:19
**agreed**  169:21
170:4,13
**agreement**
152:12,17

**ahead**  27:4
  32:15 159:14
  161:14
**al**  5:10
**alcohol**  78:2
**alivia**  2:21 6:13
**allocated**  172:3
**alter**  109:18,22
**amazing**
  135:24
**amended**  3:18
  173:21 174:6
**amount**  54:17
  88:10 124:2,3
  124:12 128:23
  134:18 138:10
  138:22 141:3
  148:13,17
  157:14 164:8
**amounts**  4:5
  88:21 133:20
  134:7 136:3
  142:13 143:11
  143:25 147:15
**anna**  137:21
**answer**  3:20
  9:2 11:6,19
  12:4 14:12,14
  15:3 17:10,11
  27:6,7 30:7,21
  34:25 35:16,22
  37:19,22 38:3
  38:12,14,21
  39:5,18,20

  41:19 45:8,20
  47:21 49:2
  51:4 53:23
  54:4 57:3
  63:19 71:8
  74:8 76:12
  79:23 80:6
  86:13,17 87:19
  87:22 88:3
  90:13 91:19
  94:16 95:8
  97:2,4,6
  106:14 110:7
  114:23,24
  115:3 118:12
  119:3 120:21
  122:25 123:23
  126:12,22
  132:12,12
  133:13 135:10
  135:13 139:20
  144:16,23
  145:20 147:4
  147:10 160:2
  161:18,20
  168:21 173:11
  174:18,19,21
  176:10 178:8,9
  180:23 183:9
  183:15
**answered**  8:25
  63:16 121:13
  163:8 179:20
  183:12,23

**answering**
  10:19 35:9
  59:17 85:8
**answers**  90:16
**anybody**  102:2
  102:19 136:25
  144:19 164:12
**anyways**
  166:24
**appears**  73:25
  76:10 82:23
  92:21 93:2
  96:25 108:2
  110:6
**applicable**  5:23
**applies**  83:23
**apply**  119:8
**appropriate**
  42:3
**ardak**  144:7
**area**  33:17 34:5
**arises**  98:6
**aside**  163:21,24
**asked**  11:4
  22:16 27:2
  44:12 49:21
  77:10 78:17
  86:20 89:13
  92:24 96:19
  98:15 107:22
  109:5 117:21
  120:15 126:24
  130:2 132:9
  140:5 141:11

  156:8,15 157:5
  171:19 172:4
**asking**  9:9 10:5
  11:17,19,21
  15:12 30:3
  63:24 79:14,15
  85:3,4 107:13
  117:19 119:25
  119:25 123:17
  124:5 126:16
  126:17 127:16
  127:17,24
  135:17,18,19
  140:15,20
  143:5,7 161:13
  170:2 182:5
**aspects**  20:25
  26:23 27:9,13
  33:8 72:6 93:4
**assigned**  5:4
  99:16 160:12
**assume**  11:6
  77:23 127:16
**assumed**
  107:18
**assuming**  9:23
  113:7,20
  127:14 144:14
  146:15
**attend**  67:14
**attendance**  6:6
**attends**  67:24
**attention**  31:9

**[attorney - best]**

**attorney** 13:17
13:24 58:19
62:16 134:10
145:21,23,24
146:2 151:24
157:6 186:13
187:9
**attorneys** 13:22
14:4 16:21
123:6 133:6
134:3 152:16
166:3
**audible** 91:17
**audio** 186:7
187:3
**authority** 23:22
97:16,19 98:2
102:6 113:10
113:22
**authorized**
5:12 150:20
151:16
**automatically**
95:14
**available** 83:3
**avenue** 2:15
**aware** 48:14
49:4

**b**

**b** 1:10,15,16
2:11 3:5 6:16
35:6,8,13,15
130:15 141:11

144:8 148:9
183:6,17 188:2
**back** 23:20
30:16,24 66:20
108:14 115:9
125:8 126:11
127:2,8 137:22
138:9 140:4
149:3 166:14
166:15 181:10
184:5
**baia** 1:10,17
2:11 3:11
17:24 18:5
19:18 21:19
22:23 23:8,11
34:21 35:12
38:16,24 39:7
39:10,13 42:16
42:20 43:16
45:11,16 46:8
46:17,23 47:6
47:16,24 48:8
54:24 58:25
62:21,25 63:20
65:14 66:24
69:7 70:12
76:14 78:19
81:19,23 82:3
84:17 85:16
86:2,8 87:7,15
90:11,19 91:4
91:8 92:15
100:24 101:16

102:10 106:11
107:8 108:12
109:10 111:11
112:3 113:16
116:13 117:11
121:10 123:16
124:8 128:8
129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7,8 157:13
158:4,11,19
159:22 162:19
165:19 172:2
173:6 175:3
178:13 181:15
182:8 188:2
**baia's** 47:11
73:24 76:10
81:10 171:20
**balancing** 60:3
**bar** 78:10
**barback**
129:12
**barlan** 144:7
144:11 146:21
**bartenders**
69:14,15,17
77:23 78:2,21
84:9
**based** 141:6
142:18

**basis** 90:21
103:2
**bates** 165:18
166:5
**bathroom**
66:12
**bear** 157:25
**beautiful** 22:4
56:2
**beginning**
173:24
**behalf** 1:4 2:2
2:10 16:13,13
17:7,16 124:7
145:13,24
**believe** 50:25
84:4 116:20,25
117:3,16
118:16 125:3
157:17
**best** 17:6,12
21:18 25:24
29:18 32:25
33:3,5,5 43:19
67:22 68:14
69:11,21 70:4
72:22 75:19
85:6,9,11,19,20
86:11 90:12
92:8 104:2
126:9 142:2
143:4 156:16
163:18 167:5
175:7 179:5

186:9 187:5
**better** 31:17,19
  31:23 151:10
**beverage** 177:4
  177:15
**bigger** 83:17
  151:10
**bit** 151:9
**black** 15:11
**blacked** 151:2
  151:11
**blackout** 151:7
**blanche** 37:16
  38:8
**blue** 173:25
**board** 22:22
**boh** 125:6,7
  126:25
**bold** 18:19
**book** 159:9
**books** 60:3,6
  175:4
**boss** 62:20,24
  63:4,7,9,11,14
  63:20,25 64:6
  64:9,10,11,17
  64:18,21,21
  65:2,2,9,11,12
  65:18
**bottom** 110:20
  111:18 116:7,8
  150:9,21
  151:11 165:16
  165:18

**boys** 183:24
**break** 11:25
  12:5 62:5,11
  62:14,17 66:10
  66:16 148:20
  181:5
**breakdown**
  84:4
**bright** 36:10
**bringing** 74:25
  75:6 76:25
**bro** 161:10
**broad** 135:10
**broadway** 2:5
**brother** 57:5
  58:8
**bulldozer** 1:9
  1:16 2:10 5:9
  7:17 17:20
  18:5 124:20
  127:21 145:13
  145:15 150:16
  188:2
**bunch** 134:6
  135:12 136:4
  167:15 169:9
**bus** 75:23
**business** 20:13
  20:24,25 33:6
  33:8 143:17
**busing** 76:3
**bussers** 69:8,9
  72:8 75:22
  76:13,16 78:21

83:14,17 84:6
  84:8 99:16
  106:10 161:3
**bussing** 76:20
**bye** 183:25

## c

**c** 2:1 4:8 125:5
  126:24
**call** 51:22 88:2
  92:10 97:5
  130:9 148:4
  154:5,9 178:17
**called** 7:4 17:24
  63:7 110:4
**calling** 63:8,10
  148:9
**calls** 65:9
**camera's**
  130:24
**capable** 74:2
**capacity** 55:22
**captain** 73:7,8
  73:12 93:20,20
  94:7,8 98:21
  99:2,5 102:16
  102:17 105:19
  106:4 112:16
  112:17,20
  113:13
**captain's** 74:3
  104:16
**captains**
  105:24

**caption** 18:19
**care** 80:20
  183:24
**carefully**
  179:25
**carte** 37:15
  38:7
**case** 16:14,23
  17:20 18:19,25
  44:9 48:21
  76:19 123:6
  127:24 133:6
  135:5 169:20
  169:25 170:19
  173:22 174:2,6
  188:2
**cause** 25:15
  112:16,22
**certain** 27:21
  27:21 28:18
  40:8 50:23
  64:15 93:3
  95:14,23 97:14
  161:2
**certificate** 3:14
  150:13,19
  186:1 187:1
**certified** 5:19
**certify** 186:3
  187:2
**cetera** 124:17
  174:2,2
**chair** 11:16

[change - contract]                                    Page 6

change   35:19
  136:20 137:6
  168:5 188:5
changed   34:16
  34:21,24 35:5
  35:11,17
  136:22 164:22
changes   28:19
  34:23
changing   36:13
charge   24:20
  25:2 55:11
  153:11,12,17
  154:13 156:10
  156:24 162:21
  164:9 166:21
  166:25 167:3
  167:11 168:15
  168:17 169:5
  170:9 172:13
  172:17 177:3
  177:14,20
  178:3,5,6,14,16
  178:25 179:9
  180:11,17
charged   164:8
  177:2,13,19
  178:14
charges   153:10
  153:16 154:18
  157:15 171:3
  172:4 177:4,15
check   54:17

checks   97:20
chef   60:25 61:3
  61:6 67:11
  71:25 108:13
  108:14
chose   138:25
claims   152:10
class   4:11
  86:23 89:16
  139:3,8
clear   18:6
  71:12 72:8
  77:10 87:6
  135:16 137:8
  183:7
client   13:17
clock   95:24
  96:2 109:10
clocked   109:14
  109:15
close   31:9
  81:18 164:17
closes   170:19
closing   25:23
column   124:4
  125:5 126:24
  127:6,10,11,14
  128:4,5,14
  129:4,17,18
  136:8,13,13
  144:8 146:20
  146:21 147:13
  147:20

come   22:11
  29:20 40:22
  61:24 98:4
  137:12
comes   84:10
  88:25
coming   81:7
  166:14,15
commission
  188:25
common   171:5
communication
  13:17
communicati...
  169:4 172:6,7
comp   97:20
company   22:13
  92:14 93:6
  124:17,19
  143:17,23
  153:20 162:8
  167:20 171:14
compensation
  45:12,17 82:17
  107:25 120:18
complained
  88:13
complaint   3:18
  173:21 174:6
  174:11
completely
  183:8,14
concerning
  36:4 82:17,21

  96:22,23
  120:18
concluded
  185:5
concrete   160:2
  178:8
confer   74:9,15
  74:18 83:4
  87:3 88:5 90:2
  93:7 97:7
  108:7 110:8
  118:7 130:18
  148:21 183:18
confirm   129:22
consider   63:24
  64:5,17 65:10
  65:12,17 68:11
consistency
  26:2 29:18,23
  29:24 30:2,5,9
  31:14 32:6
  67:22 68:7
consistent   31:2
consistently
  68:14
constitute   6:3
cont'd   4:1
continue
  161:13
continuing
  175:25
contract   153:6
  154:17 163:25
  164:15,21,25

**[contract - days]**                                      Page 7

165:2,4 167:2
168:13 170:10
180:5,19,21
**contractor**
55:13,15 56:4
158:22 160:25
**contracts**
153:10,15
163:13 164:19
168:16,16
172:16
**control** 52:5
**conversation**
139:12
**conversations**
80:22
**cooney** 2:21
6:14
**copies** 51:6
**copy** 18:24
50:25 173:20
184:9,13
**corporate** 1:15
6:16 16:14,18
16:22 17:8,16
17:19 18:7
**corporation**
17:23 145:12
**correct** 17:17
17:21 18:7
26:24 27:10,14
28:6,12,23
29:4 38:4,13
47:13 48:2,10

59:24 63:21
64:19 66:6
68:24 70:3
71:14 83:24
84:23 88:10
90:11 93:16
99:10 102:21
103:5 116:18
119:22 120:10
121:19 122:7
126:20 127:4,9
129:2,8,15
132:7 133:21
133:23 134:8
135:6 136:6
140:16,18
141:20 142:17
144:12,14,15
146:4 149:15
162:14 174:16
180:7,10
**corrective** 3:9
**correctly** 31:25
62:18 83:13
86:14 178:9
**counsel** 18:25
183:18 186:10
186:13 187:6,9
**counselor** 48:5
130:2
**couple** 102:25
**course** 35:3
102:5 143:17

**court** 1:1 10:6
10:8,13,18,25
11:21 149:14
184:12
**covered** 152:11
**create** 82:25
**created** 125:24
136:19
**credit** 39:11
42:17,21,25
43:4 70:2,10
70:24 141:5
148:14 176:6,8
176:16,21
**current** 152:15
**currently** 8:5,7
181:14
**customer** 31:3
31:21 66:25
74:23 78:8
97:12,20
156:11 162:23
164:9 167:7,10
167:13
**customers**
33:15,18,23
34:6 42:5
54:10,13,17
72:7 75:11
78:23,23 81:7
153:6,10,17
162:20 163:7,9
164:2,20
168:14 169:2,5

169:12 172:6
172:12 177:19
178:5,13
**cut** 95:4,11,16
115:18,21,22
**cute** 15:12
**cutting** 74:16
**cv** 1:9

**d**

**d** 1:10,16 2:11
3:1 4:1,2,8,8
127:6,10 144:7
188:2
**data** 60:7
148:16
**date** 1:18
136:17 165:21
188:3
**dates** 125:15
133:25 134:11
**day** 25:15,15
25:17,17,19,20
36:21 78:14,14
81:11 90:22,22
90:24 93:13
94:5,9,10
98:23 118:22
182:10 185:11
188:22
**days** 61:25
81:17 91:7
93:10,12,13,19
93:23 94:14,17

94:21 95:4
97:10 98:11
99:25 100:5
170:19
**deal**  177:24
**dealing**  149:17
**december**
165:21
**decide**  45:3
95:25 160:25
**decided**  92:17
100:9
**decides**  78:20
99:20 100:3
160:17,21
**decision**  42:23
43:5,9,11,14
70:5,8,23 71:5
71:7 79:3,16
81:22 82:24
93:5 95:20
103:10
**decisions**  27:21
64:14,15,16
95:17
**decor**  160:10
**defendant**  6:15
6:17 7:18 13:2
14:8 15:20
16:14,18,23
17:8,17,19
48:21 86:22
89:15 108:2
118:2 141:14

172:19 177:13
**defendant's**
82:16 92:25
96:20 117:20
120:17 141:10
**defendants**
1:13 2:10 6:13
16:4 130:4
135:4 138:24
145:8,10 148:7
148:8 151:24
170:2,4 172:5
172:15 176:3,7
176:15,19,24
177:2,18
178:24 179:7
184:8
**definitely**  91:25
126:8 182:15
**definitively**
89:18 108:3
118:4
**defs**  110:21
116:8,9 150:9
**department**
125:5 126:25
133:18 135:22
136:2 143:24
**dependent**
30:16
**depends**  133:15
**deposed**  8:13
8:16 9:13,19
9:22

**deposition**  1:15
3:8 5:7,25 10:2
10:9 13:19
14:5,9,16,18,21
15:7,15,18
16:18,22 18:4
18:20,24 19:12
50:18 82:14
83:6 88:7
96:18 130:19
137:7 141:11
183:7,17 186:1
188:3
**depositions**
13:11
**description**  3:6
4:3,9 106:4
**descriptions**
4:4 91:9,16,22
91:23 92:7,11
**deserve**  46:7
**designated**
19:12 117:23
183:16
**details**  174:9
**difference**
116:22
**differences**
117:4
**different**  35:23
36:2,6,8 41:18
61:25 73:3,5
73:18 83:14
85:25 99:16

115:21 162:15
168:7 177:24
182:6
**differently**
119:9 122:12
157:22
**dig**  159:9
**digital**  186:7
187:3
**dine**  54:13
**dining**  33:14,18
**dinner**  81:11
**direct**  126:21
132:9 135:7
141:23,25
147:10 160:2
**directly**  57:25
**director**  19:22
19:24 20:8,9
20:12 21:24
22:12,15,18
23:13,22 26:18
26:21 27:8,12
28:16,22 29:3
36:15,22 37:2
37:6 40:11
61:9 63:13
65:16 68:24
101:25
**dirty**  35:20
36:11,12 78:5
**discipline**  98:5
100:23 101:2
101:25

**disciplined**
101:8,15
**discovery**
118:2 137:8
141:15 169:25
170:18,24
171:8
**discuss**  29:11
29:14 30:9,11
66:16
**discussed**  13:11
80:12
**discussing**
30:10 167:9
**discussion**
80:17
**dish**  78:5
**displayed**
91:16,22,23
**distribute**
178:25
**distributed**
172:3
**district**  1:1,2
**dizzy**  11:15
**document**
18:10,16,18
19:4 49:9 87:7
87:14 110:11
110:18,20,25
111:7 113:8,19
115:24 116:5,7
118:5 122:18
123:3,11,14,21

132:19 133:3,5
133:11,14,17
136:24 137:20
142:5,8 144:10
144:13,14,15
144:25 145:21
146:3 150:2,7
152:7 165:8,14
165:16 173:14
173:18,23
**documenting**
112:11
**documents**
15:6,9,13,14,24
16:4,9 48:14
48:18 49:6,22
50:4 84:16
86:8,22 89:15
117:25 130:3,6
135:3 137:18
141:14 167:15
170:6 172:15
**doing**  26:8 34:5
34:12 40:20
97:17 122:23
134:21,23
160:14
**dollar**  88:20
134:17
**dollars**  53:16
70:14
**dot**  171:22,22
171:22

**drink**  69:17
**drinks**  77:15,24
78:2
**driver's**  8:10
**drunk**  97:23
98:4
**due**  137:3
**duly**  7:5 186:5
**duties**  20:8
26:8 31:25
32:18 34:16,20
35:11 36:23
37:3,5 73:12
73:23 74:3,22
76:9,13,23
78:14,18 92:4
107:20,24
160:6

**e**

**e**  2:1,1 3:1,5 4:1
4:2,2,2,8,8,8,8
127:11,14
128:4 184:8
**earlier**  8:10
13:11 32:23
73:21 138:20
**early**  95:5
101:3
**earn**  120:10
121:11
**earned**  53:11
115:6

**earning**  128:16
**earnings**  52:14
52:19,23 53:12
133:20 136:2
142:13 143:11
143:25
**easy**  157:19
**educates**  72:2
**eighteen**
154:19
**either**  56:8,23
128:11
**emanuel**  2:13
2:17 6:11
146:6
**employed**
107:25 158:20
186:10,13
187:7,9
**employee**  3:10
43:3 66:5 84:3
87:8,15 88:9
91:25 93:18
97:22 99:6,9
100:24 111:12
115:13 116:12
119:10,11
120:5 121:20
122:12 127:7
128:6,7 129:8
136:7 138:13
142:12,23,25
143:25 144:5
144:19 158:16

**[employee - exhibit]**                                                     Page 10

158:18 162:23
162:24 163:9
175:2,14
178:19,21
183:2 186:12
187:9
**employees**  4:6
21:8,12,16
23:15,18 30:17
30:25 39:14,15
40:10,13 42:16
42:20 43:17
44:3 45:25
46:20,25 47:13
47:17 48:2,9
49:14 60:12,17
70:18 78:19
80:13 82:18
83:10 84:8,16
84:21 85:14,25
86:7 87:9,17
88:13,19,23
90:7,9 91:10
92:6 98:6
102:9 106:17
106:21 107:2,7
109:9 115:10
116:16,23
117:4,11
118:15 119:8
120:12,19
121:9,14
123:16,20,24
125:9 127:3,3

127:4,12
128:11,12,17
128:25 138:23
140:8,10 141:4
142:16,18
148:14,18
160:18 162:22
163:5 164:7
171:10 175:5
176:20 178:7
181:14 182:7
182:21
**employer**
158:18
**employment**
86:21 89:14
**empty**  130:25
**engage**  92:17
93:6
**english**  11:10
**ensure**  21:16
32:24 40:12
45:11,16 46:18
49:8
**ensuring**  21:8
30:12,23
**entitled**  135:2
176:3
**entity**  18:7
**entry**  129:10
**equal**  85:10
**equally**  83:23
**errata**  188:1

**es**  186:4
**esquire**  2:3,13
**essentially**
93:24
**est**  1:19 185:4
**establish**
155:24 156:4
**et**  5:10 124:17
174:2,2
**evening**  7:14
**event**  3:16
153:21,23
155:14 158:3
160:5,13 162:9
162:22 165:20
165:21 166:6
171:22 172:6
177:2,13
**events**  152:20
152:23 153:2,7
153:16,21
154:10,11,12
155:15 158:17
160:8,15,19
161:2,16,22
164:20 169:20
170:3,12
177:19 178:13
**evidence**  47:4,6
47:11,15
163:11 169:3
**evidentiary**
5:24

**exact**  90:10
**exactly**  21:5
25:19 33:3,11
64:9 65:3
77:25 80:5
128:13 135:24
140:2,13,25
147:16,18
175:24
**examination**
3:2 7:11
**examined**  7:7
**example**  29:17
79:3 80:16
**excel**  3:12,13
123:12 136:20
136:21,21
137:11 138:17
140:7,21,21
142:6 143:9
144:18
**excess**  52:14,19
52:23
**exhausted**
148:3
**exhibit**  3:8,9,10
3:12,13,14,16
3:18 18:11,12
18:17 73:20
110:13,14,19
115:25 116:2,6
122:19,20
123:4,8 125:21
132:21,22

[exhibit - form]                                                Page 11

| | | | |
|---|---|---|---|
| 133:4,8,9 | fee 154:22 | find 41:4 157:7 | floors 36:11 |
| 139:17 142:4 | 155:2 163:18 | 169:10,15 | flow 78:23 |
| 150:3,4,8 | 163:20 164:2 | 170:23 | fluently 11:11 |
| 165:8,10,15 | 178:16 | finish 11:18 | focus 128:16 |
| 173:15,16,19 | felt 22:14 | 62:7 99:8 | focused 34:8 |
| expect 97:24 | fernandez 1:4 | 145:10 | focusing |
| expedited | 2:2 5:9 111:15 | finished 32:16 | 168:12 |
| 184:13,18 | 173:22 175:10 | finishing | foh 125:7,8 |
| experience | 175:14 176:8 | 170:20 | 126:25 |
| 103:23 104:4 | 176:15 188:2 | fire 23:14 105:4 | folding 76:24 |
| 105:11,14,15 | fifteen 70:13 | fired 24:16 | follow 46:9,9 |
| experienced | fifty 53:16,16 | 28:9 103:11 | 92:12 148:22 |
| 134:10 | figure 167:17 | 146:3 | 152:2 171:5 |
| expires 188:25 | file 46:9 50:9 | firing 41:22 | 172:25 |
| explain 25:21 | 50:24 123:7 | firm 168:4 | follows 7:7 |
| 35:7 104:5 | 125:16,23 | first 7:4 12:4 | 46:12,21 |
| explanations | 126:4,9 127:23 | 17:5 18:18 | food 20:17 |
| 92:2 | 128:2 133:6 | 19:7 81:19 | 25:25 29:21 |
| extent 86:24 | 134:2,6 137:6 | 110:20 116:7 | 30:11 33:5 |
| 139:5 148:8 | 137:7 166:4,7 | 127:13,15 | 72:2 77:15 |
| **f** | filed 173:4,8,22 | 128:5 129:10 | 160:9 177:4,15 |
| f 4:2 127:11,14 | files 50:10 59:7 | 133:19 135:25 | foodservice |
| 128:5 | 126:4 | 143:24 144:4,6 | 42:9,12,16,20 |
| fact 28:10 | filing 59:23 | 152:25 165:16 | 43:17 174:13 |
| facts 129:16 | 173:25 | 165:19 173:24 | 176:4,20 179:2 |
| familiar 9:23 | final 59:8 | five 8:18,23 | footnote 149:13 |
| 19:17,20 | finalize 161:5 | 13:7 18:17 | foregoing |
| 133:10 | finances 52:9 | 66:10 93:12 | 186:3,4 187:4 |
| far 11:13 | financial 52:5 | 148:19 | forks 76:25 |
| 113:21 | financially | fix 109:19 | form 14:11 |
| federal 45:13 | 186:14 187:10 | floor 33:15,21 | 17:9 23:24 |
| 45:18,24 46:3 | financials | 33:23,25 34:3 | 25:10 26:10,25 |
| | 52:11 | 35:20 72:7 | 29:5 30:20 |
| | | 98:25 99:10,13 | 31:5 33:10 |

**[form - going]**                                                    Page 12

| | | | |
|---|---|---|---|
| 34:13 38:18 | 179:11,18 | 132:15 134:22 | **give** 10:9 20:14 |
| 39:2,17 41:15 | 180:8 | 135:14 136:7 | 38:7 48:25 |
| 45:19 47:18 | **format** 88:24 | 141:7 143:3 | 68:3 71:8 |
| 53:8,14,24 | 90:5 | 144:4 155:8 | 80:16 87:7,9 |
| 56:10,20 58:10 | **former** 152:16 | 163:17 174:24 | 87:15,16 101:4 |
| 59:2,16 60:22 | **formula** 178:3 | 181:13 182:7 | 105:8 118:24 |
| 61:21 62:2 | **forth** 116:17 | 182:20,25 | 135:10 138:25 |
| 63:2,15 64:2,7 | **found** 171:15 | **frozen** 149:11 | 176:6,7,15,19 |
| 64:22 65:15 | **four** 8:23 | **full** 7:21 55:22 | 178:6 180:25 |
| 66:7 67:4,10 | **free** 70:17 | 119:16,22,24 | **given** 13:9,14 |
| 68:20 71:2 | **frequent** 64:13 | 121:10,19 | 43:16 100:13 |
| 79:20 80:9 | **frequently** 26:5 | 135:9 174:15 | 118:14 157:10 |
| 81:25 83:19 | **friend** 28:21 | 175:10,14 | **giving** 48:18 |
| 84:12 85:17 | **friends** 170:17 | **fully** 76:12 88:4 | 139:2 |
| 86:10 87:10,18 | **front** 23:19 | **function** | **glasses** 76:25 |
| 89:5,19 94:2 | 30:17,25 53:4 | 117:25 141:13 | 78:5 |
| 94:23 95:6 | 54:6 68:2,17 | 141:18 | **go** 8:3 9:24 |
| 96:7 98:12,20 | 68:23 69:5,7 | **functions** 22:22 | 10:2 27:4 |
| 101:23 103:6 | 69:18 70:9 | 93:25 | 32:15 61:24 |
| 103:21 104:21 | 71:10,12,15,19 | **further** 183:4 | 69:16 76:4 |
| 105:9 111:10 | 71:20,24 78:25 | 186:12 187:8 | 115:9,9 137:22 |
| 112:4,15 | 80:13 84:2,15 | **g** | 138:8,9 140:4 |
| 114:17 115:11 | 84:20 85:14,24 | **gathering** | 144:4,5 159:14 |
| 116:19 117:5 | 86:7,15,18 | 48:18 | 161:14 178:18 |
| 119:12,17 | 102:9 106:17 | **general** 55:13 | 178:18,20 |
| 121:12,24 | 107:19,20 | 55:14 56:4 | 181:3 |
| 122:14 126:6 | 108:19 116:15 | 178:12 | **goes** 116:9 |
| 131:16 132:8 | 117:10,14 | **generally** | 128:17 129:18 |
| 139:19 143:18 | 118:15 119:7,9 | 117:21 135:18 | 162:25 163:2 |
| 145:2,18 | 119:10 120:2 | **gestures** 10:14 | 164:13,14 |
| 153:25 162:17 | 120:14 121:9 | **getting** 175:16 | 166:19,21 |
| 167:25 168:19 | 121:25 122:11 | **girls** 183:25 | 167:10,11 |
| 174:17 175:12 | 125:8 127:3,8 | | **going** 10:4 11:6 |
| 176:9 177:8 | 128:17 129:11 | | 11:17 18:10 |

**[going - hospitality]**                                    Page 13

36:9 43:18
65:5 66:15
74:6 88:2
90:17 93:5
96:2,17 99:21
104:8 105:21
110:12 115:25
120:23 122:17
122:18 128:16
132:19,20
139:6 144:4,5
148:4,15
162:21 164:3
165:8,24
168:18 169:9
169:13 170:20
171:10 172:20
173:13,14
180:17
**good** 5:2 6:8,11
7:13,14 30:14
33:4 149:16
**google** 76:15
**gratuities**
82:21,22
**gratuity** 154:19
162:25 163:14
163:19 164:11
164:14 166:19
167:12 169:13
179:9,13,16
180:6,10,17
**great** 128:15

**gross** 52:14
53:12
**ground** 9:24
**group** 1:9,16
2:10 5:10 7:18
17:20 124:20
150:17 188:2
**guess** 7:14
**guessing**
112:24
**gutierrez**
129:12
**guy** 99:12
105:2,17,21
**guys** 154:5
183:24

**h**

**h** 3:5
**half** 94:10
**hand** 6:22
10:14
**handbook** 3:10
91:24 116:13
116:18 117:12
118:9,14,22,24
**handwriting**
181:6
**happen** 98:10
103:15
**happened** 24:8
24:10 101:22
113:16 131:11
131:24 132:6

**happens** 95:10
96:10,15 132:2
**happy** 44:25
121:7 125:2
161:13
**hard** 50:24,24
51:6 53:23
**head** 60:24
61:3,6
**header** 125:5
**headers** 124:16
**headings**
135:19,20
**hear** 38:21 80:6
91:18 94:16
106:13
**heard** 7:16
44:17
**hearing** 6:19
**held** 62:19
**help** 49:12
156:3 159:7
**helpful** 131:9
**hereto** 186:13
187:10
**hide** 159:8
**higher** 84:4
115:22
**highest** 66:5
93:17 99:5,9
**highlighting**
89:12
**hire** 23:14 41:6
104:7,20 105:2

107:18 162:9
**hired** 21:23
23:4 24:15,16
28:9 36:25
41:8 55:14
58:18,24 59:10
61:11,14 84:17
86:9 103:11
146:5 158:15
**hires** 118:24
**hiring** 22:9
41:22 104:2
105:16
**hold** 89:22
146:17
**holder** 150:19
**home** 95:5
97:24 101:3
**honest** 132:12
132:12
**honestly** 159:5
**hope** 38:19
84:19,25 85:3
87:23 170:14
170:15,16
**hoping** 46:13
46:14
**hospitality** 1:9
1:16 2:10 5:10
7:17 17:20
124:20 145:14
145:15 150:17
188:2

[hour - interrupt]                                    Page 14

**hour**  70:14
  138:14 144:2
  147:15 173:5,9
**hourly**  70:18
  124:12 128:11
  136:11 143:12
  144:2 147:19
**hours**  4:5 81:13
  123:21,24
  124:12 128:18
  128:24 129:5,7
  129:13,14
  133:20 134:7
  136:2,4 138:22
  140:11 141:4
  142:13 143:10
  143:11,25
  144:12 146:22
  148:13,17
  161:6 174:12
**house**  23:20,20
  30:16,17,24,25
  39:25 40:4
  59:8,14 68:2
  68:17,23 69:5
  69:7,18 70:9
  71:10,13,15,20
  71:20,24 78:25
  80:13 84:15,21
  85:14,24 86:7
  102:9 106:17
  107:19,20
  108:15,20
  116:15 117:11

  117:14 118:15
  119:8,9,10
  120:2 121:9,25
  122:12 125:8,8
  126:12 127:2,3
  127:8,9 128:17
  129:11 136:7
  143:12 144:5
  181:14 182:7
  182:20 183:2
**hov**  159:18
**how's**  72:23,23
  180:9
**hr**  162:8
  167:20
**huh**  35:25
  37:23 57:13
  60:18 165:12
  176:11
**human**  171:4
**hundred**  78:24

**i**

**idea**  44:7 119:2
  152:5 157:12
  176:22
**identification**
  18:13 110:15
  116:3 122:21
  132:23 150:5
  165:11 173:17
**identify**  6:6
**identifying**
  88:21

**identities**
  150:21
**identity**  145:25
**illegal**  39:14,20
  39:21
**illegally**  115:7
**impair**  12:9,17
**impaired**  12:20
**important**  9:25
  10:9 75:10
  154:15
**included**  39:15
**including**  82:19
  171:24 172:7
**independent**
  158:21 160:24
**indirectly**  58:2
**individual**
  126:18
**individuals**
  73:24 182:6
**information**
  88:21 120:14
  123:13,19
  126:8,17
  127:25 129:22
  131:6,7 132:15
  133:17 134:14
  134:19,24
  135:8,9,11,12
  135:14,17
  137:23 142:8
  143:3 146:9,16
  146:18 147:2

  147:13 152:14
  155:8,17 158:9
  163:17 164:18
  169:19 170:12
  173:25 174:24
  175:18,24
  177:17 178:10
**informed**  163:7
  169:3 172:12
**informing**
  28:20,22 29:3
**informs**  28:18
**inherit**  167:19
  167:22
**inherited**
  161:25
**initially**  117:7
**input**  104:18
  105:8
**instruct**  15:2
**instructed**  3:20
**instructions**
  68:4,9,15
**insurance**  3:15
  150:13 152:9
  152:11,17
**insured**  150:16
**intended**  5:22
**interchangea...**
  71:18
**interested**
  186:14 187:11
**interrupt**  47:9
  85:7

interview 22:5
22:8 102:18,24
103:9,14,18,20
104:23 105:8
105:17
interviewed
102:13
interviewing
102:9
interviews
102:16,21
103:5
invoice 159:24
159:24
involved 23:17
issue 49:13
97:11 98:6
109:13
issues 60:3
98:10 109:19
iterations
164:24

**j**

j 129:4,17
146:20
jamaica 2:15
2:16
janos 25:6,8
26:11 27:25
28:5 29:9 30:6
30:8 41:6,21
41:25 42:11
44:11,14,18,20

49:20,21 50:2
51:18 67:9,12
71:23 72:14
79:5,8,10,13
80:14 82:3
93:11,19,23
94:6,9,17,19,21
95:20 97:10
98:10,11,23
99:23,24 100:2
100:6,10,13
104:19,24
108:11,18
109:17,18
113:6 155:13
160:24
janos's 45:2
71:5 93:24
jersey 8:8
jk 2:7
jnussbaum 2:7
job 1:23 4:4
20:7,11 26:8
32:3,4 34:12
34:16,20 35:11
36:23 37:3,4
40:11,17,20
73:23 74:3,22
76:9,13,23
91:9,16,21,23
92:7,11 93:25
104:2,11 106:4
127:6,7 133:18
134:21,23

135:22,25
143:24 146:4
160:6
jobs 76:16
joe 157:12
john 129:12
johnny 57:11
57:12
join 105:21
jokes 149:12
josef 2:3 6:8
7:15 62:4
89:25 122:22
123:22 135:6
137:12 140:3
141:21 159:3
161:5 180:20
joseph 2:4 6:9
judge 65:5
julio 72:16,17
72:17 79:7,9
79:12,14,15
93:21 94:19,20
95:4 97:12,15
97:19,24,25
102:13 103:4
105:24 106:19
106:25 107:6
107:24 108:11
108:18,24
109:25 111:18
111:22,24,25
112:13 113:5,6
113:9,10,22

114:5 122:5,6
julio's 95:17
100:2,6 103:10
jumping 96:22

**k**

k 144:7
kataev 2:13
6:11,12 14:11
14:25 17:9
23:24 24:9
25:10 26:10,25
27:4 29:5
30:20 31:5
33:10 34:13
38:18 39:2,17
40:15,21 41:15
45:19 47:18
48:5 53:8,14
53:24 56:10,16
56:20 58:10,18
58:21 59:2,16
60:22 61:21
62:2,4 63:2,15
64:2,7,22
65:15 66:7,11
66:12 67:4,10
68:20,25 71:2
74:5,9,14,18
79:20 80:9,23
81:25 83:4,8
83:19 84:12,24
85:17 86:4,10
87:3,10,18

| | | | |
|---|---|---|---|
| 88:5 89:5,19 | **katherine**  1:4 | 69:18 72:2,3,6 | 133:20,22 |
| 89:24 90:2 | 2:2 5:9 111:15 | 72:8 76:21 | 134:8,12,13,15 |
| 92:12 93:7 | 173:22 188:2 | 77:2,9 78:13 | 135:3,8,25 |
| 94:2,23 95:6 | **keep**  40:9 | 78:15 79:14 | 137:10,15 |
| 96:7 97:7 | 155:11 | 81:21 85:5,10 | 138:4 140:23 |
| 98:12,20 | **keeping**  183:6 | 86:13,16 87:24 | 143:11 144:2 |
| 101:23 103:6 | **kept**  50:24 51:7 | 89:8,9,10 | 144:15 145:6 |
| 103:21 104:21 | 154:14 155:3 | 91:12 94:9 | 146:4,5 147:3 |
| 105:9 108:6 | **kids**  37:18,22 | 95:9,13,15,24 | 147:10,16,18 |
| 110:8 112:4,15 | 38:4,13 | 96:3,9,10,14,15 | 149:17 150:24 |
| 113:23 114:17 | **kirschenbaum** | 99:3,4 100:22 | 151:16,19 |
| 115:11 116:19 | 2:4 6:9 | 101:5,19 | 152:7,18 154:2 |
| 116:24 117:5 | **kitchen**  30:16 | 102:25 103:24 | 154:7 155:17 |
| 118:6 119:12 | 30:24 72:3 | 103:25 104:10 | 155:20,21 |
| 119:17 121:12 | 77:17 | 104:13,13,14 | 157:9,21 158:8 |
| 121:24 122:14 | **knew**  163:5,9 | 104:15,24 | 158:25 159:2,3 |
| 125:20 126:6 | **know**  9:17 10:4 | 105:2,4,20,22 | 159:5,11,11,13 |
| 130:16 131:16 | 11:4,20 12:2 | 106:6,9,12,15 | 159:15 160:4,7 |
| 132:8 136:14 | 16:16,20 17:12 | 107:18 110:2 | 160:10,11,13 |
| 139:19 143:18 | 31:22 33:6 | 111:2,25 | 160:14 161:3,6 |
| 145:2,18 | 34:25 35:14,15 | 112:24 113:8 | 161:7,23,25,25 |
| 146:24 148:21 | 35:19 37:6,7 | 113:21 115:4,6 | 162:8 163:15 |
| 149:11,15,18 | 38:16,24 39:7 | 115:14 117:16 | 164:5,10 165:5 |
| 151:5 152:2 | 39:10,13,19,21 | 118:18,20 | 167:4,7,16,19 |
| 153:25 162:17 | 39:23 40:8 | 119:3,5 120:5 | 167:21 168:6 |
| 167:25 168:19 | 41:4 44:5,10 | 120:12 123:15 | 168:20,22 |
| 172:25 174:17 | 46:3,4,11 | 123:22 124:2,4 | 169:14 170:16 |
| 175:12 176:9 | 48:24 49:12,24 | 124:6,13 | 170:18,19,24 |
| 177:8,21 | 49:24 50:6,9,9 | 125:18,22,23 | 171:2,4 175:2 |
| 179:11,18 | 51:5,21 52:18 | 126:7,21 | 175:6,21,23 |
| 180:8 181:4 | 53:11 54:6,7 | 127:17,18,19 | 176:17,18 |
| 183:13,21 | 54:19 55:22 | 129:19,20 | 177:10,12,16 |
| 184:7 | 56:17 60:5 | 131:6,23 132:3 | 177:22,23,24 |
| | 63:6 64:8 | 132:13 133:9 | 177:25 178:3,7 |

**[know - listen]**                                                  Page 17

179:22 180:9
180:21 181:23
183:19
**knowledge**
21:18 43:20
68:16,19,22
69:11,21 70:4
72:22 75:19
85:9,12,20
86:11 90:12
92:8 126:9
131:18,21
143:4 156:17
163:18 167:5
172:23 175:7
179:5 186:9
187:6
**knows** 68:17,23
72:22 95:22
**kosher** 161:9,9
161:10

**l**

**l** 124:4 144:8
147:13
**la** 1:10,16 2:11
3:11 17:24
18:5 19:18
21:19 22:23
23:8,11 34:21
35:11 38:16,24
39:7,10,13
42:16,19 43:16
45:11,16 46:8

46:17,23 47:6
47:11,16,24
48:8 54:24
58:25 62:20,25
63:20 65:14
66:23 69:7
70:12 73:24
76:10,13 78:19
81:10,19,23
82:3 84:17
85:15 86:2,7
87:7,15 90:11
90:19 91:4,8
92:15 100:24
101:16 102:10
106:11 107:7
108:12 109:9
111:11 112:3
113:16 116:13
117:11 121:9
123:16 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7,7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:13
181:15 182:7
188:2

**label** 182:22,23
182:25
**laken** 1:22 5:3
186:2,19
**law** 10:25
39:20 45:13,18
46:21 49:13
134:10 168:4
**laws** 5:24 45:24
**lawsuit** 7:17
12:23 13:2,3
16:5,17,21
44:6 48:15
49:5 91:13
130:4 135:2
145:9,11
148:11 152:11
156:8 173:5,9
**lawyer** 48:19
134:20
**lawyers** 127:23
156:9 170:3
**lease** 54:24
55:3
**leave** 42:6
54:11,18,23
74:7 83:2
172:21
**leaves** 54:14
**leaving** 96:6
**legal** 2:14,21
6:12 40:9 46:7
46:24 47:12,16
47:25 48:8

**legally** 40:13
70:19 114:21
115:2,4
**legit** 138:16
**letters** 18:20
**letting** 145:9
**level** 23:18
64:15
**liability** 3:14
73:25 82:19
86:23 96:24
120:19 150:13
152:9 171:24
**license** 8:10
**light** 36:10,10
**likely** 89:11
**limitation**
171:25
**limitations**
138:24 148:15
**limited** 82:19
**line** 3:21 52:11
124:15 129:19
144:6 168:14
170:9 188:5
**lines** 128:22
**lisa** 187:2,14
**list** 19:12
**listed** 117:19
144:6 182:19
183:16
**listen** 49:11
169:14 179:25

**[litigation - mandated]** Page 18

**litigation**
138:21
**little** 84:5 151:9
157:22
**live** 8:7
**llc** 2:14,21 6:12
188:1
**llp** 2:4
**llp.com** 2:7
**location** 1:20
124:17 143:23
**locations**
135:22
**log** 4:12 151:23
151:25
**long** 19:23 61:5
122:22
**longer** 161:12
**look** 48:20,24
87:20 96:4
104:17 126:4
131:4 134:5
136:18 137:23
137:24 138:5,7
138:15 155:22
156:20 157:20
157:23 158:24
159:6,25 160:3
160:3 163:10
163:14 167:14
168:23,23
169:8 174:24
175:17,22

**looking** 43:23
103:24,25
104:16 118:9
124:14 125:4
129:10 140:21
146:12 169:17
172:9
**looks** 56:2
104:13 105:20
139:18
**lot** 50:5 73:15
73:17,18 75:8
76:4 77:20
78:12 125:6
159:3 175:22
182:9
**lovely** 22:7,8
**lower** 23:18
120:9,13
174:14
**lunch** 81:11

**m**

**m** 4:2,8 136:13
147:20
**machine** 78:6
**madam** 184:12
**made** 79:3
136:25 144:20
**main** 72:10,15
72:19 99:11
148:12
**major** 77:18

**make** 10:2
31:22 32:14
52:10 64:15
78:2 104:9
105:21 149:12
159:10 160:8
160:10
**makes** 27:21
64:16 94:8,11
106:16 108:14
115:15
**making** 20:24
25:23,24 29:19
33:6 34:7,9,11
42:2,12 46:5,6
56:2 64:14
68:13 80:24
81:3 106:20,25
107:6 108:12
108:19 120:25
121:5 151:9
160:7 161:12
**man** 127:19
138:18 159:3,5
161:6
**manage** 25:8
41:2,5 158:17
160:8 168:4
**managed** 25:16
**management**
22:24 23:4,16
25:3 39:14
40:7 43:7
49:18,19 51:17

61:18 64:16
67:5,7 68:15
71:11,25 72:10
72:12 79:4
81:24 99:22
101:6,13,13
102:11,23
104:15 105:18
106:8,18 109:4
125:7,9,9
126:11 127:2,4
127:9 154:21
154:25 160:22
160:23 162:7
163:3,20
164:15 167:24
168:8
**managements**
162:16
**manager** 26:11
27:20 28:2
32:19 40:4,19
41:3,5 82:11
88:12 125:11
155:14 160:5
**manager's** 32:4
40:16 64:21
65:2
**managers**
25:16 32:12,14
155:4,5,10,12
158:4 162:9
**mandated**
70:19

**[mandatory - month]**                                      Page 19

| | | | |
|---|---|---|---|
| **mandatory** 171:23 | **matter** 5:8 117:23 141:10 | **mechanic** 105:18 | 52:24 53:12,16 53:22 54:3 |
| **manner** 5:25 | **matters** 19:12 | **mechanism** 95:11 | 77:5,12 78:13 137:18 140:22 |
| **maria** 24:20 137:22 | **mean** 20:23 21:4 25:17,22 | **medication** 12:8,16 | 140:22 |
| **mariana** 15:19 | 29:23,25 31:16 | **meet** 13:21 | **minimum** 38:17 39:11 |
| **marianna** 1:12 2:12 21:20,25 | 31:18 33:2 36:5,12,18,22 | 29:8,12,15 30:6,8 74:9,14 | 70:2,10,24 119:16,22,24 |
| 24:22,24,25 25:8 36:25 | 53:21 59:7 63:3,8,10,11 | 74:18 83:4 87:3 88:5 90:2 | 121:10,16,19 174:14,15 |
| 38:7 44:23 51:24 52:2 | 64:9,11,18,20 70:12,15 72:20 | 93:7 97:7 108:7 110:8 | 175:11,16 176:5 |
| 58:22 59:3,12 65:20 100:20 | 72:21 73:19 87:8,16 99:3,4 | 118:6 130:18 148:21 183:18 | **minus** 54:20 181:16 |
| 100:21 188:2 | 100:25 103:8 112:20 114:19 | **meeting** 68:4 100:7 | **minute** 58:14 59:21 148:19 |
| **marianna's** 43:9 | 114:25 115:7 115:12 118:21 | **meetings** 66:24 67:3,15,18,21 | **minutes** 66:10 181:2 |
| **marital** 14:25 | 124:22 154:3 161:11 162:3 | 67:25 | **misnumbered** 92:22 |
| **mark** 18:10 110:12 115:25 | 168:2,10 183:11 | **member** 139:4 139:8 | **mistake** 144:20 |
| 122:18 132:20 165:8 173:14 | **meaning** 83:16 175:4 | **members** 4:11 86:23 89:16 | **mistaken** 85:12 85:19 91:2 |
| **marked** 18:12 110:14 116:2,6 | **means** 6:2 21:5 25:19 33:3 | **memory** 12:17 12:20 | 154:17 155:19 158:20 163:23 |
| 122:20 132:22 133:3 150:4,8 | 35:14,15 120:6 123:19 126:17 | **mentioned** 69:5 171:7 | 175:13,17 |
| 165:10 173:16 173:19 | 127:2 128:2,4 128:5 138:3 | **menu** 161:9 172:11 | **mix** 77:24 |
| **marking** 18:16 110:18 123:3 | 147:14,15,17 147:19,21,24 | **menus** 167:6 | **moment** 157:25 |
| 150:2 165:15 | 175:15 | **million** 35:18 36:9 41:18 | **monday** 90:23 |
| **materials** 179:8 180:5 | | 51:5 52:15,19 | **mondays** 93:15 |
| | | | **money** 159:10 |
| | | | **month** 65:23 |

**morning**  5:2
  6:8,11 7:13
**mother**  37:18
  37:21 38:4,13
**move**  63:17
  147:4
**multiple**
  142:25
**muted**  149:6

**n**

**n**  2:1 3:1 4:1,2
  4:2,8 144:8
**name**  5:2 7:15
  7:22 57:10
  88:22 123:7
  124:11 125:11
  125:16 127:13
  127:13,15,15
  128:4,5 133:7
  133:19,19
  135:23,25,25
  136:17 142:11
  142:11 143:23
  143:24,24
  144:7 150:16
  153:20,22
  155:15 159:16
  166:4,7 188:2
  188:3
**named**  129:12
**names**  7:25
  23:2 51:23
  123:20 127:12

134:7,12,17
  136:4 140:22
  143:10 155:6,7
**napkins**  36:12
  75:6 76:24
**natalie**  155:15
  158:5,6,10
**natalie's**
  159:15
**nature**  117:24
  141:13,18
**necessarily**
  173:10
**need**  11:25
  37:24 66:11
  74:5 139:10
  170:5
**needs**  45:21
  160:18 180:12
**neither**  186:10
  187:6
**never**  88:1
  101:15 104:25
  105:5 113:19
  151:23 174:8
  179:12
**new**  1:2 2:6
  5:14 8:8 71:10
  71:24 118:24
  174:13,15
  186:20 188:1
**nicknames**  8:3
**nine**  53:16,16
  53:17

**nods**  10:14
**non**  138:14
**nope**  50:16
**normal**  115:16
  171:3
**notary**  5:12
  185:14 186:20
  188:25
**note**  73:20
  111:5 142:24
  183:5 184:16
**notes**  181:2
**notice**  3:8
  16:17,22,25
  18:20,24 43:17
  82:14 86:20
  92:22,23 96:18
  130:15 141:10
  176:6,8,16,21
  183:17
**noticed**  172:24
**notices**  44:2
  171:9
**notified**  162:24
**november**  1:18
  5:10
**number**  10:5
  53:17 73:21
  80:13 81:6,7
  82:13 89:13
  128:6,7 129:6
  136:12 142:12
  146:22 157:19
  165:18 182:13

**numbers**  52:17
  53:3,15 54:6,8
  54:9 84:2
  86:15,18
  134:17 137:11
  140:11,12,22
  141:7 157:24
**nussbaum**  2:3
  3:3 6:8,9 7:10
  7:12,15 14:13
  15:4,5 17:14
  24:2,12 25:13
  26:13 27:5
  29:7 30:22
  31:7 33:12
  34:15 38:20
  39:4,22 40:18
  40:24 41:20
  45:23 47:20
  48:6 53:9,20
  54:2 56:13,18
  56:22 57:15
  58:13,23 59:4
  59:18 60:23
  61:23 62:9
  63:5,18 64:4
  64:12,24 65:19
  66:9,14,22
  67:6,13 68:21
  69:3 71:4
  73:19 74:6,11
  74:13,21 76:7
  76:17 79:22
  80:11 81:2

**[nussbaum - okay]** Page 21

| | | | |
|---|---|---|---|
| 82:5,13 83:9 | 154:4 162:18 | 56:10,16,20 | **obligation** |
| 83:22 84:14 | 166:14,17,22 | 58:10,21 59:2 | 10:21 |
| 85:2,21 86:5 | 168:9,24 | 59:16 60:22 | **obvious** 164:4 |
| 86:19 87:5,13 | 171:18 173:3 | 61:21 62:2 | **obviously** |
| 87:25 88:8 | 174:20 175:19 | 63:2,15 64:2,7 | 180:10 |
| 89:7,12 90:4 | 176:13 177:11 | 64:22 65:15 | **occasion** 66:3 |
| 92:10,13,21 | 178:11 179:14 | 66:7 67:4,10 | **occasions** 24:4 |
| 93:9 94:4 95:2 | 179:24 180:13 | 68:20,25 71:2 | 102:13,25 |
| 95:18 96:11,17 | 180:25 181:6 | 79:20 80:9,23 | 122:4 |
| 97:9 98:14,22 | 181:12 183:3 | 81:25 83:19 | **office** 92:4 |
| 102:4 103:12 | 183:14 184:11 | 84:12,24 85:17 | **officer** 186:1,2 |
| 104:3 105:6,12 | 184:19,23 | 86:4,10 87:10 | **oh** 69:15 87:22 |
| 107:22 108:9 | **ny** 2:6,16 | 87:18 89:5,19 | 111:3 135:20 |
| 110:4,10 112:7 | **o** | 94:2,23 95:6 | 135:23 184:11 |
| 112:18 114:2 | | 96:7 98:12,20 | **okay** 6:18 7:8 |
| 114:20 115:17 | **o** 4:2,2,8 | 101:23 103:6 | 7:24 8:12 9:5 |
| 116:21 117:2,9 | **oath** 10:20 | 103:21 104:21 | 9:12,22 11:13 |
| 117:18 118:8 | 13:10,14 149:9 | 105:9 108:6,7 | 11:25 12:22 |
| 119:14,20 | 149:22,23 | 112:4,15 | 13:9,13,16 |
| 120:15,23 | **oaths** 5:13 | 113:23 114:17 | 14:3,23 15:4,9 |
| 121:3,17 122:3 | **object** 26:10 | 115:11 116:19 | 15:23 16:8,11 |
| 122:16,24 | 33:10 136:14 | 116:24 117:5 | 16:16 17:3,6 |
| 126:2,14 | 146:24 | 119:12,17 | 17:15,23 18:3 |
| 129:25 130:9 | **objection** 5:16 | 121:12,24 | 18:9,14 19:7 |
| 130:14,20,23 | 6:19 14:11,25 | 122:14 126:6 | 19:10 20:7,14 |
| 131:2,19 | 17:9 23:24 | 131:16 132:8 | 20:22 21:7,15 |
| 132:18 137:2 | 24:9 25:10 | 139:19 143:18 | 21:19 22:2,11 |
| 138:19 139:13 | 26:25 29:5 | 145:2,18 | 23:7,13,21 |
| 139:23 141:9 | 30:20 31:5 | 153:25 162:17 | 24:7,13,19 |
| 141:16 143:20 | 34:13 38:18 | 167:25 168:19 | 26:4,7,14,17,21 |
| 145:4,22 147:6 | 39:2,17 40:15 | 174:17 175:12 | 28:5,8,11 |
| 148:2 149:5,12 | 40:21 41:15 | 176:9 177:8,21 | 29:22 30:15,23 |
| 149:16,20 | 45:19 47:18 | 179:11,18 | 31:8,12,24 |
| 151:8,22 152:3 | 53:8,14,24 | 180:8 | 32:5,23 35:4 |

36:14,22,25
38:15 40:19
42:23 43:21,25
44:25 45:5
46:11,23 48:13
50:2,23 51:6
51:11,24 52:5
52:13 53:5
54:21 55:11,17
56:3,14,23
57:5 59:5,10
59:13 60:2,9
60:12 64:20
65:10,20 66:3
66:9,14,17
67:3,20,24
68:3,16 69:25
71:17 72:5
73:2,8,19
74:20 75:5,11
76:7 77:8,23
78:16 80:20
82:6,13 84:7
84:20 85:22
86:6,19 88:19
91:4,15 93:10
93:17 95:3
96:17 97:15
99:15,25 100:5
100:12 101:14
102:8,20 103:3
104:17 105:23
108:17 111:17
111:20,25

112:12,19
113:21 114:8
114:24 115:18
121:22 122:4,9
122:17 124:5
124:15,19
125:4 126:23
127:11 128:6
128:10,15,22
129:4 132:4,24
136:6 142:3,7
142:15 143:2
143:15 144:3
146:2,15
147:12,19
148:2,24 149:3
151:4 152:10
152:15 153:5,9
154:12 155:23
156:7 157:13
158:15 159:21
160:5,17
161:11,14
162:3,19
163:11,21
165:7,24 166:8
166:8,16
168:25 171:18
173:13 174:5
174:10 175:25
176:23 180:25
181:10 182:11
183:3,21,22
184:2,20,20

**oldest** 72:21
99:12
**once** 65:22
**ones** 9:25 16:7
153:4
**online** 50:7,8
50:12,15
**open** 34:2 74:7
81:10,13 82:9
83:2 172:21
183:7
**opened** 55:9
81:20 82:2
118:17 152:25
**opening** 25:23
**operate** 37:8
**operation**
40:14 65:17
101:25
**operation's**
25:15
**operations**
19:17,22,24
20:8,10,12,17
20:23 21:24
22:12,15,19
23:14,23 25:18
25:20 26:18,22
26:23 27:8,10
27:12,14 28:17
28:23,25 29:4
29:16 36:16,23
37:2,6,17 38:9
40:12 61:9

63:14 68:24
78:14
**opinion** 30:2
104:24 140:19
**order** 3:16
139:11 165:20
**orders** 75:12
**osteria** 1:10,16
2:11 3:11
17:24 18:5
19:18 21:19
22:23 23:8,11
34:20 35:11
38:16,24 39:7
39:10,13 42:15
42:19 43:16
45:10,16 46:17
46:23 47:6,11
47:16,24 48:8
54:24 58:25
62:20,24 63:20
65:14 66:23
69:7 70:12
73:24 76:10,13
78:19 81:10,19
81:23 82:2
84:17 85:15
86:2,7 87:7,15
90:11,19 91:4
91:8 92:15
100:24 101:16
102:10 106:11
107:7 108:12
109:9 111:10

112:3 113:16
116:13 117:11
121:9 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:12
181:15 182:7
188:2
**outcome**
186:14 187:11
**ov** 159:18,19
**overall** 45:5
**overcooked**
31:20
**oversee** 20:16
20:22 32:4
**oversees** 94:15
94:20 99:13,14
**overtime** 38:25
39:8 124:12
128:19,24
129:6,7 134:13
**own** 16:12
27:22 99:18
167:23 168:10

**owned** 58:6
162:11
**owner** 52:2
70:21
**owning** 162:13
**owns** 21:19
68:18

**p**

**p** 2:1,1
**p.m.** 1:19 81:15
181:8,11 184:3
184:6 185:3,4
**page** 3:2,6,21
4:3,9 18:17,18
19:8,11,14
92:23 110:19
110:21 116:7,8
150:7 165:15
165:17,19,25
173:23,24
188:5
**pages** 17:5 19:9
**paid** 4:5 21:8
21:12,14,16
42:2,13 43:18
70:2,13 119:15
119:21,23
120:4,7,9,11
121:10,14,18
121:21,21
128:11 129:14
129:20,21
132:14 136:18

138:2,13,23
141:4 144:11
146:23 148:14
148:18 152:16
156:11 159:21
159:23,24
171:10 174:12
175:3,4,10,14
175:21
**papers** 15:11
**paperwork**
49:15
**paragraph**
149:18 174:11
176:2,23,24,25
178:23 179:6
180:2,3
**paralegal** 2:21
6:13
**pardon** 22:6
92:19 112:9
131:20
**park** 187:2,14
**part** 48:15 69:6
74:13 104:8
125:25 129:23
153:9,15
177:12
**participate**
40:5 55:17,20
55:24 79:16
103:4,8,20
**participated**
102:20 114:5

**participates**
103:14 106:20
106:25 107:6
107:21 108:11
108:18
**particular**
136:17 137:24
137:25 138:8
**parties** 5:14,18
169:20 170:4
186:11,13
187:7,10
**parts** 17:3
99:17
**party** 12:22
**past** 152:24
**patrons** 177:3
**paul** 129:12
**pay** 31:9 43:5
45:25 46:24
47:12,17,25
48:9 70:5,9,13
70:17,22,24
85:10 88:14
100:9 128:23
128:24,24
136:12 137:25
142:16 176:3
**paycheck** 88:11
88:15,24,25
89:3 90:6
138:10,12
139:8

| | | | |
|---|---|---|---|
| **paychecks** 4:10 | 182:9,18,20 | 32:25 33:4 | 23:1 24:1 25:1 |
| 88:23 90:25 | **percent** 36:9 | 45:2,6 67:22 | 26:1 27:1 28:1 |
| 139:3 156:6 | 54:19,21 58:7 | 68:14 | 29:1 30:1 31:1 |
| **paying** 40:13 | 92:3 146:11 | **performed** | 32:1 33:1 34:1 |
| 49:14 | 153:11,17 | 108:4 | 35:1 36:1 37:1 |
| **payment** 40:10 | 154:13,18,19 | **performing** | 38:1 39:1 40:1 |
| 46:6,7 136:19 | 154:20 155:3,9 | 22:21 31:25 | 41:1 42:1 43:1 |
| 175:6 | 155:11,18,24 | 32:18 | 44:1 45:1 46:1 |
| **payments** | 156:5,10,23 | **performs** 93:24 | 47:1 48:1 49:1 |
| 20:16 | 157:11,14 | **period** 73:25 | 50:1 51:1 52:1 |
| **payroll** 60:13 | 161:15,21 | 86:24 90:14,18 | 53:1 54:1 55:1 |
| 60:17 84:22 | 162:20,25 | 96:24 120:20 | 56:1 57:1 58:1 |
| 85:15 86:8 | 163:2,14,19,19 | 138:11,24 | 59:1 60:1 61:1 |
| 90:10,14,18 | 164:2,5,9,10,13 | 148:15 171:24 | 62:1 63:1 64:1 |
| 91:7 92:14 | 164:14 166:19 | **perjury** 10:23 | 65:1,5 66:1,14 |
| 93:6 | 166:20,25 | **permitted** 5:22 | 66:23 67:1 |
| **pays** 42:16,20 | 167:10,11,13 | **person** 17:7,13 | 68:1 69:1 70:1 |
| 46:20 | 168:15 169:12 | 27:19 103:10 | 71:1 72:1 73:1 |
| **penalties** 10:23 | 171:12 172:13 | 104:10,12,13 | 74:1 75:1 76:1 |
| **pending** 12:4 | 177:3,14,20 | 112:11 129:20 | 77:1 78:1 79:1 |
| 130:17 | 178:14,15,25 | 137:24 138:8,9 | 80:1 81:1 82:1 |
| **people** 27:18 | 179:8,12 | 144:6 | 83:1 84:1 85:1 |
| 28:9 48:23 | 180:11,12,16 | **personal** 16:13 | 86:1 87:1 88:1 |
| 50:5 51:13,14 | **percentage** | **personally** | 89:1 90:1 91:1 |
| 62:24 90:24 | 84:5 | 101:17 | 92:1 93:1 94:1 |
| 95:4,11 102:13 | **perez** 72:17 | **petrosyants** | 95:1 96:1 97:1 |
| 103:17 113:11 | 108:4 111:18 | 1:11,17 2:11 | 98:1 99:1 |
| 114:10,15 | 111:24 112:2 | 5:1,8 6:1,15,21 | 100:1 101:1 |
| 124:20 125:6 | 112:13 122:5,6 | 7:1,3,13,23 8:1 | 102:1 103:1 |
| 125:19,24 | **perez's** 107:24 | 9:1 10:1 11:1 | 104:1 105:1 |
| 127:18,20 | **perform** 25:24 | 12:1 13:1 14:1 | 106:1 107:1 |
| 132:13 158:7 | 94:12 | 15:1 16:1 17:1 | 108:1 109:1 |
| 159:4 160:25 | **performance** | 18:1,14 19:1 | 110:1,16 111:1 |
| 169:11 175:23 | 29:19 31:3 | 20:1 21:1 22:1 | 112:1 113:1 |

| | | | |
|---|---|---|---|
| 114:1 115:1 | 179:1 180:1 | 16:20 49:4 | 101:19 104:25 |
| 116:1,4 117:1 | 181:1,13 182:1 | 123:6 135:2 | 110:2 119:13 |
| 118:1 119:1 | 183:1 184:1 | 138:21 | 136:5,22 157:8 |
| 120:1 121:1 | 185:1,7 188:2 | **planners** 162:9 | **points** 14:22 |
| 122:1 123:1,2 | 188:3,21 | **plates** 35:20 | 160:16 |
| 124:1 125:1 | **ph** 125:14 | 72:3 74:25 | **policies** 82:20 |
| 126:1 127:1 | 129:12 137:22 | 75:3 77:17 | 84:22 85:15 |
| 128:1 129:1 | **phone** 50:17,19 | **play** 105:14 | 86:2 90:11 |
| 130:1,21 131:1 | 50:21 | **plays** 68:14 | 92:25 96:21 |
| 131:3 132:1,24 | **phrase** 41:17 | **please** 6:6,21 | 116:17 117:12 |
| 133:1 134:1 | **physical** 50:9 | 7:21 9:3 11:4 | 119:6 120:17 |
| 135:1 136:1 | **picture** 129:24 | 11:18 12:2 | 122:10 171:21 |
| 137:1 138:1 | **place** 22:25 | 37:8 44:19 | 171:25 |
| 139:1,15 140:1 | 34:9 36:8 | 47:9 48:4 | **policy** 82:16,25 |
| 141:1,17 142:1 | 172:16 | 50:17 74:10,19 | 83:23 84:10 |
| 142:3 143:1 | **places** 172:10 | 75:17 77:9 | 117:21 118:23 |
| 144:1 145:1 | 172:12 | 83:5 85:7 87:4 | 151:17 |
| 146:1 147:1 | **plaintiff** 1:7 2:2 | 88:6 90:3 | **polishing** 76:25 |
| 148:1 149:1,6 | 3:7 13:2 18:12 | 92:12 97:8 | **pool** 39:16 40:5 |
| 149:8,21 150:1 | 110:14 111:15 | 107:4 108:8 | 69:23 73:24 |
| 151:1 152:1,4 | 116:2 122:20 | 118:7 130:19 | 76:10 81:20,23 |
| 153:1 154:1 | 132:22 150:4 | 147:5 148:22 | 82:7,7,25 |
| 155:1 156:1 | 165:10 173:16 | 152:2 158:2 | 83:11,17,24 |
| 157:1 158:1 | 173:21 174:12 | 161:20 172:25 | 84:11 104:9 |
| 159:1 160:1 | 176:4,6 | **plenty** 169:11 | 105:22 114:6,9 |
| 161:1 162:1 | **plaintiff's** | **plugged** 146:19 | 114:14,15,22 |
| 163:1 164:1 | 18:11,17 | **plus** 54:20 | 115:2,5,7,9,19 |
| 165:1 166:1 | 110:12,19 | 175:16 181:16 | 121:23 122:6 |
| 167:1 168:1 | 122:19 123:4 | **point** 20:21 | **pools** 82:10 |
| 169:1 170:1 | 132:20 133:3 | 24:16 42:4 | **portion** 58:2 |
| 171:1 172:1 | 150:2,8 173:15 | 46:3,22 48:11 | 177:14 183:6 |
| 173:1 174:1 | 173:19 | 49:3 58:5 | **position** 124:11 |
| 175:1 176:1 | **plaintiffs** 6:10 | 75:21 77:7 | **positions** 69:6 |
| 177:1 178:1 | 7:16 16:5,17 | 87:24 98:8 | 69:19,25 73:23 |

76:9
**possible** 10:3
41:13 79:19
80:2 101:21
**potential**
104:20
**practices** 45:12
45:17 82:16,20
93:2 96:21
120:17 171:21
171:25
**pre** 66:24 100:7
**premises** 23:11
**preparation**
15:7
**prepare** 13:18
**prepared** 17:15
124:7,9 131:10
132:4 187:3
**present** 2:20
33:13 102:16
103:9
**pretty** 157:19
**printed** 39:25
40:3 179:8
180:4
**prior** 162:6
186:4
**private** 3:16
152:20,22
153:2,6,16,21
154:11,12
161:16,21
164:20 165:20

169:19 170:3
**privilege** 15:2
**probably** 9:21
20:6 43:7,23
51:22 58:4,14
75:16,25 86:16
95:8 96:8
100:14 101:7
101:13 102:22
103:3,22 106:6
107:9,11,12,16
107:17 112:22
113:3,17,18
123:15,17
144:16 156:6
157:5 158:7
182:14
**problem** 31:13
**procedural**
5:23
**procedures**
82:17,20 93:2
96:21 120:18
171:21 172:2
**proceed** 7:9
74:10,19 83:5
88:6 90:3 97:8
108:8 118:7
130:19
**proceeding**
1:20 5:5,21
185:5 187:4
**proceedings**
186:3,4,5,8

187:5
**process** 32:4
**produce** 49:6
49:15 146:3
156:9 170:2,5
**produced** 5:20
16:4 44:6,8
48:15 91:13
117:25 123:5
127:23 130:4
133:5,7 134:3
134:20 135:4
137:13,17,19
137:20,23
141:14 144:25
145:5,15,21,23
146:8 148:6,11
148:12 166:3
172:15 182:19
**production**
92:11 130:10
139:7 148:16
**productive**
139:11
**professional**
137:4
**professionally**
28:24
**profitable**
52:12
**profits** 58:3,9
**promoted**
106:10

**pronounce**
159:20
**proof** 43:21
169:15
**proper** 46:6
80:25 81:4
104:14 160:9
160:10
**properly** 21:16
30:13,14 32:18
33:7 34:10
49:14 88:4
114:8 175:5
**provide** 104:18
151:24 156:11
**provided** 86:22
89:15 92:6
156:16,18,22
157:6,7 184:9
**providing** 31:2
**public** 185:14
186:20 188:25
**pull** 138:11
**purpose** 148:12
**pursuant** 42:17
42:21 152:16
176:4 184:7
**put** 107:19
161:2 184:13
**putative** 4:11
86:23 89:16
139:3

**[qualified - r]**

| q | | r | |
|---|---|---|---|
| **qualified**  186:7 | 126:23 130:16 | **r**  2:1 4:2,2,8 5:1 | 100:1 101:1 |
| **quality**  20:17 | 132:10 133:15 | 6:1 7:1 8:1 9:1 | 102:1 103:1 |
| 20:17 33:5 | 135:7 139:14 | 10:1 11:1 12:1 | 104:1 105:1 |
| **question**  8:6,25 | 139:22,24 | 13:1 14:1 15:1 | 106:1 107:1 |
| 9:2 11:4,6,19 | 140:2,4,16,17 | 16:1 17:1 18:1 | 108:1 109:1 |
| 12:4,5,24 | 140:18 141:23 | 19:1 20:1 21:1 | 110:1 111:1 |
| 14:19 15:3 | 144:17,23 | 22:1 23:1 24:1 | 112:1 113:1 |
| 16:19 21:10 | 148:10 153:14 | 25:1 26:1 27:1 | 114:1 115:1 |
| 27:11 29:2,13 | 156:2 161:20 | 28:1 29:1 30:1 | 116:1 117:1 |
| 34:19 35:2,10 | 163:4,6,8 | 31:1 32:1 33:1 | 118:1 119:1 |
| 35:10,16,22 | 168:12 169:23 | 34:1 35:1 36:1 | 120:1 121:1 |
| 36:18 38:2,5 | 170:10 174:19 | 37:1 38:1 39:1 | 122:1 123:1 |
| 39:6 41:18 | 174:22 175:8,9 | 40:1 41:1 42:1 | 124:1 125:1 |
| 42:18 44:12,16 | 176:12 179:20 | 43:1 44:1 45:1 | 126:1 127:1 |
| 44:17 45:14 | 180:2 183:13 | 46:1 47:1 48:1 | 128:1 129:1 |
| 48:3 51:4 52:7 | **questions**  3:20 | 49:1 50:1 51:1 | 130:1 131:1 |
| 53:23 54:4,12 | 10:5,10,19 | 52:1 53:1 54:1 | 132:1 133:1 |
| 59:20 62:22 | 11:14,18 30:3 | 55:1 56:1 57:1 | 134:1 135:1 |
| 63:17,19 64:19 | 90:17 97:2,5,6 | 58:1 59:1 60:1 | 136:1 137:1 |
| 70:7 73:4 74:8 | 110:7 120:21 | 61:1 62:1 63:1 | 138:1 139:1 |
| 76:12 79:11 | 128:2 133:13 | 64:1 65:1 66:1 | 140:1 141:1 |
| 80:10 83:7 | 141:25 148:3 | 67:1 68:1 69:1 | 142:1 143:1 |
| 85:9 86:13,17 | 159:4 161:13 | 70:1 71:1 72:1 | 144:1,7,8 |
| 87:12,22,23 | 183:4,12,15,23 | 73:1 74:1 75:1 | 145:1 146:1 |
| 88:4 89:24 | **quick**  62:5 | 76:1 77:1 78:1 | 147:1 148:1 |
| 90:5,16 91:20 | **quickly**  9:25 | 79:1 80:1 81:1 | 149:1 150:1 |
| 95:9 103:13 | **quote**  31:13 | 82:1 83:1 84:1 | 151:1 152:1 |
| 106:22,24 | 32:24 63:10 | 85:1 86:1 87:1 | 153:1 154:1 |
| 107:3,5 114:12 | 77:12 82:15 | 88:1 89:1 90:1 | 155:1 156:1 |
| 114:23 115:16 | 86:21 96:20 | 91:1 92:1 93:1 | 157:1 158:1 |
| 117:7,8 119:19 | 107:23 117:24 | 94:1 95:1 96:1 | 159:1 160:1 |
| 126:15,20,21 | 141:13 171:20 | 97:1 98:1 99:1 | 161:1 162:1 |
| | 174:12 176:2 | | 163:1 164:1 |
| | 177:2 178:24 | | 165:1 166:1 |

167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1
**raise**  6:22
100:13
**ramirez**  61:4
61:14,16
**ran**  162:2
**range**  54:16
**ranking**  66:5
93:18 99:6,9
**rate**  120:9
136:11 141:5
143:12,13
144:2 147:19
175:15,15
**rates**  138:22
**reach**  95:14,23
**read**  65:6
149:18 166:23
**ready**  62:5,6,17
**really**  44:24
53:22 84:19,25
85:9 87:23
170:14,15,16
**reason**  9:11
12:12,19

108:23 112:25
188:5
**recall**  19:13,16
23:2,6 46:2
47:2,19,22
48:11 50:13,14
52:16 64:23,25
65:3,9 71:6
73:15 76:5
77:6,8,21
78:15 80:19
82:9 98:7
101:18,20
106:5 109:23
121:15 147:2
155:6,7 182:13
**receipt**  164:16
164:16
**receipts**  163:13
**receive**  69:19
83:11 84:16
86:8 88:9 89:2
**received**  57:19
57:22 58:2
88:23 128:25
136:12 142:17
151:23
**receiving**  58:8
**recollection**
47:24 48:7
**recollections**
140:10
**record**  3:9 5:4
5:5,17 6:7 7:22

10:7,14 11:22
38:15 50:20
66:18,19,21
73:20 88:2
109:19 129:25
130:23 137:9
138:20,25
139:9 141:3,9
142:15 143:22
144:24 148:25
149:2,4 151:22
156:12,23
157:14 165:25
166:2 171:18
172:14 181:3,8
181:9,11 183:5
183:7 184:3,4
184:6,14,15,17
184:24 186:9
187:5
**recorded**  5:25
186:6
**recording**  5:20
186:8 187:3
**recordkeeping**
92:25
**records**  50:6,11
50:14,24 51:3
51:5,7 60:13
60:17 109:22
138:21 141:3
155:23 156:3,9
156:19 157:2
157:10 170:3,7

171:8 172:9
182:19
**redacted**
150:21 151:20
152:5 166:6
**redaction**  4:12
151:23,25
**reduced**  186:6
**refer**  18:4
96:18
**reference**
168:17
**referenced**
167:3 172:18
**referring**  67:8
67:11 72:13
**refers**  71:19,21
**regarding**
14:15 172:2
**regular**  103:2
124:11 128:18
128:23 129:5,7
129:14,18
136:8,12 138:3
138:14,15
143:10,16
144:9
**regularly**  13:23
**regulations**
39:25 40:3
**reiterate**  78:17
**related**  86:22
89:15 186:10
187:7

**[relative - restaurant]**                                   Page 29

**relative** 186:12
187:9
**remainder** 18:3
**remained** 34:22
**remember** 8:17
8:21,22 9:4,6,8
9:10,14,18
13:6,8,15 16:6
20:3 22:25
24:6,14,15
41:9,12,17
43:8,12,13
55:4,16 56:7
56:12 57:4
58:5,12,17
61:12,15 63:12
63:22 70:11
71:3 75:20
79:17,25 80:3
80:5,8 82:4
83:13 88:18
92:18,20
100:11,20
101:18 102:2
107:15 109:7
121:15 126:10
132:14 135:15
137:16,19
140:9,12
145:19 154:3
159:17 173:7
173:12
**remind** 65:4
66:15 149:8

**remote** 1:20
**remotely** 5:15
**renovated** 55:8
**renovation**
55:12,24
**renovations**
55:18
**repeat** 8:6
12:24 14:19
16:19 21:10
27:11 29:13
34:19 37:25,25
42:18 44:16,19
45:14 48:3
54:12 59:20
62:22 70:7
73:4 74:12
87:11 89:21,23
91:20 107:3
114:12 117:7
119:18 139:21
153:13 156:2
176:11
**rephrase** 11:5
**report** 32:12,19
44:11,14,18,20
56:6 61:16
96:6,12,13
98:9 109:15
**reported** 1:22
28:11 56:4
57:2
**reporter** 5:2,3
6:18 7:8 10:6,8

10:13,18 11:21
57:14 60:20
66:17,20 74:12
74:16,20
148:24 149:3
166:10,12,16
181:7,10 184:2
184:5,12,16,20
184:24
**reporting**
188:1
**reports** 28:5,15
59:8 98:17
**represent** 7:16
18:23 58:24
62:23 123:4
133:4 138:20
156:7 166:2
169:24 173:20
179:7
**representative**
1:15 6:16
151:17
**representative's**
150:20
**represented**
180:4
**represents**
133:17,18
**request** 139:2
184:8
**requested**
186:21

**requests** 49:5,9
**reservations**
78:24 79:2
**reserve** 183:20
**reserved** 185:2
**reside** 8:5
**resolve** 49:12
**respect** 119:7
137:3 171:22
**respectfully**
184:8
**responded**
49:10
**response** 91:17
138:25
**responses**
10:10
**responsibilities**
107:24 137:4
**responsible**
21:7,11,13,15
26:22 27:9,13
41:21,25 42:11
48:17 53:6
71:9,23 97:12
102:8
**restaurant**
17:24 21:9,12
21:17 23:15
24:5,21 25:2,4
25:9 26:3,5,12
26:19,24 27:10
27:14,19 28:3
28:9 29:16,20

| | | | |
|---|---|---|---|
| 31:10 33:2,4 | **restaurant's** | 79:18 80:2,4 | 161:12 162:12 |
| 33:14,16,18,20 | 52:8 58:6 | 81:6 84:11,18 | 163:4 166:17 |
| 33:23 34:2,3 | 118:23 | 87:9,17 88:24 | 166:18 167:23 |
| 35:18 36:5,7 | **resume**  105:20 | 89:4 90:7 | 168:21 169:21 |
| 36:20,24 37:8 | **returns**  59:23 | 97:13 98:3,11 | 171:7,11,16 |
| 37:13 38:10 | **revealing**  13:16 | 98:19,25 100:3 | 175:8,21 177:7 |
| 39:16 41:2,11 | **review**  15:6,10 | 100:7,19 | 178:14,21 |
| 41:23 42:5 | 15:14,25 16:3 | 103:13,14 | 179:3,6,10,15 |
| 51:10 52:6,10 | 181:2 186:21 | 108:15 109:11 | 179:17 180:18 |
| 52:12,14,18,23 | **reviewed**  16:9 | 109:24 110:16 | 181:25 182:2 |
| 53:11 54:8,10 | 174:5,8 | 111:9,15 | 182:12,15,18 |
| 54:14 55:8,18 | **riding**  11:16 | 113:11,16,22 | 182:21 184:17 |
| 55:25 57:8,17 | **right**  6:22 | 114:6,11,16 | **rights**  183:20 |
| 57:20,23 58:3 | 17:25 19:13 | 115:8,10 116:8 | **river**  8:8 |
| 59:5,13 60:4 | 22:3,14 23:15 | 116:13,23 | **rob**  138:12 |
| 60:24 61:20 | 23:23 24:3 | 117:13,14 | **robert**  1:11,17 |
| 64:11 65:21 | 28:15,17,20 | 118:25 119:15 | 2:11 5:7 6:14 |
| 66:4,6 68:18 | 31:4 33:9,22 | 119:16 120:7,8 | 7:3,23 185:7 |
| 69:20 70:17 | 34:4 35:23 | 121:23 123:2 | 188:2,3,21 |
| 72:24 74:4 | 36:16,23 37:22 | 124:10,21 | **role**  57:16 |
| 81:8 84:22 | 42:6 43:4 | 128:12 131:15 | 162:8 |
| 92:5 93:18 | 44:22 45:6,25 | 131:25 134:16 | **room**  33:14 |
| 95:3 97:3 | 47:2 48:15,22 | 136:16 137:14 | **row**  136:7 |
| 98:17 99:17 | 49:3,6 50:7,21 | 139:6 141:2 | **rows**  142:24,25 |
| 101:6 102:14 | 50:25 51:25 | 144:25 145:21 | **rule**  46:4,9,10 |
| 105:25 106:3 | 54:11,25 55:6 | 146:12,23 | 46:12 171:6 |
| 118:17 119:7 | 55:9 56:24 | 147:8 148:2 | 178:4,12 184:7 |
| 120:8 152:23 | 57:6 60:14,17 | 149:21 150:9 | **rules**  5:24 9:24 |
| 153:5 154:6,13 | 61:25 63:14,25 | 152:19,20 | 39:24 40:2,8 |
| 154:23 159:13 | 64:21 65:8,11 | 153:11,18 | **run**  22:25 |
| 160:18 162:4 | 68:8,10,18 | 154:14,24 | 28:24 36:20 |
| 162:12,13 | 70:14,20,23 | 155:13 156:21 | 37:7,8,13 |
| 167:23 171:2 | 71:21 76:5,22 | 156:24 157:16 | 52:10 60:6 |
| | 77:3,21,24 | 157:18,19 | 72:23 77:15,15 |

**[run - seen]**                                           Page 31

77:17 162:4
**runner**  96:2
**runners**  69:8
  69:10,17 77:14
  78:21 83:15,18
  84:6,9 99:16
  106:9 161:4
**running**  20:13
  26:3 30:13
  36:4,7,24
  37:17 38:9
  40:9
**runs**  17:23
  20:24 25:3
  26:12 27:19
  33:6 34:9 52:8
  67:3 100:7
  101:6 155:14
  158:16
**russian**  159:18
  159:19,19

**s**

**s**  2:1 3:5 4:2,8,8
  188:5
**saddle**  8:8
**sage**  2:14,21
  6:12
**sagelegal.nyc**
  2:17
**salary**  57:19
  128:10,12
  133:19 142:12
  143:25

**sales**  95:13,14
  95:23
**sample**  169:19
  170:5,12
**santiago**
  125:14
**satisfied**  45:6
**saw**  19:14,16
  32:13,17
  102:24 104:25
  105:5 180:5
**saying**  40:2
  59:22 99:5
  107:12 113:18
  120:20 130:5
  134:22 139:5,6
  139:10 146:8
  167:10 170:11
  172:8
**says**  18:20
  73:22 110:21
  111:18 116:8
  124:3,16 125:6
  126:24 127:10
  127:13 128:14
  129:5,16,17,17
  134:6 138:14
  142:9,10,11,11
  142:12,12
  144:8,9 146:20
  147:16 150:13
  150:16,24
  163:13,18
  164:5,15,16,17

165:17,19
166:24 168:15
169:16 174:2
174:11 176:2
176:25 178:24
179:7,21 180:3
180:10,15,20
180:20,22
**schedule**  61:19
  106:16,20
  107:7 108:12
  108:19
**schedules**
  107:2
**scheduling**
  96:23 97:3
**screen**  18:15
  110:17 116:5
  132:25 133:2
  146:13 150:6
  165:13 166:13
**scroll**  125:2
  142:10 144:20
**scrolled**  174:7
  174:7
**scrolling**  19:5
  144:3 174:10
**search**  170:21
  171:13,14
**searching**
  167:16 170:15
  170:23 171:8
  171:11 179:23

**sec**  89:22
**second**  19:11
  165:25
**section**  97:18
  99:20
**sections**  99:18
**see**  16:25 17:4
  18:21 19:7,10
  31:12,24 69:15
  77:25 110:21
  111:17,23,23
  111:24 112:8
  113:7 116:10
  124:10,13,15
  128:19,19
  129:16 134:16
  135:20,21,24
  136:3,9 137:25
  138:9 139:17
  150:10,12,15
  150:22 151:2,6
  151:10,11
  157:23 159:6
  165:22 166:11
  166:18 174:3
  177:5
**seek**  74:4
**seeking**  47:24
  48:8
**seem**  89:17
**seems**  118:3
  172:19
**seen**  19:4 43:25
  103:4,15

**[seen - signing]**                                                            Page 32

| | | | |
|---|---|---|---|
| 107:10,13,14 | 112:17 115:13 | **serving** 74:23 | 100:7 109:10 |
| 107:14 113:19 | 115:14,15,20 | 160:12 161:8,8 | 122:5 |
| 118:10 123:21 | 154:20 | **set** 82:12 83:14 | **shit** 120:25 |
| 172:17 | **server's** 115:18 | 116:17 160:9 | 121:5 169:9 |
| **sees** 104:12 | **servers** 69:8,9 | 161:24 162:4,6 | **short** 175:6 |
| **self** 158:16,19 | 73:3,6 74:22 | 162:10 167:17 | **show** 18:9 |
| **sell** 104:13 | 75:15 78:20 | 167:21 | 110:11 115:24 |
| **send** 95:5 97:24 | 83:15,16 94:7 | **sets** 162:8 | 122:17 125:10 |
| 101:3 134:15 | 99:15 161:4 | **setting** 160:9 | 132:19 134:16 |
| **sense** 171:5 | **serves** 115:15 | **seven** 81:17 | 141:6 149:25 |
| **sent** 49:25 | **service** 20:18 | **shahmuradyan** | 165:7 173:13 |
| 132:11 134:10 | 23:19 25:24 | 1:12 2:12 14:8 | **showed** 73:21 |
| **separate** | 29:19 30:11,12 | 15:21 21:20 | 97:22 141:19 |
| 164:12 | 30:15,18,25 | 188:2 | 141:22 170:10 |
| **separately** | 33:5 34:11 | **share** 58:8 | **showing** 18:15 |
| 164:5 | 41:22 42:2 | 69:22 83:11,17 | 110:17 116:5 |
| **sequentially** | 66:25 71:13,15 | 104:23 114:10 | 123:3 132:25 |
| 116:9 | 71:19,21 81:5 | **shared** 82:21 | 133:2 142:4 |
| **seriously** 137:5 | 82:18 94:12,13 | 121:22 122:6 | 150:7 165:14 |
| **serve** 72:7 | 94:17,21 99:14 | 146:13 | 166:9 173:18 |
| 160:13 | 115:10,13 | **sharing** 18:15 | **sic** 169:13 |
| **served** 16:17,21 | 120:19 153:11 | 110:17 116:4 | 177:14 |
| 18:25 25:25 | 153:12,17 | 132:25 150:6 | **sign** 112:25 |
| 31:23 49:5 | 154:13 156:10 | 165:13 | 113:2 153:6 |
| 115:5 | 156:24 157:15 | **sheet** 123:12 | **signature** |
| **server** 31:24 | 162:21 163:18 | 124:14 136:21 | 111:19,24 |
| 32:13,17 72:11 | 166:21,25 | 137:11 138:17 | 112:9 185:2 |
| 72:15,19,21 | 167:3,11 | 140:7,21,21 | 186:19 187:14 |
| 73:7 75:9 84:5 | 168:15,17 | 142:6,11,21,22 | **signed** 55:3 |
| 84:8 93:20 | 169:5 170:8 | 143:10 144:18 | 113:8 |
| 94:12 95:25 | 172:13,17 | 188:1 | **significance** |
| 99:11 102:17 | 177:3,14,20 | **shift** 66:24 | 135:3 |
| 104:2,7 105:16 | 178:14,16 | 78:22 80:14 | **signing** 112:2 |
| 105:19 106:10 | 180:11,16,18 | 97:23 99:17 | 112:14,21 |

**[similarly - successful]**                                      Page 33

similarly   1:5
single   139:3,7,8
sir   50:17 76:18
   137:3 145:25
   161:20 162:11
   170:22 179:25
sit   102:23
   103:16
sits   105:19
sitting   47:3,5
   47:10,23 53:10
   85:23 103:17
   122:9 175:20
situated   1:6
six   93:12
skills   186:9
   187:6
slash   73:7
   163:2
slow   95:3,12,23
smiles   104:14
smoothly   10:3
sole   102:18
solid   87:21,22
soon   34:2
sorry   14:14
   24:23 26:14
   32:9 37:19
   38:22 45:8
   62:10 79:23
   80:7 89:20
   90:15 91:5,18
   100:17 106:13
   108:6 111:6

121:4 122:25
153:13 182:23
sought   46:24
   47:7,11,16
   138:21
sounded   59:21
southern   1:2
speak   11:10
   13:24 14:10,15
   14:17,20 38:15
   67:17,21 88:11
speaks   104:11
special   153:22
   161:8 177:2,13
   177:19 178:13
specific   15:13
   15:13 37:11
   126:18 127:7
   135:17 170:6
specifics   20:15
   184:22
specify   37:11
split   171:3
spread   128:18
   128:24
spreadsheet
   3:12,13 123:7
   123:19 132:3
   132:10 135:11
   139:16,25
   143:6,8,15,21
   145:16 146:20
spreadsheets
   131:4 141:19

141:21,24
146:7 147:8
148:6,10
staff   25:24
   30:18 31:2
   34:12 41:22
   42:2,9,12 68:2
   68:17,23 69:5
   69:7 70:9
   71:10,13,13,16
   71:19,20,20,21
   71:24 72:2
   73:13 78:21,25
   80:14 81:6
   95:22 107:19
   136:23,23
   162:22 179:2
   180:18
staffing   160:10
staffs   95:16
stamped   150:9
   166:5
standard   178:2
start   100:15
   158:10 162:13
started   36:15
   41:11,13 61:8
   131:14 181:17
   182:4,8
starting   19:11
   35:19
starts   66:25
state   7:21 40:4
   45:13,18 88:2

186:20
statements
   169:2
states   1:1
status   73:3,6
stay   170:16
steak   31:20,23
   161:9,10
stenographic
   6:2
steps   46:4
stipulation   6:4
stood   130:24
stop   161:10
storage   43:24
   51:8,9,12
   167:15 169:10
stored   50:7,7
   50:11,15
stuff   172:20
subject   10:22
   74:19 84:9,21
   85:14,25 88:6
   90:10 93:8
   97:8 108:8
   110:9 116:16
   117:12 130:18
   148:22
subscribed
   185:9 188:22
substance
   14:24
successful
   37:13

**[suite - testimony]**                                                    Page 34

suite  2:5
sum  14:24
summarizing
  148:13
sunday  81:18
  90:23,23 93:15
supervise  39:15
  160:15
supervises
  94:13,17,20
supervising
  98:19,24 99:10
supervisor  99:3
supposed
  114:13,21
  115:2
sure  12:25
  20:24 24:17,18
  25:23,25 29:19
  31:22 33:6
  34:9,11 42:2
  42:12 44:20
  45:15 46:5,6
  52:11 53:19
  56:2 59:21
  68:13 73:5
  74:11 80:24
  81:3 87:21
  89:8,9,10 94:8
  94:11 104:9
  105:21 109:8
  111:21 113:2
  117:10 125:12
  153:15 155:10

155:18,20,21
156:3 160:7,8
160:11 172:10
172:11 176:14
181:4
suspend  101:4
swear  5:15
  6:20
sworn  5:17 7:5
  10:18 185:9
  186:5 188:22
system  40:10
  40:12 82:12
  83:12,14 162:2

**t**

t  3:5 4:2,2,8,8
table  74:25
  75:4 76:21
tables  72:8
  75:23 76:4
  115:5,15
take  5:4,12
  31:15,16 32:21
  46:5 62:5,11
  62:16 66:9
  75:11 103:18
  136:16,17
  137:4 148:19
  161:12 168:7
  183:24
taken  5:8 186:3
  186:11 187:8

talk  14:4 68:6
  184:14
talked  14:7
talking  18:6
  23:19 78:8
  147:3 177:25
tashkent  1:21
  5:11
task  105:22
tasks  108:5
tax  59:23
team  23:5
tell  7:5 10:21
  10:23 14:23
  20:11 37:3,4
  46:16,22 49:16
  49:17 69:6
  74:2 75:17
  77:11 82:24
  93:3 108:3
  110:24 111:6
  122:11 123:10
  123:18 124:5
  125:11 126:16
  127:21,25
  133:16 134:2
  142:4 143:6,8
  144:22 147:13
  147:20,23
  151:13 162:20
telling  54:5
  159:5
template  89:3

ten  165:15
terminate  45:3
terminated
  24:4
terms  37:16
  38:8 71:17
  172:14
testified  7:7
  155:13
testify  12:9,13
  17:7,16 73:22
  76:8 78:18
  82:15 83:3
  85:4 86:21,25
  87:2 89:14,17
  92:24 96:20
  107:23 110:5
  117:20,22,24
  118:4 120:16
  124:7,10 126:3
  126:8 127:20
  130:3,6,7,11,22
  131:4,8,10,22
  132:5,16 134:7
  139:16,25
  140:6,8,13
  141:12,18
  148:5 171:20
  172:5,22
testifying  10:24
  16:12 145:12
  186:5
testimony  8:24
  13:10,14 40:6

59:15 66:16
76:19 101:14
**thank**  6:18 7:8
7:10 24:24
66:13 74:20
78:3 183:21
184:10,23
**thing**  71:14
124:24 171:9
178:8
**things**  28:19
35:18 36:9
37:11 59:23
68:7 69:12
72:23,24 73:16
73:17 75:8,10
75:14 76:4,5
77:5,11,12,20
78:12,13 97:14
104:18 132:5
144:21 167:21
168:5
**think**  11:20
20:20 27:2
43:19 44:12
55:7 60:5 64:9
69:24 70:21
81:18,21 85:10
85:20,22,24
86:3,12 87:20
89:6,11 90:8
90:20 91:11,24
92:8 100:21
101:5 102:15

102:17 108:21
111:8 112:5
119:6 122:23
124:25 135:15
137:13,19
148:3 149:7,11
152:13 153:3
156:15 158:14
158:17,19
159:23 161:17
161:19 164:4
164:22 165:3,6
167:5,8 168:11
169:7,7,8,10
170:25 172:19
174:25 175:15
179:21 183:22
**thinks**  103:23
**thirty**  70:14
181:22
**thought**  104:19
**three**  8:20,23
145:8,10
154:20 166:20
170:19 178:15
**throw**  53:18
54:7
**time**  1:19 6:5
9:12 12:2 16:8
31:22 34:17,21
35:11 49:4
104:14 108:22
108:25 109:6
109:14,14

138:11 160:9
167:13 181:17
**timeframes**
170:6
**times**  8:15 13:5
13:7,13 26:6
26:15,16 29:10
33:22 41:18
65:22,23 80:15
164:23
**tip**  39:11,16
40:5,9 42:17
42:21,25 43:3
43:4 54:18
69:22 70:2,9
70:24 73:24
76:10 81:20,23
82:6,7,25
83:11,17,24
84:2,11 114:6
114:9,14,15,22
115:2,5,7,9,19
120:4,11
121:14,20,23
122:6 141:5
148:14 162:24
164:7 176:6,8
176:16,21
178:7,18 183:2
**tipped**  4:6
78:19 83:10
84:7 88:22
90:9 91:9
121:8 122:12

138:23 141:4
148:17 178:20
182:21
**tipping**  45:12
45:17
**tips**  42:6,8,13
54:11,14,22
69:20 82:21,22
88:10,14
114:10,16
115:6,8,16
120:10 121:11
154:19 171:22
175:16
**title**  123:9
133:9,19 136:2
**titles**  26:19
134:17 140:23
**toast**  60:6,8,10
60:13 89:2
92:16,17
138:13 157:18
157:22
**today**  6:14 10:5
10:20 11:18
12:10,14,20
16:12 30:4
36:3 47:3,5,10
47:23 53:10
85:23 90:18
101:15 122:9
132:5 145:12
155:13 175:20

**[today's - understand]**                                    Page 36

| | | | |
|---|---|---|---|
| **today's**  10:2 | **total**  129:6 | 179:4,9 186:8 | 93:14 |
| 13:18 14:5,9 | 138:22 141:3 | 187:4 | **u** |
| 15:7,14 18:4 | 146:22 148:13 | **truth**  7:5,6,6 | **u**  4:2,8,8 |
| 65:6 141:11 | 154:18 157:14 | 10:22,24 | **uh**  37:23 57:13 |
| **together**  25:8 | 182:6 | **truthfully** | 60:18 165:12 |
| 69:23 121:23 | **touch**  137:5 | 12:10,13 124:6 | **unable**  76:11 |
| **told**  9:7 28:8 | **training**  71:9 | **try**  10:2 11:5 | **under**  5:23 |
| 37:5 41:19 | 71:24 73:13 | 12:2 29:21 | 10:20 13:10,14 |
| 49:11,17,23 | **trains**  72:9 | 31:11,17,18 | 111:4 112:8 |
| 56:11 57:3 | **transcriber** | 135:9 142:2 | 127:6 149:9,22 |
| 73:10 75:9,15 | 187:1 | **trying**  36:20 | 149:23 150:15 |
| 75:20 76:3,20 | **transcribing** | 105:13 113:7 | 151:14 182:19 |
| 79:13,24 95:21 | 10:8 | 134:23 141:2 | 183:16 |
| 96:14 132:11 | **transcript**  5:19 | 144:22 159:9 | **underlying** |
| 143:9 163:6 | 15:16,17,24 | 159:11 167:16 | 146:16,18 |
| 164:2 | 65:6 184:9 | 169:15,15 | 148:16 |
| **tonight**  161:8 | 186:21 187:3,4 | **tuesday**  1:18 | **understand** |
| **took**  23:3 162:7 | **transcriptionist** | **twenty**  70:14 | 5:18 7:19 |
| 167:18 | 186:7 | 78:25 | 10:11,15,20 |
| **top**  18:18 29:20 | **triggered**  95:12 | **twin**  57:5 | 11:3,7,13,23 |
| 142:9,10 | 95:15 | **two**  8:23 9:20 | 12:6 16:11 |
| 150:12 165:18 | **true**  14:7 42:15 | 20:5 94:9 | 19:2 36:17 |
| 173:25 | 42:19 52:13,22 | 95:16 141:19 | 52:7 62:12 |
| **topic**  73:21 | 53:21 62:19,23 | 141:21,24 | 65:7 71:18 |
| 74:7 76:7 | 63:6 85:5,13 | 161:6 | 105:13 126:19 |
| 80:18 82:13 | 86:6 102:12 | **type**  80:17 | 134:9,24 135:5 |
| 83:2 86:19 | 106:19,24 | 110:24 128:10 | 137:14 141:2 |
| 89:13,18 92:21 | 107:5 108:24 | 142:12 154:9 | 141:25 146:17 |
| 92:23 93:4 | 109:24 121:8 | **typewriting** | 149:10,22 |
| 110:6 172:21 | 145:14 146:16 | 186:6 | 154:16 161:18 |
| 184:11 | 146:19 147:7 | **typical**  54:17 | 164:13 166:20 |
| **topics**  67:20 | 174:16 175:9 | 61:19 | 166:23 169:22 |
| 117:19 172:23 | 176:7,14,19 | **typically**  29:14 | 180:14 |
| 183:9,16 | 177:7,18 179:2 | 42:6 65:25 | |

**understanding**
167:6
**understood**
11:7 62:18
169:11,12
171:2
**unique** 128:7
**united** 1:1
**unprepared**
183:9,15
**unquote** 31:13
32:25 63:11
77:12
**unwilling** 76:11
**upkeep** 40:9
**upper** 8:8
**urtel** 1:22 5:3
186:2,19
**use** 50:17 71:17
92:15 95:11
137:6 169:21
**used** 22:24
111:11
**uses** 5:22
143:16 153:24
**using** 50:19,20
**usually** 23:16
54:14 67:21
94:11
**uzbekistan**
1:21 5:11
171:13
**uzt** 1:19 185:4

**v**

**v** 1:8 5:9 188:2
**vacation**
108:23
**value** 67:23
**vendors** 20:16
**veracity** 148:10
**verbal** 10:10
57:14 60:20
92:2 167:6
**verbally** 162:24
167:8,12 169:2
170:25
**verification**
143:7
**verify** 134:18
135:23 136:5
136:23 137:11
138:6,12,16,17
139:9 140:20
140:24,25
141:8,24 142:2
142:14 143:4,5
144:21 146:9
146:12,14
147:9 157:17
177:16
**veritext** 5:4
188:1
**versions** 164:25
**videoconfere...**
2:3,13,22

**void** 97:20
**voluntary**
171:23

**w**

**wage** 38:17
39:11 42:17,21
43:6 70:2,6,10
70:18,19,24,25
119:16,22,24
120:9 121:10
121:16,19
173:5,8 174:14
174:15 175:11
175:16 176:5
**wages** 42:3
57:22
**waiters** 97:17
**walk** 35:17
36:8
**want** 35:22
37:16 38:8
48:25 53:18
62:11,16 65:4
71:7 73:19,22
76:21 77:2,9
82:14 87:25
104:9 105:17
115:3 123:23
123:25 126:22
127:19 134:5
135:8 136:16
137:8,10 140:6
140:7,13,24,24

141:23 142:14
146:17 161:7
168:5,11 183:5
184:12,13
**wanted** 37:12
37:14 52:3
108:22 111:11
164:6,7
**wants** 52:4
70:19,22
**washing** 78:6
**way** 11:21
36:15,19,19,21
41:4,19 46:20
55:23 85:24
120:8
**we've** 148:3
172:17
**wednesday**
91:2
**week** 26:6,15
26:16 29:10
65:22,23 81:17
90:20 93:10
**weekly** 90:20
**weeks** 16:10
**went** 154:20,21
154:23,25
155:18,25
156:5,10,13,24
157:11 169:6
**when's** 9:12
**white** 15:11

**whoever's**
160:12
**wife** 22:2,4,7,8
56:9,24 58:7
64:10 68:18
145:11 162:3
162:11
**wiping** 78:10
**withdrawn**
24:24 26:4
37:10 46:15,16
47:4 48:13
56:3 69:4
85:23 88:20
94:18 100:12
176:25
**witness** 5:15,17
5:18 6:14,20
7:4 15:2 17:11
23:25 24:10
25:12 26:11
27:2 29:6 31:6
33:11 34:14
38:19 39:3,19
40:16,22 41:16
45:21 47:19
53:15,25 56:11
56:17,21 58:11
58:22 59:3,17
60:21 61:22
62:3,7 63:3,16
64:3,8,23
65:16 66:8
67:5,11 69:2

71:3 73:22
74:2,7 76:8,11
76:15 77:10
78:17 79:21
80:24 82:2,15
82:23 83:3,7
83:20 84:13,25
85:18 86:11,20
86:24 87:2,11
87:20 88:3
89:6,13,17,21
89:25 92:24
93:3,5 94:3,24
95:7 96:8,19
96:25 97:4,5
98:13,21
101:24 103:7
103:22 104:22
105:10 107:23
108:3 110:5,6
112:5,16
113:24 114:18
115:12 116:20
116:25 117:6
117:20,22
118:3 119:13
119:18 120:16
120:20,22,24
120:25 121:13
121:25 122:15
122:22 125:22
126:7 130:2,5
130:7,10,12,13
130:24 131:17

132:9 136:15
139:5,10,21
141:12 143:19
145:3,19
146:25 148:4,5
148:9 151:5,6
154:2 166:11
166:18 168:2
168:20 171:19
172:4,8,21
174:18 175:13
176:11 177:9
177:22 179:12
179:19 180:9
181:5 183:4,8
183:11,19,22
186:4
**witnessed**
112:22 113:3
**witness'** 188:3
**word** 163:16
**words** 96:23
**work** 57:8
93:11 99:21
127:20 132:13
134:25 140:8
140:11 158:13
181:14 182:10
183:18
**worked** 122:5
129:8,13
174:13 181:19
182:6,20

**workers** 174:14
176:5
**working** 36:15
41:10,11,14
48:23 61:9
91:14 131:14
158:11 175:23
181:18 182:4,8
**works** 99:12
**would've**
100:16,18
144:11
**write** 101:4
111:8,9,11,14
112:2 113:11
113:13,14,24
113:25
**writing** 148:23
170:8 173:2
**written** 6:3
15:11 43:17
44:2 91:5,6,9
91:15,21 92:3
92:7 106:4
169:4 172:7
**wrong** 48:25
71:8 98:16
101:7 112:6,12
112:23 113:4
113:12 159:13
**wrote** 113:4

**[x - zoom]**                                               Page 39

| x | | |
|---|---|---|
| **x**  3:1,5 4:1 186:21 | 89:11 90:8,12 94:15,24 97:14 97:14,18,25 98:4,4,16 99:14,19,24 | 166:18 168:3,3 168:3,3 171:12 171:14 174:4 178:15,17,22 179:4,13 182:3 |

**y**

**yeah**   9:21 19:9
  19:9 22:7
  23:25 24:11
  25:4 27:15
  28:10,19,24,25
  30:14 31:11
  33:25 34:2,3
  34:14 36:19,19
  36:21 37:18
  42:7 43:2,24
  44:5 45:4,7
  46:13 48:23
  50:11 51:2,19
  53:7 54:15,22
  55:2,10 57:7
  58:4,16,20
  59:8,8,19
  64:10 65:8
  66:2,12 67:14
  67:16 68:9
  69:11,13,24
  70:4,21 71:16
  71:25 72:10
  73:18 75:8,13
  76:24 77:25,25
  79:6 80:8
  81:12,16 83:21
  84:13,19 85:11
  87:20 88:25

89:11 90:8,12
94:15,24 97:14
97:14,18,25
98:4,4,16
99:14,19,24
100:14 101:8
101:24 102:7
103:16,17
104:6 107:20
108:16 110:23
111:9,13,16,22
111:23,23,24
112:10,12,13
113:12,13,20
114:3,4,13
115:20 116:11
116:25 117:6
117:15 118:6
118:11 120:3,6
123:16 124:2
124:18,18,18
124:24 125:3,3
125:3 128:13
128:14,21
131:17 133:24
135:16 136:10
142:23 147:9
149:16,24,24
149:25 150:11
150:23 151:6,7
152:9,21
153:19 158:14
160:16 162:15
162:16 165:4

166:18 168:3,3
168:3,3 171:12
171:14 174:4
178:15,17,22
179:4,13 182:3
182:17,22
183:2 184:19
184:19

**year**   9:15 52:15
  52:20 157:15

**years**   9:20
  19:25 20:5
  61:7 104:7
  152:24 165:5

**yep**   32:20,22
  43:15 62:3
  81:9 93:22
  98:13 100:4
  109:12 114:7
  124:22 150:18

**yesterday**
  13:25

**york**   1:2 2:6
  5:14 174:13,15
  186:20 188:1

| z | | |
|---|---|---|
| **z**   35:4 **zoom**   125:20 | | |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.