**Exhibit 3**

Page 1

1                UNITED STATES DISTRICT COURT

2                         FOR THE

3                SOUTHERN DISTRICT OF NEW YORK

4    _____

5    KATHERINE FERNANDEZ, on Behalf

6    of Herself and Others Similarly

7    Situated,

8            Plaintiff,

9        v.                              Civil Action No.

10   BULLDOZER HOSPITALITY GROUP,        1:25-cv-4490

11   INC., d/b/a OSTERIA LA BAIA,

12   ROBERT PETROSYANTS and MARIANNA

13   SHAHMURADYAN,

14           Defendants.

15   _____

16    DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE FOR

17     BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

18                 BAIA - JANOS PALIKO

19   DATE:          Wednesday, December 3, 2025

20   TIME:          1:04 p.m.

21   LOCATION:      Remote Proceeding

22                  Jersey City, NJ 07302

23   REPORTED BY:   Talya Brott

24   JOB NO.:       7776531

25

Page 2

1        A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:
3        JOSEF NUSSBAUM, ESQUIRE (by videoconference)
4        Joseph & Kirschenbaum LLP
5        45 Broadway, Suite 320
6        New York, NY 10006
7        jnussbaum@jk-llp.com
8        (212) 688-2545
9
10  ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,
11  INC., D/B/A OSTERIA LA BAIA; ROBERT PETROSYANTS; AND
12  MARIANNA SHAHMURADYAN:
13        EMANUEL KATAEV, ESQUIRE (by videoconference)
14        Sage Legal LLC
15        18211 Jamaica Avenue
16        Jamaica, NY 11423
17        emanuel@sagelegal.nyc
18        (718) 412-2421
19
20  ALSO PRESENT:
21        Alivia Cooney, Paralegal, Sage Legal LLC (by
22        videoconference)
23
24
25

Page 3

1              I N D E X
2  EXAMINATION:                      PAGE
3     By Mr. Nussbaum                  6
4
5              E X H I B I T S
6  NO.      DESCRIPTION              PAGE
7  Exhibit 1    Spreadsheet of Employees,
8        File Named 2025.csv         49
9  Exhibit 2    Spreadsheet of Employees,
10       File Named 2024.csv         66
11  Exhibit 3    Spreadsheet of Employees,
12       File Named 2023.csv         72
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              J. PALIKO
2        THE REPORTER:  Good afternoon.  My
3  name is Talya Brott.  I'm the reporter
4  assigned by Veritext to take the record of
5  this proceeding.  We are now on the record
6  at 1:04 p.m.
7        This is the deposition of Janos
8  Paliko taken in the matter of Katherine
9  Fernandez, et al. vs. Bulldozer
10  Hospitality, Inc., et al., on Wednesday,
11  December 3, 2025, in Jersey City, New
12  York.
13        I am a notary -- I'm sorry.  Jersey
14  City, New Jersey.
15        I'm a notary authorized to take
16  acknowledgments and administer oaths in
17  New York.  Parties agree that I will swear
18  in this witness remotely.
19        Additionally, absent an objection on
20  the record before the witness is sworn,
21  all parties and the witness understand and
22  agree that any certified transcript
23  produced from the record of this
24  proceeding:
25        - is intended for all uses permitted

Page 5

1              J. PALIKO
2  under applicable procedural and
3  evidentiary rules and laws in the same
4  manner as a deposition recorded by
5  stenographic means; and
6        - shall constitute written
7  stipulation of such.
8        At this time will everyone in
9  attendance please identify themselves for
10  the record beginning with Plaintiff's
11  counsel.
12        MR. NUSSBAUM:  Hi.  Good afternoon.
13  Josef Nussbaum from Joseph & Kirschenbaum
14  for the plaintiffs.
15        MR. KATAEV:  Good afternoon.  Emanuel
16  Kataev of Sage Legal LLC for the
17  defendants.
18        With me is Alivia Cooney, a paralegal
19  at the firm, and of course the witness,
20  Janos Paliko, who is the designated
21  corporate representative of Defendant
22  Bulldozer Hospitality Group, Inc.
23        THE REPORTER:  Thank you.
24        Mr. Paliko, will you state your name
25  for the record.

2 (Pages 2 - 5)

Page 6

J. PALIKO

1         J. PALIKO
2         MR. PALIKO: Janos Paliko.
3         THE REPORTER: Thank you. Hearing no
4    objection, I'll swear in the witness.
5         Please raise your right hand.
6    WHEREUPON,
7         JANOS PALIKO,
8    called as a witness and having been first
9    duly sworn to tell the truth, the whole
10   truth, and nothing but the truth, was
11   examined and testified as follows:
12        THE REPORTER: Thank you.
13        You may proceed.
14        MR. NUSSBAUM: Thank you.
15        EXAMINATION
16   BY MR. NUSSBAUM:
17   Q    Good afternoon, Mr. Paliko.
18   A    Good afternoon. Good afternoon.
19   Q    Do you hear me well?
20   A    Yeah. Yeah. Okay.
21   Q    Great. So you just stated your
22   name for the record. Have you ever gone
23   by any other names?
24   A    No. No.
25   Q    Any nicknames?

Page 7

J. PALIKO

1         J. PALIKO
2    A    No.
3    Q    Okay. As I think you heard
4    earlier, my name is Josef Nussbaum. I
5    represent Katherine Fernandez and two
6    other plaintiffs in a lawsuit against
7    Bulldozer Hospitality Group, Inc. Are you
8    familiar with that entity?
9    A    I am.
10   Q    Okay. And do you work for that
11   entity?
12   A    I do.
13   Q    And that entity runs --
14        THE REPORTER: Speak up -- speak up,
15   please, Mr. Paliko. Speak up.
16        THE WITNESS: Yes, I do.
17   BY MR. NUSSBAUM:
18   Q    And that entity runs a
19   restaurant that's called Osteria La Baia;
20   correct?
21   A    Correct.
22   Q    Okay. So for the remainder of
23   today's deposition, is it clear to you
24   that if I refer to "Bulldozer" or "Osteria
25   La Baia," I'm referring to the same thing?

Page 8

J. PALIKO

1         J. PALIKO
2    A    Okay.
3    Q    Great. The address you gave the
4    court reporter, is that where you reside?
5    A    Yeah.
6         MR. KATAEV: Objection, form.
7    BY MR. NUSSBAUM:
8    Q    Okay. Have you ever been
9    deposed before?
10   A    Never. It's first time.
11   Q    Great. I'm going to be asking
12   you a number of questions today, so I'll
13   go over a few ground rules just to try to
14   make it a little bit easier.
15        The court reporter will be
16   taking everything that we say down for the
17   record. Because the court reporter is
18   transcribing the deposition, it's
19   important that you give verbal responses
20   to all my questions.
21        The court reporter cannot record
22   any hand movements or head nods. Do you
23   understand that?
24   A    I do.
25   Q    You have been sworn in, and

Page 9

J. PALIKO

1         J. PALIKO
2    you're answering all questions under oath
3    today.
4         Do you understand that you have
5    the same obligation to tell the truth and
6    will be subject to the same penalties for
7    perjury if you don't tell the truth as if
8    you were testifying in a court of law?
9    A    I understand.
10        MR. KATAEV: Objection, form.
11   BY MR. NUSSBAUM:
12   Q    If you don't --
13        THE REPORTER: I didn't hear that,
14   Mr. Kataev.
15        MR. KATAEV: Objection, form.
16        You may --
17   BY MR. NUSSBAUM:
18   Q    If you don't understand a
19   question I've asked, please let me know,
20   and I'll rephrase it. If you answer the
21   question, I'm going to assume that you
22   understood it. Do you understand that
23   instruction?
24   A    Yes, I do.
25   Q    Okay. Please let me finish

3 (Pages 6 - 9)

J. PALIKO

1                J. PALIKO
2  asking a question before you begin your
3  answer, even if you think you might know
4  what I'm about to ask.
5       That way, the court reporter can
6  get everything that we say down for the
7  record.  Do you understand that?
8  A  I do.
9  Q  Okay.  If you need a break at
10  any time, please let me know, and I'll try
11  to accommodate you.  I just ask that if a
12  question is pending, you first answer the
13  question before we take a break.  Do you
14  understand that?
15  A  I understand.
16  Q  Okay.  You speak English
17  fluently; right?
18  A  I do.
19  Q  Okay.  So you understand all my
20  questions so far today, or all my
21  instructions?
22  A  I do.
23  Q  Great.  Are you currently taking
24  any medication that may impair your
25  ability to testify truthfully today?

J. PALIKO

1                J. PALIKO
2  A  I don't.
3  Q  Is there any other reason that
4  you're unable to testify truthfully today?
5  A  No.
6  Q  Are you taking any medication
7  that may impair your memory?
8  A  No.
9  Q  Is there any other reason that
10  your memory may be impaired?
11  A  No.
12  Q  Okay.  Are you being paid to
13  testify today?
14  A  Yes.
15  Q  Who's paying you?
16  A  Beg your pardon?  Could you
17  repeat?
18  Q  Who is paying you?
19  MR. KATAEV:  Objection to form.
20  BY MR. NUSSBAUM:
21  Q  You can answer.
22  A  Nobody's paying me to do that.
23  Q  I understood a moment ago that
24  you said that you are being paid to
25  testify today.  Are you being paid to

J. PALIKO

1                J. PALIKO
2  testify today?
3  A  No, I'm not.
4  Q  Okay.  Please make sure to let
5  me finish my question before you start
6  your answer; okay?
7  A  Sure.
8  Q  Okay.  Have you ever been a
9  plaintiff or a defendant in a lawsuit?
10  A  Never.
11  Q  And have you ever given any
12  testimony under oath before?
13  A  No.
14  Q  Any signed statements?
15  A  No.
16  Q  Okay.  Without revealing any
17  communications -- the substance of any
18  communications you had with an attorney
19  before today's deposition, did you do
20  anything to prepare?
21  A  I did.
22  Q  What did you do?
23  A  We went over a few questions and
24  answer, and also, I reviewed the
25  deposition of Robert and Marianna.

J. PALIKO

1                J. PALIKO
2  Q  Okay.
3  THE REPORTER:  Can you speak up,
4  please, or move closer to the mic?
5  THE WITNESS:  Okay.
6  THE REPORTER:  Thank you.
7  BY MR. NUSSBAUM:
8  Q  Did you review any payroll
9  records?
10  A  I haven't.
11  Q  But you're familiar with payroll
12  records at Osteria La Baia; right?
13  A  Some of them.  I'm not in charge
14  with the payroll.
15  Q  Who's in charge of the payroll?
16  A  Stephanie is the one who is
17  submitting the payroll.
18  Q  What's Stephanie's last name?
19  A  I don't recall her last name.
20  Q  And she still works for the
21  company?
22  A  Yes.
23  Q  Do you understand that you're
24  testifying today on behalf of Osteria La
25  Baia?

4 (Pages 10 - 13)

Page 14

J. PALIKO

1
2    A    Yes, I do.
3    Q    And that the answers you give
4    will bind that corporation. Do you
5    understand that?
6        MR. KATAEV: Objection, form.
7        THE REPORTER: -- didn't get an
8    answer.
9    BY MR. NUSSBAUM:
10    Q    You can answer.
11    A    I do.
12    Q    Have you reviewed the notice for
13    today's deposition?
14    A    No.
15    Q    Okay. You're the general
16    manager of Osteria La Baia; right?
17    A    Correct.
18    Q    And how long have you been in
19    that role?
20    A    Since September last year, I
21    took over the position.
22    Q    So about 14 months?
23    A    Yeah, around.
24    Q    Okay. And what did you do
25    before that?

Page 15

J. PALIKO

1
2    A    Before I -- I been a floor
3    manager and assistant general manager in
4    the same company.
5    Q    Okay. And how long were you
6    floor manager for?
7    A    I start as a floor manager in
8    February 2022, and I been, like, around
9    one year. I don't recall exactly.
10    Q    Okay. And you were assistant
11    general manager at the same time?
12    A    No. After.
13    Q    You were assistant general
14    manager after you were floor manager, but
15    before you became general manager; is that
16    right?
17    A    Correct.
18        MR. KATAEV: Objection, form.
19    BY MR. NUSSBAUM:
20    Q    Okay. Who hired you to work at
21    Osteria La Baia in February 2022?
22    A    I don't recall his name. It was
23    a GM. He -- he'd been only for a couple
24    of weeks, and after, he left. I don't
25    recall his name.

Page 16

J. PALIKO

1
2    Q    Okay. And who promoted you to
3    assistant general manager?
4    A    After was another GM who came,
5    and he -- he was the one who promote me.
6    Q    What's his name?
7    A    I have to check my records. I
8    don't know, because there were so many
9    before.
10    Q    Okay. And do you know why that
11    GM left?
12        MR. KATAEV: Objection, form.
13        THE WITNESS: I don't recall. I
14    don't recall.
15    BY MR. NUSSBAUM:
16    Q    Does that GM still work for the
17    company?
18    A    No, no more.
19    Q    No. Who promoted you to general
20    manager?
21    A    Actually, nobody promoted me.
22    The -- the general manager who been with
23    us, he left, and I just took over his
24    role.
25    Q    Just decided on your own?

Page 17

J. PALIKO

1
2    A    Was, of course, our director,
3    operation, Robert, who -- who decided.
4    Q    So Robert hired you to be the
5    general manager?
6    A    He promote me.
7    Q    Would it be surprising to you,
8    especially since you read Marianna's
9    deposition transcript, that she said she
10    interviewed and hired you to be the
11    general manager?
12    A    Yeah, both of them, they been
13    there.
14    Q    So both of them interviewed and
15    hired you to be the general manager;
16    right?
17    A    Yeah. Actually, we had just a
18    conversation. Was not, like, an
19    interview.
20    Q    Okay. Did you get a pay raise
21    from when you were promoted from assistant
22    GM to GM?
23        MR. KATAEV: Objection, form.
24    BY MR. NUSSBAUM:
25    Q    What's the answer?

5 (Pages 14 - 17)

Page 18

J. PALIKO

1
2          THE REPORTER:  Repeat your answer.
3          THE WITNESS:  Not right away.
4 BY MR. NUSSBAUM:
5      Q   Okay.  Did you get one later?
6      A   Yes.
7      Q   Okay.  Who decided to give you a
8 pay raise?
9      A   The director, operation.
10     Q   And Marianna; right?
11     A   I'm in touch only with the
12 director, operation.  It's chain of
13 command.
14     Q   Okay.  Would it surprise you to
15 hear that Marianna testified that she
16 speaks to you about the operations of
17 Osteria La Baia?
18         MR. KATAEV:  Objection to form.
19 BY MR. NUSSBAUM:
20     Q   You can answer.  Unless your
21 attorney tells you not to answer, you
22 answer the question; okay?
23     A   Marianna, she's not involved in
24 operation.  She's doing financing.  Only
25 the director, operation, Robert, it's

Page 19

J. PALIKO

1
2 involved, and I am in contact with -- with
3 Robert more than Marianna.
4      Q   That wasn't --
5          THE REPORTER:  Keep your voice up,
6      please.
7 BY MR. NUSSBAUM:
8      Q   Okay.  You didn't answer my
9 question.  My question was does
10 it -- would it surprise you to hear that
11 Marianna said she talks to you about
12 operations sometimes?
13         MR. KATAEV:  Objection, form.
14         THE WITNESS:  Sometimes.  Yeah.  Not
15     very --
16 BY MR. NUSSBAUM:
17     Q   She does?
18     A   Yes.
19     Q   Did you get a raise when you
20 were promoted from floor manager to
21 assistant GM?
22         MR. KATAEV:  Objection to form.
23         THE WITNESS:  Not right away.
24 BY MR. NUSSBAUM:
25     Q   Okay.  But you got one

Page 20

J. PALIKO

1
2 eventually; right?
3      A   I did, yeah.
4      Q   But why is it that both times
5 you got a raise, it wasn't right away, but
6 later?  Is there a specific reason for
7 that?
8      A   Because all the time when you
9 got a promotion, you have a -- like, a
10 probation period to see if -- if you are a
11 good fit for that position.
12     Q   But when you were interviewed
13 in -- I'm sorry.  I thought you were done.
14 Was there something else you were saying?
15     A   The majority restaurant, when I
16 used to work before, they do this.  They
17 give you, like, one or two months'
18 probation to see if you are a good fit for
19 that.
20     Q   Okay.  So when you had your
21 interview and you were promoted to the new
22 roles, you discussed at that time that you
23 would have a probationary period.
24         But if you passed -- if you
25 survived the probationary period, you

Page 21

J. PALIKO

1
2 would get a raise; right?
3      A   Correct.
4      Q   And Robert and Marianna decided
5 that; right?
6      A   Yes.
7      Q   Now, after you were promoted
8 from floor manager to assistant general
9 manager, who became the floor manager?
10     A   We didn't have any floor
11 manager.
12     Q   Okay.  Is there a floor manager
13 today?
14     A   We don't have any floor manager.
15     Q   So other than you, who else is
16 in charge of the restaurant?
17     A   At the moment, I'm the only one,
18 manager in the restaurant in charge.
19     Q   Okay.  What does Robert do at
20 the restaurant?
21     A   Robert, he's the director,
22 operation.  He is doing the -- he's in
23 charge with the vendors, with the
24 payments, and that's it.  Everything else,
25 what is front of the house, I'm in charge.

6 (Pages 18 - 21)

Page 22

J. PALIKO

1
2    Q    Right.  But isn't it true that
3  Robert attends pre-shift meetings with the
4  front-of-the-house employees?
5    A    Once in a --
6        THE REPORTER:  Was that an objection?
7        MR. KATAEV:  To form.
8        THE REPORTER:  Go ahead.
9        THE WITNESS:  Once in a while.  Not
10  very often.
11  BY MR. NUSSBAUM:
12    Q    Okay.  How often would you say?
13    A    Maybe once a month.
14    Q    Okay.  The -- withdrawn.
15        What's your schedule at the
16  restaurant?
17    A    I have a flexible schedule.  I
18  do my own schedule, and usually, I'm all
19  the time there when it's busy or rush
20  hour.  Usually, I do, like, doubles five
21  days a week or six days when it's
22  required.
23        Depends how busy we are and how
24  many events.
25    Q    Who's the -- who's -- withdrawn.

Page 23

J. PALIKO

1
2        Who manages the restaurant on
3  the one or two days that you're not there?
4    A    It's -- actually, it's not,
5  like, managing.  Julio is the head server.
6  He's the one who in a way supervise but is
7  not managing place.
8    Q    He's the one that supervises,
9  you said?
10    A    It's -- he's -- he's taking care
11  to be sure everything is followed there.
12    Q    Okay.  So what does he do on
13  the --
14        THE REPORTER:  I'm sorry.  That
15    everything is what?  Followed?
16        THE WITNESS:  Yeah, like all the
17    rules and everything.
18  BY MR. NUSSBAUM:
19    Q    On the days that you're not
20  there, Julio -- withdrawn.
21        When you say "Julio," you're
22  talking about Julio Perez?
23    A    Yeah, Julio Perez.  The -- the
24  head waiter.
25    Q    Okay.  So on the days that

Page 24

J. PALIKO

1
2  you're not there, Julio Perez makes sure
3  that everyone's following the rules at the
4  restaurant?
5        MR. KATAEV:  Objection to form.
6  BY MR. NUSSBAUM:
7    Q    You can answer.
8    A    Actually, he is performing
9  the -- the service, the server role.  But
10  he's doing openings and also doing the
11  pre-shifts when I'm not there.
12    Q    Right.  But you mentioned -- you
13  said a moment ago that when you're not
14  there, he makes sure everyone is following
15  the rules; right?  That's what you said?
16        MR. KATAEV:  Objection to form.
17  BY MR. NUSSBAUM:
18    Q    Mr. Paliko, unless you're
19  instructed to not answer the question, you
20  have to answer the question; okay?  I
21  think that's clear at this point.  Do you
22  understand that?
23    A    Yeah, yeah.  As I mentioned
24  before, he is the one who is doing the
25  pre-shift, doing opening, nothing else.

Page 25

J. PALIKO

1
2  He's performing his server role and
3  nothing else.
4    Q    Okay.  So who's managing the
5  restaurant?
6        MR. KATAEV:  Objection --
7        THE WITNESS:  The -- the system is
8    already in place.  The -- the restaurant
9    is running by himself.
10  BY MR. NUSSBAUM:
11    Q    What happens if a server or a
12  busboy shows up late on a day that you're
13  not there?
14    A    Julio is the one who informing
15  me, and I will take the action the
16  following day.
17    Q    Okay.  So if there are any
18  issues that you would care about as the
19  manager, you expect Julio to inform you of
20  those issues on the days that you're not
21  present in the restaurant; right?
22        MR. KATAEV:  Objection to form.
23        THE WITNESS:  Correct.
24        THE REPORTER:  I'm sorry.  I need you
25    to slow down, everyone, a bit.

7 (Pages 22 - 25)

Page 26

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   What was the answer?
4      MR. KATAEV:  My objection was to
5  form.  He can answer.
6      MR. NUSSBAUM:  Counsel, the judge's
7  rules are very clear.  You just say,
8  "Objection."  You can go pull them up on
9  your computer.  It's disrupting and
10  especially because you don't speak near
11  the microphone.
12      And it makes it -- it interferes with
13  the deposition.  Just say, "Objection,"
14  and your objection's noted.  And you'll do
15  whatever you want with it at a later date.
16  You don't need to say anything else.
17      Then you could go read Judge
18  Subramanian's rule.  That's what it says
19  you need to do.
20      MR. KATAEV:  I think you need to read
21  the rule.
22      MR. NUSSBAUM:  I'm going to enforce
23  it.
24      MR. KATAEV:  I think you need to read
25  the rule, because it says "Objection,

Page 27

J. PALIKO

1
2  form" is permitted.  You could look it up
3  now.
4      MR. NUSSBAUM:  Yeah, but you -- every
5  time you say, "Objection, form.  You may
6  answer," it slows down and jams up the
7  deposition.  He does not let you say, "You
8  may answer"; okay?
9      And the witness has now been
10  instructed two or three times that he may
11  answer.
12      MR. KATAEV:  Okay.
13      MR. NUSSBAUM:  He's got it.  He seems
14  to be understanding everything else.
15      MR. KATAEV:  I'll say, "Objection,
16  form."  No problem.  Go ahead.  Proceed
17  with your deposition.
18      THE REPORTER:  I don't believe we
19  have an answer to that last question.
20      MR. NUSSBAUM:  Yeah.  Can you read
21  the last question, please?
22      THE REPORTER:  Yes.  Give me one
23  moment to go back.
24      (The reporter repeated the
25      record as requested.)

Page 28

J. PALIKO

1
2      THE WITNESS:  Correct.
3  BY MR. NUSSBAUM:
4      Q   Are you familiar with the food
5  service employees at the restaurant?
6      A   Sorry.  I didn't understand your
7  question.  Could you repeat?
8      Q   Sure.  Are you familiar with the
9  specifics of the food service employees'
10  employment with Osteria La Baia?
11      A   Yes, I am.
12      Q   You're their boss; right?
13      A   Yes --
14      Q   And you were hired by --
15      THE REPORTER:  I'm sorry?
16  BY MR. NUSSBAUM:
17      Q   I'm sorry.  Go ahead.
18      A   I don't consider myself boss.
19  I'm just the general manager.
20      Q   Okay.  So who's the boss?
21      A   I -- I'm not the right person
22  to -- to tell you that.  The owner is
23  Marianna.  Director, operation, it's
24  Robert.  And I'm the general manager.
25      THE REPORTER:  And just slow down,

Page 29

J. PALIKO

1
2  everyone, in their speech, please, going
3  forward, so I can hear you more clearly.
4  BY MR. NUSSBAUM:
5      Q   The food service employees
6  report to you; right?
7      A   Correct.
8      Q   Okay.  You interview them?
9      A   I did.
10      Q   And you hire them?
11      A   I did.
12      Q   And you're responsible for
13  terminating them if there's a problem with
14  them?
15      A   I am.
16      Q   Okay.  Has Robert ever
17  participated in an interview of a food
18  service employee with you?
19      A   Never.
20      Q   Okay.  Have you ever discussed
21  hiring a food service employee with
22  Robert?
23      A   No.
24      Q   Have you ever discussed
25  terminating a food service employee with

8 (Pages 26 - 29)

Page 30

J. PALIKO

1
2 Robert?
3    A   No.
4    Q   Have you ever terminated a food
5 service employee?
6    A   I did.
7    Q   Okay.  And did you discuss it
8 with anyone before firing them?
9    A   No.
10    Q   You didn't consult with anyone?
11    A   No.
12       MR. KATAEV:  Objection to form.
13 BY MR. NUSSBAUM:
14    Q   Okay.  Now, the food service
15 employees at Osteria La Baia are
16 bartenders, servers, bussers, and runners;
17 right?
18       MR. KATAEV:  Objection, form.
19       THE WITNESS:  And bartenders.
20 BY MR. NUSSBAUM:
21    Q   And any other position?
22    A   No.
23    Q   And all those food service
24 employees, they all participate in a tip
25 pool together?

Page 31

J. PALIKO

1
2    A   Correct.
3    Q   Okay.  Who created the tip pool
4 at Osteria La Baia?
5    A   This has been created from
6 before.  I just -- I just took over
7 the -- the system.
8    Q   Okay.  How are the shares of the
9 tip pool divided?
10    A   Based on the position of the
11 employees.
12    Q   Can you describe it for me in
13 specifics?
14    A   Sure.  The server has one point
15 and the bartender the same one point.  The
16 food runner has 0.7, and the busser has
17 0.6.  The system --
18       THE REPORTER:  Wait, wait, wait.
19    Food runner has --
20       THE WITNESS:  0.7, and the busser's
21    0.6.  The --
22 BY MR. NUSSBAUM:
23    Q   Okay.  And who determined -- I'm
24 sorry.  Go ahead.
25    A   The system is created in Toast,

Page 32

J. PALIKO

1
2 who is making the calculation for --
3    Q   Who decided on the point values
4 for each of the position?
5    A   Has been created from
6 before -- before I took over.
7    Q   Okay.  Was there ever a time
8 that the tips were apportioned based off
9 of the amount of time that employees
10 worked each shift?
11    A   Like, based on time, how many
12 hours they work?
13    Q   Yeah.
14    A   Yeah.  It's still -- it's
15 still -- that is the system.  It's based
16 on the position and how many hours they
17 work proportionally --
18       THE REPORTER:  I'm sorry.
19    Proportionally --
20       THE WITNESS:  With the hours worked.
21 BY MR. NUSSBAUM:
22    Q   Okay.  So if a -- if two servers
23 worked the same shift but one of them
24 worked six hours and the other one worked
25 three hours, would the one who worked

Page 33

J. PALIKO

1
2 three hours receive half of the amount of
3 tips of the one that worked six hours?
4    A   It's -- it's a calculation made
5 by the Toast.  I cannot tell you accurate.
6 I don't want to tell you something wrong.
7    Q   Okay.  Who input that
8 calculation into the Toast system?
9    A   That is automatically doing the
10 Toast, based on the input of the timing,
11 which is made by the front of the house.
12    Q   Well, the people at Toast didn't
13 decide how to divide Osteria La Baia's tip
14 pool; right?
15       MR. KATAEV:  Objection, form.
16       THE WITNESS:  Toast has a few options
17    for the -- for the pool, and the
18    management is the one who choose which
19    one.  It's more convenient.
20       And this, as I mentioned before, had
21    been chose from the management before, and
22    I just took over the system.
23 BY MR. NUSSBAUM:
24    Q   Are there any other tip pools
25 other than the one we've been discussing

9 (Pages 30 - 33)

Page 34

1              J. PALIKO
2   at Osteria La Baia?
3       A   No.  This is the only one.
4       Q   Okay.  And all the employees in
5   the tip pool are subject to the same
6   policies with respect to the tip pool;
7   correct?
8           MR. KATAEV:  Objection --
9           THE WITNESS:  Correct.
10          THE REPORTER:  Repeat your answer.
11  BY MR. NUSSBAUM:
12      Q   What's the answer?
13      A   Correct.
14      Q   What are your job functions as
15  the general manager at Osteria La Baia?
16      A   Here, I have -- actually, my
17  responsibilities are hiring, inventories,
18  scheduling, updating the wine program and
19  the bar program, keeping a good relation
20  with the vendors.  Also coaching and
21  training my staff.
22      Q   Isn't it true that Julio Perez
23  is involved in scheduling as well?
24          MR. KATAEV:  Objection to form.
25          THE WITNESS:  Never.

Page 35

1              J. PALIKO
2   BY MR. NUSSBAUM:
3       Q   Never?  He doesn't message --
4           THE REPORTER:  Your answer -- going
5   too quickly.
6           MR. NUSSBAUM:  It was "Never."
7           THE WITNESS:  He's not involved, and
8   I -- I'm the only one who's doing the
9   schedule.
10  BY MR. NUSSBAUM:
11      Q   Okay.  Isn't it true that
12  employees at Osteria La Baia text message
13  with Julio about their schedule?
14      A   No.
15      Q   Would it surprise you,
16  especially since you reviewed Robert's
17  transcript, that he testified that Julio
18  participates in scheduling employees?
19          MR. KATAEV:  Objection, form.
20          THE WITNESS:  As I mentioned before,
21  I'm the one who -- I'm charged with front
22  of the house.  And Robert also, he doesn't
23  know all the details.
24          THE REPORTER:  One moment.  Mr.
25  Kataev, you're joining from another

Page 36

1              J. PALIKO
2   account?
3           MR. KATAEV:  From computer, and I'm
4   going to jump off this.  But we can
5   proceed and do that at a later time if we
6   don't want to stop.
7           THE REPORTER:  Do you want me to
8   admit you?
9           MR. KATAEV:  Either way is fine.
10  Whatever Joe wants.
11          MR. NUSSBAUM:  We'll proceed.
12  BY MR. NUSSBAUM:
13      Q   What was your job as assistant
14  general manager?
15      A   Actually, as a -- I was doing
16  the same.  I -- I was not doing the hiring
17  of the people.  I was still involved in
18  the inventory, training of the people, but
19  the general manager was doing the hiring.
20      Q   Okay.  And what was your job as
21  floor manager?
22      A   As a floor manager, I was on the
23  floor, taking care of the service,
24  touching the tables, and to be sure
25  everything is seamless.

Page 37

1              J. PALIKO
2           THE REPORTER:  Mr. Paliko, can you
3   speak up and try to speak more clearly
4   just so I can hear you?  You're mumbling a
5   bit.  Thank you.
6           THE WITNESS:  Sure.
7           As a floor manager, I used to be on
8   the floor, taking care of the service,
9   touching the tables, also dealing with the
10  complaints, and the same time, I was doing
11  the training of the -- of the staff.
12  BY MR. NUSSBAUM:
13      Q   Okay.  So why is it that Osteria
14  La Baia didn't need to have a floor
15  manager after you were promoted to
16  assistant general manager?
17          MR. KATAEV:  Objection, form.
18          THE WITNESS:  I have no answer for
19  that.  Probably the director, operations
20  saw that I can handle everything, and he
21  decided to be the only one, looking into
22  my performance.
23  BY MR. NUSSBAUM:
24      Q   So do you continue to touch
25  every table and do all the same things you

10 (Pages 34 - 37)

Page 38

J. PALIKO

1    described that you did when you were the
2    floor manager?
3    A    I do.
4    Q    Now, all the food service
5    employees, the tipped employees that we
6    described earlier, they're all paid
7    according to the New York State tip credit
8    wage; right?
9    A    Correct.
10        MR. KATAEV:  Objection, form.
11   BY MR. NUSSBAUM:
12   Q    That policy applies equally to
13   all of them?
14        MR. KATAEV:  Objection, form.
15        THE WITNESS:  Yes.
16   BY MR. NUSSBAUM:
17   Q    Okay.  Whose decision was it to
18   pay them that wage rate?
19   A    The same.  Was the system
20   created from before, and I just took it
21   over.
22   Q    Do -- withdrawn.
23        Does Osteria La Baia provide
24   written notice to the tipped food service

Page 39

J. PALIKO

1    employees before it pays them according to
2    the tip credit minimum wage?
3    A    Yes.
4    Q    Do you have any evidence of
5    that?
6    A    Yes.
7    Q    What evidence do you have?
8    A    All the time when I do the
9    hiring, I -- I give them the -- the notice
10   of the pay rate and everything.  I go over
11   all the requirements to be sure we are in
12   accordance with the federal law and state.
13   Q    Do you give them something in
14   writing?
15   A    Yes.
16   Q    And do they sign it?
17   A    Yes.
18   Q    And does Osteria La Baia keep
19   it?
20   A    Yes.
21   Q    And you've been doing that as
22   long as you've been working as a floor
23   manager; is that your testimony?
24   A    No.  Only since I am GM.

Page 40

J. PALIKO

1    Q    So since September 2024?
2    A    Correct.
3    Q    Okay.  Do you know that as part
4    of this lawsuit, the plaintiffs requested
5    certain documents from Osteria La Baia?
6    A    No.
7    Q    You don't know that?
8    A    No.
9    Q    Were you involved at all in
10   giving Osteria La Baia's lawyers documents
11   related to this lawsuit?
12   A    No.  I never been involved.
13   Q    Do you know if anyone else at
14   the restaurant was?
15   A    I have no information about
16   that.
17   Q    So you're saying you have those
18   documents, and if Osteria La Baia wanted
19   to, they could give them to me; is that
20   true?
21        MR. KATAEV:  Objection, form.
22        THE WITNESS:  Yes, since I took over
23        from September 2024.
24   //

Page 41

J. PALIKO

1    BY MR. NUSSBAUM:
2    Q    Do you know prior to 2024 if
3    Osteria La Baia gave those written notices
4    to people?
5    A    I have no information, because I
6    was not the one doing the hiring.
7        MR. NUSSBAUM:  All right.  For the
8        record, Counsel, you're entering a
9        sanctionable zone here.  We asked for a
10       witness today for the second time who was
11       able to testify about the documents that
12       Defendants provided.
13       He's saying that he can't testify
14       about the documents from before the time
15       that he was general manager.  And so
16       what's the story here?  Did you prepare
17       this witness or not?
18       MR. KATAEV:  The witness is prepared
19       to answer your questions about documents.
20       Please proceed with your deposition.  You
21       can make whatever motion appropriately.
22       MR. NUSSBAUM:  Okay.  Yeah.  I'll ask
23       him again.
24   //

1           J. PALIKO
2 BY MR. NUSSBAUM:
3     Q   In 2023, did Osteria La Baia
4 give the tipped food service employees a
5 written notice that they were paying them
6 according to a tip credit?
7     A   I was not doing the hiring, and
8 I don't have that information.
9     Q   Okay.  How about in 2022?
10    A   I don't have that information.
11    Q   How about in 2021?
12    A   I was not at La Baia.
13    Q   So do you know if Osteria La
14 Baia provided those documents to the
15 tipped employees?
16    A   I don't have that information.
17 I don't want to tell you something wrong,
18 which I don't know.
19        MR. NUSSBAUM:  So Topic Number 16 in
20 the notice of deposition asks for a
21 witness that can testify about
22 "employment-related documents that
23 Defendant provided to putative class
24 members during the liability period."
25        THE REPORTER:  Wait.  Can you repeat

1           J. PALIKO
2 that, the -- "Defendant provided to" --
3        MR. NUSSBAUM:  "Putative class
4 members during the liability period."
5        This witness has just testified that
6 he cannot testify about whether or not
7 Osteria La Baia provided those documents
8 in 2021, 2022, and 2023.
9        And therefore this witness is not
10 prepared to testify in accordance with the
11 notice that we served.
12        MR. KATAEV:  Do you have another
13 question?
14        MR. NUSSBAUM:  Mr. Kataev, what's the
15 story here?  This is the second witness,
16 and you understood the issue after the
17 last deposition.
18        MR. KATAEV:  He's prepared to testify
19 about the time period he was there.  So
20 you can ask him about 2024.  But
21 this -- you're not -- I'm not a witness,
22 and you're not deposing me.
23        You have the witness in front of you.
24 Ask your questions, and then you can make
25 whatever application you deem appropriate.

1           J. PALIKO
2        MR. NUSSBAUM:  You're right that I'm
3 not deposing you, but you were supposed to
4 get me a witness that was supposed to be
5 able to testify in accordance with the
6 notice.
7        MR. KATAEV:  I provided you a witness
8 who can testify about it during the time
9 period he was there.  You can ask him
10 about at least --
11        MR. NUSSBAUM:  That's not -- the
12 notice doesn't limit the time period, and
13 you know that.  And so you're just playing
14 games, and so we're going to do what we
15 need to do.
16        MR. KATAEV:  I'm not going
17 to -- deposition.
18        THE REPORTER:  Sorry.
19        MR. NUSSBAUM:  Of course not.
20        THE REPORTER:  Wait.  Wait.  Slow
21 down.
22        I didn't hear that, Mr. Kataev.
23        MR. KATAEV:  I'm not going to argue
24 with you in this deposition.  Please
25 proceed with your deposition, and you can

1           J. PALIKO
2 make whatever application you deem
3 appropriate.
4        MR. NUSSBAUM:  How convenient.
5        MR. KATAEV:  I ask that you refrain
6 from unprofessional comments and refer you
7 to Section 1 of the judge's rules.  Stop
8 engaging in discovery abuses.  Please
9 proceed with your --
10        MR. NUSSBAUM:  That's quite rich,
11 coming from you.
12        Unprofessional conduct is wasting my
13 time by telling me that you're going to
14 get me a second witness in accordance with
15 the same notice and then the witness
16 openly testifying that he has not been
17 prepared, which was your obligation, to
18 testify about the things that we noticed.
19        That's unprofessional.
20        MR. KATAEV:  Okay.  Please proceed
21 with your deposition.
22        MR. NUSSBAUM:  All right.  So, you
23 know, be careful when you use the term,
24 you know, lest it come right back at you,
25 Mr. Kataev.

J. PALIKO

1
2      MR. KATAEV: -- your deposition.
3  BY MR. NUSSBAUM:
4      Q   What, if anything, has Osteria
5  La Baia done to ensure that its
6  compensation and tipping practices are in
7  accordance with state and federal law?
8      MR. KATAEV: Objection to form.
9      THE WITNESS: We are using the
10     attorney company who update us with all
11     the information, what we need to be sure
12     we are in accordance with the federal and
13     state law.
14     THE REPORTER: Can you repeat that?
15  BY MR. NUSSBAUM:
16     Q   Which company?
17     THE REPORTER: I didn't -- didn't
18     understand that. "We are using the" what?
19     THE WITNESS: The attorney company,
20     like Emanuel. He's the one who is sending
21     me every week or on the daily basis
22     whatever I need, any updates, and to be
23     sure everything, it's in accordance with
24     the federal and state law.
25  //

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   When did he first start sending
4  those to you?
5      A   Couple of months ago.
6      Q   Okay. Well, prior to a couple
7  of months ago, what did Osteria La Baia
8  do?
9      A   We just followed the system
10  which been created from before.
11     Q   Anything else?
12     A   No.
13     Q   Okay. So you have no evidence
14  of any other steps that Osteria La Baia
15  took to ensure that its compensation and
16  tipping practices follow state and federal
17  law; correct?
18     MR. KATAEV: Objection, form.
19     You can answer.
20     THE WITNESS: We -- we had the HR
21     company in place who used to take care of
22     that.
23  BY MR. NUSSBAUM:
24     Q   What's the name of the company?
25     A   I don't have that information.

J. PALIKO

1
2      MR. NUSSBAUM: Okay. And again, Mr.
3  Kataev, if you could just say, "Objection
4  to form," pursuant to the judge's rules.
5  I'm going to ask you again for the second
6  time.
7      MR. KATAEV: Yes.
8      MR. NUSSBAUM: Actually, third time
9  if you count the last 30(b)(6) deposition.
10  BY MR. NUSSBAUM:
11     Q   Okay. And other than the HR
12  company, you didn't do anything else;
13  right?
14     A   No.
15     Q   No, you did not do anything
16  else?
17     A   We didn't do anything else, no.
18     Q   I'd like to show you a document
19  that I'm going to mark as Exhibit 1 for
20  today's deposition. It's actually a
21  spreadsheet.
22         I'll represent to you that this
23  was a spreadsheet that was produced to us
24  by Osteria La Baia in this litigation.
25  The name of the file that they produced

J. PALIKO

1
2  and the way they produced it was -- or is
3  2025.csv.
4      (Exhibit 1 was marked for
5      identification.)
6      Okay. I'm sharing my screen
7  now. Let me know when you see it. Mr.
8  Paliko, do you see the spreadsheet?
9      A   Yeah.
10     Q   Okay. I'll scroll through it to
11  the bottom.
12     MR. KATAEV: While you're doing that,
13     okay if I switch to the computer so I
14     could follow along? Because I can't see
15     it as well on my phone.
16     THE REPORTER: Okay.
17     MR. NUSSBAUM: With pleasure.
18     THE REPORTER: I just admitted you.
19     MR. KATAEV: Thank you. I'll leave
20     from my phone and join. Thank you.
21     Okay. I'm ready to proceed.
22     THE REPORTER: Wait. Hold on.
23     MR. NUSSBAUM: You're still in.
24     You're still --
25     MR. KATAEV: Go ahead. Sorry.

13 (Pages 46 - 49)

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   Mr. Paliko, do you see the
4  spreadsheet?
5      A   Yes.
6      Q   Are you familiar with this
7  record?
8      A   I never see this one before.
9      Q   Are you prepared to answer
10  questions about this record?
11     A   I am -- I'm looking into
12  the -- the people who used to work here,
13  and they're not familiar.  Probably this
14  has been done before I came.
15     Q   Are you prepared to answer
16  questions about this record?
17     A   Yes.
18     Q   Now, do you see on the top, on
19  Row 1, there are a bunch of words that are
20  the headers for the columns in this
21  spreadsheet?
22     A   Yes.
23     Q   Okay.  Do you see under Column
24  C, it says "Department"?
25     A   Yes.

J. PALIKO

1
2      Q   And then under that, it says
3  "BOH."  Do you see that?
4      A   Yes.
5      Q   What does "BOH" stand for?
6      A   Back of the house.
7      Q   Okay.  And then if I scroll
8  down, it switches to "FOH."  What does
9  "FOH" stand for?
10     A   Front of the house.
11     Q   And "front of the house" refers
12  to all the employees who serve customers
13  and receive tips?
14     A   Front of the house.  Yeah.
15     Q   Is the answer yes?
16     A   Yes.
17     Q   Okay.  And then under that,
18  there's a third section called
19  "Management."  Do you see that?
20     A   Yes.
21     Q   Okay.  So there are
22  three -- withdrawn.
23         Employees fall into one of three
24  departments at Osteria La Baia; is that
25  accurate?

J. PALIKO

1
2          MR. KATAEV:  Objection, form.
3          THE WITNESS:  Yeah.
4  BY MR. NUSSBAUM:
5      Q   Okay.  And in the management
6  section, there's a person named Daniel
7  Khaimov [ph].  Do you see that?
8      A   Yes.
9      Q   I'm highlighting it.  Who's
10  that?
11     A   I don't recall who is that.
12     Q   Okay.  Okay.  Going to Column B,
13  it says "Job," and then in that column,
14  focusing on the front-of-house people,
15  there are barbacks, bartenders, food
16  runners, hosts, and servers and server
17  assistants.
18         Are those all the different
19  types of jobs that work in the front of
20  the house at Osteria La Baia?
21     A   Correct.
22     Q   And do they all get tips?
23     A   Yes.
24     Q   Do the hosts get tips?
25     A   They -- and they get tips, but

J. PALIKO

1
2  it's separate, is not included in the
3  pool.  They are not servicing the guests.
4  They are not taking orders.
5      Q   Where do their tips come from?
6      A   From the guests, from the coat
7  check.
8      Q   So if someone dines at Osteria
9  La Baia and they get their check and they
10  leave a tip on the check, does any portion
11  of that tip go to the hosts?
12     A   I guess, but I'm not in the
13  front to see that.
14     Q   So you don't know?
15     A   I'm not sure.
16     Q   Okay.  And then the following
17  two columns are "Last Name" and "First
18  Name."  That's each employee's last name
19  and first name; right?
20     A   Yes.
21     Q   Okay.  And then going to Column
22  I and focusing on the front-of-house
23  employees, Column I says "Earning."
24         THE REPORTER:  I'm sorry.  Says what?
25         MR. NUSSBAUM:  "Earning,"

Page 54

J. PALIKO

1    E-A-R-N-I-N-G.
2    BY MR. NUSSBAUM:
3    Q    And then in that section, there
4    are different delineations for the
5    front-of-house employees.
6        For example, we see for a
7    barback named Samet, S-A-M-E-T, Karagoz,
8    K-A-R-A-G-O-Z, that they had "Cash
9    Gratuity," "Cash Tips Owed" -- I'm sorry,
10   "Cash Gratuities Owed" first and "Cash
11   Tips Owed," then "Gratuity," then
12   "Overtime," then "Regular," then "Spread
13   of Hours," and then "Tips Owed."
14       Do you see those descriptions
15   that I'm highlighting there?
16   A    Yes.
17   Q    Could you -- starting from the
18   first one, can you tell me what "Cash
19   Gratuities Owed" is?
20   A    Cash gratuity, it's -- cash
21   gratuity is the -- the tips, what the
22   people leave on the checks.
23   Q    Okay.  And so what are "Cash
24   Tips Owed"?

Page 55

J. PALIKO

1    A    Cash tips is the -- on the cash,
2    what they -- what they leave, the cash
3    tips, what they declare end of the night.
4    Q    Can you explain, too, the
5    difference between "Cash Gratuities Owed"
6    and "Cash Tips Owed"?
7    A    I'm -- I know for sure -- I want
8    to tell you what I know for sure.  The
9    "Cash Tips Owed" is the cash, what they
10   declare end of the night.  I saw here is
11   gratuity also.  That -- let me see.
12   Gratuity.
13       That can be from the event or
14   can be from the front of the house.
15   Q    And so that -- those are cash
16   tips that customers left that the
17   front-of-house employee declares?
18   A    Yes.  Correct.
19   Q    Okay.  And then what's
20   "Gratuity," the third one?
21   A    Gratuity is the -- is the tips,
22   what the -- the guests leave on the
23   checks, which is not cash.
24   Q    Okay.  And the next line says

Page 56

J. PALIKO

1    "Overtime."  What's overtime?
2    A    Okay.  Overtime -- if they work
3    more than 40 hours, they go to overtime.
4    Q    Okay.  And then the next
5    category is "Regular."  What does that
6    mean?
7    A    I -- I guess -- I'm not sure
8    that -- those are the regular hours which
9    they work, paid for the regular hours.
10   Q    But you're not sure; is that
11   your testimony?
12   A    Just give me a second.  Let
13   me -- best of my memory I believe is that.
14   Q    Okay.  What's "Spread of Hours"?
15   A    I -- I don't have that
16   information for you.
17   Q    Okay.  Then the next one, what's
18   "Tips Owed"?
19   A    I see zero.  I don't have that
20   information.
21   Q    Okay.  Going back to the top,
22   the next column is Column J.  It says
23   "Hours."  Do you see that?
24   A    Yeah.

Page 57

J. PALIKO

1    Q    And then the next one is
2    "Amount"?  Column K is "Amount"?
3    A    Yes.
4    Q    Okay.  So going back to Samet
5    Karagoz, for overtime, under the "Hours"
6    column, it says "17.15."  That means that
7    he was paid for 17.15 hours of overtime?
8        MR. KATAEV:  Objection, form.
9        THE WITNESS:  I'm not sure about
10       that.  All this information is -- is
11       pulled from the payroll, which, as I
12       mentioned before, it's submitted by
13       Stephanie.
14   BY MR. NUSSBAUM:
15   Q    Okay.  Going to the next line,
16   where it says "Regular" in Column I, in
17   Column J, it says -- again, in Column J,
18   it says "738.91."  Do you see that?
19   A    Yeah.
20   Q    That -- it means that Mr.
21   Karagoz was paid for 738.91 regular hours?
22   A    I don't have that information.
23   Q    Who's familiar with these
24   spreadsheets at Osteria La Baia?

15 (Pages 54 - 57)

Page 58

J. PALIKO

1
2    A    Stephanie is the one who -- who
3    is more familiar with the -- with the
4    payroll.  All this information is pulled
5    out from the payroll.
6        MR. NUSSBAUM:  For the record,
7    we -- this is our second 30(b)(6)
8    deposition with the same notice.
9        One of the reasons we had to call a
10   second witness was because the first
11   witness was not able to testify about the
12   payroll records, specifically these types
13   of spreadsheets that were produced by
14   Defendants in this lawsuit.
15       And so we asked for this
16   witness -- for a witness that could
17   testify about these spreadsheets.  We met
18   and conferred with Defense Counsel between
19   the first 30(b)(6) deposition and this
20   30(b)(6) deposition.
21       He told us he would get us a witness
22   who could testify about the spreadsheets
23   and payroll records that were produced by
24   Defendants in this case.
25       This witness is not even inadequately

Page 59

J. PALIKO

1
2    prepared, but not prepared at all to
3    testify about the specific things that we
4    met and conferred and told Defense Counsel
5    we needed a witness about.
6        And so we're going to, again, keep
7    this deposition open for a witness who can
8    testify about the things that we need.
9        And we will reserve our right to seek
10   sanctions for Defendants' continued
11   conduct of not preparing their 30(b)(6)
12   witnesses to testify about the most basic
13   records in a wage and hour lawsuit.
14       MR. KATAEV:  I prepared a witness who
15   has provided you answers on some of the
16   subjects you asked about.  Please proceed
17   with your deposition, and we can figure
18   this out after the deposition.
19       MR. NUSSBAUM:  Yeah, like last time.
20   Last time -- we could figure this out
21   after, and apparently, we didn't figure it
22   out.  You said you figured it out.  You
23   made us believe that you figured it out.
24       You cost us time and money preparing
25   for today's deposition again, re-preparing

Page 60

J. PALIKO

1
2    after we had already prepared once, and
3    getting another court reporter and losing
4    time that could be spent on other matters.
5        And it's clear from the record that
6    this witness cannot testify about this
7    stuff.
8    BY MR. NUSSBAUM:
9    Q    Mr. Paliko, you're just not
10   familiar with this spreadsheet at all;
11   right?
12       MR. KATAEV:  Objection, form.
13       THE WITNESS:  As I mentioned before,
14   this spreadsheet is pulled out from
15   the payroll.
16   BY MR. NUSSBAUM:
17   Q    Right.  But before I showed it
18   to you at today's deposition, you've never
19   seen it before.  That was your testimony;
20   right?
21       MR. KATAEV:  Objection, form.
22       THE WITNESS:  I saw it, but I never
23   go into details to see what is the meaning
24   of each number or each column.
25   //

Page 61

J. PALIKO

1
2    BY MR. NUSSBAUM:
3    Q    Mr. Paliko, you testified about
4    20 minutes ago that you've never seen it
5    before.  So which one is it?
6        MR. KATAEV:  Objection, form.
7        THE WITNESS:  There are hundreds of
8    spreadsheets like this.  Probably if you
9    work in my place, you will know those one.
10   But no one is the same.  This is why I'm
11   telling you --
12   BY MR. NUSSBAUM:
13   Q    Okay.  But you can't -- I'm
14   sorry.  You're telling me what?
15   A    As I mentioned before, this is
16   from the payroll.  This is not something,
17   what is in my job responsibility.
18   Q    But -- and you can't tell me
19   what the meaning is of the numbers in
20   Column J; right?
21       MR. KATAEV:  Objection, form.
22       THE WITNESS:  I can tell you what I
23   believe, but this doesn't mean it's right
24   or it's accurate a hundred percent.
25   //

16 (Pages 58 - 61)

Page 62

```
1              J. PALIKO
2  BY MR. NUSSBAUM:
3      Q   Okay.  And you can't tell me
4  what the meaning is of the numbers in
5  Column K, either; right?
6          MR. KATAEV:  Objection, form.
7          THE WITNESS:  No.
8  BY MR. NUSSBAUM:
9      Q   What was the answer?
10     A   I don't have that information
11 for you.
12     Q   Okay.  How about Column L?
13         MR. KATAEV:  Objection to form.
14         THE WITNESS:  I don't have that
15     information.
16 BY MR. NUSSBAUM:
17     Q   All right.  How about Column M?
18         MR. KATAEV:  Objection --
19         THE REPORTER:  Repeat your answer.
20         THE WITNESS:  The last column, the M
21     looks like the hours worked, total hours
22     worked, as I see here.
23 BY MR. NUSSBAUM:
24     Q   Now, are you guessing, or you're
25 prepared to testify as a fact?
```

Page 63

```
1              J. PALIKO
2          MR. KATAEV:  Objection, form.
3          THE WITNESS:  No, I'm not sure.  I
4     don't have that.
5  BY MR. NUSSBAUM:
6      Q   Okay.  Now, I'm going to
7  represent to you that Osteria La Baia has
8  produced four other spreadsheets like this
9  for -- that are called 2021, 2022, 2023,
10 and 2024.
11         And they follow the same exact
12 headers as those that we're seeing here.
13 Just so we're clear, you can't tell me
14 what Columns J, K, L, and M mean in those
15 spreadsheets, either; right?
16     A   I don't have that information.
17     Q   You don't have the information
18 to testify about them; right?
19     A   I'm not sure.  I don't want to
20 tell you something wrong.
21     Q   You're not sure about what?
22     A   What those -- what the -- the
23 meaning of those numbers.
24     Q   Right.  So -- and I'm saying and
25 that's true for all the other spreadsheets
```

Page 64

```
1              J. PALIKO
2  that look just like this; right?
3      A   Depends.  Depends.  I'm talking
4  specifically about this one.
5      Q   Okay.  So I'll show you all of
6  them.
7          MR. KATAEV:  Let the record reflect
8     that the attorney laughed at the witness
9     during the deposition.  He was sighing.  I
10    would ask that the --
11         MR. NUSSBAUM:  I can't hear you.
12         MR. KATAEV:  Let the record
13    reflect --
14         MR. NUSSBAUM:  Can't hear you.  I
15    don't hear --
16         MR. KATAEV:  Let the record reflect
17    that the attorney questioning the witness
18    is laughing at the witness during the
19    deposition and sighing.
20         I would just ask that the attorney
21    representing the witness conduct himself
22    professionally, ask the questions at the
23    deposition, and conclude the deposition.
24    Thank you.
25         MR. NUSSBAUM:  All right.  Let the
```

Page 65

```
1              J. PALIKO
2  record reflect that that is completely
3  made up by Mr. Kataev, the same way he
4  made up that he was going to get us a
5  witness today that was prepared to testify
6  about the topics in the 30(b)(6) notice.
7          You don't get to just say whatever
8  you want and say "for the record" before
9  it and just spew whatever you want, Mr.
10 Kataev.  Please spare us.
11         MR. KATAEV:  Please proceed with your
12    deposition.
13         MR. NUSSBAUM:  You're -- I got you.
14    You've told me about 20 times in the three
15    depositions in this case that -- please
16    proceed with my deposition.  I understand
17    that you would like me to proceed with my
18    deposition.
19         You don't need to keep saying it;
20    okay?  Nobody asked you.  It's my
21    deposition.  We scheduled it.  I'm happy
22    to proceed with it.  I don't need you to
23    keep saying it.  It's kind of obnoxious.
24 BY MR. NUSSBAUM:
25     Q   I'm going to show you a document
```

17 (Pages 62 - 65)

J. PALIKO

1
2  that I'm marking as Plaintiff's Exhibit 2.
3  This is another spreadsheet.
4          I'll represent to you that this
5  spreadsheet was produced to Plaintiffs by
6  Osteria La Baia and that it had a
7  file -- or has a file name of 2024.csv.
8  Do you see the spreadsheet?
9          (Exhibit 2 was marked for
10         identification.)
11  A  Yes.
12  Q  Okay.  And do you see Columns J,
13  K, L, and M?
14  A  Yes.
15      MR. KATAEV:  Objection, form.
16  BY MR. NUSSBAUM:
17  Q  And do you see the --
18      MR. NUSSBAUM:  What's the objection?
19      MR. KATAEV:  Form.
20  BY MR. NUSSBAUM:
21  Q  Okay.  Do you see Columns J, K,
22  L, and M?
23      MR. KATAEV:  Objection, form.
24      THE WITNESS:  Yes.
25  //

J. PALIKO

1
2  BY MR. NUSSBAUM:
3  Q  Okay.  And those columns have
4  the same headers as the spreadsheet we saw
5  in Exhibit 1; right?
6  A  Yeah.
7  Q  And you're not prepared to
8  testify about the information -- the
9  numbers that are under these headers;
10  right?
11      MR. KATAEV:  Objection, form.
12      THE WITNESS:  No, I'm not.
13  BY MR. NUSSBAUM:
14  Q  Okay.  Nobody prepared you to
15  testify about payroll records today;
16  right?
17      MR. KATAEV:  Objection, form.
18      THE WITNESS:  Yes.  I've been
19  prepared.  But this for me looks
20  different, spreadsheet.
21  BY MR. NUSSBAUM:
22  Q  Okay, Mr. Paliko.  Why don't you
23  tell me which payroll records you were
24  prepared to testify about today?
25  A  As I mentioned before, this is

J. PALIKO

1
2  not part of my job.
3  Q  Please answer my question.
4  Which payroll records are you prepared to
5  testify about today?
6  A  I have no information about this
7  spreadsheet.
8  Q  You're not answering my
9  question.  I'm asking you what payroll
10  records are you prepared to testify about
11  today?
12  A  Sorry.  I don't understand your
13  question.
14  Q  Okay.  You said a minute ago
15  that there are other payroll records that
16  you are prepared to testify about; right?
17  A  There are some of the extract
18  from the payroll, which I'm familiar, but
19  not with this one.
20      THE REPORTER:  Repeat that.
21  BY MR. NUSSBAUM:
22  Q  What kind of record?
23      THE REPORTER:  I didn't hear that.
24  There are some of the extra --
25      THE WITNESS:  It's some of the -- the

J. PALIKO

1
2  data which is coming from the payroll,
3  actually, the -- the hours.  And here on
4  the -- every day, I am doing the --
5      Actually, I'm extracting from -- from
6  the Toast the calculation of the tips,
7  which I'm sending on the daily basis for
8  the staff, to be transparent.
9      And they can see the hours, and they
10  can see how much they make.  That is
11  something which I'm doing, and I'm
12  familiar with that.
13  BY MR. NUSSBAUM:
14  Q  And what's the name of that
15  record?
16  A  If you go to Toast, you will
17  find them under the tip management.
18  Q  Okay.  Which records that
19  Defendants produced in this lawsuit are
20  you prepared to testify about?
21  A  We can talk about Julio as the
22  head server and also about the events,
23  the -- the charge of the events.
24  Q  Which payroll records that were
25  produced in this lawsuit are you prepared

Page 70

J. PALIKO

1 to testify about? You're not answering my
2 question.
3
4     A   I'm -- I'm not familiar with the
5 spreadsheet.
6     Q   All right. Which -- besides for
7 these spreadsheets -- I'm not asking you
8 about these spreadsheets; is that clear?
9 Okay?
10    A   Yes.
11    Q   Okay. Besides for these
12 spreadsheets, which records that were
13 produced by Osteria La Baia are you
14 prepared to testify about?
15        MR. KATAEV: Objection, form.
16        THE WITNESS: Sorry. I didn't
17    understand your question.
18 BY MR. NUSSBAUM:
19    Q   Which part don't you understand?
20    A   What -- what would you like me
21 to -- to testify?
22    Q   Yeah. Which payroll
23 records -- withdrawn.
24        Did you review any payroll
25 records in preparation for today's

Page 71

J. PALIKO

1
2 deposition?
3     A   I haven't reviewed any payroll
4 records.
5     Q   Okay. Are you at all familiar
6 with what records or documents Osteria La
7 Baia produced to Plaintiffs in this case?
8        MR. KATAEV: Objection, form.
9        THE WITNESS: I'm not.
10 BY MR. NUSSBAUM:
11    Q   You're not. Okay.
12        MR. NUSSBAUM: And just for the
13    record, the 30(b)(6) notice that we
14    served, for which Defendants did not
15    produce a witness last time we met and
16    appear to have done the same thing again
17    today, asked --
18        The last topic asked for a witness
19    who could testify about "the nature and
20    function of all documents produced by
21    Defendant in discovery in this action."
22    This witness is not prepared to do that.
23        MR. KATAEV: Do you have any further
24    questions for --
25        THE REPORTER: Can't hear you.

Page 72

J. PALIKO

1
2        MR. KATAEV: Do you have any further
3    questions for the witness?
4        MR. NUSSBAUM: Do you want me to
5    proceed with the deposition?
6        MR. KATAEV: Yes, please.
7        MR. NUSSBAUM: Okay. Great.
8 BY MR. NUSSBAUM:
9     Q   Mr. Paliko, I'm showing
10 you -- I'm sharing my screen with you.
11 I'm showing you a document, which is
12 another spreadsheet, that I'm marking as
13 Plaintiff's Exhibit 3.
14        I'll represent to you that this
15 is a spreadsheet that was produced to the
16 plaintiffs by Osteria La Baia. It had a
17 file number -- it has a file number of
18 2023.csv. Do you see the spreadsheet on
19 your screen?
20        (Exhibit 3 was marked for
21        identification.)
22    A   Yes.
23    Q   Okay. And do you see that
24 Columns J, K, L, and M have the same
25 headers as the previous two spreadsheets

Page 73

J. PALIKO

1
2 we looked at?
3     A   Yes.
4     Q   Okay. And you are not able to
5 tell me what the numbers under those four
6 headers mean; right?
7        MR. KATAEV: Objection to form.
8        THE WITNESS: No.
9 BY MR. NUSSBAUM:
10    Q   Okay.
11    A   I'm not.
12    Q   Okay. And I have the same thing
13 for 2022 and 2021. You're not able to
14 tell me what the information in those
15 spreadsheets mean; right?
16        MR. KATAEV: Objection
17        THE WITNESS: I'm not.
18 BY MR. NUSSBAUM:
19    Q   What was the answer?
20    A   I'm not.
21    Q   Bear with me for a moment,
22 please. Mr. Paliko, how much are the
23 tipped employees paid for overtime hours
24 they work this year at Osteria La Baia?
25        MR. KATAEV: Objection to form.

19 (Pages 70 - 73)

J. PALIKO

1
2      THE WITNESS:  Are you talking about
3   front of the house?
4  BY MR. NUSSBAUM:
5      Q   Yeah.  The front-of-house tipped
6  employees.
7      A   24.75.
8      Q   Okay.  And how long has it been
9  that way, that that's what they were paid?
10     A   Since I took over as the general
11  manager, as I know.  Probably this was
12  from before.  I just took over.
13     Q   So if I reviewed the paychecks
14  of the tipped employees at Osteria La Baia
15  for 2025, I would see that when they
16  worked overtime, they were paid $24.75?
17     A   Correct.
18     Q   All the time?
19         MR. KATAEV:  Objection to form.
20         THE WITNESS:  I believe so.
21  BY MR. NUSSBAUM:
22     Q   Yeah.  I want to remind you
23  you're under oath.  Do you understand
24  that?
25     A   Yeah.

J. PALIKO

1
2         MR. KATAEV:  Objection to form.
3  BY MR. NUSSBAUM:
4      Q   Yeah.  Okay.  Now, does Osteria
5  La Baia know that it's illegal to have a
6  convicted felon working in an
7  establishment that sells liquor?
8         MR. KATAEV:  Objection, form.
9         THE WITNESS:  I don't -- I don't
10     understand your question.
11  BY MR. NUSSBAUM:
12     Q   Do you know what a convicted
13  felon is?
14     A   I know --
15         MR. KATAEV:  Objection.
16  BY MR. NUSSBAUM:
17     Q   Do you know what an
18  establishment that sells liquor is?
19     A   Yes.
20     Q   Do you know what the word
21  "illegal" means?
22         MR. KATAEV:  Objection, form.
23  BY MR. NUSSBAUM:
24     Q   What was the answer?
25     A   I don't have information about

J. PALIKO

1
2  it.
3      Q   Do you know what the word
4  "illegal" means?
5      A   I know.
6      Q   So which part of my question of
7  does Osteria La Baia know that it's
8  illegal to employ a convicted felon in an
9  establishment that sells liquor -- which
10  part of that question did you not
11  understand?
12         MR. KATAEV:  Objection, form.
13         THE WITNESS:  I don't have any
14     question for -- I don't have any answer
15     for that.
16  BY MR. NUSSBAUM:
17     Q   Okay.  Isn't it true that Robert
18  Petrosyants is a convicted felon?
19         MR. KATAEV:  Objection --
20         THE WITNESS:  I don't have that
21     information.
22  BY MR. NUSSBAUM:
23     Q   You don't know?
24     A   I don't have that information.
25     Q   Okay.  Have you ever Googled him

J. PALIKO

1
2  before in your life?
3         MR. KATAEV:  Objection, form.
4         THE WITNESS:  I prefer to not answer
5     that question.
6  BY MR. NUSSBAUM:
7      Q   Prefer to answer -- not answer
8  whether or not you Googled him?  You have
9  to answer.  Have you ever Googled him
10  before?
11     A   I don't recall that.
12     Q   You don't recall, but you're
13  sure -- you don't know that he's a
14  convicted felon; is that your testimony?
15         MR. KATAEV:  Objection to form.
16         THE WITNESS:  Is -- is not my
17     problem, his personal life.  I'm here to
18     do a job and nothing else.
19  BY MR. NUSSBAUM:
20     Q   Right.  So I'm asking you as the
21  general manager of Osteria La Baia, is
22  Osteria La Baia following the rule that
23  it's not allowed to employ a convicted
24  felon in an establishment that sells
25  liquor?

20 (Pages 74 - 77)

Page 78

J. PALIKO
1
2        MR. KATAEV:  Objection, form.
3        THE WITNESS:  I have no answer for
4    that question.
5 BY MR. NUSSBAUM:
6    Q    So that's not his personal life.
7 That's your job as GM; right?
8        MR. KATAEV:  Objection, form.
9        THE WITNESS:  As a GM, I'm there to
10    be responsible of the service and to be
11    sure everything runs properly.  I'm not
12    there to analyze my supervisor or the
13    owner.  End of the day, they're the one
14    giving me the job and nothing else.
15        THE REPORTER:  Can you keep your
16    voice up and speak clearly, please?
17        THE WITNESS:  Yes.  Sorry.
18        I was mentioning I'm there to run my
19    job, not to -- to analyze who is my owner
20    or who is my supervisor.
21 BY MR. NUSSBAUM:
22    Q    Okay.  You're in charge of the
23 tipped employees at the restaurant; right?
24    A    Yes, I am.
25    Q    And they're all subject to the

Page 79

J. PALIKO
1
2 same payroll policies at Osteria La Baia;
3 right?
4    A    Yes.
5    Q    Okay.  They're all subject to
6 the same personnel policies at Osteria La
7 Baia?
8    A    Yes.
9    Q    And in terms of documents that
10 you give tipped employees, you give the
11 tipped employees the same types of
12 documents; right?
13        There's no difference between
14 the types of documents that one employee
15 would get versus another; correct?
16    A    Correct.
17    Q    So if one employee didn't get a
18 document, then none of the employees are
19 getting a document; right?
20        MR. KATAEV:  Objection, form.
21        THE WITNESS:  I believe so.
22 BY MR. NUSSBAUM:
23    Q    But why are you saying you
24 believe so?
25        MR. KATAEV:  Objection to form.

Page 80

J. PALIKO
1
2        THE WITNESS:  So far as I know, they
3    get all the documents which is needed for
4    the hiring process.
5 BY MR. NUSSBAUM:
6    Q    And as far as you know, if
7 there's a specific document that's not
8 given to one employee, that would mean
9 it's not given to any of the employees;
10 correct?
11    A    Correct.
12    Q    Now, are you familiar with the
13 wage statements that Osteria La Baia gives
14 its employees?
15    A    Yes.
16    Q    Okay.  Now, except for the name
17 and address of each employee and the
18 dollar amounts, which vary from employee
19 to employee, the actual paycheck is the
20 same for every employee; correct?
21    A    Yes.
22        MR. KATAEV:  Objection, form.
23 BY MR. NUSSBAUM:
24    Q    What's the answer?
25    A    For the front of the house?

Page 81

J. PALIKO
1
2    Q    Yes.
3    A    Yes.
4    Q    Okay.  There are no differences
5 between the format or information on the
6 paychecks that the front-of-house
7 employees get except for the contact
8 information and dollar amounts; right?
9    A    Yes.
10    Q    Now, what uniform do the servers
11 wear at Osteria La Baia?
12        MR. KATAEV:  Objection, form.
13        THE WITNESS:  Black pants, white
14    shirt, and blue vest and with a tie.
15 BY MR. NUSSBAUM:
16    Q    How about the -- I'm sorry.  And
17 how about the bussers?
18        MR. KATAEV:  Objection to form.
19        THE WITNESS:  The -- they have --
20        THE REPORTER:  Wait, wait, wait,
21    wait.  Slow down, everyone.  You're
22    starting to overlap.  So there was a
23    question and then an objection.
24        MR. KATAEV:  Right.  Objection, form.
25        MR. NUSSBAUM:  There's always an

21 (Pages 78 - 81)

J. PALIKO

1
2    objection.
3         THE REPORTER:  I'm sorry?
4  BY MR. NUSSBAUM:
5    Q   What's the busser's uniform?
6  What's the busser's uniform, Mr. Paliko?
7    A   They have black pants, white
8  shirt, and apron and black tie.
9    Q   How about the runners?  How
10  about the runners?
11        MR. KATAEV:  Objection, form.
12        THE WITNESS:  The same as the busser.
13  BY MR. NUSSBAUM:
14    Q   How about the bartenders?
15    A   Same as a waiter.
16    Q   What does Julio Perez wear?
17    A   He has a suit.
18    Q   He wears a suit and a tie?
19    A   Yes.
20    Q   Why is that?
21        MR. KATAEV:  Objection, form.
22        THE WITNESS:  Because he's the head
23  server.
24  BY MR. NUSSBAUM:
25    Q   So he -- but -- he's the head

J. PALIKO

1
2  server.  But he doesn't wear a server
3  uniform; right?
4        MR. KATAEV:  Objection, form.
5        THE WITNESS:  As I mentioned, he's
6    the head server, and he's wearing suit and
7    tie.
8  BY MR. NUSSBAUM:
9    Q   Now, Mr. Perez, how much is he
10  paid per hour?
11        MR. KATAEV:  Objection, form.
12        THE WITNESS:  I have no information.
13  This, he negotiate with the director,
14  operation.
15  BY MR. NUSSBAUM:
16    Q   Why is it that he didn't
17  negotiate it with you?
18        MR. KATAEV:  Objection --
19  BY MR. NUSSBAUM:
20    Q   You can answer.
21    A   Because we have a budget, and
22  when I go over the budget, I have to go
23  to -- to the director of operation to see.
24  He's the one who approves that.
25    Q   Okay.  So, I mean, earlier, you

J. PALIKO

1
2  testified that the director of operations
3  has nothing to do with the tipped
4  employees.
5         But now you're telling me that
6  the head waiter, who's a tipped employee,
7  negotiated his pay rate with the director
8  of operations; right?
9         MR. KATAEV:  Objection, form.
10  BY MR. NUSSBAUM:
11    Q   You can answer.
12    A   As I know, yes.
13    Q   Does -- withdrawn.
14        Isn't it true that Julio Perez
15  participates in employee evaluations at
16  Osteria La Baia?
17        MR. KATAEV:  Objection, form.
18        THE WITNESS:  Yes.  Sometimes
19  he -- he participate to see --
20  BY MR. NUSSBAUM:
21    Q   What's his role?
22        THE REPORTER:  I'm sorry.  "To see
23  how" --
24        THE WITNESS:  Once in a while, he
25  participate on the -- on the evaluations

J. PALIKO

1
2  to see how I'm doing that.
3         THE REPORTER:  "How I'm doing" --
4  BY MR. NUSSBAUM:
5    Q   See how you're -- how --
6        THE REPORTER:  I'm just -- I'm not
7  hearing the end of your sentences.  "How
8  I'm doing the" --
9        THE WITNESS:  The evaluation.
10  BY MR. NUSSBAUM:
11    Q   Okay.  What's his role in
12  the -- in that process?
13    A   He's just assisting.  He has no
14  any role.  I'm the one who's doing the
15  evaluation.
16    Q   Assisting how?
17    A   He's sitting at the table and
18  listening in a way to see how I go about
19  the things.
20    Q   Is there anyone else who does
21  that?
22    A   Yes.  The chef.
23    Q   Who else?
24    A   The head bartender.
25    Q   Who else?

22 (Pages 82 - 85)

J. PALIKO

1
2     A   My best memory, I think that's
3   it.
4     Q   Okay.  And so why do you need
5   him as part of that process?
6         MR. KATAEV:  Objection, form.
7         THE WITNESS:  Head bartender is in
8   charge with the bartenders.  I'm always
9   calling the head bartender to see what we
10  can improve.
11  BY MR. NUSSBAUM:
12    Q   Right.  My question is why is
13  Julio at the table?
14        MR. KATAEV:  Objection to form.
15        THE WITNESS:  Because he's
16  the -- he's the head waiter.
17  BY MR. NUSSBAUM:
18    Q   And so he gives you his input
19  about how waiters, bussers, runners,
20  bartenders are performing?
21    A   He's not giving me any input.
22  He's just giving me if we have any issues
23  the days when I'm not there.
24    Q   Isn't that input, Mr. Paliko?
25        MR. KATAEV:  Objection to form.

J. PALIKO

1
2         THE WITNESS:  As I mentioned before,
3   the only days when I'm not there, he keep
4   me informed if we had some issues.
5   BY MR. NUSSBAUM:
6     Q   How often do you do performance
7   evaluations?
8     A   I'm trying to do every six
9   months.
10    Q   Okay.  And have you ever
11  promoted any employee at Osteria La Baia?
12    A   I did.
13    Q   And isn't it true that you
14  consulted with Mr. Perez before promoting
15  an employee?
16    A   No, I haven't.
17        MR. KATAEV:  Objection, form.
18        THE WITNESS:  It's only my decision.
19  BY MR. NUSSBAUM:
20    Q   Do you ever give out any
21  corrective action notices at Osteria La
22  Baia?
23    A   I do.
24    Q   Okay.  And isn't it -- I'm
25  sorry?

J. PALIKO

1
2     A   I did.  Sorry.  I just --
3     Q   Isn't it true that -- okay.
4   Isn't it true that Mr. Perez participates
5   in the process of giving corrective action
6   notices to people?
7         MR. KATAEV:  Objection --
8         THE WITNESS:  Yes, only as a witness.
9   BY MR. NUSSBAUM:
10    Q   As a witness to what?
11        MR. KATAEV:  Objection, form.
12        THE WITNESS:  I don't know.  As a
13  manager, all the time you give a write-up,
14  you need a witness with you.  This is how
15  things work in the hotel industry, and
16  so --
17  BY MR. NUSSBAUM:
18    Q   A witness -- I'm sorry.  And
19  sometimes --
20    A   Sometimes Julio is the one,
21  sometimes the chef.  Sometimes is Natalie,
22  the event planner.  All the time, I need a
23  witness when I sit down with somebody
24  to -- to write up the person.
25        THE REPORTER:  Did you say "Natalie,

J. PALIKO

1
2   the event planner"?
3         THE WITNESS:  Yes.  Correct.
4   BY MR. NUSSBAUM:
5     Q   And isn't it true that some of
6   Osteria La Baia's internal records, for
7   example, the Toast record, refer to Mr.
8   Perez as a manager?
9     A   No.
10        MR. KATAEV:  Objection, form.
11        THE WITNESS:  As I know, he has
12  no any title as a manager, only as a
13  server.
14        MR. NUSSBAUM:  I'm going to take a
15  ten-minute break.
16        THE REPORTER:  Okay.  It's 2:21.
17  We're off the record.
18        (Off the record.)
19        THE REPORTER:  It is 2:40.  We're on
20  the record.
21  BY MR. NUSSBAUM:
22    Q   Mr. Paliko, whose decision was
23  it to make Julio the head waiter?
24        MR. KATAEV:  Objection, form.
25        THE WITNESS:  My decision.

23 (Pages 86 - 89)

J. PALIKO

1
2  BY MR. NUSSBAUM:
3     Q   Okay.  When did you make that
4  decision?
5     A   I don't recall exactly the time.
6  I think it's more than one year.
7     Q   And did you consult with anyone
8  before making that decision?
9        THE REPORTER:  Mr. Kataev, there's a
10  lot of background noise in your audio.
11     Can you close the door or somehow --
12        MR. KATAEV:  I'll mute it for now,
13  and I'll unmute if I have an objection.
14  Thank you.
15        THE REPORTER:  Go ahead with your
16  answer.
17        THE WITNESS:  Yes, I did.
18  BY MR. NUSSBAUM:
19     Q   Who did you consult with?
20     A   With the director, operation,
21  Robert.
22     Q   Robert?  And he said it was a
23  good idea?
24        MR. KATAEV:  Objection, form.
25        THE WITNESS:  As I mentioned, he gave

J. PALIKO

1
2     me full responsibility about the front of
3     the house, and whatever I decide, more or
4     less, he agree with me.
5  BY MR. NUSSBAUM:
6     Q   How often do you speak to
7  Marianne [sic]?
8     A   Maybe once a week.
9     Q   And what do you typically speak
10  to her about?
11     A   Usually, she is asking me about
12  some invoices, or she's asked me to do
13  some booking for her and her friends.
14     Q   Does she ever ask you questions
15  about payroll?
16     A   No.
17     Q   Would it surprise you and
18  especially considering that you reviewed
19  the transcript of her deposition that she
20  said she checks with you to see that
21  payroll was run each week?
22     A   About the payroll, I'm always
23  in -- in contact with Stephanie, who is
24  the controller assistant.
25     Q   Right.  But my question is isn't

J. PALIKO

1
2  it true that Marianna calls you, and she
3  checks to make sure that payroll was run?
4     A   I don't recall that.
5     Q   Okay.  So if she testified that
6  that's the case, that's possible?
7     A   I don't recall that.
8     Q   You don't recall.  Okay.  Now,
9  are there different sections in the
10  restaurant that employees work in?
11     A   Correct.
12     Q   Okay.  How many different
13  sections are there?
14     A   Depends of the day.  Depends how
15  busy we are and how many events we have.
16     Q   Okay.  And are there better or
17  worse sections?
18     A   No.  I cannot say better or
19  worse.  Some of them, they're busier, and
20  some of them, they -- in a way, they need
21  better skills, like talking about business
22  events or bigger groups.
23     Q   Okay.  Are there sections that
24  employees prefer to work in over others?
25     A   I do rotation all the time.

J. PALIKO

1
2     Q   Okay.  And how do you decide
3  who's going to work in which section?
4     A   Here, there are more things to
5  consider, overtime, the doubles.  Also,
6  how many reservation we have, how many
7  events.  And I know everybody's skills,
8  and this is why I'm rotating.
9        And I'm just choosing them
10  according with their skills and how busy
11  we are.
12     Q   Okay.  And isn't it true that
13  there are occasions that Julio assigns the
14  sections of the restaurant that employees
15  are going to work in?
16     A   No.  I'm the one who assign.
17     Q   Okay.  What about -- isn't it
18  true that on the days you're not in the
19  restaurant, he assigns the sections that
20  employees are going to work in?
21     A   No.  I'm the one who assigned
22  the station before -- before I'm off, and
23  I am -- I leave the floor plan in the
24  office.
25     Q   And who gives it to the

24 (Pages 90 - 93)

Page 94

J. PALIKO

1
2  employees?
3       A   Julio.
4       Q   At the pre-shift meeting?
5       A   Yes.
6       Q   On the days you're not there,
7  he's your deputy at the restaurant;
8  correct?
9       A   Yes, in a way.
10       MR. NUSSBAUM:  Okay.  I have no
11  further questions for this witness other
12  than that we're keeping the deposition
13  open, because there are certain topics
14  that he was not able to testify about.
15       I thank you for your time, Mr.
16  Paliko.
17       THE WITNESS:  Thank you.
18       THE REPORTER:  Okay.  And before we
19  go off the record, Mr. Kataev, you are
20  ordering a copy of this transcript?
21       MR. NUSSBAUM:  I think -- if he can
22  hear us, we can --
23       THE REPORTER:  -- muted.
24       MR. NUSSBAUM:  He said, "One minute."
25       MR. KATAEV:  Yes.  Yes, ma'am.

Page 95

J. PALIKO

1
2       MR. NUSSBAUM:  We can share it.  I
3  also need it by Friday, so --
4       THE REPORTER:  Okay.
5       MR. KATAEV:  You want to split it?
6  I'm okay with splitting.
7       MR. NUSSBAUM:  We could share the
8  order.  Yeah.
9       THE REPORTER:  All right.  It's 2:45.
10  We're off the record.
11
12       (Whereupon, at 2:45 p.m., the
13       proceeding was concluded.)
14
15
16
17  _____
18       Janos Paliko
19  Subscribed and sworn to before me
20  this ____ day of _____, 20____.
21
22  _____
23  Notary Public
24
25

Page 96

CERTIFICATE OF DEPOSITION OFFICER

1
2       I, TALYA BROTT, the officer before whom the
3  foregoing proceedings were taken, do hereby certify that
4  any witness(es) in the foregoing proceedings, prior to
5  testifying, were duly sworn; that the proceedings were
6  recorded by me and thereafter reduced to typewriting by a
7  qualified transcriptionist; that said digital audio
8  recording of said proceedings are a true and accurate
9  record to the best of my knowledge, skills, and ability;
10  that I am neither counsel for, related to, nor employed by
11  any of the parties to the action in which this was taken;
12  and, further, that I am not a relative or employee of any
13  counsel or attorney employed by the parties hereto, nor
14  financially _____ he outcome of this
15  action.

               _Talya Brott_

17                    TALYA BROTT
18               Notary Public in and for the
19                    State of New York
20
21
22
23
24
25

Page 97

CERTIFICATE OF TRANSCRIBER

1
2       I, AUDREY FRANKLIN, do hereby certify that this
3  transcript was prepared from the digital audio recording of
4  the foregoing proceeding; that said transcript is a true
5  and accurate record of the proceedings to the best of my
6  knowledge, skills, and ability; that I am neither counsel
7  for, related to, nor employed by any of the parties to the
8  action in which this was taken; and, further, that I am not
9  a relative or employee of any counsel or attorney employed
10  by the parties hereto, nor financially or otherwise
11  interested in the outcome of this action.
12
13       _Audrey Franklin_
14                    AUDREY FRANKLIN
15
16
17
18
19
20
21
22
23
24
25

25 (Pages 94 - 97)

Page 98

1                    ERRATA SHEET
                VERITEXT/NEW YORK REPORTING, LLC
2
     CASE NAME: Fernandez v. Bulldozer Hospitality Group, Et Al.
3    DATE OF DEPOSITION: 12/3/2025
     WITNESSES' NAME: Janos Paliko
4
5    PAGE  LINE (S)    CHANGE        REASON
     ___|___|___|_____|___
6    ___|___|___|_____|___
7    ___|___|___|_____|___
8    ___|___|___|_____|___
9    ___|___|___|_____|___
10   ___|___|___|_____|___
11   ___|___|___|_____|___
12   ___|___|___|_____|___
13   ___|___|___|_____|___
14   ___|___|___|_____|___
15   ___|___|___|_____|___
16   ___|___|___|_____|___
17   ___|___|___|_____|___
18   ___|___|___|_____|___
19   ___|___|___|_____|___
20
21              _____
                    Janos Paliko
22   SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS ____ DAY OF _____, 20__.
24
     _____
25   (NOTARY PUBLIC)          MY COMMISSION EXPIRES:

| & |
| --- |
| **&**  2:4 5:13 |

| 0 |
| --- |
| **0.6.**  31:17,21 |
| **0.7**  31:16,20 |
| **07302**  1:22 |

| 1 |
| --- |
| **1**  3:7 45:7 48:19 49:4 50:19 67:5 |
| **10006**  2:6 |
| **11423**  2:16 |
| **12/3/2025**  98:3 |
| **14**  14:22 |
| **16**  42:19 |
| **17.15**  57:8 |
| **17.15.**  57:7 |
| **18211**  2:15 |
| **1:04**  1:20 4:6 |
| **1:25**  1:10 |

| 2 |
| --- |
| **2**  3:9 66:2,9 |
| **20**  61:4 65:14 95:20 98:22 |
| **2021**  42:11 43:8 63:9 73:13 |
| **2022**  15:8,21 42:9 43:8 63:9 73:13 |
| **2023**  42:3 43:8 63:9 |

**2023.csv**  3:12
**2023.csv.**  72:18
**2024**  40:2,24 41:3 43:20 63:10
**2024.csv**  3:10
**2024.csv.**  66:7
**2025**  1:19 4:11 74:15
**2025.csv**  3:8
**2025.csv.**  49:3
**212**  2:8
**24.75**  74:16
**24.75.**  74:7
**27982**  96:16
**2:21**  89:16
**2:40**  89:19
**2:45**  95:9,12

| 3 |
| --- |
| **3**  1:19 3:11 4:11 72:13,20 |
| **30**  1:16 48:9 58:7,19,20 59:11 65:6 71:13 |
| **31909**  97:13 |
| **320**  2:5 |

| 4 |
| --- |
| **40**  56:4 |
| **412-2421**  2:18 |
| **4490**  1:10 |
| **45**  2:5 |

**49**  3:8

| 6 |
| --- |
| **6**  1:16 3:3 48:9 58:7,19,20 59:11 65:6 71:13 |
| **66**  3:10 |
| **688-2545**  2:8 |

| 7 |
| --- |
| **718**  2:18 |
| **72**  3:12 |
| **738.91**  57:22 |
| **738.91.**  57:19 |
| **7776531**  1:24 |

| a |
| --- |
| **ability**  10:25 96:9 97:6 |
| **able**  41:12 44:5 58:11 73:4,13 94:14 |
| **absent**  4:19 |
| **abuses**  45:8 |
| **accommodate**  10:11 |
| **accordance**  39:13 43:10 44:5 45:14 46:7,12,23 |
| **account**  36:2 |
| **accurate**  33:5 51:25 61:24 96:8 97:5 |

**acknowledge...**  4:16
**action**  1:9 25:15 71:21 87:21 88:5 96:11,15 97:8 97:11
**actual**  80:19
**actually**  16:21 17:17 23:4 24:8 34:16 36:15 48:8,20 69:3,5
**additionally**  4:19
**address**  8:3 80:17
**administer**  4:16
**admit**  36:8
**admitted**  49:18
**afternoon**  4:2 5:12,15 6:17 6:18,18
**ago**  11:23 24:13 47:5,7 61:4 68:14
**agree**  4:17,22 91:4
**ahead**  22:8 27:16 28:17 31:24 49:25 90:15

**al** 4:9,10 98:2
**alivia** 2:21 5:18
**allowed** 77:23
**amount** 32:9
  33:2 57:3,3
**amounts** 80:18
  81:8
**analyze** 78:12
  78:19
**answer** 9:20
  10:3,12 11:21
  12:6,24 14:8
  14:10 17:25
  18:2,20,21,22
  19:8 24:7,19
  24:20 26:3,5
  27:6,8,11,19
  34:10,12 35:4
  37:18 41:20
  47:19 50:9,15
  51:15 62:9,19
  68:3 73:19
  75:24 76:14
  77:4,7,7,9 78:3
  80:24 83:20
  84:11 90:16
**answering** 9:2
  68:8 70:2
**answers** 14:3
  59:15
**apparently**
  59:21
**appear** 71:16

**applicable** 5:2
**application**
  43:25 45:2
**applies** 38:13
**apportioned**
  32:8
**appropriate**
  43:25 45:3
**appropriately**
  41:22
**approves** 83:24
**apron** 82:8
**argue** 44:23
**asked** 9:19
  41:10 58:15
  59:16 65:20
  71:17,18 91:12
**asking** 8:11
  10:2 68:9 70:7
  77:20 91:11
**asks** 42:20
**assign** 93:16
**assigned** 4:4
  93:21
**assigns** 93:13
  93:19
**assistant** 15:3
  15:10,13 16:3
  17:21 19:21
  21:8 36:13
  37:16 91:24
**assistants**
  52:17

**assisting** 85:13
  85:16
**assume** 9:21
**attendance** 5:9
**attends** 22:3
**attorney** 12:18
  18:21 46:10,19
  64:8,17,20
  96:13 97:9
**audio** 90:10
  96:7 97:3
**audrey** 97:2,14
**authorized**
  4:15
**automatically**
  33:9
**avenue** 2:15

**b**

**b** 1:11,16,17
  2:11 3:5 48:9
  52:12 58:7,19
  58:20 59:11
  65:6 71:13
**back** 27:23
  45:24 51:6
  56:22 57:5
**background**
  90:10
**baia** 1:11,18
  2:11 7:19,25
  13:12,25 14:16
  15:21 18:17
  28:10 30:15

31:4 34:2,15
  35:12 37:14
  38:24 39:19
  40:6,19 41:4
  42:3,12,14
  43:7 46:5 47:7
  47:14 48:24
  51:24 52:20
  53:9 57:25
  63:7 66:6
  70:13 71:7
  72:16 73:24
  74:14 75:5
  76:7 77:21,22
  79:2,7 80:13
  81:11 84:16
  87:11,22
**baia's** 33:13
  40:11 89:6
**bar** 34:19
**barback** 54:8
**barbacks** 52:15
**bartender**
  31:15 85:24
  86:7,9
**bartenders**
  30:16,19 52:15
  82:14 86:8,20
**based** 31:10
  32:8,11,15
  33:10
**basic** 59:12
**basis** 46:21
  69:7

**bear** 73:21
**beg** 11:16
**beginning** 5:10
**behalf** 1:5 2:2
 2:10 13:24
**believe** 27:18
 56:14 59:23
 61:23 74:20
 79:21,24
**best** 56:14 86:2
 96:9 97:5
**better** 92:16,18
 92:21
**bigger** 92:22
**bind** 14:4
**bit** 8:14 25:25
 37:5
**black** 81:13
 82:7,8
**blue** 81:14
**boh** 51:3,5
**booking** 91:13
**boss** 28:12,18
 28:20
**bottom** 49:11
**break** 10:9,13
 89:15
**broadway** 2:5
**brott** 1:23 4:3
 96:2,17
**budget** 83:21
 83:22
**bulldozer** 1:10
 1:17 2:10 4:9

 5:22 7:7,24
 98:2
**bunch** 50:19
**busboy** 25:12
**busier** 92:19
**business** 92:21
**busser** 31:16
 82:12
**busser's** 31:20
 82:5,6
**bussers** 30:16
 81:17 86:19
**busy** 22:19,23
 92:15 93:10

**c**

**c** 2:1 50:24
**calculation**
 32:2 33:4,8
 69:6
**call** 58:9
**called** 6:8 7:19
 51:18 63:9
**calling** 86:9
**calls** 92:2
**care** 23:10
 25:18 36:23
 37:8 47:21
**careful** 45:23
**case** 58:24
 65:15 71:7
 92:6 98:2
**cash** 54:9,10,11
 54:11,19,21,21

 54:24 55:2,2,3
 55:6,7,10,10,16
 55:24
**category** 56:6
**certain** 40:6
 94:13
**certificate** 96:1
 97:1
**certified** 4:22
**certify** 96:3
 97:2
**chain** 18:12
**change** 98:5
**charge** 13:13
 13:15 21:16,18
 21:23,25 69:23
 78:22 86:8
**charged** 35:21
**check** 16:7 53:7
 53:9,10
**checks** 54:23
 55:24 91:20
 92:3
**chef** 85:22
 88:21
**choose** 33:18
**choosing** 93:9
**chose** 33:21
**city** 1:22 4:11
 4:14
**civil** 1:9
**class** 42:23
 43:3

**clear** 7:23
 24:21 26:7
 60:5 63:13
 70:8
**clearly** 29:3
 37:3 78:16
**close** 90:11
**closer** 13:4
**coaching** 34:20
**coat** 53:6
**column** 50:23
 52:12,13 53:21
 53:23 56:23,23
 57:3,7,17,18,18
 60:24 61:20
 62:5,12,17,20
**columns** 50:20
 53:17 63:14
 66:12,21 67:3
 72:24
**come** 45:24
 53:5
**coming** 45:11
 69:2
**command**
 18:13
**comments** 45:6
**commission**
 98:25
**communicati...**
 12:17,18
**company** 13:21
 15:4 16:17
 46:10,16,19

47:21,24 48:12
**compensation**
46:6 47:15
**complaints**
37:10
**completely**
65:2
**computer** 26:9
36:3 49:13
**conclude** 64:23
**concluded**
95:13
**conduct** 45:12
59:11 64:21
**conferred**
58:18 59:4
**consider** 28:18
93:5
**considering**
91:18
**constitute** 5:6
**consult** 30:10
90:7,19
**consulted**
87:14
**contact** 19:2
81:7 91:23
**continue** 37:24
**continued**
59:10
**controller**
91:24
**convenient**
33:19 45:4

**conversation**
17:18
**convicted** 75:6
75:12 76:8,18
77:14,23
**cooney** 2:21
5:18
**copy** 94:20
**corporate** 1:16
5:21
**corporation**
14:4
**correct** 7:20,21
14:17 15:17
21:3 25:23
28:2 29:7 31:2
34:7,9,13
38:10 40:3
47:17 52:21
55:19 74:17
79:15,16 80:10
80:11,20 89:3
92:11 94:8
**corrective**
87:21 88:5
**cost** 59:24
**counsel** 5:11
26:6 41:9
58:18 59:4
96:10,13 97:6
97:9
**count** 48:9
**couple** 15:23
47:5,6

**course** 5:19
17:2 44:19
**court** 1:1 8:4
8:15,17,21 9:8
10:5 60:3
**created** 31:3,5
31:25 32:5
38:21 47:10
**credit** 38:8 39:3
42:6
**currently** 10:23
**customers**
51:12 55:17
**cv** 1:10

**d**

**d** 1:11,17 2:11
3:1
**daily** 46:21
69:7
**daniel** 52:6
**data** 69:2
**date** 1:19 26:15
98:3
**day** 25:12,16
69:4 78:13
92:14 95:20
98:22
**days** 22:21,21
23:3,19,25
25:20 86:23
87:3 93:18
94:6

**dealing** 37:9
**december** 1:19
4:11
**decide** 33:13
91:3 93:2
**decided** 16:25
17:3 18:7 21:4
32:3 37:21
**decision** 38:18
87:18 89:22,25
90:4,8
**declare** 55:4,11
**declares** 55:18
**deem** 43:25
45:2
**defendant** 5:21
12:9 42:23
43:2 71:21
**defendants**
1:14 2:10 5:17
41:13 58:14,24
59:10 69:19
71:14
**defense** 58:18
59:4
**delineations**
54:5
**department**
50:24
**departments**
51:24
**depends** 22:23
64:3,3 92:14
92:14

deposed  8:9
deposing  43:22
  44:3
deposition  1:16
  4:7 5:4 7:23
  8:18 12:19,25
  14:13 17:9
  26:13 27:7,17
  41:21 42:20
  43:17 44:17,24
  44:25 45:21
  46:2 48:9,20
  58:8,19,20
  59:7,17,18,25
  60:18 64:9,19
  64:23,23 65:12
  65:16,18,21
  71:2 72:5
  91:19 94:12
  96:1 98:3
depositions
  65:15
deputy  94:7
describe  31:12
described  38:2
  38:7
description  3:6
descriptions
  54:15
designated
  5:20
details  35:23
  60:23

determined
  31:23
difference  55:6
  79:13
differences
  81:4
different  52:18
  54:5 67:20
  92:9,12
digital  96:7
  97:3
dines  53:8
director  17:2
  18:9,12,25
  21:21 28:23
  37:19 83:13,23
  84:2,7 90:20
discovery  45:8
  71:21
discuss  30:7
discussed  20:22
  29:20,24
discussing
  33:25
disrupting  26:9
district  1:1,3
divide  33:13
divided  31:9
document
  48:18 65:25
  72:11 79:18,19
  80:7
documents
  40:6,11,19

41:12,15,20
42:14,22 43:7
71:6,20 79:9
79:12,14 80:3
doing  18:24
  21:22 24:10,10
  24:24,25 33:9
  35:8 36:15,16
  36:19 37:10
  39:22 41:7
  42:7 49:12
  69:4,11 85:2,3
  85:8,14
dollar  80:18
  81:8
door  90:11
doubles  22:20
  93:5
duly  6:9 96:5

**e**

e  2:1,1 3:1,5
  54:2,8
earlier  7:4 38:7
  83:25
earning  53:23
  53:25
easier  8:14
either  36:9 62:5
  63:15
emanuel  2:13
  2:17 5:15
  46:20

employ  76:8
  77:23
employed
  96:10,13 97:7
  97:9
employee  29:18
  29:21,25 30:5
  55:18 79:14,17
  80:8,17,18,19
  80:20 84:6,15
  87:11,15 96:12
  97:9
employee's
  53:18
employees  3:7
  3:9,11 22:4
  28:5,9 29:5
  30:15,24 31:11
  32:9 34:4
  35:12,18 38:6
  38:6 39:2 42:4
  42:15 51:12,23
  53:23 54:6
  73:23 74:6,14
  78:23 79:10,11
  79:18 80:9,14
  81:7 84:4
  92:10,24 93:14
  93:20 94:2
employment
  28:10 42:22
enforce  26:22
engaging  45:8

**english**  10:16
**ensure**  46:5
  47:15
**entering**  41:9
**entity**  7:8,11,13
  7:18
**equally**  38:13
**errata**  98:1
**es**  96:4
**especially**  17:8
  26:10 35:16
  91:18
**esquire**  2:3,13
**establishment**
  75:7,18 76:9
  77:24
**et**  4:9,10 98:2
**evaluation**  85:9
  85:15
**evaluations**
  84:15,25 87:7
**event**  55:14
  88:22 89:2
**events**  22:24
  69:22,23 92:15
  92:22 93:7
**eventually**  20:2
**everybody's**
  93:7
**everyone's**  24:3
**evidence**  39:5,8
  47:13
**evidentiary**  5:3

**exact**  63:11
**exactly**  15:9
  90:5
**examination**
  3:2 6:15
**examined**  6:11
**example**  54:7
  89:7
**except**  80:16
  81:7
**exhibit**  3:7,9,11
  48:19 49:4
  66:2,9 67:5
  72:13,20
**expect**  25:19
**expires**  98:25
**explain**  55:5
**extra**  68:24
**extract**  68:17
**extracting**  69:5

**f**

**fact**  62:25
**fall**  51:23
**familiar**  7:8
  13:11 28:4,8
  50:6,13 57:24
  58:3 60:10
  68:18 69:12
  70:4 71:5
  80:12
**far**  10:20 80:2
  80:6

**february**  15:8
  15:21
**federal**  39:13
  46:7,12,24
  47:16
**felon**  75:6,13
  76:8,18 77:14
  77:24
**fernandez**  1:5
  2:2 4:9 7:5
  98:2
**figure**  59:17,20
  59:21
**figured**  59:22
  59:23
**file**  3:8,10,12
  48:25 66:7,7
  72:17,17
**financially**
  96:14 97:10
**financing**  18:24
**find**  69:17
**fine**  36:9
**finish**  9:25 12:5
**firing**  30:8
**firm**  5:19
**first**  6:8 8:10
  10:12 47:3
  53:17,19 54:11
  54:19 58:10,19
**fit**  20:11,18
**five**  22:20
**flexible**  22:17

**floor**  15:2,6,7
  15:14 19:20
  21:8,9,10,12,14
  36:21,22,23
  37:7,8,14 38:3
  39:23 93:23
**fluently**  10:17
**focusing**  52:14
  53:22
**foh**  51:8,9
**follow**  47:16
  49:14 63:11
**followed**  23:11
  23:15 47:9
**following**  24:3
  24:14 25:16
  53:16 77:22
**follows**  6:11
**food**  28:4,9
  29:5,17,21,25
  30:4,14,23
  31:16,19 38:5
  38:25 42:4
  52:15
**foregoing**  96:3
  96:4 97:4
**form**  8:6 9:10
  9:15 11:19
  14:6 15:18
  16:12 17:23
  18:18 19:13,22
  22:7 24:5,16
  25:22 26:5
  27:2,5,16

**[form - headers]**                                                                    Page 7

30:12,18 33:15
34:24 35:19
37:17 38:11,15
40:22 46:8
47:18 48:4
52:2 57:9
60:12,21 61:6
61:21 62:6,13
63:2 66:15,19
66:23 67:11,17
70:15 71:8
73:7,25 74:19
75:2,8,22
76:12 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11 84:9,17
86:6,14,25
87:17 88:11
89:10,24 90:24
**format**  81:5
**forward**  29:3
**four**  63:8 73:5
**franklin**  97:2
97:14
**friday**  95:3
**friends**  91:13
**front**  21:25
22:4 33:11
35:21 43:23
51:10,11,14
52:14,19 53:13

53:22 54:6
55:15,18 74:3
74:5 80:25
81:6 91:2
**full**  91:2
**function**  71:20
**functions**  34:14
**further**  71:23
72:2 94:11
96:12 97:8

**g**

**g**  54:2,9
**games**  44:14
**general**  14:15
15:3,11,13,15
16:3,19,22
17:5,11,15
21:8 28:19,24
34:15 36:14,19
37:16 41:16
74:10 77:21
**getting**  60:3
79:19
**give**  8:19 14:3
18:7 20:17
27:22 39:10,14
40:20 42:4
56:13 79:10,10
87:20 88:13
**given**  12:11
80:8,9
**gives**  80:13
86:18 93:25

**giving**  40:11
78:14 86:21,22
88:5
**gm**  15:23 16:4
16:11,16 17:22
17:22 19:21
39:25 78:7,9
**go**  8:13 22:8
26:8,17 27:16
27:23 28:17
31:24 39:11
49:25 53:11
56:4 60:23
69:16 83:22,22
85:18 90:15
94:19
**going**  8:11 9:21
26:22 29:2
35:4 36:4
44:14,16,23
45:13 48:5,19
52:12 53:21
56:22 57:5,16
59:6 63:6 65:4
65:25 89:14
93:3,15,20
**good**  4:2 5:12
5:15 6:17,18
6:18 20:11,18
34:19 90:23
**googled**  76:25
77:8,9
**gratuities**
54:11,20 55:6

**gratuity**  54:10
54:12,21,22
55:12,13,21,22
**great**  6:21 8:3
8:11 10:23
72:7
**ground**  8:13
**group**  1:10,17
2:10 5:22 7:7
98:2
**groups**  92:22
**guess**  53:12
56:8
**guessing**  62:24
**guests**  53:3,6
55:23

**h**

**h**  3:5
**half**  33:2
**hand**  6:5 8:22
**handle**  37:20
**happens**  25:11
**happy**  65:21
**head**  8:22 23:5
23:24 69:22
82:22,25 83:6
84:6 85:24
86:7,9,16
89:23
**headers**  50:20
63:12 67:4,9
72:25 73:6

**hear**  6:19 9:13
18:15 19:10
29:3 37:4
44:22 64:11,14
64:15 68:23
71:25 94:22
**heard**  7:3
**hearing**  6:3
85:7
**hereto**  96:13
97:10
**hi**  5:12
**highlighting**
52:9 54:16
**hire**  29:10
**hired**  15:20
17:4,10,15
28:14
**hiring**  29:21
34:17 36:16,19
39:10 41:7
42:7 80:4
**hold**  49:22
**hospitality**  1:10
1:17 2:10 4:10
5:22 7:7 98:2
**hosts**  52:16,24
53:11
**hotel**  88:15
**hour**  22:20
59:13 83:10
**hours**  32:12,16
32:20,24,25
33:2,3 54:14

56:4,9,10,15,24
57:6,8,22
62:21,21 69:3
69:9 73:23
**house**  21:25
22:4 33:11
35:22 51:6,10
51:11,14 52:14
52:20 53:22
54:6 55:15,18
74:3,5 80:25
81:6 91:3
**hr**  47:20 48:11
**hundred**  61:24
**hundreds**  61:7

### i

**idea**  90:23
**identification**
49:5 66:10
72:21
**identify**  5:9
**illegal**  75:5,21
76:4,8
**impair**  10:24
11:7
**impaired**  11:10
**important**  8:19
**improve**  86:10
**inadequately**
58:25
**included**  53:2
**industry**  88:15

**inform**  25:19
**information**
40:16 41:6
42:8,10,16
46:11 47:25
56:17,21 57:11
57:23 58:4
62:10,15 63:16
63:17 67:8
68:6 73:14
75:25 76:21,24
81:5,8 83:12
**informed**  87:4
**informing**
25:14
**input**  33:7,10
86:18,21,24
**instructed**
24:19 27:10
**instruction**
9:23
**instructions**
10:21
**intended**  4:25
**interested**
96:14 97:11
**interferes**
26:12
**internal**  89:6
**interview**  17:19
20:21 29:8,17
**interviewed**
17:10,14 20:12

**inventories**
34:17
**inventory**
36:18
**invoices**  91:12
**involved**  18:23
19:2 34:23
35:7 36:17
40:10,13
**issue**  43:16
**issues**  25:18,20
86:22 87:4

### j

**j**  4:1 5:1 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1,23 57:1
57:18,18 58:1
59:1 60:1 61:1

61:20 62:1
63:1,14 64:1
65:1 66:1,12
66:21 67:1
68:1 69:1 70:1
71:1 72:1,24
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1
**jamaica**  2:15
2:16
**jams**  27:6
**janos**  1:18 4:7
5:20 6:2,7
95:18 98:3,21
**jersey**  1:22
4:11,13,14
**jk**  2:7
**jnussbaum**  2:7
**job**  1:24 34:14
36:13,20 52:13
61:17 68:2
77:18 78:7,14
78:19
**jobs**  52:19
**joe**  36:10
**join**  49:20
**joining**  35:25

**josef**  2:3 5:13
7:4
**joseph**  2:4 5:13
**judge**  26:17
**judge's**  26:6
45:7 48:4
**julio**  23:5,20,21
23:22,23 24:2
25:14,19 34:22
35:13,17 69:21
82:16 84:14
86:13 88:20
89:23 93:13
94:3
**jump**  36:4

### k

**k**  54:9 57:3
62:5 63:14
66:13,21 72:24
**karagoz**  54:8
57:6,22
**kataev**  2:13
5:15,16 8:6
9:10,14,15
11:19 14:6
15:18 16:12
17:23 18:18
19:13,22 22:7
24:5,16 25:6
25:22 26:4,20
26:24 27:12,15
30:12,18 33:15
34:8,24 35:19

35:25 36:3,9
37:17 38:11,15
40:22 41:19
43:12,14,18
44:7,16,22,23
45:5,20,25
46:2,8 47:18
48:3,7 49:12
49:19,25 52:2
57:9 59:14
60:12,21 61:6
61:21 62:6,13
62:18 63:2
64:7,12,16
65:3,10,11
66:15,19,23
67:11,17 70:15
71:8,23 72:2,6
73:7,16,25
74:19 75:2,8
75:15,22 76:12
76:19 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11,18 84:9
84:17 86:6,14
86:25 87:17
88:7,11 89:10
89:24 90:9,12
90:24 94:19,25
95:5

**katherine**  1:5
2:2 4:8 7:5
**keep**  19:5 39:19
59:6 65:19,23
78:15 87:3
**keeping**  34:19
94:12
**khaimov**  52:7
**kind**  65:23
68:22
**kirschenbaum**
2:4 5:13
**know**  9:19 10:3
10:10 16:8,10
35:23 40:4,8
40:14 41:3
42:13,18 44:13
45:23,24 49:7
53:14 55:8,9
61:9 74:11
75:5,12,14,17
75:20 76:3,5,7
76:23 77:13
80:2,6 84:12
88:12 89:11
93:7
**knowledge**
96:9 97:6

### l

**l**  62:12 63:14
66:13,22 72:24
**la**  1:11,17 2:11
7:19,25 13:12

[la - medication]    Page 10

| | | | |
|---|---|---|---|
| 13:24 14:16 | **leave** 49:19 | **losing** 60:3 | 39:24 41:16 |
| 15:21 18:17 | 53:10 54:23 | **lot** 90:10 | 74:11 77:21 |
| 28:10 30:15 | 55:3,23 93:23 | **m** | 88:13 89:8,12 |
| 31:4 33:13 | **left** 15:24 16:11 | | **manages** 23:2 |
| 34:2,15 35:12 | 16:23 55:17 | **m** 54:8 62:17 | **managing** 23:5 |
| 37:14 38:24 | **legal** 2:14,21 | 62:20 63:14 | 23:7 25:4 |
| 39:19 40:6,11 | 5:16 | 66:13,22 72:24 | **manner** 5:4 |
| 40:19 41:4 | **lest** 45:24 | **ma'am** 94:25 | **marianna** 1:12 |
| 42:3,12,13 | **liability** 42:24 | **made** 33:4,11 | 2:12 12:25 |
| 43:7 46:5 47:7 | 43:4 | 59:23 65:3,4 | 18:10,15,23 |
| 47:14 48:24 | **life** 77:2,17 | **majority** 20:15 | 19:3,11 21:4 |
| 51:24 52:20 | 78:6 | **make** 8:14 12:4 | 28:23 92:2 |
| 53:9 57:25 | **limit** 44:12 | 41:22 43:24 | **marianna's** |
| 63:7 66:6 | **line** 55:25 | 45:2 69:10 | 17:8 |
| 70:13 71:6 | 57:16 98:5 | 89:23 90:3 | **marianne** 91:7 |
| 72:16 73:24 | **liquor** 75:7,18 | 92:3 | **mark** 48:19 |
| 74:14 75:5 | 76:9 77:25 | **makes** 24:2,14 | **marked** 49:4 |
| 76:7 77:21,22 | **listening** 85:18 | 26:12 | 66:9 72:20 |
| 79:2,6 80:13 | **litigation** 48:24 | **making** 32:2 | **marking** 66:2 |
| 81:11 84:16 | **little** 8:14 | 90:8 | 72:12 |
| 87:11,21 89:6 | **llc** 2:14,21 5:16 | **management** | **matter** 4:8 |
| **late** 25:12 | 98:1 | 33:18,21 51:19 | **matters** 60:4 |
| **laughed** 64:8 | **llp** 2:4 | 52:5 69:17 | **mean** 56:7 |
| **laughing** 64:18 | **llp.com** 2:7 | **manager** 14:16 | 61:23 63:14 |
| **law** 9:8 39:13 | **location** 1:21 | 15:3,3,6,7,11 | 73:6,15 80:8 |
| 46:7,13,24 | **long** 14:18 15:5 | 15:14,14,15 | 83:25 |
| 47:17 | 39:23 74:8 | 16:3,20,22 | **meaning** 60:23 |
| **laws** 5:3 | **look** 27:2 64:2 | 17:5,11,15 | 61:19 62:4 |
| **lawsuit** 7:6 | **looked** 73:2 | 19:20 21:8,9,9 | 63:23 |
| 12:9 40:5,12 | **looking** 37:21 | 21:11,12,14,18 | **means** 5:5 57:7 |
| 58:14 59:13 | 50:11 | 25:19 28:19,24 | 57:21 75:21 |
| 69:19,25 | **looks** 62:21 | 34:15 36:14,19 | 76:4 |
| **lawyers** 40:11 | 67:19 | 36:21,22 37:7 | **medication** |
| | | 37:15,16 38:3 | 10:24 11:6 |

meeting 94:4
meetings 22:3
members 42:24
  43:4
memory 11:7
  11:10 56:14
  86:2
mentioned
  24:12,23 33:20
  35:20 57:13
  60:13 61:15
  67:25 83:5
  87:2 90:25
mentioning
  78:18
message 35:3
  35:12
met 58:17 59:4
  71:15
mic 13:4
microphone
  26:11
minimum 39:3
minute 68:14
  89:15 94:24
minutes 61:4
moment 11:23
  21:17 24:13
  27:23 35:24
  73:21
money 59:24
month 22:13
months 14:22
  20:17 47:5,7

87:9
motion 41:22
move 13:4
movements
  8:22
mumbling 37:4
mute 90:12
muted 94:23

**n**

n 2:1 3:1 54:2,2
name 4:3 5:24
  6:22 7:4 13:18
  13:19 15:22,25
  16:6 47:24
  48:25 53:17,18
  53:18,19 66:7
  69:14 80:16
  98:2,3
named 3:8,10
  3:12 52:6 54:8
names 6:23
natalie 88:21
  88:25
nature 71:19
near 26:10
need 10:9 25:24
  26:16,19,20,24
  37:14 44:15
  46:11,22 59:8
  65:19,22 86:4
  88:14,22 92:20
  95:3

needed 59:5
  80:3
negotiate 83:13
  83:17
negotiated 84:7
neither 96:10
  97:6
never 8:10
  12:10 29:19
  34:25 35:3,6
  40:13 50:8
  60:18,22 61:4
new 1:3 2:6
  4:11,14,17
  20:21 38:8
  96:19 98:1
nicknames 6:25
night 55:4,11
nj 1:22
nobody's 11:22
nods 8:22
noise 90:10
notary 4:13,15
  95:23 96:18
  98:25
noted 26:14
notice 14:12
  38:25 39:10
  42:5,20 43:11
  44:6,12 45:15
  58:8 65:6
  71:13
noticed 45:18

notices 41:4
  87:21 88:6
number 8:12
  42:19 60:24
  72:17,17
numbers 61:19
  62:4 63:23
  67:9 73:5
nussbaum 2:3
  3:3 5:12,13
  6:14,16 7:4,17
  8:7 9:11,17
  11:20 13:7
  14:9 15:19
  16:15 17:24
  18:4,19 19:7
  19:16,24 22:11
  23:18 24:6,17
  25:10 26:2,6
  26:22 27:4,13
  27:20 28:3,16
  29:4 30:13,20
  31:22 32:21
  33:23 34:11
  35:2,6,10
  36:11,12 37:12
  37:23 38:12,17
  41:2,8,23 42:2
  42:19 43:3,14
  44:2,11,19
  45:4,10,22
  46:3,15 47:2
  47:23 48:2,8
  48:10 49:17,23

| | | | |
|---|---|---|---|
| 50:2 52:4 | **oaths** 4:16 | **objection's** | 49:13,16,21 |
| 53:25 54:3 | **objection** 4:19 | 26:14 | 50:23 51:7,17 |
| 57:15 58:6 | 6:4 8:6 9:10,15 | **obligation** 9:5 | 51:21 52:5,12 |
| 59:19 60:8,16 | 11:19 14:6 | 45:17 | 52:12 53:16,21 |
| 61:2,12 62:2,8 | 15:18 16:12 | **obnoxious** | 54:24 55:20,25 |
| 62:16,23 63:5 | 17:23 18:18 | 65:23 | 56:3,5,15,18,22 |
| 64:11,14,25 | 19:13,22 22:6 | **occasions** 93:13 | 57:5,16 61:13 |
| 65:13,24 66:16 | 24:5,16 25:6 | **office** 93:24 | 62:3,12 63:6 |
| 66:18,20 67:2 | 25:22 26:4,8 | **officer** 96:1,2 | 64:5 65:20 |
| 67:13,21 68:21 | 26:13,25 27:5 | **okay** 6:20 7:3 | 66:12,21 67:3 |
| 69:13 70:18 | 27:15 30:12,18 | 7:10,22 8:2,8 | 67:14,22 68:14 |
| 71:10,12 72:4 | 33:15 34:8,24 | 9:25 10:9,16 | 69:18 70:9,11 |
| 72:7,8 73:9,18 | 35:19 37:17 | 10:19 11:12 | 71:5,11 72:7 |
| 74:4,21 75:3 | 38:11,15 40:22 | 12:4,6,8,16 | 72:23 73:4,10 |
| 75:11,16,23 | 46:8 47:18 | 13:2,5 14:15 | 73:12 74:8 |
| 76:16,22 77:6 | 48:3 52:2 57:9 | 14:24 15:5,10 | 75:4 76:17,25 |
| 77:19 78:5,21 | 60:12,21 61:6 | 15:20 16:2,10 | 78:22 79:5 |
| 79:22 80:5,23 | 61:21 62:6,13 | 17:20 18:5,7 | 80:16 81:4 |
| 81:15,25 82:4 | 62:18 63:2 | 18:14,22 19:8 | 83:25 85:11 |
| 82:13,24 83:8 | 66:15,18,23 | 19:25 20:20 | 86:4 87:10,24 |
| 83:15,19 84:10 | 67:11,17 70:15 | 21:12,19 22:12 | 88:3 89:16 |
| 84:20 85:4,10 | 71:8 73:7,16 | 22:14 23:12,25 | 90:3 92:5,8,12 |
| 86:11,17 87:5 | 73:25 74:19 | 24:20 25:4,17 | 92:16,23 93:2 |
| 87:19 88:9,17 | 75:2,8,15,22 | 27:8,12 28:20 | 93:12,17 94:10 |
| 89:4,14,21 | 76:12,19 77:3 | 29:8,16,20 | 94:18 95:4,6 |
| 90:2,18 91:5 | 77:15 78:2,8 | 30:7,14 31:3,8 | **once** 22:5,9,13 |
| 94:10,21,24 | 79:20,25 80:22 | 31:23 32:7,22 | 60:2 84:24 |
| 95:2,7 | 81:12,18,23,24 | 33:7 34:4 | 91:8 |
| **ny** 2:6,16 | 82:2,11,21 | 35:11 36:20 | **open** 59:7 |
| | 83:4,11,18 | 37:13 38:18 | 94:13 |
| **o** | 84:9,17 86:6 | 40:4 41:23 | **opening** 24:25 |
| **o** 54:9 | 86:14,25 87:17 | 42:9 45:20 | **openings** 24:10 |
| **oath** 9:2 12:12 | 88:7,11 89:10 | 47:6,13 48:2 | **openly** 45:16 |
| 74:23 | 89:24 90:13,24 | 48:11 49:6,10 | |

**operation**  17:3
  18:9,12,24,25
  21:22 28:23
  83:14,23 90:20
**operations**
  18:16 19:12
  37:19 84:2,8
**options**  33:16
**order**  95:8
**ordering**  94:20
**orders**  53:4
**osteria**  1:11,17
  2:11 7:19,24
  13:12,24 14:16
  15:21 18:17
  28:10 30:15
  31:4 33:13
  34:2,15 35:12
  37:13 38:24
  39:19 40:6,11
  40:19 41:4
  42:3,13 43:7
  46:4 47:7,14
  48:24 51:24
  52:20 53:8
  57:25 63:7
  66:6 70:13
  71:6 72:16
  73:24 74:14
  75:4 76:7
  77:21,22 79:2
  79:6 80:13
  81:11 84:16
  87:11,21 89:6

**outcome**  96:14
  97:11
**overlap**  81:22
**overtime**  54:13
  56:2,2,3,4 57:6
  57:8 73:23
  74:16 93:5
**owed**  54:10,11
  54:12,14,20,25
  55:6,7,10
  56:19
**own**  16:25
  22:18
**owner**  28:22
  78:13,19

**p**

**p**  2:1,1
**p.m.**  1:20 4:6
  95:12
**page**  3:2,6 98:5
**paid**  11:12,24
  11:25 38:7
  56:10 57:8,22
  73:23 74:9,16
  83:10
**paliko**  1:18 4:1
  4:8 5:1,20,24
  6:1,2,2,7,17 7:1
  7:15 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1

  22:1 23:1 24:1
  24:18 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  37:2 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1,8 50:1,3
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1,9 61:1,3
  62:1 63:1 64:1
  65:1 66:1 67:1
  67:22 68:1
  69:1 70:1 71:1
  72:1,9 73:1,22
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  82:6 83:1 84:1
  85:1 86:1,24
  87:1 88:1 89:1
  89:22 90:1
  91:1 92:1 93:1
  94:1,16 95:1
  95:18 98:3,21
**pants**  81:13
  82:7
**paralegal**  2:21
  5:18

**pardon**  11:16
**part**  40:4 68:2
  70:19 76:6,10
  86:5
**participate**
  30:24 84:19,25
**participated**
  29:17
**participates**
  35:18 84:15
  88:4
**parties**  4:17,21
  96:11,13 97:7
  97:10
**passed**  20:24
**pay**  17:20 18:8
  38:19 39:11
  84:7
**paycheck**  80:19
**paychecks**
  74:13 81:6
**paying**  11:15
  11:18,22 42:5
**payments**
  21:24
**payroll**  13:8,11
  13:14,15,17
  57:12 58:4,5
  58:12,23 60:15
  61:16 67:15,23
  68:4,9,15,18
  69:2,24 70:22
  70:24 71:3
  79:2 91:15,21

91:22 92:3
**pays** 39:2
**penalties** 9:6
**pending** 10:12
**people** 33:12
  36:17,18 41:5
  50:12 52:14
  54:23 88:6
**percent** 61:24
**perez** 23:22,23
  24:2 34:22
  82:16 83:9
  84:14 87:14
  88:4 89:8
**performance**
  37:22 87:6
**performing**
  24:8 25:2
  86:20
**period** 20:10,23
  20:25 42:24
  43:4,19 44:9
  44:12
**perjury** 9:7
**permitted** 4:25
  27:2
**person** 28:21
  52:6 88:24
**personal** 77:17
  78:6
**personnel** 79:6
**petrosyants**
  1:12 2:11
  76:18

**ph** 52:7
**phone** 49:15,20
**place** 23:7 25:8
  47:21 61:9
**plaintiff** 1:8 2:2
  12:9
**plaintiff's** 5:10
  66:2 72:13
**plaintiffs** 5:14
  7:6 40:5 66:5
  71:7 72:16
**plan** 93:23
**planner** 88:22
  89:2
**playing** 44:13
**please** 5:9 6:5
  7:15 9:19,25
  10:10 12:4
  13:4 19:6
  27:21 29:2
  41:21 44:24
  45:8,20 59:16
  65:10,11,15
  68:3 72:6
  73:22 78:16
**pleasure** 49:17
**point** 24:21
  31:14,15 32:3
**policies** 34:6
  79:2,6
**policy** 38:13
**pool** 30:25 31:3
  31:9 33:14,17
  34:5,6 53:3

**pools** 33:24
**portion** 53:10
**position** 14:21
  20:11 30:21
  31:10 32:4,16
**possible** 92:6
**practices** 46:6
  47:16
**pre** 22:3 24:11
  24:25 94:4
**prefer** 77:4,7
  92:24
**preparation**
  70:25
**prepare** 12:20
  41:17
**prepared** 41:19
  43:10,18 45:17
  50:9,15 59:2,2
  59:14 60:2
  62:25 65:5
  67:7,14,19,24
  68:4,10,16
  69:20,25 70:14
  71:22 97:3
**preparing**
  59:11,24,25
**present** 2:20
  25:21
**previous** 72:25
**prior** 41:3 47:6
  96:4
**probably** 37:19
  50:13 61:8

74:11
**probation**
  20:10,18
**probationary**
  20:23,25
**problem** 27:16
  29:13 77:17
**procedural** 5:2
**proceed** 6:13
  27:16 36:5,11
  41:21 44:25
  45:9,20 49:21
  59:16 65:11,16
  65:17,22 72:5
**proceeding**
  1:21 4:5,24
  95:13 97:4
**proceedings**
  96:3,4,5,8 97:5
**process** 80:4
  85:12 86:5
  88:5
**produce** 71:15
**produced** 4:23
  48:23,25 49:2
  58:13,23 63:8
  66:5 69:19,25
  70:13 71:7,20
  72:15
**professionally**
  64:22
**program** 34:18
  34:19

**promote**  16:5
17:6
**promoted**  16:2
16:19,21 17:21
19:20 20:21
21:7 37:15
87:11
**promoting**
87:14
**promotion**  20:9
**properly**  78:11
**proportionally**
32:17,19
**provide**  38:24
**provided**  41:13
42:14,23 43:2
43:7 44:7
59:15
**public**  95:23
96:18 98:25
**pull**  26:8
**pulled**  57:12
58:4 60:14
**pursuant**  48:4
**putative**  42:23
43:3

**q**

**qualified**  96:7
**question**  9:19
9:21 10:2,12
10:13 12:5
18:22 19:9,9
24:19,20 27:19

27:21 28:7
43:13 68:3,9
68:13 70:3,17
75:10 76:6,10
76:14 77:5
78:4 81:23
86:12 91:25
**questioning**
64:17
**questions**  8:12
8:20 9:2 10:20
12:23 41:20
43:24 50:10,16
64:22 71:24
72:3 91:14
94:11
**quickly**  35:5
**quite**  45:10

**r**

**r**  2:1 54:2,9
**raise**  6:5 17:20
18:8 19:19
20:5 21:2
**rate**  38:19
39:11 84:7
**read**  17:8 26:17
26:20,24 27:20
**ready**  49:21
**reason**  11:3,9
20:6 98:5
**reasons**  58:9
**recall**  13:19
15:9,22,25

16:13,14 52:11
77:11,12 90:5
92:4,7,8
**receive**  33:2
51:13
**record**  4:4,5,20
4:23 5:10,25
6:22 8:17,21
10:7 27:25
41:9 50:7,10
50:16 58:6
60:5 64:7,12
64:16 65:2,8
68:22 69:15
71:13 89:7,17
89:18,20 94:19
95:10 96:9
97:5
**recorded**  5:4
96:6
**recording**  96:8
97:3
**records**  13:9,12
16:7 58:12,23
59:13 67:15,23
68:4,10,15
69:18,24 70:12
70:23,25 71:4
71:6 89:6
**reduced**  96:6
**refer**  7:24 45:6
89:7
**referring**  7:25

**refers**  51:11
**reflect**  64:7,13
64:16 65:2
**refrain**  45:5
**regular**  54:13
56:6,9,10
57:17,22
**related**  40:12
42:22 96:10
97:7
**relation**  34:19
**relative**  96:12
97:9
**remainder**  7:22
**remind**  74:22
**remote**  1:21
**remotely**  4:18
**repeat**  11:17
18:2 28:7
34:10 42:25
46:14 62:19
68:20
**repeated**  27:24
**rephrase**  9:20
**report**  29:6
**reported**  1:23
**reporter**  4:2,3
5:23 6:3,12
7:14 8:4,15,17
8:21 9:13 10:5
13:3,6 14:7
18:2 19:5 22:6
22:8 23:14
25:24 27:18,22

27:24 28:15,25
31:18 32:18
34:10 35:4,24
36:7 37:2
42:25 44:18,20
46:14,17 49:16
49:18,22 53:24
60:3 62:19
68:20,23 71:25
78:15 81:20
82:3 84:22
85:3,6 88:25
89:16,19 90:9
90:15 94:18,23
95:4,9
**reporting**  98:1
**represent**  7:5
48:22 63:7
66:4 72:14
**representative**
1:16 5:21
**representing**
64:21
**requested**
27:25 40:5
**required**  22:22
**requirements**
39:12
**reservation**
93:6
**reserve**  59:9
**reside**  8:4
**respect**  34:6

**responses**  8:19
**responsibilities**
34:17
**responsibility**
61:17 91:2
**responsible**
29:12 78:10
**restaurant**  7:19
20:15 21:16,18
21:20 22:16
23:2 24:4 25:5
25:8,21 28:5
40:15 78:23
92:10 93:14,19
94:7
**revealing**  12:16
**review**  13:8
70:24
**reviewed**  12:24
14:12 35:16
71:3 74:13
91:18
**rich**  45:10
**right**  6:5 10:17
13:12 14:16
15:16 17:16
18:3,10 19:23
20:2,5 21:2,5
22:2 24:12,15
25:21 28:12,21
29:6 30:17
33:14 38:9
41:8 44:2
45:22,24 48:13

53:19 59:9
60:11,17,20
61:20,23 62:5
62:17 63:15,18
63:24 64:2,25
67:5,10,16
68:16 70:6
73:6,15 77:20
78:7,23 79:3
79:12,19 81:8
81:24 83:3
84:8 86:12
91:25 95:9
**robert**  1:12
2:11 12:25
17:3,4 18:25
19:3 21:4,19
21:21 22:3
28:24 29:16,22
30:2 35:22
76:17 90:21,22
**robert's**  35:16
**role**  14:19
16:24 24:9
25:2 84:21
85:11,14
**roles**  20:22
**rotating**  93:8
**rotation**  92:25
**row**  50:19
**rule**  26:18,21
26:25 77:22
**rules**  5:3 8:13
23:17 24:3,15

26:7 45:7 48:4
**run**  78:18
91:21 92:3
**runner**  31:16
31:19
**runners**  30:16
52:16 82:9,10
86:19
**running**  25:9
**runs**  7:13,18
78:11
**rush**  22:19

**s**

**s**  2:1 3:5 54:8
98:5
**sage**  2:14,21
5:16
**sagelegal.nyc**
2:17
**samet**  54:8 57:5
**sanctionable**
41:10
**sanctions**  59:10
**saw**  37:20
55:11 60:22
67:4
**saying**  20:14
40:18 41:14
63:24 65:19,23
79:23
**says**  26:18,25
50:24 51:2
52:13 53:23,24

55:25 56:23 57:7,17,18,19
**schedule** 22:15 22:17,18 35:9 35:13
**scheduled** 65:21
**scheduling** 34:18,23 35:18
**screen** 49:6 72:10,19
**scroll** 49:10 51:7
**seamless** 36:25
**second** 41:11 43:15 45:14 48:5 56:13 58:7,10
**section** 45:7 51:18 52:6 54:4 93:3
**sections** 92:9 92:13,17,23 93:14,19
**see** 20:10,18 49:7,8,14 50:3 50:8,18,23 51:3,19 52:7 53:13 54:7,15 55:12 56:20,24 57:19 60:23 62:22 66:8,12 66:17,21 69:9 69:10 72:18,23

74:15 83:23 84:19,22 85:2 85:5,18 86:9 91:20
**seeing** 63:12
**seek** 59:9
**seems** 27:13
**seen** 60:19 61:4
**sells** 75:7,18 76:9 77:24
**sending** 46:20 47:3 69:7
**sentences** 85:7
**separate** 53:2
**september** 14:20 40:2,24
**serve** 51:12
**served** 43:11 71:14
**server** 23:5 24:9 25:2,11 31:14 52:16 69:22 82:23 83:2,2,6 89:13
**servers** 30:16 32:22 52:16 81:10
**service** 24:9 28:5,9 29:5,18 29:21,25 30:5 30:14,23 36:23 37:8 38:5,25 42:4 78:10

**servicing** 53:3
**shahmuradyan** 1:13 2:12
**share** 95:2,7
**shares** 31:8
**sharing** 49:6 72:10
**sheet** 98:1
**shift** 22:3 24:25 32:10,23 94:4
**shifts** 24:11
**shirt** 81:14 82:8
**show** 48:18 64:5 65:25
**showed** 60:17
**showing** 72:9 72:11
**shows** 25:12
**sic** 91:7
**sighing** 64:9,19
**sign** 39:17
**signature** 96:16 97:13
**signed** 12:14
**similarly** 1:6
**sit** 88:23
**sitting** 85:17
**situated** 1:7
**six** 22:21 32:24 33:3 87:8
**skills** 92:21 93:7,10 96:9 97:6

**slow** 25:25 28:25 44:20 81:21
**slows** 27:6
**somebody** 88:23
**sorry** 4:13 20:13 23:14 25:24 28:6,15 28:17 31:24 32:18 44:18 49:25 53:24 54:10 61:14 68:12 70:16 78:17 81:16 82:3 84:22 87:25 88:2,18
**southern** 1:3
**spare** 65:10
**speak** 7:14,14 7:15 10:16 13:3 26:10 37:3,3 78:16 91:6,9
**speaks** 18:16
**specific** 20:6 59:3 80:7
**specifically** 58:12 64:4
**specifics** 28:9 31:13
**speech** 29:2
**spent** 60:4

**[spew - testified]**

| | | | |
|---|---|---|---|
| **spew** 65:9 | **states** 1:1 | **supervises** 23:8 | **table** 37:25 |
| **split** 95:5 | **station** 93:22 | **supervisor** | 85:17 86:13 |
| **splitting** 95:6 | **stenographic** | 78:12,20 | **tables** 36:24 |
| **spread** 54:13 | 5:5 | **supposed** 44:3 | 37:9 |
| 56:15 | **stephanie** | 44:4 | **take** 4:4,15 |
| **spreadsheet** | 13:16 57:14 | **sure** 12:4,7 | 10:13 25:15 |
| 3:7,9,11 48:21 | 58:2 91:23 | 23:11 24:2,14 | 47:21 89:14 |
| 48:23 49:8 | **stephanie's** | 28:8 31:14 | **taken** 4:8 96:3 |
| 50:4,21 60:10 | 13:18 | 36:24 37:6 | 96:11 97:8 |
| 60:14 66:3,5,8 | **steps** 47:14 | 39:12 46:11,23 | **talk** 69:21 |
| 67:4,20 68:7 | **stipulation** 5:7 | 53:15 55:8,9 | **talking** 23:22 |
| 70:5 72:12,15 | **stop** 36:6 45:7 | 56:8,11 57:10 | 64:3 74:2 |
| 72:18 | **story** 41:17 | 63:3,19,21 | 92:21 |
| **spreadsheets** | 43:15 | 77:13 78:11 | **talks** 19:11 |
| 57:25 58:13,17 | **stuff** 60:7 | 92:3 | **talya** 1:23 4:3 |
| 58:22 61:8 | **subject** 9:6 | **surprise** 18:14 | 96:2,17 |
| 63:8,15,25 | 34:5 78:25 | 19:10 35:15 | **tell** 6:9 9:5,7 |
| 70:7,8,12 | 79:5 | 91:17 | 28:22 33:5,6 |
| 72:25 73:15 | **subjects** 59:16 | **surprising** 17:7 | 42:17 54:19 |
| **staff** 34:21 | **submitted** | **survived** 20:25 | 55:9 61:18,22 |
| 37:11 69:8 | 57:13 | **swear** 4:17 6:4 | 62:3 63:13,20 |
| **stand** 51:5,9 | **submitting** | **switch** 49:13 | 67:23 73:5,14 |
| **start** 12:5 15:7 | 13:17 | **switches** 51:8 | **telling** 45:13 |
| 47:3 | **subramanian's** | **sworn** 4:20 6:9 | 61:11,14 84:5 |
| **starting** 54:18 | 26:18 | 8:25 95:19 | **tells** 18:21 |
| 81:22 | **subscribed** | 96:5 98:22 | **ten** 89:15 |
| **state** 5:24 38:8 | 95:19 98:22 | **system** 25:7 | **term** 45:23 |
| 39:13 46:7,13 | **substance** | 31:7,17,25 | **terminated** |
| 46:24 47:16 | 12:17 | 32:15 33:8,22 | 30:4 |
| 96:19 | **suit** 82:17,18 | 38:20 47:9 | **terminating** |
| **stated** 6:21 | 83:6 | | 29:13,25 |
| **statements** | **suite** 2:5 | **t** | **terms** 79:9 |
| 12:14 80:13 | **supervise** 23:6 | **t** 3:5 54:8 | **testified** 6:11 |
| | | | 18:15 35:17 |

43:5 61:3 84:2
92:5
**testify** 10:25
11:4,13,25
12:2 41:12,14
42:21 43:6,10
43:18 44:5,8
45:18 58:11,17
58:22 59:3,8
59:12 60:6
62:25 63:18
65:5 67:8,15
67:24 68:5,10
68:16 69:20
70:2,14,21
71:19 94:14
**testifying** 9:8
13:24 45:16
96:5
**testimony**
12:12 39:24
56:12 60:19
77:14
**text** 35:12
**thank** 5:23 6:3
6:12,14 13:6
37:5 49:19,20
64:24 90:14
94:15,17
**thing** 7:25
71:16 73:12
**things** 37:25
45:18 59:3,8
85:19 88:15

93:4
**think** 7:3 10:3
24:21 26:20,24
86:2 90:6
94:21
**third** 48:8
51:18 55:21
**thought** 20:13
**three** 27:10
32:25 33:2
51:22,23 65:14
**tie** 81:14 82:8
82:18 83:7
**time** 1:20 5:8
8:10 10:10
15:11 20:8,22
22:19 27:5
32:7,9,11 36:5
37:10 39:9
41:11,15 43:19
44:8,12 45:13
48:6,8 59:19
59:20,24 60:4
71:15 74:18
88:13,22 90:5
92:25 94:15
**times** 20:4
27:10 65:14
**timing** 33:10
**tip** 30:24 31:3,9
33:13,24 34:5
34:6 38:8 39:3
42:6 53:10,11
69:17

**tipped** 38:6,25
42:4,15 73:23
74:5,14 78:23
79:10,11 84:3
84:6
**tipping** 46:6
47:16
**tips** 32:8 33:3
51:13 52:22,24
52:25 53:5
54:10,12,14,22
54:25 55:2,4,7
55:10,17,22
56:19 69:6
**title** 89:12
**toast** 31:25
33:5,8,10,12,16
69:6,16 89:7
**today** 8:12 9:3
10:20,25 11:4
11:13,25 12:2
13:24 21:13
41:11 65:5
67:15,24 68:5
68:11 71:17
**today's** 7:23
12:19 14:13
48:20 59:25
60:18 70:25
**together** 30:25
**told** 58:21 59:4
65:14
**took** 14:21
16:23 31:6

32:6 33:22
38:21 40:23
47:15 74:10,12
**top** 50:18 56:22
**topic** 42:19
71:18
**topics** 65:6
94:13
**total** 62:21
**touch** 18:11
37:24
**touching** 36:24
37:9
**training** 34:21
36:18 37:11
**transcriber**
97:1
**transcribing**
8:18
**transcript** 4:22
17:9 35:17
91:19 94:20
97:3,4
**transcriptionist**
96:7
**transparent**
69:8
**true** 22:2 34:22
35:11 40:21
63:25 76:17
84:14 87:13
88:3,4 89:5
92:2 93:12,18
96:8 97:4

**truth** 6:9,10,10 9:5,7
**truthfully** 10:25 11:4
**try** 8:13 10:10 37:3
**trying** 87:8
**two** 7:5 20:17 23:3 27:10 32:22 53:17 72:25
**types** 52:19 58:12 79:11,14
**typewriting** 96:6
**typically** 91:9

**u**

**unable** 11:4
**under** 5:2 9:2 12:12 50:23 51:2,17 57:6 67:9 69:17 73:5 74:23
**understand** 4:21 8:23 9:4,9 9:18,22 10:7 10:14,15,19 13:23 14:5 24:22 28:6 46:18 65:16 68:12 70:17,19 74:23 75:10 76:11

**understanding** 27:14
**understood** 9:22 11:23 43:16
**uniform** 81:10 82:5,6 83:3
**united** 1:1
**unmute** 90:13
**unprofessional** 45:6,12,19
**update** 46:10
**updates** 46:22
**updating** 34:18
**use** 45:23
**used** 20:16 37:7 47:21 50:12
**uses** 4:25
**using** 46:9,18
**usually** 22:18 22:20 91:11

**v**

**v** 1:9 98:2
**values** 32:3
**vary** 80:18
**vendors** 21:23 34:20
**verbal** 8:19
**veritext** 4:4 98:1
**versus** 79:15
**vest** 81:14

**videoconfere...** 2:3,13,22
**voice** 19:5 78:16
**vs** 4:9

**w**

**wage** 38:9,19 39:3 59:13 80:13
**wait** 31:18,18 31:18 42:25 44:20,20 49:22 81:20,20,20,21
**waiter** 23:24 82:15 84:6 86:16 89:23
**waiters** 86:19
**want** 26:15 33:6 36:6,7 42:17 55:8 63:19 65:8,9 72:4 74:22 95:5
**wanted** 40:19
**wants** 36:10
**wasting** 45:12
**way** 10:5 23:6 36:9 49:2 65:3 74:9 85:18 92:20 94:9
**we've** 33:25
**wear** 81:11 82:16 83:2

**wearing** 83:6
**wears** 82:18
**wednesday** 1:19 4:10
**week** 22:21 46:21 91:8,21
**weeks** 15:24
**went** 12:23
**white** 81:13 82:7
**wine** 34:18
**withdrawn** 22:14,25 23:20 38:23 51:22 70:23 84:13
**witness** 4:18,20 4:21 5:19 6:4,8 7:16 13:5 16:13 18:3 19:14,23 22:9 23:16 25:7,23 27:9 28:2 30:19 31:20 32:20 33:16 34:9,25 35:7 35:20 37:6,18 38:16 40:23 41:11,18,19 42:21 43:5,9 43:15,21,23 44:4,7 45:14 45:15 46:9,19 47:20 52:3 57:10 58:10,11

**[witness - zone]** Page 21

58:16,16,21,25
59:5,7,14 60:6
60:13,22 61:7
61:22 62:7,14
62:20 63:3
64:8,17,18,21
65:5 66:24
67:12,18 68:25
70:16 71:9,15
71:18,22 72:3
73:8,17 74:2
74:20 75:9
76:13,20 77:4
77:16 78:3,9
78:17 79:21
80:2 81:13,19
82:12,22 83:5
83:12 84:18,24
85:9 86:7,15
87:2,18 88:8,8
88:10,12,14,18
88:23 89:3,11
89:25 90:17,25
94:11,17 96:4

**witnesses** 59:12

**witnesses'** 98:3

**word** 75:20
76:3

**words** 50:19

**work** 7:10
15:20 16:16
20:16 32:12,17
50:12 52:19
56:3,10 61:9

73:24 88:15
92:10,24 93:3
93:15,20

**worked** 32:10
32:20,23,24,24
32:25 33:3
62:21,22 74:16

**working** 39:23
75:6

**works** 13:20

**worse** 92:17,19

**write** 88:13,24

**writing** 39:15

**written** 5:6
38:25 41:4
42:5

**wrong** 33:6
42:17 63:20

**x**

**x** 3:1,5

**y**

**yeah** 6:20,20
8:5 14:23
17:12,17 19:14
20:3 23:16,23
24:23,23 27:4
27:20 32:13,14
41:23 49:9
51:14 52:3
56:25 57:20
59:19 67:6
70:22 74:5,22
74:25 75:4

95:8

**year** 14:20 15:9
73:24 90:6

**york** 1:3 2:6
4:12,17 38:8
96:19 98:1

**z**

**z** 54:9

**zero** 56:20

**zone** 41:10

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.