# Exhibit 7

 Outlook

## Re: Fernandez vs Bulldozer Hospitality Group, Inc. et. al. (aka Osteria La Baia)

| | |
|---|---|
| From | Nicholas Trotta <ntrotta@kypcl.com> |
| Date | Fri 10/3/2025 5:32 PM |
| To | Josef Nussbaum <jnussbaum@jk-llp.com> |
| Cc | Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Irene Sinayskaya <Irene@kypcl.com>; Bhargava Kosuru <bkosuru@kypcl.com> |

🔗 5 attachments (1 MB)
2025 Employee Hours.pdf; 2021 Employee Hours.pdf; 2022 Employee Hours.pdf; 2023 Employee Hours.pdf; 2024 Employee Hours.pdf;

HI Josef,

Thank you for your email. With respect to your first point, you asked for records showing the total hours that each putative class member worked each year. The attached reports show a list of each employee by name, job title, and department, and reflect their year-to-date hours broken down into categories such as regular, overtime, and/or spread of hours. While the reports do not provide a single "year-end total hours" figure in one column, the totals can be seen in the year-to-date hours reflected in those categories. My client has advised that this is the format available from their payroll system.

As to gratuities and service charges, I was informed that there is no breakdown of event tips versus regular tips. With respect to the email attachments you noted, those attachments were copies of the contracts, which have already been produced. Finally, regarding your third point on records for events that took place before July 2023, I am still waiting on clarification.

**Nicholas Trotta**
Senior Associate

KY
KAHN YUNIVER
— LAW —

T: 718-402-2240
F: 718-305-4571

https://link.edgepilot.com/s/831cbe0f/z6432AyDg0uF8JPeQvk4yg?u=http://www.kypcl.com/

710 Avenue U
Brooklyn, NY 11223

49 West 37th St., 7th Fl.
New York, NY 10018

*Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete the transmission. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.*

**From:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Sent:** Tuesday, September 30, 2025 4:56 PM
**To:** Nicholas Trotta <ntrotta@kypcl.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Irene Sinayskaya <Irene@kypcl.com>; Bhargava Kosuru <bkosuru@kypcl.com>
**Subject:** Re: Fernandez vs Bulldozer Hospitality Group, Inc. et. al. (aka Osteria La Baia)

Hi Nicholas,

Thanks for sending these records. We have three issues with this production which I hope we can resolve.

First, the reason we had requested the year end payroll reports was so that we could see the total hours that each putative class members worked each year. The reports that your clients provided don't accomplish that. Is there another record they can get us that has that specific information? I know that some of the paystubs at OLB had YTD totals such that the last paystub of each year would provide us with the total number of hours worked or perhaps there is another record. But we really just need to know each person's total hours worked.

Second, we had agreed that Defendants would provide records of where the gratuities and service charges from parties went. I may be missing it, but I don't see those records in the documents your clients produced. Are you able to point them out for me. It would be helpful if you could point out a couple of examples of where this data is. In addition, many of the emails defendants produced include attachments but I don't believe the attachments were produced. We need your clients to produce those as well.

Lastly, you write that the restaurant did not assume responsibility for events until July 2023. Can you explain what that means please. Were there no private events during that time? Or was there a third-party operating the events?

Thank you for your attention to this,
Josef

---

**From:** Nicholas Trotta <ntrotta@kypcl.com>
**Date:** Friday, September 26, 2025 at 11:34 PM
**To:** Josef Nussbaum <jnussbaum@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>, Lucas Buzzard <lucas@jk-llp.com>, Irene Sinayskaya <Irene@kypcl.com>, Bhargava Kosuru <bkosuru@kypcl.com>
**Subject:** Fernandez vs Bulldozer Hospitality Group, Inc. et. al. (aka Osteria La Baia)

Hi all,

Pursuant to your request, please see the following link containing the requested class sampling materials. [Image removed by sender.]Defendants' Production of Class Sampling (Katherine

Please let me know if you are able to access the documents.

- **Unredacted tip sheets for the first payroll cycle in June and December of each year, for the past six years:**

We are producing PDFs covering the first two weeks of June and first week of December from June 2022 through June 2025. These spreadsheets list each employee who worked that week, including

breakdowns of hours worked, cash and non-cash tips (before and after pooling), and gratuities. The restaurant opened in mid-November 2021 and therefore records are not available for the full six-year period.

For December 2021 payroll cycle records, the POS system could not generate a comparable breakdown for earlier periods. Instead, we are providing paychecks for that week.

Please note that gratuity is automatically added to guest checks, while tips are handwritten in by the guest.

- **Private event records for the events already produced, showing where the 18% gratuity and 3% service charges were distributed and to whom, to the extent such records exist for those events:**

To the extent records exist, we are producing documents showing distribution of the 18% gratuity and 3% service charge. Again, gratuity is automatically added to the check and tips are written in by guests.

- **Additional private event records for years not already produced (within the past six years), relating to private events during the first full week of June and December of each year in the limitations period. These records should include, without limitation, menus, contracts, BEOs, invoices, final checks, tip distribution sheets, and external email communications (including emails, text messages, and social media messages with customers) showing where and to whom the 18% gratuity and 3% service charge were distributed:**

We are producing available communications with clients (primarily emails), as well as Private Event Orders that include event descriptions, client names, menus, beverages, cost breakdowns, contract terms, and credit card authorization forms. Receipts are also included, though they do not list individual names, only dates and costs. The events produced include December 2023, June 2024, December 2024, and June 2025. The restaurant did not assume responsibility for events until July 2023, so no earlier records exist.

- **Year-end payroll journals for all tipped employees for each year of the limitations period, with 2025 provided on a year-to-date (YTD) basis:**

We are producing quarterly employee payroll audit reports, which include employee information, hire/termination dates, tax breakdowns, and subject wages. Our client's payroll provider confirmed these reports are the best available substitute for year-end journals, as they reflect all wages and taxes by employee.

- **Wage notices and pay rate acknowledgment forms provided to tipped employees during the limitations period, which Defendants contend demonstrate compliance with the new hire notice and tip credit notice requirements for the putative class:**

These documents have not yet been located. We will follow up regarding availability.

Finally, our client has noted that daily tip distribution sheets already reflect both event and non-event tips. There are no separate reports for events, as all tips earned in a day are pooled and distributed to all staff working that shift.

At present, this reflects all materials we have received. Communication with our client was somewhat limited this past week given the high holidays. If and when additional responsive documents are

provided, we will promptly produce them.

Please let us know if you would like to schedule a call to discuss these materials further. Thank you and have a great weekend and holiday!

**Nicholas Trotta**
Senior Associate



T: 718-402-2240
F: 718-305-4571

https://link.edgepilot.com/s/5fcca5c7/oaE__r0zhk_uvGX3ExyH5Q?u=http://www.kypcl.com/

710 Avenue U
Brooklyn, NY 11223
_____
49 West 37th St., 7th Fl.
New York, NY 10018

*Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete the transmission. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.*