# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,

                      Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                      Defendants.
-------------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF
<u>STEPHANIE WILLSEY</u>**

      Stephanie Willsey declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.    I am a Controller at Bulldozer Hospitality Group, Inc. d/b/a Osteria la Baia (hereinafter "Bulldozer" or the "Corporate Defendant") and I submit this declaration on behalf of the Corporate Defendant.

      2.    As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge and a review of documents I maintain at Bulldozer in addition to information I have learned from employees, customers, vendors, and other third parties concerning the contents of this declaration.

      3.    I respectfully submit this declaration to authenticate certain spreadsheets produced by Bulldozer in this case.

      4.    I was the individual responsible for producing certain spreadsheets in this case.

      5.    The spreadsheets that Bulldozer produced came from a report function in Toast, the point-of-sale system used by the Corporate Defendant, and contain annual reports concerning the following information organized by lettered column in the spreadsheet, as follows: (A) Company;

(B) Location; (C) Department; (D) Job; (E) Last Name; (F) First Name; (G) Employee Number; (H) Salary Type; (I) Earning; (J) Hours; (K) Amount; (L) Hourly Amount; and (M) Hourly Rate.

6. The spreadsheets were produced for the following years: (i) 2021; (ii) 2022; (iii) 2023; (iv) 2024; and (v) 2025 bearing the following file names corresponding to each year: 2021.csv, 2022.csv, 2023.csv, 2024.csv, 2025.csv.

7. The information in the spreadsheet for 2025 summarizes payroll records at Bulldozer from January 1, 2025 through on or about August 26, 2025.

8. All of the information contained in each of the foregoing spreadsheets came from user-inputted information in the Toast system and is merely a summary of information contained in the Toast system.

9. The information in columns A, B, C, D, E, F, G, F, H, I, L, and M generally comes from information inputted by management.

10. The information in column J comes from information inputted by employees when clocking in and out each day that the employee works.

11. Sometimes, the information in Columns E and F come from information inputted by employees when they apply for a position using the Toast system.

12. The numbers in columns J, K, L and M correspond to numbers and dollar amounts contained in the Toast system.

13. For avoidance of doubt, where a row on a spreadsheet states "REGULAR" in column I, the number in column J corresponds to the total number of regular hours paid to the employee in the time period covered by the spreadsheet and the number in column L lists the total dollar amount of the specific type – i.e., regular, overtime, spread of hours, cash gratuities, cash tips, credit card tips, gratuity, etc. – of wages and/or tips paid to the employee in that time period.

14. In addition, on these occasions, the number in column M is the hourly rate paid, where applicable, to the employee for the hours worked during that time period.

15. Similarly, where a row on a spreadsheet states "OVERTIME" in column I, the number in column J corresponds to the total number of overtime hours paid to the employee in the time period covered by the spreadsheet and the number in column L lists the total dollar amount of overtime wages paid to the employee in that time period.

16. In addition, on these occasions, the number in column M is the overtime hourly rate that was paid, where applicable, to the employee for the overtime hours worked during that time period.

17. Lastly, where column I on a spreadsheet states any of the following terms: "Cash Tips Owed," "Cash Gratuities Owed," "Tips Owed," or "Gratuity," the information in column K lists the total number of gratuities/tips the employee earned at Bulldozer in that time period.

18. The spreadsheets are summaries of business records maintained by Bulldozer in its ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2025.



Stephanie Willsey