# Exhibit 14

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Company | Location | Department | Job | Last Name | First Name | Employee Number | Salary Type | Earning | Hours | Amount | Hourly Amount | Hourly Rate | | Rate Owed | Amt Owed | Diff Btw Amt Owed and Amt Paid |
| 2 | Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Nogueira | Ivan | 57 | Hourly | REGULAR | 176.49 | 0 | 1,764.90 | 10 | | $ 15.00 | $ 2,647.35 | $ 882.45 |
| 3 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dema | Denis | 70 | Hourly | REGULAR | 152.86 | 0 | 1,528.60 | 10 | | $ 15.00 | $ 2,292.90 | $ 764.30 |
| 4 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Palamara | Pierino | 60 | Hourly | REGULAR | 146.53 | 0 | 1,465.30 | 10 | | $ 15.00 | $ 2,197.95 | $ 732.65 |
| 5 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Anglani | Maurizio | 40 | Hourly | REGULAR | 145.1 | 0 | 1,451.00 | 10 | | $ 15.00 | $ 2,176.50 | $ 725.50 |
| 6 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Perez | Libardo | 143 | Hourly | REGULAR | 136.31 | 0 | 1,363.10 | 10 | | $ 15.00 | $ 2,044.65 | $ 681.55 |
| 7 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galdamez | Omar | 50 | Hourly | REGULAR | 135.09 | 0 | 1,350.90 | 10 | | $ 15.00 | $ 2,026.35 | $ 675.45 |
| 8 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Barroso | Marcelo | 17 | Hourly | REGULAR | 133.11 | 0 | 1,331.10 | 10 | | $ 15.00 | $ 1,996.65 | $ 665.55 |
| 9 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Palaguachi | Roberto | 29 | Hourly | REGULAR | 131.47 | 0 | 1,314.70 | 10 | | $ 15.00 | $ 1,972.05 | $ 657.35 |
| 10 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Narvaez | Guillermo | 31 | Hourly | REGULAR | 118.04 | 0 | 1,180.40 | 10 | | $ 15.00 | $ 1,770.60 | $ 590.20 |
| 11 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Villatoro | Jefreey Alexander | 98 | Hourly | REGULAR | 107.58 | 0 | 1,075.80 | 10 | | $ 15.00 | $ 1,613.70 | $ 537.90 |
| 12 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mendoza | Hatzikan | 123 | Hourly | REGULAR | 106.48 | 0 | 1,064.80 | 10 | | $ 15.00 | $ 1,597.20 | $ 532.40 |
| 13 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Gomez flores | Arturo | 117 | Hourly | REGULAR | 105.13 | 0 | 1,051.30 | 10 | | $ 15.00 | $ 1,576.95 | $ 525.65 |
| 14 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Camayo | Edson | 21 | Hourly | REGULAR | 97.7 | 0 | 977 | 10 | | $ 15.00 | $ 1,465.50 | $ 488.50 |
| 15 | Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Gutierrez | John Paul | 102 | Hourly | REGULAR | 97.29 | 0 | 972.9 | 10 | | $ 15.00 | $ 1,459.35 | $ 486.45 |
| 16 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | DAUSILIO | VINCENZO | 93 | Hourly | REGULAR | 94.11 | 0 | 941.1 | 10 | | $ 15.00 | $ 1,411.65 | $ 470.55 |
| 17 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barrueta | Christian | 106 | Hourly | REGULAR | 89.67 | 0 | 896.7 | 10 | | $ 15.00 | $ 1,345.05 | $ 448.35 |
| 18 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Lindo | Sashagay | 97 | Hourly | REGULAR | 88.55 | 0 | 885.5 | 10 | | $ 15.00 | $ 1,328.25 | $ 442.75 |
| 19 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | VALDEZ | JOSEANIM | 15 | Hourly | REGULAR | 80.18 | 0 | 801.8 | 10 | | $ 15.00 | $ 1,202.70 | $ 400.90 |
| 20 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Vera | Javier | 33 | Hourly | REGULAR | 79.63 | 0 | 796.3 | 10 | | $ 15.00 | $ 1,194.45 | $ 398.15 |
| 21 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | REGULAR | 76.02 | 0 | 760.2 | 10 | | $ 15.00 | $ 1,140.30 | $ 380.10 |
| 22 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Flores | Humberto | 30 | Hourly | REGULAR | 73.01 | 0 | 730.1 | 10 | | $ 15.00 | $ 1,095.15 | $ 365.05 |
| 23 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Picard | Nicole | 62 | Hourly | REGULAR | 70.86 | 0 | 708.6 | 10 | | $ 15.00 | $ 1,062.90 | $ 354.30 |
| 24 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Coronel | Esteban J | 142 | Hourly | REGULAR | 66.8 | 0 | 668 | 10 | | $ 15.00 | $ 1,002.00 | $ 334.00 |
| 25 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Johnson | Paul | 75 | Hourly | REGULAR | 61.28 | 0 | 612.8 | 10 | | $ 15.00 | $ 919.20 | $ 306.40 |
| 26 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Salazar | Jenner | 121 | Hourly | REGULAR | 59.4 | 0 | 594 | 10 | | $ 15.00 | $ 891.00 | $ 297.00 |
| 27 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Pinzon rivera | Miguel | 141 | Hourly | REGULAR | 56 | 0 | 560 | 10 | | $ 15.00 | $ 840.00 | $ 280.00 |
| 28 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Ojedis | Korayma | 56 | Hourly | REGULAR | 44.3 | 0 | 443 | 10 | | $ 15.00 | $ 664.50 | $ 221.50 |
| 29 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Ruiz | Janett | 157 | Hourly | REGULAR | 39.36 | 0 | 393.6 | 10 | | $ 15.00 | $ 590.40 | $ 196.80 |
| 30 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Tlamani | Alfredo | 110 | Hourly | REGULAR | 38.48 | 0 | 384.8 | 10 | | $ 15.00 | $ 577.20 | $ 192.40 |
| 31 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Valencia | Jorge | 154 | Hourly | REGULAR | 37.48 | 0 | 374.8 | 10 | | $ 15.00 | $ 562.20 | $ 187.40 |
| 32 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Rosero | John | 41 | Hourly | REGULAR | 36.71 | 0 | 367.1 | 10 | | $ 15.00 | $ 550.65 | $ 183.55 |
| 33 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 164 | Hourly | REGULAR | 33.72 | 0 | 337.2 | 10 | | $ 15.00 | $ 505.80 | $ 168.60 |
| 34 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Bravo | Brian | 73 | Hourly | REGULAR | 28.78 | 0 | 287.8 | 10 | | $ 15.00 | $ 431.70 | $ 143.90 |
| 35 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Leadley | Christian | 148 | Hourly | REGULAR | 25.18 | 0 | 251.8 | 10 | | $ 15.00 | $ 377.70 | $ 125.90 |
| 36 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Florez | kathalina | 22 | Hourly | REGULAR | 24.32 | 0 | 243.2 | 10 | | $ 15.00 | $ 364.80 | $ 121.60 |
| 37 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Santiago | Juan Carlos | 124 | Hourly | REGULAR | 21.14 | 0 | 211.4 | 10 | | $ 15.00 | $ 317.10 | $ 105.70 |
| 38 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Coronel | Esteban J | 142 | Hourly | REGULAR | 19.51 | 0 | 195.1 | 10 | | $ 15.00 | $ 292.65 | $ 97.55 |
| 39 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Martinez | Armando | 137 | Hourly | REGULAR | 17.91 | 0 | 179.1 | 10 | | $ 15.00 | $ 268.65 | $ 89.55 |
| 40 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Villatoro | Jefreey Alexander | 98 | Hourly | REGULAR | 13.43 | 0 | 134.3 | 10 | | $ 15.00 | $ 201.45 | $ 67.15 |
| 41 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Ruiz | Janett | 157 | Hourly | REGULAR | 12.74 | 0 | 127.4 | 10 | | $ 15.00 | $ 191.10 | $ 63.70 |
| 42 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Munoz | Martin | 136 | Hourly | REGULAR | 12.04 | 0 | 120.4 | 10 | | $ 15.00 | $ 180.60 | $ 60.20 |
| 43 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Zheng | Shan Rong | 16 | Hourly | REGULAR | 11.14 | 0 | 111.4 | 10 | | $ 15.00 | $ 167.10 | $ 55.70 |
| 44 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | REGULAR | 7.08 | 0 | 70.8 | 10 | | $ 15.00 | $ 106.20 | $ 35.40 |
| 45 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Bravo | Carlos | 19 | Hourly | REGULAR | 3.98 | 0 | 39.8 | 10 | | $ 15.00 | $ 59.70 | $ 19.90 |
| 46 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Gutierrez | John Paul | 102 | Hourly | OVERTIME | 0.36 | 0 | 5.4 | 15 | | $ 22.50 | $ 8.10 | $ 2.70 |
| 48 | | | | | | | | | | | | | | | | Total Min. Wage Owed | $ 15,562.65 |