# Exhibit 15

| Company | Location | Department | Job | Last Name | First Name | Employee Number | Salary Type | Earning | Hours | Amount | Annual Amount | Hourly Rate | | Rate Owed | Amt Owed | Diff Btw Amt Owed and Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | OVERTIME | 6.02 | 0 | 117.39 | 19.5 | 15 | $22.50 | $135.45 | $18.06 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Gomez Denis | Arturo | 9006 | Hourly | OVERTIME | 25.28 | 0 | 379.20 | 15 | 15 | $22.50 | $568.80 | $189.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Chasca | Luis | 9006 | Hourly | OVERTIME | 12.19 | 0 | 182.85 | 15 | 15 | $22.50 | $274.28 | $91.43 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galdamez | Omar | 50 | Hourly | OVERTIME | 0.59 | 0 | 8.85 | 15 | 15 | $22.50 | $13.28 | $4.43 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Suarez | Estefania | 160 | Hourly | OVERTIME | 8.33 | 0 | 124.95 | 15 | 15 | $22.50 | $187.43 | $62.48 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Barroso | Marcelo | 17 | Hourly | OVERTIME | 0.68 | 0 | 10.20 | 15 | 15 | $22.50 | $15.30 | $5.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dena | Denis | 70 | Hourly | OVERTIME | 50.05 | 0 | 750.75 | 15 | 15 | $22.50 | $1,126.13 | $375.38 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Palaman | Perino | 60 | Hourly | OVERTIME | 45.10 | 0 | 676.50 | 15 | 15 | $22.50 | $1,014.75 | $338.25 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Eraso | Maria | 8981 | Hourly | OVERTIME | 1.65 | 0 | 24.75 | 15 | 15 | $22.50 | $37.13 | $12.38 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Antonio | 164 | Hourly | OVERTIME | 24.47 | 0 | 367.05 | 15 | 12 | $22.50 | $550.58 | $183.53 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Perez | Eduardo | 143 | Hourly | OVERTIME | 6.21 | 0 | 93.15 | 15 | 12 | $22.50 | $139.73 | $46.58 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | SANCHEZ | RICHARD | 9325 | Hourly | OVERTIME | 10.03 | 0 | 150.45 | 15 | 12 | $22.50 | $225.68 | $75.23 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Suarez | Estefania | 180 | Hourly | REGULAR | 1473.52 | 0 | 19420.40 | 13 | 10 | $15.00 | $22,102.80 | $2,682.40 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Training / Ruiz | Janett | 157 | Hourly | REGULAR | 2.75 | 0 | 35.75 | 13 | 13 | $15.00 | $41.25 | $5.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Nogueira | Rose | 9012 | Hourly | REGULAR | 21.60 | 0 | 280.80 | 13 | 10 | $15.00 | $324.00 | $43.20 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Abrahamberg | Maurizio | 142 | Hourly | REGULAR | 15.09 | 0 | 150.90 | 10 | 10 | $15.00 | $226.35 | $75.45 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Adams | David | 9034 | Hourly | REGULAR | 66.51 | 0 | 665.10 | 10 | 10 | $15.00 | $997.65 | $332.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Anglani | Maurizio | 40 | Hourly | REGULAR | 231.01 | 0 | 2310.10 | 10 | 10 | $15.00 | $3,465.15 | $1,155.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barrueta | Christian | 106 | Hourly | REGULAR | 94.61 | 0 | 946.10 | 10 | 10 | $15.00 | $1,419.15 | $473.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Burgos | Carlos | 8905 | Hourly | REGULAR | 36.69 | 0 | 465.00 | 13 | 10 | $15.00 | $550.40 | $85.40 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Cunza | Emanuel | 9011 | Hourly | REGULAR | 211.73 | 0 | 1947.00 | 9.20 | 10 | $15.00 | $3,175.95 | $1,228.95 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Di tonto | Robert | 9000 | Hourly | REGULAR | 701.42 | 0 | 7014.20 | 10 | 10 | $15.00 | $10,521.30 | $3,507.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | ESCOBAR | FREDY | 9331 | Hourly | REGULAR | 108.83 | 0 | 1088.30 | 10 | 10 | $15.00 | $1,632.45 | $544.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Flores | Humberto | 30 | Hourly | REGULAR | 242.48 | 0 | 2424.80 | 10 | 10 | $15.00 | $3,637.20 | $1,212.40 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Galyas | Zsolt | 9335 | Hourly | REGULAR | 174.14 | 0 | 1741.40 | 10 | 10 | $15.00 | $2,612.10 | $870.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Gomez Denis | Arturo | 9006 | Hourly | REGULAR | 43.59 | 0 | 435.90 | 10 | 10 | $15.00 | $653.85 | $217.95 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Losciuto | Andrea | 198 | Hourly | REGULAR | 911.74 | 0 | 9117.40 | 10 | 10 | $15.00 | $13,676.10 | $4,558.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Melisuratos | David | 197 | Hourly | REGULAR | 279.88 | 0 | 2798.80 | 10 | 10 | $15.00 | $4,198.20 | $1,399.40 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | PEREZ | JULIO | 2020 | Hourly | REGULAR | 7.20 | 0 | 72.00 | 10 | 10 | $15.00 | $108.00 | $36.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Wanperer | Aliisha | 9002 | Hourly | REGULAR | 302.50 | 0 | 3025.00 | 10 | 10 | $15.00 | $4,537.50 | $1,512.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Chasca | Luis | 9006 | Hourly | REGULAR | 333.69 | 0 | 3336.90 | 10 | 10 | $15.00 | $5,005.35 | $1,668.45 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Josue Pablo | 142 | Hourly | REGULAR | 6.03 | 0 | 60.30 | 10 | 10 | $15.00 | $90.45 | $30.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | REGULAR | 46.32 | 0 | 463.20 | 10 | 10 | $15.00 | $694.80 | $231.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 1101.34 | 0 | 10933.40 | 10 | 10 | $15.00 | $16,520.10 | $5,586.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galdamez | Omar | 50 | Hourly | REGULAR | 3.33 | 0 | 33.30 | 10 | 10 | $15.00 | $49.95 | $16.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Gomez Denis | Arturo | 9006 | Hourly | REGULAR | 773.58 | 0 | 7736.10 | 10 | 10 | $15.00 | $11,603.65 | $3,867.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Jumbo | Jacobo | 123 | Hourly | REGULAR | 177.53 | 0 | 1775.30 | 10 | 10 | $15.00 | $2,662.95 | $887.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mendoza | Gonzalo | 57 | Hourly | REGULAR | 11.36 | 0 | 113.60 | 10 | 10 | $15.00 | $170.40 | $56.80 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Nogueira | Ivan | 9012 | Hourly | REGULAR | 287.21 | 0 | 2872.10 | 10 | 10 | $15.00 | $4,308.15 | $1,436.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ross | Hugo | 8897 | Hourly | REGULAR | 1595.84 | 0 | 19150.12 | 12 | 10 | $15.00 | $23,937.65 | $4,787.53 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | REGULAR | 287.74 | 0 | 2877.40 | 10 | 10 | $15.00 | $4,316.10 | $1,438.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Suarez | Estefania | 180 | Hourly | REGULAR | 988.58 | 0 | 9885.80 | 10 | 10 | $15.00 | $14,828.70 | $4,942.90 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dena | Abigail | 70 | Hourly | REGULAR | 228.07 | 0 | 2280.70 | 10 | 10 | $15.00 | $3,421.05 | $1,140.35 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | CABRAL | MIA | 8992 | Hourly | REGULAR | 222.93 | 0 | 2229.30 | 10 | 10 | $15.00 | $3,343.95 | $1,114.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cortez | Walter | 9038 | Hourly | REGULAR | 1767.58 | 0 | 17675.80 | 10 | 10 | $15.00 | $26,513.70 | $8,837.90 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dena | Denis | 70 | Hourly | REGULAR | 112.97 | 0 | 1129.70 | 10 | 10 | $15.00 | $1,694.55 | $564.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Huchel | Henri | 8999 | Hourly | REGULAR | 637.13 | 0 | 6371.30 | 10 | 10 | $15.00 | $9,556.95 | $3,185.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Mejia | Jose Pablo | 158 | Hourly | REGULAR | 315.43 | 0 | 3154.30 | 10 | 10 | $15.00 | $4,731.45 | $1,577.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Molina | Eduardo | 8897 | Hourly | REGULAR | 285.25 | 0 | 2852.50 | 10 | 10 | $15.00 | $4,278.75 | $1,426.25 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Narvaez | Guillermo | 31 | Hourly | REGULAR | 1564.45 | 0 | 15644.50 | 10 | 10 | $15.00 | $23,466.75 | $7,822.25 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Ortolani | Simone | 9007 | Hourly | REGULAR | 273.54 | 0 | 2735.40 | 10 | 10 | $15.00 | $4,103.10 | $1,367.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Palaman | Perino | 60 | Hourly | REGULAR | 621.70 | 0 | 6217.00 | 10 | 10 | $15.00 | $9,325.50 | $3,108.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | PEREZ | HULIO | 2020 | Hourly | REGULAR | 246.92 | 0 | 2469.20 | 10 | 10 | $15.00 | $3,703.80 | $1,234.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Pinson Reyes | Miguel | 9011 | Hourly | REGULAR | 222.64 | 0 | 2226.40 | 10 | 10 | $15.00 | $3,339.60 | $1,113.20 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Plata | REYES | Gerardo | 9333 | Hourly | REGULAR | 451.41 | 0 | 4514.10 | 10 | 10 | $15.00 | $6,771.15 | $2,257.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Banna | Suny | 8994 | Hourly | REGULAR | 735.36 | 0 | 7353.60 | 10 | 10 | $15.00 | $11,030.40 | $3,676.80 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Blancas Guerra | Piotr | 2058 | Hourly | REGULAR | 1403.11 | 0 | 14031.10 | 10 | 10 | $15.00 | $21,046.65 | $7,015.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Campuzano | Luis | 21 | Hourly | REGULAR | 609.32 | 0 | 6093.20 | 10 | 10 | $15.00 | $9,139.80 | $3,046.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Chasca | Luis | 9006 | Hourly | REGULAR | 922.07 | 0 | 9220.70 | 10 | 10 | $15.00 | $13,831.05 | $4,610.35 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | REGULAR | 524.91 | 0 | 5249.10 | 10 | 10 | $15.00 | $7,873.65 | $2,624.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Eraso | Maria | 8981 | Hourly | REGULAR | 229.22 | 0 | 2292.20 | 10 | 10 | $15.00 | $3,438.30 | $1,146.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 96.85 | 0 | 968.50 | 10 | 10 | $15.00 | $1,452.75 | $484.25 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Pinson Reyes | Manuel Jesus | 9033 | Hourly | REGULAR | 1729.18 | 0 | 17291.80 | 10 | 10 | $15.00 | $25,937.70 | $8,645.90 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Tambo Collaguazo | Jarbio | 9014 | Hourly | REGULAR | | 0 | | | 10 | $15.00 | | |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 164 | Hourly | REGULAR | | 0 | | | 10 | $15.00 | | |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Martinez | Carlos | 9035 | Hourly | REGULAR | 195.92 | 0 | 1,959.20 | | 10 | $15.00 | $2,938.80 | $979.60 |
| 68 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Nogueira | Ivan | 57 | Hourly | REGULAR | 76.98 | 0 | 769.8 | | 10 | $15.00 | $1,154.70 | $384.90 |
| 69 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Pantoana | Jose | 177 | Hourly | REGULAR | 682.11 | 0 | 6,821.10 | | 10 | $15.00 | $10,231.65 | $3,410.55 |
| 70 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Perea | Manuel Aphelios | 8996 | Hourly | REGULAR | 344.18 | 0 | 3,441.80 | | 10 | $15.00 | $5,162.70 | $1,720.90 |
| 71 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Perez | Libardo | 143 | Hourly | REGULAR | 719.03 | 0 | 7,190.30 | | 10 | $15.00 | $10,785.45 | $3,595.15 |
| 72 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Ramos | Edwin | 8980 | Hourly | REGULAR | 148.03 | 0 | 1,480.30 | | 10 | $15.00 | $2,220.45 | $740.15 |
| 73 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Ruiz | Janet | 157 | Hourly | REGULAR | 37.46 | 0 | 374.6 | | 10 | $15.00 | $561.90 | $187.30 |
| 74 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | SANCHEZ | RICHARD | 9325 | Hourly | REGULAR | 352.37 | 0 | 3,523.70 | | 10 | $15.00 | $5,285.55 | $1,761.85 |
| 75 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Suarez | Eutelania | 180 | Hourly | REGULAR | 771.29 | 0 | 7,712.90 | | 10 | $15.00 | $11,569.35 | $3,856.45 |
| 76 | Buildcorp Hospitality Group Inc | La Baia | FOH | Server Assistant | Tapia Moreno | Paulo cesar | 9004 | Hourly | REGULAR | 94.51 | 0 | 945.1 | | 10 | $15.00 | $1,417.65 | $472.55 |
| 77 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Blancas Guerra | Peer | 2658 | Hourly | REGULAR | 28.1 | 0 | 281 | | 10 | $15.00 | $421.50 | $140.50 |
| 78 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Burgos | Galvin | 8982 | Hourly | REGULAR | 30.1 | 0 | 301 | | 10 | $15.00 | $451.50 | $150.50 |
| 79 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | CABRAL | MIA | 5432 | Hourly | REGULAR | 9 | 0 | 90 | | 10 | $15.00 | $135.00 | $45.00 |
| 80 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Ciriaco Ueclite Merj | Ivan | 176 | Hourly | REGULAR | 12.52 | 0 | 125.2 | | 10 | $15.00 | $187.80 | $62.60 |
| 81 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Di tonto | Robert | 9000 | Hourly | REGULAR | 11.51 | 0 | 115.1 | | 10 | $15.00 | $172.65 | $57.55 |
| 82 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Enuo | Maria | 8981 | Hourly | REGULAR | 14.36 | 0 | 143.6 | | 10 | $15.00 | $215.40 | $71.80 |
| 83 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | ESCOBAR | FREDY | 9331 | Hourly | REGULAR | 12.87 | 0 | 128.7 | | 10 | $15.00 | $193.05 | $64.35 |
| 84 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 12 | 0 | 120 | | 10 | $15.00 | $180.00 | $60.00 |
| 85 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Jimbo | Luis | 200 | Hourly | REGULAR | 12.2 | 0 | 122 | | 10 | $15.00 | $183.00 | $61.00 |
| 86 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Leodato | Andrea | 198 | Hourly | REGULAR | 3.5 | 0 | 35 | | 10 | $15.00 | $52.50 | $17.50 |
| 87 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Mejia | Jose Pablo | 184 | Hourly | REGULAR | 31.96 | 0 | 319.6 | | 10 | $15.00 | $479.40 | $159.80 |
| 88 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Medouranitos | David | 197 | Hourly | REGULAR | 16.5 | 0 | 165 | | 10 | $15.00 | $247.50 | $82.50 |
| 89 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Mendoza | Harielan | 123 | Hourly | REGULAR | 3.05 | 0 | 30.5 | | 10 | $15.00 | $45.75 | $15.25 |
| 90 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Najera | Horacio | 201 | Hourly | REGULAR | 4 | 0 | 40 | | 10 | $15.00 | $60.00 | $20.00 |
| 91 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Parona | Jose | 177 | Hourly | REGULAR | 13.75 | 0 | 137.5 | | 10 | $15.00 | $206.25 | $68.75 |
| 92 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Ponce | Gladys | 204 | Salary | REGULAR | 10.33 | 0 | 103.3 | | 10 | $15.00 | $154.95 | $51.65 |
| 93 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Ramos | Edwin | 8980 | Hourly | REGULAR | 13.49 | 0 | 134.9 | | 10 | $15.00 | $202.35 | $67.45 |
| 94 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | REYES | RUBEN | 9333 | Hourly | REGULAR | 5.7 | 0 | 57 | | 10 | $15.00 | $85.50 | $28.50 |
| 95 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Rios | Hugo | 8987 | Hourly | REGULAR | 23.56 | 0 | 235.6 | | 10 | $15.00 | $353.40 | $117.80 |
| 96 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | SILLMANI | LUR | 594 | Hourly | REGULAR | 23.5 | 0 | 235 | | 10 | $15.00 | $352.50 | $117.50 |
| 97 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Sigvencia | Dario | 203 | Hourly | REGULAR | 8.18 | 0 | 81.8 | | 10 | $15.00 | $122.70 | $40.90 |
| 98 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Suarez | Estefania | 180 | Hourly | REGULAR | 10.43 | 0 | 104.3 | | 10 | $15.00 | $156.45 | $52.15 |
| 99 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | Wappener | Alkisha | 9002 | Hourly | REGULAR | 35.37 | 0 | 353.7 | | 10 | $15.00 | $530.55 | $176.85 |
| 100 | Buildcorp Hospitality Group Inc | La Baia | FOH | Training | ZEKA | PLEURAT | 9350 | Hourly | REGULAR | 13 | 0 | 130 | | 10 | $15.00 | $195.00 | $65.00 |
| 101 | | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | **Total Min. Wage Owed** | **$135,261.03** |