# Exhibit 16

| Company | Location | Department | Job | Last Name | First Name | Employee Number | Salary Type | Earning | Hours | Amount | Hourly Amount | Hourly Rate | | Rate Owed | Amt Owed | Diff Bw Amt Owed and Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Camia | Bernard | 9031 | Hourly | OVERTIME | 0.91 | 0 | 13.65 | 15 | | $ 22.50 | $ 20.48 | $ 6.83 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dordevic | Predrag | 9406 | Hourly | OVERTIME | 1.33 | 0 | 19.95 | 15 | | $ 22.50 | $ 29.93 | $ 9.98 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Komoni | Blerta | 3303 | Hourly | OVERTIME | 1.58 | 0 | 23.7 | 15 | | $ 22.50 | $ 35.55 | $ 11.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Cuatianquiz | Roberto | 9420 | Hourly | OVERTIME | 3.41 | 0 | 59.68 | 17.5 | | $ 22.50 | $ 76.73 | $ 17.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | OVERTIME | 3.41 | 0 | 51.15 | 15 | | $ 22.50 | $ 76.73 | $ 25.58 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Salas Carrillo | Erasto | 9373 | Hourly | OVERTIME | 4.67 | 0 | 70.05 | 15 | | $ 22.50 | $ 105.08 | $ 35.03 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Ismael | Reyes | 9437 | Hourly | OVERTIME | 5.08 | 0 | 76.2 | 15 | | $ 22.50 | $ 114.30 | $ 38.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Alvarez | Richard | 8842 | Hourly | OVERTIME | 5.84 | 0 | 87.6 | 15 | | $ 22.50 | $ 131.40 | $ 43.80 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Molina Garcia | Leonel | 9366 | Hourly | OVERTIME | 6.19 | 0 | 92.85 | 15 | | $ 22.50 | $ 139.28 | $ 46.43 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barnabas | Ambrus | 9409 | Hourly | OVERTIME | 7.62 | 0 | 114.3 | 15 | | $ 22.50 | $ 171.45 | $ 57.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Pariona | Jose | 177 | Hourly | OVERTIME | 7.89 | 0 | 118.35 | 15 | | $ 22.50 | $ 177.53 | $ 59.18 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | OVERTIME | 12.28 | 0 | 184.2 | 15 | | $ 22.50 | $ 276.30 | $ 92.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Dominguez | Ricardo | 9381 | Hourly | OVERTIME | 14.14 | 0 | 212.1 | 15 | | $ 22.50 | $ 318.15 | $ 106.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | OVERTIME | 7.21 | 0 | 54.08 | 7.5 | | $ 22.50 | $ 162.23 | $ 108.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cortez | Walter | 9038 | Hourly | OVERTIME | 18.38 | 0 | 275.7 | 15 | | $ 22.50 | $ 413.55 | $ 137.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dema | Denis | 70 | Hourly | OVERTIME | 25.57 | 0 | 383.55 | 15 | | $ 22.50 | $ 575.33 | $ 191.78 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gutierrez Mendoza | Alejandro | 9375 | Hourly | OVERTIME | 33.88 | 0 | 508.2 | 15 | | $ 22.50 | $ 762.30 | $ 254.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Molina | Eduardo | 8991 | Hourly | OVERTIME | 49.59 | 0 | 743.85 | 15 | | $ 22.50 | $ 1,115.78 | $ 371.93 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Rossell | Sonia | 9398 | Hourly | OVERTIME | 15.5 | 0 | 219 | 10 | | $ 15.00 | $ 232.50 | $ 13.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Lopez | Agustin | 9440 | Hourly | REGULAR | 3 | 0 | 30 | 10 | | $ 15.00 | $ 45.00 | $ 15.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Ismael | Reyes | 9437 | Hourly | REGULAR | 3.47 | 0 | 34.7 | 10 | | $ 15.00 | $ 52.05 | $ 17.35 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Adle | Gabriella | 9423 | Hourly | REGULAR | 3.83 | 0 | 38.3 | 10 | | $ 15.00 | $ 57.45 | $ 19.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender (Trainee) | Fridman | Taisiya | 7056 | Hourly | REGULAR | 6 | 0 | 60 | 10 | | $ 15.00 | $ 90.00 | $ 30.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Rojas | Raul | 9435 | Hourly | REGULAR | 7.73 | 0 | 77.3 | 10 | | $ 15.00 | $ 115.95 | $ 38.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Thein Nwe Myint | Zin | 9402 | Hourly | REGULAR | 9.46 | 0 | 94.6 | 10 | | $ 15.00 | $ 141.90 | $ 47.30 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Martinez | Carlos | 9035 | Hourly | REGULAR | 10.88 | 0 | 108.8 | 10 | | $ 15.00 | $ 163.20 | $ 54.40 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Komoni | Blerta | 3303 | Hourly | REGULAR | 11.82 | 0 | 118.2 | 10 | | $ 15.00 | $ 177.30 | $ 59.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Thein Nwe Myint | Zin | 9402 | Hourly | REGULAR | 14.93 | 0 | 149.3 | 10 | | $ 15.00 | $ 223.95 | $ 74.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | ZEKA | PLEURAT | 9350 | Hourly | REGULAR | 15.46 | 0 | 154.6 | 10 | | $ 15.00 | $ 231.90 | $ 77.30 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Vilchis | Javier | 9434 | Hourly | REGULAR | 15.81 | 0 | 158.1 | 10 | | $ 15.00 | $ 237.15 | $ 79.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Leodato | Andrea | 198 | Hourly | REGULAR | 458.57 | 0 | 6,797.50 | 15 | | $ 15.00 | $ 6,878.55 | $ 81.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Perez | Juan | 6397 | Hourly | REGULAR | 5.9 | 0 | 0 | 0 | | $ 15.00 | $ 88.50 | $ 88.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Alvarez | Richard | 8842 | Hourly | REGULAR | 18.14 | 0 | 181.4 | 10 | | $ 15.00 | $ 272.10 | $ 90.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | aguirre | wendy | 9354 | Hourly | REGULAR | 19.5 | 0 | 195 | 10 | | $ 15.00 | $ 292.50 | $ 97.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Ramirez Lopez | Juan Carlos | 9436 | Hourly | REGULAR | 20.21 | 0 | 202.1 | 10 | | $ 15.00 | $ 303.15 | $ 101.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Lopez | Agustin | 9440 | Hourly | REGULAR | 20.57 | 0 | 205.7 | 10 | | $ 15.00 | $ 308.55 | $ 102.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | PEREZ | JULIO | 2020 | Hourly | REGULAR | 21.97 | 0 | 219.7 | 10 | | $ 15.00 | $ 329.55 | $ 109.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Camacho | Pablo | 9396 | Hourly | REGULAR | 22.26 | 0 | 222.6 | 10 | | $ 15.00 | $ 333.90 | $ 111.30 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Adle | Gabriella | 9423 | Hourly | REGULAR | 22.37 | 0 | 223.7 | 10 | | $ 15.00 | $ 335.55 | $ 111.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Codigno | Lucas | 9405 | Hourly | REGULAR | 22.78 | 0 | 227.8 | 10 | | $ 15.00 | $ 341.70 | $ 113.90 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Rojas | Raul | 9435 | Hourly | REGULAR | 31 | 0 | 310 | 10 | | $ 15.00 | $ 465.00 | $ 155.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 41.94 | 0 | 419.4 | 10 | | $ 15.00 | $ 629.10 | $ 209.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Molina Garcia | Leonel | 9366 | Hourly | REGULAR | 57.14 | 0 | 571.4 | 10 | | $ 15.00 | $ 857.10 | $ 285.70 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Salas Carrillo | Erasto | 9373 | Hourly | REGULAR | 58.83 | 0 | 588.3 | 10 | | $ 15.00 | $ 882.45 | $ 294.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Ismael | Reyes | 9437 | Hourly | REGULAR | 72.51 | 0 | 725.1 | 10 | | $ 15.00 | $ 1,087.65 | $ 362.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Perea | Manuel Aphel | 8996 | Hourly | REGULAR | 84.52 | 0 | 845.2 | 10 | | $ 15.00 | $ 1,267.80 | $ 422.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mayen | Josue | 9382 | Hourly | REGULAR | 91.41 | 0 | 914.1 | 10 | | $ 15.00 | $ 1,371.15 | $ 457.05 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Pardo | Gabrielle | 9433 | Hourly | REGULAR | 93.89 | 0 | 938.9 | 10 | | $ 15.00 | $ 1,408.35 | $ 469.45 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Guachun | Freddy | 9358 | Hourly | REGULAR | 160.92 | 0 | 1,609.20 | 10 | | $ 15.00 | $ 2,413.80 | $ 804.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Chauca | Luis | 9006 | Hourly | REGULAR | 171.22 | 0 | 1,712.20 | 10 | | $ 15.00 | $ 2,568.30 | $ 856.10 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Blancas Guerra | Pier | 2658 | Hourly | REGULAR | 181.45 | 0 | 1,814.50 | 10 | | $ 15.00 | $ 2,721.75 | $ 907.25 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Chauca | Luis | 9006 | Hourly | REGULAR | 186.13 | 0 | 1,861.30 | 10 | | $ 15.00 | $ 2,791.95 | $ 930.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | ESCOBAR | FREDY | 9331 | Hourly | REGULAR | 188.55 | 0 | 1,885.50 | 10 | | $ 15.00 | $ 2,828.25 | $ 942.75 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Malagon | Hector | 9363 | Hourly | REGULAR | 189.83 | 0 | 1,898.30 | 10 | | $ 15.00 | $ 2,847.45 | $ 949.15 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Sacoto | Andres | 9356 | Hourly | REGULAR | 192.39 | 0 | 1,923.90 | 10 | | $ 15.00 | $ 2,885.85 | $ 961.95 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | REYES | RUBEN | 9333 | Hourly | REGULAR | 149.31 | 0 | 1,085.70 | 10 | | $ 15.00 | $ 2,239.65 | $ 1,153.95 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | CABRAL | MIA | 5432 | Hourly | REGULAR | 231.2 | 0 | 2,312.00 | 10 | | $ 15.00 | $ 3,468.00 | $ 1,156.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | SANCHEZ | RICHARD | 9325 | Hourly | REGULAR | 234.71 | 0 | 2,347.10 | 10 | | $ 15.00 | $ 3,520.65 | $ 1,173.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Martinez | Aramis | 9372 | Hourly | REGULAR | 235.56 | 0 | 2,355.60 | 10 | | $ 15.00 | $ 3,533.40 | $ 1,177.80 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gutierrez Mendoza | Alejandro | 9375 | Hourly | REGULAR | 260.15 | 0 | 2,601.50 | 10 | | $ 15.00 | $ 3,902.25 | $ 1,300.75 |
| 62 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Tirado | Laura | 9419 | Hourly | REGULAR | 266.05 | 0 | 2,660.50 | 10 | | $ 15.00 | $ 3,990.75 | $ 1,330.25 |
| 63 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Cuatlanquiz | Roberto | 9420 | Hourly | REGULAR | 284.13 | 0 | 2,841.30 | 10 | | $ 15.00 | $ 4,261.95 | $ 1,420.65 |
| 64 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barnabas | Ambrus | 9409 | Hourly | REGULAR | 297.16 | 0 | 2,971.60 | 10 | | $ 15.00 | $ 4,457.40 | $ 1,485.80 |
| 65 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Komoni | Blerta | 3303 | Hourly | REGULAR | 305.12 | 0 | 3,051.20 | 10 | | $ 15.00 | $ 4,576.80 | $ 1,525.60 |
| 66 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dordevic | Predrag | 9406 | Hourly | REGULAR | 391.55 | 0 | 3,915.50 | 10 | | $ 15.00 | $ 5,873.25 | $ 1,957.75 |
| 67 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galdamez | Omar | 50 | Hourly | REGULAR | 396.81 | 0 | 3,968.10 | 10 | | $ 15.00 | $ 5,952.15 | $ 1,984.05 |
| 68 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 164 | Hourly | REGULAR | 415.33 | 0 | 4,153.30 | 10 | | $ 15.00 | $ 6,229.95 | $ 2,076.65 |
| 69 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Camia | Bernard | 9031 | Hourly | REGULAR | 422.81 | 0 | 4,228.10 | 10 | | $ 15.00 | $ 6,342.15 | $ 2,114.05 |
| 70 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Alvarez | Richard | 8842 | Hourly | REGULAR | 466.63 | 0 | 4,666.30 | 10 | | $ 15.00 | $ 6,999.45 | $ 2,333.15 |
| 71 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Di tonto | Robert | 9000 | Hourly | REGULAR | 474.03 | 0 | 4,740.30 | 10 | | $ 15.00 | $ 7,110.45 | $ 2,370.15 |
| 72 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Pariona | Jose | 177 | Hourly | REGULAR | 495.87 | 0 | 4,958.70 | 10 | | $ 15.00 | $ 7,438.05 | $ 2,479.35 |
| 73 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Codigno | Lucas | 9405 | Hourly | REGULAR | 517.73 | 0 | 5,177.30 | 10 | | $ 15.00 | $ 7,765.95 | $ 2,588.65 |
| 74 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Borda | carlos | 9376 | Hourly | REGULAR | 564.75 | 0 | 5,647.50 | 10 | | $ 15.00 | $ 8,471.25 | $ 2,823.75 |
| 75 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Molina Garcia | Leonel | 9366 | Hourly | REGULAR | 600.08 | 0 | 6,000.80 | 10 | | $ 15.00 | $ 9,001.20 | $ 3,000.40 |
| 76 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Barua | Saroj | 8994 | Hourly | REGULAR | 716.12 | 0 | 7,161.20 | 10 | | $ 15.00 | $ 10,741.80 | $ 3,580.60 |
| 77 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Galyas | Istvan | 9335 | Hourly | REGULAR | 1489.64 | 0 | 18,501.30 | 15 | | $ 15.00 | $ 22,344.60 | $ 3,843.30 |
| 78 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Dominguez | Ricardo | 9381 | Hourly | REGULAR | 878.29 | 0 | 8,782.90 | 10 | | $ 15.00 | $ 13,174.35 | $ 4,391.45 |
| 79 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | REGULAR | 983.68 | 0 | 9,836.80 | 10 | | $ 15.00 | $ 14,755.20 | $ 4,918.40 |
| 80 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | REGULAR | 1020.12 | 0 | 10,201.20 | 10 | | $ 15.00 | $ 15,301.80 | $ 5,100.60 |
| 81 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 1296.09 | 0 | 13,468.28 | 10 | | $ 15.00 | $ 19,441.35 | $ 5,973.07 |
| 82 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Jimbo | Luis | 200 | Hourly | REGULAR | 1233.96 | 0 | 12,339.60 | 10 | | $ 15.00 | $ 18,509.40 | $ 6,169.80 |
| 83 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | PEREZ | JULIO | 2020 | Hourly | REGULAR | 1344.1 | 0 | 13,557.65 | 10 | | $ 15.00 | $ 20,161.50 | $ 6,603.85 |
| 84 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Molina | Eduardo | 8991 | Hourly | REGULAR | 1400.17 | 0 | 14,001.70 | 10 | | $ 15.00 | $ 21,002.55 | $ 7,000.85 |
| 85 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cortez | Walter | 9038 | Hourly | REGULAR | 1413.72 | 0 | 14,137.20 | 10 | | $ 15.00 | $ 21,205.80 | $ 7,068.60 |
| 86 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Camayo | Edson | 21 | Hourly | REGULAR | 1458.68 | 0 | 14,586.80 | 10 | | $ 15.00 | $ 21,880.20 | $ 7,293.40 |
| 87 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Dema | Denis | 70 | Hourly | REGULAR | 1613.48 | 0 | 16,688.65 | 12.5 | | $ 15.00 | $ 24,202.20 | $ 7,513.55 |
| 88 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | REGULAR | 554.17 | 0 | 0 | 0 | | $ 15.00 | $ 8,312.55 | $ 8,312.55 |
| 89 | | | | | | | | | | | | | | | | | |
| 90 | | | | | | | | | | | | | | | | Total Min. Wage Owed | $ 125,377.86 |