# Exhibit 17

| Company | Location | Department | Job | Last Name | First Name | Employee Number | Salary Type | Earning | Hours | Amount | Hourly Amount | Hourly Rate | | Rate Owed | Amt Owed | Diff Bw Amt Owed and Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barnabas | Ambrus | 9409 | Hourly | OVERTIME | 49.3 | 0 | 1,109.25 | 22.5 | | $ 24.00 | $ 1,183.20 | $ 73.95 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Spivak | Anastasiya | 9459 | Hourly | OVERTIME | 38.33 | 0 | 862.42 | 22.5 | | $ 24.00 | $ 919.92 | $ 57.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Demaj | Mary | 9505 | Hourly | OVERTIME | 17.98 | 0 | 335.33 | 18.65 | | $ 24.00 | $ 431.52 | $ 96.19 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Matytsina | Ekaterina | 9485 | Hourly | OVERTIME | 4.87 | 0 | 77.82 | 15.98 | | $ 24.00 | $ 116.88 | $ 39.06 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | OVERTIME | 22.5 | 0 | 359.55 | 15.98 | | $ 24.00 | $ 540.00 | $ 180.45 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Shokhjakhon | Giyasov | 9474 | Hourly | OVERTIME | 0.23 | 0 | 3.68 | 15.98 | | $ 24.00 | $ 5.52 | $ 1.84 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galvez Alarcon | Moises Antonio | 9530 | Hourly | OVERTIME | 14.77 | 0 | 236.02 | 15.98 | | $ 24.00 | $ 354.48 | $ 118.46 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Guanta | Elmar | 9475 | Hourly | OVERTIME | 8.07 | 0 | 128.96 | 15.98 | | $ 24.00 | $ 193.68 | $ 64.72 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mendoza | Luis | 9492 | Hourly | OVERTIME | 0.59 | 0 | 9.43 | 15.98 | | $ 24.00 | $ 14.16 | $ 4.73 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Soria | Julio Cesar | 9502 | Hourly | OVERTIME | 6.13 | 0 | 97.96 | 15.98 | | $ 24.00 | $ 147.12 | $ 49.16 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Accardi | Federica | 9490 | Hourly | OVERTIME | 3.84 | 0 | 61.36 | 15.98 | | $ 24.00 | $ 92.16 | $ 30.80 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cortez | Walter | 9038 | Hourly | OVERTIME | 24.98 | 0 | 399.18 | 15.98 | | $ 24.00 | $ 599.52 | $ 200.34 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Marx | Jarrod Thomas | 9521 | Hourly | OVERTIME | 52.06 | 0 | 831.92 | 15.98 | | $ 24.00 | $ 1,249.44 | $ 417.52 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Molina | Eduardo | 8991 | Hourly | OVERTIME | 96.8 | 0 | 1,546.86 | 15.98 | | $ 24.00 | $ 2,323.20 | $ 776.34 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Perovic | Andela | 9503 | Hourly | OVERTIME | 4.34 | 0 | 69.35 | 15.98 | | $ 24.00 | $ 104.16 | $ 34.81 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Semeniuk | Ruslan | 9493 | Hourly | OVERTIME | 2.08 | 0 | 33.24 | 15.98 | | $ 24.00 | $ 49.92 | $ 16.68 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Simpkins | Nicole Theresa | 9526 | Hourly | OVERTIME | 0.04 | 0 | 0.64 | 15.98 | | $ 24.00 | $ 0.96 | $ 0.32 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Angulo | Monica | 9448 | Hourly | OVERTIME | 1.12 | 0 | 17.9 | 15.98 | | $ 24.00 | $ 26.88 | $ 8.98 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Feria Diaz | Jesus Alfredo | 9527 | Hourly | OVERTIME | 5.66 | 0 | 90.45 | 15.98 | | $ 24.00 | $ 135.84 | $ 45.39 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Galvez Alarcon | Moises Antonio | 9530 | Hourly | OVERTIME | 4.9 | 0 | 78.3 | 15.98 | | $ 24.00 | $ 117.60 | $ 39.30 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gutierrez Mendoza | Alejandro | 9375 | Hourly | OVERTIME | 3.92 | 0 | 62.64 | 15.98 | | $ 24.00 | $ 94.08 | $ 31.44 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | OVERTIME | 2.56 | 0 | 40.91 | 15.98 | | $ 24.00 | $ 61.44 | $ 20.53 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Martinez | Maximiliano | 9483 | Hourly | OVERTIME | 6.85 | 0 | 109.46 | 15.98 | | $ 24.00 | $ 164.40 | $ 54.94 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mora Vivar | Edwin | 9463 | Hourly | OVERTIME | 3.03 | 0 | 48.42 | 15.98 | | $ 24.00 | $ 72.72 | $ 24.30 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Soria | Julio Cesar | 9502 | Hourly | OVERTIME | 10.11 | 0 | 161.56 | 15.98 | | $ 24.00 | $ 242.64 | $ 81.08 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Szekely | Endre | 9509 | Hourly | OVERTIME | 5.17 | 0 | 82.62 | 15.98 | | $ 24.00 | $ 124.08 | $ 41.46 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Teran | Adrian | 9500 | Hourly | OVERTIME | 31.55 | 0 | 504.17 | 15.98 | | $ 24.00 | $ 757.20 | $ 253.03 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Turan | Bayram | 9529 | Hourly | OVERTIME | 33.44 | 0 | 534.37 | 15.98 | | $ 24.00 | $ 802.56 | $ 268.19 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Ortega | James Andres | 9534 | Hourly | OVERTIME | 15.35 | 0 | 245.29 | 15.98 | | $ 24.00 | $ 368.40 | $ 123.11 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zhinin | Luis | 9451 | Hourly | OVERTIME | 6.46 | 0 | 103.23 | 15.98 | | $ 24.00 | $ 155.04 | $ 51.81 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zubayr | Ahmad | 9510 | Hourly | OVERTIME | 13.19 | 0 | 210.78 | 15.98 | | $ 24.00 | $ 316.56 | $ 105.78 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Teran | Adrian | 9500 | Hourly | OVERTIME | 2.69 | 0 | 42.99 | 15.98 | | $ 24.00 | $ 64.56 | $ 21.57 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barnabas | Ambrus | 9409 | Hourly | REGULAR | 1125.77 | 0 | 16,176.60 | 15 | | $ 16.00 | $ 18,012.32 | $ 1,835.72 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Spivak | Anastasiya | 9459 | Hourly | REGULAR | 1278.15 | 0 | 17,485.23 | 15 | | $ 16.00 | $ 20,450.40 | $ 2,965.17 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 1342.49 | 0 | 17,812.28 | 15 | | $ 16.00 | $ 21,479.84 | $ 3,667.56 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Rojas De La Cruz | Sabino | 9513 | Hourly | REGULAR | 10 | 0 | 150 | 15 | | $ 16.00 | $ 160.00 | $ 10.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Barlan | Ardak | 9446 | Hourly | REGULAR | 150.23 | 0 | 1,581.13 | 10.65 | | $ 16.00 | $ 2,403.68 | $ 822.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Landell De Moura | Lisandro | 9447 | Hourly | REGULAR | 276.68 | 0 | 2,928.06 | 10.65 | | $ 16.00 | $ 4,426.88 | $ 1,498.82 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Matytsina | Ekaterina | 9485 | Hourly | REGULAR | 636.2 | 0 | 6,775.53 | 10.65 | | $ 16.00 | $ 10,179.20 | $ 3,403.67 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Melnychuk | Kateryna | 9528 | Hourly | REGULAR | 33.21 | 0 | 353.69 | 10.65 | | $ 16.00 | $ 531.36 | $ 177.67 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | REGULAR | 1420.81 | 0 | 15,131.63 | 10.65 | | $ 16.00 | $ 22,732.96 | $ 7,601.33 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Shokhjakhon | Giyasov | 9474 | Hourly | REGULAR | 412.91 | 0 | 4,397.49 | 10.65 | | $ 16.00 | $ 6,606.56 | $ 2,209.07 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Borda | carlos | 9376 | Hourly | REGULAR | 9.37 | 0 | 99.79 | 10.65 | | $ 16.00 | $ 149.92 | $ 50.13 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Coyotecatl Chapuli | Esteban | 9535 | Hourly | REGULAR | 11.26 | 0 | 119.92 | 10.65 | | $ 16.00 | $ 180.16 | $ 60.24 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galvez Alarcon | Moises Antonio | 9530 | Hourly | REGULAR | 99.08 | 0 | 1,055.20 | 10.65 | | $ 16.00 | $ 1,585.28 | $ 530.08 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Guanta | Elmar | 9475 | Hourly | REGULAR | 115.09 | 0 | 1,225.71 | 10.65 | | $ 16.00 | $ 1,841.44 | $ 615.73 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Moctesuma Tapia | Rafael | 9450 | Hourly | REGULAR | 895.69 | 0 | 9,539.10 | 10.65 | | $ 16.00 | $ 14,331.04 | $ 4,791.94 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | REGULAR | 269.13 | 0 | 2,866.23 | 10.65 | | $ 16.00 | $ 4,306.08 | $ 1,439.85 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Soria | Julio Cesar | 9502 | Hourly | REGULAR | 129.28 | 0 | 1,376.83 | 10.65 | | $ 16.00 | $ 2,068.48 | $ 691.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Zapeta | Carlos | 9479 | Hourly | REGULAR | 5.21 | 0 | 55.49 | 10.65 | | $ 16.00 | $ 83.36 | $ 27.87 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Zubayr | Ahmad | 9510 | Hourly | REGULAR | 21.55 | 0 | 229.51 | 10.65 | | $ 16.00 | $ 344.80 | $ 115.29 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Accardi | Federica | 9490 | Hourly | REGULAR | 387.65 | 0 | 4,128.47 | 10.65 | | $ 16.00 | $ 6,202.40 | $ 2,073.93 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Agosta Del Forte | Brando | 9482 | Hourly | REGULAR | 46.63 | 0 | 496.61 | 10.65 | | $ 16.00 | $ 746.08 | $ 249.47 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Aguirre | Maribel | 9508 | Hourly | REGULAR | 160.67 | 0 | 1,711.14 | 10.65 | | $ 16.00 | $ 2,570.72 | $ 859.58 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Arias | Renan | | Hourly | REGULAR | 447.82 | 0 | 4,769.28 | 10.65 | | $ 16.00 | $ 7,165.12 | $ 2,395.84 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Chakvetadze | Nino | 9445 | Hourly | REGULAR | 169.43 | 0 | 1,801.02 | 10.65 | | $ 16.00 | $ 2,710.88 | $ 909.86 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Congrove | Barbara Landon | 9457 | Hourly | REGULAR | 566.59 | 0 | 6,034.18 | 10.65 | | $ 16.00 | $ 9,065.44 | $ 3,031.26 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Constantinides | Maria | 9517 | Hourly | REGULAR | 221.79 | 0 | 2,362.06 | 10.65 | | $ 16.00 | $ 3,548.64 | $ 1,186.58 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cortez | Walter | 9038 | Hourly | REGULAR | 1104.43 | 0 | 11,727.05 | 10.65 | | $ 16.00 | $ 17,670.88 | $ 5,943.83 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Danilenko | Andrey | 9506 | Hourly | REGULAR | 92.22 | 0 | 982.14 | 10.65 | | $ 16.00 | $ 1,475.52 | $ 493.38 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Demaj | Mary | 9505 | Hourly | REGULAR | 276.7 | 0 | 2,946.86 | 10.65 | | $ 16.00 | $ 4,427.20 | $ 1,480.34 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Komoni | Blerta | 3303 | Hourly | REGULAR | 780.36 | 0 | 8,284.92 | 10.65 | | $ 16.00 | $ 12,485.76 | $ 4,200.84 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 64 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Lopez | Agustin | 9440 | Hourly | REGULAR | 85.97 | 0 | 902.76 | 10.65 | | $ 16.00 | $ 1,375.52 | $ 472.76 |
| 65 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Maldonado | Dara | 9452 | Hourly | REGULAR | 583.95 | 0 | 6,219.07 | 10.65 | | $ 16.00 | $ 9,343.20 | $ 3,124.13 |
| 66 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Marx | Jarrod Thomas | 9521 | Hourly | REGULAR | 308.39 | 0 | 3,284.35 | 10.65 | | $ 16.00 | $ 4,934.24 | $ 1,649.89 |
| 67 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Perovic | Andela | 9503 | Hourly | REGULAR | 460.33 | 0 | 4,902.51 | 10.65 | | $ 16.00 | $ 7,365.28 | $ 2,462.77 |
| 68 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Rey Cardona | Andres M | 9533 | Hourly | REGULAR | 56.64 | 0 | 603.22 | 10.65 | | $ 16.00 | $ 906.24 | $ 303.02 |
| 69 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Rosca | Ion | 9516 | Hourly | REGULAR | 255.24 | 0 | 2,718.31 | 10.65 | | $ 16.00 | $ 4,083.84 | $ 1,365.53 |
| 70 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Simpkins | Nicole Theresa | 9526 | Hourly | REGULAR | 165.28 | 0 | 1,760.23 | 10.65 | | $ 16.00 | $ 2,644.48 | $ 884.25 |
| 71 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Stanislavsky | Michael | 9442 | Hourly | REGULAR | 279.75 | 0 | 2,950.78 | 10.65 | | $ 16.00 | $ 4,476.00 | $ 1,525.22 |
| 72 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Tirado | Laura | 9419 | Hourly | REGULAR | 850.83 | 0 | 9,027.40 | 10.65 | | $ 16.00 | $ 13,613.28 | $ 4,585.88 |
| 73 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Tlamaitl | Luis David | 9495 | Hourly | REGULAR | 13.94 | 0 | 148.46 | 10.65 | | $ 16.00 | $ 223.04 | $ 74.58 |
| 74 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Zambardino | Luigi | 9465 | Hourly | REGULAR | 306.51 | 0 | 3,264.33 | 10.65 | | $ 16.00 | $ 4,904.16 | $ 1,639.83 |
| 75 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Alvarez | Richard | 8842 | Hourly | REGULAR | 30.14 | 0 | 320.99 | 10.65 | | $ 16.00 | $ 482.24 | $ 161.25 |
| 76 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Barua | Saroj | 8994 | Hourly | REGULAR | 627.11 | 0 | 6,660.11 | 10.65 | | $ 16.00 | $ 10,033.76 | $ 3,373.65 |
| 77 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Betancourt | Karen | 9453 | Hourly | REGULAR | 216.63 | 0 | 2,307.11 | 10.65 | | $ 16.00 | $ 3,466.08 | $ 1,158.97 |
| 78 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Borda | carlos | 9376 | Hourly | REGULAR | 889.67 | 0 | 9,457.23 | 10.65 | | $ 16.00 | $ 14,234.72 | $ 4,777.49 |
| 79 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Camayo | Edson | 21 | Hourly | REGULAR | 212.83 | 0 | 2,221.38 | 10.65 | | $ 16.00 | $ 3,405.28 | $ 1,183.90 |
| 80 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Castillo Bueno | Franklin Humberto | 9494 | Hourly | REGULAR | 39.04 | 0 | 415.78 | 10.65 | | $ 16.00 | $ 624.64 | $ 208.86 |
| 81 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | REGULAR | 1062.39 | 0 | 11,299.78 | 10.65 | | $ 16.00 | $ 16,998.24 | $ 5,698.46 |
| 82 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Demaj | Nick | 9538 | Hourly | REGULAR | 40.81 | 0 | 434.63 | 10.65 | | $ 16.00 | $ 652.96 | $ 218.33 |
| 83 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Feria Diaz | Jesus Alfredo | 9527 | Hourly | REGULAR | 167.09 | 0 | 1,779.51 | 10.65 | | $ 16.00 | $ 2,673.44 | $ 893.93 |
| 84 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Fernandes | Francy Viviana | 9487 | Hourly | REGULAR | 200.56 | 0 | 2,135.96 | 10.65 | | $ 16.00 | $ 3,208.96 | $ 1,073.00 |
| 85 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Galvez Alarcon | Moises Antonio | 9530 | Hourly | REGULAR | 87.89 | 0 | 936.03 | 10.65 | | $ 16.00 | $ 1,406.24 | $ 470.21 |
| 86 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | German RodrVguez | Kender Ivan | 9332 | Hourly | REGULAR | 52.72 | 0 | 1,127.34 | 10.65 | | $ 16.00 | $ 843.52 | $ (283.82) |
| 87 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gonzalez | Armando | 9460 | Hourly | REGULAR | 34.6 | 0 | 368.49 | 10.65 | | $ 16.00 | $ 553.60 | $ 185.11 |
| 88 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Guanta | Elmar | 9475 | Hourly | REGULAR | 250.6 | 0 | 2,668.89 | 10.65 | | $ 16.00 | $ 4,009.60 | $ 1,340.71 |
| 89 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gutierrez Mendoza | Alejandro | 9375 | Hourly | REGULAR | 149.36 | 0 | 1,546.69 | 10.65 | | $ 16.00 | $ 2,389.76 | $ 843.07 |
| 90 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Kostic | Aleska | 9512 | Hourly | REGULAR | 60.74 | 0 | 646.88 | 10.65 | | $ 16.00 | $ 971.84 | $ 324.96 |
| 91 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Alex | 9473 | Hourly | REGULAR | 1.49 | 0 | 15.87 | 10.65 | | $ 16.00 | $ 23.84 | $ 7.97 |
| 92 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | REGULAR | 1671.83 | 0 | 17,765.26 | 10.65 | | $ 16.00 | $ 26,749.28 | $ 8,984.02 |
| 93 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Maldonado | Jorge | 9461 | Hourly | REGULAR | 129.4 | 0 | 1,378.11 | 10.65 | | $ 16.00 | $ 2,070.40 | $ 692.29 |
| 94 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Martinez | Maximiliano | 9483 | Hourly | REGULAR | 356.53 | 0 | 3,797.04 | 10.65 | | $ 16.00 | $ 5,704.48 | $ 1,907.44 |
| 95 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mendoza | Luis | 9492 | Hourly | REGULAR | 332.58 | 0 | 3,535.15 | 10.65 | | $ 16.00 | $ 5,321.28 | $ 1,786.13 |
| 96 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Molina Rivera | Javier P | 9491 | Hourly | REGULAR | 105.14 | 0 | 1,119.74 | 10.65 | | $ 16.00 | $ 1,682.24 | $ 562.50 |
| 97 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Monque Lopez | Rosa | 9531 | Hourly | REGULAR | 114.17 | 0 | 1,215.91 | 10.65 | | $ 16.00 | $ 1,826.72 | $ 610.81 |
| 98 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mora Vivar | Edwin | 9463 | Hourly | REGULAR | 638.71 | 0 | 6,802.26 | 10.65 | | $ 16.00 | $ 10,219.36 | $ 3,417.10 |
| 99 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Perez | Carlos Ignacio | 9522 | Hourly | REGULAR | 135.41 | 0 | 1,442.12 | 10.65 | | $ 16.00 | $ 2,166.56 | $ 724.44 |
| 100 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Pila | Wilver | 9476 | Hourly | REGULAR | 8.48 | 0 | 90.31 | 10.65 | | $ 16.00 | $ 135.68 | $ 45.37 |
| 101 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Reyes Parra | Arturo | 9519 | Hourly | REGULAR | 243.57 | 0 | 2,594.02 | 10.65 | | $ 16.00 | $ 3,897.12 | $ 1,303.10 |
| 102 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Soria | Julio Cesar | 9502 | Hourly | REGULAR | 391.02 | 0 | 4,164.36 | 10.65 | | $ 16.00 | $ 6,256.32 | $ 2,091.96 |
| 103 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Szekely | Endre | 9509 | Hourly | REGULAR | 411.86 | 0 | 4,386.31 | 10.65 | | $ 16.00 | $ 6,589.76 | $ 2,203.45 |
| 104 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Teran | Adrian | 9500 | Hourly | REGULAR | 581.25 | 0 | 6,190.31 | 10.65 | | $ 16.00 | $ 9,300.00 | $ 3,109.69 |
| 105 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Tian Zaprta | Pedro Ricardo | 9455 | Hourly | REGULAR | 17.47 | 0 | 186.06 | 10.65 | | $ 16.00 | $ 279.52 | $ 93.46 |
| 106 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Torres | Santiago | 9515 | Hourly | REGULAR | 106.95 | 0 | 1,139.02 | 10.65 | | $ 16.00 | $ 1,711.20 | $ 572.18 |
| 107 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Turan | Bayram | 9529 | Hourly | REGULAR | 163.33 | 0 | 1,739.46 | 10.65 | | $ 16.00 | $ 2,613.28 | $ 873.82 |
| 108 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Ortega | James Andres | 9534 | Hourly | REGULAR | 134.3 | 0 | 1,430.30 | 10.65 | | $ 16.00 | $ 2,148.80 | $ 718.50 |
| 109 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Romero | Victor | 9541 | Hourly | REGULAR | 11 | 0 | 117.15 | 10.65 | | $ 16.00 | $ 176.00 | $ 58.85 |
| 110 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zhinin | Luis | 9451 | Hourly | REGULAR | 261.58 | 0 | 2,785.83 | 10.65 | | $ 16.00 | $ 4,185.28 | $ 1,399.45 |
| 111 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zubayr | Ahmad | 9510 | Hourly | REGULAR | 425.31 | 0 | 4,529.55 | 10.65 | | $ 16.00 | $ 6,804.96 | $ 2,275.41 |
| 112 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Accardi | Federica | 9490 | Hourly | REGULAR | 12.51 | 0 | 133.23 | 10.65 | | $ 16.00 | $ 200.16 | $ 66.93 |
| 113 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Agosta Del Forte | Brando | 9482 | Hourly | REGULAR | 1.36 | 0 | 14.48 | 10.65 | | $ 16.00 | $ 21.76 | $ 7.28 |
| 114 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Aguirre | Maribel | 9508 | Hourly | REGULAR | 16.31 | 0 | 173.7 | 10.65 | | $ 16.00 | $ 260.96 | $ 87.26 |
| 115 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Betancourt | Karen | 9453 | Hourly | REGULAR | 8.84 | 0 | 94.15 | 10.65 | | $ 16.00 | $ 141.44 | $ 47.29 |
| 116 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Castillo Bueno | Franklin Humberto | 9494 | Hourly | REGULAR | 13.06 | 0 | 139.09 | 10.65 | | $ 16.00 | $ 208.96 | $ 69.87 |
| 117 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Congrove | Barbara Landon | 9457 | Hourly | REGULAR | 27.22 | 0 | 289.89 | 10.65 | | $ 16.00 | $ 435.52 | $ 145.63 |
| 118 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Constantinides | Maria | 9517 | Hourly | REGULAR | 17.69 | 0 | 188.4 | 10.65 | | $ 16.00 | $ 283.04 | $ 94.64 |
| 119 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Coyotecatl Chapuli | Esteban | 9535 | Hourly | REGULAR | 5.3 | 0 | 56.44 | 10.65 | | $ 16.00 | $ 84.80 | $ 28.36 |
| 120 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Danilenko | Andrey | 9506 | Hourly | REGULAR | 9.21 | 0 | 98.09 | 10.65 | | $ 16.00 | $ 147.36 | $ 49.27 |
| 121 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Demaj | Mary | 9505 | Hourly | REGULAR | 8.16 | 0 | 86.9 | 10.65 | | $ 16.00 | $ 130.56 | $ 43.66 |
| 122 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Demaj | Nick | 9538 | Hourly | REGULAR | 14.25 | 0 | 151.76 | 10.65 | | $ 16.00 | $ 228.00 | $ 76.24 |
| 123 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Feria Diaz | Jesus Alfredo | 9527 | Hourly | REGULAR | 3.72 | 0 | 39.62 | 10.65 | | $ 16.00 | $ 59.52 | $ 19.90 |
| 124 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Fernandes | Francy Viviana | 9487 | Hourly | REGULAR | 10.25 | 0 | 109.16 | 10.65 | | $ 16.00 | $ 164.00 | $ 54.84 |
| 125 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Galvez Alarcon | Moises Antonio | 9530 | Hourly | REGULAR | 3.24 | 0 | 34.51 | 10.65 | | $ 16.00 | $ 51.84 | $ 17.33 |
| 126 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Gonzalez | Armando | 9460 | Hourly | REGULAR | 9.34 | 0 | 99.47 | 10.65 | | $ 16.00 | $ 149.44 | $ 49.97 |
| 127 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Guanta | Elmar | 9475 | Hourly | REGULAR | 9.98 | 0 | 106.29 | 10.65 | | $ 16.00 | $ 159.68 | $ 53.39 |
| 128 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Kostic | Aleska | 9512 | Hourly | REGULAR | 4.09 | 0 | 43.56 | 10.65 | | $ 16.00 | $ 65.44 | $ 21.88 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Lopez | Alex | 9473 | Hourly | REGULAR | 1.28 | 0 | 13.63 | 10.65 | | $ 16.00 | $ 20.48 | $ 6.85 |
| 130 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Maldonado | Dara | 9452 | Hourly | REGULAR | 10.3 | 0 | 109.7 | 10.65 | | $ 16.00 | $ 164.80 | $ 55.10 |
| 131 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Maldonado | Jorge | 9461 | Hourly | REGULAR | 6.46 | 0 | 68.8 | 10.65 | | $ 16.00 | $ 103.36 | $ 34.56 |
| 132 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Martinez | Maximiliano | 9483 | Hourly | REGULAR | 17.82 | 0 | 189.78 | 10.65 | | $ 16.00 | $ 285.12 | $ 95.34 |
| 133 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Martinez Babuena | Jesus | 9471 | Hourly | REGULAR | 16.04 | 0 | 170.83 | 10.65 | | $ 16.00 | $ 256.64 | $ 85.81 |
| 134 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Marx | Jarrod Thomas | 9521 | Hourly | REGULAR | 12.4 | 0 | 132.06 | 10.65 | | $ 16.00 | $ 198.40 | $ 66.34 |
| 135 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Matytsina | Ekaterina | 9485 | Hourly | REGULAR | 8.9 | 0 | 94.78 | 10.65 | | $ 16.00 | $ 142.40 | $ 47.62 |
| 136 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Melnychuk | Kateryna | 9528 | Hourly | REGULAR | 11.35 | 0 | 120.88 | 10.65 | | $ 16.00 | $ 181.60 | $ 60.72 |
| 137 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Molina Rivera | Javier P | 9491 | Hourly | REGULAR | 4.45 | 0 | 47.39 | 10.65 | | $ 16.00 | $ 71.20 | $ 23.81 |
| 138 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Monque Lopez | Rosa | 9531 | Hourly | REGULAR | 10.01 | 0 | 106.61 | 10.65 | | $ 16.00 | $ 160.16 | $ 53.55 |
| 139 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Mora Vivar | Edwin | 9463 | Hourly | REGULAR | 6.94 | 0 | 73.91 | 10.65 | | $ 16.00 | $ 111.04 | $ 37.13 |
| 140 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Perez | Carlos Ignacio | 9522 | Hourly | REGULAR | 14.83 | 0 | 157.94 | 10.65 | | $ 16.00 | $ 237.28 | $ 79.34 |
| 141 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Perovic | Andela | 9503 | Hourly | REGULAR | 15.33 | 0 | 163.26 | 10.65 | | $ 16.00 | $ 245.28 | $ 82.02 |
| 142 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Pila | Wilver | 9476 | Hourly | REGULAR | 3.45 | 0 | 36.74 | 10.65 | | $ 16.00 | $ 55.20 | $ 18.46 |
| 143 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Rey Cardona | Andres M | 9533 | Hourly | REGULAR | 18.08 | 0 | 192.55 | 10.65 | | $ 16.00 | $ 289.28 | $ 96.73 |
| 144 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Rosca | Ion | 9516 | Hourly | REGULAR | 10.82 | 0 | 115.23 | 10.65 | | $ 16.00 | $ 173.12 | $ 57.89 |
| 145 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Shokhjakhon | Giyasov | 9474 | Hourly | REGULAR | 4.24 | 0 | 45.16 | 10.65 | | $ 16.00 | $ 67.84 | $ 22.68 |
| 146 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Simpkins | Nicole Theresa | 9526 | Hourly | REGULAR | 9 | 0 | 95.85 | 10.65 | | $ 16.00 | $ 144.00 | $ 48.15 |
| 147 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Spivak | Anastasiya | 9459 | Hourly | REGULAR | 7.78 | 0 | 82.86 | 10.65 | | $ 16.00 | $ 124.48 | $ 41.62 |
| 148 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Szekely | Endre | 9509 | Hourly | REGULAR | 15.75 | 0 | 167.74 | 10.65 | | $ 16.00 | $ 252.00 | $ 84.26 |
| 149 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Teran | Adrian | 9500 | Hourly | REGULAR | 11.31 | 0 | 120.45 | 10.65 | | $ 16.00 | $ 180.96 | $ 60.51 |
| 150 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Tian Zaprta | Pedro Ricardo | 9455 | Hourly | REGULAR | 8.44 | 0 | 89.89 | 10.65 | | $ 16.00 | $ 135.04 | $ 45.15 |
| 151 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Tlamaitl | Luis David | 9495 | Hourly | REGULAR | 2.42 | 0 | 25.77 | 10.65 | | $ 16.00 | $ 38.72 | $ 12.95 |
| 152 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Torres | Santiago | 9515 | Hourly | REGULAR | 21.84 | 0 | 232.6 | 10.65 | | $ 16.00 | $ 349.44 | $ 116.84 |
| 153 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Turan | Bayram | 9529 | Hourly | REGULAR | 15.35 | 0 | 163.48 | 10.65 | | $ 16.00 | $ 245.60 | $ 82.12 |
| 154 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Yubi Ortega | James Andres | 9534 | Hourly | REGULAR | 3.45 | 0 | 36.74 | 10.65 | | $ 16.00 | $ 55.20 | $ 18.46 |
| 155 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Yubi Romero | Victor | 9541 | Hourly | REGULAR | 6.38 | 0 | 67.95 | 10.65 | | $ 16.00 | $ 102.08 | $ 34.13 |
| 156 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Zambardino | Luigi | 9465 | Hourly | REGULAR | 7.62 | 0 | 81.15 | 10.65 | | $ 16.00 | $ 121.92 | $ 40.77 |
| 157 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Zapeta | Carlos | 9479 | Hourly | REGULAR | 2.24 | 0 | 23.86 | 10.65 | | $ 16.00 | $ 35.84 | $ 11.98 |
| 158 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Zhinin | Luis | 9451 | Hourly | REGULAR | 4.01 | 0 | 42.71 | 10.65 | | $ 16.00 | $ 64.16 | $ 21.45 |
| 159 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Zubayr | Ahmad | 9510 | Hourly | REGULAR | 10.28 | 0 | 109.48 | 10.65 | | $ 16.00 | $ 164.48 | $ 55.00 |
| 160 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Salas | Francisco Javier | 9454 | Hourly | REGULAR | 318.6 | 0 | 3,390.61 | 10.64 | | $ 16.00 | $ 5,097.60 | $ 1,706.99 |
| 161 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Salas | Francisco Javier | 8991 | Hourly | REGULAR | 4.97 | 0 | 52.88 | 10.64 | | $ 16.00 | $ 79.52 | $ 26.64 |
| 162 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mendoza | Luis | 9492 | Hourly | REGULAR | 89.48 | 0 | 950.71 | 10.61 | | $ 16.00 | $ 1,431.68 | $ 480.97 |
| 163 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Semeniuk | Ruslan | 9493 | Hourly | REGULAR | 363.6 | 0 | 3,863.52 | 10.61 | | $ 16.00 | $ 5,817.60 | $ 1,954.08 |
| 164 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Mendoza | Luis | 9492 | Hourly | REGULAR | 5.44 | 0 | 57.72 | 10.61 | | $ 16.00 | $ 87.04 | $ 29.32 |
| 165 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Semeniuk | Ruslan | 9493 | Hourly | REGULAR | 13.4 | 0 | 142.17 | 10.61 | | $ 16.00 | $ 214.40 | $ 72.23 |
| 166 | Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Drubetskiy | Ana Maria | 9444 | Hourly | REGULAR | 57.55 | 0 | 605.03 | 10 | | $ 16.00 | $ 920.80 | $ 315.77 |
| 167 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Alvarez | Richard | 8842 | Hourly | REGULAR | 108.42 | 0 | 1,132.90 | 10 | | $ 16.00 | $ 1,734.72 | $ 601.82 |
| 168 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Jimbo | Luis | 200 | Hourly | REGULAR | 55 | 0 | 561.76 | 10 | | $ 16.00 | $ 880.00 | $ 318.24 |
| 169 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Rojas | Raul | 9435 | Hourly | REGULAR | 717.43 | 0 | 7,619.95 | 10 | | $ 16.00 | $ 11,478.88 | $ 3,858.93 |
| 170 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Molina | Eduardo | 8991 | Hourly | REGULAR | 1597.48 | 0 | 16,945.66 | 10 | | $ 16.00 | $ 25,559.68 | $ 8,614.02 |
| 171 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Pardo | Gabrielle | 9433 | Hourly | REGULAR | 102.72 | 0 | 1,071.20 | 10 | | $ 16.00 | $ 1,643.52 | $ 572.32 |
| 172 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Alvarado | Carlos | 9443 | Hourly | REGULAR | 72.96 | 0 | 755.14 | 10 | | $ 16.00 | $ 1,167.36 | $ 412.22 |
| 173 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Angulo | Monica | 9448 | Hourly | REGULAR | 702.5 | 0 | 7,437.39 | 10 | | $ 16.00 | $ 11,240.00 | $ 3,802.61 |
| 174 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Ismael | Reyes | 9437 | Hourly | REGULAR | 51.43 | 0 | 514.3 | 10 | | $ 16.00 | $ 822.88 | $ 308.58 |
| 175 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Pariona | Jose | 177 | Hourly | REGULAR | 751.22 | 0 | 7,982.79 | 10 | | $ 16.00 | $ 12,019.52 | $ 4,036.73 |
| 176 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Alvarado | Carlos | 9443 | Hourly | REGULAR | 5.19 | 0 | 51.9 | 10 | | $ 16.00 | $ 83.04 | $ 31.14 |
| 177 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Angulo | Monica | 9448 | Hourly | REGULAR | 17.47 | 0 | 174.7 | 10 | | $ 16.00 | $ 279.52 | $ 104.82 |
| 178 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Barlan | Ardak | 9446 | Hourly | REGULAR | 3.75 | 0 | 37.5 | 10 | | $ 16.00 | $ 60.00 | $ 22.50 |
| 179 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Chakvetadze | Nino | 9445 | Hourly | REGULAR | 18.2 | 0 | 182 | 10 | | $ 16.00 | $ 291.20 | $ 109.20 |
| 180 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Drubetskiy | Ana Maria | 9444 | Hourly | REGULAR | 15.5 | 0 | 155 | 10 | | $ 16.00 | $ 248.00 | $ 93.00 |
| 181 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Landell De Moura | Lisandro | 9447 | Hourly | REGULAR | 14.71 | 0 | 147.1 | 10 | | $ 16.00 | $ 235.36 | $ 88.26 |
| 182 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Moctesuma Tapia | Rafael | 9450 | Hourly | REGULAR | 11.46 | 0 | 114.6 | 10 | | $ 16.00 | $ 183.36 | $ 68.76 |
| 183 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Stanislavsky | Michael | 9442 | Hourly | REGULAR | 11.21 | 0 | 112.1 | 10 | | $ 16.00 | $ 179.36 | $ 67.26 |
| 184 | | | | | | | | | | | | | | | | | |
| 185 | | | | | | | | | | | | | | | | Total Min. Wage Owed | $ 162,054.40 |