# Exhibit 18

| Company | Location | Department | Job | Last Name | First Name | Employee Number | Salary Type | Earning | Hours | Amount | Hourly Amount | Hourly Rate | Rate Owed | Amt Owed | Diff Bw Amt Owed and Amt Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Spivak | Anastasiya | 9459 | Hourly | OVERTIME | 16.9 | 0 | 380.25 | 22.5 | $ 24.75 | $ 418.28 | $ 418.03 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | PEREZ | JULIO | 2020 | Hourly | OVERTIME | 315.83 | 0 | 7,106.18 | 22.5 | $ 24.75 | $ 7,816.79 | $ 710.61 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | OVERTIME | 15.81 | 0 | 284.58 | 18 | $ 24.75 | $ 391.30 | $ 106.72 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Karagoz | Samet | 9558 | Hourly | OVERTIME | 17.15 | 0 | 282.98 | 16.5 | $ 24.75 | $ 424.46 | $ 141.48 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Arutyunov | Michael | 9563 | Hourly | OVERTIME | 26.19 | 0 | 432.14 | 16.5 | $ 24.75 | $ 648.20 | $ 216.06 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Moshchenko | Denis | 9626 | Hourly | OVERTIME | 8.81 | 0 | 145.36 | 16.5 | $ 24.75 | $ 218.05 | $ 72.69 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | OVERTIME | 6.49 | 0 | 107.08 | 16.5 | $ 24.75 | $ 160.63 | $ 53.55 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Vargas | Rogelio J | 9572 | Hourly | OVERTIME | 21.17 | 0 | 349.31 | 16.5 | $ 24.75 | $ 523.96 | $ 174.65 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Volkov | Eduard | 9549 | Hourly | OVERTIME | 28.19 | 0 | 465.14 | 16.5 | $ 24.75 | $ 697.70 | $ 232.56 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galvez Alarcon | Moises Antonio | 9530 | Hourly | OVERTIME | 103.04 | 0 | 1,700.16 | 16.5 | $ 24.75 | $ 2,550.24 | $ 850.08 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mundo Lopez | Jose Alfredo | 9602 | Hourly | OVERTIME | 16.76 | 0 | 276.54 | 16.5 | $ 24.75 | $ 414.81 | $ 138.27 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Sanchez | Jose Luis | 9559 | Hourly | OVERTIME | 11.18 | 0 | 184.47 | 16.5 | $ 24.75 | $ 276.71 | $ 92.24 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Zubayr | Ahmad | 9510 | Hourly | OVERTIME | 45.48 | 0 | 750.42 | 16.5 | $ 24.75 | $ 1,125.63 | $ 375.21 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Alfonso | Lina Maria | 9576 | Hourly | OVERTIME | 53.47 | 0 | 882.26 | 16.5 | $ 24.75 | $ 1,323.38 | $ 441.12 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Arias | Renan | | Hourly | OVERTIME | 64.05 | 0 | 1,056.82 | 16.5 | $ 24.75 | $ 1,585.24 | $ 528.42 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Bono | Lerdi | 9609 | Hourly | OVERTIME | 12.72 | 0 | 209.88 | 16.5 | $ 24.75 | $ 314.82 | $ 104.94 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Borici | Elion | 9611 | Hourly | OVERTIME | 2.03 | 0 | 33.49 | 16.5 | $ 24.75 | $ 50.24 | $ 16.75 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Calandri | Andrea | 9543 | Hourly | OVERTIME | 26.74 | 0 | 441.21 | 16.5 | $ 24.75 | $ 661.82 | $ 220.61 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cretu | Ovidiu | 9557 | Hourly | OVERTIME | 107.26 | 0 | 1,769.79 | 16.5 | $ 24.75 | $ 2,654.69 | $ 884.90 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Demaj | Nick | 9538 | Hourly | OVERTIME | 14.85 | 0 | 245.03 | 16.5 | $ 24.75 | $ 367.54 | $ 122.51 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Diaz Suesca | Maria Alejandra | 9551 | Hourly | OVERTIME | 13.61 | 0 | 224.56 | 16.5 | $ 24.75 | $ 336.85 | $ 112.29 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Facotico | Piero | 9580 | Hourly | OVERTIME | 12.83 | 0 | 211.7 | 16.5 | $ 24.75 | $ 317.54 | $ 105.84 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Marx | Jarrod Thomas | 9521 | Hourly | OVERTIME | 63.65 | 0 | 1,050.23 | 16.5 | $ 24.75 | $ 1,575.34 | $ 525.11 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Muminov | Azizjon | 9570 | Hourly | OVERTIME | 20.83 | 0 | 343.7 | 16.5 | $ 24.75 | $ 515.54 | $ 171.84 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Ray | Alexa Elizabeth | 9600 | Hourly | OVERTIME | 2.33 | 0 | 38.44 | 16.5 | $ 24.75 | $ 57.67 | $ 19.23 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Simpkins | Nicole Theresa | 9526 | Hourly | OVERTIME | 29.47 | 0 | 486.26 | 16.5 | $ 24.75 | $ 729.38 | $ 243.12 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Stolarz | Maya Isabella | 9596 | Hourly | OVERTIME | 10.27 | 0 | 169.46 | 16.5 | $ 24.75 | $ 254.18 | $ 84.72 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Zivkovic | Bojan | 9564 | Hourly | OVERTIME | 1.02 | 0 | 16.83 | 16.5 | $ 24.75 | $ 25.25 | $ 8.42 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Acosta Guerra | Alain | 9569 | Hourly | OVERTIME | 28.12 | 0 | 463.98 | 16.5 | $ 24.75 | $ 695.97 | $ 231.99 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Castro Gonzalez | Johan | 9618 | Hourly | OVERTIME | 20.97 | 0 | 346.01 | 16.5 | $ 24.75 | $ 519.01 | $ 173.00 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Demaj | Nick | 9538 | Hourly | OVERTIME | 13.18 | 0 | 217.47 | 16.5 | $ 24.75 | $ 326.21 | $ 108.74 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Feria Diaz | Jesus Alfredo | 9527 | Hourly | OVERTIME | 4.09 | 0 | 67.48 | 16.5 | $ 24.75 | $ 101.23 | $ 33.75 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gonzalez | Armando | 9584 | Hourly | OVERTIME | 12.62 | 0 | 208.23 | 16.5 | $ 24.75 | $ 312.35 | $ 104.12 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gonzalez | Josue | 9599 | Hourly | OVERTIME | 5.81 | 0 | 95.86 | 16.5 | $ 24.75 | $ 143.80 | $ 47.94 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Karagoz | Samet | 9558 | Hourly | OVERTIME | 38.28 | 0 | 631.62 | 16.5 | $ 24.75 | $ 947.43 | $ 315.81 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mantuano | Jairo | 9547 | Hourly | OVERTIME | 20.9 | 0 | 344.85 | 16.5 | $ 24.75 | $ 517.28 | $ 172.43 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Medina Valencia | Cecilio | 9624 | Hourly | OVERTIME | 14.59 | 0 | 240.74 | 16.5 | $ 24.75 | $ 361.10 | $ 120.36 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | MOLINA | JASON | 9320 | Hourly | OVERTIME | 11.15 | 0 | 183.98 | 16.5 | $ 24.75 | $ 275.96 | $ 91.98 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Reyes Parra | Arturo | 9519 | Hourly | OVERTIME | 2.52 | 0 | 41.58 | 16.5 | $ 24.75 | $ 62.37 | $ 20.79 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Robles | Enrique | 9566 | Hourly | OVERTIME | 5.03 | 0 | 82.99 | 16.5 | $ 24.75 | $ 124.49 | $ 41.50 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Sanchez | Jose Luis | 9559 | Hourly | OVERTIME | 11.8 | 0 | 194.7 | 16.5 | $ 24.75 | $ 292.05 | $ 97.35 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Shkreli | Xhon | 9581 | Hourly | OVERTIME | 7.76 | 0 | 128.04 | 16.5 | $ 24.75 | $ 192.06 | $ 64.02 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Turan | Bayram | 9529 | Hourly | OVERTIME | 65.18 | 0 | 1,075.47 | 16.5 | $ 24.75 | $ 1,613.21 | $ 537.74 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Ortega | James Andres | 9534 | Hourly | OVERTIME | 169.64 | 0 | 2,799.06 | 16.5 | $ 24.75 | $ 4,198.59 | $ 1,399.53 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zubayr | Ahmad | 9510 | Hourly | OVERTIME | 32.97 | 0 | 544 | 16.5 | $ 24.75 | $ 816.01 | $ 272.01 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Spivak | Anastasiya | 9459 | Hourly | REGULAR | 1236.9 | 0 | 18,553.50 | 15 | $ 16.50 | $ 20,408.85 | $ 1,855.35 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | FERNANDEZ | KATHERINE | 1970 | Hourly | REGULAR | 573.58 | 0 | 8,603.70 | 15 | $ 16.50 | $ 9,464.07 | $ 860.37 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Lopez | Artemio | 9394 | Hourly | REGULAR | 1396.25 | 0 | 16,575.04 | 12 | $ 16.50 | $ 23,038.13 | $ 6,463.09 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Karagoz | Samet | 9558 | Hourly | REGULAR | 738.91 | 0 | 8,128.01 | 11 | $ 16.50 | $ 12,192.02 | $ 4,064.01 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Sanchez | Jose Luis | 9559 | Hourly | REGULAR | 4.33 | 0 | 47.63 | 11 | $ 16.50 | $ 71.45 | $ 23.82 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Barback | Skorobogatko | Oleksii | 9593 | Hourly | REGULAR | 268.95 | 0 | 2,958.45 | 11 | $ 16.50 | $ 4,437.68 | $ 1,479.23 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Arutyunov | Michael | 9563 | Hourly | REGULAR | 993.26 | 0 | 10,925.86 | 11 | $ 16.50 | $ 16,388.79 | $ 5,462.93 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Matytsina | Ekaterina | 9485 | Hourly | REGULAR | 798.95 | 0 | 8,781.23 | 11 | $ 16.50 | $ 13,182.68 | $ 4,401.45 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Moshchenko | Denis | 9626 | Hourly | REGULAR | 104.82 | 0 | 1,153.02 | 11 | $ 16.50 | $ 1,729.53 | $ 576.51 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Murtazina | Gulnaz | 9592 | Hourly | REGULAR | 21.37 | 0 | 235.07 | 11 | $ 16.50 | $ 352.61 | $ 117.54 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Perez | Juan | 6397 | Hourly | REGULAR | 424.62 | 0 | 4,659.56 | 11 | $ 16.50 | $ 7,006.23 | $ 2,346.67 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Vargas | Rogelio J | 9572 | Hourly | REGULAR | 836.05 | 0 | 9,196.55 | 11 | $ 16.50 | $ 13,794.83 | $ 4,598.28 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Bartender | Volkov | Eduard | 9549 | Hourly | REGULAR | 921.2 | 0 | 10,133.20 | 11 | $ 16.50 | $ 15,199.80 | $ 5,066.60 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Campis Morales | Miguel Angel | 9556 | Hourly | REGULAR | 6.97 | 0 | 76.67 | 11 | $ 16.50 | $ 115.01 | $ 38.34 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Galvez Alarcon | Moises Antonio | 9530 | Hourly | REGULAR | 1502.5 | 0 | 16,516.99 | 11 | $ 16.50 | $ 24,791.25 | $ 8,274.26 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Gonzalez | Rodrigo | 9555 | Hourly | REGULAR | 792.5 | 0 | 8,717.50 | 11 | $ 16.50 | $ 13,076.25 | $ 4,358.75 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Lopez Jara | Jose Ricardo | 9614 | Hourly | REGULAR | 266.34 | 0 | 2,929.74 | 11 | $ 16.50 | $ 4,394.61 | $ 1,464.87 |
| Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Moctesuma Tapia | Rafael | 9450 | Hourly | REGULAR | 848.71 | 0 | 9,334.13 | 11 | $ 16.50 | $ 14,003.72 | $ 4,669.59 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Molina | Carlos Ivan | 9573 | Hourly | REGULAR | 642.74 | 0 | 7,070.14 | 11 | | $ 16.50 | $ 10,605.21 | $ 3,535.07 |
| 66 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Mundo Lopez | Jose Alfredo | 9602 | Hourly | REGULAR | 247.61 | 0 | 2,723.71 | 11 | | $ 16.50 | $ 4,085.57 | $ 1,361.86 |
| 67 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Ruiz | Janett | 157 | Hourly | REGULAR | 101.6 | 0 | 1,110.05 | 11 | | $ 16.50 | $ 1,676.40 | $ 566.35 |
| 68 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Sanchez | Jose Luis | 9559 | Hourly | REGULAR | 336.2 | 0 | 3,698.20 | 11 | | $ 16.50 | $ 5,547.30 | $ 1,849.10 |
| 69 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Silva | Miguel A | 9630 | Hourly | REGULAR | 25.51 | 0 | 280.61 | 11 | | $ 16.50 | $ 420.92 | $ 140.31 |
| 70 | Bulldozer Hospitality Group Inc | La Baia | FOH | Food Runner | Zubayr | Ahmad | 9510 | Hourly | REGULAR | 281.31 | 0 | 3,094.41 | 11 | | $ 16.50 | $ 4,641.62 | $ 1,547.21 |
| 71 | Bulldozer Hospitality Group Inc | La Baia | FOH | Host | Perovic | Andela | 9503 | Hourly | REGULAR | 7.78 | 0 | 85.58 | 11 | | $ 16.50 | $ 128.37 | $ 42.79 |
| 72 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Accardi | Federica | 9490 | Hourly | REGULAR | 320.41 | 0 | 3,523.47 | 11 | | $ 16.50 | $ 5,286.77 | $ 1,763.30 |
| 73 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Alfonso | Lina Maria | 9576 | Hourly | REGULAR | 794.58 | 0 | 8,740.38 | 11 | | $ 16.50 | $ 13,110.57 | $ 4,370.19 |
| 74 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Arias | Renan | | Hourly | REGULAR | 1493.63 | 0 | 16,420.16 | 11 | | $ 16.50 | $ 24,644.90 | $ 8,224.74 |
| 75 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Bodiu | Iurie | 9616 | Hourly | REGULAR | 226.15 | 0 | 2,487.65 | 11 | | $ 16.50 | $ 3,731.48 | $ 1,243.83 |
| 76 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Bono | Lerdi | 9609 | Hourly | REGULAR | 277.25 | 0 | 3,049.75 | 11 | | $ 16.50 | $ 4,574.63 | $ 1,524.88 |
| 77 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Borici | Elion | 9611 | Hourly | REGULAR | 329.35 | 0 | 3,622.85 | 11 | | $ 16.50 | $ 5,434.28 | $ 1,811.43 |
| 78 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Calandri | Andrea | 9543 | Hourly | REGULAR | 581.69 | 0 | 6,398.59 | 11 | | $ 16.50 | $ 9,597.89 | $ 3,199.30 |
| 79 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Constantinides | Maria | 9517 | Hourly | REGULAR | 143.61 | 0 | 1,579.71 | 11 | | $ 16.50 | $ 2,369.57 | $ 789.86 |
| 80 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Cretu | Ovidiu | 9557 | Hourly | REGULAR | 1150.79 | 0 | 12,658.69 | 11 | | $ 16.50 | $ 18,988.04 | $ 6,329.35 |
| 81 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Demaj | Mary | 9505 | Hourly | REGULAR | 156.54 | 0 | 1,715.41 | 11 | | $ 16.50 | $ 2,582.91 | $ 867.50 |
| 82 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Demaj | Nick | 9538 | Hourly | REGULAR | 151.13 | 0 | 1,662.43 | 11 | | $ 16.50 | $ 2,493.65 | $ 831.22 |
| 83 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Diaz Suesca | Maria Alejandra | 9551 | Hourly | REGULAR | 1067.04 | 0 | 11,737.44 | 11 | | $ 16.50 | $ 17,606.16 | $ 5,868.72 |
| 84 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Facotico | Piero | 9580 | Hourly | REGULAR | 620.33 | 0 | 6,823.63 | 11 | | $ 16.50 | $ 10,235.45 | $ 3,411.82 |
| 85 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Florea | Alin | 9627 | Hourly | REGULAR | 62.1 | 0 | 683.1 | 11 | | $ 16.50 | $ 1,024.65 | $ 341.55 |
| 86 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Franco Rodriguez | Cynthia Milagros | 9610 | Hourly | REGULAR | 88.16 | 0 | 969.76 | 11 | | $ 16.50 | $ 1,454.64 | $ 484.88 |
| 87 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Idrizivic | Denis | 9583 | Hourly | REGULAR | 492.79 | 0 | 5,420.69 | 11 | | $ 16.50 | $ 8,131.04 | $ 2,710.35 |
| 88 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Komoni | Blerta | 3303 | Hourly | REGULAR | 507.17 | 0 | 5,573.81 | 11 | | $ 16.50 | $ 8,368.31 | $ 2,794.50 |
| 89 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Marx | Jarrod Thomas | 9521 | Hourly | REGULAR | 1420.75 | 0 | 15,617.89 | 11 | | $ 16.50 | $ 23,442.38 | $ 7,824.49 |
| 90 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Muminov | Azizjon | 9570 | Hourly | REGULAR | 480.25 | 0 | 5,282.75 | 11 | | $ 16.50 | $ 7,924.13 | $ 2,641.38 |
| 91 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Pavlovic | Mihailo | 9544 | Hourly | REGULAR | 390.32 | 0 | 4,293.52 | 11 | | $ 16.50 | $ 6,440.28 | $ 2,146.76 |
| 92 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Perovic | Andela | 9503 | Hourly | REGULAR | 739.8 | 0 | 8,137.80 | 11 | | $ 16.50 | $ 12,206.70 | $ 4,068.90 |
| 93 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Ray | Alexa Elizabeth | 9600 | Hourly | REGULAR | 106.86 | 0 | 1,175.46 | 11 | | $ 16.50 | $ 1,763.19 | $ 587.73 |
| 94 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Rexhepi | Donik | 9574 | Hourly | REGULAR | 53.02 | 0 | 583.22 | 11 | | $ 16.50 | $ 874.83 | $ 291.61 |
| 95 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Simpkins | Nicole Theresa | 9526 | Hourly | REGULAR | 1182.04 | 0 | 12,994.97 | 11 | | $ 16.50 | $ 19,503.66 | $ 6,508.69 |
| 96 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Stolarz | Maya Isabella | 9596 | Hourly | REGULAR | 217.06 | 0 | 2,387.66 | 11 | | $ 16.50 | $ 3,581.49 | $ 1,193.83 |
| 97 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Tirado | Laura | 9419 | Hourly | REGULAR | 70.8 | 0 | 776.5 | 11 | | $ 16.50 | $ 1,168.20 | $ 391.70 |
| 98 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Zivkovic | Bojan | 9564 | Hourly | REGULAR | 110.28 | 0 | 1,213.08 | 11 | | $ 16.50 | $ 1,819.62 | $ 606.54 |
| 99 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Acosta Guerra | Alain | 9569 | Hourly | REGULAR | 925.07 | 0 | 10,175.77 | 11 | | $ 16.50 | $ 15,263.66 | $ 5,087.89 |
| 100 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Barua | Saroj | 8994 | Hourly | REGULAR | 502.53 | 0 | 5,525.14 | 11 | | $ 16.50 | $ 8,291.75 | $ 2,766.61 |
| 101 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Betancour | Alessandra | 9619 | Hourly | REGULAR | 85.91 | 0 | 945.01 | 11 | | $ 16.50 | $ 1,417.52 | $ 472.51 |
| 102 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Castro Gonzalez | Johan | 9618 | Hourly | REGULAR | 292.39 | 0 | 3,216.29 | 11 | | $ 16.50 | $ 4,824.44 | $ 1,608.15 |
| 103 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Castro Mendoza | Gustavo | 9621 | Hourly | REGULAR | 13.48 | 0 | 148.28 | 11 | | $ 16.50 | $ 222.42 | $ 74.14 |
| 104 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Demaj | Nick | 9538 | Hourly | REGULAR | 176.27 | 0 | 1,929.24 | 11 | | $ 16.50 | $ 2,908.46 | $ 979.22 |
| 105 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Feria Diaz | Jesus Alfredo | 9527 | Hourly | REGULAR | 431.39 | 0 | 4,735.40 | 11 | | $ 16.50 | $ 7,117.94 | $ 2,382.54 |
| 106 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gonzalez | Armando | 9584 | Hourly | REGULAR | 591.43 | 0 | 6,505.73 | 11 | | $ 16.50 | $ 9,758.60 | $ 3,252.87 |
| 107 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Gonzalez | Josue | 9599 | Hourly | REGULAR | 191.07 | 0 | 2,101.77 | 11 | | $ 16.50 | $ 3,152.66 | $ 1,050.89 |
| 108 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Karagoz | Samet | 9558 | Hourly | REGULAR | 406.2 | 0 | 4,468.20 | 11 | | $ 16.50 | $ 6,702.30 | $ 2,234.10 |
| 109 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mantuano | Jairo | 9547 | Hourly | REGULAR | 906.64 | 0 | 9,973.04 | 11 | | $ 16.50 | $ 14,959.56 | $ 4,986.52 |
| 110 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Medina Valencia | Cecilio | 9624 | Hourly | REGULAR | 211.4 | 0 | 2,325.40 | 11 | | $ 16.50 | $ 3,488.10 | $ 1,162.70 |
| 111 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | MOLINA | JASON | 9320 | Hourly | REGULAR | 1023.73 | 0 | 11,429.59 | 11 | | $ 16.50 | $ 16,891.55 | $ 5,461.96 |
| 112 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mora Vivar | Edwin | 9463 | Hourly | REGULAR | 865.26 | 0 | 9,513.56 | 11 | | $ 16.50 | $ 14,276.79 | $ 4,763.23 |
| 113 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Mundo Lopez | Jose Alfredo | 9602 | Hourly | REGULAR | 96.39 | 0 | 1,060.29 | 11 | | $ 16.50 | $ 1,590.44 | $ 530.15 |
| 114 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Popovich | Veljko | 9545 | Hourly | REGULAR | 283.35 | 0 | 3,116.85 | 11 | | $ 16.50 | $ 4,675.28 | $ 1,558.43 |
| 115 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Reyes Parra | Arturo | 9519 | Hourly | REGULAR | 1063.39 | 0 | 11,692.66 | 11 | | $ 16.50 | $ 17,545.94 | $ 5,853.28 |
| 116 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Robles | Enrique | 9566 | Hourly | REGULAR | 885.52 | 0 | 9,740.72 | 11 | | $ 16.50 | $ 14,611.08 | $ 4,870.36 |
| 117 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Sanchez | Jose Luis | 9559 | Hourly | REGULAR | 70.42 | 0 | 774.62 | 11 | | $ 16.50 | $ 1,161.93 | $ 387.31 |
| 118 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Santos | Mauricio | 9575 | Hourly | REGULAR | 500.74 | 0 | 5,508.14 | 11 | | $ 16.50 | $ 8,262.21 | $ 2,754.07 |
| 119 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Shkreli | Xhon | 9581 | Hourly | REGULAR | 677.36 | 0 | 7,450.96 | 11 | | $ 16.50 | $ 11,176.44 | $ 3,725.48 |
| 120 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Tenezaca | Alfonso | 9553 | Hourly | REGULAR | 27.33 | 0 | 300.63 | 11 | | $ 16.50 | $ 450.95 | $ 150.32 |
| 121 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Turan | Bayram | 9529 | Hourly | REGULAR | 1492.16 | 0 | 16,402.93 | 11 | | $ 16.50 | $ 24,620.64 | $ 8,217.71 |
| 122 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Xahutitla | Fernando | 9585 | Hourly | REGULAR | 398.5 | 0 | 4,383.50 | 11 | | $ 16.50 | $ 6,575.25 | $ 2,191.75 |
| 123 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Ortega | James Andres | 9534 | Hourly | REGULAR | 1514.78 | 0 | 16,653.73 | 11 | | $ 16.50 | $ 24,993.87 | $ 8,340.14 |
| 124 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Yubi Romero | Victor | 9541 | Hourly | REGULAR | 117.44 | 0 | 1,291.84 | 11 | | $ 16.50 | $ 1,937.76 | $ 645.92 |
| 125 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Zubayr | Ahmad | 9510 | Hourly | REGULAR | 853.32 | 0 | 9,381.96 | 11 | | $ 16.50 | $ 14,079.78 | $ 4,697.82 |
| 126 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Acosta Guerra | Alain | 9569 | Hourly | REGULAR | 6.97 | 0 | 76.67 | 11 | | $ 16.50 | $ 115.01 | $ 38.34 |
| 127 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Alfonso | Lina Maria | 9576 | Hourly | REGULAR | 9.09 | 0 | 99.99 | 11 | | $ 16.50 | $ 149.99 | $ 50.00 |
| 128 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Arutyunov | Michael | 9563 | Hourly | REGULAR | 6 | 0 | 66 | 11 | | $ 16.50 | $ 99.00 | $ 33.00 |
| 129 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Betancour | Alessandra | 9619 | Hourly | REGULAR | 10.03 | 0 | 110.33 | 11 | | $ 16.50 | $ 165.50 | $ 55.17 |
| 130 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Blake | Joy | 9579 | Hourly | REGULAR | 2.33 | 0 | 25.63 | 11 | | $ 16.50 | $ 38.45 | $ 12.82 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 131 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Bodiu | Iurie | 9616 | Hourly | REGULAR | 20.81 | 0 | 228.91 | 11 | | $ 16.50 | $ 343.37 | $ 114.46 |
| 132 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Bono | Lerdi | 9609 | Hourly | REGULAR | 13.89 | 0 | 152.79 | 11 | | $ 16.50 | $ 229.19 | $ 76.40 |
| 133 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Borici | Elion | 9611 | Hourly | REGULAR | 15.68 | 0 | 172.48 | 11 | | $ 16.50 | $ 258.72 | $ 86.24 |
| 134 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Calandri | Andrea | 9543 | Hourly | REGULAR | 4.57 | 0 | 50.27 | 11 | | $ 16.50 | $ 75.41 | $ 25.14 |
| 135 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Campis Morales | Miguel Angel | 9556 | Hourly | REGULAR | 13.95 | 0 | 153.45 | 11 | | $ 16.50 | $ 230.18 | $ 76.73 |
| 136 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Castro Gonzalez | Johan | 9618 | Hourly | REGULAR | 6.07 | 0 | 66.77 | 11 | | $ 16.50 | $ 100.16 | $ 33.39 |
| 137 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Castro Mendoza | Gustavo | 9621 | Hourly | REGULAR | 4 | 0 | 44 | 11 | | $ 16.50 | $ 66.00 | $ 22.00 |
| 138 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Cretu | Ovidiu | 9557 | Hourly | REGULAR | 13.55 | 0 | 149.05 | 11 | | $ 16.50 | $ 223.58 | $ 74.53 |
| 139 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Diaz Suesca | Maria Alejandra | 9551 | Hourly | REGULAR | 11.98 | 0 | 131.78 | 11 | | $ 16.50 | $ 197.67 | $ 65.89 |
| 140 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Facotico | Piero | 9580 | Hourly | REGULAR | 9.54 | 0 | 104.94 | 11 | | $ 16.50 | $ 157.41 | $ 52.47 |
| 141 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Florea | Alin | 9627 | Hourly | REGULAR | 16.08 | 0 | 176.88 | 11 | | $ 16.50 | $ 265.32 | $ 88.44 |
| 142 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Franco Rodriguez | Cynthia Milagros | 9610 | Hourly | REGULAR | 18.14 | 0 | 199.54 | 11 | | $ 16.50 | $ 299.31 | $ 99.77 |
| 143 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Gonzalez | Armando | 9584 | Hourly | REGULAR | 4.99 | 0 | 54.89 | 11 | | $ 16.50 | $ 82.34 | $ 27.45 |
| 144 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Gonzalez | Josue | 9599 | Hourly | REGULAR | 4.94 | 0 | 54.34 | 11 | | $ 16.50 | $ 81.51 | $ 27.17 |
| 145 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Gonzalez | Rodrigo | 9555 | Hourly | REGULAR | 18.25 | 0 | 200.75 | 11 | | $ 16.50 | $ 301.13 | $ 100.38 |
| 146 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Idrizivic | Denis | 9583 | Hourly | REGULAR | 5.54 | 0 | 60.94 | 11 | | $ 16.50 | $ 91.41 | $ 30.47 |
| 147 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Karagoz | Samet | 9558 | Hourly | REGULAR | 6.95 | 0 | 76.45 | 11 | | $ 16.50 | $ 114.68 | $ 38.23 |
| 148 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Lopez Jara | Jose Ricardo | 9614 | Hourly | REGULAR | 4.75 | 0 | 52.25 | 11 | | $ 16.50 | $ 78.38 | $ 26.13 |
| 149 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Luliano | Aurora | 9591 | Hourly | REGULAR | 5.2 | 0 | 57.2 | 11 | | $ 16.50 | $ 85.80 | $ 28.60 |
| 150 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Mantuano | Jairo | 9547 | Hourly | REGULAR | 10.42 | 0 | 114.62 | 11 | | $ 16.50 | $ 171.93 | $ 57.31 |
| 151 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Medina Valencia | Cecilio | 9624 | Hourly | REGULAR | 10.82 | 0 | 119.02 | 11 | | $ 16.50 | $ 178.53 | $ 59.51 |
| 152 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Molina | Carlos Ivan | 9573 | Hourly | REGULAR | 8.14 | 0 | 89.54 | 11 | | $ 16.50 | $ 134.31 | $ 44.77 |
| 153 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Moshchenko | Denis | 9626 | Hourly | REGULAR | 17.96 | 0 | 197.56 | 11 | | $ 16.50 | $ 296.34 | $ 98.78 |
| 154 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Muminov | Azizjon | 9570 | Hourly | REGULAR | 14.73 | 0 | 162.03 | 11 | | $ 16.50 | $ 243.05 | $ 81.02 |
| 155 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Mundo Lopez | Jose Alfredo | 9602 | Hourly | REGULAR | 4.49 | 0 | 49.39 | 11 | | $ 16.50 | $ 74.09 | $ 24.70 |
| 156 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Murtazina | Gulnaz | 9592 | Hourly | REGULAR | 14.83 | 0 | 163.13 | 11 | | $ 16.50 | $ 244.70 | $ 81.57 |
| 157 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Perovic | Andela | 9503 | Hourly | REGULAR | 5.8 | 0 | 63.8 | 11 | | $ 16.50 | $ 95.70 | $ 31.90 |
| 158 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Popovich | Veljko | 9545 | Hourly | REGULAR | 15.79 | 0 | 173.69 | 11 | | $ 16.50 | $ 260.54 | $ 86.85 |
| 159 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Prekaj Velasquez | Ornela | 9631 | Hourly | REGULAR | 5.78 | 0 | 63.58 | 11 | | $ 16.50 | $ 95.37 | $ 31.79 |
| 160 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Ray | Alexa Elizabeth | 9600 | Hourly | REGULAR | 12.54 | 0 | 137.94 | 11 | | $ 16.50 | $ 206.91 | $ 68.97 |
| 161 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Rexhepi | Donik | 9574 | Hourly | REGULAR | 7.07 | 0 | 77.77 | 11 | | $ 16.50 | $ 116.66 | $ 38.89 |
| 162 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Robles | Enrique | 9566 | Hourly | REGULAR | 4.1 | 0 | 45.1 | 11 | | $ 16.50 | $ 67.65 | $ 22.55 |
| 163 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Sanchez | Jose Luis | 9559 | Hourly | REGULAR | 14.9 | 0 | 163.9 | 11 | | $ 16.50 | $ 245.85 | $ 81.95 |
| 164 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Shkreli | Xhon | 9581 | Hourly | REGULAR | 4.24 | 0 | 46.64 | 11 | | $ 16.50 | $ 69.96 | $ 23.32 |
| 165 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Silva | Miguel A | 9630 | Hourly | REGULAR | 3.35 | 0 | 36.85 | 11 | | $ 16.50 | $ 55.28 | $ 18.43 |
| 166 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Skorobogatko | Oleksii | 9593 | Hourly | REGULAR | 5.12 | 0 | 56.32 | 11 | | $ 16.50 | $ 84.48 | $ 28.16 |
| 167 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Sljivancanin | Sara | 9598 | Hourly | REGULAR | 14.16 | 0 | 155.76 | 11 | | $ 16.50 | $ 233.64 | $ 77.88 |
| 168 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Stolarz | Maya Isabella | 9596 | Hourly | REGULAR | 13.92 | 0 | 153.12 | 11 | | $ 16.50 | $ 229.68 | $ 76.56 |
| 169 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Teixeira Pedrosa | Guiorg | 9597 | Hourly | REGULAR | 3.75 | 0 | 41.25 | 11 | | $ 16.50 | $ 61.88 | $ 20.63 |
| 170 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Vargas | Rogelio J | 9572 | Hourly | REGULAR | 8.98 | 0 | 98.78 | 11 | | $ 16.50 | $ 148.17 | $ 49.39 |
| 171 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Vidak | Robin | 9633 | Hourly | REGULAR | 8.02 | 0 | 88.22 | 11 | | $ 16.50 | $ 132.33 | $ 44.11 |
| 172 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Volkov | Eduard | 9549 | Hourly | REGULAR | 6.35 | 0 | 69.85 | 11 | | $ 16.50 | $ 104.78 | $ 34.93 |
| 173 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Xahutlla | Fernando | 9585 | Hourly | REGULAR | 2.81 | 0 | 30.91 | 11 | | $ 16.50 | $ 46.37 | $ 15.46 |
| 174 | Bulldozer Hospitality Group Inc | La Baia | FOH | Training | Zivkovic | Bojan | 9564 | Hourly | REGULAR | 16.7 | 0 | 183.7 | 11 | | $ 16.50 | $ 275.55 | $ 91.85 |
| 175 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Rey Cardona | Andres M | 9533 | Hourly | REGULAR | 11.08 | 0 | 118 | 10.65 | | $ 16.50 | $ 182.82 | $ 64.82 |
| 176 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server | Rosca | Ion | 9516 | Hourly | REGULAR | 25.24 | 0 | 269.91 | 10.65 | | $ 16.50 | $ 416.46 | $ 146.55 |
| 177 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Delgado | Leslie | 122 | Hourly | REGULAR | 6.32 | 0 | 67.31 | 10.65 | | $ 16.50 | $ 104.28 | $ 36.97 |
| 178 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Galvez Alarcon | Moises Antonio | 9530 | Hourly | REGULAR | 7.06 | 0 | 75.99 | 10.65 | | $ 16.50 | $ 116.49 | $ 40.50 |
| 179 | Bulldozer Hospitality Group Inc | La Baia | FOH | Server Assistant | Monque Lopez | Rosa | 9531 | Hourly | REGULAR | 12.38 | 0 | 134.25 | 10.65 | | $ 16.50 | $ 204.27 | $ 70.02 |
| 180 | | | | | | | | | | | | | | | | | |
| 181 | | | | | | | | | | | | | | | | Total Min. Wage Owed | $ 231,757.51 |