# Exhibit 19

**labaianyc** • Follow

**labaianyc** 212w
Osteria La Baia is officially opening for dinner from Monday November 15th onwards! 

Reservations are live on the website https://www.labaianyc.com

Soft-opening hours are:
Mon-Thu 5-10pm
Fri-Sat 5-10:30pm

Looking forward to welcoming you at @labaianyc 🤍 Ciao 💋

Thank you @jromeroromero for beautiful shots and @floratorium for stunning decorations 💐

**241 likes**
November 14, 2021

Log in to like or comment.



https://www.instagram.com/p/CWQvTcK1690/  1/4





12/10/25, 7:47 AM

Instagram

Sign Up

Log In



**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Terms   Locations   Instagram Lite   Meta AI   Threads   Contact Uploading & Non-Users   Meta Verified

Settlement Agreements

English   © 2025 Instagram from Meta