UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

                                Plaintiff,          Case No.: 1:25-cv-4490 (AS) (GS)

           -against-                   **NOTICE OF MOTION FOR SUMMARY JUDGMENT AND TO DISMISS FOR <u>LACK OF STANDING</u>**

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

                              Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law, dated December 12, 2025, and upon all the prior proceedings had herein, the undersigned will move this Court, before the Hon. Arun Subramanian, U.S.D.J., at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 15A, New York, NY 10007, on a date and at a time to be set by the Court, or as soon thereafter as counsel may be heard, for an Order: (i) pursuant to Rule 56 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), granting the motion for summary judgment in favor of Defendants Bulldozer Hospitality Group, Inc., Robert Petrosyants, and Marianna Shahmuradyan, and against Plaintiffs Katherine Fernandez, Javier Molina, and Adrian Montor Teran, incorrectly named herein as Adrian Montor-Peran (collectively "Plaintiffs"); (ii) pursuant to Rule 12(b)(1) dismissing Plaintiffs' fourth cause of action on the grounds they lack standing; and (iii) together with such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order dated December 4, 2025, any opposition or response papers must be served and filed on or before January 8, 2026, and any reply papers will be served and filed on or before January 15, 2026.

Dated: Jamaica, New York
       December 12, 2025                    Respectfully submitted,

                                              **SAGE LEGAL LLC**

                                              */s/ Emanuel Kataev, Esq.*
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              *Attorneys for Defendants*
                                              *Bulldozer Hospitality Group, Inc.,*
                                              *Robert Petrosyants, and*
                                              *Marianna Shahmuradyan*

**VIA ECF**
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*