UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

                              Plaintiff,

           -against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

                              Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF STEPHANIE WILLSEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

       Stephanie Willsey declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am a Controller at Bulldozer Hospitality Group, Inc. d/b/a Osteria la Baia (hereinafter "Bulldozer" or the "Corporate Defendant")..

       2.     As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge and a review of documents I maintain at Bulldozer in addition to information I have learned from employees, customers, vendors, and other third parties concerning the contents of this declaration.

       3.     I respectfully submit this declaration in support of Defendants' motion for summary judgment.

       4.     I first started working for Bulldozer in July 2023 as a controller.

       5.     My role primarily focuses on assisting Defendant Marianna Shahmuradyan ("Marianna") with the finances at Bulldozer.

       6.     Specifically, I am responsible for processing payroll every week, vendor payments, data entry for accounting and bookkeeping purposes, as well as preparing financial reports.

7. I work remotely and am not physically present at the restaurant when I perform my job.

8. Since I commenced my employment at Bulldozer, the restaurant used and continues to use a system called Toast to manage the restaurant's operations.

9. Toast has a whole suite of functions, from table reservations, processing patrons' orders, timekeeping for employees, tip management, payroll management, and even human resources functions such as onboarding employees and processing their separation from employment.

10. The Toast system is used to onboard employees by having the employee himself or herself enter their name, email address, and other relevant information in order to apply for employment.

11. The Toast system is also used to present and request electronic signatures for employment documents, such as tax forms and notices of pay rate and payday.

12. Once an applicant applies for employment using the Toast application, they create their own username and password so that they can log in as an employee on both the Toast application in the restaurant or from any internet-connected device such as a laptop they may have at home or even their cellular phone. See https://central.toasttab.com/s/article/Toast-Payroll-View-Your-Paystubs (last accessed December 10, 2025).

13. In speaking with Toast Support and based upon my knowledge and experience working as a controller at Bulldozer for over two (2) years, I know that every time payroll is processed, Toast prepares a pay stub for each employee's pay, and those pay stubs are available to view online on Toast's website or the Toast application.

14. When employees log in to the Toast application, Toast maintains a record of any such employee's activity.

15. In the Security section of my Toast login, because I am an administrator, I have access to pull reports concerning each user's login and activity in the Toast application.

16. I have reviewed the transcript of Adrian Montor Teran ("Teran"), who is incorrectly named in this case as Adrian Montor-Peran, and read that he denies ever accessing the Toast system.

17. This is demonstrably untrue.

18. Teran accessed the Toast application on September 9, 2024 in the morning and actively utilized the application. See copy of data compilation report from Toast annexed hereto as **Exhibit "A."**

19. Upon gaining access to the Toast application, Teran had the ability to review his pay stubs at any time that he wanted to.

20. The Toast application automatically manages Bulldozer's use of the tip credit.

21. Management at Bulldozer is aware that they are required to make up the difference if the tipped wage an employee is paid, together with the tips that employee earns, in any given week falls below the regular minimum wage.

22. As a result, management decided to implement the Toast application to ensure this is always done.

23. In the event any employee's tipped minimum wage together with that employee's tips earned in a week amounts to less than the regular minimum wage for that week, the Toast system automatically adds the differential owed to "make up" the difference.

24. This is reflected in the pay stubs of every employee at Bulldozer. See, e.g., ECF Docket Entry 50-2 at 2, 4, 6, 8, 10, 12, 14, 16, 18, 20, 22, 24, 26, 28, 30, 32, and 34 (providing "Additional Information" that the regular rate of pay is $16.50, tip credit is $1.50, and tipped wage is $15.00, and showing no tip make up because she earned the minimum wage with her tips).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2025.

Stephanie Willsey (Dec 12, 2025 12:42:59 EST)

Stephanie Willsey
