| User | Action | Info | Date |
|---|---|---|---|
|  | Updated Login Information from /montor1986@gmail.com to /montor1986@gmail.com. Changed Password | Target Employee: Adrian Montor Teran | 9/9/2024, 10:53:32 AM |
| montor1986@gmail.com | Successful login : montor1986@gmail.com | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 2:08:37 PM |
| montor1986@gmail.com | Dashboard/Root/Index | 172.56.199.193 Target Employee: | 9/9/2024, 2:10:40 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:27:33 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:27:33 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:27:33 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:27:33 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.4.163.102 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:19 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.4.163.102 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:19 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.4.163.102 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:19 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.4.163.102 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:19 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWork | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:40 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWorkInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:28:41 PM |
| montor1986@gmail.com | default.aspx | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: | 9/9/2024, 3:30:09 PM |
| montor1986@gmail.com | Dashboard/Root/Index | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: | 9/9/2024, 3:30:09 PM |
| montor1986@gmail.com | Forms/I9/Section1 | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:30:26 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:37:06 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:37:07 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:41 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:42 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:53 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:53 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:53 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:42:53 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:14 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:14 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:14 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:14 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWork | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:17 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWorkInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:18 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:24 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:43:25 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:13 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryNavigate | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:13 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:13 PM |
| montor1986@gmail.com | MySelf/Pay/PayHistoryGetMetricsV2 | 52.7.1.210 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:13 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWork | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:18 PM |
| montor1986@gmail.com | MySelf/TimeAndLabor/TimeAwayFromWorkInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:19 PM |
| montor1986@gmail.com | MySelf/Benefits/BenefitsSummary | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:24 PM |
| montor1986@gmail.com | MySelf/Benefits/BenefitsSummaryInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:25 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:39 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:44:39 PM |
| montor1986@gmail.com | MySelf/Benefits/BenefitsSummary | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:45:05 PM |
| montor1986@gmail.com | MySelf/Benefits/BenefitsSummaryInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:45:06 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:45:22 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:45:23 PM |
| montor1986@gmail.com | forms/W4/2020/1/W4Form.aspx | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: | 9/9/2024, 3:45:43 PM |
| montor1986@gmail.com | forms/W4/2020/1/W4Form.aspx | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: | 9/9/2024, 3:48:35 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/Documents | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:48:35 PM |
| montor1986@gmail.com | MySelf/DocumentsAndForms/DocumentsInitialize | 2607:fb90:ade2:5414:75c3:3e8c:8e70:c4c3 Target Employee: Adrian Montor Teran | 9/9/2024, 3:48:36 PM |