UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,

                            Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                            Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF JULIO PEREZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

       Julio Perez declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.      I am the Captain or head waiter at Bulldozer Hospitality Group, Inc. d/b/a Osteria la Baia (hereinafter "Bulldozer" or the "Corporate Defendant").

       2.      As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge.

       3.      I respectfully submit this declaration in support of Defendants' motion for summary judgment.

       4.      I first started working for Bulldozer in 2022 as a server.

       5.      My duties then consisted of serving customers, and I received tips.

       6.      I was hired as a server by the General Manager whose name, as far as I can remember, is Fotis.

       7.      At the time he hired me, Fotis told me that I would be paid a "tipped wage" and that my tips would make up the difference between that tipped wage and the minimum wage.

       8.      I earned great tips as a server at Bulldozer.

9. I worked hard and did so well as a server that, in 2023, I was promoted to Captain or head waiter by Janos Paliko, the current General Manager at the restaurant.

10. My duties as Captain remained entirely the same; I still primarily served customers, but I also took on the role of: (i) training the front-of-house staff on their duties; (ii) telling the front-of-house staff the specials for the day; (iii) encouraging the front-of-house staff to do good work and provide better service; (iv) meeting job applicants during their interviews to build a good rapport with them; and (v) keeping an eye on the floor to report any issues to the General Manager, who will then decide what, if anything, to do about any such issues.

11. In my role as Captain, I never make any hiring, firing, or disciplinary decisions; this is within the sole province of the General Manager.

12. My role as a Captain is limited to reporting what I see to the General Manager who makes the decision about what to do in his sole discretion, especially in the unusual circumstance that the General Manager is absent from the restaurant.

13. When the General Manager is absent from the restaurant, I do not have any increased duties to manage nor supervise the front-of-house staff.

14. In the General Manager's absence, he leaves me the floor plan for the day with instructions for me to execute, and I follow the plan as he directs me.

15. Critically, I am always part of the floor plan and have a specific station I am assigned to that I am required to serve along with the other front-of-house staff.

16. When making determinations about who to cut in the event the restaurant is not busy, this is a task that is always performed by the General Manager, even in his absence.

17. In other words, if cuts are necessary, and the General Manager is absent, I have to contact him by phone or text so that he can make the decision before I execute.

18. Critically, the General Manager typically leads the pre-shift meetings, during which time I am the one responsible for serving customers while he is conducting these meetings.

19. If the General Manager is absent and unable to lead the pre-shift meeting, I conduct the pre-shift meeting by relaying to the front-of-house staff what the General Manager directs me to tell them.

20. Further, although the front-of-house staff sometimes tells me by text or otherwise that they are running late or unable to make it for their shift, I have no discretion in deciding these things and relay the message to the General Manager, typically by taking a screenshot and forwarding it to him, and then relay his response back to the employee who contacted me about his decision on whether the absence is approved or whatever the response is.

21. In other words, I am merely a go-between or a liaison to the General Manager for these employee issues and have zero discretion or authority to manage same.

22. I never hired or fired anyone at the restaurant and never participated in any such decisions.

23. I am not responsible for managing the front-of-house staff as that is exclusively within the province of the General Manager; I only teach them about their duties, remind them to do good work and provide better service, and inform them about the specials for the day and other related items at pre-shift meetings or one-on-one meetings.

24. I do not direct the work of any of the front-of-house staff, as I am busy focusing on serving my tables, and only engage in direction of the bussers and runners who are assisting me with serving my tables as any server would, rather than the front-of-house staff as a whole.

25. I do not have the authority to hire, fire, or discipline employees at the restaurant.

26. I do not have the power to make recommendations about hiring, firing, advancement, promotion, or any other change of status of other employees.

27. In fact, recently when I reported one employee for engaging in insubordination, the General Manager did not engage in any disciplinary measures against that employee, even though I felt it was warranted.

28. While I sometimes observe the General Manager conducting interviews, I do not participate in the decision to hire or decline to hire any such applicants.

29. I have never selected any employee from a pool of applicants.

30. I do train new employees on their duties, which is a role I took on when I became a Captain, but I do not otherwise direct or control any employees, whether they are applicants or not.

31. I am not responsible for maintaining any sales records at the restaurant.

32. The tip report we utilize to determine the distribution of tips at the end of the day is printed out by the General Manager, not by me.

33. Each server is required to place all cash tips in the safe; typically, the cash tips are provided to the General Manager who will put them in the safe.

34. In the absence of the General Manager, the employees themselves are required to individually place the cash tips in the safe.

35. I do not take custody of any cash tips except my own, when I: (i) place the cash tips I receive in the safe in the absence of the General Manager; and (ii) when I receive my portion of the tips from the tip pool distribution.

36. I do not assess any employees' performance, but do report what I see, especially if asked by the General Manager.

37. While I do handle complaints from patrons, I do not handle complaints made by employees; the General Manager handles any employee complaints.

38. I do not participate in apportioning the work between the front-of-house staff, which is the General Manager's duty.

39. I have no role in selecting materials, supplies, machinery, equipment, or tools at the restaurant, including food.

40. It is my understanding that the Director of Operations handles these aforementioned tasks.

41. I play no role in providing for the safety or security of the employees; I would only do what any human would do in a particular circumstance, and inform an employee or a patron to be careful, watch out for something on the floor, or tell them that their shoelace is untied for example.

42. It is not otherwise my responsibility to ensure the safety or security of any employee.

43. I have no role in planning or controlling the budget of the restaurant.

44. I am not involved in any legal compliance measures at the restaurant.

45. All of my extra duties as a Captain are incidental to my primary duty as a server.

46. I spend ninety percent (90%) of my time serving customers and only ten percent (10%) of my time performing the foregoing incidental duties as a Captain or head server.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2025.

*Julio Perez*
Julio Perez (Dec 12, 2025 12:01:21 EST)

Julio Perez