UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and
others similarly situated,

                          Plaintiff,

       -against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a
OSTERIA LA BAIA, ROBERT PETROSYANTS and
MARIANNA SHAHMURADYAN,

                          Defendants.
------------------------------------------------------------------X

**Case No.: 1:25-cv-4490 (AS) (GS)**

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, attorneys for the Defendants Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia ("Bulldozer"), Robert Petrosyants ("Petrosyants"), and Marianna Shahmuradyan ("Shahmuradyan") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. A true and accurate copy of Plaintiff Katherine Fernandez's pay stubs, which she herself produced in discovery, are annexed hereto as **Exhibit "A."**

4. A true and accurate copy of special event contracts produced to Plaintiffs in this case are annexed hereto as **Exhibit "B."**

5. A true and accurate copy of opt-in Plaintiff Adrian Montor Teran's pay stubs produced in discovery are annexed hereto as **Exhibit "C."**

6. A true and accurate copy of the New York State Department of Labor's March 4, 2015 Opinion Letter is annexed hereto as **Exhibit "D."**

7. A true and accurate copy of the November 13, 2025 deposition transcript of Defendant Shahmuradyan is annexed hereto as **Exhibit "E."**

8. A true and accurate copy of the deposition November 18, 2025 transcript of Defendant Petrosyants is annexed hereto as **Exhibit "F."**

9. A true and accurate copy of the December 2, 2025 deposition transcript of Plaintiff Adrian Montor Teran is annexed hereto as **Exhibit "G."**

10. A true and accurate copy of the December 3, 2025 deposition transcript of Defendant Bulldozer by its designated corporate representative Janos Paliko is annexed hereto as **Exhibit "H."**

11. A true and accurate copy of the December 8, 2025 deposition transcript of Plaintiff Katherine Fernandez is annexed hereto as **Exhibit "I."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2025.

                                                         */s/ Emanuel Kataev, Esq.*
                                                        Emanuel Kataev, Esq.