| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 12/23/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 12/29/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $647.28 | 01/07/2025 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $837.42 | $190.14 | $0.00 | $647.28 |
| **YTD** | $837.42 | $190.14 | $0.00 | $647.28 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $16.92 | | | $0.00 |
| Gratuity | $24.52 | | | $0.00 |
| REGULAR | $274.34 | 25.76 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $505.64 | | | $0.00 |
| **TOTAL** | **$837.42** | **26.76** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $16.92 | | |
| Gratuity | Taxable | $24.52 | | |
| REGULAR | Taxable | $274.34 | 25.76 | |
| Spread of Hours | Taxable | $16.00 | 1.00 | |
| Tips Owed | Taxable | $505.64 | | |
| **TOTAL** | | **$837.42** | **26.76** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $25.87 | $25.87 |
| Federal Income Tax | $61.29 | $61.29 |
| FICA | $51.92 | $51.92 |
| FLI Withholding - NY | $3.25 | $3.25 |
| Medicare | $12.14 | $12.14 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $35.07 | $35.07 |
| **TOTAL** | **$190.14** | **$190.14** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700912 | n/a | XXXXXXXXX | $647.28 |

# Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

# Memo

# Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $10.65 | $5.85 | 25.76 | $150.70 | | |
| **TOTAL** | | | **$150.70** | **$0.00** | **$150.70** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 12/16/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 12/22/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $962.49 | 12/27/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,303.51 | $341.02 | $0.00 | $962.49 |
| **YTD** | $15,844.81 | $4,201.72 | $0.00 | $11,643.09 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $515.63 | | | $0.00 |
| REGULAR | $323.97 | 30.42 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $447.91 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,303.51** | **31.42** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $2,017.90 | | |
| REGULAR | Taxable | $4,880.40 | 451.22 | |
| Spread of Hours | Taxable | $256.00 | 16.00 | |
| Tips Owed | Taxable | $8,407.05 | | |
| OVERTIME | Taxable | $249.73 | 13.39 | |
| Cash Tips Owed | Taxable | $2.21 | | |
| Cash Gratuities Owed | Taxable | $31.52 | | |
| **TOTAL** | | **$15,844.81** | **480.61** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $45.27 | $552.28 |
| Federal Income Tax | $129.87 | $1,631.44 |
| FICA | $80.82 | $982.38 |
| FLI Withholding - NY | $4.86 | $59.09 |
| Medicare | $18.90 | $229.75 |
| SDI Withholding - NY | $0.60 | $7.20 |
| State Withholding - NY | $60.70 | $739.58 |
| **TOTAL** | **$341.02** | **$4,201.72** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700858 | n/a | XXXXXXXXX | $962.49 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| | | | | | | |

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 30.42 | $162.75 | | |
| **TOTAL** | | | **$162.75** | **$0.00** | **$162.75** |

| **Name** Adrian Teran **Address** 35-23 109st 35-23 109st Corona queens, NY 11368 | **Employee ID** 9500 **SSN** xxx-xx-6392 **Net Pay** $991.71 **Fed Filing Status** S,0 **Fed Add. Amount** 0 | **Pay Begin Date** 12/09/2024 **Pay End Date** 12/15/2024 **Check Date** 12/23/2024 **State Filing Status** NY - S, 0 **State Add. Amount** 0.00 | **Paygroup** La Baia **Department** La Baia **Location** La Baia **Job Title** Staff **Pay Rate** $10.65 / Hourly |
|---|---|---|---|

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,352.03 | $360.32 | $0.00 | $991.71 |
| **YTD** | $14,541.30 | $3,860.70 | $0.00 | $10,680.60 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $6.09 | | | $0.00 |
| Gratuity | $190.54 | | | $0.00 |
| REGULAR | $339.95 | 31.92 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $799.45 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,352.03** | **32.92** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $31.52 | | |
| Gratuity | Taxable | $1,502.27 | | |
| REGULAR | Taxable | $4,556.43 | 420.80 | |
| Spread of Hours | Taxable | $240.00 | 15.00 | |
| Tips Owed | Taxable | $7,959.14 | | |
| OVERTIME | Taxable | $249.73 | 13.39 | |
| Cash Tips Owed | Taxable | $2.21 | | |
| **TOTAL** | | **$14,541.30** | **449.19** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $47.34 | $507.01 |
| Federal Income Tax | $140.54 | $1,501.57 |
| FICA | $83.83 | $901.56 |
| FLI Withholding - NY | $5.04 | $54.23 |
| Medicare | $19.60 | $210.85 |
| SDI Withholding - NY | $0.60 | $6.60 |
| State Withholding - NY | $63.37 | $678.88 |
| **TOTAL** | **$360.32** | **$3,860.70** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700799 | n/a | XXXXXXXXX | $991.71 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 31.92 | $170.77 | | |
| **TOTAL** | | | **$170.77** | **$0.00** | **$170.77** |

| Name | | Employee ID | | Pay Begin Date | | Paygroup | |
|---|---|---|---|---|---|---|---|
| Adrian Teran | | 9500 | | 12/02/2024 | | La Baia | |
| **Address** | | **SSN** | | **Pay End Date** | | **Department** | |
| | | xxx-xx-6392 | | 12/08/2024 | | La Baia | |
| 35-23 109st | | **Net Pay** | | **Check Date** | | **Location** | |
| 35-23 109st | | $1,070.03 | | 12/13/2024 | | La Baia | |
| Corona queens, NY 11368 | | **Fed Filing Status** | | **State Filing Status** | | **Job Title** | |
| | | S,0 | | NY - S, 0 | | Staff | |
| | | **Fed Add. Amount** | | **State Add. Amount** | | **Pay Rate** | |
| | | 0 | | 0.00 | | $10.65 / Hourly | |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,482.07 | $412.04 | $0.00 | $1,070.03 |
| **YTD** | $13,189.27 | $3,500.38 | $0.00 | $9,688.89 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $417.63 | | | $0.00 |
| REGULAR | $399.80 | 37.54 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $648.64 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,482.07** | **38.54** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $1,311.73 | | |
| REGULAR | Taxable | $4,216.48 | 388.88 | |
| Spread of Hours | Taxable | $224.00 | 14.00 | |
| Tips Owed | Taxable | $7,159.69 | | |
| OVERTIME | Taxable | $249.73 | 13.39 | |
| Cash Tips Owed | Taxable | $2.21 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| **TOTAL** | | **$13,189.27** | **416.27** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $52.86 | $459.67 |
| Federal Income Tax | $169.15 | $1,361.03 |
| FICA | $91.89 | $817.73 |
| FLI Withholding - NY | $5.53 | $49.19 |
| Medicare | $21.49 | $191.25 |
| SDI Withholding - NY | $0.60 | $6.00 |
| State Withholding - NY | $70.52 | $615.51 |
| **TOTAL** | **$412.04** | **$3,500.38** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700743 | n/a | XXXXXXXXX | $1,070.03 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 37.54 | $200.84 | | |
| **TOTAL** | | | **$200.84** | **$0.00** | **$200.84** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 11/25/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 12/01/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $761.92 | 12/06/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,001.76 | $239.84 | $0.00 | $761.92 |
| **YTD** | $11,707.20 | $3,088.34 | $0.00 | $8,618.86 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $5.21 | | | $0.00 |
| REGULAR | $341.87 | 32.10 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $638.68 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,001.76** | **33.10** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $894.10 | | |
| REGULAR | Taxable | $3,816.68 | 351.34 | |
| Spread of Hours | Taxable | $208.00 | 13.00 | |
| Tips Owed | Taxable | $6,511.05 | | |
| OVERTIME | Taxable | $249.73 | 13.39 | |
| Cash Tips Owed | Taxable | $2.21 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| **TOTAL** | | **$11,707.20** | **377.73** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $32.69 | $406.81 |
| Federal Income Tax | $82.06 | $1,191.88 |
| FICA | $62.11 | $725.84 |
| FLI Withholding - NY | $3.74 | $43.66 |
| Medicare | $14.53 | $169.76 |
| SDI Withholding - NY | $0.60 | $5.40 |
| State Withholding - NY | $44.11 | $544.99 |
| **TOTAL** | **$239.84** | **$3,088.34** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700685 | n/a | XXXXXXXXX | $761.92 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 32.10 | $171.74 | | |
| **TOTAL** | | | **$171.74** | **$0.00** | **$171.74** |

| Name | | Employee ID | | Pay Begin Date | | Paygroup | |
|---|---|---|---|---|---|---|---|
| Adrian Teran | | 9500 | | 11/04/2024 | | La Baia | |
| **Address** | | **SSN** | | **Pay End Date** | | **Department** | |
| | | xxx-xx-6392 | | 11/10/2024 | | La Baia | |
| 35-23 109st | | **Net Pay** | | **Check Date** | | **Location** | |
| 35-23 109st | | $1,033.98 | | 11/26/2024 | | La Baia | |
| Corona queens, NY 11368 | | **Fed Filing Status** | | **State Filing Status** | | **Job Title** | |
| | | S,0 | | NY - S, 0 | | Staff | |
| | | **Fed Add. Amount** | | **State Add. Amount** | | **Pay Rate** | |
| | | 0 | | 0.00 | | $10.65 / Hourly | |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,422.21 | $388.23 | $0.00 | $1,033.98 |
| **YTD** | $10,705.44 | $2,848.50 | $0.00 | $7,856.94 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $129.19 | | | $0.00 |
| OVERTIME | $3.92 | 0.21 | | $18.65 |
| REGULAR | $426.00 | 40.00 | | $10.65 |
| Spread of Hours | $32.00 | 2.00 | | $16.00 |
| Tips Owed | $831.10 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,422.21** | **42.21** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $888.89 | | |
| OVERTIME | Taxable | $249.73 | 13.39 | |
| REGULAR | Taxable | $3,474.81 | 319.24 | |
| Spread of Hours | Taxable | $192.00 | 12.00 | |
| Tips Owed | Taxable | $5,872.37 | | |
| Cash Tips Owed | Taxable | $2.21 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| **TOTAL** | | **$10,705.44** | **344.63** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $50.32 | $374.12 |
| Federal Income Tax | $155.98 | $1,109.82 |
| FICA | $88.18 | $663.73 |
| FLI Withholding - NY | $5.30 | $39.92 |
| Medicare | $20.62 | $155.23 |
| SDI Withholding - NY | $0.60 | $4.80 |
| State Withholding - NY | $67.23 | $500.88 |
| **TOTAL** | **$388.23** | **$2,848.50** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700636 | n/a | XXXXXXXXX | $1,033.98 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 40.21 | $215.12 | | |
| **TOTAL** | | | **$215.12** | **$0.00** | **$215.12** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 10/28/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 11/03/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $949.83 | 11/18/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,282.49 | $332.66 | $0.00 | $949.83 |
| **YTD** | $9,283.23 | $2,460.27 | $0.00 | $6,822.96 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Tips Owed | $2.20 | | | $0.00 |
| OVERTIME | $16.04 | 0.86 | | $18.65 |
| REGULAR | $426.00 | 40.00 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $822.25 | | | $0.00 |
| Gratuity | $0.00 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,282.49** | **41.86** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Tips Owed | Taxable | $2.21 | | |
| OVERTIME | Taxable | $245.81 | 13.18 | |
| REGULAR | Taxable | $3,048.81 | 279.24 | |
| Spread of Hours | Taxable | $160.00 | 10.00 | |
| Tips Owed | Taxable | $5,041.27 | | |
| Gratuity | Taxable | $759.70 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| **TOTAL** | | **$9,283.23** | **302.42** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $44.38 | $323.80 |
| Federal Income Tax | $125.24 | $953.84 |
| FICA | $79.51 | $575.55 |
| FLI Withholding - NY | $4.78 | $34.62 |
| Medicare | $18.60 | $134.61 |
| SDI Withholding - NY | $0.60 | $4.20 |
| State Withholding - NY | $59.55 | $433.65 |
| **TOTAL** | **$332.66** | **$2,460.27** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700588 | n/a | XXXXXXXXX | $949.83 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 40.86 | $218.60 | | |
| **TOTAL** | | | **$218.60** | **$0.00** | **$218.60** |

**Bulldozer Hospitality Group Inc**
**- La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 10/21/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 10/27/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $946.68 | 11/12/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,277.27 | $330.59 | $0.00 | $946.68 |
| **YTD** | $8,000.74 | $2,127.61 | $0.00 | $5,873.13 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $127.95 | | | $0.00 |
| REGULAR | $398.63 | 37.43 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $734.69 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| Cash Tips Owed | $0.00 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| **TOTAL** | **$1,277.27** | **38.43** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $759.70 | | |
| REGULAR | Taxable | $2,622.81 | 239.24 | |
| Spread of Hours | Taxable | $144.00 | 9.00 | |
| Tips Owed | Taxable | $4,219.02 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| Cash Tips Owed | Taxable | $0.01 | | |
| OVERTIME | Taxable | $229.77 | 12.32 | |
| **TOTAL** | | **$8,000.74** | **260.56** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $44.16 | $279.42 |
| Federal Income Tax | $124.10 | $828.60 |
| FICA | $79.19 | $496.04 |
| FLI Withholding - NY | $4.76 | $29.84 |
| Medicare | $18.52 | $116.01 |
| SDI Withholding - NY | $0.60 | $3.60 |
| State Withholding - NY | $59.26 | $374.10 |
| **TOTAL** | **$330.59** | **$2,127.61** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700539 | n/a | XXXXXXXXX | $946.68 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 37.43 | $200.25 | | |
| **TOTAL** | | | **$200.25** | **$0.00** | **$200.25** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 10/14/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 10/20/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $995.71 | 10/25/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,358.69 | $362.98 | $0.00 | $995.71 |
| **YTD** | $6,723.47 | $1,797.02 | $0.00 | $4,926.45 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Tips Owed | $0.01 | | | $0.00 |
| Gratuity | $143.42 | | | $0.00 |
| OVERTIME | $12.31 | 0.66 | | $18.65 |
| REGULAR | $426.00 | 40.00 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $760.95 | | | $0.00 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,358.69** | **41.66** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Tips Owed | Taxable | $0.01 | | |
| Gratuity | Taxable | $631.75 | | |
| OVERTIME | Taxable | $229.77 | 12.32 | |
| REGULAR | Taxable | $2,224.18 | 201.81 | |
| Spread of Hours | Taxable | $128.00 | 8.00 | |
| Tips Owed | Taxable | $3,484.33 | | |
| Cash Gratuities Owed | Taxable | $25.43 | | |
| **TOTAL** | | **$6,723.47** | **222.13** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $47.62 | $235.26 |
| Federal Income Tax | $142.01 | $704.50 |
| FICA | $84.24 | $416.85 |
| FLI Withholding - NY | $5.07 | $25.08 |
| Medicare | $19.70 | $97.49 |
| SDI Withholding - NY | $0.60 | $3.00 |
| State Withholding - NY | $63.74 | $314.84 |
| **TOTAL** | **$362.98** | **$1,797.02** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700490 | n/a | XXXXXXXXX | $995.71 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 40.66 | $217.53 | | |
| **TOTAL** | | | **$217.53** | **$0.00** | **$217.53** |

# Bulldozer Hospitality Group Inc
# - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 10/07/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 10/13/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $934.24 | 10/18/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,256.61 | $322.37 | $0.00 | $934.24 |
| **YTD** | $5,364.78 | $1,434.04 | $0.00 | $3,930.74 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $19.22 | | | $0.00 |
| Gratuity | $130.63 | | | $0.00 |
| REGULAR | $423.66 | 39.78 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $667.10 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| **TOTAL** | **$1,256.61** | **40.78** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $25.43 | | |
| Gratuity | Taxable | $488.33 | | |
| REGULAR | Taxable | $1,798.18 | 161.81 | |
| Spread of Hours | Taxable | $112.00 | 7.00 | |
| Tips Owed | Taxable | $2,723.38 | | |
| OVERTIME | Taxable | $217.46 | 11.66 | |
| **TOTAL** | | **$5,364.78** | **180.47** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $43.28 | $187.64 |
| Federal Income Tax | $119.55 | $562.49 |
| FICA | $77.91 | $332.61 |
| FLI Withholding - NY | $4.69 | $20.01 |
| Medicare | $18.22 | $77.79 |
| SDI Withholding - NY | $0.60 | $2.40 |
| State Withholding - NY | $58.12 | $251.10 |
| **TOTAL** | **$322.37** | **$1,434.04** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
| Check | 700443 | n/a | XXXXXXXXX | $934.24 |

Case 1:25-cv-04490-AS   Document 76-3   Filed 12/12/25   Page 20 of 26

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|-----------|-------|--------------------|-----------|----------------------|
| $10.65 | $5.35 | 39.78 | $212.82 | | |
| **TOTAL** | | | **$212.82** | **$0.00** | **$212.82** |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 09/30/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 10/06/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $823.23 | 10/11/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,088.90 | $265.67 | $0.00 | $823.23 |
| **YTD** | $4,108.17 | $1,111.67 | $0.00 | $2,996.50 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $144.68 | | | $0.00 |
| REGULAR | $418.97 | 39.34 | | $10.65 |
| Spread of Hours | $16.00 | 1.00 | | $16.00 |
| Tips Owed | $509.25 | | | $0.00 |
| OVERTIME | $0.00 | 0.00 | | $15.98 |
| Cash Gratuities Owed | $0.00 | | | $0.00 |
| **TOTAL** | **$1,088.90** | **40.34** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $357.70 | | |
| REGULAR | Taxable | $1,374.52 | 122.03 | |
| Spread of Hours | Taxable | $96.00 | 6.00 | |
| Tips Owed | Taxable | $2,056.28 | | |
| OVERTIME | Taxable | $217.46 | 11.66 | |
| Cash Gratuities Owed | Taxable | $6.21 | | |
| **TOTAL** | | **$4,108.17** | **139.69** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $36.30 | $144.36 |
| Federal Income Tax | $92.51 | $442.94 |
| FICA | $67.51 | $254.70 |
| FLI Withholding - NY | $4.06 | $15.32 |
| Medicare | $15.79 | $59.57 |
| SDI Withholding - NY | $0.60 | $1.80 |
| State Withholding - NY | $48.90 | $192.98 |
| **TOTAL** | **$265.67** | **$1,111.67** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700394 | n/a | XXXXXXXXX | $823.23 |

Case 1:25-cv-04490-AS   Document 76-3   Filed 12/12/25   Page 22 of 26

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances. | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 39.34 | $210.47 | | |
| **TOTAL** | | | **$210.47** | **$0.00** | **$210.47** |

**Bulldozer Hospitality Group Inc - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 09/23/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 09/29/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $1,075.59 | 10/04/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,491.29 | $415.70 | $0.00 | $1,075.59 |
| **YTD** | $3,019.27 | $846.00 | $0.00 | $2,173.27 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $6.21 | | | $0.00 |
| Gratuity | $139.76 | | | $0.00 |
| OVERTIME | $90.45 | 4.85 | | $18.65 |
| REGULAR | $224.00 | 14.00 | | $16.00 |
| REGULAR | $305.55 | 28.69 | | $10.65 |
| Spread of Hours | $32.00 | 2.00 | | $16.00 |
| Tips Owed | $693.32 | | | $0.00 |
| **TOTAL** | **$1,491.29** | **49.54** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $6.21 | | |
| Gratuity | Taxable | $213.02 | | |
| OVERTIME | Taxable | $217.46 | 11.66 | |
| REGULAR | Taxable | $955.55 | 82.69 | |
| Spread of Hours | Taxable | $80.00 | 5.00 | |
| Tips Owed | Taxable | $1,547.03 | | |
| **TOTAL** | | **$3,019.27** | **99.35** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $53.25 | $108.06 |
| Federal Income Tax | $171.18 | $350.43 |
| FICA | $92.46 | $187.19 |
| FLI Withholding - NY | $5.56 | $11.26 |
| Medicare | $21.62 | $43.78 |
| SDI Withholding - NY | $0.60 | $1.20 |
| State Withholding - NY | $71.03 | $144.08 |
| **TOTAL** | **$415.70** | **$846.00** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700346 | n/a | XXXXXXXXX | $1,075.59 |

Case 1:25-cv-04490-AS    Document 76-3    Filed 12/12/25    Page 24 of 26

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|
| **Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.** | | | | | | |

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 33.54 | $179.44 | | |
| **TOTAL** | | | **$179.44** | **$0.00** | **$179.44** |

**Bulldozer Hospitality Group Inc.**
**- La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Adrian Teran | 9500 | 09/16/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
| | xxx-xx-6392 | 09/22/2024 | La Baia |
| 35-23 109st | **Net Pay** | **Check Date** | **Location** |
| 35-23 109st | $1,097.68 | 09/27/2024 | La Baia |
| Corona queens, NY 11368 | **Fed Filing Status** | **State Filing Status** | **Job Title** |
| | S,0 | NY - S, 0 | Staff |
| | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
| | 0 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,527.98 | $430.30 | $0.00 | $1,097.68 |
| **YTD** | $1,527.98 | $430.30 | $0.00 | $1,097.68 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Gratuity | $73.26 | | | $0.00 |
| OVERTIME | $127.01 | 6.81 | | $18.65 |
| REGULAR | $426.00 | 40.00 | | $10.65 |
| Spread of Hours | $48.00 | 3.00 | | $16.00 |
| Tips Owed | $853.71 | | | $0.00 |
| **TOTAL** | **$1,527.98** | **49.81** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Gratuity | Taxable | $73.26 | | |
| OVERTIME | Taxable | $127.01 | 6.81 | |
| REGULAR | Taxable | $426.00 | 40.00 | |
| Spread of Hours | Taxable | $48.00 | 3.00 | |
| Tips Owed | Taxable | $853.71 | | |
| **TOTAL** | | **$1,527.98** | **49.81** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $54.81 | $54.81 |
| Federal Income Tax | $179.25 | $179.25 |
| FICA | $94.73 | $94.73 |
| FLI Withholding - NY | $5.70 | $5.70 |
| Medicare | $22.16 | $22.16 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $73.05 | $73.05 |
| **TOTAL** | **$430.30** | **$430.30** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700300 | n/a | XXXXXXXX | $1,097.68 |

**Time Away From Work**

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**   $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|------------|----------------------|
| $10.65 | $5.35 | 46.81 | $250.43 | | |
| **TOTAL** | | | **$250.43** | **$0.00** | **$250.43** |