Page 1

1           UNITED STATES DISTRICT COURT

2                    FOR THE

3           SOUTHERN DISTRICT OF NEW YORK

4    _____

5    KATHERINE FERNANDEZ, on Behalf

6    of Herself and Others Similarly

7    Situated,

8            Plaintiff,

9       v.                        Civil Action No.

10   BULLDOZER HOSPITALITY GROUP,      1:25-cv-4490

11   INC., D/B/A OSTERIA LA BAIA,

12   ROBERT PETROSYANTS and MARIANNA

13   SHAHMURADYAN,

14           Defendants.

15   _____

16          DEPOSITION OF MARIANNA SHAHMURADYAN

17   DATE:         Thursday, November 13, 2025

18   TIME:         12:36 p.m.

19   LOCATION:     Remote Proceeding

20                 Upper Saddle River, NJ 07458

21   REPORTED BY:  Talya Brott

22   JOB NO.:      7749330

23

24

25

Page 2

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:

3          JOSEF NUSSBAUM, ESQUIRE (by

4          videoconference)

5          Joseph & Kirschenbaum LLP

6          45 Broadway, Suite 320

7          New York, NY 10006

8          jnussbaum@jk-llp.com

9          (212) 688-2545

10

11   ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,

12   INC., D/B/A OSTERIA LA BAIA, ROBERT PETROSYANTS,

13   AND MARIANNA SHAHMURADYAN:

14         EMANUEL KATAEV, ESQUIRE (by videoconference)

15         Sage Legal LLC

16         18211 Jamaica Avenue

17         Jamaica, NY 11423

18         emanuel@sagelegal.nyc

19         (718) 412-2421

20

21   ALSO PRESENT:

22         Alivia Cooney, Paralegal at Sage Legal LLC (by

23         videoconference)

24

25

Page 3

```
 1                      I N D E X

 2    EXAMINATION:                              PAGE

 3        By Mr. Nussbaum                       6

 4

 5                    E X H I B I T S

 6    NO.             DESCRIPTION               PAGE

 7    Plaintiff:

 8    Exhibit A      Certificate of Liability

 9                   Insurance                  60

10    Exhibit B      Spreadsheet of Employees   63

11

12          QUESTIONS INSTRUCTED NOT TO ANSWER

13                   PAGE        LINE

14                    15          11

15

16          D O C U M E N T S   R E Q U E S T E D

17    NO.             DESCRIPTION               PAGE

18    1               Copy of Lease             36

19

20       I N F O R M A T I O N   R E Q U E S T E D

21    NO.             DESCRIPTION               PAGE

22    1               Name of Manager           38

23

24

25
```

```
                                M.  SHAHMURADYAN
 1
 2          THE  REPORTER:   Good  afternoon.   My
 3     name  is  Talya  Brott.   I'm  the  reporter
 4     assigned  by  Veritext  to  take  the  record  of
 5     this  proceeding.   We  are  now  on  the  record
 6     at  12:36  p.m.
 7              This  is  the  deposition  of
 8     Marianna  Shahmuradyan  taken  in  the  matter
 9     of  Katherine  Fernandez  et  al.  vs.
10     Bulldozer  Hospitality,  Group,  Inc.  et  al.
11     on  Thursday,  November  13,  2025,  in  Upper
12     Saddle  River,  New  Jersey.
13              I  am  a  notary  authorized  to  take
14     acknowledgements  and  administer  oaths  in
15     New  York.   Parties  agree  that  I  will  swear
16     in  this  witness  remotely.
17         Additionally,  absent  an  objection  on
18     the  record  before  the  witness  is  sworn,
19     all  parties  and  the  witness  understand  and
20     agree  that  any  certified  transcript
21     produced  from  the  record  of  this
22     proceeding:
23         -  is  intended  for  all  uses  permitted
24     under  applicable  procedural  and
25     evidentiary  rules  and  laws  in  the  same
```

Page 5

```
 1                      M. SHAHMURADYAN
 2        manner as a deposition recorded by
 3        stenographic means; and
 4            - shall constitute written
 5        stipulation of such.
 6            At this time, will everyone in
 7        attendance please identify themselves for
 8        the record, beginning with Plaintiff's
 9        counsel.
10            MR. NUSSBAUM:  Hi, good afternoon.
11        Josef Nussbaum from Joseph & Kirschenbaum
12        for the plaintiffs.
13            MR. KATAEV:  Good afternoon, Emanuel
14        Kataev of Sage Legal LLC, for the
15        defendants.  With me is paralegal Alivia
16        Cooney.  And we have the witness,
17        Ms. Marianna Shahmuradyan.
18            THE REPORTER:  Thank you.
19            Ms. Shahmuradyan, will you state your
20        name for the record?
21            MS. SHAHMURADYAN:  Marianna
22        Shahmuradyan.
23            THE REPORTER:  Thank you.  Hearing no
24        objection, I will swear in the witness.
25            Please raise your right hand.
```

Page 6

```
 1                    M. SHAHMURADYAN
 2   WHEREUPON,
 3            MARIANNA SHAHMURADYAN,
 4   called as a witness and having been first
 5   duly sworn to tell the truth, the whole
 6   truth, and nothing but the truth, was
 7   examined and testified as follows:
 8            THE REPORTER:  Thank you.  You may
 9        proceed.
10            MR. KATAEV:  For the record, Under
11        Rule 30(e) I am requesting a copy of the
12        transcript.
13            MR. NUSSBAUM:  Good afternoon,
14        Ms. Shahmuradyan.
15            THE REPORTER:  I'm sorry, wait.  Just
16        wanted to clarify, you are ordering a
17        copy, Mr. Kataev?
18            MR. KATAEV:  No.  Under Rule 30(e), I
19        am requesting that the plaintiff produce
20        to me a copy of the transcript.
21            THE REPORTER:  Okay.
22                    EXAMINATION
23   BY MR. NUSSBAUM:
24        Q    Good afternoon,
25   Ms. Shahmuradyan.
```

```
                                            Page 7
 1                      M.  SHAHMURADYAN
 2        A      Good afternoon.
 3        Q      Am I pronouncing your last name
 4   correctly?
 5        A      Yes.
 6        Q      Okay.  Can you please spell your
 7   last name for the record?
 8        A      S-H-A-H-M-U-R-A-D-Y-A-N.
 9        Q      Thank you.  And your first name
10   is Marianna?
11        A      Yes.
12        Q      Have you gone by any other
13   names?
14             THE REPORTER:  I'm sorry, can you
15        repeat that?
16             MR. NUSSBAUM:  Did she freeze?
17   BY MR. NUSSBAUM:
18        Q      Have you gone by any other
19   names?
20             MR. NUSSBAUM:  I think she froze.
21             THE REPORTER:  Yeah, it's 12:39,
22        we're off the record.
23             (Off the record.)
24             THE REPORTER:  It is 12:39.  We're on
25        the record.
```

```
 1                      M.  SHAHMURADYAN
 2   BY MR. NUSSBAUM:
 3        Q    Ms. Shahmuradyan, have you gone
 4   by any other names?
 5        A    No.
 6        Q    Okay, and where do you currently
 7   reside?
 8        A    At 7 Sleepy Hollow Road, Upper
 9   Saddle River, New Jersey 07458.
10        Q    Thank you.  My office represents
11   plaintiffs in a lawsuit against Osteria La
12   Baia Restaurant and yourself.  Do you
13   understand that?
14        A    Yes.
15        Q    Okay.  I'm going to be asking
16   you a number of questions today.  The
17   court reporter will be taking everything
18   that we say down for the record.
19             Because the court reporter is
20   transcribing the deposition, it's
21   important that you give verbal responses
22   to all of my questions.  Do you understand
23   that?
24        A    Yes, I do.
25        Q    The court reporter is not able
```

```
 1                          M. SHAHMURADYAN
 2    to take down any nods or hand gestures.
 3    Do you understand that?
 4          A    Yes, I do.
 5          Q    The court reporter has sworn you
 6    in and you're answering all questions
 7    under oath today.  Do you understand that
 8    you have the same obligation to tell the
 9    truth and would be subject to the same
10    penalties for perjury if you do not tell
11    the truth as if you were testifying in a
12    court?
13          A    I do.
14          Q    If you don't understand a
15    question I've asked, please let me know
16    and I will try to rephrase it.  If you
17    answer the question, I'm going to assume
18    that you understood it.  Do you understand
19    that?
20          A    Yes.
21          Q    Is English your first language?
22          A    No.
23          Q    What's your first language?
24          A    Armenian.
25          Q    Are you fluent in English
```

1                        M.  SHAHMURADYAN

2    though?

3         A     I am.

4         Q     So far you've understood

5    everything that I said?

6         A     I did.

7         Q     Great.  Please let me finish

8    asking a question before you answer it,

9    even if you think you may know what I'm

10   about to ask.  That way the court reporter

11   can get everything down for the record.

12   Do you understand that?

13        A     I understand.

14        Q     If you need a break at any time,

15   please let me know and I'll try to

16   accommodate you.  The only thing I ask you

17   that if a question is pending, first

18   answer the question before taking any

19   breaks.  Do you understand that?

20        A     I understand.

21        Q     Are you taking any medication or

22   is there any other reason that you may not

23   be able to testify truthfully today?

24        A     I'm not.

25        Q     Is there -- withdrawn.

```
 1                      M. SHAHMURADYAN
 2           Are you taking any medication or
 3   is there any other reason that your memory
 4   may be impaired today?
 5        A    No.
 6        Q    Okay.  Have you ever been
 7   deposed before?
 8        A    I have.
 9        Q    Okay.  How many times?
10        A    Once.
11        Q    How long ago was that?
12        A    Last month.
13        Q    Okay.  And what was that in
14   relation to?
15        A    It was a personal matter on a
16   rental property.
17        Q    And what was your role in that
18   proceeding?
19           MR. KATAEV:  Objection, vague.
20           THE REPORTER:  I'm sorry?
21           MR. KATAEV:  Objection, vague.
22           THE REPORTER:  You're coming in
23      really soft, Mr. Kataev.  It's hard to
24      hear you.
25           MR. KATAEV:  I'll speak up.
```

```
 1                        M. SHAHMURADYAN
 2              MR. NUSSBAUM:  Not every day that the
 3         court reporter tells the lawyer he's
 4         coming in really soft.  Yeah, I -- and
 5         this was their second round.
 6    BY MR. NUSSBAUM:
 7         Q    Ms. Shahmuradyan, what was your
 8    role in the matter that you were deposed
 9    in?
10         A    To --
11              MR. KATAEV:  Same objection.
12              You can answer.
13              THE WITNESS:  The -- to prove that
14         whatever they're claiming is false because
15         I have all the evidence that it's false,
16         whatever they're trying to get out of us.
17         From a rental --
18    BY MR. NUSSBAUM:
19         Q    Are you a defendant?  I'm sorry.
20    Are you a defendant in that case?
21         A    Yes.
22         Q    Okay.  And where's the case
23    file?
24         A    New Jersey.
25         Q    State Court or federal court?
```

```
                                          Page 13
 1                  M. SHAHMURADYAN
 2        A    I am not sure.
 3        Q    Who's your lawyer in that case?
 4        A    I don't remember his -- his
 5   name.
 6        Q    Other than that deposition, have
 7   you been deposed any other times?
 8        A    No.
 9        Q    Okay.  Have you given any other
10   testimony under oath before that
11   deposition?
12        A    Not in my best memory, no.
13        Q    Okay.  Other than this lawsuit
14   and the lawsuit you just mentioned on a
15   rental property, have you been a party to
16   any other lawsuit as a plaintiff or a
17   defendant?
18        A    No.
19        Q    Without revealing any attorney-
20   client communications, did you do anything
21   to prepare for today's deposition?
22        A    I did.
23        Q    What did you do?
24        A    I just looked through the case
25   just so I know what -- what we're working
```

```
                                          Page 14

 1                    M.  SHAHMURADYAN

 2    on.

 3         Q     The complaint that was filed?

 4    Is that what you mean?

 5         A     Yes.

 6         Q     Okay.  And did you review any

 7    other documents?

 8         A     I did not.

 9         Q     Okay.  Did you meet with anyone

10    or discuss the deposition with anyone?

11         A     No.

12         Q     How did you find out that you

13    would be testifying today?

14         A     I got an email to meet up at

15    this time and I got a call from Emanuel to

16    show up at this time --

17         Q     Okay.  And other than the call

18    with Emanuel, did you speak to anybody

19    else about the deposition?

20         A     No, I did not.

21         Q     All right.  Now, you're a co-

22    defendant in the case.  Robert, are you

23    familiar with them?

24         A     Yes.

25         Q     Okay.  What's the relationship
```

```
                                         Page 15
 1                    M.  SHAHMURADYAN
 2   between the two of you?
 3        A     We are partners.  We're married.
 4        Q     Did you discuss the deposition
 5   with him?
 6        A     I did.
 7        Q     Okay.  When was that?
 8        A     Couple days ago.
 9        Q     Okay.  And what did you discuss?
10             MR.  KATAEV:  Objection, marital
11        privilege.  I instruct the witness not to
12        answer the question.
13   BY MR. NUSSBAUM:
14        Q     Okay.  How long did you speak to
15   him about it for?
16        A     Just one day to find out where I
17   need to show up.
18        Q     Okay.  Are you familiar with the
19   corporate defendant in this case,
20   Bulldozer Hospitality?
21        A     To my best knowledge, yes.
22        Q     Okay.  What do you know about
23   that?  About that entity?
24        A     That it does LLC under -- for La
25   Baia Restaurant.
```

                                    Page 16

 1                        M.  SHAHMURADYAN

 2        Q      For  the  restaurant  Osteria  La

 3   Baia?

 4        A      Yes.

 5        Q      And  what's  your  role  in  that

 6   entity,  in  Bulldozer?

 7        A      I'm  the  owner.

 8        Q      Are  there  any  other  owners?

 9        A      No.

10        Q      Do  you  own  100  percent  of  the

11   restaurant  Osteria  La  Baia?

12        A      I  do.

13        Q      Okay.  And  when  did  that

14   restaurant  open?

15        A      In  2022.

16        Q      And  have  you  always  been  the  100

17   percent  owner  of  the  restaurant?

18        A      Yes.  To  --  if  I  remember

19   correctly,  yes.

20        Q      Okay.  And  as  the  owner,  what  do

21   you  do  at  the  restaurant?

22        A      I  look  down  at  the  finances,  I

23   go  through  all  the  QuickBooks,  and  I

24   always  sign  off  tax  returns.  And  I  just

25   look  at  it  at  30,000-foot  view.  But  I  do

```
                                    Page 17
 1                    M. SHAHMURADYAN
 2   not handle day-to-day operations.
 3   Managers do that.
 4        Q    Which managers?
 5        A    Janos, his first name.  I
 6   have --
 7             MR. KATAEV:  -- look for the
 8        records --
 9             THE REPORTER:  Did you say --
10             MR. NUSSBAUM:  Counsel, please don't
11        interrupt the witness when she's in the
12        middle of testifying.
13             THE WITNESS:  I do not
14        remember -- name.  I could look in my
15        records.
16   BY MR. NUSSBAUM:
17        Q    Okay.  Sure.  Can you spell his
18   first name for the record, please?
19        A    J-A-N-O-S.  I believe that's how
20   it's spelled.
21        Q    And you hired him to work at the
22   restaurant?
23        A    I did.
24        Q    When did you hire him?
25        A    Two years ago, if I remember
```

```
                                       Page 18
 1                    M.  SHAHMURADYAN
 2   correctly.
 3        Q    Okay.  And what's his job title
 4   at the restaurant?
 5        A    He basically runs everything,
 6   from hiring to payroll to running day-to-
 7   day operation.
 8        Q    And does he have a title?
 9        A    He is manager.
10        Q    Manager of the restaurant?
11        A    Yes.
12        Q    And are there any other managers
13   at the restaurant?
14        A    No.  There's a director of
15   operations and manager.
16        Q    Okay.  Who's the current
17   director of operations?
18        A    It's Robert Petrosyants.
19        Q    And did you hire him for that
20   role?
21        A    Did I hire Robert Petrosyants
22   for the role of being director of
23   operations?  I did.
24        Q    And has he been the director of
25   operations since Osteria La Baia commenced
```

Page 19

```
 1                    M. SHAHMURADYAN
 2   operating in 2022?
 3        A    No.  Since 2023, if I remember.
 4   Or beginning 2024.  If I remember that
 5   correctly.
 6        Q    Okay.  And what is his role as
 7   director of operations?
 8        A    He works with vendors.  He deals
 9   with the foods, Department of Health, fire
10   departments.  Mainly just vendors.
11        Q    Anything else?
12        A    Not to my knowledge.
13        Q    Okay.  And who was the director
14   of operations before Robert?
15        A    When we opened up, the
16   restaurant was barely running.  So it
17   was -- the first year, it was very slow.
18   We just had a manager.  I don't remember
19   his name.  It was through COVID.
20        Q    This was in 2022; right?
21        A    Yeah.  It was --
22        Q    What month in 2022 did the
23   restaurant open?
24        A    December, I believe.
25        Q    Okay.  And who was the manager
```

```
                                    Page 20
 1                    M. SHAHMURADYAN
 2   before Janos?
 3        A    I don't remember the name.  I
 4   will have to check my records --
 5        Q    How many managers were -- pardon
 6   me -- represent?
 7        A    Maybe one.
 8        Q    One besides the one when the
 9   restaurant first opened?  Or just one and
10   Janos?
11        A    I think just one before Janos.
12        Q    Okay.  And did you interview
13   Janos before hiring?
14        A    Yes.
15        Q    Okay.  When the restaurant first
16   opened, who decided how much to pay the
17   employees?
18        A    I don't remember at that time
19   who was the manager.  And it looked like
20   he had -- he was -- he was the one who was
21   helping me because he had a little more
22   experience.  But I don't remember his
23   name.
24        Q     Okay.  But as the owner, you
25   were the one who decided how much everyone
```

```
                                      Page 21
 1                    M. SHAHMURADYAN
 2   was going to make at the restaurant;
 3   right?
 4        A    Yeah, but -- I did not --
 5             MR. KATAEV:  Objection --
 6             THE REPORTER:  I'm not -- didn't hear
 7        that, Mr. Kataev.
 8             MR. KATAEV:  Objection.  Assumes
 9        facts not in evidence.
10             You can answer.
11             THE WITNESS:  I do not remember who
12        made.  I -- at that time.  I don't
13        remember.
14   BY MR. NUSSBAUM:
15        Q    Who was the chef, the head chef
16   when the restaurant first opened?
17        A    I don't recall his name, but I
18   can look in my record if you need it.
19   Just --
20        Q    Okay.  And who hired him?
21        A    I hired him.  We did an
22   interview.
23        Q    Okay.  Okay.  And do you
24   remember how much he was paid?
25        A    I don't remember that.
```

```
                                            Page 22
 1                     M. SHAHMURADYAN
 2        Q     Do you remember who decided how
 3   much he was paid?
 4        A     I don't remember that.
 5        Q     Well, you're the one that hired
 6   him.  Or is it your testimony that you
 7   hired him but did not decide how much he
 8   was paid?
 9        A     I did not decide how much he was
10   paying --, getting paid.  He told us how
11   much he wanted get paid, but I don't
12   remember if we gave him that money or -- I
13   don't remember.
14        Q     He told you how much he wanted
15   and either you agreed to it or there was a
16   negotiation about how much to pay him?
17        A     Yes.
18        Q     Okay.  And you hired the head
19   chef to hire the employees in the kitchen
20   at the restaurant?
21        A     At that time, yes.
22        Q     Yeah.  And same thing with the
23   manager, with the manager before Janos and
24   Janos, you hired them to manage the day-
25   to-day operations of the restaurant;
```

```
                                          Page 23
 1                      M.  SHAHMURADYAN
 2   right?
 3        A     Correct.  Correct.
 4        Q     Okay.  How often do you meet
 5   with Janos?
 6        A     Very rarely.  I'm barely there.
 7   It's on a call on the phone sometimes.
 8        Q     How frequently do you speak to
 9   him on the phone?
10        A     Once a week.
11        Q     And what do you guys discuss
12   usually?
13        A     I just ask him to make sure to
14   send me all the reports, that payroll is
15   done and -- but I don't check it.  I just
16   make sure it's done.
17              And then just basic -- I do only
18   finances.  I don't -- I don't want
19   anything else there.
20        Q     Okay.  And he sends you the
21   payroll via email or other means?
22        A     He -- I -- I know how to go on
23   the application where I see the payroll,
24   so -- which I just go on there,
25   just -- just look at it.  But I don't
```

```
 1                    M. SHAHMURADYAN
 2   decide, or -- or -- I mean, I don't go on
 3   Toast maybe once in -- once a month I do.
 4   But I mostly go on QuickBooks.
 5        Q    Okay.  And -- but the payroll
 6   company -- withdrawn.
 7             The payroll records at the
 8   restaurant are not kept in hard copy;
 9   right?  They're kept electronically?
10        A    I'm not sure.
11        Q    Well, they're all on Toast, like
12   you said; right?
13        A    I only have an access to in
14   Toast.  I'm not sure how it is in the
15   restaurant.
16             MR. KATAEV:  Objection.  Assumes
17        facts --
18   BY MR. NUSSBAUM:
19        Q    Right, but they're available on
20   Toast; correct?
21             THE REPORTER:  -- I can't hear, Mr.
22        Kataev.
23             MR. KATAEV:  Objection, assumes facts
24        not in evidence.  She answered the
25        question.
```

```
                                        Page 25
 1                    M.  SHAHMURADYAN
 2   BY MR. NUSSBAUM:
 3        Q     But the records are available on
 4   Toast; correct?
 5        A     For me it is.  I don't know it
 6   is for them.  I --
 7        Q     Okay.  Now, who decides how much
 8   to pay the tipped employees at the
 9   restaurant?
10        A     The management.
11        Q     Janos?
12        A     Yes.  If I --
13        Q     Anybody else?
14        A     No.
15        Q     I'm sorry.  You said if I.  What
16   were you going to say?
17        A     Is if I recall correctly, it's
18   only Janos.
19        Q     Okay.  And you hired him to do
20   that; right?
21        A     Correct.
22        Q     Okay.  Who interviews employees
23   to be hired at the restaurant?
24        A     Janos does.
25        Q     Okay.  And you hired him to do
```

```
                                         Page 26
 1                      M.  SHAHMURADYAN
 2   that?
 3        A    I did.
 4        Q    Okay.  Who decides whether or
 5   not to terminate employees at the
 6   restaurant?
 7        A    Janos does.
 8        Q    Okay.  And you hired him to do
 9   that?
10        A    I did.
11        Q    Okay.  Who sets employees'
12   schedules at the restaurant?
13        A    Janos does.
14        Q    Okay.  And you hired him to do
15   that as well?
16        A    I did.
17        Q    Does -- withdrawn.  Is anyone
18   else involved in interviewing new
19   employees for hire?
20        A    No, they're not.
21        Q    Is Robert, the director of
22   operations, ever involved in hiring
23   employees?
24        A    Not to my knowledge, no.
25        Q    Is he ever involved in
```

```
                                              Page 27
 1                    M. SHAHMURADYAN
 2   terminating employees or decisions whether
 3   or not to terminate employees?
 4        A    I don't think so, no.
 5             THE REPORTER:  Just slow down a bit,
 6        Mr. Nussbaum, please.
 7             MR. NUSSBAUM:  Sure.
 8             MR. KATAEV:  Objection.  Compound.
 9             MR. NUSSBAUM:  Pardon?
10             MR. KATAEV:  I said objection,
11        compound.
12   BY MR. NUSSBAUM:
13        Q    Does Osteria La Baia have any
14   bylaws or like a written LLC agreement?
15        A    I'm sorry, ask that again?
16        Q    Does Osteria La Baia or
17   Bulldozer Hospitality have any written
18   statement about the corporate formation of
19   the company?
20        A    I need to check my records.
21        Q    Okay.  Can you tell me how the
22   restaurant came to be?  How is that you
23   decided to open the restaurant?
24        A    We -- at that time, there was a
25   location available.  And being in a
```

Page 28

M.  SHAHMURADYAN

1          restaurant business before, it was a good
2          opportunity.  And we went to find out and
3          figured out it'll be a good location for
4          an Italian restaurant.
5
6              Q     Who's we?
7              A     Me mostly.
8              Q     Well, mostly.  When you say we,
9          there were times that it wasn't just you.
10         So who else was involved in that?
11             A     There was -- there was somebody
12         that wanted to be partners, but he was
13         never a partner.  And he had restaurants
14         before, but he was never involved.  He was
15         just an idea.  But I don't remember his
16         name.
17             Q     Okay.  Are you still in touch
18         with them?
19             A     No.
20             Q     Are you familiar with the
21         specifics of the plaintiffs in this
22         lawsuit's employment at Osteria La Baia?
23             A     No.
24                   MR. KATAVE:  Objection -- form.
25                   You can answer.

```
                                        Page 29
 1                    M.  SHAHMURADYAN
 2    BY MR. NUSSBAUM:
 3         Q     Okay.  Well, would Janos know
 4    about the specific details of their
 5    employment?
 6         A     I believe so.
 7         Q     Okay.  Would Robert know?
 8         A     I don't think so.
 9         Q     Okay.  Are you
10    ever -- withdrawn.
11              Do you ever go to the
12    restaurant?
13         A     Very rarely.
14         Q     How frequently?
15         A     Months and two weeks or so.
16         Q     Okay.  And when you're at the
17    restaurant, do you meet with Janos?
18         A     I just go over, see Janos.
19    Could be busy.  There's not always where I
20    sit down and talk to him, no.
21         Q     But there are occasions that you
22    do; right?
23         A     Yeah.
24         Q     Okay.  And what do you guys
25    typically discuss?
```

```
                                        Page 30
 1                  M. SHAHMURADYAN
 2       A    Just the day-to-day, like are
 3   there any problems with the payroll 'cause
 4   I don't run anything else.  I don't know
 5   how to ask if -- well, what's happening
 6   with the food.  I don't do that.  So just
 7   making sure all the finances are on point.
 8       Q    Okay.  Do you ever discuss
 9   staffing at the restaurant?  Like how many
10   servers, bartenders, busboys to have in a
11   typical shift?
12       A    I do not.
13       Q    -- he decides that?  Janos
14   decides that?
15       A    Yes.
16       Q    Okay.  And you hired him to do
17   that; right?
18       A    Correct.
19            MR. KATAEV:  Objection.  Asked and
20       answered.
21   BY MR. NUSSBAUM:
22       Q    Do you know what the New York
23   State minimum wage is?
24       A    I believe so.
25       Q    Okay.  Do you know -- I -- well,
```

```
 1                    M. SHAHMURADYAN
 2   let me ask you this one.  Do you know what
 3   the concept of a minimum wage is?
 4        A    I do.
 5        Q    Okay.  Do you know what overtime
 6   is?
 7        A    I do.
 8        Q    And do you know what a tip
 9   credit minimum wage is?
10           MR. KATAEV:  Objection.  Calls for a
11        legal --
12           THE WITNESS:  I -- I don't know.
13   BY MR. NUSSBAUM:
14        Q    Okay.  Do you know how much
15   the -- withdrawn.
16           Osteria La Baia employs
17   individuals who earn tips at the
18   restaurant; right?
19        A    They do earn tips.  I just don't
20   know how much.
21        Q    Okay.  What types -- what are
22   the different categories of employees who
23   earn tips at the restaurant?
24        A    I am not familiar with this
25   information.  I have managers do that.
```

```
                                          Page 32

 1                    M. SHAHMURADYAN
 2      Q    You don't know if the restaurant
 3  has bartenders.
 4      A    I know there are bartenders.  I
 5  just don't know how much -- who makes the
 6  tip.
 7      Q    Okay.  You don't know if the
 8  bartenders make tips or not?
 9      A    I'm not sure.
10      Q    Okay.  Who would know the answer
11  to that?
12      A    Janos would.
13      Q    Okay.  Do you know how much the
14  bartenders are paid per hour?
15      A    I do not know.
16      Q    Okay.  Do you know that it's
17  illegal to have individuals who supervise
18  other employees participate in a tip pool?
19           MR. KATAEV:  Objection.  Calls for a
20      legal conclusion.
21           You can answer.
22           THE WITNESS:  I'm not sure.
23  BY MR. NUSSBAUM:
24      Q    Okay.  What, if anything, have
25  you done to ensure that the compensation
```

```
                                        Page 33
 1                    M. SHAHMURADYAN
 2   and tipping practices at Osteria La Baia
 3   were in accordance -- or are in accordance
 4   with federal and state law?
 5           MR. KATAEV:  Objection.  Assumes
 6       facts not in evidence.
 7           You can answer.
 8           THE WITNESS:  I am not able to answer
 9       that question because I don't handle that
10       and the manager does.
11   BY MR. NUSSBAUM:
12       Q    Okay.  Have you personally done
13   anything to ensure that the compensation
14   and tipping practices at Osteria La Baia
15   are in accordance with federal or state
16   law?
17       A    I have not --
18           MR. KATAEV:  Same objection.
19           THE REPORTER:  I'm sorry, I didn't
20       hear that answer or Mr. Kataev.
21           MR. KATAEV:  Same objection.
22           You can answer.
23           MR. NUSSBAUM:  What's the -- what
24       facts does it assume, Mr. Kataev?
25           MR. KATAEV:  It assumes that she's
```

```
                                      Page 34
 1                    M.  SHAHMURADYAN
 2        involved  in  that.
 3              MR.  NUSSBAUM:   I  asked  her  what  --  if
 4        she  has.   So  if  she  --  I'll  repeat  the
 5        question.
 6   BY  MR.  NUSSBAUM:
 7        Q     What,  if  anything,  have  you
 8   done  --  withdrawn.
 9              Have  you  done  anything  to  ensure
10   that  the  compensation  and  tipping
11   practices  at  Osteria  La  Baia  are  in
12   accordance  with  federal  or  state  law?
13        A     It's  not  my  role  --
14              MR.  KATAEV:   Objection.   Calls  for  a
15        legal  --
16              THE  REPORTER:   Can  you  repeat  your
17        answer?
18              THE  WITNESS:   It's  not  my  role.   I
19        have  not  done  that.
20   BY  MR.  NUSSBAUM:
21        Q     You  have  not  done  that.   Do  you
22   know  if  anyone  at  Osteria  La  Baia  has  ever
23   done  anything  to  ensure  that  the
24   restaurant's  compensation  and/or  tipping
25   practices  follow  federal  or  state  law?
```

```
                                              Page 35
 1                      M.  SHAHMURADYAN
 2              MR.  KATAEV:   Objection, calls for a
 3        legal conclusion.
 4              THE  WITNESS:   I am not sure.
 5   BY MR. NUSSBAUM:
 6        Q     So you don't know?
 7        A     I don't know.
 8        Q     Do you know that Osteria La Baia
 9   produced documents in this lawsuit?
10        A     I don't think I understand your
11   question, but I wouldn't be able to answer
12   that.
13        Q     Do you know that, as part of
14   this lawsuit, the plaintiffs put in
15   requests for you, Robert, and the
16   restaurant to provide documents?  Are you
17   aware of that?
18        A     Yes, I believe so.
19        Q     Okay.  And do you know whether
20   or not the defendants in this case
21   produced documents?
22        A     I am not sure.
23        Q     You're not sure.  As a hundred
24   percent owner, you have financial control
25   of the restaurant; right?
```

```
                                          Page 36
 1                   M. SHAHMURADYAN
 2       A    Correct.
 3       Q    Okay.  Does the restaurant have
 4  a lease or does it own the premises that
 5  it's in?
 6       A    It's leased.
 7       Q    Okay.  Who signed the lease on
 8  behalf of the restaurant?
 9       A    I don't recall it.
10       Q    Do you have a copy of the lease?
11       A    I have to check my records.  If
12  I do.
13       Q    You're not sure if you have a
14  copy of the lease for the restaurant?
15       A    Not with me right now, but I'm
16  sure I do.
17       Q    Okay.  We call for the
18  production of the lease.
19            MR. KATAEV:  Please follow up in
20       writing.
21  BY MR. NUSSBAUM:
22       Q    Was the -- withdrawn.
23            Were the premises at Osteria La
24  Baia's then renovated before it opened?
25       A    I'm not sure.  I -- what's the
```

Page 37

```
 1                      M. SHAHMURADYAN
 2   question?
 3        Q     Before you -- you testified
 4   earlier that you went -- if -- a location
 5   became available for a restaurant and you
 6   went to see it and you thought it was a
 7   good idea to open a restaurant; right?
 8        A     Right.
 9        Q     Okay.  So the premises that you
10   saw, is that the same --
11        A     Oh, no --
12        Q     -- premise that the restaurant
13   currently operates in?
14        A     No, it was renovated.
15        Q     Okay.  Who was in charge of the
16   renovations?
17        A     There was a company that was
18   hired to do renovation.
19        Q     Like a contractor?
20        A     Yes.
21        Q     Okay.  Who hired the contractor?
22        A     I don't recall right now.  Could
23   have been me, could have been managing
24   company.
25        Q     Who's the managing company?
```

```
                                        Page 38
 1                   M.  SHAHMURADYAN
 2       A     I don't recall their names.
 3       Q     Okay.  Does Osteria La Baia have
 4   a managing company?
 5       A     I mean a manager at that time,
 6   whoever worked.  Was helping me.  No, it
 7   was one person, I don't remember in 2022
 8   who was helping me manage the place?  I
 9   don't recall.
10       Q     You own 100 percent of the
11   company and you're saying you don't
12   remember who helped you open it up and
13   renovate the premises that the company's
14   in?
15       A     I don't remember their name, no.
16   But I could check my records.
17       Q     Okay.  We ask that the -- we
18   leave a space in the transcript that the
19   witness fill in the name of this person.
20            MR. KATAEV:  -- follow up in writing.
21   BY MR. NUSSBAUM:
22       Q     Who hired your lawyer in this
23   lawsuit?
24       A     I did.
25       Q     Okay.  And you had previous
```

```
                                    Page 39
 1                    M.  SHAHMURADYAN
 2   lawyers  in  this  lawsuit.   You  hired  those
 3   lawyers  as  well?
 4        A    Yes.
 5        Q    Okay.   And  they  represented
 6   Osteria  La  Baia  as  well;  right?
 7        A    Correct.
 8        Q    Whose  decision  was  it  for
 9   Osteria  La  Baia  to  switch  lawyers  from
10   your  previous  lawyers  to  the  current
11   lawyer?
12        A    Mine.
13        Q    Okay.   Does  Osteria  La  Baia  have
14   an  accountant  or  use  an  accounting
15   company?
16        A    Yes.
17        Q    Okay.   Who  hired  the  accountant
18   or  accountant  company?
19        A    I  did.
20        Q    Okay.   Who  chose  the  name  of
21   Osteria  La  Baia?
22        A    I  did.
23        Q    And  how  did  you  come  to  choose
24   that  name?
25        A    Because  it's  Italian  and  it
```

```
                                          Page 40
```

```
 1                     M.  SHAHMURADYAN
 2   means -- La Baia, it's at the bay.  So
 3   just decided to make it really -- Italian
 4   sound --
 5              MR. KATAEV:  Objection to relevance.
 6              MR. NUSSBAUM:  Okay.
 7              THE REPORTER:  I'm sorry?  I didn't
 8        hear that.
 9              MR. KATAEV:  Objection to relevance.
10              MR. NUSSBAUM:  I don't think I ever
11        got an objection to relevance.
12   BY MR. NUSSBAUM:
13        Q    Does the restaurant have a PR
14   company?
15        A    Not to my knowledge.
16        Q    Does it have a social media
17   account?  Or accounts?
18        A    It does have a social media
19   account.
20        Q    Who runs the social media
21   accounts?
22        A    I wouldn't be able to tell you.
23   I don't know the name.
24        Q    Who hired them to do it?
25        A    The managers.  The manager.
```

```
                                        Page 41
 1                    M. SHAHMURADYAN
 2        Q    And you hired the --
 3        A    Yes.
 4        Q    Right.  And you hired the
 5   manager to hire the person or people that
 6   run the social media accounts?
 7        A    Correct.
 8        Q    Do the managers report to anyone
 9   else besides for you?
10        A    No.
11        Q    Do they report to Robert ever?
12        A    Not to my knowledge.
13        Q    How frequently is Robert in the
14   restaurant?
15        A    I wouldn't be able to tell you
16   that.
17        Q    You're married to him; right?
18        A    Yeah, I mean he leaves the
19   house.  I'm not sure if he's meeting with
20   vendors outside of the house -- I mean
21   outside of the restaurant.
22        Q    Do you know if he goes to the
23   restaurant every week?
24        A    He does go to restaurant every
25   week.
```

Page 42

1                    M. SHAHMURADYAN

2        Q    Okay, but you just don't know

3   how many days each week?

4        A    I'm not sure.  No.

5        Q    Okay.  Who's the current head

6   chef of the restaurant?

7        A    I know his first name --

8        Q    What's that?

9        A    Adrian.

10       Q    And who hired Adrian?

11       A    If -- to my knowledge, manager

12   did.

13       Q    Janos?

14       A    I -- I can't tell you that

15   'cause I can't remember if Janos came

16   first or Adrian came first.  So I have to

17   check my record.

18       Q    Did you interview with Adrian

19   before he was hired?

20       A    I did not.

21       Q    Do you know how much Adrian

22   earns?

23       A    I do not know that.

24       Q    Does Janos ever email you about

25   the goings on in the restaurant?

```
                                            Page 43
 1                    M. SHAHMURADYAN
 2        A     Not about day-to-day operations,
 3   no.
 4        Q     Okay.  So other than phone
 5   calls, are there any other ways that he
 6   keeps you up to date on the day-to-day
 7   operation?
 8        A     No.  I don't know anything
 9   about --
10        Q     Does he text message -- I'm
11   sorry.  You don't know anything about?
12        A     The day-to-day operation.  He
13   does not text message me about it.
14        Q     Are there any other forms of
15   written communication that you and Janos
16   have?
17        A     No.
18        Q     Okay.  How does Robert update
19   you about his role in the restaurant?
20        A     I ask if I need to know anything
21   he did -- we do different things, so I
22   don't really need to know about vendors.
23   He deals with them separately.  I don't
24   ask their questions too many.
25              Just when we have new vendors I
```

```
 1                    M. SHAHMURADYAN
 2   can ask the name of the company, but I
 3   couldn't even tell you right now any
 4   names.
 5        Q    And are there ever any
 6   communications in writing between you and
 7   Robert?  Like emails or text messages
 8   about the restaurant?
 9        A    No.  No.
10        Q    Okay.  Do you have a specific
11   email account that you use for your work
12   at Osteria La Baia?
13        A    I do not.
14        Q    What -- so what email address do
15   you use for your work then?
16        A    It's a personal email.
17        Q    Okay.  What is that?
18        A    Marianna at ASHG dot NYC.
19             THE REPORTER:  Could you repeat that
20        slower?
21             THE WITNESS:  Marianna at ASHG dot
22        NYC.
23   BY MR. NUSSBAUM:
24        Q    And what is ASHG?
25        A    I couldn't remember that.  It's
```

```
                                      Page 45
 1                    M. SHAHMURADYAN
 2   just an old email.
 3             MR. KATAEV:  Objection to relevance.
 4   BY MR. NUSSBAUM:
 5        Q    How long have you had that email
 6   address for?
 7        A    For two years.
 8        Q    How did you come about
 9   the -- how did it come about that you got
10   that email address?
11        A    Marianna --
12             MR. KATAEV:  Objection to --
13             THE REPORTER:  I'm sorry, repeat that
14        Mr. Kataev?
15             MR. KATAEV:  Objection to relevance.
16             You can answer.
17             THE REPORTER:  I'm just going to ask
18        that the witness just take a little pause
19        after the question so that I can hear any
20        objections.
21             Go --
22             MR. NUSSBAUM:  Yeah, I'll ask Mr.
23        Kataev to just say objection.  It's clear
24        the witness is able to answer if -- unless
25        she's instructed not to answer.  And
```

```
                                              Page 46
 1                        M. SHAHMURADYAN
 2         there's no reason other than coaching.
 3         There's no reason other than coaching the
 4         witness for counsel to be stating the
 5         nature of the objection.
 6                  If I want to know what it is so
 7         that I could clean up my transcript, I'll
 8         ask you, but you could just say objection.
 9         You don't need to say anything --
10            MR. KATAEV:  -- not direct me on how
11         to make objections.  The objections that I
12         state are proper.  If you have a problem,
13         you can bring it up to the court.  Please
14         proceed with your deposition.
15    BY MR. NUSSBAUM:
16         Q    You said you got this email
17    address two years ago; right?
18         A    Yes.  About.
19         Q    Okay.  How did it come to be
20    that you were assigned this or given this
21    email address?
22         A    I don't remember.
23            MR. KATAEV:  Objection, relevance.
24            You can answer.
25            THE WITNESS:  Don't remember.
```

```
                                          Page 47
 1                    M.  SHAHMURADYAN
 2   BY MR. NUSSBAUM:
 3        Q    Ms. Shahmuradyan, we're talking
 4   about two years ago; right?
 5        A    Maybe three.  Two, three years
 6   ago.
 7        Q    Okay.  And we're talking about
 8   the email address that you use for your
 9   work; right?
10        A    Yes.
11        Q    And you're saying you don't know
12   what ASHG in your email address stands
13   for?  That's your testimony?
14             MR. KATAEV:  Objection.  Objection.
15        Argumentative.
16             You can answer.
17             THE WITNESS:  I don't recall it right
18        now.  I do not.
19   BY MR. NUSSBAUM:
20        Q    Okay.  Is it true that ASHG
21   stands for a company that's a hospitality
22   group that helps managing restaurants?
23             MR. KATAEV:  Objection to relevance.
24             You can answer.
25             THE WITNESS:  I'm not sure.
```

Page 48

```
 1                    M.  SHAHMURADYAN
 2    BY MR. NUSSBAUM:
 3         Q     Who would you consider to be the
 4    boss at Osteria La Baia?
 5         A     Everybody does their own job and
 6    the restaurant runs.  So the management
 7    hires, fires, decides payroll.  The chef
 8    does his part in the kitchen.  Robert
 9    meets with the vendors.  The hostess is in
10    the front sitting people.  The waiters are
11    doing their job.  I oversee everything.
12              The restaurant's been running
13    for three, four years, so I don't need to
14    get involved.  But every area is run by
15    specific people and it all comes together.
16         Q     When the restaurant first
17    opened, who determined the different types
18    of job classification that there would be
19    at the restaurant?
20         A     I can't --
21              MR. KATAEV:  Objection --
22              THE REPORTER:  I can't -- repeat
23         that?
24              MR. KATAEV:  Me or the witness?
25              THE REPORTER:  I believe there was an
```

```
                                         Page 49
 1                    M. SHAHMURADYAN
 2        objection.  I just didn't hear it
 3        properly.
 4             MR. KATAEV:  I said objection, asked
 5        and answered.
 6             You can answer.
 7             THE WITNESS:  I -- I don't recall in
 8        2022 where it -- it was brand new
 9        restaurant, who was doing things.  It was
10        very new.  I don't recall it.
11   BY MR. NUSSBAUM:
12        Q    Well, who was the first employee
13   that was hired at the restaurant?
14        A    I don't remember.
15        Q    But you hired the first employee
16   at the restaurant; right?  Because
17   you -- there was no one else at the time?
18        A    I don't remember.
19        Q    Is there any other way that an
20   employee could have been hired at the
21   restaurant if you own a hundred percent of
22   it and there are no other employees?
23             MR. KATAEV:  Objection.
24        Argumentative.
25             You can answer.
```

```
                                        Page 50

 1                    M. SHAHMURADYAN

 2            THE WITNESS:  Maybe.

 3   BY MR. NUSSBAUM:

 4       Q    Can you explain to me how that's

 5   possible?

 6       A    I really can't.  But I don't

 7   remember what was happening in 2022, to be

 8   honest.

 9       Q    That's what I thought.  What

10   meals is Osteria La Baia open for?

11       A    Say it again?

12       Q    What meals is Osteria La Baia

13   open for?  What's the schedule at the

14   restaurant?

15       A    As of today?

16       Q    Right now, yeah.

17       A    We're open for lunch, dinner?

18   Is that what you're asking?

19       Q    Yeah.  And is it open for lunch

20   and dinner seven days a week?  Or is it

21   something else?

22       A    It's seven days a week, to my

23   knowledge.

24       Q    Okay.  And what time does the

25   restaurant open for service for lunch?
```

```
                                            Page 51

 1                    M. SHAHMURADYAN
 2        A    I'm not sure.  I believe it's 12
 3   o'clock.
 4        Q    Okay.  Who decided that?
 5        A    Janos did.
 6        Q    Okay.  And you hired him to
 7   decide the times that the restaurant would
 8   be open for service?
 9        A    Correct.
10        Q    Are there pre-shift meetings
11   with the employees at the restaurant?
12        A    I am not sure.  Janos takes care
13   of it.
14        Q    So there are and Janos takes
15   care of it?
16        A    I said I'm not sure.  But Janos
17   takes care of everything that's supposed
18   to be pre-shift.  I wouldn't know.
19        Q    Excuse me.  Do you know if
20   there's a tip pool at the restaurant?
21        A    I do not know that.
22        Q    Do you know an individual named
23   Julio Perez who works at the restaurant?
24        A    No.
25        Q    Okay.  You said earlier that you
```

```
                                        Page 52
 1                    M. SHAHMURADYAN
 2   reviewed the complaint in the case; right?
 3        A    Yes.
 4        Q    Okay.  Did you see the
 5   allegation in the complaint that there's
 6   an individual named Julio Perez who worked
 7   at the restaurant and performed
 8   supervisory duties at the restaurant?
 9   That that's what was alleged in the
10   complaint?
11        A    Right.  I didn't read it
12   thoroughly.  I just needed to know what I
13   need to know.  But I believe so, yes.  I
14   believe.  I can't -- I can't recall a
15   hundred percent.
16        Q    Okay.  Isn't it true that there
17   are other employees at the restaurant
18   besides for Janos that are involved in
19   scheduling at the restaurant?
20        A    I don't know that.
21        Q    It's possible that Janos hired
22   someone else to do that?
23        A    I wouldn't know that.
24        Q    Do you know what the payroll
25   period is at Osteria La Baia?
```

M. SHAHMURADYAN

1

2     A     Again, I don't -- I don't know
3     this question.  I don't deal with it.  I
4     just sign out --

5     Q     Okay.  Does the -- pardon me.
6     Does the restaurant use a payroll company?

7     A     I believe it does.

8     Q     Okay.  Do you know what the
9     payroll company's name is?

10    A     I believe it's Toast.

11    Q     -- and who decided to engage
12    Toast for -- to run the restaurant's
13    payroll?

14    A     I am not sure.

15    Q     Has the restaurant always used
16    Toast?

17    A     I'm not sure.

18    Q     Who would know the answer to
19    those questions of when Toast started
20    being used at the restaurant and whose
21    decision it was?

22    A     I believe the manager.

23    Q     Now, is Janos present in the
24    restaurant every day?

25    A     I believe so.

                          M. SHAHMURADYAN

1

2        Q      He works lunch and dinner seven

3    days a week?

4        A      I'm not sure about his schedule.

5        Q      Okay.  Are there occasions that

6    he's not present in the restaurant when

7    the restaurant is open?

8        A      Not to my knowledge, but

9    everything's possible.  He might be having

10   a day off.  But I'm not sure about his

11   schedule.

12       Q      Okay.  When he's not in the

13   restaurant, who's the highest ranking

14   employee in the restaurant?

15       A      I couldn't answer that.

16       Q      When you hired Janos, did you

17   discuss how much he was going to get paid?

18       A      I did not.

19       Q      Well, who decided how much he

20   was going to get paid?

21       A      He told me what he wanted to get

22   paid and that was later on decided by me.

23   But I don't recall how much that was at

24   that time.

25       Q      Okay.  But you agreed to pay him

```
 1                    M. SHAHMURADYAN
 2    the amount that he requested?
 3         A    It was negotiated.  But again, I
 4    don't know numbers to tell you.  I'd have
 5    to check my record.
 6         Q    Okay.  Do you know if Janos ever
 7    received a raise since he started working
 8    at the restaurant?
 9              MR. KATAEV:  Objection, relevance.
10              You can answer.
11              THE WITNESS:  Not to my knowledge.
12    BY MR. NUSSBAUM:
13         Q    Has he ever asked for a raise?
14         A    Not to my knowledge.
15         Q    Did Janos ever consult with you
16    about hiring someone before hiring them?
17         A    No.
18         Q    Did Janos ever consult with you
19    about firing someone before he fired them?
20         A    No.
21         Q    Do you know if the restaurant
22    provides its employees with a written
23    notification about how they're going to be
24    paid when they're first hired?
25         A    I do not know that.
```

```
                                          Page 56
 1                    M. SHAHMURADYAN
 2      Q    So it's possible they don't and
 3   you just wouldn't know; right?
 4      A    I can't answer that.
 5           MR. KATAEV:  Objection.  Hypothetical
 6      speculation.
 7   BY MR. NUSSBAUM:
 8      Q    Do you know how many tipped
 9   employees currently work at the
10   restaurant?
11      A    I do not know that.
12      Q    Do you know if there are any
13   difference in between the tipped employees
14   at the restaurant?
15      A    Do not know that.
16      Q    Are there any reasons that you
17   could think of that there would be any
18   differences in the payroll policies at the
19   restaurant between different employees?
20      A    Can you repeat that question?
21      Q    Sure.  Are there any differences
22   in payroll policies that you know of at
23   the restaurant?
24      A    I do not know that.
25      Q    Okay.  But isn't it true that
```

Page 57

                              M. SHAHMURADYAN

1

2    the restaurant applies the same payroll

3    policies to all the tipped employees at

4    the restaurant?

5              MR. KATAEV:  Objection.  Assumes

6        facts not in evidence.

7              You can answer.

8              THE WITNESS:  I cannot answer that.

9        Don't know it.

10   BY MR. NUSSBAUM:

11       Q    Okay.  Do you know if all the

12   tipped employees at the restaurant are

13   paid the same hourly rate?

14       A    I don't know that.

15       Q    Okay.  Now, are you familiar

16   with a company called American Standard

17   Hospitality Group?

18             MR. KATAEV:  Objection to relevance.

19             You can answer.

20             THE WITNESS:  I can't answer that.  I

21       have to check my records.

22   BY MR. NUSSBAUM:

23       Q    I asked you if sitting here

24   today, are you familiar with that company?

25       A    I'm not sure.

```
 1                    M. SHAHMURADYAN
 2        Q    You're not sure.  Isn't it true
 3   that the ASHG in your email address stands
 4   for American Standard Hospitality Group?
 5        A    It could be.  I barely use that
 6   email.  I don't know that.
 7        Q    Okay.  So you weren't sure
 8   before, but now maybe you know a little
 9   bit more that maybe it does stand for
10   that; right?
11        A    I'm still not sure at
12   all -- sure.
13             MR. KATAEV:  Object --
14   BY MR. NUSSBAUM:
15        Q    Still not sure -- don't know.
16   What would help you to refresh your
17   recollection?
18             MR. KATAEV:  Objection --
19             THE REPORTER:  -- speaking at the
20        same time so I'm not hearing those
21        objections.  Barely hearing you, Mr.
22        Kataev.
23             MR. KATAEV:  Objection.
24        Argumentative.  I'm going to call in.
25             THE REPORTER:  Okay.  Do you want to
```

```
1                        M. SHAHMURADYAN
2         go off the record?
3              MR. KATAEV:  You can proceed.  I'll
4         call in for now.  I don't want to
5         interrupt.
6              MR. NUSSBAUM:  No, we can go off the
7         record for five minutes.
8              THE REPORTER:  Okay.
9              MR. NUSSBAUM:  It's a good time to
10        take a break.
11             THE REPORTER:  -- 1:23.
12        We're -- record.
13             (Off the record.)
14             THE REPORTER:  It is 1:30.  We're on
15        the record.
16   BY MR. NUSSBAUM:
17        Q    Ms. Shahmuradyan, we're back on
18   the record.  Do you understand that you're
19   still under the duty to -- you're still
20   under oath?
21        A    Yes.
22        Q    I would like to share my screen
23   with you and show you a document that I'm
24   going to mark as Exhibit A.
25   //
```

```
                                      Page 60

 1                    M.  SHAHMURADYAN
 2           (Plaintiff Exhibit A was marked
 3           for identification.)
 4           Okay, Ms. Shahmuradyan, I'm
 5   sharing my screen with you now.  Do you
 6   see a document on your screen?
 7        A    I do.
 8        Q    Okay.  This is a document I'm
 9   going to mark as Plaintiff's Exhibit A.
10   On the bottom right it says DEFS-000232.
11   Do you see that?
12        A    I do.
13        Q    Okay.  And at the top of it,
14   it's a Certificate of Liability Insurance.
15   Do you see that?
16        A    Yes.
17        Q    Okay.  Have you seen this
18   document before?
19        A    No.
20        Q    Okay.  On the bottom of it,
21   there's a certificate holder and then an
22   authorized representative, and those are
23   redacted.  Do you see that?
24        A    I do.
25        Q    Do you know what it said under
```

```
                                        Page 61
 1                    M. SHAHMURADYAN
 2   those redactions?
 3        A    No.
 4        Q    Do you know why it was redacted?
 5        A    I do not.
 6        Q    Okay.  Now, I want to show you
 7   payroll records for employees at Osteria
 8   La Baia.  But before I do that, are you
 9   familiar with any of the payroll records
10   that the company used for its employees?
11        A    No.
12        Q    Okay.  So you're not at all
13   familiar with any payroll records at
14   Osteria La Baia; correct?
15        A    No.
16        Q    And you are not able to provide
17   any testimony or give any evidence
18   relating to any payroll records at Osteria
19   La Baia.  Is that right?
20        A    That's right.
21        Q    Okay.  Now I'd like to share my
22   screen with you again and show you a --
23             MR. KATAEV:  While you pull that up,
24        and we could go off the record for this,
25        I just want to talk about how I'll get a
```

```
                                              Page 62
 1                    M. SHAHMURADYAN
 2      copy of these deposition exhibits.
 3            THE REPORTER:  Do you want to go off
 4      the record?
 5            MR. NUSSBAUM:  I think we can --
 6      could talk about this after the
 7      deposition.  I don't know if -- I don't
 8      know why you're interrupting with that
 9      right now.
10            MR. KATAEV:  That's fine.  I don't
11      mean to interrupt with it now.  We can
12      talk about it after --
13            MR. NUSSBAUM:  Of course.
14            MR. KATAEV:  But I wanted to raise it
15      to your -- while you were looking it up,
16      which was not interrupting because you
17      were looking it up.
18            MR. NUSSBAUM:  Unique.
19   BY MR. NUSSBAUM:
20      Q    All right, Ms. Shahmuradyan, I
21   am going to share my screen with you and
22   show you a document that was produced by
23   your lawyers in this lawsuit.  Just bear
24   with me for one moment.  Okay.
25   Disappeared.  One second -- is it this
```

```
                                        Page 63
 1                     M. SHAHMURADYAN
 2   spreadsheet.  There it is.  Okay.
 3            I'm sharing my screen with you.
 4   I'm showing you a document that I'm
 5   marking as Plaintiff's Exhibit B.  I will
 6   represent to you that this is a
 7   spreadsheet that was produced by your
 8   attorneys in this case.  And the name of
 9   the file that they gave us is underscore
10   Quarterly Employee Payroll Audit 1, in
11   parentheses dot csv.  I've taken that
12   spreadsheet and I've just sorted it by
13   position.
14            (Plaintiff Exhibit B was marked
15            for identification.)
16            THE REPORTER:  Can I just ask, what
17       was the under -- it was "understore"
18       cordially?
19            MR. NUSSBAUM:  Quarterly.
20            THE REPORTER:  Quarterly.  Got you.
21            MR. NUSSBAUM:  Underscore Quarterly
22       Employee payroll Audit 1.  The number one.
23   BY MR. NUSSBAUM:
24       Q    Ms. Shahmuradyan, are you
25   familiar with this spreadsheet?
```

```
                                         Page 64
 1                    M.  SHAHMURADYAN
 2        A    I'm not.
 3        Q    Okay, so just looking at this
 4   spreadsheet, tell me if you need me to
 5   make it bigger, but it appears that
 6   there's an employee of Osteria La Baia
 7   who's listed in the position of management
 8   whose name was Fabricio Carpio.  Do you
 9   know who that is?
10        A    I do not.
11        Q    Okay.  Do you know someone by
12   the name of Luis Chavez?
13        A    I don't.
14        Q    What about Massimiliano
15   Convertini?
16        A    I don't.
17        Q    Christian Cortez?
18        A    I do not.
19        Q    Walter Donadio?
20        A    No.
21        Q    Fotios Drosos?
22        A    No.
23        Q    That's F-O-T-I-O-S, last name
24   D-R-O-S-O-S?
25        A    No.
```

                    M. SHAHMURADYAN

1

2      Q     You said you don't know who that

3  is?

4      A     I do not.

5      Q     Okay.  Anna Vala Durvett,

6  D-U-R-V-E-T-T.  Do you know what that is?

7      A     I do not.

8      Q     Pablo Isidoro?

9      A     I do not.

10     Q     Do you know who that is?

11     A     No.

12     Q     Okay.  Giovanni Lucente?

13     A     I don't.

14     Q     Diego Negri?

15     A     I do not.

16     Q     Rahiem Ortiz.  First name is

17  R-A-H-I-E-M, last name Ortiz.  Do you know

18  who that is?

19     A     No.

20     Q     And then we have Janos Paliko.

21  Is that the Janos that you've been

22  referring to?

23     A     Correct.

24     Q     Okay.  And it appears that he

25  was hired already in 2022.  Is that

```
                                        Page 66
 1                      M.  SHAHMURADYAN
 2    accurate?
 3           A     Yes.
 4           Q     Okay.   Next person under the
 5    position of management is Jeny Peralta.
 6    Do you know who that is?
 7           A     No, do not.
 8           Q     How about Santiago Pesantez?
 9           A     No.
10           Q     All right.   What about Gladys
11    Ponce?
12           A     No.
13           Q     Elizabeth Rezucha, R-E-Z-U-C-H-A
14    dash Brown?
15           A     No.   No.
16           Q     Okay.   Jose Rivera Rodriguez.
17    Do you know that is?
18           A     No.
19           Q     Ulises Robles.   Do you know who
20    that is?
21           A     No.
22           Q     Okay.   Brian VanderGast,
23    V-A-N-D-E-R-G-A-S-T?
24           A     I do not.
25           Q     Okay.   Does it make sense that
```

```
                                    Page 67
 1                      M. SHAHMURADYAN
 2   Osteria La Baia had this many management
 3   level employees in 2022 or 2023?
 4        A    I'm not sure.
 5        Q    Okay.  And none of these people
 6   are the people that you referred to as
 7   being the manager that you hired before
 8   Janos.  Is that right?
 9        A    Not to my knowledge.
10        Q    And the information in the other
11   columns, L, M, N, O, P, Q, R, S, do you
12   know what that information is?
13        A    No.
14        Q    And that would be true for all
15   spreadsheets that look like this; right?
16   You wouldn't know what the information
17   means?
18        A    I wouldn't know.
19        Q    Okay.  Ms. Shahmuradyan, how
20   much did Osteria La Baia gross in 2024?
21        A    I have to check my records --
22        Q    In earnings.
23             THE REPORTER:  I'm sorry --
24   BY MR. NUSSBAUM:
25        Q    Was it more or less than $2
```

```
                                          Page 68
 1                      M.  SHAHMURADYAN
 2   million?
 3        A    I have to check my --
 4        Q    -- I believe.  Sorry.  I believe
 5   the answer was I have to check my records.
 6             Was it more or less than a
 7   million dollars?
 8        A    I have to check my records.
 9        Q    Was it more or less than $5
10   million?
11        A    I will still have to check my
12   records.
13        Q    So you don't know sitting here
14   today if the restaurant made $500,000 or
15   grossed $500,000 or $5 million last year.
16   Is that your testimony?
17        A    I will have to check my records
18   and I will know.  Not as right now.
19        Q    But I'm saying, sitting here
20   today, right now, you don't know if the
21   restaurant made less than a million
22   dollars or more than a million dollars?
23   Or grossed less or more than a million
24   dollars last year?
25        A    I'm not sure to answer.
```

                              M. SHAHMURADYAN
1
2        Q     I'm not asking if you're sure
3   how to answer it.   I'm saying how is it
4   possible that you have no recollection of
5   if the restaurant made more or less than a
6   million dollars last year?
7        A     I just don't want to say
8   something that's not true.   I have to look
9   at my records.
10        Q     Oh, Ms. Shahmuradyan, it's true
11   that you're on the liquor license for the
12   restaurant; right?
13        A     Right.
14        Q     Did you have to submit any
15   paperwork as part of that application for
16   a liquor license?
17        A     When we just opened up, I did.
18        Q     Okay.   And who helped you fill
19   that out, if anyone?
20        A     I don't recall their names.
21        Q     Was it an attorney?
22        A     I couldn't tell you.   I don't
23   remember.
24        Q     Okay.   Now, as owner of the
25   restaurant, you have ultimate authority

Page 70

```
 1                    M. SHAHMURADYAN
 2   over all operations of the restaurant;
 3   correct?
 4        A    Correct.
 5        Q    You could decide whether to hire
 6   someone or whether to fire someone;
 7   correct?
 8        A    Correct.
 9        Q    The buck stops with you.  Would
10   that be accurate?
11        A    Can you rephrase that?
12        Q    Yeah.  The phrase, are you
13   familiar with the phrase the buck stops
14   with you?
15        A    I'm not.
16        Q    Okay.
17        A    Because what I -- if I think
18   what you're saying doesn't stop with me,
19   because again, there's management
20   beside --
21        Q    Right.  But you're the ultimate
22   authority on the top of the operations of
23   the restaurant; right?  As the owner.
24        A    Yes, but I don't decide certain
25   things in the restaurant.
```

```
                                           Page 71
 1                    M. SHAHMURADYAN
 2        Q    Right.  Now, are you familiar
 3   with private events at the restaurant?
 4        A    No.
 5        Q    Okay.  Do you know how the
 6   restaurant charges customers for private
 7   events?
 8        A    No.
 9        Q    Who would know the answer to
10   that?
11        A    Janos would.
12        Q    He's responsible for the private
13   events?
14        A    Correct.
15        Q    Does the restaurant have a
16   private events manager?
17        A    I am not sure.
18        Q    Do you know if the restaurant
19   charges customers "a service charge"?
20        A    No, I don't.
21        Q    Did you review your answer to
22   the complaint in this case?
23        A    What does complaint mean?  I'm
24   sorry, say that again?
25        Q    The -- you know the document
```

```
 1                    M.  SHAHMURADYAN
 2    that initiated this lawsuit that was filed
 3    by Katherine Fernandez?  You know that
 4    document?
 5         A     Yes.
 6         Q     Okay.  So that's called a
 7    complaint.  Did you review the complaint?
 8    I believe you testified earlier that you
 9    reviewed the complaint.
10         A     I breezed through it.  Didn't
11    read the whole thing.
12         Q     Okay.  And do you know that your
13    attorneys filed an answer on your behalf
14    to that complaint?
15         A     I'm not sure.
16         Q     Okay.  Well, I'll represent to
17    you that in the complaint, the plaintiff
18    alleges that Osteria La Baia grosses more
19    than $500,000 a year.  Do you understand
20    that?
21         A     I understand that's what it was
22    said, yes.
23         Q     Okay.  And the answer that your
24    attorneys served on your behalf, they deny
25    that and say that the restaurant did not
```

```
                                              Page 73
 1                    M. SHAHMURADYAN
 2   gross 500,000 a year.  Do you understand
 3   that?
 4        A    Yeah, I understand that that's
 5   what's said -- that's --
 6        Q    Right.  And that's not true.
 7   That's a lie.  That's a lie; right?
 8        A    How would I know?  I don't know.
 9        Q    You don't -- you said you're the
10   bookkeeper, you're the one who reviews the
11   books every week.  Remember?  Isn't that
12   what your testimony was earlier?
13        A    As of right now, I can't recall
14   that to answer.
15        Q    Okay, but you denied it in your
16   answer; right?
17        A    What did I deny?
18        Q    That the restaurant grosses more
19   than $500,000.
20        A    I said I'm not sure.  I did not
21   deny.
22        Q    If it turns out that that's not
23   true, will you be amending your answer?
24             MR. KATAEV:  Objection.
25             MR. NUSSBAUM:  You can answer.
```

```
                                          Page 74
 1                    M.  SHAHMURADYAN
 2           THE  WITNESS:   I'm  not  sure.
 3           MR.  NUSSBAUM:   Just  give  me  ten
 4      minutes.   I'm  going  to  review  my  notes.   I
 5      believe  we're  pretty  close  to  finishing
 6      up;  okay?   So  off  the  record.
 7           THE  REPORTER:   --  it's  1:44.   We're
 8      off  the  record.
 9           (Off  the  record.)
10           THE  REPORTER:   Okay.   It's  1:55.
11      We're  on  the  record.
12  BY  MR.  NUSSBAUM:
13      Q     Okay,  Ms.  Shahmuradyan  --
14      A     Yes.
15      Q     Do  you  take  a  salary  at  Osteria
16  La  Baia?
17           MR.  KATAEV:   Objection  to  relevance.
18           You  can  answer.
19           THE  WITNESS:   It  depends  on  each
20      year.
21  BY  MR.  NUSSBAUM:
22      Q     I  didn't  hear  your  answer.
23  Depends  on?
24      A     On  each  year.   It  depend  --
25           THE  REPORTER:   --  move  back  a  little
```

```
                                        Page 75

 1                     M.  SHAHMURADYAN

 2        from the mic.   Thank you.

 3   BY MR. NUSSBAUM:

 4        Q    Again, sorry, your answer one

 5   more time?  It depends on?

 6        A    On each year -- mostly, yes.

 7        Q    Okay.  Last year did you take a

 8   salary?

 9        A    I did.

10        Q    And what was your salary?

11        A    I couldn't remember.  I have to

12   check.

13        Q    Was it more or less than

14   $200,000?

15        A    I'd have to check.

16        Q    You really don't know sitting

17   here today.  You have no idea what you

18   took last year?

19        A    I don't know.

20             MR. KATAEV:  Objection --

21   BY MR. NUSSBAUM:

22        Q    Okay.  Do you know how much your

23   husband earns as director of operations at

24   Osteria La Baia?

25        A    I don't know.
```

Page 76

```
 1                    M. SHAHMURADYAN
 2           MR. KATAEV:  Objection.
 3    BY MR. NUSSBAUM:
 4       Q    Okay.  But he earns a salary as
 5    the director of operations?
 6           MR. KATAEV:  Same objection.
 7           THE WITNESS:  I'm not sure.
 8    BY MR. NUSSBAUM:
 9       Q    Well, how is he paid for his
10    work?
11       A    I believe he gets salary.
12       Q    Okay.  And who decided what his
13    salary would be?
14       A    It was a -- a starting salary.
15    I decided.
16       Q    You're the one who decided?
17       A    Uh-huh.
18       Q    Has he received any raises?
19           THE REPORTER:  -- to say yes or no.
20    BY MR. NUSSBAUM:
21       Q    You decided?  Yes?
22       A    Yes.
23       Q    And has he received any raises
24    since his initial salary?
25       A    I'm not sure.  Not -- I don't
```

```
                                      Page 77
 1                    M.  SHAHMURADYAN
 2   remember.
 3        Q    Do you have any other jobs
 4   besides for your work at Osteria La Baia?
 5        A    I do.
 6        Q    What do you do?
 7        A    I have a nutritionist company
 8   where I do consultations for nutrition.
 9        Q    Okay.  Anything else?
10        A    Not as of right now.
11        Q    And before you opened Osteria La
12   Baia, what were you doing?
13        A    I worked -- I did bookkeeping in
14   a different company.
15        Q    For what kind of company?
16        A    A restaurant also.
17             MR. KATAEV:  Objection to --
18             THE REPORTER:  I'm sorry?
19   BY MR. NUSSBAUM:
20        Q    What kind of company?
21             THE REPORTER:  It was an objection to
22        relevance?
23             MR. KATAEV:  That's correct.
24             THE REPORTER:  Okay.  I'm still not
25        hearing  you clearly, Mr. Kataev, so try
```

```
                                           Page 78
  1                     M. SHAHMURADYAN
  2        to speak up or -- or move closer to the
  3        mic maybe.
  4             MR. KATAEV:  Okay.
  5   BY MR. NUSSBAUM:
  6        Q    And that was for another
  7   restaurant, you said?
  8        A    Yes.
  9        Q    Okay.  Also part of ASHG?
 10             MR. KATAEV:  Objection to relevance.
 11             THE WITNESS:  I'm not sure.
 12   BY MR. NUSSBAUM:
 13        Q    What was the name of that
 14   restaurant?
 15        A    Loreto.
 16        Q    Okay.  Who owned it or owns it?
 17        A    I did.
 18        Q    You owned -- and it doesn't
 19   operate anymore?
 20        A    Does not operate anymore.
 21        Q    Okay.  Why did you close it?
 22        A    Personal reasons.
 23        Q    What were the reasons?
 24        A    I couldn't tell you right now.
 25             MR. KATAEV:  Objection --
```

```
                                        Page 79
 1                    M. SHAHMURADYAN
 2   BY MR. NUSSBAUM:
 3        Q    Why can't you tell me right now?
 4             MR. KATAEV:  Objection.
 5        Argumentative.
 6             THE WITNESS:  It wasn't doing well,
 7        so we closed it.
 8   BY MR. NUSSBAUM:
 9        Q    Okay.  And did you own 100
10   percent of that restaurant?
11        A    I did.
12        Q    You said Osteria La Baia is an
13   Italian restaurant; right?
14        A    Correct.
15        Q    So it uses some products that
16   are from Italy?
17             MR. KATAEV:  Objection to relevance.
18             You can answer.
19             THE WITNESS:  Not to my knowledge.
20   BY MR. NUSSBAUM:
21        Q    None of the products are
22   from -- that the restaurant uses are
23   originally made in Italy?
24             MR. KATAEV:  Objection -- relevance.
25             THE WITNESS:  I wouldn't --
```

```
                                              Page 80
 1                     M.  SHAHMURADYAN
 2          THE  REPORTER:   Can  you  repeat  your
 3     answer?
 4          MR.  NUSSBAUM:   Counselor,  you  guys
 5     denied  that  --
 6          THE  REPORTER:   I  didn't  --
 7          MR.  NUSSBAUM:   --  you  denied  in  your
 8     answer  --
 9          THE  REPORTER:   I  didn't  --  wait,
10     wait,  wait.   I  didn't  get  the  answer.
11          MR.  NUSSBAUM:   It's  okay.   It's  okay.
12          You  didn't  --  denied  in  your  answer,
13     Counselor,  that  the  restaurant  uses  funds
14     that  are  --  that  go  through  interstate
15     comment  --  commerce.   So  how  are  you
16     objecting  on  the  basis  of  relevance?
17          MR.  KATAEV:   Well,  Italy  is  not  the
18     only  place  that  could  be  an  interstate
19     commerce  and  it's  --
20          MR.  NUSSBAUM:   It's  obviously
21     relevant.   That's  asinine.
22          MR.  KATAEV:   Okay.   I  made  the
23     objection.   I  didn't  instruct  her  not  to
24     answer.
25          MR.  NUSSBAUM:   Right.   Keep  it  up.
```

                        M.  SHAHMURADYAN

1

2            MR.  KATAEV:  I'm allowed to make

3       objections --

4            THE  REPORTER:  I can barely hear

5       anything you're saying.  Mr. Kataev.

6            MR.  KATAEV:  I said I made an --

7            MR.  NUSSBAUM:  You're not missing

8       anything.

9            MR.  KATAEV:   I -- I said I made the

10      objection.  I did not instruct her not to

11      answer.  I don't see the point of view

12      arguing with me on the record.

13           Please, proceed with your deposition.

14           MR.  NUSSBAUM:  Okay.  Thank you very

15      much.

16           MR.  KATAEV:  -- welcome.

17  BY MR. NUSSBAUM:

18      Q    Where are the products that

19  Osteria La Baia uses, where are they from

20  originally?

21      A    I don't know.  I don't order --

22      Q    Who would know the answer to

23  that?  Who would know the answer to that?

24      A    The manager and the chef

25  probably.

Page 82

```
 1                    M. SHAHMURADYAN
 2      Q    And your husband because
 3  he -- you said he --
 4           THE REPORTER:  -- have we lost
 5      someone?  Oh --
 6           MR. NUSSBAUM:  It's okay.  We lost
 7      the paralegal.
 8           MR. KATAEV:  Yeah -- lost.
 9  BY MR. NUSSBAUM:
10      Q    It -- and your husband because
11  he deals with the vendors; right?
12      A    I believe so.
13      Q    Okay.  When you first hired
14  Janos, what instruction did you give him?
15      A    To hire people, to oversee
16  everything that's happening on the floor,
17  bartenders, bussers, make sure that
18  everybody has the right schedule.
19  Everything that needs to be -- operational
20  side.
21      Q    Okay.  And in the last two or
22  three or so years that he worked there,
23  have you had to correct any of the things
24  that he's done?  As manager at the
25  restaurant?
```

Page 83

```
 1                    M. SHAHMURADYAN
 2       A     Not to my knowledge.
 3       Q     There's never a time that you
 4  said, hey, we should do this differently
 5  or do something else differently?
 6       A     No.
 7            MR. KATAEV:  Objection.  Asked and
 8       answered.
 9  BY MR. NUSSBAUM:
10       Q     So everything he's done, you
11  have been completely okay with and you're
12  on board with everything that he does.  Is
13  that right?
14       A     I think so, yes.
15            MR. KATAEV:  Objection, asked -- and
16       improper.
17            MR. NUSSBAUM:  I have no further
18       questions for you.  Thank you for your
19       time today.
20            THE REPORTER:  Okay.  It's 2:02.
21       We're off the record.
22            (Off the record.)
23            THE REPORTER:  It's 2:02.  We're on
24       the record.
25            You are ordering a copy, Mr. Kataev?
```

```
                                        Page 84
  1                     M. SHAHMURADYAN
  2          MR. KATAEV:  Expedited, please.  By
  3      Friday, if possible.
  4          THE REPORTER:  Okay, I will reach
  5      out.
  6          It is 2:02.  We're off the record.
  7
  8          (Whereupon, at 2:02 p.m., the
  9          proceeding was concluded.)
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Page 85

1
2

     A C K N O W L E D G E M E N T

3
4
5            I, MARIANNA SHAHMURADYAN, certify
6      that I have read the transcript of my
7      testimony taken under oath on November 13,
8      2025, and that the transcript is a
9      true, complete and correct record of
10     what was asked, answered and said
11     during this deposition, and that the
12     answers on the record as given by me
13     are true and correct.

14
15                 _____
16                      MARIANNA SHAHMURADYAN
17
18   Signed and subscribed to
19   before me, this      day
20   of                , 20 .
21   _____
22   Notary Public
23
24
25

```
                                                    Page 86
 1              CERTIFICATE OF DEPOSITION OFFICER
 2          I, TALYA BROTT, the officer before whom the
 3     foregoing proceedings were taken, do hereby certify that
 4     any witness(es) in the foregoing proceedings, prior to
 5     testifying, were duly sworn; that the proceedings were
 6     recorded by me and thereafter reduced to typewriting by a
 7     qualified transcriptionist; that said digital audio
 8     recording of said proceedings are a true and accurate
 9     record to the best of my knowledge, skills, and ability;
10     that I am neither counsel for, related to, nor employed by
11     any of the parties to the action in which this was taken;
12     and, further, that I am not a relative or employee of any
13     counsel or attorney employed by the parties hereto, nor
14     financially or otherwise interested in the outcome of this
15     action.
16                          Talya Brott
17                                              TALYA BROTT
18                               Notary Public in and for the
19                                      State of New York
20
21     [X] Review of the transcript was requested.
22
23
24
25
```

1           CERTIFICATE OF TRANSCRIBER

2           I, ANDREA HARLESS, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

                                    ANDREA HARLESS

14                                  ANDREA HARLESS

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 88

 1                       ERRATA SHEET
                  VERITEXT/NEW YORK REPORTING, LLC
 2

       CASE NAME: Katherine Fernandez v. Bulldozer Hospitality Group, Inc,
    Et Al
 3     DATE OF DEPOSITION: 11/13/2025
       WITNESSES' NAME: Marianna Shahmuradyan
 4
 5      PAGE   LINE (S)        CHANGE                REASON
        ____|_____|_____|_____
 6
        ____|_____|_____|_____
 7
        ____|_____|_____|_____
 8
        ____|_____|_____|_____
 9
        ____|_____|_____|_____
10
        ____|_____|_____|_____
11
        ____|_____|_____|_____
12
        ____|_____|_____|_____
13
        ____|_____|_____|_____
14
        ____|_____|_____|_____
15
        ____|_____|_____|_____
16
        ____|_____|_____|_____
17
        ____|_____|_____|_____
18
        ____|_____|_____|_____
19
        ____|_____|_____|_____
20
21                                    _____
                                      Marianna Shahmuradyan
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS _____ DAY OF _____, 20__.
23
24
       _____         _____
25     (NOTARY PUBLIC)                 MY COMMISSION EXPIRES:
```

| & | | |
|---|---|---|
| **&**   2:5 5:11 | | |

**0**

**000232**   60:10
**07458**   1:20 8:9

**1**

**1**   3:18,22 63:10
   63:22
**100**   16:10,16
   38:10 79:9
**10006**   2:7
**11**   3:14
**11/13/2025**
   88:3
**11423**   2:17
**12**   51:2
**12:36**   1:18 4:6
**12:39**   7:21,24
**13**   1:17 4:11
   85:7
**15**   3:14
**18211**   2:16
**1:23**   59:11
**1:25**   1:10
**1:30**   59:14
**1:44**   74:7
**1:55**   74:10

**2**

**2**   67:25
**20**   85:20 88:22
**200,000**   75:14

**2022**   16:15
   19:2,20,22
   38:7 49:8 50:7
   65:25 67:3
**2023**   19:3 67:3
**2024**   19:4
   67:20
**2025**   1:17 4:11
   85:8
**212**   2:9
**26292**   87:13
**27982**   86:16
**2:02**   83:20,23
   84:6,8

**3**

**30**   6:11,18
**30,000**   16:25
**320**   2:6
**36**   3:18
**38**   3:22

**4**

**412-2421**   2:19
**4490**   1:10
**45**   2:6

**5**

**5**   68:9,15
**500,000**   68:14
   68:15 72:19
   73:2,19

**6**

**6**   3:3
**60**   3:9
**63**   3:10
**688-2545**   2:9

**7**

**7**   8:8
**718**   2:19
**7749330**   1:22

**a**

**ability**   86:9
   87:6
**able**   8:25 10:23
   33:8 35:11
   40:22 41:15
   45:24 61:16
**absent**   4:17
**access**   24:13
**accommodate**
   10:16
**accordance**
   33:3,3,15
   34:12
**account**   40:17
   40:19 44:11
**accountant**
   39:14,17,18
**accounting**
   39:14
**accounts**   40:17
   40:21 41:6

**accurate**   66:2
   70:10 86:8
   87:5
**acknowledge...**
   4:14
**action**   1:9
   86:11,15 87:8
   87:11
**additionally**
   4:17
**address**   44:14
   45:6,10 46:17
   46:21 47:8,12
   58:3
**administer**
   4:14
**adrian**   42:9,10
   42:16,18,21
**afternoon**   4:2
   5:10,13 6:13
   6:24 7:2
**ago**   11:11 15:8
   17:25 46:17
   47:4,6
**agree**   4:15,20
**agreed**   22:15
   54:25
**agreement**
   27:14
**al**   4:9,10 88:2
**alivia**   2:22 5:15
**allegation**   52:5
**alleged**   52:9

**[alleges - believe]**                                          Page 2

| | | | |
|---|---|---|---|
| **alleges** 72:18 | **answering** 9:6 | **assumes** 21:8 | 44:12 48:4 |
| **allowed** 81:2 | **answers** 85:12 | 24:16,23 33:5 | 50:10,12 52:25 |
| **amending** | **anybody** 14:18 | 33:25 57:5 | 61:8,14,19 |
| 73:23 | 25:13 | **attendance** 5:7 | 64:6 67:2,20 |
| **american** 57:16 | **anymore** 78:19 | **attorney** 13:19 | 72:18 74:16 |
| 58:4 | 78:20 | 69:21 86:13 | 75:24 77:4,12 |
| **amount** 55:2 | **appears** 64:5 | 87:9 | 79:12 81:19 |
| **andrea** 87:2,14 | 65:24 | **attorneys** 63:8 | **baia's** 36:24 |
| **anna** 65:5 | **applicable** 4:24 | 72:13,24 | **barely** 19:16 |
| **answer** 3:12 | **application** | **audio** 86:7 87:3 | 23:6 58:5,21 |
| 9:17 10:8,18 | 23:23 69:15 | **audit** 63:10,22 | 81:4 |
| 12:12 15:12 | **applies** 57:2 | **authority** 69:25 | **bartenders** |
| 21:10 28:25 | **area** 48:14 | 70:22 | 30:10 32:3,4,8 |
| 32:10,21 33:7 | **arguing** 81:12 | **authorized** | 32:14 82:17 |
| 33:8,20,22 | **argumentative** | 4:13 60:22 | **basic** 23:17 |
| 34:17 35:11 | 47:15 49:24 | **available** 24:19 | **basically** 18:5 |
| 45:16,24,25 | 58:24 79:5 | 25:3 27:25 | **basis** 80:16 |
| 46:24 47:16,24 | **armenian** 9:24 | 37:5 | **bay** 40:2 |
| 49:6,25 53:18 | **ashg** 44:18,21 | **avenue** 2:16 | **bear** 62:23 |
| 54:15 55:10 | 44:24 47:12,20 | **aware** 35:17 | **beginning** 5:8 |
| 56:4 57:7,8,19 | 58:3 78:9 | **b** | 19:4 |
| 57:20 68:5,25 | **asinine** 80:21 | | **behalf** 1:5 2:2 |
| 69:3 71:9,21 | **asked** 9:15 | **b** 1:11 2:12 3:5 | 2:11 36:8 |
| 72:13,23 73:14 | 30:19 34:3 | 3:10 63:5,14 | 72:13,24 |
| 73:16,23,25 | 49:4 55:13 | **back** 59:17 | **believe** 17:19 |
| 74:18,22 75:4 | 57:23 83:7,15 | 74:25 | 19:24 29:6 |
| 79:18 80:3,8 | 85:10 | **baia** 1:11 2:12 | 30:24 35:18 |
| 80:10,12,24 | **asking** 8:15 | 8:12 15:25 | 48:25 51:2 |
| 81:11,22,23 | 10:8 50:18 | 16:3,11 18:25 | 52:13,14 53:7 |
| **answered** | 69:2 | 27:13,16 28:22 | 53:10,22,25 |
| 24:24 30:20 | **assigned** 4:4 | 31:16 33:2,14 | 68:4,4 72:8 |
| 49:5 83:8 | 46:20 | 34:11,22 35:8 | 74:5 76:11 |
| 85:10 | **assume** 9:17 | 38:3 39:6,9,13 | 82:12 |
| | 33:24 | 39:21 40:2 | |

**best** 13:12 15:21 86:9 87:5
**bigger** 64:5
**bit** 27:5 58:9
**board** 83:12
**bookkeeper** 73:10
**bookkeeping** 77:13
**books** 73:11
**boss** 48:4
**bottom** 60:10 60:20
**brand** 49:8
**break** 10:14 59:10
**breaks** 10:19
**breezed** 72:10
**brian** 66:22
**bring** 46:13
**broadway** 2:6
**brott** 1:21 4:3 86:2,17
**brown** 66:14
**buck** 70:9,13
**bulldozer** 1:10 2:11 4:10 15:20 16:6 27:17 88:2
**busboys** 30:10
**business** 28:2
**bussers** 82:17

**busy** 29:19
**bylaws** 27:14

**c**

**c** 2:1 3:16 66:13 85:2
**call** 14:15,17 23:7 36:17 58:24 59:4
**called** 6:4 57:16 72:6
**calls** 31:10 32:19 34:14 35:2 43:5
**care** 51:12,15 51:17
**carpio** 64:8
**case** 12:20,22 13:3,24 14:22 15:19 35:20 52:2 63:8 71:22 88:2
**categories** 31:22
**cause** 30:3 42:15
**certain** 70:24
**certificate** 3:8 60:14,21 86:1 87:1
**certified** 4:20
**certify** 85:5 86:3 87:2

**change** 88:5
**charge** 37:15 71:19
**charges** 71:6,19
**chavez** 64:12
**check** 20:4 23:15 27:20 36:11 38:16 42:17 55:5 57:21 67:21 68:3,5,8,11,17 75:12,15
**chef** 21:15,15 22:19 42:6 48:7 81:24
**choose** 39:23
**chose** 39:20
**christian** 64:17
**civil** 1:9
**claiming** 12:14
**clarify** 6:16
**classification** 48:18
**clean** 46:7
**clear** 45:23
**clearly** 77:25
**client** 13:20
**close** 74:5 78:21
**closed** 79:7
**closer** 78:2
**coaching** 46:2,3
**columns** 67:11

**come** 39:23 45:8,9 46:19
**comes** 48:15
**coming** 11:22 12:4
**commenced** 18:25
**comment** 80:15
**commerce** 80:15,19
**commission** 88:25
**communication** 43:15
**communicati...** 13:20 44:6
**company** 24:6 27:19 37:17,24 37:25 38:4,11 39:15,18 40:14 44:2 47:21 53:6 57:16,24 61:10 77:7,14 77:15,20
**company's** 38:13 53:9
**compensation** 32:25 33:13 34:10,24
**complaint** 14:3 52:2,5,10 71:22,23 72:7 72:7,9,14,17

**[complete - determined]** Page 4

complete 85:9
completely
83:11
compound 27:8
27:11
concept 31:3
concluded 84:9
conclusion
32:20 35:3
consider 48:3
constitute 5:4
consult 55:15
55:18
consultations
77:8
contractor
37:19,21
control 35:24
convertini
64:15
cooney 2:22
5:16
copy 3:18 6:11
6:17,20 24:8
36:10,14 62:2
83:25
cordially 63:18
corporate
15:19 27:18
correct 23:3,3
24:20 25:4,21
30:18 36:2
39:7 41:7 51:9
61:14 65:23

70:3,4,7,8
71:14 77:23
79:14 82:23
85:9,13
correctly 7:4
16:19 18:2
19:5 25:17
cortez 64:17
counsel 5:9
17:10 46:4
86:10,13 87:6
87:9
counselor 80:4
80:13
couple 15:8
course 62:13
court 1:1 8:17
8:19,25 9:5,12
10:10 12:3,25
12:25 46:13
covid 19:19
credit 31:9
csv 63:11
current 18:16
39:10 42:5
currently 8:6
37:13 56:9
customers 71:6
71:19
cv 1:10

**d**

d 1:11 2:12 3:1
3:16,16,20 7:8

64:24 65:6
66:23 85:2
dash 66:14
date 1:17 43:6
88:3
day 12:2 15:16
17:2,2 18:6,7
22:24,25 30:2
30:2 43:2,2,6,6
43:12,12 53:24
54:10 85:19
88:22
days 15:8 42:3
50:20,22 54:3
deal 53:3
deals 19:8
43:23 82:11
december
19:24
decide 22:7,9
24:2 51:7 70:5
70:24
decided 20:16
20:25 22:2
27:23 40:3
51:4 53:11
54:19,22 76:12
76:15,16,21
decides 25:7
26:4 30:13,14
48:7
decision 39:8
53:21

decisions 27:2
defendant
12:19,20 13:17
14:22 15:19
defendants
1:14 2:11 5:15
35:20
defs 60:10
denied 73:15
80:5,7,12
deny 72:24
73:17,21
department
19:9
departments
19:10
depend 74:24
depends 74:19
74:23 75:5
deposed 11:7
12:8 13:7
deposition 1:16
4:7 5:2 8:20
13:6,11,21
14:10,19 15:4
46:14 62:2,7
81:13 85:11
86:1 88:3
description 3:6
3:17,21
details 29:4
determined
48:17

**[diego - explain]**                                                         Page 5

| | | | |
|---|---|---|---|
| **diego** 65:14 | **doing** 48:11 | **email** 14:14 | **entity** 15:23 |
| **difference** | 49:9 77:12 | 23:21 42:24 | 16:6 |
| 56:13 | 79:6 | 44:11,14,16 | **errata** 88:1 |
| **differences** | **dollars** 68:7,22 | 45:2,5,10 | **es** 86:4 |
| 56:18,21 | 68:22,24 69:6 | 46:16,21 47:8 | **esquire** 2:3,14 |
| **different** 31:22 | **donadio** 64:19 | 47:12 58:3,6 | **et** 4:9,10 88:2 |
| 43:21 48:17 | **dot** 44:18,21 | **emails** 44:7 | **events** 71:3,7 |
| 56:19 77:14 | 63:11 | **emanuel** 2:14 | 71:13,16 |
| **differently** 83:4 | **drosos** 64:21 | 2:18 5:13 | **everybody** 48:5 |
| 83:5 | **duly** 6:5 86:5 | 14:15,18 | 82:18 |
| **digital** 86:7 | **durvett** 65:5 | **employed** | **everything's** |
| 87:3 | **duties** 52:8 | 86:10,13 87:7 | 54:9 |
| **dinner** 50:17 | **duty** 59:19 | 87:9 | **evidence** 12:15 |
| 50:20 54:2 | **e** | **employee** 49:12 | 21:9 24:24 |
| **direct** 46:10 | | 49:15,20 54:14 | 33:6 57:6 |
| **director** 18:14 | **e** 2:1,1 3:1,5,16 | 63:10,22 64:6 | 61:17 |
| 18:17,22,24 | 3:16,16,16,20 | 86:12 87:9 | **evidentiary** |
| 19:7,13 26:21 | 3:20,20 6:11 | **employees** 3:10 | 4:25 |
| 75:23 76:5 | 6:18 65:6,17 | 20:17 22:19 | **examination** |
| **disappeared** | 66:13,23 85:2 | 25:8,22 26:5 | 3:2 6:22 |
| 62:25 | 85:2,2 | 26:11,19,23 | **examined** 6:7 |
| **discuss** 14:10 | **earlier** 37:4 | 27:2,3 31:22 | **excuse** 51:19 |
| 15:4,9 23:11 | 51:25 72:8 | 32:18 49:22 | **exhibit** 3:8,10 |
| 29:25 30:8 | 73:12 | 51:11 52:17 | 59:24 60:2,9 |
| 54:17 | **earn** 31:17,19 | 55:22 56:9,13 | 63:5,14 |
| **district** 1:1,3 | 31:23 | 56:19 57:3,12 | **exhibits** 62:2 |
| **document** | **earnings** 67:22 | 61:7,10 67:3 | **expedited** 84:2 |
| 59:23 60:6,8 | **earns** 42:22 | **employment** | **experience** |
| 60:18 62:22 | 75:23 76:4 | 28:22 29:5 | 20:22 |
| 63:4 71:25 | **either** 22:15 | **employs** 31:16 | **expires** 88:25 |
| 72:4 | **electronically** | **engage** 53:11 | **explain** 50:4 |
| **documents** | 24:9 | **english** 9:21,25 | |
| 14:7 35:9,16 | **elizabeth** 66:13 | **ensure** 32:25 | |
| 35:21 | | 33:13 34:9,23 | |

| f | | | |
|---|---|---|---|
| **f** 3:20 64:23 | **finish** 10:7 | **friday** 84:3 | 59:9 |
| **fabricio** 64:8 | **finishing** 74:5 | **front** 48:10 | **great** 10:7 |
| **facts** 21:9 | **fire** 19:9 70:6 | **froze** 7:20 | **gross** 67:20 |
| 24:17,23 33:6 | **fired** 55:19 | **funds** 80:13 | 73:2 |
| 33:24 57:6 | **fires** 48:7 | **further** 83:17 | **grossed** 68:15 |
| **false** 12:14,15 | **firing** 55:19 | 86:12 87:8 | 68:23 |
| **familiar** 14:23 | **first** 6:4 7:9 | | **grosses** 72:18 |
| 15:18 28:20 | 9:21,23 10:17 | **g** | 73:18 |
| 31:24 57:15,24 | 17:5,18 19:17 | **g** 66:23 85:2 | **group** 1:10 |
| 61:9,13 63:25 | 20:9,15 21:16 | **gestures** 9:2 | 2:11 4:10 |
| 70:13 71:2 | 42:7,16,16 | **getting** 22:10 | 47:22 57:17 |
| **far** 10:4 | 48:16 49:12,15 | **giovanni** 65:12 | 58:4 88:2 |
| **federal** 12:25 | 55:24 65:16 | **give** 8:21 61:17 | **guys** 23:11 |
| 33:4,15 34:12 | 82:13 | 74:3 82:14 | 29:24 80:4 |
| 34:25 | **five** 59:7 | **given** 13:9 | |
| **fernandez** 1:5 | **floor** 82:16 | 46:20 85:12 | **h** |
| 2:2 4:9 72:3 | **fluent** 9:25 | **gladys** 66:10 | **h** 3:5 7:8,8 |
| 88:2 | **follow** 34:25 | **go** 16:23 23:22 | 65:17 66:13 |
| **figured** 28:4 | 36:19 38:20 | 23:24 24:2,4 | **hand** 5:25 9:2 |
| **file** 12:23 63:9 | **follows** 6:7 | 29:11,18 41:24 | **handle** 17:2 |
| **filed** 14:3 72:2 | **food** 30:6 | 45:21 59:2,6 | 33:9 |
| 72:13 | **foods** 19:9 | 61:24 62:3 | **happening** 30:5 |
| **fill** 38:19 69:18 | **foot** 16:25 | 80:14 | 50:7 82:16 |
| **finances** 16:22 | **foregoing** 86:3 | **goes** 41:22 | **hard** 11:23 |
| 23:18 30:7 | 86:4 87:4 | **going** 8:15 9:17 | 24:8 |
| **financial** 35:24 | **form** 28:24 | 21:2 25:16 | **harless** 87:2,14 |
| **financially** | **formation** | 45:17 54:17,20 | **head** 21:15 |
| 86:14 87:10 | 27:18 | 55:23 58:24 | 22:18 42:5 |
| **find** 14:12 | **forms** 43:14 | 59:24 60:9 | **health** 19:9 |
| 15:16 28:3 | **fotios** 64:21 | 62:21 74:4 | **hear** 11:24 21:6 |
| **fine** 62:10 | **four** 48:13 | **goings** 42:25 | 24:21 33:20 |
| | **freeze** 7:16 | **good** 4:2 5:10 | 40:8 45:19 |
| | **frequently** 23:8 | 5:13 6:13,24 | 49:2 74:22 |
| | 29:14 41:13 | 7:2 28:2,4 37:7 | 81:4 |

**[hearing - jobs]**                                                    Page 7

hearing  5:23
  58:20,21 77:25
help  58:16
helped  38:12
  69:18
helping  20:21
  38:6,8
helps  47:22
hereto  86:13
  87:10
hey  83:4
hi  5:10
highest  54:13
hire  17:24
  18:19,21 22:19
  26:19 41:5
  70:5 82:15
hired  17:21
  21:20,21 22:5
  22:7,18,24
  25:19,23,25
  26:8,14 30:16
  37:18,21 38:22
  39:2,17 40:24
  41:2,4 42:10
  42:19 49:13,15
  49:20 51:6
  52:21 54:16
  55:24 65:25
  67:7 82:13
hires  48:7
hiring  18:6
  20:13 26:22
  55:16,16

holder  60:21
hollow  8:8
honest  50:8
hospitality  1:10
  2:11 4:10
  15:20 27:17
  47:21 57:17
  58:4 88:2
hostess  48:9
hour  32:14
hourly  57:13
house  41:19,20
huh  76:17
hundred  35:23
  49:21 52:15
husband  75:23
  82:2,10
hypothetical
  56:5

**i**

idea  28:15 37:7
  75:17
identification
  60:3 63:15
identify  5:7
illegal  32:17
impaired  11:4
important  8:21
improper  83:16
individual
  51:22 52:6
individuals
  31:17 32:17

information
  31:25 67:10,12
  67:16
initial  76:24
initiated  72:2
instruct  15:11
  80:23 81:10
instructed  3:12
  45:25
instruction
  82:14
insurance  3:9
  60:14
intended  4:23
interested
  86:14 87:11
interrupt  17:11
  59:5 62:11
interrupting
  62:8,16
interstate
  80:14,18
interview  20:12
  21:22 42:18
interviewing
  26:18
interviews
  25:22
involved  26:18
  26:22,25 28:10
  28:14 34:2
  48:14 52:18
isidoro  65:8

it'll  28:4
italian  28:5
  39:25 40:3
  79:13
italy  79:16,23
  80:17

**j**

j  17:19
jamaica  2:16
  2:17
janos  17:5 20:2
  20:10,11,13
  22:23,24 23:5
  25:11,18,24
  26:7,13 29:3
  29:17,18 30:13
  32:12 42:13,15
  42:24 43:15
  51:5,12,14,16
  52:18,21 53:23
  54:16 55:6,15
  55:18 65:20,21
  67:8 71:11
  82:14
jeny  66:5
jersey  4:12 8:9
  12:24
jk  2:8
jnussbaum  2:8
job  1:22 18:3
  48:5,11,18
jobs  77:3

jose 66:16
josef 2:3 5:11
joseph 2:5 5:11
julio 51:23 52:6

**k**

k 85:2
kataev 2:14
5:13,14 6:10
6:17,18 11:19
11:21,23,25
12:11 15:10
17:7 21:5,7,8
24:16,22,23
27:8,10 30:19
31:10 32:19
33:5,18,20,21
33:24,25 34:14
35:2 36:19
38:20 40:5,9
45:3,12,14,15
45:23 46:10,23
47:14,23 48:21
48:24 49:4,23
55:9 56:5 57:5
57:18 58:13,18
58:22,23 59:3
61:23 62:10,14
73:24 74:17
75:20 76:2,6
77:17,23,25
78:4,10,25
79:4,17,24
80:17,22 81:2

81:5,6,9,16
82:8 83:7,15
83:25 84:2
katave 28:24
katherine 1:5
2:2 4:9 72:3
88:2
keep 80:25
keeps 43:6
kept 24:8,9
kind 77:15,20
kirschenbaum
2:5 5:11
kitchen 22:19
48:8
know 9:15 10:9
10:15 13:25
15:22 23:22
25:5 29:3,7
30:4,22,25
31:2,5,8,12,14
31:20 32:2,4,5
32:7,10,13,15
32:16 34:22
35:6,7,8,13,19
40:23 41:22
42:2,7,21,23
43:8,11,20,22
46:6 47:11
51:18,19,21,22
52:12,13,20,23
52:24 53:2,8
53:18 55:4,6
55:21,25 56:3

56:8,11,12,15
56:22,24 57:9
57:11,14 58:6
58:8,15 60:25
61:4 62:7,8
64:9,11 65:2,6
65:10,17 66:6
66:17,19 67:12
67:16,18 68:13
68:18,20 71:5
71:9,18,25
72:3,12 73:8,8
75:16,19,22,25
81:21,22,23
knowledge
15:21 19:12
26:24 40:15
41:12 42:11
50:23 54:8
55:11,14 67:9
79:19 83:2
86:9 87:6

**l**

l 67:11 85:2
la 1:11 2:12
8:11 15:24
16:2,11 18:25
27:13,16 28:22
31:16 33:2,14
34:11,22 35:8
36:23 38:3
39:6,9,13,21
40:2 44:12

48:4 50:10,12
52:25 61:8,14
61:19 64:6
67:2,20 72:18
74:16 75:24
77:4,11 79:12
81:19
language 9:21
9:23
law 33:4,16
34:12,25
laws 4:25
lawsuit 8:11
13:13,14,16
35:9,14 38:23
39:2 62:23
72:2
lawsuit's 28:22
lawyer 12:3
13:3 38:22
39:11
lawyers 39:2,3
39:9,10 62:23
lease 3:18 36:4
36:7,10,14,18
leased 36:6
leave 38:18
leaves 41:18
legal 2:15,22
5:14 31:11
32:20 34:15
35:3
level 67:3

| | | | |
|---|---|---|---|
| **liability** 3:8 60:14 **license** 69:11 69:16 **lie** 73:7,7 **line** 3:13 88:5 **liquor** 69:11,16 **listed** 64:7 **little** 20:21 45:18 58:8 74:25 **llc** 2:15,22 5:14 15:24 27:14 88:1 **llp** 2:5 **llp.com** 2:8 **location** 1:19 27:25 28:4 37:4 **long** 11:11 15:14 45:5 **look** 16:22,25 17:7,14 21:18 23:25 67:15 69:8 **looked** 13:24 20:19 **looking** 62:15 62:17 64:3 **loreto** 78:15 **lost** 82:4,6,8 **lucente** 65:12 **luis** 64:12 | **lunch** 50:17,19 50:25 54:2 | **m** | **manner** 5:2 **marianna** 1:12 1:16 2:13 4:8 5:17,21 6:3 7:10 44:18,21 45:11 85:5,16 88:3,21 **marital** 15:10 **mark** 59:24 60:9 **marked** 60:2 63:14 **marking** 63:5 **married** 15:3 41:17 **massimiliano** 64:14 **matter** 4:8 11:15 12:8 **meals** 50:10,12 **mean** 14:4 24:2 38:5 41:18,20 62:11 71:23 **means** 5:3 23:21 40:2 67:17 **media** 40:16,18 40:20 41:6 **medication** 10:21 11:2 **meet** 14:9,14 23:4 29:17 **meeting** 41:19 |
| | **m** 3:16,20 4:1 5:1 6:1 7:1,8 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1,17 66:1 67:1,11 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:2 | **made** 21:12 68:14,21 69:5 79:23 80:22 81:6,9 **make** 21:2 23:13,16 32:8 40:3 46:11 64:5 66:25 81:2 82:17 **makes** 32:5 **making** 30:7 **manage** 22:24 38:8 **management** 25:10 48:6 64:7 66:5 67:2 70:19 **manager** 3:22 18:9,10,15 19:18,25 20:19 22:23,23 33:10 38:5 40:25 41:5 42:11 53:22 67:7 71:16 81:24 82:24 **managers** 17:3 17:4 18:12 20:5 31:25 40:25 41:8 **managing** 37:23,25 38:4 47:22 | |

**meetings**  51:10
**meets**  48:9
**memory**  11:3
  13:12
**mentioned**
  13:14
**message**  43:10
  43:13
**messages**  44:7
**mic**  75:2 78:3
**middle**  17:12
**million**  68:2,7
  68:10,15,21,22
  68:23 69:6
**mine**  39:12
**minimum**
  30:23 31:3,9
**minutes**  59:7
  74:4
**missing**  81:7
**moment**  62:24
**money**  22:12
**month**  11:12
  19:22 24:3
**months**  29:15
**move**  74:25
  78:2

**n**

**n**  2:1 3:1,16,20
  3:20 7:8 17:19
  66:23 67:11
  85:2,2

**name**  3:22 4:3
  5:20 7:3,7,9
  13:5 17:5,14
  17:18 19:19
  20:3,23 21:17
  28:16 38:15,19
  39:20,24 40:23
  42:7 44:2 53:9
  63:8 64:8,12
  64:23 65:16,17
  78:13 88:2,3
**named**  51:22
  52:6
**names**  7:13,19
  8:4 38:2 44:4
  69:20
**nature**  46:5
**need**  10:14
  15:17 21:18
  27:20 43:20,22
  46:9 48:13
  52:13 64:4
**needed**  52:12
**needs**  82:19
**negotiated**  55:3
**negotiation**
  22:16
**negri**  65:14
**neither**  86:10
  87:6
**never**  28:13,14
  83:3
**new**  1:3 2:7
  4:12,15 8:9

  12:24 26:18
  30:22 43:25
  49:8,10 86:19
  88:1
**nj**  1:20
**nods**  9:2
**notary**  4:13
  85:22 86:18
  88:25
**notes**  74:4
**notification**
  55:23
**november**  1:17
  4:11 85:7
**number**  8:16
  63:22
**numbers**  55:4
**nussbaum**  2:3
  3:3 5:10,11
  6:13,23 7:16
  7:17,20 8:2
  12:2,6,18
  15:13 17:10,16
  21:14 24:18
  25:2 27:6,7,9
  27:12 29:2
  30:21 31:13
  32:23 33:11,23
  34:3,6,20 35:5
  36:21 38:21
  40:6,10,12
  44:23 45:4,22
  46:15 47:2,19
  48:2 49:11

  50:3 55:12
  56:7 57:10,22
  58:14 59:6,9
  59:16 62:5,13
  62:18,19 63:19
  63:21,23 67:24
  73:25 74:3,12
  74:21 75:3,21
  76:3,8,20
  77:19 78:5,12
  79:2,8,20 80:4
  80:7,11,20,25
  81:7,14,17
  82:6,9 83:9,17
**nutrition**  77:8
**nutritionist**
  77:7
**ny**  2:7,17
**nyc**  44:18,22

**o**

**o**  3:16,20,20
  17:19 64:23,23
  64:24,24 67:11
  85:2
**o'clock**  51:3
**oath**  9:7 13:10
  59:20 85:7
**oaths**  4:14
**object**  58:13
**objecting**  80:16
**objection**  4:17
  5:24 11:19,21
  12:11 15:10

21:5,8 24:16
24:23 27:8,10
28:24 30:19
31:10 32:19
33:5,18,21
34:14 35:2
40:5,9,11 45:3
45:12,15,23
46:5,8,23
47:14,14,23
48:21 49:2,4
49:23 55:9
56:5 57:5,18
58:18,23 73:24
74:17 75:20
76:2,6 77:17
77:21 78:10,25
79:4,17,24
80:23 81:10
83:7,15
**objections**
45:20 46:11,11
58:21 81:3
**obligation** 9:8
**obviously**
80:20
**occasions** 29:21
54:5
**office** 8:10
**officer** 86:1,2
**oh** 37:11 69:10
82:5
**okay** 6:21 7:6
8:6,15 11:6,9

11:13 12:22
13:9,13 14:6,9
14:17,25 15:7
15:9,14,18,22
16:13,20 17:17
18:3,16 19:6
19:13,25 20:12
20:15,24 21:20
21:23,23 22:18
23:4,20 24:5
25:7,19,22,25
26:4,8,11,14
27:21 28:17
29:3,7,9,16,24
30:8,16,25
31:5,14,21
32:7,10,13,16
32:24 33:12
35:19 36:3,7
36:17 37:9,15
37:21 38:3,17
38:25 39:5,13
39:17,20 40:6
42:2,5 43:4,18
44:10,17 46:19
47:7,20 50:24
51:4,6,25 52:4
52:16 53:5,8
54:5,12,25
55:6 56:25
57:11,15 58:7
58:25 59:8
60:4,8,13,17,20
61:6,12,21

62:24 63:2
64:3,11 65:5
65:12,24 66:4
66:16,22,25
67:5,19 69:18
69:24 70:16
71:5 72:6,12
72:16,23 73:15
74:6,10,13
75:7,22 76:4
76:12 77:9,24
78:4,9,16,21
79:9 80:11,11
80:22 81:14
82:6,13,21
83:11,20 84:4
**old** 45:2
**once** 11:10
23:10 24:3,3
**open** 16:14
19:23 27:23
37:7 38:12
50:10,13,17,19
50:25 51:8
54:7
**opened** 19:15
20:9,16 21:16
36:24 48:17
69:17 77:11
**operate** 78:19
78:20
**operates** 37:13
**operating** 19:2

**operation** 18:7
43:7,12
**operational**
82:19
**operations** 17:2
18:15,17,23,25
19:7,14 22:25
26:22 43:2
70:2,22 75:23
76:5
**opportunity**
28:3
**order** 81:21
**ordering** 6:16
83:25
**originally**
79:23 81:20
**ortiz** 65:16,17
**osteria** 1:11
2:12 8:11 16:2
16:11 18:25
27:13,16 28:22
31:16 33:2,14
34:11,22 35:8
36:23 38:3
39:6,9,13,21
44:12 48:4
50:10,12 52:25
61:7,14,18
64:6 67:2,20
72:18 74:15
75:24 77:4,11
79:12 81:19

**outcome** 86:14
87:11
**outside** 41:20
41:21
**oversee** 48:11
82:15
**overtime** 31:5
**own** 16:10 36:4
38:10 48:5
49:21 79:9
**owned** 78:16
78:18
**owner** 16:7,17
16:20 20:24
35:24 69:24
70:23
**owners** 16:8
**owns** 78:16

**p**

**p** 2:1,1 67:11
**p.m.** 1:18 4:6
84:8
**pablo** 65:8
**page** 3:2,6,13
3:17,21 88:5
**paid** 21:24 22:3
22:8,10,11
32:14 54:17,20
54:22 55:24
57:13 76:9
**paliko** 65:20
**paperwork**
69:15

**paralegal** 2:22
5:15 82:7
**pardon** 20:5
27:9 53:5
**parentheses**
63:11
**part** 35:13 48:8
69:15 78:9
**participate**
32:18
**parties** 4:15,19
86:11,13 87:7
87:10
**partner** 28:13
**partners** 15:3
28:12
**party** 13:15
**pause** 45:18
**pay** 20:16
22:16 25:8
54:25
**paying** 22:10
**payroll** 18:6
23:14,21,23
24:5,7 30:3
48:7 52:24
53:6,9,13
56:18,22 57:2
61:7,9,13,18
63:10,22
**penalties** 9:10
**pending** 10:17
**people** 41:5
48:10,15 67:5

67:6 82:15
**peralta** 66:5
**percent** 16:10
16:17 35:24
38:10 49:21
52:15 79:10
**perez** 51:23
52:6
**performed** 52:7
**period** 52:25
**perjury** 9:10
**permitted** 4:23
**person** 38:7,19
41:5 66:4
**personal** 11:15
44:16 78:22
**personally**
33:12
**pesantez** 66:8
**petrosyants**
1:12 2:12
18:18,21
**phone** 23:7,9
43:4
**phrase** 70:12
70:13
**place** 38:8
80:18
**plaintiff** 1:8 2:2
3:7 6:19 13:16
60:2 63:14
72:17
**plaintiff's** 5:8
60:9 63:5

**plaintiffs** 5:12
8:11 28:21
35:14
**please** 5:7,25
7:6 9:15 10:7
10:15 17:10,18
27:6 36:19
46:13 81:13
84:2
**point** 30:7
81:11
**policies** 56:18
56:22 57:3
**ponce** 66:11
**pool** 32:18
51:20
**position** 63:13
64:7 66:5
**possible** 50:5
52:21 54:9
56:2 69:4 84:3
**pr** 40:13
**practices** 33:2
33:14 34:11,25
**pre** 51:10,18
**premise** 37:12
**premises** 36:4
36:23 37:9
38:13
**prepare** 13:21
**prepared** 87:3
**present** 2:21
53:23 54:6

pretty 74:5
previous 38:25
39:10
prior 86:4
private 71:3,6
71:12,16
privilege 15:11
probably 81:25
problem 46:12
problems 30:3
procedural
4:24
proceed 6:9
46:14 59:3
81:13
proceeding
1:19 4:5,22
11:18 84:9
87:4
proceedings
86:3,4,5,8 87:5
produce 6:19
produced 4:21
35:9,21 62:22
63:7
production
36:18
products 79:15
79:21 81:18
pronouncing
7:3
proper 46:12
properly 49:3

property 11:16
13:15
prove 12:13
provide 35:16
61:16
provides 55:22
public 85:22
86:18 88:25
pull 61:23
put 35:14

**q**

qualified 86:7
quarterly
63:10,19,20,21
question 9:15
9:17 10:8,17
10:18 15:12
24:25 33:9
34:5 35:11
37:2 45:19
53:3 56:20
questions 3:12
8:16,22 9:6
43:24 53:19
83:18
quickbooks
16:23 24:4

**r**

r 2:1 3:16,20,20
7:8 64:24 65:6
65:17 66:13,23
67:11

rahiem 65:16
raise 5:25 55:7
55:13 62:14
raises 76:18,23
ranking 54:13
rarely 23:6
29:13
rate 57:13
reach 84:4
read 52:11
72:11 85:6
really 11:23
12:4 40:3
43:22 50:6
75:16
reason 10:22
11:3 46:2,3
88:5
reasons 56:16
78:22,23
recall 21:17
25:17 36:9
37:22 38:2,9
47:17 49:7,10
52:14 54:23
69:20 73:13
received 55:7
76:18,23
recollection
58:17 69:4
record 4:4,5,18
4:21 5:8,20
6:10 7:7,22,23
7:25 8:18

10:11 17:18
21:18 42:17
55:5 59:2,7,12
59:13,15,18
61:24 62:4
74:6,8,9,11
81:12 83:21,22
83:24 84:6
85:9,12 86:9
87:5
recorded 5:2
86:6
recording 86:8
87:3
records 17:8,15
20:4 24:7 25:3
27:20 36:11
38:16 57:21
61:7,9,13,18
67:21 68:5,8
68:12,17 69:9
redacted 60:23
61:4
redactions 61:2
reduced 86:6
referred 67:6
referring 65:22
refresh 58:16
related 86:10
87:7
relating 61:18
relation 11:14
relationship
14:25

| | | | |
|---|---|---|---|
| **relative** 86:12 | **repeat** 7:15 | **represented** | 52:8,17,19 |
| 87:9 | 34:4,16 44:19 | 39:5 | 53:6,15,20,24 |
| **relevance** 40:5 | 45:13 48:22 | **represents** 8:10 | 54:6,7,13,14 |
| 40:9,11 45:3 | 56:20 80:2 | **requested** 55:2 | 55:8,21 56:10 |
| 45:15 46:23 | **rephrase** 9:16 | 86:21 | 56:14,19,23 |
| 47:23 55:9 | 70:11 | **requesting** 6:11 | 57:2,4,12 |
| 57:18 74:17 | **report** 41:8,11 | 6:19 | 68:14,21 69:5 |
| 77:22 78:10 | **reported** 1:21 | **requests** 35:15 | 69:12,25 70:2 |
| 79:17,24 80:16 | **reporter** 4:2,3 | **reside** 8:7 | 70:23,25 71:3 |
| **relevant** 80:21 | 5:18,23 6:8,15 | **responses** 8:21 | 71:6,15,18 |
| **remember** 13:4 | 6:21 7:14,21 | **responsible** | 72:25 73:18 |
| 16:18 17:14,25 | 7:24 8:17,19 | 71:12 | 77:16 78:7,14 |
| 19:3,4,18 20:3 | 8:25 9:5 10:10 | **restaurant** 8:12 | 79:10,13,22 |
| 20:18,22 21:11 | 11:20,22 12:3 | 15:25 16:2,11 | 80:13 82:25 |
| 21:13,24,25 | 17:9 21:6 | 16:14,17,21 | **restaurant's** |
| 22:2,4,12,13 | 24:21 27:5 | 17:22 18:4,10 | 34:24 48:12 |
| 28:15 38:7,12 | 33:19 34:16 | 18:13 19:16,23 | 53:12 |
| 38:15 42:15 | 40:7 44:19 | 20:9,15 21:2 | **restaurants** |
| 44:25 46:22,25 | 45:13,17 48:22 | 21:16 22:20,25 | 28:13 47:22 |
| 49:14,18 50:7 | 48:25 58:19,25 | 24:8,15 25:9 | **returns** 16:24 |
| 69:23 73:11 | 59:8,11,14 | 25:23 26:6,12 | **revealing** 13:19 |
| 75:11 77:2 | 62:3 63:16,20 | 27:22,23 28:2 | **review** 14:6 |
| **remote** 1:19 | 67:23 74:7,10 | 28:5 29:12,17 | 71:21 72:7 |
| **remotely** 4:16 | 74:25 76:19 | 30:9 31:18,23 | 74:4 86:21 |
| **renovate** 38:13 | 77:18,21,24 | 32:2 35:16,25 | **reviewed** 52:2 |
| **renovated** | 80:2,6,9 81:4 | 36:3,8,14 37:5 | 72:9 |
| 36:24 37:14 | 82:4 83:20,23 | 37:7,12 40:13 | **reviews** 73:10 |
| **renovation** | 84:4 | 41:14,21,23,24 | **rezucha** 66:13 |
| 37:18 | **reporting** 88:1 | 42:6,25 43:19 | **right** 5:25 |
| **renovations** | **reports** 23:14 | 44:8 48:6,16 | 14:21 19:20 |
| 37:16 | **represent** 20:6 | 48:19 49:9,13 | 21:3 23:2 24:9 |
| **rental** 11:16 | 63:6 72:16 | 49:16,21 50:14 | 24:12,19 25:20 |
| 12:17 13:15 | **representative** | 50:25 51:7,11 | 29:22 30:17 |
| | 60:22 | 51:20,23 52:7 | 31:18 35:25 |

**[right - sheet]**                                                    Page 15

| | | | |
|---|---|---|---|
| 36:15 37:7,8 | **round**   12:5 | **schedules** | 16:1 17:1 18:1 |
| 37:22 39:6 | **rule**   6:11,18 | 26:12 | 19:1 20:1 21:1 |
| 41:4,17 44:3 | **rules**   4:25 | **scheduling** | 22:1 23:1 24:1 |
| 46:17 47:4,9 | **run**   30:4 41:6 | 52:19 | 25:1 26:1 27:1 |
| 47:17 49:16 | 48:14 53:12 | **screen**   59:22 | 28:1 29:1 30:1 |
| 50:16 52:2,11 | **running**   18:6 | 60:5,6 61:22 | 31:1 32:1 33:1 |
| 56:3 58:10 | 19:16 48:12 | 62:21 63:3 | 34:1 35:1 36:1 |
| 60:10 61:19,20 | **runs**   18:5 40:20 | **second**   12:5 | 37:1 38:1 39:1 |
| 62:9,20 66:10 | 48:6 | 62:25 | 40:1 41:1 42:1 |
| 67:8,15 68:18 | | **see**   23:23 29:18 | 43:1 44:1 45:1 |
| 68:20 69:12,13 | **s** | 37:6 52:4 60:6 | 46:1 47:1,3 |
| 70:21,23 71:2 | **s**   2:1 3:5,16,16 | 60:11,15,23 | 48:1 49:1 50:1 |
| 73:6,7,13,16 | 3:20 7:8 17:19 | 81:11 | 51:1 52:1 53:1 |
| 77:10 78:24 | 64:23,24,24 | **seen**   60:17 | 54:1 55:1 56:1 |
| 79:3,13 80:25 | 66:23 67:11 | **send**   23:14 | 57:1 58:1 59:1 |
| 82:11,18 83:13 | 88:5 | **sends**   23:20 | 59:17 60:1,4 |
| **river**   1:20 4:12 | **saddle**   1:20 | **sense**   66:25 | 61:1 62:1,20 |
| 8:9 | 4:12 8:9 | **separately** | 63:1,24 64:1 |
| **rivera**   66:16 | **sage**   2:15,22 | 43:23 | 65:1 66:1 67:1 |
| **road**   8:8 | 5:14 | **served**   72:24 | 67:19 68:1 |
| **robert**   1:12 | **sagelegal.nyc** | **servers**   30:10 | 69:1,10 70:1 |
| 2:12 14:22 | 2:18 | **service**   50:25 | 71:1 72:1 73:1 |
| 18:18,21 19:14 | **salary**   74:15 | 51:8 71:19 | 74:1,13 75:1 |
| 26:21 29:7 | 75:8,10 76:4 | **sets**   26:11 | 76:1 77:1 78:1 |
| 35:15 41:11,13 | 76:11,13,14,24 | **seven**   50:20,22 | 79:1 80:1 81:1 |
| 43:18 44:7 | **santiago**   66:8 | 54:2 | 82:1 83:1 84:1 |
| 48:8 | **saw**   37:10 | **shahmuradyan** | 85:5,16 88:3 |
| **robles**   66:19 | **saying**   38:11 | 1:13,16 2:13 | 88:21 |
| **rodriguez** | 47:11 68:19 | 4:1,8 5:1,17,19 | **share**   59:22 |
| 66:16 | 69:3 70:18 | 5:21,22 6:1,3 | 61:21 62:21 |
| **role**   11:17 12:8 | 81:5 | 6:14,25 7:1 8:1 | **sharing**   60:5 |
| 16:5 18:20,22 | **says**   60:10 | 8:3 9:1 10:1 | 63:3 |
| 19:6 34:13,18 | **schedule**   50:13 | 11:1 12:1,7 | **sheet**   88:1 |
| 43:19 | 54:4,11 82:18 | 13:1 14:1 15:1 | |

**shift**  30:11
    51:10,18
**show**  14:16
    15:17 59:23
    61:6,22 62:22
**showing**  63:4
**side**  82:20
**sign**  16:24 53:4
**signature**  86:16
    87:13
**signed**  36:7
    85:18
**similarly**  1:6
**sit**  29:20
**sitting**  48:10
    57:23 68:13,19
    75:16
**situated**  1:7
**skills**  86:9 87:6
**sleepy**  8:8
**slow**  19:17 27:5
**slower**  44:20
**social**  40:16,18
    40:20 41:6
**soft**  11:23 12:4
**somebody**
    28:11
**sorry**  6:15 7:14
    11:20 12:19
    25:15 27:15
    33:19 40:7
    43:11 45:13
    67:23 68:4
    71:24 75:4

    77:18
**sorted**  63:12
**sound**  40:4
**southern**  1:3
**space**  38:18
**speak**  11:25
    14:18 15:14
    23:8 78:2
**speaking**  58:19
**specific**  29:4
    44:10 48:15
**specifics**  28:21
**speculation**
    56:6
**spell**  7:6 17:17
**spelled**  17:20
**spreadsheet**
    3:10 63:2,7,12
    63:25 64:4
**spreadsheets**
    67:15
**staffing**  30:9
**stand**  58:9
**standard**  57:16
    58:4
**stands**  47:12,21
    58:3
**started**  53:19
    55:7
**starting**  76:14
**state**  5:19
    12:25 30:23
    33:4,15 34:12
    34:25 46:12

    86:19
**statement**
    27:18
**states**  1:1
**stating**  46:4
**stenographic**
    5:3
**stipulation**  5:5
**stop**  70:18
**stops**  70:9,13
**subject**  9:9
**submit**  69:14
**subscribed**
    85:18 88:22
**suite**  2:6
**supervise**  32:17
**supervisory**
    52:8
**supposed**  51:17
**sure**  13:2 17:17
    23:13,16 24:10
    24:14 27:7
    30:7 32:9,22
    35:4,22,23
    36:13,16,25
    41:19 42:4
    47:25 51:2,12
    51:16 53:14,17
    54:4,10 56:21
    57:25 58:2,7
    58:11,12,15
    67:4 68:25
    69:2 71:17
    72:15 73:20

    74:2 76:7,25
    78:11 82:17
**swear**  4:15
    5:24
**switch**  39:9
**sworn**  4:18 6:5
    9:5 86:5 88:22

    **t**

**t**  3:5,16,16,20
    3:20 64:23
    65:6,6 66:23
    85:2
**take**  4:4,13 9:2
    45:18 59:10
    74:15 75:7
**taken**  4:8 63:11
    85:7 86:3,11
    87:8
**takes**  51:12,14
    51:17
**talk**  29:20
    61:25 62:6,12
**talking**  47:3,7
**talya**  1:21 4:3
    86:2,17
**tax**  16:24
**tell**  6:5 9:8,10
    27:21 40:22
    41:15 42:14
    44:3 55:4 64:4
    69:22 78:24
    79:3

**[tells - understand]**                                                    Page 17

| | | | |
|---|---|---|---|
| **tells**  12:3 | **thoroughly** | 57:24 68:14,20 | **two**  15:2 17:25 |
| **ten**  74:3 | 52:12 | 75:17 83:19 | 29:15 45:7 |
| **terminate**  26:5 | **thought**  37:6 | **today's**  13:21 | 46:17 47:4,5 |
| 27:3 | 50:9 | **together**  48:15 | 82:21 |
| **terminating** | **three**  47:5,5 | **told**  22:10,14 | **types**  31:21 |
| 27:2 | 48:13 82:22 | 54:21 | 48:17 |
| **testified**  6:7 | **thursday**  1:17 | **took**  75:18 | **typewriting** |
| 37:3 72:8 | 4:11 | **top**  60:13 70:22 | 86:6 |
| **testify**  10:23 | **time**  1:18 5:6 | **touch**  28:17 | **typical**  30:11 |
| **testifying**  9:11 | 10:14 14:15,16 | **transcriber** | **typically**  29:25 |
| 14:13 17:12 | 20:18 21:12 | 87:1 | **u** |
| 86:5 | 22:21 27:24 | **transcribing** | |
| **testimony** | 38:5 49:17 | 8:20 | **u**  3:16,16,20 |
| 13:10 22:6 | 50:24 54:24 | **transcript**  4:20 | 7:8 65:6 66:13 |
| 47:13 61:17 | 58:20 59:9 | 6:12,20 38:18 | **uh**  76:17 |
| 68:16 73:12 | 75:5 83:3,19 | 46:7 85:6,8 | **ulises**  66:19 |
| 85:7 | **times**  11:9 13:7 | 86:21 87:3,4 | **ultimate**  69:25 |
| **text**  43:10,13 | 28:9 51:7 | **transcriptionist** | 70:21 |
| 44:7 | **tip**  31:8 32:6,18 | 86:7 | **under**  4:24 |
| **thank**  5:18,23 | 51:20 | **true**  47:20 | 6:10,18 9:7 |
| 6:8 7:9 8:10 | **tipped**  25:8 | 52:16 56:25 | 13:10 15:24 |
| 75:2 81:14 | 56:8,13 57:3 | 58:2 67:14 | 59:19,20 60:25 |
| 83:18 | 57:12 | 69:8,10 73:6 | 63:17 66:4 |
| **thing**  10:16 | **tipping**  33:2,14 | 73:23 85:9,13 | 85:7 |
| 22:22 72:11 | 34:10,24 | 86:8 87:4 | **underscore** |
| **things**  43:21 | **tips**  31:17,19 | **truth**  6:5,6,6 | 63:9,21 |
| 49:9 70:25 | 31:23 32:8 | 9:9,11 | **understand** |
| 82:23 | **title**  18:3,8 | **truthfully** | 4:19 8:13,22 |
| **think**  7:20 10:9 | **toast**  24:3,11 | 10:23 | 9:3,7,14,18 |
| 20:11 27:4 | 24:14,20 25:4 | **try**  9:16 10:15 | 10:12,13,19,20 |
| 29:8 35:10 | 53:10,12,16,19 | 77:25 | 35:10 59:18 |
| 40:10 56:17 | **today**  8:16 9:7 | **trying**  12:16 | 72:19,21 73:2 |
| 62:5 70:17 | 10:23 11:4 | **turns**  73:22 | 73:4 |
| 83:14 | 14:13 50:15 | | |

**understood**
9:18 10:4
**understore**
63:17
**unique** 62:18
**united** 1:1
**update** 43:18
**upper** 1:20
4:11 8:8
**use** 39:14 44:11
44:15 47:8
53:6 58:5
**used** 53:15,20
61:10
**uses** 4:23 79:15
79:22 80:13
81:19
**usually** 23:12

**v**

**v** 1:9 65:6
66:23 88:2
**vague** 11:19,21
**vala** 65:5
**vandergast**
66:22
**vendors** 19:8
19:10 41:20
43:22,25 48:9
82:11
**verbal** 8:21
**veritext** 4:4
88:1

**videoconfere...**
2:4,14,23
**view** 16:25
81:11
**vs** 4:9

**w**

**w** 85:2
**wage** 30:23
31:3,9
**wait** 6:15 80:9
80:10,10
**waiters** 48:10
**walter** 64:19
**want** 23:18
46:6 58:25
59:4 61:6,25
62:3 69:7
**wanted** 6:16
22:11,14 28:12
54:21 62:14
**way** 10:10
49:19
**ways** 43:5
**week** 23:10
41:23,25 42:3
50:20,22 54:3
73:11
**weeks** 29:15
**welcome** 81:16
**went** 28:3 37:4
37:6
**withdrawn**
10:25 24:6

26:17 29:10
31:15 34:8
36:22
**witness** 4:16,18
4:19 5:16,24
6:4 12:13
15:11 17:11,13
21:11 31:12
32:22 33:8
34:18 35:4
38:19 44:21
45:18,24 46:4
46:25 47:17,25
48:24 49:7
50:2 55:11
57:8,20 74:2
74:19 76:7
78:11 79:6,19
79:25 86:4
**witnesses'** 88:3
**work** 17:21
44:11,15 47:9
56:9 76:10
77:4
**worked** 38:6
52:6 77:13
82:22
**working** 13:25
55:7
**works** 19:8
51:23 54:2
**writing** 36:20
38:20 44:6

**written** 5:4
27:14,17 43:15
55:22

**x**

**x** 3:1,5 86:21

**y**

**y** 7:8
**yeah** 7:21 12:4
19:21 21:4
22:22 29:23
41:18 45:22
50:16,19 70:12
73:4 82:8
**year** 19:17
68:15,24 69:6
72:19 73:2
74:20,24 75:6
75:7,18
**years** 17:25
45:7 46:17
47:4,5 48:13
82:22
**york** 1:3 2:7
4:15 30:22
86:19 88:1

**z**

**z** 66:13

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.