Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF NEW YORK

3     _____

4     KATHERINE FERNANDEZ, on Behalf

5     of Herself and Others Similarly

6     Situated,

7              Plaintiff,

8        v.                           No.

9     BULLDOZER HOSPITALITY GROUP,        25-cv-04490(AS)

10    INC., d/b/a OSTERIA LA BAIA;

11    ROBERT PETROSYANTS; and

12    MARIANNA SHAHMURADYAN,

13             Defendants.

14    _____

15     30(b)(6) DEPOSITION OF CORPORATE REPRESENTATIVE FOR

16     BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

17                BAIA - ROBERT PETROSYANTS

18    DATE:          Tuesday, November 18, 2025

19    TIME:          7:14 p.m. UZT/9:14 a.m. EST

20    LOCATION:      Remote Proceeding

21                   Tashkent, Uzbekistan

22    REPORTED BY:   Laken Urtel

23    JOB NO.:       7753532

24

25

```
 1               A P P E A R A N C E S
 2     ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:
 3          JOSEF NUSSBAUM, ESQUIRE (by videoconference)
 4          Joseph & Kirschenbaum LLP
 5          45 Broadway, Suite 320
 6          New York, NY 10006
 7          jnussbaum@jk-llp.com
 8          (212) 688-5640
 9
10     ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,
11     INC., D/B/A OSTERIA LA BAIA, ROBERT PETROSYANTS, AND
12     MARIANNA SHAHMURADYAN:
13          EMANUEL KATAEV, ESQUIRE (by videoconference)
14          Sage Legal, LLC
15          18211 Jamaica Avenue
16          Jamaica, NY 11423
17          emanuel@sagelegal.nyc
18          (718) 412-2421
19
20     ALSO PRESENT:
21          Alivia Cooney, Paralegal, Sage Legal, LLC (by
22          videoconference)
23
24
25
```

                                                    **Page 3**

1                          **I N D E X**

2   EXAMINATION:                                  PAGE

3        By Mr. Nussbaum                            7

4

5                      **E X H I B I T S**

6   NO.               DESCRIPTION                 PAGE

7   Plaintiff:

8   Exhibit 1      Notice of Deposition            18

9   Exhibit 2      Corrective Action Record       110

10  Exhibit 3      Employee Handbook -

11                 Osteria La Baia                 116

12  Exhibit 4      2021 Excel Spreadsheet         122

13  Exhibit 5      2024 Excel Spreadsheet         132

14  Exhibit 6      Certificate of Liability

15                 Insurance                      150

16  Exhibit 7      Private Event Order,

17                 12/3/2024                       165

18  Exhibit 8      Amended Complaint              173

19

20            QUESTIONS INSTRUCTED NOT TO ANSWER

21                     PAGE        LINE

22                      15          2

23

24

25

Page 4

1                    I N D E X (Cont'd)

2          I N F O R M A T I O N   R E Q U E S T E D

3    NO.              DESCRIPTION                    PAGE

4    1                Job Descriptions                92

5    2                Amounts of Hours Paid to

6                     Tipped Employees                148

7

8          D O C U M E N T S   R E Q U E S T E D

9    NO.              DESCRIPTION                    PAGE

10   1                All Paychecks of

11                    All Putative Class Members     139

12   2                Redaction Log                  151

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    R.  PETROSYANTS

2            THE  REPORTER:   Good  morning.   My  name

3       is Laken Urtel.   I am the reporter

4       assigned by Veritext to take the record of

5       this proceeding.   We are now on the record

6       at 9:14 a.m.

7            This is the deposition of Robert

8       Petrosyants taken in the matter of

9       Katherine Fernandez v. Bulldozer

10      Hospitality Group Inc., et al. on November

11      18, 2025, in Tashkent, Uzbekistan.

12           I am a notary authorized to take

13      acknowledgements and administer oaths in

14      New York.   The parties agree that I will

15      swear the witness in remotely.

16           Additionally, absent an objection on

17      the record before the witness is sworn,

18      all parties and the witness understand and

19      agree that any certified transcript

20      produced from the recording of this

21      proceeding:

22           - is intended for all uses permitted

23      under applicable procedural and

24      evidentiary rules and laws in the same

25      manner as a deposition recorded by

```
 1                      R. PETROSYANTS
 2        stenographic means; and
 3             - shall constitute written
 4        stipulation of such.
 5             At this time will everyone in
 6        attendance please identify yourself for
 7        the record.
 8             MR. NUSSBAUM:  Good morning.  Josef
 9        Nussbaum from Joseph & Kirschenbaum for
10        the plaintiffs.
11             MR. KATAEV:  Good morning.  Emanuel
12        Kataev of Sage Legal LLC for the
13        defendants.  With me is paralegal Alivia
14        Cooney and the witness for today, Robert
15        Petrosyants, who's also a defendant and
16        30(b)(6) representative for the corporate
17        defendant.
18             THE REPORTER:  Okay, thank you.
19             Hearing no objection, I will now
20        swear in the witness.
21             Mr. Petrosyants, would you please
22        raise your right hand.
23    //
24    //
25    //
```

```
                                          Page 7
 1                        R. PETROSYANTS
 2   WHEREUPON,
 3                ROBERT PETROSYANTS,
 4   called as a witness and having been first
 5   duly sworn to tell the truth, the whole
 6   truth, and nothing but the truth, was
 7   examined and testified as follows:
 8              THE REPORTER:  Okay.  Thank you very
 9       much, and you may proceed.
10              MR. NUSSBAUM:  Thank you.
11                    EXAMINATION
12   BY MR. NUSSBAUM:
13       Q    Good morning, Mr. Petrosyants.
14   I guess, good afternoon or evening for
15   you.  My name is Josef Nussbaum, as you
16   just heard.  I represent plaintiffs in a
17   lawsuit against you, Bulldozer Hospitality
18   Group, and another defendant.  Do you
19   understand that?
20       A    Yes.
21       Q    Can you please state your full
22   name for the record?
23       A    Robert Petrosyants.
24       Q    Okay.  And have you gone by any
25   other names?
```

```
                                            Page 8

 1                       R.  PETROSYANTS

 2        A     No.

 3        Q     Do you go by any nicknames?

 4        A     No.

 5        Q     Where do you currently reside?

 6        A     Can you repeat the question?

 7        Q     Where do you currently live?

 8        A     New Jersey, Upper Saddle River.

 9        Q     Is that the address you gave

10   earlier that's on your driver's license?

11        A     Yes.

12        Q     Okay.  And have you ever been

13   deposed before?

14        A     Yes.

15        Q     How many times have you been

16   deposed?

17        A     I don't remember.

18        Q     Was it more or less than five?

19        A     Less.

20        Q     More or less than three?

21        A     I don't remember.

22        Q     So you don't remember if it was

23   one, two, three, four, or five?  Is that

24   your testimony?

25        A     I just answered your question.
```

1                    R. PETROSYANTS

2        Q    You have to answer my question,

3    please.

4        A    I don't remember.

5        Q    Okay.  Why is it that you don't

6    remember?

7        A    I just told you.  I do not

8    remember.

9        Q    No, I'm asking you, why is it

10    that you don't remember?

11        A    No reason.

12        Q    Okay.  When's the last time you

13    were deposed?

14        A    I do not remember.

15        Q    Was it more or less than a year

16    ago?

17        A    I don't know.  I do not

18    remember.

19        Q    Were you deposed at all in the

20    last two years?

21        A    Probably, yeah.

22        Q    Okay.  Since you've been deposed

23    before, I'm assuming you're familiar with

24    some of the ground rules, but I'll just go

25    over some of the important ones quickly to

```
 1                        R. PETROSYANTS
 2    try to make today's deposition go as
 3    smoothly as possible.
 4              As you know, I'm going to be
 5    asking you a number of questions today.
 6    The court reporter is taking everything
 7    that we say down for the record.  Because
 8    the court reporter is transcribing this
 9    deposition, it's important that you give
10    verbal responses to all my questions.  Do
11    you understand that?
12         A    Yes.
13         Q    The court reporter is not able
14    to record any nods or hand gestures or
15    anything like that.  Do you understand
16    that?
17         A    Yes.
18         Q    The court reporter has sworn you
19    in, and you're answering all questions
20    under oath today.  Do you understand that
21    you have the same obligation to tell the
22    truth and will be subject to the same
23    penalties for perjury, if you do not tell
24    the truth, as if you were testifying in a
25    court of law?
```

Page 11

1                    R.  PETROSYANTS

2        A    Yes.

3        Q    If you don't understand a

4    question I've asked, please let me know,

5    and I'll try and rephrase it.  If you

6    answer the question, I'm going to assume

7    that you understood it.  Do you understand

8    that?

9        A    Yes.

10        Q    Now, do you speak English

11    fluently?

12        A    Yes.

13        Q    Okay.  So far you understand my

14    questions?

15        A    Yes.  Don't you get dizzy,

16    riding the chair?  I do.

17        Q    I'm going to be asking the

18    questions today.  Please let me finish

19    asking a question before you answer it,

20    even if you think you may know what I'm

21    asking.  That way, the court reporter can

22    get everything down for the record.  Do

23    you understand that?

24        A    Yes.

25        Q    Okay.  If you need a break at

```
 1                    R.  PETROSYANTS
 2    any time, please let me know, and I'll try
 3    and accommodate you.  I just ask that, if
 4    a question is pending, you first answer
 5    the question before taking a break.  Do
 6    you understand that?
 7         A    Yes.
 8         Q    Are you taking any medication
 9    that may impair your ability to testify
10    truthfully today?
11         A    No.
12         Q    Is there any other reason that
13    you may not be able to testify truthfully
14    today?
15         A    No.
16         Q    Are you taking any medication
17    that may impair your memory?
18         A    No.
19         Q    Is there any other reason that
20    your memory may be impaired today?
21         A    No.
22         Q    Okay.  Have you ever been party
23    to a lawsuit?
24         A    Can you repeat the question?
25         Q    Sure.  Have you ever been a
```

```
                                        Page 13
 1                    R.  PETROSYANTS
 2   defendant or plaintiff in a lawsuit other
 3   than this lawsuit?
 4        A    I have.
 5        Q    How many times?
 6        A    I do not remember.
 7        Q    More or less than five times?
 8        A    I do not remember.
 9        Q    Okay.  Have you ever given any
10   testimony under oath before besides for
11   the depositions that we discussed earlier?
12        A    Yes.
13        Q    Okay.  How many times have you
14   given testimony under oath?
15        A    I do not remember.
16        Q    Okay.  Without revealing any
17   attorney-client communication, did you do
18   anything to prepare for today's
19   deposition?
20        A    No.
21        Q    Did you meet with your
22   attorneys?
23        A    Regularly.
24        Q    Did you speak to your attorney
25   yesterday?
```

```
                                        Page 14
 1                    R.  PETROSYANTS
 2       A     I did.
 3       Q     Okay.  Other than your
 4   attorneys, did you talk to anyone else
 5   about today's deposition?
 6       A     No.
 7       Q     Isn't it true that you talked to
 8   your co-defendant, Ms. Shahmuradyan, about
 9   today's deposition?
10       A     I didn't speak --
11             MR. KATAEV:  Objection.  Form.
12             You can answer.
13   BY MR. NUSSBAUM:
14       Q     I'm sorry; what was the answer?
15       A     I did not speak to her regarding
16   deposition.
17       Q     Did you speak to her about her
18   deposition?
19       A     Can you repeat the question?
20       Q     I said, did you speak to her
21   about her deposition?
22       A     Yes, in some points.
23       Q     Okay.  And what did she tell
24   you, in sum and substance?
25             MR. KATAEV:  Objection.  Marital
```

```
                                      Page 15
  1                    R.  PETROSYANTS
  2        privilege.  I instruct the witness not to
  3        answer the question.
  4             MR. NUSSBAUM:  Okay.
  5   BY MR. NUSSBAUM:
  6        Q    Did you review any documents in
  7   preparation for today's deposition?
  8        A    I did.
  9        Q    Okay.  What documents did you
 10   review?
 11        A    White and black written papers.
 12        Q    That's cute.  I'm asking the
 13   specific documents.  Which specific
 14   documents did you review for today's
 15   deposition?
 16        A    Transcript.
 17        Q    Which transcript?
 18        A    From your deposition from
 19   Mariana.
 20        Q    Of your co-defendant,
 21   Ms. Shahmuradyan?
 22        A    Yes.
 23        Q    Okay.  Other than the
 24   transcript, what other documents did you
 25   review, if any?
```

Page 16

R.  PETROSYANTS

1
2      A      Nothing else.
3      Q      Did you review any of the
4  documents that the defendants produced to
5  the plaintiffs in this lawsuit?
6      A      I did some, but I don't remember
7  which ones.
8      Q      Okay.  When was the last time
9  you reviewed any of those documents?
10      A      Few weeks ago.
11      Q      Okay.  Do you understand that
12  you're testifying today on your own
13  personal behalf as well as on behalf of
14  the corporate defendant in this case?
15      A      Yes, I do.
16      Q      Okay.  Do you know that the
17  plaintiffs in this lawsuit served a notice
18  of deposition on the corporate defendant?
19      A      Can you repeat the question?
20      Q      Do you know that the plaintiffs
21  in this lawsuit served your attorneys with
22  a notice of deposition on the corporate
23  defendant in this case?
24      A      Yes.
25      Q      Did you see that notice?

```
                                    Page 17
 1                    R.  PETROSYANTS
 2        A    Some of it.
 3        Q    Okay.  Which parts of it did you
 4   see?
 5        A    A few -- first few pages.
 6        Q    Okay.  And are you the best
 7   person to testify on behalf of the
 8   corporate defendant?
 9            MR. KATAEV:  Objection to form.
10            You can answer.
11            THE WITNESS:  I don't have an answer
12        for this.  I don't know if I'm the best
13        person or not.
14   BY MR. NUSSBAUM:
15        Q    Okay.  But you're prepared to
16   testify on behalf of the corporate
17   defendant; correct?
18        A    Yes.
19        Q    Now, the corporate defendant in
20   this case is Bulldozer Hospitality Group
21   Inc.; correct?
22        A    Yes.
23        Q    Okay.  And that corporation runs
24   a restaurant called Osteria La Baia;
25   right?
```

```
                                              Page 18
 1                      R.  PETROSYANTS
 2        A    Yes.
 3        Q    Okay.  So for the remainder of
 4   today's deposition, when I refer to
 5   Bulldozer or to Osteria La Baia, it's
 6   clear to you that I'm talking about the
 7   same corporate entity; correct?
 8        A    Yes.
 9        Q    Okay.  I'd like to show you a
10   document that I'm going to mark as
11   Plaintiff's Exhibit 1.
12             (Plaintiff Exhibit 1 was marked
13             for identification.)
14             Okay.  Mr. Petrosyants, I'm
15   sharing my screen with you.  I'm showing
16   you a document that I'm marking as
17   Plaintiff's Exhibit 1.  It's a five-page
18   document.  On the top of the first page is
19   the caption of the case, and then in bold
20   letters, it says "Notice of Deposition."
21   Do you see that?
22        A    Yes.
23        Q    And I'll represent you that this
24   is a copy of the notice of deposition that
25   we served on your counsel in this case.
```

```
                                    Page 19
 1                  R.  PETROSYANTS
 2   Do you understand that?
 3        A    Yes.
 4        Q    Have you seen this document
 5   before?  And I'm scrolling through it.
 6        A    Not all of it.
 7        Q    Okay.  So did you see the first
 8   page?
 9        A    Yeah, one of few pages.  Yeah.
10        Q    Okay.  And did you see that,
11   starting on the second page, there's a
12   list of matters designated for deposition?
13        A    I -- I cannot recall it right
14   now.  I don't -- if I saw this page or
15   not.
16        Q    You can't recall if you saw it.
17   Now, are you familiar with the operations
18   of Osteria La Baia?
19        A    Yes.
20        Q    How is it that you're familiar
21   with it?
22        A    I'm a director of operations.
23        Q    And how long have you been the
24   director of operations?
25        A    A few years.
```

```
                                      Page 20
 1                    R.  PETROSYANTS
 2        Q     Since  when?
 3        A     Since  --  I  can't  remember.
 4   2023,  whatever.
 5        Q     So  for  at  least  two  years?
 6        A     Probably.
 7        Q     Okay.   And  what  are  your  job
 8   duties  as  director  of  operations?
 9        A     Whatever  the  director  of
10   operations  does.
11        Q     Can  you  tell  me  what  your  job  is
12   as  the  director  of  operations?
13        A     Running  the  business.
14        Q     Okay.   Can  you  give  me  more
15   specifics  than  that?
16        A     Vendors,  payments,  oversee  the
17   operations,  quality  of  food,  quality  of
18   service;  is  that  enough?
19        Q     What  else?
20        A     I  can't  think  of  anything  else
21   at  this  point.
22        Q     Okay.   When  you  say  "oversee  the
23   operations,"  what  do  you  mean  by  that?
24        A     Making  sure  the  business  runs.
25        Q     All  aspects  of  the  business?
```

Page 21

```
                              R.  PETROSYANTS
 1
 2        A     Most  of  them.
 3        Q     When  you  say  "most  of  them,"
 4   what  does  that  mean?
 5        A     That's  exactly  what  that  means.
 6   Most  of  them.
 7        Q     Okay.  Are  you  responsible  for
 8   ensuring  that  employees  are  paid  at  the
 9   restaurant?
10        A     Can  you  repeat  the  question?
11        Q     Are  you  responsible  for
12   employees  being  paid  at  the  restaurant?
13        A     I'm  --  I'm  responsible  that  they
14   get  paid,  yes.
15        Q     Okay.  Are  you  responsible  to
16   ensure  that  employees  are  paid  properly  at
17   the  restaurant?
18        A     To  my  best  knowledge.
19        Q     Okay.  Who  owns  Osteria  La  Baia?
20        A     Marianna  Shahmuradyan.
21        Q     Anyone  else?
22        A     No.
23        Q     And  who  hired  you  to  be  the
24   director  of  operations?
25        A     Marianna.
```

Page 22

                              R. PETROSYANTS

1

2        Q      Okay.  And she's your wife;
3    right?
4        A      Yes.  Beautiful wife.
5        Q      And did she interview you
6    before -- pardon?
7        A      Yes, my lovely wife.  Yeah.
8        Q      Lovely wife.  Did she interview
9    you before hiring you?
10       A      No.
11       Q      Okay.  So how did it come to be
12   that you became the director of operations
13   at the company?
14       A      She just felt it right for me to
15   be the director of operations.
16       Q      And she asked you to do it?
17       A      Yes.
18       Q      Was there a director of
19   operations before you?
20       A      No.
21       Q      So who was performing your
22   functions before you came on board at
23   Osteria La Baia?
24       A      There was a management that used
25   to run that place.  I do not remember

```
                                            Page 23
 1                    R.  PETROSYANTS
 2   their names.  I can't recall them now.
 3   And we took over 2023.
 4        Q     And who hired that management
 5   team?
 6        A     I cannot -- I cannot recall it.
 7        Q     Okay.  Did you do anything at
 8   Osteria La Baia before 2023?
 9        A     No.
10        Q     Had you ever been at the
11   premises of Osteria La Baia before 2023?
12        A     Yes.
13        Q     Okay.  And as director of
14   operations, you're able to hire and fire
15   employees at the restaurant; right?
16        A     The management, I usually do.  I
17   don't -- I don't get involved with
18   the -- with the lower-level employees.
19   I'm talking about service, front of the
20   house and back of the house.
21        Q     Okay.  But you have the
22   authority to do it, as the director of
23   operations; right?
24             MR. KATAEV:  Objection to form.
25             THE WITNESS:  Yeah, I do.
```

```
                                          Page 24
 1                    R.  PETROSYANTS
 2    BY MR. NUSSBAUM:
 3         Q     All right.   Have there ever been
 4    occasions that you terminated someone at
 5    the restaurant?
 6         A     Not that I remember.
 7         Q     Okay.  But it could have
 8    happened?
 9              MR. KATAEV:  Objection.
10              THE WITNESS:  Could have happened,
11         yeah.
12    BY MR. NUSSBAUM:
13         Q     Okay.  Why is it that you don't
14    remember?
15         A     I don't remember if I hired a --
16    if I hired or fired anyone at this point.
17         Q     You're not sure?
18         A     I'm not sure.
19         Q     Okay.  Besides for you and
20    Maria, who else is in charge at the
21    restaurant?
22         A     Marianna.
23         Q     I'm sorry.  Besides for you and
24    Marianna -- thank you -- so withdrawn.
25    Besides for you and Marianna, who else is
```

```
                                          Page 25
 1                     R.  PETROSYANTS
 2   in charge of the restaurant?
 3        A     There's a management that runs
 4   the restaurant, yeah.
 5        Q     Who's that?
 6        A     Janos.
 7        Q     So would you say that you,
 8   Marianna, and Janos together manage the
 9   restaurant?
10             MR.  KATAEV:   Objection to form.
11             You can --
12             THE WITNESS:   I can't say.
13   BY MR. NUSSBAUM:
14        Q     Why can't you say that?
15        A     'Cause day-to-day operation's
16   managed by managers.
17        Q     What do you mean by "day-to-day
18   operations"?
19        A     Exactly what that means.  Day-
20   to-day operations.
21        Q     Can you explain to me what you
22   mean by that?
23        A     Opening, closing, making sure
24   that staff perform best service, making
25   sure that food gets served with
```

Page 26

1                    R.  PETROSYANTS
2  consistency, and everything else that has
3  to do with running a restaurant.
4        Q    Okay.  How often -- withdrawn.
5  How frequently are you in the restaurant?
6        A    Few times a week.
7        Q    Okay.  And when you're not
8  there, who's doing your job duties?
9        A    When I'm not there --
10            MR. KATAEV:  Object to the form.
11            THE WITNESS:  -- Janos, the manager,
12        runs the restaurant.
13  BY MR. NUSSBAUM:
14        Q    Okay.  And I'm sorry; how many
15  times a week did you say --
16        A    A few times a week.
17        Q    Okay.  And other than being the
18  director of operations, have you had any
19  other titles at the restaurant?
20        A    No.
21        Q    Okay.  And as director of
22  operations, you're responsible for all
23  aspects of the operations of the
24  restaurant; correct?
25            MR. KATAEV:  Objection to form.

```
                                          Page 27
 1                    R.  PETROSYANTS
 2            THE  WITNESS:   I  think  you  asked  me
 3       that --
 4            MR.  KATAEV:   But  go  ahead.
 5   BY MR.  NUSSBAUM:
 6       Q    But  what's  your  answer?
 7       A    Whatever  was  my  answer  before.
 8       Q    As  director  of  operations,
 9   you're  responsible  for  all  aspects  of  the
10   operations  of  the  restaurant;  correct?
11       A    Can  you  repeat  the  question?
12       Q    As  director  of  operations,  you
13   are  responsible  for  all  aspects  of  the
14   operations  of  the  restaurant;  correct?
15       A    More  or  less,  yeah.
16       Q    Well,  why  do  you  say  "more  or
17   less"?
18       A    There's  people  --  there's  a
19   person  that  runs  the  --  the  restaurant.
20   She's  manager,  so  there's
21   certain  --  certain  decisions  that  he  makes
22   on  his  own.
23       Q    Now,  you  said  "he"  or  "she"?
24       A    He.
25       Q    He.   Other  than  Janos,  is  there
```

```
                                        Page 28
 1                    R.  PETROSYANTS
 2   anyone else who's a manager at the
 3   restaurant?
 4        A    No.
 5        Q    Okay.  And Janos reports to you;
 6   correct?
 7        A    Yes.
 8        Q    Okay.  Has he told you that he's
 9   hired or fired people at the restaurant?
10        A    After the fact, yeah.
11        Q    Okay.  But he's reported that to
12   you; correct?
13        A    Sometimes he does; sometimes he
14   doesn't.
15        Q    Right.  But he reports that to
16   you because you're the director of
17   operations; right?
18        A    He just informs me of certain
19   things that he does or changes, yeah.
20        Q    Right.  But he's not informing
21   you because you're his friend; he's
22   informing you because you're the director
23   of operations; correct?
24        A    Yeah, we run professionally our
25   operations.  Yeah.
```

```
                                    Page 29
 1                  R.  PETROSYANTS
 2        Q     Well, my question was, he's
 3   informing you because you are the director
 4   of operations; correct?
 5              MR. KATAEV:  Objection to form.
 6              THE WITNESS:  Yes.
 7   BY MR. NUSSBAUM:
 8        Q     How often do you meet with
 9   Janos?
10        A     Few times a week.
11        Q     And what do you discuss when you
12   meet with him?
13        A     Can you repeat the question?
14        Q     What do you typically discuss
15   with him when you meet with him?
16        A     Operations in the restaurant.
17        Q     Like, for example, what?
18        A     As I said, consistency, best
19   performance, making sure the service is on
20   top.  You should come to the restaurant
21   and try our food.
22        Q     Okay.  When you say
23   "consistency," what do you mean by
24   "consistency"?
25        A     What does that mean,
```

```
                                              Page 30
 1                      R.  PETROSYANTS
 2    "consistency," in your opinion?
 3          Q    I'm the one asking the questions
 4    today, so --
 5          A    Consistency --
 6          Q    When you meet with Janos --
 7          A    -- answer --
 8          Q    When you meet with Janos to
 9    discuss consistency, what is it that
10    you're discussing with him?
11          A    Discuss the service and food.
12          Q    Ensuring that the service is
13    running properly?
14          A    Properly and good, yeah.
15          Q    Okay.  And the service is
16    dependent on the back-of-the-house kitchen
17    employees and the front-of-the-house
18    service staff?
19          A    Yes.
20               MR. KATAEV:  Objection to form.
21               But you can answer.
22    BY MR. NUSSBAUM:
23          Q    Okay.  So you're ensuring with
24    him that the back-of-the-house kitchen
25    employees and front-of-the-house service
```

```
                                            Page 31
 1                     R.  PETROSYANTS
 2   staff are providing a consistent
 3   performance for the customer; is that
 4   right?
 5              MR. KATAEV:  Objection to form.
 6              THE WITNESS:  Yes.
 7   BY MR. NUSSBAUM:
 8        Q    Okay.  And is that something
 9   that you pay close attention to when
10   you're in the restaurant?
11        A    I try to, yeah.
12        Q    Okay.  And if you see there's a
13   problem with the, quote unquote,
14   "consistency," what do you do?
15        A    Take action.
16        Q    What does "take action" mean?
17        A    I'll try to do better.
18        Q    What does that mean, you'll try
19   to do better?
20        A    If the steak is overcooked and
21   that's not something that the customer
22   like, I'll make sure, you know, next time
23   when he's served, steak is better.
24        Q    Okay.  If you see a server not
25   performing their duties correctly, what
```

```
                                        Page 32
 1                    R.  PETROSYANTS
 2    would you do?
 3         A     That's not my job.  That's
 4    manager's job to oversee that process.
 5         Q     Okay.  Wouldn't that affect the
 6    consistency --
 7         A     -- there's something I don't
 8    like --
 9         Q     I'm sorry; there's something you
10    don't like?
11         A     If there's something I don't
12    like, I report to managers.
13         Q     So if you saw a server not --
14         A     And managers make --
15         Q     Go ahead.
16         A     I just finished.
17         Q     If you saw a server not
18    performing their duties properly, you
19    would report that to the manager?
20         A     Yep.
21         Q     And then he would take action?
22         A     Yep.
23         Q     Okay.  And you said earlier that
24    you ensure that there's, you said, quote
25    unquote, "best performance" at the
```

```
 1                    R.  PETROSYANTS
 2   restaurant.  What do you mean by that?
 3        A    Exactly what that means.  Best
 4   performance at the restaurant.  Good
 5   quality of food, best -- best service, and
 6   making sure that, you know, business runs
 7   properly.
 8        Q    All aspects of the business;
 9   right?
10             MR. KATAEV:  Object to form.
11             THE WITNESS:  Exactly.
12   BY MR. NUSSBAUM:
13        Q    And when you're present in the
14   restaurant, are you on the dining room
15   floor when customers are there?
16        A    I'm on the restaurant.
17        Q    You're in the area of the
18   restaurant that customers are dining?
19        A    Everywhere.  Everywhere in the
20   restaurant.
21        Q    And when you're on the floor;
22   right?  There are times that you're on the
23   floor of the restaurant, where customers
24   are?
25        A    Yeah, we have a floor in the
```

```
 1                    R.  PETROSYANTS
 2   restaurant.  Yeah.  As soon as I open the
 3   restaurant, I'm on the floor, yeah.
 4        Q    Right.  And so what are you
 5   doing when you're in that area, where the
 6   customers are?
 7        A    Making --
 8        Q    What are you focused on?
 9        A    Making sure the place runs
10   properly.
11        Q    Making sure that the service
12   staff is doing their job?
13             MR. KATAEV:  Objection to form.
14             THE WITNESS:  Yeah.
15   BY MR. NUSSBAUM:
16        Q    Have your job duties changed at
17   all over time, or have they always been
18   the same?
19        A    Can you repeat the question?
20        Q    Have your job duties at Osteria
21   La Baia changed over time, or have they
22   always remained the same?
23        A    Sometimes it changes.
24        Q    How has it changed?
25        A    I don't know how to answer this
```

```
                                          Page 35
 1                    R.  PETROSYANTS
 2   question.
 3        Q     Of course, you do.
 4        A     Okay, from A to Z.
 5        Q     How has it changed?
 6        A     From A to B.
 7        Q     Explain it.
 8        A     From A to B.
 9        Q     You're not answering my
10   question.  My question is, how have your
11   job duties changed over time at Osteria La
12   Baia?
13        A     -- from A to B.
14        Q     I don't know what A means, and I
15   don't know what B means.
16        A     How can I answer your question?
17   How has that changed?  I walk into the
18   restaurant, there's million things that
19   can change from starting where, you know,
20   why the floor is dirty and why the plates
21   are here, why is this and that?  How do
22   you want me to answer this question?
23        Q     Right.  And was that different
24   in 2023?
25        A     -- huh?
```

```
                                      Page 36
 1                  R. PETROSYANTS
 2        Q    Was that different in 2023 than
 3   it is today?
 4        A    It's all concerning running a
 5   restaurant.  What do you mean,
 6   "different"?  Whatever has to do with the
 7   running a restaurant, it's always
 8   different.  You walk into a place, there's
 9   a million things going on.  100 percent.
10   There's a light too light -- too bright;
11   there's a floors are dirty; there's a
12   napkins are dirty.  So what do you mean by
13   "changing"?
14        Q    Okay.  And that's been the same
15   way since you started working as director
16   of operations; right?
17        A    I don't understand your
18   question.  What do you mean, "the same
19   way"?  Yeah, the same way that, yeah, I'm
20   trying to run the restaurant.  Yes, it was
21   the same way from the day one.  Yeah.
22        Q    Okay.  I mean, as director of
23   operations, you have job duties; right?
24        A    Yes, running a restaurant.
25        Q    Okay.  When Marianna hired you
```

```
 1                    R.  PETROSYANTS
 2  to be the director of operations, did she
 3  tell you what your job duties would be?
 4       A    She didn't tell me what my job
 5  duties would be.  She told me, "You are --
 6  as the director of operations, you know
 7  what -- you know, how to run the -- and
 8  operate the restaurant.  Please run it for
 9  me."  Done.
10       Q    And she didn't -- withdrawn.
11  She didn't specify specific things that
12  she wanted you to do?
13       A    To run a successful restaurant.
14  That's all she wanted me to do.
15       Q    And so she gave you carte
16  blanche to do whatever you want in terms
17  of running the operations?
18       A    Yeah, she's mother of my kids.
19       Q    Sorry.  What was the answer?
20       A    Yes, she did.
21       Q    You said, yes, she's the mother
22  of your kids; right?  Was that the answer?
23       A    Uh-huh.  She's --
24       Q    I need a yes or a no.
25       A    Can you repeat -- repeat the
```

```
                                            Page 38
 1                    R.  PETROSYANTS
 2   question?
 3        Q    I said, your answer was "Yes,
 4   she's the mother of my kids"; correct?
 5        A    What was your question before?
 6   I didn't get it.
 7        Q    Did Marianna give you carte
 8   blanche to do whatever you want in terms
 9   of running the operations of the
10   restaurant?
11        A    Yes, she did.
12        Q    And your answer was "Yes, she's
13   the mother of my kids"; correct?
14        A    No, my answer is "Yes, she did."
15        Q    Okay, the record will speak for
16   itself.  Does Osteria La Baia know what
17   the minimum wage is?
18            MR. KATAEV:  Objection to form.
19            THE WITNESS:  I hope we do.
20   BY MR. NUSSBAUM:
21        Q    I didn't hear your answer; I'm
22   sorry.
23        A    Yes, we do.
24        Q    Does Osteria La Baia know what
25   overtime is?
```

```
                                          Page 39
 1                      R.  PETROSYANTS
 2            MR.  KATAEV:   Objection  to  form.
 3            THE  WITNESS:   Yes.
 4   BY MR.  NUSSBAUM:
 5       Q     What  was  the  answer?
 6       A     What  was  the  question?
 7       Q     Does  Osteria  La  Baia  know  what
 8   overtime  is?
 9       A     Yes.
10       Q     Does  Osteria  La  Baia  know  what
11   the  tip-credit  minimum  wage  is?
12       A     Yes.
13       Q     Does  Osteria  La  Baia  know  that
14   it's  illegal  to  have  management  employees
15   who  supervise  other  employees  included  in
16   the  tip  pool  at  a  restaurant?
17            MR.  KATAEV:   Objection  to  form.
18            You  can  answer.
19            THE  WITNESS:   I  don't  know  how  to
20       answer  that.   Whatever  is  illegal  by  law,
21       we  know  that  it's  illegal.
22   BY MR.  NUSSBAUM:
23       Q     How  do  you  know  that?
24       A     Because  we  have  some  rules  and
25   regulations  printed  in  our  house.
```

```
 1                  R. PETROSYANTS
 2       Q    And you're saying the rules and
 3   regulations that you have printed in your
 4   house state that you cannot have a manager
 5   participate in a tip pool?  Is that your
 6   testimony?
 7       A    From the management there's
 8   certain rules that we know that we have to
 9   keep -- upkeep for running a legal tip or
10   payment system for all the employees.
11       Q    And it's your job, as director
12   of operations, to ensure that that system
13   of paying employees legally is in
14   operation?
15            MR. KATAEV:  Objection --
16            THE WITNESS:  That's my manager's
17       job.
18   BY MR. NUSSBAUM:
19       Q    Okay.  And if your manager
20   wasn't doing his job, what would you do?
21            MR. KATAEV:  Objection --
22            THE WITNESS:  He would come to me and
23       ask me to do --
24   BY MR. NUSSBAUM:
25       Q    He'd ask you to do what?
```

```
                                      Page 41
 1                    R.  PETROSYANTS
 2        A     To manage the restaurant.
 3   If -- if I don't have a manager, I
 4   would -- you know, I'll find a way to
 5   manage it, but I always had a manager.
 6        Q     Did you hire Janos?
 7        A     No.
 8        Q     Who hired him?
 9        A     I do not remember.
10        Q     Was he already working at the
11   restaurant when you started working there?
12        A     I do not remember.
13        Q     So it's possible he started
14   working after that?
15             MR. KATAEV:  Objection to form.
16             THE WITNESS:  I -- I just said I do
17        not remember.  You can phrase the -- your
18        question many -- million times different
19        way, but I just told you the answer.
20   BY MR. NUSSBAUM:
21        Q     And Janos is responsible for
22   hiring and firing the service staff at the
23   restaurant?
24        A     Yes.
25        Q     And Janos is responsible for
```

```
                                   Page 42
1                       R. PETROSYANTS
2    making sure that the service staff is paid
3    the appropriate wages?
4         A     Yes.  At this point, yes.
5         Q     And customers at the restaurant,
6    they leave tips, typically; right?
7         A     Yeah.
8         Q     And those tips are for the
9    foodservice staff?
10        A     Yes.
11        Q     And Janos is responsible for
12   making sure that the foodservice staff get
13   paid those tips?
14        A     Yes.
15        Q     Now, isn't it true that Osteria
16   La Baia pays the foodservice employees
17   pursuant to a tip-credit wage?
18        A     Can you repeat the question?
19        Q     Isn't it true that Osteria La
20   Baia pays the foodservice employees
21   pursuant to a tip-credit wage?
22        A     Yes.
23        Q     Okay.  And whose decision was it
24   to do that?
25        A     To do a tip credit?
```

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

```
                                         Page 43
 1                   R.  PETROSYANTS
 2        Q     Yeah.
 3        A     If you're a tip employee, you
 4   get a tip credit; right?
 5        Q     Whose decision was it to pay
 6   them that wage?
 7        A     Management, probably.  I
 8   would -- I don't remember.
 9        Q     Well, is it Marianna's decision?
10        A     No.
11        Q     Is it your decision?
12        A     I do not remember.
13        Q     You don't remember if it's your
14   decision?
15        A     Yep.
16        Q     Now, has Osteria La Baia given
17   the foodservice employees written notice
18   of how they're going to be paid?
19        A     I think we did, to my best
20   knowledge.
21        Q     Okay.  Do you have any proof of
22   that?
23        A     We probably will be looking for
24   it in storage, but yeah.
25        Q     Okay.  As of now have you seen
```

Page 44

1                    R. PETROSYANTS

2    any written notices that you gave

3    employees?

4         A    Yes, I have.

5         Q    Yeah?  Do you know why none of

6    them have been produced in this lawsuit?

7         A    I have no idea.

8         Q    Have any of them been produced

9    in this case?

10         A    I don't know.

11         Q    Who does Janos report to?

12         A    I think you asked that question

13    again.

14         Q    I didn't.  Who does Janos report

15    to?

16         A    Can you repeat the question?

17         Q    You heard the question.  Who

18    does Janos report to?

19         A    Can you repeat again, please?

20         Q    Sure.  Who does Janos report to?

21         A    To me.  I said that before;

22    right?

23         Q    And to Marianna?

24         A    Not really.  To me.

25         Q    Okay.  And if you weren't happy

```
                                          Page 45
 1                    R.  PETROSYANTS
 2    with Janos's performance, you would be the
 3    one who would decide to terminate him?
 4         A     Yeah.
 5         Q     Okay.  And overall, you're
 6    satisfied with his performance; right?
 7         A     Yeah.
 8         Q     I'm sorry; what was the answer?
 9         A     Yes.
10         Q     What, if anything, has Osteria
11    La Baia done to ensure that its
12    compensation and tipping practices are in
13    accordance with state and federal law?
14         A     Can you repeat the question?
15         Q     Sure.  What, if anything, has
16    Osteria La Baia done to ensure that its
17    compensation and tipping practices are in
18    accordance with federal and state law?
19              MR. KATAEV:  Objection to form.
20              You can answer.
21              THE WITNESS:  Everything that needs
22         to be done.
23    BY MR. NUSSBAUM:
24         Q     But there are federal laws about
25    how to pay employees; right?
```

Page 46

1                     R. PETROSYANTS

2          A     I don't have -- I can't recall

3     at this point.  I know there's a federal

4     rule, and I know there's steps that we

5     take, making sure that everyone gets

6     proper payment, making sure that everyone

7     gets legal payment as they deserve, but

8     what actually La Baia does is just

9     follow -- file the rule -- follow the

10    rule.

11         Q     Okay.  How do you know that it

12    follows the rule?

13         A     I'm -- I'm hoping so, yeah.

14         Q     You're hoping.  Do

15    you -- withdrawn.  So do you have

16    any -- withdrawn.  Can you tell me

17    anything that Osteria La Baia has done to

18    ensure that --

19         A     I cannot --

20         Q     -- the way it pays its employees

21    follows the law?

22         A     I cannot tell you at this point.

23         Q     Okay.  Has Osteria La Baia ever

24    sought legal advice about how to pay its

25    employees?

```
                                          Page 47
 1                    R. PETROSYANTS
 2        A    I cannot recall right now.
 3        Q    So sitting here today, you have
 4   no evidence of any -- withdrawn.   So
 5   sitting here today, you don't have any
 6   evidence that Osteria La Baia ever
 7   sought --
 8        A    I'm not --
 9        Q    Please don't interrupt me.
10   Sitting here today, you don't have any
11   evidence that Osteria La Baia's sought
12   legal advice about how to pay its
13   employees; correct?
14        A    I didn't say that.
15        Q    Well, do you have any evidence
16   at all that Osteria La Baia sought legal
17   advice as to how to pay its employees?
18             MR. KATAEV:  Objection to form.
19             THE WITNESS:  I cannot recall --
20   BY MR. NUSSBAUM:
21        Q    What was the answer?
22        A    I cannot recall --
23        Q    Sitting here today, you have no
24   recollection of Osteria La Baia seeking
25   any legal advice about how to pay its
```

```
                                              Page 48
 1                      R.  PETROSYANTS
 2    employees;  correct?
 3         A     Can  you  repeat  the  question,
 4    please?
 5              MR.  KATAEV:   Counselor --
 6    BY MR.  NUSSBAUM:
 7         Q     Yes.   You  have  no  recollection
 8    about  Osteria  La  Baia  seeking  any  legal
 9    advice  about  how  to  pay  its  employees;
10    correct?
11         A     I  cannot  recall  at  this  point,
12    as  I  said.   Maybe  we  do;  maybe  we  did  not.
13         Q     Okay.   Who --  withdrawn.   You're
14    aware  that  there  were  documents  that  were
15    produced  as  part  of  this  lawsuit;  right?
16         A     Yes.
17         Q     Who  was  responsible  for
18    gathering  those  documents  and  giving  them
19    to  the  lawyer?
20         A     I  have  to  look  into  it.
21         Q     You're  a  defendant  in  the  case;
22    right?
23         A     Yeah.   I  have  50  people  working
24    for  me.   I --  you  know,  I  have  to  look
25    into  it.   I  don't  want  to  give  you  a  wrong
```

```
                                                 Page 49
 1                      R.  PETROSYANTS
 2   answer.
 3        Q     Right.  But at some point in
 4   time, you became aware that the plaintiffs
 5   in this lawsuit served requests on you to
 6   produce documents; right?
 7        A     Yes.
 8        Q     And what did you do to ensure
 9   that those document requests were
10   responded to?
11        A     I told them, "Listen, whatever
12   we have to help, you know, to resolve this
13   law issue," which we did everything
14   properly, paying those employees, to
15   produce all the paperwork.
16        Q     Who did you tell?  You said you
17   told "them."  Who did you tell?
18        A     Management.
19        Q     Who's management?
20        A     Janos.
21        Q     So you asked Janos to get the
22   documents?
23        A     I told him to do it.  I don't
24   know who did it.  I don't know who
25   actually sent them.
```

```
                                        Page 50
 1                R. PETROSYANTS
 2      Q     Okay.  Besides for Janos, is
 3  there someone else that would have
 4  documents?
 5      A     There's a lot of people.
 6      Q     Do you know where these records
 7  are stored?  They're stored online; right?
 8      A     Some are online; some are, like,
 9  you know, in a file, you know, physical
10  files.
11      Q     Yeah.  Which records are stored
12  online?
13      A     I cannot recall it.
14      Q     You cannot recall which records
15  are stored online?
16      A     Nope --
17      Q     Sir, please don't use your phone
18  during the deposition.
19      A     I'm not using my phone.
20      Q     For the record, you're not using
21  your phone right now?
22      A     No.
23      Q     Okay.  And you said certain
24  records are kept in hard file or hard
25  copy, I believe you said; is that right?
```

```
                                        Page 51
 1                    R.  PETROSYANTS
 2        A    Yeah.
 3        Q    Which records are those?
 4        A    I cannot answer this question.
 5   There's a million records.  I don't know.
 6        Q    Okay.  Where are the hard copies
 7   of the records kept?
 8        A    In storage.
 9        Q    Where's the storage?
10        A    In the restaurant.
11        Q    Okay.  And who has access to the
12   storage?
13        A    Few people.
14        Q    Which people?
15        A    One -- one of them is me.
16        Q    Who else?
17        A    Management.
18        Q    Janos?
19        A    Yeah.
20        Q    Anyone else?
21        A    Not that I -- you know,
22   probably, but not that I can call the
23   names.
24        Q    Okay.  And Marianna has access
25   to that as well; right?
```

Page 52

R. PETROSYANTS

1

2       A    Marianna is the owner.  She has
3    access -- if she wanted it, she has access
4    to anything she wants.
5       Q    Okay.  Who has financial control
6    over the restaurant?
7       A    I don't understand the question.
8       Q    Who runs the restaurant's
9    finances?
10       A    I run the restaurant.  I'll make
11    sure that the financials are in line with
12    the -- with being a profitable restaurant.
13       Q    Okay.  Isn't it true that the
14    restaurant had gross earnings in excess of
15    $1 million last year?
16       A    I don't -- I can't recall those
17    numbers.
18       Q    You don't know if the restaurant
19    had earnings in excess of $1 million last
20    year?
21       A    No.
22       Q    Isn't it true that the
23    restaurant had earnings in excess of $1
24    million in 2023?
25       A    No.

```
                                            Page 53
 1                    R.  PETROSYANTS
 2        Q    It didn't?
 3        A    I don't have those numbers in
 4   front of me.
 5        Q    Okay.  But you're the one
 6   responsible for all that?
 7        A    Yeah.
 8             MR. KATAEV:  Objection to form.
 9   BY MR. NUSSBAUM:
10        Q    And sitting here today, you
11   don't know if the restaurant earned more
12   or less than $1 million in gross earnings?
13        A    I don't -- I don't --
14             MR. KATAEV:  Objection to form.
15             THE WITNESS:  Those numbers --
16        million dollars, nine-fifty, nine-fifty-
17        nine -- I don't have the number.  I don't
18        want to just throw something out there
19        that I'm not sure.  Where you got that --
20   BY MR. NUSSBAUM:
21        Q    I mean, isn't it true that it's
22   more than $4 million?  That's not really
23   such a hard question to answer.
24             MR. KATAEV:  Objection to form.
25             THE WITNESS:  No, it's not.
```

```
                                              Page 54

 1                      R.  PETROSYANTS
 2    BY MR. NUSSBAUM:
 3          Q    It's not more than $4 million?
 4          A    It's not my question to answer.
 5    I'm telling you that I don't have those
 6    numbers in front of me, and I don't know
 7    how you can, you know, throw those
 8    numbers, that restaurant did that, this,
 9    that, this.  I don't have those numbers.
10          Q    The customers at the restaurant,
11    they leave tips; right?
12          A    Can you repeat the question?
13          Q    The customers who dine at the
14    restaurant leaves tips usually?
15          A    Yeah.
16          Q    Well, what's the range of the
17    typical amount of the check that customers
18    leave as a tip?
19          A    I don't know.  18 to 20 percent,
20    plus minus.
21          Q    18 to 20 percent?  Okay.
22          A    Yeah.  How much the tips you
23    leave?
24          Q    Osteria La Baia has a lease;
25    right?
```

1                    R. PETROSYANTS

2        A     Yeah.

3        Q     Who signed the lease?

4        A     I don't remember.

5        Q     But it could have been you;

6   right?

7        A     I don't think so.

8        Q     And the restaurant was renovated

9   before it was opened; right?

10        A     Yeah.

11        Q     Okay.  Who was in charge of the

12   renovation?

13        A     General contractor.

14        Q     And who hired the general

15   contractor?

16        A     I do not remember.

17        Q     Okay.  Did you participate at

18   all in the renovations of the restaurant?

19        A     No.

20        Q     Did you participate at all in --

21        A     Yes and -- yes and no and not

22   into my full, you know, capacity.

23        Q     And in what way did you

24   participate in the renovation of the

25   restaurant?

```
                                          Page 56
 1                     R.  PETROSYANTS
 2        A     Making sure it looks beautiful.
 3        Q     Okay.  Did you -- withdrawn.  So
 4   the general contractor reported to you?
 5        A     No.
 6        Q     Who did they report to?
 7        A     I do not remember.
 8        Q     Well, there's either you or your
 9   wife.  Is there someone else?
10             MR. KATAEV:  Objection to form.
11             THE WITNESS:  I just told you.  I do
12        not remember.
13   BY MR. NUSSBAUM:
14        Q     Okay.  Well, who else could
15   there be?
16             MR. KATAEV:  Objection.
17             THE WITNESS:  I don't know.
18   BY MR. NUSSBAUM:
19        Q     Is there someone else?
20             MR. KATAEV:  Objection to form.
21             THE WITNESS:  No.
22   BY MR. NUSSBAUM:
23        Q     Okay.  So it's either you or
24   your wife; right?  You just said there's
25   no one else, so who else could they have
```

Page 57

R. PETROSYANTS

2 reported to?

3  A  -- the answer to.  I told you.
4 I do not remember.

5  Q  Okay.  You have a twin brother;
6 right?

7  A  Yeah.

8  Q  Does he work at the restaurant?

9  A  No.

10  Q  What's his name?

11  A  Johnny.

12  Q  Johnny?

13  A  Uh-huh.

14  THE REPORTER:  Verbal --
15 BY MR. NUSSBAUM:

16  Q  Has he ever had a role at the
17 restaurant?

18  A  No.

19  Q  Has he ever received any salary
20 at the restaurant?

21  A  No.

22  Q  Has he ever received any wages
23 at the restaurant?

24  A  No.

25  Q  Has he ever, directly or

```
                                        Page 58
 1                    R.  PETROSYANTS
 2    indirectly, received any portion of the
 3    profits at the restaurant?
 4         A     Probably, yeah.  I don't -- I
 5    don't remember at this point.
 6         Q     So if the restaurant's owned 100
 7    percent by your wife, why would your
 8    brother be receiving a share of the
 9    profits?
10              MR. KATAEV:  Objection to form.
11              THE WITNESS:  Like I said, I do not
12         remember if he did or not.
13    BY MR. NUSSBAUM:
14         Q     But you said probably a minute
15    ago.
16         A     Yeah, I just -- then I said I do
17    not remember if he did or not.
18         Q     Who hired Mr. Kataev?
19         A     Who?  My attorney?
20         Q     Yeah.
21              MR. KATAEV:  Objection.
22              THE WITNESS:  Marianna and me.
23    BY MR. NUSSBAUM:
24         Q     And who hired him to represent
25    Osteria La Baia?
```

1                    R.  PETROSYANTS
2            MR.  KATAEV:  Objection to form.
3            THE WITNESS:  Marianna and me.
4    BY MR. NUSSBAUM:
5        Q    Okay.  Does the restaurant have
6    an accountant?
7        A    No.  I mean, yes.  The files,
8    yeah.  Final reports, yeah.  Not a house
9    accountant.
10       Q    Okay.  Who hired that
11   accountant?
12       A    Marianna and me.
13       Q    Okay.  And the restaurant does
14   its in-house accounting by itself?  Is
15   that your testimony?
16           MR.  KATAEV:  Objection to form.
17           THE WITNESS:  Am I answering?
18   BY MR. NUSSBAUM:
19       Q    Yeah.
20       A    Can you repeat the question?
21       Q    Sure.  It sounded like, a minute
22   ago, you were saying that the accountant
23   only does things like filing tax returns;
24   is that correct?
25       A    Yes.

```
                                              Page 60
 1                    R.  PETROSYANTS
 2        Q     Okay.  So the other accounting
 3   issues, like balancing the books of the
 4   restaurant, who does that?
 5        A     I think all of our -- you know,
 6   all of our books, we run through Toast.
 7   Everything -- most of our data gets --
 8   we -- we all get from Toast, so.
 9        Q     Okay.  And you have access to
10   Toast?
11        A     Yes.
12        Q     Okay.  And the employees'
13   payroll records are on Toast as well;
14   right?
15        A     Yes.
16        Q     So you have access to all the
17   employees' payroll records; right?
18        A     Uh-huh.
19        Q     Yes or no?
20              THE REPORTER:  Verbal --
21              THE WITNESS:  Yes.
22              MR. KATAEV:  Objection to form.
23   BY MR. NUSSBAUM:
24        Q     Does the restaurant have a head
25   chef?
```

```
                                              Page 61

 1                        R.  PETROSYANTS

 2        A      Yes.

 3        Q      Who's the head chef?

 4        A      Adrian Ramirez.

 5        Q      And how long have they been the

 6   head chef for?

 7        A      Few years.

 8        Q      Before or after you started

 9   working as director of operations?

10        A      After.   After --

11        Q      Who hired Adrian?

12        A      I don't -- I don't remember

13   that.

14        Q      Who hired Adrian Ramirez?

15        A      I do not remember.

16        Q      Who does Adrian Ramirez report

17   to?

18        A      Management.   Then me.

19        Q      Is there a typical schedule that

20   you're in the restaurant?

21             MR.  KATAEV:   Objection to form.

22             THE WITNESS:   No.

23   BY MR. NUSSBAUM:

24        Q      You just come and go on

25   different days; is that right?
```

```
                                        Page 62

  1                   R. PETROSYANTS
  2          MR. KATAEV:  Objection to form.
  3          THE WITNESS:  Yep.
  4          MR. KATAEV:  Josef, when you are
  5      ready, I would like to take a quick break,
  6      but whenever you're ready.
  7          THE WITNESS:  Can we finish this
  8      already?
  9   BY MR. NUSSBAUM:
 10      Q    I'm sorry?
 11      A    You want to take a break?
 12      Q    I didn't understand what you
 13   just said.
 14      A    Are we taking a break?
 15      Q    I didn't -- what you just said.
 16   Your attorney said they want to take a
 17   break when I'm ready.  That's what he
 18   said, if I understood correctly.
 19          Isn't it true that you held
 20   yourself out to be the boss at Osteria La
 21   Baia?
 22      A    Can you repeat the question?
 23      Q    Isn't it true that you represent
 24   yourself to people as the boss at Osteria
 25   La Baia?
```

```
                                          Page 63
 1                    R. PETROSYANTS
 2            MR. KATAEV:  Objection to form.
 3            THE WITNESS:  What do you mean by
 4       "boss"?
 5  BY MR. NUSSBAUM:
 6       Q    I don't know.  Isn't it true
 7  that you've called yourself the boss?
 8       A    What do you mean by "calling
 9  yourself boss"?
10       Q    I mean calling yourself, quote
11  unquote, "boss."  That's what I mean.
12       A    I do not remember.
13       Q    You're the director of
14  operations, so you're the boss; right?
15            MR. KATAEV:  Objection to form.
16            THE WITNESS:  I answered your
17       question.  Move on.
18  BY MR. NUSSBAUM:
19       Q    You didn't answer my question.
20  You are the boss at Osteria La Baia;
21  correct?
22       A    I do not remember if I did or
23  no.
24       Q    I'm asking you, you consider
25  yourself to be the boss there; right?
```

```
                                              Page 64
 1                    R.  PETROSYANTS
 2              MR.  KATAEV:  Objection to form.
 3              THE WITNESS:  No.
 4   BY MR. NUSSBAUM:
 5       Q    You don't consider yourself to
 6   be the boss?
 7              MR.  KATAEV:  Objection to form.
 8              THE WITNESS:  I don't know what you
 9       mean exactly by "being a boss."  I think
10       my wife is the boss, yeah, of the
11       restaurant.  What do you mean by "boss"?
12   BY MR. NUSSBAUM:
13       Q    How frequent --
14       A    Making decisions?  Yes, you do
15   make decisions on a certain level.  Then
16   the management makes another decisions, so
17   they consider him as the boss as well.
18   What do you mean by being, myself, a boss?
19   So can you ask correct question?
20       Q    Okay.  So I mean, you're the
21   boss, and the manager's the boss; right?
22              MR.  KATAEV:  Objection to form.
23              THE WITNESS:  I cannot recall.
24   BY MR. NUSSBAUM:
25       Q    You can't recall if you're the
```

```
                                    Page 65
 1                R. PETROSYANTS
 2   boss and the manager's the boss?
 3        A     Exactly.  I cannot recall.
 4        Q     I want to remind you,
 5   Mr. Petrosyants, that the judge is going
 6   to read today's transcript.  Do you
 7   understand that?
 8        A     Yeah.  All right.  I cannot
 9   recall if someone calls me a boss or not.
10        Q     Okay.  But you consider yourself
11   to be the boss; right?
12        A     I consider myself to be a boss
13   of where?
14        Q     Of Osteria La Baia.
15             MR. KATAEV:  Objection to form.
16             THE WITNESS:  I'm a director of
17        operation.  Why do I consider myself be a
18        boss?
19   BY MR. NUSSBAUM:
20        Q     Okay.  How often is Marianna in
21   the restaurant?
22        A     Few times a week.  Maybe once a
23   week.  Few times a month.
24        Q     And when she's there, you're
25   typically there as well?
```

```
                                    Page 66
 1                   R. PETROSYANTS
 2        A    Yeah.
 3        Q    Okay.  But on the occasion that
 4   she's not in the restaurant, you're the
 5   highest-ranking employee at the
 6   restaurant; correct?
 7             MR. KATAEV:  Objection to form.
 8             THE WITNESS:  Yes.
 9             MR. NUSSBAUM:  Okay.  We can take a
10        break for five minutes.  Is that what you
11        need, Mr. Kataev?
12             MR. KATAEV:  Yeah, just the bathroom.
13        Thank you.
14             MR. NUSSBAUM:  Okay, Mr. Petrosyants.
15        I'm just going to remind you you're not to
16        discuss your testimony during the break.
17             THE REPORTER:  Okay.  We're off the
18        record at 10:02.
19             (Off the record.)
20             THE REPORTER:  We are back on the
21        record at 10:08 a.m.
22   BY MR. NUSSBAUM:
23        Q    Mr. Petrosyants, does Osteria La
24   Baia have pre-shift meetings before
25   customer service starts?
```

```
                                            Page 67
 1                    R.  PETROSYANTS
 2        A     Yes.
 3        Q     Okay.  Who runs those meetings?
 4              MR. KATAEV:  Objection to form.
 5              THE WITNESS:  Management.
 6   BY MR. NUSSBAUM:
 7        Q     When you say "management," are
 8   you referring to anyone else besides for
 9   Janos?
10              MR. KATAEV:  Objection to form.
11              THE WITNESS:  Referring to chef;
12        Janos.  That's it.
13   BY MR. NUSSBAUM:
14        Q     Yeah.  Do you ever attend those
15   meetings?
16        A     Yeah.
17        Q     And do you ever speak at those
18   meetings?
19        A     Sometimes.
20        Q     Okay.  What topics do you
21   usually speak about at those meetings?
22        A     Consistency, performance, best
23   value.  That's it.
24        Q     Okay.  Who attends those
25   meetings?
```

```
                                    Page 68
 1                    R.  PETROSYANTS
 2        A     Front-of-the-house  staff.
 3        Q     Okay.  So you give them
 4   instructions  at  the meeting?
 5        A     No.
 6        Q     But you said you talk to them
 7   about consistency  and  some  other  things;
 8   right?
 9        A     Yeah, that's  not  instructions;
10   right?
11        Q     So what would you consider that
12   to be?
13        A     Just making sure that everyone
14   plays consistently best performance.
15   Management does all the instructions.
16        Q     Okay.  And to your knowledge,
17   the front-of-house staff knows that your
18   wife owns the restaurant; right?
19        A     To my knowledge, yes.
20             MR. KATAEV:  Objection to form.
21   BY MR. NUSSBAUM:
22        Q     And to your knowledge, the
23   front-of-house staff knows that you're the
24   director of operations; correct?
25             MR. KATAEV:  Objection --
```

1                    R.  PETROSYANTS
2              THE  WITNESS:   Yes.
3    BY MR. NUSSBAUM:
4        Q    Who's -- withdrawn.  So you
5    mentioned front-of-house staff.  Can you
6    tell me what positions are part of the
7    front-of-house staff at Osteria La Baia?
8        A    Servers, bussers, runners.
9        Q    So was that servers, bussers,
10   runners?
11       A    Yeah, to my best knowledge.  I
12   might miss things here and there, but
13   yeah.
14       Q    What about bartenders?
15       A    Oh, you see?  Bartenders.
16       Q    There you go.
17       A    Bartenders.  Drink runners.  So,
18   you know, front of the house.
19       Q    And all those positions receive
20   tips at the restaurant?
21       A    To my best knowledge, yes.
22       Q    And do they all share in one tip
23   pool together?
24       A    I think so, yeah.
25       Q    Okay.  And all those positions

```
                                        Page 70
 1                    R.  PETROSYANTS
 2   are paid the tip-credit minimum wage;
 3   correct?
 4        A    To my best knowledge, yeah.
 5        Q    And whose decision was it to pay
 6   them that wage?
 7        A    Can you repeat the question?
 8        Q    Yes.  Whose decision was it to
 9   pay the front-of-house staff the tip-
10   credit minimum wage?
11        A    I cannot remember.
12        Q    I mean, Osteria La Baia could
13   have paid them or could pay them fifteen,
14   twenty, thirty dollars an hour; right?
15        A    What does that mean, if they
16   could --
17        Q    The restaurant is free to pay
18   its employees whatever hourly wage it
19   wants above the legally-mandated wage;
20   right?
21        A    Yeah, I think any owner could
22   pay whatever he wants; no?
23        Q    Right.  So whose decision was it
24   to pay them the tip-credit minimum wage
25   and not another wage?
```

Page 71

```
 1                    R.  PETROSYANTS
 2           MR.  KATAEV:  Objection to form.
 3           THE  WITNESS:  I do not remember.
 4   BY MR. NUSSBAUM:
 5       Q    Was it Janos's decision?
 6       A    I just said, I do not recall it,
 7   whose decision was that.  I don't want to
 8   give you a wrong answer.
 9       Q    Who's responsible for training
10   new front-of-the-house staff?
11       A    Management.
12       Q    And just so we're clear, front-
13   of-the-house staff and service staff are
14   the same thing; correct?
15       A    Front-of-the-house and service
16   staff.  Yeah.
17       Q    Okay.  So if I use those terms
18   interchangeably, you understand that
19   "service staff" refers to front-of-the-
20   house staff and "front-of-the-house staff"
21   refers to service staff; right?
22       A    Yes.
23       Q    And so Janos is responsible for
24   training all new front-of-the-house staff?
25       A    Management, yeah.  The chef, you
```

```
                                        Page 72
 1                    R.  PETROSYANTS
 2   know, he educates the staff for the food
 3   and all the, you know, kitchen plates and
 4   all that.
 5        Q     Okay.  And what about the actual
 6   aspects of, you know, what they have to do
 7   on the floor; how to serve customers; you
 8   know, for bussers, how to clear tables?
 9   Who trains them with that?
10        A     Yeah.  Management and the main
11   server.
12        Q     When you say "management," who
13   are you referring to?
14        A     Janos.
15        Q     And who's the main server?
16        A     Julio.
17        Q     Who's Julio?  Julio Perez?
18        A     Yes.
19        Q     When you say "main server," what
20   does that mean?
21        A     I mean he is the oldest server
22   that we have.  He knows the best knowledge
23   of how to run things like how's -- how's
24   things been done at the restaurant.
25   That's it.
```

```
                                         Page 73
 1                  R. PETROSYANTS
 2       Q    Okay.  And does he have a
 3   different status than the other servers?
 4       A    Can you repeat the question?
 5       Q    Sure.  Does he have a different
 6   status than the other servers?
 7       A    He's a server-slash-captain.
 8       Q    Okay.  As a captain, what does
 9   he do?
10       A    I just told you that; no?
11       Q    No, you didn't.  What are his
12   duties as a captain?
13       A    Training staff.
14       Q    What else?
15       A    Not that I can recall.  A lot of
16   things.
17       Q    There are a lot of things?
18       A    Yeah, lot of different --
19            MR. NUSSBAUM:  Okay.  I mean, I want
20        to note for the record that, in Exhibit 1
21        that I showed you earlier, topic number 12
22        says that we want a witness to testify
23        about the job duties of all positions and
24        individuals in Osteria La Baia's tip pool
25        during the liability period.  It appears
```

Page 74

R. PETROSYANTS

1           R. PETROSYANTS
2      that this witness is not capable to tell
3      me what the captain's job duties were at
4      the restaurant, so we would seek --
5           MR. KATAEV:  -- no, you don't need --
6           MR. NUSSBAUM:  -- we're going to
7      leave this topic open to get a witness to
8      be able to answer this question.
9           MR. KATAEV:  We'll meet and confer
10     on -- please proceed.
11          MR. NUSSBAUM:  Sure.
12          THE REPORTER:  Could you repeat that?
13          MR. NUSSBAUM:  Which part?
14          MR. KATAEV:  We will meet and
15     confer --
16          THE REPORTER:  You're still cutting
17     out for me.
18          MR. KATAEV:  We will meet and confer
19     on the subject.  Please proceed.
20          THE REPORTER:  Okay.  Thank you.
21  BY MR. NUSSBAUM:
22     Q    What are servers' job duties?
23     A    Serving a customer.
24     Q    What else?
25     A    Bringing plates to the table.

```
                                            Page 75

 1                     R. PETROSYANTS
 2        Q    What else?
 3        A    Taking the plates from the
 4   table.
 5        Q    Okay.  What else?
 6        A    Bringing napkins.
 7        Q    Anything else?
 8        A    A lot of things, yeah.  What a
 9   server does, I just told you.  This is
10   most important things.
11        Q    Okay.  Do they take customers'
12   orders?
13        A    Yeah.
14        Q    And are there any other things
15   that servers do that you haven't told me?
16        A    Probably.
17        Q    Can you please tell me what else
18   it is that they do?
19        A    To my best knowledge, I just
20   told you everything that I -- I remember
21   at this point.
22        Q    And what do bussers do?
23        A    Bus the tables.
24        Q    Anything else?
25        A    Probably.
```

```
 1                  R. PETROSYANTS
 2      Q    What else?
 3      A    As I told you, busing the
 4  tables.  There's a lot of things go into.
 5  I cannot recall all those things right
 6  now.
 7           MR. NUSSBAUM:  Okay.  So again, topic
 8       12, ask for a witness who could testify
 9       about the job duties of all positions in
10       Osteria La Baia's tip pool, and it appears
11       that this witness is unable or unwilling
12       to fully answer the question of what
13       bussers' job duties are at Osteria La
14       Baia.
15           THE WITNESS:  You can Google it; no?
16       What's the bussers' jobs?
17  BY MR. NUSSBAUM:
18      Q    Sir, we're here to get your
19  testimony for this case.
20      A    I just told you.  Bussing the
21  table.  What else you want to know?
22      Q    All right.  Do they have any
23  other job duties?
24      A    Yeah, folding napkins and
25  bringing forks, polishing glasses.  What
```

```
                                      Page 77
 1                R. PETROSYANTS
 2   else you want to know?
 3        Q    All right.  Is there anything
 4   else?
 5        A    There's a million things that
 6   they do.  I cannot recall them at this
 7   point.
 8        Q    Okay.  If you do recall them
 9   later, please let me know, but I want to
10   be clear that we asked for a witness who's
11   able to tell me all of the things, even if
12   there's a "million" things, quote unquote,
13   that they do.
14             What do the runners do?
15        A    Run food.  Run drinks.
16        Q    Anything else?
17        A    Run plates to the kitchen.
18   That's the major --
19        Q    What else?
20        A    A lot of things.  I just
21   don't -- I can't recall all of them right
22   now.
23        Q    Okay.  And I'd assume bartenders
24   mix drinks; is that right?
25        A    Yeah, you see?  Yeah, exactly.
```

```
                                              Page 78
 1                    R.  PETROSYANTS
 2   Bartenders make drinks with alcohol.
 3        Q     What else do they do?   Thank
 4   you.   And what else do they do?
 5        A     Taking dirty glasses for dish
 6   washing machine.
 7        Q     Anything else?
 8        A     Talking to a customer.
 9        Q     Anything else?
10        A     Wiping the bar.
11        Q     Anything else?
12        A     A lot of things.   As I said, a
13   million things they do.   I just don't know
14   their duties in the day-to-day operations.
15   I do know them; I can't recall them now.
16        Q     Okay.   So again, now, to
17   reiterate, we asked for a witness who's
18   able to testify to all the duties of the
19   tipped employees at Osteria La Baia.
20             Who decides how many servers,
21   bussers, runners, and bartenders to staff
22   during each shift?
23        A     Customers.   Flow of customers.
24   If you have hundred reservations, we have
25   twenty front-of-the-house staff.   If you
```

                    R. PETROSYANTS

1    have 200 reservations, we have 40, for

2    example.  And that decision is made by the

3    management.

4         Q    By Janos?

5         A    Yeah.

6         Q    And Julio?

7         A    By Janos.

8         Q    And Julio?

9         A    By Janos.

10        Q    And the question is, and by

11   Julio as well?

12        A    I just told you.  By Janos.  I

13   don't know why you're asking Julio.  No.

14        Q    I'm asking, does Julio also

15   participate in that decision?

16        A    Not that I remember.

17        Q    All right.  But so it's

18   possible?

19             MR. KATAEV:  Objection to form.

20             THE WITNESS:  -- that I --

21   BY MR. NUSSBAUM:

22        Q    Sorry, what was the answer?

23        A    I just told you.  Not that I

24   remember.

```
                                            Page 80
 1                    R.  PETROSYANTS
 2        Q     Right.   So it's possible that he
 3   did and you just don't remember; is that
 4   right?
 5        A     Exactly.   I just don't remember.
 6        Q     I didn't hear the answer.   I'm
 7   sorry.
 8        A     I do not remember, yeah.
 9              MR. KATAEV:   Objection to form of
10        that question.
11   BY MR. NUSSBAUM:
12        Q     Have you ever discussed the
13   number of front-of-house employees to
14   staff during a shift with Janos?
15        A     Many times.
16        Q     Could you give me an example of
17   a type of discussion that you've had with
18   him about that topic?
19        A     I cannot recall it.
20        Q     Okay.   And what do you care
21   about when you're having those
22   conversations with them?
23              MR. KATAEV:   Objection --
24              THE WITNESS:   Making sure that we
25        have proper --
```

```
                                          Page 81
 1                    R.  PETROSYANTS
 2    BY MR. NUSSBAUM:
 3         Q     Making sure that you have
 4    proper?
 5         A     Service.
 6         Q     The right number of staff for
 7    the number of customers that are coming to
 8    the restaurant?
 9         A     Yep.
10         Q     And Osteria La Baia's open for
11    lunch and dinner every day?
12         A     Yeah.
13         Q     What hours does it open?
14         A     11:30 to 12.
15         Q     11:30 a.m. to 12 p.m.?
16         A     Yeah.
17         Q     Seven days a week?
18         A     I think Sunday we close at 11.
19         Q     Now, when Osteria La Baia first
20    opened, did it have a tip pool?
21         A     I think so.  I don't know.
22         Q     And whose decision was it to
23    have a tip pool at Osteria La Baia?
24         A     It was a management --
25               MR. KATAEV:  Objection to form.
```

```
                                          Page 82
 1                      R.  PETROSYANTS
 2            THE  WITNESS:   --  that  opened  Osteria
 3       La  Baia.   It  wasn't  Janos,  but  I  don't
 4       remember  who  that  was.
 5  BY  MR.  NUSSBAUM:
 6       Q    Okay.   And  is  there  one  tip
 7  pool,  or  are  there  more  than  one  tip  pool?
 8       A    I  just  said.   Whenever  --  when
 9  they  open  it,  I  do  not  recall  if  --  if
10  they  have  --  how  many  pools  they  have  or
11  who  was  the  manager  or  how  they
12  set  --  that  system.
13            MR.  NUSSBAUM:   Okay.   Topic  number  8,
14       in  the  notice  of  deposition,  said  we  want
15       a  witness  who  can  testify,  quote,  about
16       "defendant's  policy,  practices,  and
17       procedures  concerning  compensation  of
18       service  employees  throughout  the
19       liability,  including  but  not  limited  to
20       policies,  practices,  and  procedures
21       concerning  tips/gratuities  and  who  shared
22       any  tips/gratuities."
23            It  appears  that  this  witness  is  not
24       able  to  tell  me  whose  decision  it  was  to
25       create  the  policy  for  a  tip  pool,  and  so
```

                    R. PETROSYANTS

1

2       we have to leave that topic open to get a

3       witness available to testify about that.

4            MR. KATAEV:  We can meet and confer

5       on that.  Please proceed with the

6       deposition.

7            THE WITNESS:  That was a question?

8            MR. KATAEV:  No.

9  BY MR. NUSSBAUM:

10       Q    Now, do all the tipped employees

11  receive the same share of the tip pool, or

12  is there some other system?

13       A    If I remember correctly, there's

14  a different system set up for bussers,

15  runners, and -- and the servers.

16       Q    Meaning that servers get a

17  bigger share of the tip pool than bussers

18  and runners?

19            MR. KATAEV:  Objection to form.

20            THE WITNESS:  Something like that,

21       yeah.

22  BY MR. NUSSBAUM:

23       Q    And that policy applies equally

24  to everyone in the tip pool; correct?

25       A    As I said, I do not have the

Page 84

R.  PETROSYANTS

1
2    numbers in front of me, how much each tip
3    employee gets and what would be the
4    breakdown, but I believe there's a higher
5    percentage for the server and a little
6    less for the runners and bussers.
7        Q    Okay.  And all the tipped
8    employees -- the server, the bussers,
9    runners, and bartenders -- are all subject
10   to the same policy when it comes to the
11   tip pool; right?
12              MR. KATAEV:  Objection to form.
13              THE WITNESS:  Yeah.
14   BY MR. NUSSBAUM:
15       Q    And all the front-of-house
16   employees also receive the same documents
17   when they're hired at Osteria La Baia;
18   right?
19       A    I really hope so, yeah.
20       Q    Okay.  And all the front-of-
21   house employees are subject to the same
22   payroll policies at the restaurant;
23   correct?
24              MR. KATAEV:  Objection --
25              THE WITNESS:  I really hope so.

Page 85

```
 1                      R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q    I'm not asking if you hope so;
 4   I'm asking you to testify about what you
 5   know.  Isn't it true that all the --
 6        A    That's my -- my best --
 7        Q    And please don't interrupt me.
 8        A    I'm -- I'm answering your
 9   question.  To my best knowledge, I really
10   think that, you know, they get equal pay
11   or whatever, yes.  Yeah.  To my best
12   knowledge.  I might be mistaken, though.
13        Q    Isn't it true that all the
14   front-of-house employees are subject to
15   the same payroll policies at Osteria La
16   Baia?
17             MR. KATAEV:  Objection to form.
18             THE WITNESS:  As I said, to my
19        best -- I might be mistaken, but to my
20        best knowledge, I think they -- they do.
21   BY MR. NUSSBAUM:
22        Q    Okay.  Can you think
23   of -- withdrawn.  Sitting here today, can
24   you think of any way that front-of-house
25   employees would be subject to different
```

```
                                          Page 86
 1                     R. PETROSYANTS
 2    policies at Osteria La Baia?
 3         A    I cannot think of it.
 4              MR. KATAEV:  Objection --
 5    BY MR. NUSSBAUM:
 6         Q    Okay.  And isn't it true that
 7    all front-of-house employees at Osteria La
 8    Baia receive the same payroll documents
 9    when they're hired?
10              MR. KATAEV:  Objection to form.
11              THE WITNESS:  To my best knowledge.
12         I think they do.  I -- I -- again, I -- I
13         don't know how to answer that question
14         correctly, not by not having all the
15         numbers in front of me, so I would say
16         that I probably don't have that, you know,
17         answer for that question because I don't
18         have those numbers in front of.
19              MR. NUSSBAUM:  Okay.  Again, topic 16
20         of the notice asked for a witness who
21         could testify, quote, about "employment-
22         related documents that defendant provided
23         to putative class members during liability
24         period."  So to the extent this witness is
25         not able to testify about that, we ask for
```

```
 1                    R.  PETROSYANTS
 2        a witness who can testify about that.
 3              MR.  KATAEV:  We can meet and confer
 4        on it, please.
 5   BY MR.  NUSSBAUM:
 6        Q    But to be clear, if there was a
 7   document that Osteria La Baia didn't give
 8   one employee, that would mean it didn't
 9   give it to all the employees; right?
10              MR.  KATAEV:  Objection to form.
11              THE WITNESS:  Can you repeat the
12        question?
13   BY MR.  NUSSBAUM:
14        Q    If there was a document that
15   Osteria La Baia didn't give one employee,
16   that would mean it didn't give it to all
17   of the employees; right?
18              MR.  KATAEV:  Objection to form.
19              You can answer.
20              THE WITNESS:  Look, I think so, yeah,
21        but I'm not sure.  I don't have a solid
22        question -- oh, a solid answer for this
23        question, but I -- I really hope so.  I
24        don't -- I don't know at this point.
25              MR.  NUSSBAUM:  So again, I want to
```

Page 88

                        R. PETROSYANTS

1

2          state for the record, we're going to call

3          for a witness who'd be able to answer this

4          question fully and properly.

5              MR. KATAEV:  We can meet and confer

6          on the subject.  Please proceed with the

7          deposition.

8   BY MR. NUSSBAUM:

9      Q    If an employee didn't receive

10  the correct amount of tips on their

11  paycheck, who would they speak to?

12     A    Manager.

13     Q    Have employees ever complained

14  to you about their pay or the tips on

15  their paycheck?

16     A    No.

17     Q    Never?

18     A    Not that I remember.

19     Q    Okay.  And the employees --

20  withdrawn.  Other than, like, the dollar

21  amounts and the identifying information,

22  like a name and an address, all the tipped

23  employees received the same paychecks;

24  right?  The same format of a paycheck?

25         A    Yeah, all the paycheck comes

```
                                            Page 89
 1                    R. PETROSYANTS
 2   from Toast, so they receive --
 3        Q    So the template of the paycheck
 4   is the same for everyone; right?
 5            MR. KATAEV:  Objection to form.
 6            THE WITNESS:  I -- I think so.
 7   BY MR. NUSSBAUM:
 8        Q    But you don't know for sure, or
 9   you know for sure?
10        A    I don't know for sure, but I
11   think so, yeah.  Most likely, yes.
12            MR. NUSSBAUM:  Again, highlighting
13        topic number 16, we asked for a witness
14        who's be able to testify about employment-
15        related documents that defendant provided
16        to putative class members.  And it doesn't
17        seem that this witness can testify
18        definitively about this topic.
19            MR. KATAEV:  Objection to form.
20        Sorry.
21            THE WITNESS:  Can you repeat the --
22        Hold on a sec.
23        Can you repeat --
24            MR. KATAEV:  There's no question.
25            THE WITNESS:  Josef.
```

```
                                        Page 90
 1                       R.  PETROSYANTS
 2              MR.  KATAEV:   We can meet and confer
 3         on -- please proceed.
 4    BY MR. NUSSBAUM:
 5         Q     My question is, the format of
 6    the paycheck was the same for all
 7    employees; right?
 8         A     I think so, yeah.
 9         Q     Because all the tipped employees
10    are subject to the exact same payroll
11    policies at Osteria La Baia; correct?
12         A     I -- to my best knowledge, yeah.
13    Does that answer --
14         Q     What's the payroll period?  I'm
15    sorry?
16         A     Is that answers your question?
17         Q     I'm going to ask the questions
18    today.  What's the payroll period at
19    Osteria La Baia?
20         A     I think it's every week, weekly
21    basis.
22         Q     And from what day to what day?
23         A     Sunday -- Monday to Sunday.
24         Q     Again, what day do people get
25    their paychecks?
```

```
                                          Page 91
1                    R.  PETROSYANTS
2          A     If not mistaken, by Wednesday.
3     If I'm not --
4          Q     Okay.  And does Osteria La Baia
5     have written -- I'm sorry.
6          A     They do.  If they have written
7     days when they get the -- the payroll?
8          Q     Does Osteria La Baia have
9     written job descriptions for the tipped
10    employees?
11         A     I think we do.
12         Q     Do you know why they haven't
13    been produced in this lawsuit?
14         A     Maybe they're working on it.
15         Q     Okay.  Where are those written
16    job descriptions displayed?
17         A     [No audible response.]
18         Q     I'm sorry; I didn't hear your
19    answer.
20         A     Can you repeat the question?
21         Q     Where are those written job
22    descriptions displayed?
23         A     Job descriptions displayed?  I
24    think we have them in a handbook for each
25    employee.  And then there's definitely
```

```
                                          Page 92
 1                    R.  PETROSYANTS
 2    a -- a verbal explanations, and then we
 3    have -- 100 percent, we have written
 4    duties somewhere in the office, somewhere
 5    in restaurant.
 6         Q    Are the employees provided with
 7    written job descriptions?
 8         A    To my best knowledge, I think
 9    they do.
10              MR. NUSSBAUM:  And we will call for
11         the production of the job descriptions.
12              MR. KATAEV:  Please follow up in --
13    BY MR. NUSSBAUM:
14         Q    What payroll company does
15    Osteria La Baia use?
16         A    Toast.
17         Q    And who decided to engage Toast?
18         A    I do not remember.
19         Q    Pardon?
20         A    I do not remember.
21              MR. NUSSBAUM:  Topic 22.  It appears
22         that it's misnumbered in the notice, but
23         the last topic, on page 3 of the notice,
24         asked for a witness who could testify
25         about defendant's recordkeeping policies,
```

```
                                              Page 93
 1                    R.  PETROSYANTS
 2        practices, and procedures.  It appears
 3        that this witness cannot tell us certain
 4        aspects about that topic, and so we're
 5        going to ask for a witness whose decision
 6        it was to engage the payroll company.
 7             MR.  KATAEV:  We can meet and confer
 8        on the subject.
 9   BY MR. NUSSBAUM:
10        Q    Okay.  Now, how many days a week
11   does Janos work?
12        A    Five to six days.
13        Q    Which day or days does he
14   typically have off?
15        A    Sunday, Mondays, if I'm -- I'm
16   correct.
17        Q    Okay.  And who's the highest-
18   ranking employee in the restaurant on the
19   days that Janos is not there?
20        A    Captain.  Server captain.
21        Q    Julio?
22        A    Yep.
23        Q    And on the days that Janos is
24   not there, he essentially performs Janos's
25   job functions?
```

Page 94

```
 1                  R.  PETROSYANTS
 2          MR.  KATAEV:  Objection to form.
 3          THE  WITNESS:  Say again?
 4    BY MR. NUSSBAUM:
 5       Q     So what does he do on the day
 6    that Janos is not there?
 7       A     He's just captain, servers'
 8    captain.  He just makes sure that, you
 9    know, for those two day that if Janos
10    is -- or day and a half, he's not there,
11    usually, he makes sure that the -- the
12    server -- the service perform well.
13       Q     So he supervises the service on
14    those days?
15       A     He oversees them, yeah.
16       Q     So I didn't hear your answer.
17    Janos supervises the service on the days
18    that -- withdrawn.
19       A     Not Janos.  Julio.
20       Q     Julio oversees and supervises
21    the service on the days that Janos is not
22    there?
23          MR.  KATAEV:  Objection to form.
24          THE  WITNESS:  Yeah.
25    //
```

Page 95

```
 1                    R.  PETROSYANTS
 2    BY MR.  NUSSBAUM:
 3         Q    Okay.  If the restaurant is slow
 4    on those days, Julio can cut people and
 5    send them home early?
 6              MR.  KATAEV:  Objection to form.
 7              THE WITNESS:  No.  I wouldn't
 8         probably have the answer for you for this
 9         question because I -- I don't know how
10         that happens, what's -- what's the
11         mechanism they use how to cut people if
12         this -- it's slow.  It might be triggered
13         by a, you know, sales.  When they don't
14         reach certain sales, it's automatically
15         being triggered that they, you know, they
16         cut one or two staffs, but that's not
17         Julio's decisions.
18    BY MR.  NUSSBAUM:
19         Q    But if you're not there and
20    Janos is not there, whose decision is it?
21         A    I just told you.  It's --
22    they -- the staff knows.  If they don't
23    reach certain sales and it's slow, you
24    know, they clock out.
25         Q    How do they decide which server,
```

```
                                        Page 96
 1                    R.  PETROSYANTS
 2   which runner is going to clock out?
 3        A    That, I don't know how it gets
 4   done, but I'll -- I'll look into it,
 5        Q    But, well, don't they have to
 6   report to someone that they're leaving?
 7              MR. KATAEV:  Objection to form.
 8              THE WITNESS:  They probably do, but
 9         again, I -- I just don't know how it
10         happens now, you know.
11   BY MR. NUSSBAUM:
12        Q    Who would they report to, if
13   they report it?
14        A    I just told you.  I don't know
15   how it happens now, if they -- you know,
16   if --
17              MR. NUSSBAUM:  Okay.  I'm going to
18         refer again to the notice of deposition,
19         and we asked for a witness who could
20         testify about, quote, "defendant's
21         policies, practices, and procedures
22         concerning" -- and I'm jumping a few
23         words -- "concerning scheduling during
24         liability period."
25              It appears that this witness is not
```

```
 1                    R.  PETROSYANTS
 2         able to answer these questions about
 3         scheduling at the restaurant, so we ask
 4         for a witness that's able to answer these
 5         questions.  We call for a witness who's
 6         able to answer these questions.
 7              MR. KATAEV:  We can meet and confer
 8         on the subject.  Please proceed.
 9    BY MR. NUSSBAUM:
10         Q    And the days that Janos is not
11    there, if there's an issue with a
12    customer, Julio is the one responsible for
13    addressing it; right?
14         A    Yeah.  Certain things, yeah.
15         Q    Okay.  And Julio has the
16    authority --
17         A    -- all the waiters that doing
18    that section, yeah.
19         Q    And Julio has the authority to
20    comp or void customer checks?
21         A    Yes.
22         Q    And if an employee showed up
23    drunk on a shift like that, you would
24    expect Julio to send them home?
25         A    If it's Julio there, yeah.
```

Page 98

1                       R.  PETROSYANTS
2          Q     And he had the authority to do
3     that; right?
4          A     Yeah, if they come drunk.  Yeah.
5          Q     And he could discipline
6     employees for any other issue that arises?
7          A     Not that I can recall at this
8     point.
9          Q     But he would report to you or to
10    Janos about any issues that happen on the
11    days that Janos is not there; right?
12               MR. KATAEV:  Objection to form.
13               THE WITNESS:  Yep.
14    BY MR. NUSSBAUM:
15         Q     And you asked him to do that?
16         A     Yeah, if there's something wrong
17    with the restaurant, he reports to us.
18         Q     Because he's the one
19    supervising; right?
20               MR. KATAEV:  Objection to form.
21               THE WITNESS:  He's the captain.
22    BY MR. NUSSBAUM:
23         Q     So on the day that Janos is not
24    there, he's the one who's supervising the
25    floor; right?

                              R. PETROSYANTS

1

2        A    He -- he's the captain.  I don't

3   know which you mean by "supervisor."

4        Q    I don't know what you mean by

5   "captain."  I'm saying, he's the highest-

6   ranking employee, and so he's the one --

7        A    He's --

8        Q    Let me finish.  He's the

9   highest-ranking employee, and so he's the

10  one who's supervising the floor; correct?

11       A    He's the main server.  He's the

12  most -- he's the oldest guy that works for

13  us.  Yes, he -- he oversees the floor, and

14  he oversees the service.  Yeah.

15       Q    Okay.  Now, are servers,

16  runners, bussers assigned to different

17  parts of the restaurant each shift?

18       A    They have their own sections,

19  yeah.

20       Q    Who decides which section

21  they're going to work at?

22       A    Management.

23       Q    Janos?

24       A    Janos, yeah.

25       Q    Okay.  And on the days that

```
 1                    R.  PETROSYANTS
 2   Janos isn't there, Julio's the one who
 3   decides that; right?
 4        A    Yep.
 5        Q    Okay.  And on the days that
 6   Janos isn't there, Julio's the one who
 7   runs the pre-shift meeting; right?
 8        A    Yes.
 9        Q    Who decided how much to pay
10   Janos?
11        A    I don't remember.
12        Q    Okay.  If -- withdrawn.  Have
13   you ever given Janos a raise?
14        A    Probably, yeah, from the
15   start --
16        Q    And you would've been the one
17   who gave him that?  I'm sorry.  You
18   would've been the one who gave him that;
19   right?
20        A    I don't remember if Marianna or
21   I did.  Between us.  I think Marianna did
22   or me, you know.
23        Q    Have you ever had to discipline
24   an employee at Osteria La Baia?
25        A    What do you mean by
```

```
                                            Page 101
  1                        R. PETROSYANTS
  2    "discipline"?
  3         Q    Send someone home early.
  4    Suspend.  Give someone a write-up.
  5         A    Think that, you know, as
  6    management who runs the restaurant, if
  7    something is wrong, they probably
  8    disciplined them, yeah, if you --
  9         Q    And you've done that?
 10         A    Me?
 11         Q    Yes.
 12         A    No.  I -- I didn't.
 13    Management -- but management probably did.
 14         Q    Okay.  Is it your testimony
 15    today that you have never disciplined
 16    anyone at Osteria La Baia?
 17         A    Me personally, not that I
 18    recall.  Maybe I -- I don't remember at
 19    this point, but not that I, you know,
 20    recall it.
 21         Q    But it's possible that it
 22    happened?
 23              MR. KATAEV:  Objection to form.
 24              THE WITNESS:  Yeah.  I'm -- I'm
 25         director of operation.  I could discipline
```

```
                                     Page 102
 1                     R.  PETROSYANTS
 2        anybody, but I don't remember that I ever
 3        did.
 4   BY MR. NUSSBAUM:
 5        Q     Of course, you have the
 6   authority to do that?
 7        A     Yeah.
 8        Q     Okay.  Who's responsible for
 9   interviewing front-of-house employees at
10   Osteria La Baia?
11        A     Management.
12        Q     Isn't it true that there are
13   occasions that Julio interviewed people at
14   the restaurant?
15        A    I don't think so.  He might be
16   present to some interviews, as a captain,
17   as a server captain, but I don't think
18   that he did the sole interview with
19   anybody.
20        Q     Okay.  But he has participated
21   in interviews; correct?
22        A     You probably would be with
23   the -- with the management.  He would sit
24   along for the interview.  I saw that on a
25   couple occasions, but I don't know if he
```

```
                                    Page 103
 1                     R. PETROSYANTS
 2   does that on a regular basis.
 3        Q    Okay.  So it's not "probably";
 4   you've seen Julio participate in
 5   interviews; correct?
 6              MR. KATAEV:  Objection to form.
 7              THE WITNESS:  On some -- what do you
 8        mean, "participate"?  As I said, he might
 9        be present on an interview.  That's not
10        Julio's decision if he -- if person gets
11        fired or hired.
12   BY MR. NUSSBAUM:
13        Q    Right.  My question was just, he
14   participates in the interview; right?
15   You've seen that happen?
16        A    He might sit along, yeah.  He
17   might be, yeah, sitting with people and
18   take an interview.
19        Q    Well, why is it that he would
20   participate in an interview?
21              MR. KATAEV:  Objection to form.
22              THE WITNESS:  Because he probably
23        thinks he has experience with, that
24        he -- they -- you know, we're looking
25        for -- or we're looking into, you know,
```

```
 1                    R.  PETROSYANTS
 2        hiring a best server for the job.
 3    BY MR. NUSSBAUM:
 4        Q    What does his experience has to
 5    do with anything?  Can you explain?
 6        A    Yeah.  When you are been a
 7    server for so many years and you hire
 8    someone that's going to be part of your
 9    pool, you want to make sure that the
10    person is to, you know, to -- to -- able
11    to do that job.  So he -- when he speaks
12    to a person and he sees that the -- the
13    person, you know, know how to sell, looks
14    proper, you know, smiles all the time,
15    that's what, you know, every management or
16    captain's looking for.
17        Q    Okay.  So he would look at those
18    things, and then he would provide input to
19    you or Janos as to what he thought about
20    the potential hire?
21            MR. KATAEV:  Objection to form.
22            THE WITNESS:  No.  He would just be
23        at an interview and maybe share his, you
24        know, opinion with -- with Janos, at the
25        point, but I never saw anything that he
```

Page 105

                         R.  PETROSYANTS

 1

 2          said, you know, "I like this guy.  Hire

 3          him," or something like that.  Or, you

 4          know, "I don't like someone, so fire him."

 5          I never saw something like that.

 6     BY MR. NUSSBAUM:

 7          Q    Why else would he be at the

 8     interview other than to give his input?

 9               MR. KATAEV:  Objection to form.

10               THE WITNESS:  Just because of his

11          experience.

12     BY MR. NUSSBAUM:

13          Q    So I'm trying to understand.

14     How does his experience play into this?

15     What does he do with his experience?

16          A    When you are hiring a server,

17     who you want to interview the guy?

18     Mechanic?  So there's a management and the

19     server.  The captain sits with them

20     and -- and looks at the, you know, resume

21     and make sure the guy who's going to join

22     their pool is up to, you know, to a task.

23          Q    Okay.  Are there any other

24     captains, besides Julio, at the

25     restaurant?

```
 1                    R. PETROSYANTS
 2        A     No.
 3        Q     And does the restaurant have a
 4   written job description for captain?
 5        A     Not that I recall.  I
 6   don't -- probably, but I -- I don't know
 7   if that's there or not.  We got to ask the
 8   management.
 9        Q     Do you know if runners or
10   bussers have ever been promoted to server
11   at Osteria La Baia?
12        A     I don't know.
13        Q     I'm sorry?  I couldn't hear your
14   answer.
15        A     I do not know.
16        Q     Who makes the schedule for the
17   front-of-house employees?
18        A     Management.
19        Q     Isn't it true that Julio
20   participates in making the schedule for
21   employees?
22        A     Didn't you ask that question
23   already?
24        Q     My question is, isn't it true
25   that Julio participates in making the
```

                            R.  PETROSYANTS
1
2  schedules for employees?
3      A    Can you repeat the question,
4  please?
5      Q    My question is, isn't it true
6  that Julio participates in making the
7  schedule for the employees at Osteria La
8  Baia?
9      A    Probably, he does.
10      Q    You've seen him do it?
11      A    Probably, yes.
12      Q    Why are you saying "probably"?
13  I'm asking if you've seen it.  Have you
14  seen it or not seen it?
15      A    Not that I remember.
16      Q    So why did you say "probably"?
17      A    Probably, he does.  That's why I
18  assumed that, when you hire -- you know,
19  when you put front-of-the-house staff to
20  do your front-of-the-house duties, yeah,
21  he participates in it.
22          MR. NUSSBAUM:  Again, we asked for a
23      witness who could testify about, quote,
24      "Julio Perez's duties, responsibilities,
25      and compensation while employed by

```
                                        Page 108
 1                    R.  PETROSYANTS
 2        defendant."  And it appears that this
 3        witness cannot tell us definitively
 4        whether or not Mr. Perez performed those
 5        tasks.
 6              MR. KATAEV:  Objection -- I'm sorry.
 7        Not objection.  We can meet and confer on
 8        the subject.  Please proceed.
 9   BY MR. NUSSBAUM:
10        Q    Is there anyone else, besides
11   Janos and Julio, who participates in
12   making the schedule at Osteria La Baia?
13        A    Chef.
14        Q    A chef makes it for the back of
15   the house; right?
16        A    Yeah.
17        Q    Okay.  But is there anyone
18   besides Janos and Julio who participates
19   in making the schedule for the front of
20   the house?
21        A    I don't think so.
22        Q    If someone wanted time off for a
23   vacation or for some other reason, isn't
24   it true that they could ask Julio for the
25   time off?
```

```
                                      Page 109
1                      R.  PETROSYANTS
2         A     No.
3         Q     So who would they ask?
4         A     Management.
5         Q     Has anyone ever asked you for
6    time off?
7         A     No.  Not that I remember, but
8    more than sure, no.
9         Q     Now, the employees at Osteria La
10   Baia clock in and out for each shift;
11   right?
12        A     Yep.
13        Q     And if there's an issue with the
14   time they clocked in or the time they
15   clocked out, who would they report that
16   to?
17        A     Janos.
18        Q     And Janos is able to alter the
19   record to fix any issues?
20        A     Yes.
21        Q     Is there anyone else who can
22   alter the records?
23        A     Not that I recall.
24        Q     All right.  Isn't it true that
25   Julio can?
```

```
                            R. PETROSYANTS
 1
 2        A     I don't know at this point.
 3   Maybe he can; maybe he cannot.
 4             MR. NUSSBAUM:  Again, we called for a
 5        witness who's able to testify about this
 6        topic, and it appears this witness cannot
 7        answer these questions.
 8             MR. KATAEV:  We'll meet and confer on
 9        the subject --
10   BY MR. NUSSBAUM:
11        Q     I'd like to show you a document
12   that I'm going to mark as Plaintiff's
13   Exhibit 2.
14             (Plaintiff Exhibit 2 was marked
15             for identification.)
16             All right, Mr. Petrosyants.  I'm
17   sharing my screen again, and I'm showing
18   you a document that I'm marking as
19   Plaintiff's Exhibit 2.  It's a one-page
20   document.  On the bottom of the first
21   page, it says DEFS-000004.  Do you see
22   that?
23        A     Yeah.
24        Q     Can you tell me what this type
25   of document is?
```

```
                                        Page 111
 1                  R.  PETROSYANTS
 2        A    -- I don't know what that is.
 3   Oh, yes.
 4        Q    Under --
 5        A    Note.
 6        Q    I'm sorry; can you tell me what
 7   this document is?
 8        A    I think it's a -- a write-off or
 9   something; right?  Yeah, write-off.
10        Q    And this is a form that Osteria
11   La Baia used when it wanted to write an
12   employee up?
13        A    Yeah.
14        Q    And this is a write-up for
15   plaintiff Katherine Fernandez; right?
16        A    Yeah.
17        Q    Okay.  Do you see, at the
18   bottom, it says Julio Perez, and then
19   there's a signature?
20        A    Can you -- okay.
21        Q    Sure.
22        A    "Julio."  Can you -- yeah.
23   Yeah, I see the -- yeah, I see the
24   signature.  I see "Julio Perez," yeah.
25        Q    Okay.  Do you know why Julio
```

```
 1                    R. PETROSYANTS
 2   Perez would be signing a write-up at
 3   Osteria La Baia?
 4            MR. KATAEV:  Objection to form.
 5            THE WITNESS:  I don't think anything
 6        wrong with that, no.
 7   BY MR. NUSSBAUM:
 8        Q    Do you see under his
 9   signature -- pardon?
10        A    -- it's just -- yeah, it's just
11   documenting that the person did something
12   wrong.  Yeah.  Okay.
13        Q    Yeah, but why would Julio Perez
14   be signing it?
15            MR. KATAEV:  Objection to form.
16            THE WITNESS:  'Cause he's captain,
17        server captain.
18   BY MR. NUSSBAUM:
19        Q    Okay.  And because he's a
20   captain, why would that mean that he would
21   be signing this?
22        A    'Cause he probably witnessed
23   that she did something wrong.  I just --
24   I'm just guessing.  I don't know what
25   would be the reason for sign -- for him to
```

```
                                        Page 113
 1                    R.  PETROSYANTS
 2    sign it because -- but I'm more than sure
 3    that he probably witnessed that she did
 4    something wrong, and he wrote it up.
 5         Q    Julio did?
 6         A    Julio or Janos.  I just -- I'm
 7    just assuming, trying to see what -- why
 8    was, you know, the document signed by
 9    Julio.
10         Q    So Julio had the authority to
11    write people up; right?
12         A    Yeah, if you do something wrong,
13    as a captain, you can write it.  Yeah, you
14    can write it up.
15         Q    And that's something that
16    happened -- right? -- at Osteria La Baia?
17         A    Probably.
18         Q    Why are you saying "probably"?
19         A    I've never seen that document,
20    so I'm assuming, yeah.
21         Q    Okay.  But as far as you know,
22    Julio had the authority to do that; right?
23              MR. KATAEV:  Objection --
24              THE WITNESS:  To write some
25         on -- write -- ?
```

```
1                      R.  PETROSYANTS
2     BY MR. NUSSBAUM:
3          Q     Yeah.
4          A     Yeah.
5          Q     Now, Julio participated in the
6     tip pool; right?
7          A     Yep.
8          Q     Okay.  So if he was not properly
9     in the tip pool, then that affected all
10    the other people who had to share tips
11    with him; right?
12         A     Can you repeat the question?
13         Q     Yeah.  If he was not supposed to
14    be in the tip pool, then that affected all
15    the other people who were in the tip pool
16    who got less tips; right?
17               MR. KATAEV:  Objection to form.
18               THE WITNESS:  What is -- if -- what
19         do you mean, "if"?
20    BY MR. NUSSBAUM:
21         Q     If he wasn't legally supposed to
22    be in the tip pool.
23         A     I cannot answer that question.
24         Q     You can't answer.  Okay.
25         A     What do you mean, he's not
```

```
 1                        R. PETROSYANTS
 2    supposed to be legally in tip pool?  How
 3    can you want me to answer that?  I don't
 4    know.  He -- he was always legally in the
 5    tip pool because he served tables and he,
 6    you know, he earned tips.  What do you
 7    mean by "illegally being in the tip pool"?
 8         Q     Right.  But if his tips had to
 9    go back into the tip pool, that would go
10    to all the other service employees; right?
11              MR. KATAEV:  Objection to form.
12              THE WITNESS:  What do you mean,
13         "service"?  He was a server employee.
14         He's a server for the -- you know, he's a
15         server.  He serves the tables and makes
16         tips, so can you just ask normal question?
17    BY MR. NUSSBAUM:
18         Q     Okay.  Did he get a server's cut
19    of the tip pool?
20         A     As any server does, yeah.
21         Q     And did he get a different cut?
22    A higher cut?
23         A     No.
24         Q     I'd like to show you a document
25    that I'm going to mark as Exhibit 3.
```

```
 1                    R. PETROSYANTS
 2             (Plaintiff Exhibit 3 was marked
 3             for identification.)
 4             Mr. Petrosyants, I'm sharing my
 5   screen again.  I'm showing you a document
 6   that I've marked as Exhibit 3.  It's a 53-
 7   page document.  On the bottom of the first
 8   page, on the bottom right, it says DEFS-
 9   000233, and it goes sequentially to DEFS-
10   000285.  Do you see that?
11        A    Yeah.
12        Q    And this is the employee
13   handbook at Osteria La Baia; right?
14        A    Yes.
15        Q    And all the front-of-the-house
16   employees were subject to the same
17   policies that are set forth in this
18   handbook; correct?
19             MR. KATAEV:  Objection to form.
20             THE WITNESS:  I believe so.
21   BY MR. NUSSBAUM:
22        Q    There's no difference between
23   the employees; right?
24             MR. KATAEV:  Objection --
25             THE WITNESS:  I believe so, yeah.
```

```
                                          Page 117
 1                     R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q    You believe that there are no
 4   differences between the employees?
 5             MR. KATAEV:  Objection to form.
 6             THE WITNESS:  Yeah, was -- that was
 7        your question initially.  Can you repeat
 8        your question?
 9   BY MR. NUSSBAUM:
10        Q    Sure.  All the front-of-the-
11   house employees at Osteria La Baia are
12   subject to the policies in this handbook;
13   right?
14        A    Front of the house; right?
15        Q    Yeah.
16        A    I believe so.  I don't know how
17   it's been done.
18             MR. NUSSBAUM:  In addition to some of
19        the topics that we listed, asking for a
20        witness who can testify about defendant's
21        policy generally, we also asked for a
22        witness that can testify to -- it's the
23        last matter designated -- that can
24        testify, quote, about "the nature and
25        function of all documents produced by
```

                         R.  PETROSYANTS
1
2         defendant  in  discovery  in  this  action."
3               It  seems  that  this  witness  is  not
4         able  to  definitively  testify  about  this
5         document.
6               MR.  KATAEV:   Yeah,  we  can  meet  and
7         confer.   Please  proceed.
8    BY  MR.  NUSSBAUM:
9         Q    So  looking  at  this  handbook,
10   have  you  seen  it  before?
11        A    Yeah.
12        Q    What  was  the  answer?
13        A    Yes.
14        Q    And  was  this  handbook  given  to
15   all  front-of-the-house  employees?
16        A    I  believe  so.
17        Q    Since  the  restaurant  opened?
18        A    I  do  not  know.
19        Q    Well,  why  is  it  that  you  don't
20   know?
21        A    I  mean,  if  everyone  got  their
22   handbook  from  the  day  one.
23        Q    Well,  the  restaurant's  policy
24   was  to  give  all  new  hires  this  handbook;
25   right?

```
                                        Page 119
 1                      R. PETROSYANTS
 2        A     I have no idea.
 3        Q     Who would know the answer to
 4   this?
 5        A     I don't know.
 6        Q     Can you think of any policies at
 7   the restaurant, with respect to the front-
 8   of-the-house employees, that would apply
 9   differently from one front-of-the-house
10   employee to another front-of-the-house
11   employee?
12             MR. KATAEV:  Objection to form.
13             THE WITNESS:  Not at this point.
14   BY MR. NUSSBAUM:
15        Q     All right.  They all were paid
16   below the full minimum wage; right?
17             MR. KATAEV:  Objection to form.
18             THE WITNESS:  Can you repeat the
19        question?
20   BY MR. NUSSBAUM:
21        Q     They all were paid below the
22   full minimum wage; correct?
23        A     They all were paid before?
24        Q     Below the full minimum wage?
25        A     You asking for -- you asking
```

```
 1                      R. PETROSYANTS
 2    about the front of the house?
 3         Q    Yeah.
 4         A    They were paid as a tip
 5    employee, yes.  I don't know what that
 6    means, yeah.
 7         Q    Right.  They were all paid the
 8    same way, though; right?  The restaurant
 9    paid them a lower wage rate because they
10    earn tips; correct?
11         A    -- tip -- if -- they were paid
12    employees.  I don't -- I don't know what
13    was the lower or not.  I don't have that
14    information in front.
15              MR. NUSSBAUM:  Again, we asked for a
16         witness who could testify about
17         defendant's policies, practices, and
18         procedures concerning the compensation of
19         service employees throughout the liability
20         period, and this witness is saying he
21         can't answer these questions.
22              THE WITNESS:  No, that's not what --
23              MR. NUSSBAUM:  So going to ask for
24         another witness.
25              THE WITNESS:  You're making the shit
```

```
 1                    R. PETROSYANTS
 2        up.
 3    BY MR. NUSSBAUM:
 4        Q    I'm sorry; can you say it again?
 5        A    You're making the shit up.  I'm
 6    not -- that -- that's not what I said.
 7        Q    Well, I'm happy to ask you
 8    again.  Isn't it true that all the tipped
 9    front-of-the-house employees at Osteria La
10    Baia were paid below the full minimum wage
11    because they earn tips?
12             MR. KATAEV:  Objection to form.
13             THE WITNESS:  And I answered it
14        was -- they were paid as a tip employees.
15        I do not recall or remember what's the
16        minimum wage.
17    BY MR. NUSSBAUM:
18        Q    But they were paid below the
19    full minimum wage; correct?
20        A    Whatever the tip employee gets
21    paid, that's what they would get paid.
22        Q    Okay.  And they all shared in
23    one tip pool together; right?
24             MR. KATAEV:  Objection to form.
25             THE WITNESS:  Front of the house,
```

```
 1                    R.  PETROSYANTS
 2       yes, they did.
 3  BY MR. NUSSBAUM:
 4       Q    Okay.  And on the occasions that
 5  Julio Perez worked the shift, they all
 6  shared it in a tip pool with Julio Perez;
 7  correct?
 8       A    Yes.
 9       Q    Okay.  And sitting here today,
10  are there any policies at all, that you
11  could tell me, that affected one front-of-
12  the-house tipped employee differently than
13  another?
14            MR. KATAEV:  Objection to form.
15            THE WITNESS:  No.
16  BY MR. NUSSBAUM:
17       Q    Okay.  I'm going to show you
18  another document, that I'm going to mark
19  as Plaintiff's Exhibit 4.
20            (Plaintiff Exhibit 4 was marked
21            for identification.)
22            THE WITNESS:  Josef, how -- how long
23       you think we'll be doing this?
24  BY MR. NUSSBAUM:
25       Q    I'm sorry; I can't answer that
```

```
 1                    R.  PETROSYANTS
 2   right now.  So, Mr. Petrosyants, I'm
 3   showing you a document that I am marking
 4   as Plaintiff's Exhibit 4.  I'll represent
 5   to you that this was produced to
 6   plaintiffs by your attorneys in this case.
 7   It's a spreadsheet, and the file name was
 8   2021.  I've just added "Exhibit 4" to the
 9   title of it.
10             Now, are you able to tell me
11   what this document is?
12        A    An Excel sheet.
13        Q    And what is the information in
14   the document?
15        A    You know, probably, the
16   employees at La Baia, yeah.
17        Q    I'm not asking for probably.
18   Are you able to tell me what the
19   information in the spreadsheet means?
20        A    The -- the employees' names and
21   hours.  I -- I just seen this document,
22   Josef.  I don't -- I don't know how
23   to -- how you want me to answer this?
24   Employees' hours and --
25        Q    I want you to --
```

Page 124

R. PETROSYANTS

1

2    A    Yeah, and the, you know, amount
3    that they got -- amount that says in
4    column L.  That's all I know.
5    Q    Okay, I'm asking you to tell me
6    what you know truthfully or what you've
7    been prepared to testify on behalf of
8    Osteria La Baia.
9    A    I haven't been prepared to
10   testify.  What I see right now, there's a
11   name, there's a position, there's regular
12   overtime hours, and hourly amount.  That's
13   all I see.  That's all I know about this
14   sheet that I'm looking at.
15   Q    Okay.  Do you see, on line 1,
16   there are some headers?  It says
17   "company," "location," et cetera.
18   A    Yeah, yeah, yeah.
19   Q    Okay.  So company for all these
20   people is Bulldozer Hospitality Group
21   Inc.; right?
22   A    Yep.  I mean --
23   Q    And then --
24   A    -- whole thing, but, yeah, I
25   think so.

1                    R.  PETROSYANTS

2       Q    I'm happy to scroll through it.

3       A    Yeah, yeah, yeah, I believe.

4       Q    Okay.  And then so, looking at

5   column C, the header "department," for a

6   lot of people, it says "BOH" and then

7   "FOH" and then "management."  So BOH is

8   back of house, FOH is front of house, and

9   management are the management employees?

10      A    Can I -- can you show me

11  "manager" so I can tell you by name?

12      Q    Sure.

13      A    Who -- who -- who's that?

14  Santiago [ph]?  I -- I don't --

15  what -- what's the dates on this?

16      Q    Well, the name of this file is

17  "2021."

18      A    I don't -- I don't know who

19  these people are.

20          MR. KATAEV:  Can you zoom in on the

21      exhibit or --

22          THE WITNESS:  I don't know who did

23      this -- I don't know who did this file or

24      how that got created and who these people

25      are because I wasn't part of this.

1                    R. PETROSYANTS
2    BY MR. NUSSBAUM:
3        Q    Are you able to testify at all
4    about this file and files that look like
5    this one?
6            MR. KATAEV:  Objection to form.
7            THE WITNESS:  I -- you know,
8        information I would definitely do testify,
9        to my best knowledge, but a file like this
10       from 2021, I don't remember whoever was
11       there as a management or back of the
12       house, so I -- I cannot -- I cannot answer
13       that.
14   BY MR. NUSSBAUM:
15       Q    That's not my question.  I'm
16   asking if you're able to tell me what the
17   information means in this; I'm not asking
18   you about any specific individual.  Do you
19   understand that?
20       A    No.  So ask correct question and
21   ask, you know, direct question.  What do
22   you want me to answer?
23       Q    Okay.  So the last question I
24   asked you was, in column C, where it says
25   "department," "BOH," "FOH," and

1                    R.  PETROSYANTS

2    "management," that means back-of-house

3    employees, front-of-house employees, and

4    management employees; correct?

5         A     Yes.

6         Q     And then column D, under "job,"

7    it's the specific job that each employee

8    had within the back of house, front of

9    house, or management; correct?

10        A     That's what it says in column D.

11        Q     Okay.  And then column E and F

12   are the employees' names?

13        A     It says last name and first name

14   in column E and F.  That's -- I assuming

15   that's the last name and first name.

16        Q     I'm not asking you to assume;

17   I'm asking if you know.

18        A     I don't know all those people,

19   man.  I -- how I know -- if you want me to

20   testify if these people work for me or for

21   Bulldozer, I cannot tell you that.

22        Q     I didn't ask you that.  This is

23   a file that was produced by your lawyers

24   in this case, and I'm asking you if you

25   could tell me what the information in this

```
                                   Page 128
 1                  R.  PETROSYANTS
 2    file means.   Those are my questions to
 3    you.
 4         A     So in column E means last name,
 5    and column F means first name.
 6         Q     Okay.  And then employee number.
 7    Everyone has a unique employee number at
 8    Osteria La Baia?
 9         A     Yes.
10         Q     Okay.  And salary type,
11    employees were either paid hourly or
12    salary for some employees; right?
13         A     Yeah, that's exactly what it
14    says, column I.   Yeah.
15         Q     Okay, great.   And then for
16    "earning" -- and I'm going to focus on the
17    front-of-house employees -- it goes
18    "regular," then "spread of hours."   Do you
19    see that?   And "overtime."   Do you see
20    that?
21         A     Yeah.
22         Q     Okay.   And for those lines,
23    that's the amount of regular pay or
24    overtime pay or spread-of-hours pay that
25    employees received, during 2021, at
```

1                    R.  PETROSYANTS

2    Osteria La Baia; correct?

3         A     Yes.

4         Q     Okay.  And then column J,

5    "hours," when it says "regular" or

6    "overtime," that's the total number of

7    regular or overtime hours that each

8    employee worked; correct?

9         A     Yes.

10        Q     So looking at the first entry

11   for front of house, where there's a

12   barback named John Paul [ph] Gutierrez,

13   during 2021, he worked 97.29 hours, or he

14   was paid for 97.29 regular hours at

15   Osteria La Baia; correct?

16        A     I just see the facts that says,

17   in column J, it says 97.29.  It says

18   "regular" to column I and goes down

19   the -- the -- you know, down the line.  I

20   do not know that person got paid whatever

21   you say he got paid.  I have no

22   information of that, and I cannot confirm.

23   It was 2021, when I was not part of the

24   picture.  If you --

25                MR. NUSSBAUM:  For the record,

```
 1                    R.  PETROSYANTS
 2       Counselor, we asked for a witness who's
 3       able to testify about the documents that
 4       defendants produced in this lawsuit, and
 5       this witness is saying he's not able to
 6       testify about these documents.
 7            THE WITNESS:  How can I testify about
 8       something that was --
 9            MR. NUSSBAUM:  We call for the
10       production of another witness, who's able
11       to testify --
12            THE WITNESS:  There's no other
13       witness.
14            MR. NUSSBAUM:  -- in accordance with
15       the 30(b)(6) notice.
16            MR. KATAEV:  There's no question
17       pending.
18            We'll meet and confer on the subject.
19       Please proceed with your deposition.
20   BY MR. NUSSBAUM:
21       Q    Mr. Petrosyants, are you able to
22   testify about --
23            MR. NUSSBAUM:  For the record, the
24       witness has stood up, and his camera's
25       empty.
```

1                    R. PETROSYANTS
2    BY MR. NUSSBAUM:
3        Q    Mr. Petrosyants, are you able to
4    testify about any spreadsheets that look
5    like that?
6        A    If I know information I will.
7    If you have information from 2021, I will
8    not -- I will not testify.
9        Q    That's helpful.  So you're not
10   prepared to testify about anything that
11   happened at Osteria La Baia in 2021 and
12   2022 --
13       A    What I said --
14       Q    -- before you started working
15   there; is that right?
16            MR. KATAEV:  Objection to form.
17            THE WITNESS:  Yeah, because I don't
18       have a knowledge.
19   BY MR. NUSSBAUM:
20       Q    Pardon?
21       A    Yes, I don't have a knowledge of
22   it.  I cannot testify to something I do
23   not know.
24       Q    About anything that happened in
25   2021 or 2022; is that right?

Page 132

1                    R. PETROSYANTS

2        A     That happens on your

3   spreadsheet.  I do not know.

4        Q     Okay.  And you are not prepared

5   at all today to testify about things that

6   happened at Osteria La Baia in 2021 and

7   2022; correct?

8             MR. KATAEV:  Objection to form.

9             THE WITNESS:  You asked me a direct

10        question, something about the spreadsheet

11        that was sent to you for 2021.  I told you

12        my honest answer.  My honest answer.  I do

13        not know if those people work, or I do not

14        remember or how much they got paid.  I

15        don't have that information in front of

16        me, so there's nothing for me to testify,

17        and there's nothing I can say.

18   BY MR. NUSSBAUM:

19        Q     I'm going to show you a document

20   that I'm going to mark as Plaintiff's

21   Exhibit 5.

22             (Plaintiff Exhibit 5 was marked

23             for identification.)

24             Okay, Mr. Petrosyants.  I'm

25   showing you my screen again.  I'm sharing

```
                                        Page 133
 1                     R.  PETROSYANTS
 2   my  screen  again.   I'm  showing  you  a
 3   document  that  I  have  marked  as  Plaintiff's
 4   Exhibit  5.   I'll  represent  to  you  that
 5   this  is  a  document  that  was  produced  to  us
 6   by  your  attorneys  in  this  case.   The  file
 7   name  that  they  produced  to  us  was  just
 8   "2024."   I've  just  added  "Exhibit  5"  to
 9   the  title  so  we  know  what  exhibit  it  is.
10            Are  you  familiar  with  this
11   document?
12        A    No.
13        Q    Are  you  able  to  answer  questions
14   about  this  document?
15        A    Depends  on  the  question.
16        Q    Are  you  able  to  tell  me  what  the
17   information  in  this  document  represents?
18        A    It's  represents  department,  job
19   title,  last  name,  first  name,  salary,
20   earnings,  hours,  amounts.   I  don't  know  if
21   they're  correct.
22        Q    You  don't  know  if  they're
23   correct?
24        A    Yeah,  I  don't.   What  --  what  is
25   the  dates  on  this?
```

1                     R.  PETROSYANTS

2          Q     You tell me.  This was a file

3     that your attorneys produced to us.  It

4     said "2024" on it.

5          A     -- how you want me to look at

6     the file where it says bunch of last

7     names, hours, and amounts and testify if

8     this what -- you know, is it correct or

9     not?  I just don't understand.  You a

10    experienced law attorney.  You sent

11    something to me without dates,

12    without -- you know, with the last names,

13    overtime, and -- I don't know -- maybe you

14    have more information to it.  Then -- you

15    know, then you send them to me.  Whatever

16    you show me right now, all I see is

17    numbers, last names, titles, and dollar

18    amount.  How can I verify this?

19         Q     Well, again, this is information

20    that was produced to us by your lawyer,

21    and so I'm just doing my job.

22         A     -- saying -- in front of me.

23         Q     I'm just doing my job and trying

24    to understand what this information is.  I

25    don't work at Osteria La Baia, and the

```
                          R.  PETROSYANTS
 1
 2   plaintiffs  in  this  lawsuit  are  entitled  to
 3   know  what  the  significance  is  of  documents
 4   that  you  and  your  co-defendants  produced
 5   in  this  case.   Do  you  understand  that?
 6        A    Yes.   Josef,  ask  me  correct  --
 7   ask  me  direct  question  about  someone  that
 8   you  want  to  know,  with  all  information,
 9   full  information,  and  I'll  --  I'll  try  to
10   answer.   When  you  give  me  a  broad
11   information  like  this,  with  a  spreadsheet
12   who  has  a  bunch  of  information,  that  I
13   cannot  answer  this  because  I  don't  have
14   that  information  in  front  of  me.   You
15   think  I'll  remember  all  this?
16        Q    Yeah.   To  be  clear,  again,  I'm
17   not  asking  you  about  specific  information.
18   I'm  asking  you  generally  about  the
19   headings,  is  what  I  was  asking  you  about.
20        A    Oh,  headings,  I  see  --
21        Q    As  you  can  see  --
22        A    --  locations,  department,  job,
23   last  name.   I  --  I'll  verify  that.   Oh,
24   I'll  see  that.   Exactly.   Amazing.   You
25   know,  first  name,  last  name,  job  and
```

```
 1                    R. PETROSYANTS
 2   title, department, and earnings, hours,
 3   amounts.  I see that.  And then there's a
 4   bunch of last names and hours, which I
 5   cannot verify at this point.
 6        Q    Okay.  Is it correct that, for
 7   every front-of-house employee, the row
 8   that has "regular" in column I -- do you
 9   see that?
10        A    Yeah.
11        Q    Then the hourly rate they
12   received for regular pay is the number in
13   the last column, in column M.
14             MR. KATAEV:  Object --
15             THE WITNESS:  You got to -- if you
16        want to do this right, we got to take this
17        name, take this particular date whenever
18        she was paid, and look at the actual
19        payment, not something that was created
20        Excel or whoever did.  You might change
21        that Excel.  It's Excel sheet.  That might
22        be changed, at any point, by you or your
23        staff or by my staff.  How can I verify
24        this?  This is just a document who was
25        made by anybody.
```

```
 1                    R.  PETROSYANTS
 2   BY MR. NUSSBAUM:
 3        Q    With all due respect, sir, we
 4   take our professional responsibilities
 5   very seriously.  Nobody would touch up
 6   file and change it and use it at a
 7   deposition, a file that you gave us in
 8   discovery, so I just want that to be clear
 9   for the record.
10        A    -- I don't know.  You want me to
11   verify some numbers on Excel sheet?
12   Josef, come on.
13        Q    You produced it.  I think you
14   have to understand it; right?
15        A    I don't know.  I don't
16   remember --
17        Q    You produced it.
18        A    There's a million documents that
19   was produced.  You think I will remember
20   every document that was produced?  Ask
21   me -- let's say -- well, who's this?  Anna
22   [ph] Maria.  Let's go back.  If you have
23   that information that I produced, look at
24   that particular person, look at that
25   particular pay, and see if that's what
```

                    R. PETROSYANTS

1

2    they got -- she got paid.  And whatever

3    the regular means, to $10, I don't -- I

4    don't know.

5        Q    So what would you look at to

6    verify this?

7        A    -- I -- what I would look at, I

8    would go to that particular person.  I

9    would go back and see if, that person,

10   there's a paycheck for that amount, for

11   that period of time.  I would pull up and

12   said, "Rob, can you verify this paycheck

13   that was paid by Toast for this employee,

14   $10 an hour?"  It says "regular" or "non-

15   regular."  And that -- then I could look

16   at -- at something that's legit and verify

17   it.  How can I verify the Excel sheet,

18   man?

19            MR. NUSSBAUM:  Yes.  I'd like to

20        represent for the record that, earlier in

21        this litigation, plaintiffs sought records

22        of the total amount of hours and rates

23        that the tipped employees were paid during

24        the limitations period, and defendants

25        chose to give us this record in response

```
                                          Page 139
 1                     R. PETROSYANTS
 2        to that request, instead of giving us the
 3        paychecks for every single putative class
 4        member.
 5             To the extent the witness is saying
 6        what he's saying right now, we're going to
 7        ask for the production of every single
 8        paycheck of every single class member so
 9        that we can verify this record because
10        that is what the witness is saying we need
11        to do in order to have a productive
12        conversation about this.
13   BY MR. NUSSBAUM:
14        Q    And so my question to you,
15   Mr. Petrosyants, is, are you able to
16   testify at all about any spreadsheet like
17   this one, that we see in Exhibit 5, or any
18   one that looks like it?
19             MR. KATAEV:  Objection to form.
20             You can answer.
21             THE WITNESS:  Can you repeat the
22        question?
23   BY MR. NUSSBAUM:
24        Q    The question is, are you able to
25   testify about this spreadsheet?
```

```
                                          Page 140
 1                     R.  PETROSYANTS
 2        A     What exactly your question,
 3   Josef?
 4        Q     I'll go back to the question I
 5   asked you before --
 6        A     What do you want me to testify
 7   about this Excel sheet?  What do you want
 8   me to testify?  That those employees work
 9   for me?  I do not remember.  I don't have
10   recollections of -- of all those employees
11   or numbers or hours that they work.
12   I -- I don't remember those numbers.  What
13   exactly you want me to testify?  Can
14   you --
15        Q     I wasn't asking if you --
16        A     -- ask the question -- correct
17   question?
18        Q     So what's the correct question,
19   in your opinion?
20        A     You're asking me to verify this
21   Excel sheet.  I'm looking at Excel sheet.
22   There's a million names, million numbers,
23   and, you know, and the titles.  How you
24   want me to verify?  What do you want,
25   exactly, verify it?
```

```
                                        Page 141
 1                    R.  PETROSYANTS
 2        Q    Right.  I'm trying to understand
 3   if this record records the total amount of
 4   hours that the tipped employees were paid
 5   at the tip credit rate during 2024.
 6        A    Based on what you show me now, I
 7   do not have the -- my numbers in front of
 8   me, and I cannot verify on this.
 9             MR. NUSSBAUM:  For the record, the
10        last matter that defendant's notice for
11        today's 30(b)(6) deposition was, we asked
12        for a witness that can testify about,
13        quote, "the nature and function of all
14        documents produced by defendant in
15        discovery in this action."
16   BY MR. NUSSBAUM:
17        Q    Mr. Petrosyants, you cannot
18   testify about the nature and function of
19   the two spreadsheets I just showed you;
20   correct?
21        A    Mr. Josef, the two spreadsheets
22   that you just showed me, you don't ask a
23   direct question.  What do you want me to
24   verify it on those two spreadsheets, I do
25   not understand.  Ask direct questions.  I
```

```
 1                    R.  PETROSYANTS
 2   will try my best to verify them.
 3       Q    Okay.  Mr. Petrosyants, I'm
 4   showing you Exhibit 5.  Can you tell me
 5   what this document is?
 6       A    Excel sheet.
 7       Q    Okay.  And what is the
 8   information in this document?
 9       A    As it says on the top of --
10   scroll down.  As it says on top of your
11   sheet, it says last name; it says name; it
12   says employee number; it says salary type;
13   earnings; hours; amounts, and all that.
14   What else you want me to verify?
15       Q    Okay.  And so this is a record
16   of the pay that all the employees at
17   Osteria La Baia received in 2024; correct?
18       A    Based on all the employees that
19   I have at Osteria La Baia, and it's more
20   than -- how many you got?  How many you
21   got on this sheet?
22       Q    This sheet has --
23       A    Yeah, all -- employee --
24       Q    -- 670 rows, but I'll note that
25   there are multiple rows for each employee.
```

```
                                        Page 143
 1                    R.  PETROSYANTS
 2       A    Okay.  I do not have that
 3  information in front of me, and I cannot
 4  verify, to my best knowledge.
 5       Q    I'm not asking you to verify.
 6  Can you tell me what this spreadsheet is?
 7  I'm not asking about verification.  Can
 8  you tell me what this spreadsheet is?
 9       A    I just told you.  It's Excel
10  sheet with names; hours; regular, you
11  know, earnings; hours; the amounts; and
12  whatever the rate, the house -- hourly
13  rate.  That's what it is -- well, that's
14  what it is now --
15       Q    Okay.  And this is a spreadsheet
16  that Osteria La Baia uses in the regular
17  course of business at the company?
18            MR. KATAEV:  Objection to form.
19            THE WITNESS:  No.
20  BY MR. NUSSBAUM:
21       Q    No?  What does this spreadsheet
22  record?
23       A    Company name; location;
24  department; job; last name; first name;
25  employee salary; earnings; hours; amounts,
```

```
                                        Page 144

 1                    R. PETROSYANTS

 2   hour -- you know, and hourly rate.

 3        Q    Okay.  So now, scrolling down,

 4   I'm going to go to the first front-of-

 5   house employee, and I'm going to go to

 6   line 87.  The first person listed is

 7   Ardak, A-R-D-A-K, last name Barlan,

 8   B-A-R-L-A-N.  And in column I, it says

 9   "regular," and then next to that, it says

10   150.23, so according to this document,

11   Mr. Barlan would've been paid for 150.23

12   hours in 2024; correct?

13        A    According to this document.  You

14   assuming that this document is correct.  I

15   don't know if that's correct document.

16   Probably.  I -- I don't -- I cannot answer

17   that question.  This -- to me, this is

18   just Excel sheet that could be done by

19   anybody, by you, by my employee, but they

20   might made a mistake.  They might scroll

21   things up and down.  I cannot verify this.

22   That's all I'm trying to tell you.  Does

23   that answer your question?

24        Q    And the record, you're one that

25   produced this document; right?
```

Page 145

1                    R. PETROSYANTS

2           MR. KATAEV:  Objection to form.

3           THE WITNESS:  No, I didn't.

4    BY MR. NUSSBAUM:

5       Q    So who produced it?

6       A    My -- I don't know.  Who did?

7    What --

8       Q    Well, there are three defendants

9    in this lawsuit.  You're not letting me

10   finish.  There are three defendants in

11   this lawsuit: you, your wife, and the

12   corporation.  You're testifying today on

13   behalf of yourself and Bulldozer

14   Hospitality.  Isn't it true that you

15   and/or Bulldozer Hospitality produced this

16   spreadsheet?

17       A    I do not have --

18           MR. KATAEV:  Objection to form.

19           THE WITNESS:  I do not remember or

20       have an answer for that, but you said my

21       attorney produced that document; right?

22   BY MR. NUSSBAUM:

23       Q    Yes, your attorney produced it

24   on your behalf.  Your attorney has an

25   identity with you, sir.

```
                              R.  PETROSYANTS
 1
 2        A      Okay.  So  my  that  attorney
 3   produce  this  document,  she's  fired,  so  I
 4   don't  know  if  she  did  a  correct  job  or
 5   not.   That's  why  I  hired,  you  know,
 6   Emanuel.   I  like  --  I  like  --
 7        Q      So  all  of  the  spreadsheets  that
 8   you  produced,  you're  saying  you  cannot
 9   verify  whether  or  not  the  information  in
10   them  is  accurate  or  not?
11        A      100  percent,  I  cannot.   How  can
12   I  verify  if  this  --  looking  at  this  right
13   now  on  the  screen  that  you  shared  with  me,
14   how  can  I  verify  that?
15        Q      Okay.   So  assuming  the
16   underlying  information  is  true  --  and  I
17   understand  you  don't  want  me  to  hold  you
18   to  that,  but  if  the  underlying  information
19   is  true  and  it  was  plugged  in  accurately
20   to  the  spreadsheet,  column  J,  which  says
21   150.23  for  Mr.  Barlan,  and  column  87,  that
22   would  be  the  total  number  of  hours  he  was
23   paid  during  2024;  right?
24             MR.  KATAEV:   Object  --
25             THE  WITNESS:   I  do  not  have  that
```

                            R. PETROSYANTS

1
2          information.  I cannot recall it, or I do
3          not know what you're talking about.
4          That's it.  That's my answer.  Move on,
5          please.  Whatever you got to --
6     BY MR. NUSSBAUM:
7          Q    And that's true for all these
8     spreadsheets; right?
9          A    Yeah.  I cannot verify those.
10    Well, I know the direct answer.  I do not
11    have that --
12         Q    Okay.  What about the
13    information in column L?  Can you tell me
14    what that means?
15         A    To me, that means hour amounts.
16    That's what it says.  I don't know exactly
17    what that means.
18         Q    You don't know exactly what it
19    means.  Okay.  And what about hourly rate,
20    column M?  Could you tell me what that
21    means?
22         A    No.
23         Q    You can't tell me what that
24    means?
25         A    No.

1                    R.  PETROSYANTS

2           MR.  NUSSBAUM:  All right.  Okay.  So

3      I think we've exhausted the questions with

4      this witness.  We're going to call for a

5      witness that can testify about the

6      spreadsheets that were produced by

7      defendants.

8           And to the extent that defendants'

9      30(b)(6) witness is now calling into

10     question the veracity of the spreadsheets

11     that were produced in this lawsuit, which

12     were produced for the main purpose of

13     summarizing the total amount of hours the

14     tip credit employees were paid during the

15     limitations period, we're going to ask for

16     the production of all the underlying data

17     of the amount of hours that the tipped

18     employees were paid at Osteria La Baia.

19          I would like to take a five-minute

20     break.

21          MR.  KATAEV:  We can meet and confer

22     on the subject, and please follow up in

23     writing.

24          THE REPORTER:  Okay, we are off the

25     record at 11:19.

                          R. PETROSYANTS

1                          R. PETROSYANTS
2              (Off the record.)
3              THE REPORTER:  Okay, we're back on
4         the record at 11:32 a.m.
5    BY MR. NUSSBAUM:
6         Q    Mr. Petrosyants, you're muted, I
7    think.
8              Mr. Petrosyants, just remind you
9    that you're still under oath.  Do you
10   understand that?
11             MR. KATAEV:  Think it's frozen.
12             MR. NUSSBAUM:  I won't make any jokes
13        because they'll end up in a footnote to
14        the Court.
15             MR. KATAEV:  That's correct.
16             MR. NUSSBAUM:  Yeah, it's good to
17        know who you're dealing with.
18             MR. KATAEV:  -- read paragraph 1 of
19        the --
20   BY MR. NUSSBAUM:
21        Q    All right, Mr. Petrosyants.
22   You're under oath.  Do you understand that
23   you're still under oath?
24        A    Yeah, yeah.
25        Q    Yeah?  I'd like to show you a

```
                                        Page 150
 1                R.  PETROSYANTS
 2   document that I'm marking as Plaintiff's
 3   Exhibit 6.
 4               (Plaintiff Exhibit 6 was marked
 5               for identification.)
 6               I'm sharing my screen with you.
 7   I'm showing you a 1-page document that is
 8   marked as Plaintiff's Exhibit 6.  On the
 9   bottom right, it's stamped DEFS-000232.
10   Do you see that?
11        A    Yeah.
12        Q    And you see that, on top, it
13   says "Certificate of Liability Insurance"?
14        A    Yes.
15        Q    And do you see, under the
16   insured name, it says "Bulldozer
17   Hospitality Group"?
18        A    Yep.
19        Q    And then the certificate holder
20   and the authorized representative's
21   identities are redacted on the bottom.  Do
22   you see that?
23        A    Yeah.  No --
24        Q    Do you know what it says --
25        A    No -- it's --
```

```
                                      Page 151
 1                    R.  PETROSYANTS
 2        Q    Do you see where it's blacked
 3   out?
 4        A    Okay.
 5             MR.  KATAEV:   -- the witness --
 6             THE  WITNESS:   Yeah, I see the
 7        blackout.   Yeah.
 8   BY MR. NUSSBAUM:
 9        Q    I'm making it a little bit
10   bigger so you could see better.   Do you
11   see, on the bottom, it's blacked out?
12        A    Yes.
13        Q    Can you tell me what it said
14   under there?
15        A    No.
16        Q    Do you know who the authorized
17   representative is on this policy?
18        A    No.
19        Q    And do you know why it was
20   redacted?
21        A    No.
22             MR.  NUSSBAUM:   For the record, we
23        never received a redaction log, and so we
24        ask the attorney for defendants provide us
25        with a redaction log.
```

```
                                              Page 152
 1                    R.  PETROSYANTS
 2              MR.  KATAEV:   Please follow up --
 3    BY MR. NUSSBAUM:
 4        Q    And, Mr. Petrosyants, do you
 5    have any idea why this was redacted?
 6        A    No.
 7        Q    Do you know what this document
 8    is?
 9        A    Yeah, insurance liability.
10        Q    Okay.  Are the claims in this
11    lawsuit covered by any insurance
12    agreement?
13        A    I think so.  I -- I don't -- I
14    don't have that information.
15        Q    Okay.  Are your current or your
16    former attorneys being paid pursuant to an
17    insurance agreement?
18        A    Not that I know of.
19        Q    All right.  Now, Osteria La Baia
20    has private events; right?
21        A    Yeah.
22        Q    And has it always had private
23    events at the restaurant?
24        A    Not always.  Past few years.
25        Q    When it first opened, there were
```

Page 153

R.  PETROSYANTS

1          no private events?

3          A     We didn't -- I don't think they

4     had ones.

5          Q     Okay.  And does the restaurant

6     sign a contract with customers for private

7     events?

8          A     Yes.

9          Q     Okay.  And as part of those

10    contracts, it charges customers a 3-

11    percent service charge; right?

12         A     That was not service charge.

13    I'm -- I'm sorry; can you repeat the

14    question?

15         Q     Sure.  As part of the contracts

16    for those private events, it charges

17    customers a 3-percent service charge;

18    right?

19         A     Yeah.

20         Q     And does the company have a name

21    for those events?  Is it "private event,"

22    or is there some other name, "special

23    event" or something like that, that it

24    uses?

25              MR. KATAEV:  Objection to form.

```
                                        Page 154

 1                    R. PETROSYANTS
 2            THE WITNESS:  Not that I know of.  I
 3       mean, not that I remember.
 4  BY MR. NUSSBAUM:
 5       Q    Well, what do you guys call it
 6  at the restaurant?
 7       A    You know, La Baia.  Osteria La
 8  Baia.
 9       Q    No.  What do you call those type
10  of events?
11       A    Private events.
12       Q    Private events.  Okay.  So the
13  3-percent service charge, the restaurant
14  kept that; right?
15       A    The 3 -- it's very important
16  that you understand that there was -- if
17  I'm not mistaken, every contract had 21
18  percent in total for the charges.
19  Eighteen percent was the gratuity tips
20  that went to the server.  Three percent
21  went to the management, administrational
22  fee.
23       Q    And that went to the restaurant;
24  right?
25       A    No, that went to the management
```

Page 155

R. PETROSYANTS

1

2    fee.

3        Q    Well, who kept the 3 percent?

4        A    Managers.

5        Q    Which managers?

6        A    I don't recall the names, but

7    it -- not that I don't recall the names.

8    I don't have that information in front of

9    me, who actually gets that 3 percent, but

10   I'm more than sure it's managers.  We --

11   we didn't keep any 3 percent.

12       Q    The only managers you've

13   testified about today were Janos; right?

14       A    There's event manager who runs

15   the events.  Her name is Natalie.  And

16   she -- she -- I don't -- I -- again,

17   I -- I don't know that information for

18   sure, but 3 percent went to her, if I'm

19   not mistaken.

20       Q    But you don't know for sure?

21       A    I don't know for sure.  I got to

22   look into it.

23       Q    Okay.  What records would

24   establish whether or not that 3 percent

25   went to her?

```
                                    Page 156
 1                  R. PETROSYANTS
 2        A    Can you repeat the question?
 3        Q    Sure.  What records would help
 4   you to establish whether or not that 3
 5   percent went to her?
 6        A    Paychecks, probably.
 7        Q    Okay.  I'll represent to you
 8   that, in this lawsuit, we asked your
 9   lawyers to produce records of where the 3-
10   percent service charge went after the
11   customer paid it, and they didn't provide
12   us with any record of where that might
13   have went.
14        A    Maybe there's none.  I
15   don't -- again, I think whatever you asked
16   was provided to you, to best of our
17   knowledge.  And if there's something that
18   was not provided to you, maybe we don't
19   have those records, but again, I have to
20   look into it.
21        Q    All right.  So if it wasn't
22   provided to us, though, that's because
23   there is no record of where the 3-percent
24   service charge went; right?
25        A    Not what I said.  I said maybe
```

```
 1                    R.  PETROSYANTS
 2   it's not -- there's no records.  Maybe.  I
 3   didn't say that there's none.  That's not
 4   that was said.  I said, whatever it
 5   was -- whatever you asked probably was
 6   provided to you by attorney.  If it wasn't
 7   provided to you, maybe they couldn't find
 8   it at that point.
 9        Q    Do you know why they would not
10   have given us records of where the 3
11   percent went?
12        A    I have no idea, Joe.
13        Q    Okay.  And Osteria La Baia has a
14   record of the total amount of 3-percent
15   service charges that came in each year;
16   right?
17        A    I believe so.  I have to verify.
18        Q    All right.  In Toast it would be
19   pretty easy to get that number; right?
20        A    It's -- I have to look into it.
21   I don't -- I don't know if it was done for
22   Toast or it was done little differently,
23   but I have to look into it.  I have to see
24   the numbers.
25        Q    Bear with me for a moment,
```

```
                                    Page 158
 1                  R. PETROSYANTS
 2   please.
 3              Were there any other event
 4   managers at Osteria La Baia besides
 5   Natalie?
 6        A    Before Natalie there was some
 7   people, probably, but I don't -- I don't
 8   know who it was.  I don't have that
 9   information.
10        Q    And when did Natalie start
11   working at Osteria La Baia?
12        A    '23.  I don't --
13        Q    And does she still work there?
14        A    I think she is.  Yeah, she is.
15        Q    Okay.  And who hired her?
16        A    She was self-employee.  She runs
17   and manage events, but I don't think she's
18   a -- she's as employer -- as employee at
19   Osteria La Baia.  I think she's self-
20   employed, if I'm not mistaken.
21        Q    Like, she's an independent
22   contractor?
23        A    Something like that.  I got to
24   look into it.  I don't --
25        Q    Well, do you know --
```

```
 1                    R.  PETROSYANTS
 2        A     I -- I don't -- I don't know.
 3   Josef, I don't know, man.  It's a lot of
 4   people.  You ask me questions; I don't
 5   know, man.  I'm telling you, honestly,
 6   I -- I got to look into it and -- and see
 7   if that's something I can help you with.
 8   I have nothing to hide.  I did everything
 9   by the book.  You just trying to dig into
10   it to make more money.  I just -- you
11   know, I don't know what you're trying to
12   get out of this.  There's nothing in -- in
13   my restaurant that I did wrong.  You know,
14   you should have -- whatever.  Go ahead.
15        Q    So do you know Natalie's last
16   name?
17        A     I don't remember.  Something
18   with Russian.  "Ov," "Hov," whatever.
19   "Ov."  Russian.  She's Russian -- I can't
20   pronounce her last --
21        Q     Okay.  And how does she get paid
22   at Osteria La Baia?
23        A     Well, I think she gets paid by
24   invoice.  She invoice us and -- get paid.
25   If -- again, I got to look into it.  I
```

R. PETROSYANTS

1
2    don't have direct or concrete answer to it
3    because I have to look into it.  I'll look
4    into it, and I'll let you know.
5         Q    Okay.  As the event manager,
6    what were her job duties?
7         A    Making sure that -- you know,
8    she manage the events, make sure it's all
9    set up on time; food is proper; setting is
10    proper.  You know, decor, staffing.  Make
11    sure she don't -- you know, that -- that
12    whoever's serving -- whoever was assigned
13    to serve that event, they know what
14    they're doing, so, you know.
15         Q    Does she supervise the events?
16         A    Some points, yeah.
17         Q    Okay.  And she decides, like,
18    how many employees the restaurant needs
19    for the events?
20         A    No.
21         Q    So who decides that?
22         A    Management.  The --
23         Q    Who's management?
24         A    Janos.  She's a independent
25    contractor.  We decide how many people we

```
                                    Page 161
 1                  R. PETROSYANTS
 2    should put on certain events.  How
 3    many -- you know, how many bussers,
 4    runners, and -- and the servers.
 5              Josef -- finalize this already,
 6    man?  You know, it's two hours already.
 7    What else you want to know?  What we
 8    serving tonight?  We're serving special
 9    steak on the menu.  Kosher.  Kosher.
10    Kosher steak, bro.  Stop by.
11         Q    Okay.  I mean, you're only
12    making it take longer right now, but I'm
13    happy to continue asking you questions.
14         A    -- okay, go ahead.
15         Q    Why did she get 3 percent of the
16    private events?
17         A    You think it should be more?
18         Q    I didn't understand your answer.
19         A    You think it should be more?
20         Q    Sir, please answer my question.
21    Why did she get 3 percent of the private
22    events?
23         A    I don't know why she get.
24    That -- that was set up by someone, and we
25    just, you know -- you know, inherited that
```

```
 1                    R.  PETROSYANTS
 2   system, and we just ran with it.
 3       Q    Okay.  I mean, you and your wife
 4   run the restaurant, so who was it set up
 5   by?
 6       A    It was set up by prior
 7   management.  We took over in 2023.  It was
 8   HR company who sets the role -- you know,
 9   it was managers that hire event planners
10   and all of that, so it wasn't set by us.
11       Q    Sir, your wife has always owned
12   the restaurant; right?  She didn't just
13   start owning the restaurant in 2023;
14   correct?
15       A    Yeah, but there was different
16   managements.  Yeah.
17            MR. KATAEV:  Objection to form.
18   BY MR. NUSSBAUM:
19       Q    Okay.  Now, did Osteria La Baia
20   tell its customers that the 3-percent
21   service charge was not going to the
22   employees that staff the event?
23       A    Every employee, every customer,
24   every tip employee was verbally notified
25   that 18-percent gratuity goes to them, 3
```

```
 1                    R.  PETROSYANTS
 2   percent goes to administration-slash-
 3   management.
 4        Q    All right.  So my question
 5   wasn't about what the employees knew or
 6   were told.  My question was, were the
 7   customers informed that --
 8        A    I answered the question.
 9   Employee and the customers knew
10   everything.  And if you look at --
11        Q    Okay.  What evidence do you
12   have?
13        A    Receipts.  Contracts.  It says
14   gratuity, 18 percent.  If I -- look,
15   again, you -- I might, you know, miss a
16   word here and there because I don't have
17   that information in front of me, but to
18   best of my knowledge, it says service fee
19   or gratuity, 18 percent; 3-percent
20   management or administration fee.
21        Q    Okay.  Aside --
22        A    That's what -- if I'm not
23   mistaken.
24        Q    Aside from that, is there
25   anywhere else in the contract that had
```

1                    R.  PETROSYANTS
2    told the customers where the 3-percent fee
3    was going?
4         A    I think it's obvious.  If 3
5    percent says separately, not -- you know,
6    we would -- if you would wanted to -- if
7    you would wanted to all our tip employees
8    get whole amount that charged -- that we
9    charge customer, which is 21 percent, we
10   would just say, you know, 21-percent
11   gratuity.
12           We separate that for anybody to
13   understand that 18 percent goes to
14   gratuity, 3 percent goes to the
15   management.  It says on the contract; it
16   says on the receipt.  Every receipt that
17   we close, it says that.  You didn't -- you
18   didn't get that information?
19        Q    And the contracts that you gave
20   customers for private events, was it
21   always the same contract?
22        A    No, I think it's been changed
23   many times.
24        Q    There's been many iterations of
25   the contract, many versions of the

```
                            R.  PETROSYANTS
 1
 2    contract?
 3         A    I think it was some adjustments
 4    to a contract, yeah, during the -- those
 5    years.  I don't know what they are, but I
 6    think there were.
 7         Q    Okay, I'd like to show you a
 8    document that I'm going to mark as Exhibit
 9    7.
10              (Plaintiff Exhibit 7 was marked
11              for identification.)
12         A    Uh-huh.
13         Q    I'm sharing my screen again, and
14    I'm showing you a document that I'm
15    marking as Exhibit 7.  It's a ten-page
16    document.  On the bottom of the first
17    page, it says -- actually, there is no
18    Bates number on the bottom.  On the top of
19    the first page, it says "Osteria La Baia,"
20    and then there's a private event order.
21    The date of the event is December 3, 2024.
22    Do you see that?
23         A    Yes.
24         Q    Okay.  And then I'm going to the
25    second page of this record.  I'll
```

```
 1                        R. PETROSYANTS
 2    represent to you this is a record that was
 3    produced to us by your attorneys.  The
 4    name of the file that they gave to us,
 5    since it's not Bates stamped, is
 6    "12.03.2024 event_redacted."  That's the
 7    file name.
 8         A    Okay.  Okay.
 9         Q    I'm showing it to you now again.
10              THE REPORTER:  It's --
11              THE WITNESS:  -- see anything.
12              THE REPORTER:  It's not on the
13         screen.
14              MR. NUSSBAUM:  It's coming back.
15         It's coming back.
16              THE REPORTER:  Okay.
17              MR. NUSSBAUM:  All right.
18              THE WITNESS:  Yeah, could see right
19         here -- 18 percent goes to gratuity.  What
20         else you don't understand?  Three percent
21         goes to service charge.
22    BY MR. NUSSBAUM:
23         Q    I understand that; I can read
24    that.  Anyways, other than what it says
25    here about the 3-percent service charge,
```

```
 1                    R.  PETROSYANTS
 2   was there anywhere else in the contract
 3   that it referenced the service charge?
 4        A     I don't -- again, I don't know
 5   if -- to my best knowledge, I think there
 6   were menus or verbal understanding with
 7   the customer.  Again, I don't know.  I
 8   think that, verbally, everyone was
 9   discussing that with the -- with the
10   customer, saying that 3 percent goes to a
11   service charge, 18 percent goes to
12   gratuity.  Verbally, it was done, 100
13   percent, all the time with every customer.
14              I got to look -- again, we -- we
15   have bunch of documents in storage that we
16   still, you know, searching and trying to
17   figure out how was this set up before us.
18   And again, we took something that we
19   already inherit.  There was a, you know,
20   HR company, there was this and that, that,
21   you know, set all these things up.
22        Q     But you didn't inherit it
23   because you own the restaurant; right?
24        A     Management.
25              MR. KATAEV:  Objection to form.
```

Page 168

                        R.  PETROSYANTS

1
2           THE  WITNESS:   What do you mean?
3       Yeah.   Yeah, yeah, yeah.   Let's say if
4       someone manage your law firm, and you came
5       in and you want to change things,
6       you -- you get -- you know, you -- you
7       take something from the different
8       management; no?
9   BY MR. NUSSBAUM:
10      Q    Well, if I own it, I mean, I
11  think you could do whatever you want, but
12  my question to you was, just focusing on
13  the contract that you had with the
14  customers, other than the line where it
15  says 3-percent service charge, do the
16  contracts -- just the contracts --
17  anywhere else reference the service charge
18  and where it was going?
19          MR. KATAEV:   Objection to form.
20          THE  WITNESS:   I don't know.   I -- I
21      can't -- I don't have that answer right
22      now.   I just don't know what that would
23      say.   I got to look in -- look into it.
24  BY MR. NUSSBAUM:
25      Q    Okay.   And other than your

```
 1                    R. PETROSYANTS
 2   statements that customers were verbally
 3   informed, do you have any other evidence
 4   of any other written communications with
 5   customers about where the service charge
 6   went?
 7        A    I think -- I think there are.  I
 8   got to look into it, again.  I think
 9   there's a bunch of shit that we're going
10   to find in -- in storage.  I think there's
11   plenty of people that understood and
12   customers that understood that 3 percent
13   was going to gratuity [sic], and, you
14   know, I -- I still -- listen, it's --
15   trying to -- I'm trying to find some proof
16   that where it says that.  I'm still
17   looking.
18        Q    And you said you have that
19   information even for the sample private
20   events that the parties in this case
21   agreed to use; right?
22        A    I didn't understand the
23   question.
24        Q    Well, I'll represent to you
25   that, in discovery in this case, instead
```

1                    R.  PETROSYANTS
2    of asking defendants to produce all their
3    records about private events, the lawyers
4    for all the parties agreed that defendants
5    would only need to produce a sample of
6    those documents for specific timeframes.
7             And in those records, there is
8    nothing in writing about the service
9    charge, other than that one line that I
10   showed you in the contract, so my question
11   to you is, are you saying there's other
12   information even for those sample events
13   we agreed upon?
14        A    I really hope there is.  I
15   really hope.  We're still searching.  I
16   really hope, you know, so we can stay
17   friends.
18        Q    But you know discovery in this
19   case closes in three days, so do you know
20   when you're going to be finishing your
21   search?
22        A    No, sir, the -- I'm still
23   searching.  If I don't find anything,
24   just, you know, there's no discovery then.
25   Again, I think, verbally, and everyone in

                              R. PETROSYANTS
1
2    the restaurant understood, you know, how
3    those charges being split.  To any normal
4    human being, it will be just, you know,
5    common sense, but again, we follow the
6    rule.
7        Q    All right.  And you mentioned
8    searching for records in discovery.
9    That's the same thing with the notices of
10   how employees were going to be paid?
11   You're still searching for those; right?
12       A    100 percent, yeah.  Still
13   search.  I'm in Uzbekistan; the
14   company -- search, yeah.
15       Q    But you haven't found them yet;
16   right?
17       A    Not yet.
18            MR. NUSSBAUM:  Okay.  For the record,
19       we asked for a witness who's able to
20       testify about, quote, "Osteria La Baia's
21       policies, practices, and procedures with
22       respect to event tips," dot dot dot,
23       "whether mandatory or voluntary throughout
24       the liability period, including without
25       limitation policies, practices, and

                        R. PETROSYANTS

1

2       procedures regarding how Osteria La Baia

3       distributed and/or allocated such

4       charges."  We also asked for a witness who

5       can testify about defendants'

6       communications with event customers,

7       including any written communications.

8            And this witness is saying that

9       they're still looking for records, and

10      he's not sure about other places -- it

11      might be on a menu -- he's not sure what

12      other places where customers were informed

13      of this 3-percent service charge, whereas

14      the record we have, in terms of the

15      documents that defendants produced, are

16      just these contracts, is the only place

17      we've seen where the service charge is

18      referenced and nowhere else, but the

19      defendant seems to think that there might

20      be other stuff, so we're going to ask to

21      leave this topic open to get a witness

22      who's actually able to testify, who has

23      knowledge about these topics that we

24      noticed.

25           MR. KATAEV:  Please follow up in

```
                                        Page 173
 1                    R.  PETROSYANTS
 2        writing.
 3   BY MR. NUSSBAUM:
 4        Q     Has anyone else ever filed a
 5   wage-and-hour lawsuit against Osteria La
 6   Baia?
 7        A     Not that I remember.
 8        Q     Has anyone ever filed a wage-
 9   and-hour lawsuit against you?
10        A     Not necessarily.
11        Q     What was the answer?
12        A     Not that I remember.
13        Q     Okay.  I'm going to show you a
14   document that I'm going to mark as
15   Plaintiff's Exhibit 8.
16              (Plaintiff Exhibit 8 was marked
17              for identification.)
18              I'm showing you a document that
19   I've marked as Plaintiff's Exhibit 8.
20   I'll represent you that this is a copy of
21   the amended complaint that plaintiff
22   Katherine Fernandez filed in this case.
23   It's an 11-page document.  On the
24   beginning of the first page, there's
25   filing information on the top, in blue.
```

```
 1                    R.  PETROSYANTS
 2    Says "Case 1:" et cetera, et cetera.  Do
 3    you see that?
 4         A    Yeah.
 5         Q    Okay.  Have you reviewed the
 6    amended complaint in this case?
 7         A    I just scrolled it -- scrolled
 8    through it, but I never reviewed into
 9    details.
10         Q    Okay.  I'm scrolling to
11    paragraph 25 of the complaint.  It says,
12    quote, "Plaintiff was paid for hours
13    worked at the New York foodservice
14    workers' minimum wage, which is lower than
15    the full New York minimum wage."  That's
16    true; correct?
17              MR.  KATAEV:  Objection to form.
18              THE WITNESS:  No, I can't answer the
19         question.  I can't answer the --
20    BY MR. NUSSBAUM:
21         Q    But why can't you answer the
22    question?
23         A    I -- I don't have that
24    information in front of me.  I got to look
25    into it, but I don't -- I think every
```

```
 1                    R. PETROSYANTS
 2   employee that we have at the -- you know,
 3   at the Osteria La Baia was paid by the
 4   books, so meaning that they were paid
 5   properly.  None of our employees that were
 6   short on payment or -- or -- you know, to
 7   my best knowledge.
 8        Q    Right.  That's not my question.
 9   My question is, isn't it true that
10   Ms. Fernandez was paid below the full
11   minimum wage?
12             MR. KATAEV:  Objection to form.
13             THE WITNESS:  If I'm not mistaken,
14        Ms. Fernandez was paid full -- employee
15        rate -- rate, which means I think she was
16        getting minimum wage, plus tips, if I'm
17        not mistaken.  Again, I got to look into
18        that information.
19   BY MR. NUSSBAUM:
20        Q    So sitting here today, you don't
21   know how much she was paid; right?
22        A    No, I -- look, it's a lot of
23   people working.  I don't -- I don't know
24   exactly information.
25        Q    Okay.  Now, continuing to
```

```
 1                    R.  PETROSYANTS
 2   paragraph 26, it says, quote, "However,
 3   defendants were not entitled to pay
 4   plaintiff pursuant to the foodservice
 5   workers' minimum wage because they did not
 6   give plaintiff notice of the tip credit."
 7   Isn't it true that defendants did not give
 8   Ms. Fernandez notice of the tip credit?
 9            MR. KATAEV:  Objection to form.
10            You can answer.
11            THE WITNESS:  Huh?  Can you repeat
12       the question?
13   BY MR. NUSSBAUM:
14       Q    Sure.  Isn't it true that
15   defendants did not give Ms. Fernandez
16   notice of the tip credit?
17       A    I don't know.
18       Q    You don't know if they did.  And
19   isn't it true that defendants did not give
20   any of the other foodservice employees
21   notice of the tip credit?
22       A    I have no idea.
23       Q    Okay.  Now, paragraph 29,
24   defendants said -- paragraph
25   29 -- withdrawn.  Paragraph 29 says,
```

                          R. PETROSYANTS
1
2    quote, "Defendants charged special-event
3    patrons a 3-percent service charge in
4    addition to food and beverage charges."
5    Do you see that?
6         A    Yes.
7         Q    And that's true; right?
8              MR. KATAEV:  Objection to form.
9              THE WITNESS:  I can't -- I -- I don't
10        know.
11   BY MR. NUSSBAUM:
12        Q    Which part don't you know?
13        A    "Defendant charged special-event
14   portion [sic] 3-percent service charge in
15   addition to food and beverage charges."  I
16   just don't know if I can verify that
17   information.
18        Q    Isn't it true that defendants
19   charged all the special events customers a
20   3-percent service charge?
21             MR. KATAEV:  Objection.
22             THE WITNESS:  I don't know.  I don't
23        know if all or some, or maybe there was
24        different, you know, deal.  I just don't
25        know.  It's -- you -- you talking about

```
 1                    R.  PETROSYANTS
 2        some -- there's -- there's no standard,
 3        like, you know, formula that we charge
 4        everything by the rule.  Or some
 5        customers, we just don't charge, and we
 6        just charge -- and we just give it to, you
 7        know, tip employees.  There's -- there's
 8        no such a thing as a concrete answer to
 9        this.  I cannot answer correctly.  I don't
10        have that information.
11   BY MR. NUSSBAUM:
12        Q    But as a general rule at Osteria
13   La Baia, the special events customers were
14   charged a 3-percent service charge; right?
15        A    Three percent?  Is it?  Yeah,
16   administrational fee, service charge or
17   whatever you call it.  Yeah.  That didn't
18   go to -- that didn't go to -- to tip
19   employee.
20        Q    That it did not go to the tipped
21   employee; right?
22        A    Yeah.
23        Q    So paragraph 33 is accurate.  It
24   says, quote, "Defendants did not
25   distribute any of the 3-percent charge to
```

```
 1                    R.  PETROSYANTS
 2   the foodservice staff."  That's true;
 3   right?
 4        A    Yeah, that's true.  I -- to my
 5   best knowledge.
 6        Q    All right.  And then paragraph
 7   31 says, "Defendants did not represent in
 8   all printed materials that the 3-percent
 9   charge was not a gratuity."  That's true
10   too; right?
11              MR. KATAEV:  Objection to form.
12              THE WITNESS:  The 3 percent was never
13         gratuity, yeah.
14   BY MR. NUSSBAUM:
15        Q    Right.  But they didn't say
16   anywhere that it was not a gratuity;
17   right?
18              MR. KATAEV:  Objection to form.
19              THE WITNESS:  No, I just -- I
20         answered that question already to you.  I
21         think there is somewhere it says.  I just
22         don't have -- I don't know if it does or
23         does not.  I still searching.
24   BY MR. NUSSBAUM:
25        Q    But, sir, listen carefully.  My
```

212-267-6868          www.veritext.com          516-608-2400

```
                                        Page 180
 1                     R. PETROSYANTS
 2   question is, is this paragraph 31
 3   accurate?  The paragraph says that they
 4   "did not represented in all the printed
 5   materials," and we just saw the contract
 6   does not say that it's not a gratuity;
 7   correct?
 8            MR. KATAEV:  Objection to form.
 9            THE WITNESS:  I don't know how's that
10       correct when it's obviously says gratuity
11       is 18 percent, service charge is 3
12       percent.  What is there needs to say?
13   BY MR. NUSSBAUM:
14       Q    I understand that that's what it
15   says, but besides for that, it does not
16   say anywhere that the 3-percent service
17   charge is not a gratuity and is not going
18   to the service staff; right?
19       A    Again, maybe some contract that
20   says that -- says that.  Josef, maybe.  I
21   don't know.  Maybe there's some contract
22   that we did, says that.  Maybe they didn't
23   say that.  I don't have that answer for
24   you now.
25            MR. NUSSBAUM:  Okay.  Give me a few
```

```
                                        Page 181
 1                    R.  PETROSYANTS
 2         minutes just to review my notes.
 3              Let's go off the record.
 4              MR. KATAEV:  Sure.
 5              THE WITNESS:  Taking a break?
 6              MR. NUSSBAUM:  My handwriting is --
 7              THE REPORTER:  -- we are off the
 8         record at 12:02 p.m.
 9              (Off the record.)
10              THE REPORTER:  Okay, we are back on
11         the record at 12:16 p.m.
12    BY MR. NUSSBAUM:
13         Q    Mr. Petrosyants, how many front-
14    of-house employees currently work at
15    Osteria La Baia?
16         A    Around 50, plus minus.
17         Q    And since the time you started
18    working there in 2023, how many have
19    worked there?
20         A    Around 35, 30.  I would say
21    35 --
22         Q    Thirty --
23         A    I don't -- I don't know.  Around
24    35, 50, something like that.
25         Q    You said right now there are 50;
```

                        R.  PETROSYANTS

 1
 2  right?
 3      A    Yeah, around 50, maybe 55.  And
 4  when I started working, about 35, 40 --
 5      Q    No, I'm asking you how many
 6  total different individuals have worked,
 7  as front-of-house employees, at Osteria La
 8  Baia since you started working?
 9      A    We still have a lot of people
10  that, from day one, still work for us,
11      Q    Okay, but it's more than 100;
12  right?
13      A    I can't recall that number.
14  Probably.
15      Q    All right.  Definitely more than
16  50?
17      A    Yeah.
18      Q    All right.  And all the people
19  listed in the records you produced, under
20  "front of house," are people who worked as
21  tipped employees; right?
22      A    Yeah, if we label them as --
23      Q    I'm sorry?  If you label them
24  as?
25      A    If we label them as front of

```
                                              Page 183
 1                        R. PETROSYANTS
 2     house, yeah, they tip employee.
 3              MR. NUSSBAUM:  Okay.  I have no
 4          further questions for this witness, but I
 5          just want to note for the record that we
 6          are keeping the 30(b)(6) portion of this
 7          deposition open as the record is clear
 8          that this witness was completely
 9          unprepared to answer many of the topics in
10          the --
11              THE WITNESS:  What do you mean?  I
12          answered all the questions --
13              MR. KATAEV:  -- no question.
14              MR. NUSSBAUM:  -- was completely
15          unprepared to answer questions that are
16          listed, under designated topics, in the
17          notice of 30(b)(6) deposition.  We will
18          meet and confer with counsel to work on
19          another witness and now agree, you know,
20          we reserve our rights.
21              MR. KATAEV:  Okay.  Thank you --
22              THE WITNESS:  Okay, I think I
23          answered all your questions, and there's
24          nothing to it.  Take care, boys, guys,
25          girls.  Bye.
```

R.  PETROSYANTS

1

2          THE  REPORTER:   Okay,  we  are  off  the
3     record  at  12:18  p.m.
4          (Off  the  record.)
5          THE  REPORTER:   We  are  back  on  the
6     record  at  12:18  p.m.
7          MR.  KATAEV:   Pursuant  to  Rule
8     30(e)(1),  defendants  respectfully  request
9     that  a  copy  of  the  transcript  be  provided
10    to  them.   Thank  you.
11         MR.  NUSSBAUM:   Oh,  and  on  that  topic,
12    to  Madam  Court  Reporter,  if  we  want  an
13    expedited  copy,  do  you  want  us  to  put  that
14    on  the  record,  or  can  we  talk  about  that
15    off  the  record?
16         THE  REPORTER:   I'll  note  it  on  the
17    record  right  now.   That's  what  you  would
18    like?   Expedited?
19         MR.  NUSSBAUM:   Yeah.   Yeah,  and  --
20         THE  REPORTER:   Okay.   Okay.   And  let
21    me  get  us  off,  and  then  I'll  get  all  the
22    specifics  from  you.
23         MR.  NUSSBAUM:   Thank  you.
24         THE  REPORTER:   Off  the  record  at
25    12:19.

Page 185

1                         R. PETROSYANTS

2              (Signature reserved.)

3              (Whereupon, at 10:19 p.m.

4              UZT/12:19 p.m. EST, the

5              proceeding was concluded.)

6

7         _____

              ROBERT PETROSYANTS

8

9      Subscribed and sworn to before me

10

11     this _____ day of _____, 2025.

12

13

14        _____

                  Notary Public

15

16

17

18

19

20

21

22

23

24

25

Page 186

1                CERTIFICATE OF DEPOSITION OFFICER

2              I, LAKEN URTEL, the officer before whom the

3    foregoing proceedings were taken, do hereby certify that

4    any witness(es) in the foregoing proceedings, prior to

5    testifying, were duly sworn; that the proceedings were

6    recorded by me and thereafter reduced to typewriting by a

7    qualified transcriptionist; that said digital audio

8    recording of said proceedings are a true and accurate

9    record to the best of my knowledge, skills, and ability;

10   that I am neither counsel for, related to, nor employed by

11   any of the parties to the action in which this was taken;

12   and, further, that I am not a relative or employee of any

13   counsel or attorney employed by the parties hereto, nor

14   financially or otherwise interested in the outcome of this

15   action.

16

17

18

19            *Laken Urtel*

              LAKEN URTEL

20            Notary Public in and for the

              State of New York

21   [X] Review of the transcript was requested.

22

23

24

25

CERTIFICATE OF TRANSCRIBER

1

2          I, LISA PARK, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14          *Lisa Park*

          LISA PARK

15

16

17

18

19

20

21

22

23

24

25

Page 188

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC

CASE NAME: Katherine Fernandez v. Bulldozer Hospitality Group,
Inc., D/B/A Osteria La Baia, Robert Petrosyants And Marianna
Shahmuradyan
DATE OF DEPOSITION: 11/18/2025
WITNESS' NAME: Robert Petrosyants

PAGE   LINE (S)        CHANGE                    REASON
____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

____|_____|_____|_____

_____
                              Robert Petrosyants

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ____ DAY OF _____, 20__.


_____            _____
(NOTARY PUBLIC)                 MY COMMISSION EXPIRES:

**[& - 35]**                                                    Page 1

| & |
|---|
| **&**   2:4 6:9 |

| **0** |
|---|
| **000004**   110:21 |
| **000232**   150:9 |
| **000233**   116:9 |
| **000285**   116:10 |
| **04490**   1:9 |

| **1** |
|---|
| **1**   3:8 4:4,10 |
| 18:11,12,17 |
| 52:15,19,23 |
| 53:12 73:20 |
| 124:15 149:18 |
| 150:7 174:2 |
| 184:8 |
| **10**   138:3,14 |
| **100**   36:9 58:6 |
| 92:3 146:11 |
| 167:12 171:12 |
| 182:11 |
| **10006**   2:6 |
| **10:02**   66:18 |
| **10:08**   66:21 |
| **10:19**   185:3 |
| **11**   81:18 |
| 173:23 |
| **11/18/2025** |
| 188:3 |
| **110**   3:9 |
| **11423**   2:16 |

| **116**   3:11 |
|---|
| **11:19**   148:25 |
| **11:30**   81:14,15 |
| **11:32**   149:4 |
| **12**   73:21 76:8 |
| 81:14,15 |
| **12.03.2024** |
| 166:6 |
| **12/3/2024**   3:17 |
| **122**   3:12 |
| **12:02**   181:8 |
| **12:16**   181:11 |
| **12:18**   184:3,6 |
| **12:19**   184:25 |
| 185:4 |
| **132**   3:13 |
| **139**   4:11 |
| **148**   4:6 |
| **15**   3:22 |
| **150**   3:15 |
| **150.23**   144:10 |
| 144:11 146:21 |
| **151**   4:12 |
| **16**   86:19 89:13 |
| **165**   3:17 |
| **173**   3:18 |
| **18**   1:18 3:8 |
| 5:11 54:19,21 |
| 162:25 163:14 |
| 163:19 164:13 |
| 166:19 167:11 |
| 180:11 |
| **18211**   2:15 |

| **2** |
|---|
| **2**   3:9,22 4:5,12 |
| 110:13,14,19 |
| **20**   54:19,21 |
| 188:22 |
| **200**   79:2 |
| **2021**   3:12 |
| 123:8 125:17 |
| 126:10 128:25 |
| 129:13,23 |
| 131:7,11,25 |
| 132:6,11 |
| **2022**   131:12,25 |
| 132:7 |
| **2023**   20:4 23:3 |
| 23:8,11 35:24 |
| 36:2 52:24 |
| 162:7,13 |
| 181:18 |
| **2024**   3:13 |
| 133:8 134:4 |
| 141:5 142:17 |
| 144:12 146:23 |
| 165:21 |
| **2025**   1:18 5:11 |
| 185:11 |
| **21**   154:17 |
| 164:9,10 |
| **212**   2:8 |
| **22**   92:21 |
| **23**   158:12 |
| **25**   1:9 174:11 |

| **26**   176:2 |
|---|
| **29**   176:23,25,25 |
| **29029**   187:14 |

| **3** |
|---|
| **3**   3:10 92:23 |
| 115:25 116:2,6 |
| 153:10,17 |
| 154:13,15 |
| 155:3,9,11,18 |
| 155:24 156:4,9 |
| 156:23 157:10 |
| 157:14 161:15 |
| 161:21 162:20 |
| 162:25 163:19 |
| 164:2,4,14 |
| 165:21 166:25 |
| 167:10 168:15 |
| 169:12 172:13 |
| 177:3,14,20 |
| 178:14,25 |
| 179:8,12 |
| 180:11,16 |
| **30**   1:15 6:16 |
| 130:15 141:11 |
| 148:9 181:20 |
| 183:6,17 184:8 |
| **31**   179:7 180:2 |
| **320**   2:5 |
| **33**   178:23 |
| **33901**   186:19 |
| **35**   181:20,21,24 |
| 182:4 |

[4 - agreement]                                                          Page 2

| 4 | 8 |
|---|---|
| **4**  3:12 53:22 54:3 122:19,20 123:4,8<br>**40**  79:2 182:4<br>**412-2421**  2:18<br>**45**  2:5 | **8**  3:18 82:13 173:15,16,19<br>**87**  144:6 146:21 |

| **5** | **9** |
|---|---|
| **5**  3:13 132:21 132:22 133:4,8 139:17 142:4<br>**50**  48:23 181:16,24,25 182:3,16<br>**53**  116:6<br>**55**  182:3 | **92**  4:4<br>**97.29**  129:13,14<br>**97.29.**  129:17<br>**9:14**  1:19 5:6 |

| **6** | **a** |
|---|---|
| **6**  1:15 3:14 6:16 130:15 141:11 148:9 150:3,4,8 183:6,17<br>**670**  142:24<br>**688-5640**  2:8 | **a.m.**  1:19 5:6 66:21 81:15 149:4<br>**ability**  12:9 186:9 187:6<br>**able**  10:13 12:13 23:14 74:8 77:11 78:18 82:24 86:25 88:3 89:14 97:2,4,6 104:10 109:18 110:5 118:4 123:10,18 126:3,16 130:3 130:5,10,21 131:3 133:13 133:16 139:15 139:24 171:19 172:22 |

| **7** | |
|---|---|
| **7**  3:3,16 165:9 165:10,15<br>**718**  2:18<br>**7753532**  1:23<br>**7:14**  1:19 | |

**above**  70:19
**absent**  5:16
**access**  51:11,24 52:3,3 60:9,16
**accommodate**  12:3
**accordance**  45:13,18 130:14
**accountant**  59:6,9,11,22
**accounting**  59:14 60:2
**accurate**  146:10 178:23 180:3 186:8 187:5
**accurately**  146:19
**acknowledge...**  5:13
**action**  3:9 31:15,16 32:21 118:2 141:15 186:11,15 187:8,11
**actual**  72:5 136:18
**actually**  46:8 49:25 155:9 165:17 172:22
**added**  123:8 133:8

**addition**  117:18 177:4 177:15
**additionally**  5:16
**address**  8:9 88:22
**addressing**  97:13
**adjustments**  165:3
**administer**  5:13
**administration**  163:2,20
**administratio...**  154:21 178:16
**adrian**  61:4,11 61:14,16
**advice**  46:24 47:12,17,25 48:9
**affect**  32:5
**affected**  114:9 114:14 122:11
**afternoon**  7:14
**ago**  9:16 16:10 58:15 59:22
**agree**  5:14,19 183:19
**agreed**  169:21 170:4,13
**agreement**  152:12,17

[ahead - attention]                                    Page 3

| | | | |
|---|---|---|---|
| **ahead**  27:4 | 41:19 45:8,20 | **answering** | 156:8,15 157:5 |
| 32:15 159:14 | 47:21 49:2 | 10:19 35:9 | 171:19 172:4 |
| 161:14 | 51:4 53:23 | 59:17 85:8 | **asking**  9:9 10:5 |
| **al**  5:10 | 54:4 57:3 | **answers**  90:16 | 11:17,19,21 |
| **alcohol**  78:2 | 63:19 71:8 | **anybody**  102:2 | 15:12 30:3 |
| **alivia**  2:21 6:13 | 74:8 76:12 | 102:19 136:25 | 63:24 79:14,15 |
| **allocated**  172:3 | 79:23 80:6 | 144:19 164:12 | 85:3,4 107:13 |
| **alter**  109:18,22 | 86:13,17 87:19 | **anyways** | 117:19 119:25 |
| **amazing** | 87:22 88:3 | 166:24 | 119:25 123:17 |
| 135:24 | 90:13 91:19 | **appears**  73:25 | 124:5 126:16 |
| **amended**  3:18 | 94:16 95:8 | 76:10 82:23 | 126:17 127:16 |
| 173:21 174:6 | 97:2,4,6 | 92:21 93:2 | 127:17,24 |
| **amount**  54:17 | 106:14 110:7 | 96:25 108:2 | 135:17,18,19 |
| 88:10 124:2,3 | 114:23,24 | 110:6 | 140:15,20 |
| 124:12 128:23 | 115:3 118:12 | **applicable**  5:23 | 143:5,7 161:13 |
| 134:18 138:10 | 119:3 120:21 | **applies**  83:23 | 170:2 182:5 |
| 138:22 141:3 | 122:25 123:23 | **apply**  119:8 | **aspects**  20:25 |
| 148:13,17 | 126:12,22 | **appropriate** | 26:23 27:9,13 |
| 157:14 164:8 | 132:12,12 | 42:3 | 33:8 72:6 93:4 |
| **amounts**  4:5 | 133:13 135:10 | **ardak**  144:7 | **assigned**  5:4 |
| 88:21 133:20 | 135:13 139:20 | **area**  33:17 34:5 | 99:16 160:12 |
| 134:7 136:3 | 144:16,23 | **arises**  98:6 | **assume**  11:6 |
| 142:13 143:11 | 145:20 147:4 | **aside**  163:21,24 | 77:23 127:16 |
| 143:25 147:15 | 147:10 160:2 | **asked**  11:4 | **assumed** |
| **anna**  137:21 | 161:18,20 | 22:16 27:2 | 107:18 |
| **answer**  3:20 | 168:21 173:11 | 44:12 49:21 | **assuming**  9:23 |
| 9:2 11:6,19 | 174:18,19,21 | 77:10 78:17 | 113:7,20 |
| 12:4 14:12,14 | 176:10 178:8,9 | 86:20 89:13 | 127:14 144:14 |
| 15:3 17:10,11 | 180:23 183:9 | 92:24 96:19 | 146:15 |
| 27:6,7 30:7,21 | 183:15 | 98:15 107:22 | **attend**  67:14 |
| 34:25 35:16,22 | **answered**  8:25 | 109:5 117:21 | **attendance**  6:6 |
| 37:19,22 38:3 | 63:16 121:13 | 120:15 126:24 | **attends**  67:24 |
| 38:12,14,21 | 163:8 179:20 | 130:2 132:9 | **attention**  31:9 |
| 39:5,18,20 | 183:12,23 | 140:5 141:11 | |

**[attorney - best]**                                                                                        Page 4

| | | | |
|---|---|---|---|
| **attorney** 13:17 | 144:8 148:9 | 102:10 106:11 | **basis** 90:21 |
| 13:24 58:19 | 183:6,17 188:2 | 107:8 108:12 | 103:2 |
| 62:16 134:10 | **back** 23:20 | 109:10 111:11 | **bates** 165:18 |
| 145:21,23,24 | 30:16,24 66:20 | 112:3 113:16 | 166:5 |
| 146:2 151:24 | 108:14 115:9 | 116:13 117:11 | **bathroom** |
| 157:6 186:13 | 125:8 126:11 | 121:10 123:16 | 66:12 |
| 187:9 | 127:2,8 137:22 | 124:8 128:8 | **bear** 157:25 |
| **attorneys** 13:22 | 138:9 140:4 | 129:2,15 | **beautiful** 22:4 |
| 14:4 16:21 | 149:3 166:14 | 131:11 132:6 | 56:2 |
| 123:6 133:6 | 166:15 181:10 | 134:25 142:17 | **beginning** |
| 134:3 152:16 | 184:5 | 142:19 143:16 | 173:24 |
| 166:3 | **baia** 1:10,17 | 148:18 152:19 | **behalf** 1:4 2:2 |
| **audible** 91:17 | 2:11 3:11 | 154:7,8 157:13 | 2:10 16:13,13 |
| **audio** 186:7 | 17:24 18:5 | 158:4,11,19 | 17:7,16 124:7 |
| 187:3 | 19:18 21:19 | 159:22 162:19 | 145:13,24 |
| **authority** 23:22 | 22:23 23:8,11 | 165:19 172:2 | **believe** 50:25 |
| 97:16,19 98:2 | 34:21 35:12 | 173:6 175:3 | 84:4 116:20,25 |
| 102:6 113:10 | 38:16,24 39:7 | 178:13 181:15 | 117:3,16 |
| 113:22 | 39:10,13 42:16 | 182:8 188:2 | 118:16 125:3 |
| **authorized** | 42:20 43:16 | **baia's** 47:11 | 157:17 |
| 5:12 150:20 | 45:11,16 46:8 | 73:24 76:10 | **best** 17:6,12 |
| 151:16 | 46:17,23 47:6 | 81:10 171:20 | 21:18 25:24 |
| **automatically** | 47:16,24 48:8 | **balancing** 60:3 | 29:18 32:25 |
| 95:14 | 54:24 58:25 | **bar** 78:10 | 33:3,5,5 43:19 |
| **available** 83:3 | 62:21,25 63:20 | **barback** | 67:22 68:14 |
| **avenue** 2:15 | 65:14 66:24 | 129:12 | 69:11,21 70:4 |
| **aware** 48:14 | 69:7 70:12 | **barlan** 144:7 | 72:22 75:19 |
| 49:4 | 76:14 78:19 | 144:11 146:21 | 85:6,9,11,19,20 |
| | 81:19,23 82:3 | **bartenders** | 86:11 90:12 |
| **b** | 84:17 85:16 | 69:14,15,17 | 92:8 104:2 |
| **b** 1:10,15,16 | 86:2,8 87:7,15 | 77:23 78:2,21 | 126:9 142:2 |
| 2:11 3:5 6:16 | 90:11,19 91:4 | 84:9 | 143:4 156:16 |
| 35:6,8,13,15 | 91:8 92:15 | **based** 141:6 | 163:18 167:5 |
| 130:15 141:11 | 100:24 101:16 | 142:18 | 175:7 179:5 |

**[best - chair]** Page 5

186:9 187:5
**better** 31:17,19
31:23 151:10
**beverage** 177:4
177:15
**bigger** 83:17
151:10
**bit** 151:9
**black** 15:11
**blacked** 151:2
151:11
**blackout** 151:7
**blanche** 37:16
38:8
**blue** 173:25
**board** 22:22
**boh** 125:6,7
126:25
**bold** 18:19
**book** 159:9
**books** 60:3,6
175:4
**boss** 62:20,24
63:4,7,9,11,14
63:20,25 64:6
64:9,10,11,17
64:18,21,21
65:2,2,9,11,12
65:18
**bottom** 110:20
111:18 116:7,8
150:9,21
151:11 165:16
165:18

**boys** 183:24
**break** 11:25
12:5 62:5,11
62:14,17 66:10
66:16 148:20
181:5
**breakdown**
84:4
**bright** 36:10
**bringing** 74:25
75:6 76:25
**bro** 161:10
**broad** 135:10
**broadway** 2:5
**brother** 57:5
58:8
**bulldozer** 1:9
1:16 2:10 5:9
7:17 17:20
18:5 124:20
127:21 145:13
145:15 150:16
188:2
**bunch** 134:6
135:12 136:4
167:15 169:9
**bus** 75:23
**business** 20:13
20:24,25 33:6
33:8 143:17
**busing** 76:3
**bussers** 69:8,9
72:8 75:22
76:13,16 78:21

83:14,17 84:6
84:8 99:16
106:10 161:3
**bussing** 76:20
**bye** 183:25

**c**

**c** 2:1 4:8 125:5
126:24
**call** 51:22 88:2
92:10 97:5
130:9 148:4
154:5,9 178:17
**called** 7:4 17:24
63:7 110:4
**calling** 63:8,10
148:9
**calls** 65:9
**camera's**
130:24
**capable** 74:2
**capacity** 55:22
**captain** 73:7,8
73:12 93:20,20
94:7,8 98:21
99:2,5 102:16
102:17 105:19
106:4 112:16
112:17,20
113:13
**captain's** 74:3
104:16
**captains**
105:24

**caption** 18:19
**care** 80:20
183:24
**carefully**
179:25
**carte** 37:15
38:7
**case** 16:14,23
17:20 18:19,25
44:9 48:21
76:19 123:6
127:24 133:6
135:5 169:20
169:25 170:19
173:22 174:2,6
188:2
**cause** 25:15
112:16,22
**certain** 27:21
27:21 28:18
40:8 50:23
64:15 93:3
95:14,23 97:14
161:2
**certificate** 3:14
150:13,19
186:1 187:1
**certified** 5:19
**certify** 186:3
187:2
**cetera** 124:17
174:2,2
**chair** 11:16

**[change - contract]**

change   35:19
   136:20 137:6
   168:5 188:5
changed   34:16
   34:21,24 35:5
   35:11,17
   136:22 164:22
changes   28:19
   34:23
changing   36:13
charge   24:20
   25:2 55:11
   153:11,12,17
   154:13 156:10
   156:24 162:21
   164:9 166:21
   166:25 167:3
   167:11 168:15
   168:17 169:5
   170:9 172:13
   172:17 177:3
   177:14,20
   178:3,5,6,14,16
   178:25 179:9
   180:11,17
charged   164:8
   177:2,13,19
   178:14
charges   153:10
   153:16 154:18
   157:15 171:3
   172:4 177:4,15
check   54:17

checks   97:20
chef   60:25 61:3
   61:6 67:11
   71:25 108:13
   108:14
chose   138:25
claims   152:10
class   4:11
   86:23 89:16
   139:3,8
clear   18:6
   71:12 72:8
   77:10 87:6
   135:16 137:8
   183:7
client   13:17
clock   95:24
   96:2 109:10
clocked   109:14
   109:15
close   31:9
   81:18 164:17
closes   170:19
closing   25:23
column   124:4
   125:5 126:24
   127:6,10,11,14
   128:4,5,14
   129:4,17,18
   136:8,13,13
   144:8 146:20
   146:21 147:13
   147:20

come   22:11
   29:20 40:22
   61:24 98:4
   137:12
comes   84:10
   88:25
coming   81:7
   166:14,15
commission
   188:25
common   171:5
communication
   13:17
communicati...
   169:4 172:6,7
comp   97:20
company   22:13
   92:14 93:6
   124:17,19
   143:17,23
   153:20 162:8
   167:20 171:14
compensation
   45:12,17 82:17
   107:25 120:18
complained
   88:13
complaint   3:18
   173:21 174:6
   174:11
completely
   183:8,14
concerning
   36:4 82:17,21

   96:22,23
   120:18
concluded
   185:5
concrete   160:2
   178:8
confer   74:9,15
   74:18 83:4
   87:3 88:5 90:2
   93:7 97:7
   108:7 110:8
   118:7 130:18
   148:21 183:18
confirm   129:22
consider   63:24
   64:5,17 65:10
   65:12,17 68:11
consistency
   26:2 29:18,23
   29:24 30:2,5,9
   31:14 32:6
   67:22 68:7
consistent   31:2
consistently
   68:14
constitute   6:3
cont'd   4:1
continue
   161:13
continuing
   175:25
contract   153:6
   154:17 163:25
   164:15,21,25

**[contract - days]**

165:2,4 167:2
168:13 170:10
180:5,19,21
**contractor**
55:13,15 56:4
158:22 160:25
**contracts**
153:10,15
163:13 164:19
168:16,16
172:16
**control** 52:5
**conversation**
139:12
**conversations**
80:22
**cooney** 2:21
6:14
**copies** 51:6
**copy** 18:24
50:25 173:20
184:9,13
**corporate** 1:15
6:16 16:14,18
16:22 17:8,16
17:19 18:7
**corporation**
17:23 145:12
**correct** 17:17
17:21 18:7
26:24 27:10,14
28:6,12,23
29:4 38:4,13
47:13 48:2,10

59:24 63:21
64:19 66:6
68:24 70:3
71:14 83:24
84:23 88:10
90:11 93:16
99:10 102:21
103:5 116:18
119:22 120:10
121:19 122:7
126:20 127:4,9
129:2,8,15
132:7 133:21
133:23 134:8
135:6 136:6
140:16,18
141:20 142:17
144:12,14,15
146:4 149:15
162:14 174:16
180:7,10
**corrective** 3:9
**correctly** 31:25
62:18 83:13
86:14 178:9
**counsel** 18:25
183:18 186:10
186:13 187:6,9
**counselor** 48:5
130:2
**couple** 102:25
**course** 35:3
102:5 143:17

**court** 1:1 10:6
10:8,13,18,25
11:21 149:14
184:12
**covered** 152:11
**create** 82:25
**created** 125:24
136:19
**credit** 39:11
42:17,21,25
43:4 70:2,10
70:24 141:5
148:14 176:6,8
176:16,21
**current** 152:15
**currently** 8:5,7
181:14
**customer** 31:3
31:21 66:25
74:23 78:8
97:12,20
156:11 162:23
164:9 167:7,10
167:13
**customers**
33:15,18,23
34:6 42:5
54:10,13,17
72:7 75:11
78:23,23 81:7
153:6,10,17
162:20 163:7,9
164:2,20
168:14 169:2,5

169:12 172:6
172:12 177:19
178:5,13
**cut** 95:4,11,16
115:18,21,22
**cute** 15:12
**cutting** 74:16
**cv** 1:9

**d**

**d** 1:10,16 2:11
3:1 4:1,2,8,8
127:6,10 144:7
188:2
**data** 60:7
148:16
**date** 1:18
136:17 165:21
188:3
**dates** 125:15
133:25 134:11
**day** 25:15,15
25:17,17,19,20
36:21 78:14,14
81:11 90:22,22
90:24 93:13
94:5,9,10
98:23 118:22
182:10 185:11
188:22
**days** 61:25
81:17 91:7
93:10,12,13,19
93:23 94:14,17

94:21 95:4
97:10 98:11
99:25 100:5
170:19
**deal** 177:24
**dealing** 149:17
**december**
165:21
**decide** 45:3
95:25 160:25
**decided** 92:17
100:9
**decides** 78:20
99:20 100:3
160:17,21
**decision** 42:23
43:5,9,11,14
70:5,8,23 71:5
71:7 79:3,16
81:22 82:24
93:5 95:20
103:10
**decisions** 27:21
64:14,15,16
95:17
**decor** 160:10
**defendant** 6:15
6:17 7:18 13:2
14:8 15:20
16:14,18,23
17:8,17,19
48:21 86:22
89:15 108:2
118:2 141:14

172:19 177:13
**defendant's**
82:16 92:25
96:20 117:20
120:17 141:10
**defendants**
1:13 2:10 6:13
16:4 130:4
135:4 138:24
145:8,10 148:7
148:8 151:24
170:2,4 172:5
172:15 176:3,7
176:15,19,24
177:2,18
178:24 179:7
184:8
**definitely** 91:25
126:8 182:15
**definitively**
89:18 108:3
118:4
**defs** 110:21
116:8,9 150:9
**department**
125:5 126:25
133:18 135:22
136:2 143:24
**dependent**
30:16
**depends** 133:15
**deposed** 8:13
8:16 9:13,19
9:22

**deposition** 1:15
3:8 5:7,25 10:2
10:9 13:19
14:5,9,16,18,21
15:7,15,18
16:18,22 18:4
18:20,24 19:12
50:18 82:14
83:6 88:7
96:18 130:19
137:7 141:11
183:7,17 186:1
188:3
**depositions**
13:11
**description** 3:6
4:3,9 106:4
**descriptions**
4:4 91:9,16,22
91:23 92:7,11
**deserve** 46:7
**designated**
19:12 117:23
183:16
**details** 174:9
**difference**
116:22
**differences**
117:4
**different** 35:23
36:2,6,8 41:18
61:25 73:3,5
73:18 83:14
85:25 99:16

115:21 162:15
168:7 177:24
182:6
**differently**
119:9 122:12
157:22
**dig** 159:9
**digital** 186:7
187:3
**dine** 54:13
**dining** 33:14,18
**dinner** 81:11
**direct** 126:21
132:9 135:7
141:23,25
147:10 160:2
**directly** 57:25
**director** 19:22
19:24 20:8,9
20:12 21:24
22:12,15,18
23:13,22 26:18
26:21 27:8,12
28:16,22 29:3
36:15,22 37:2
37:6 40:11
61:9 63:13
65:16 68:24
101:25
**dirty** 35:20
36:11,12 78:5
**discipline** 98:5
100:23 101:2
101:25

disciplined
101:8,15
discovery
118:2 137:8
141:15 169:25
170:18,24
171:8
discuss 29:11
29:14 30:9,11
66:16
discussed 13:11
80:12
discussing
30:10 167:9
discussion
80:17
dish 78:5
displayed
91:16,22,23
distribute
178:25
distributed
172:3
district 1:1,2
dizzy 11:15
document
18:10,16,18
19:4 49:9 87:7
87:14 110:11
110:18,20,25
111:7 113:8,19
115:24 116:5,7
118:5 122:18
123:3,11,14,21

132:19 133:3,5
133:11,14,17
136:24 137:20
142:5,8 144:10
144:13,14,15
144:25 145:21
146:3 150:2,7
152:7 165:8,14
165:16 173:14
173:18,23
documenting
112:11
documents
15:6,9,13,14,24
16:4,9 48:14
48:18 49:6,22
50:4 84:16
86:8,22 89:15
117:25 130:3,6
135:3 137:18
141:14 167:15
170:6 172:15
doing 26:8 34:5
34:12 40:20
97:17 122:23
134:21,23
160:14
dollar 88:20
134:17
dollars 53:16
70:14
dot 171:22,22
171:22

drink 69:17
drinks 77:15,24
78:2
driver's 8:10
drunk 97:23
98:4
due 137:3
duly 7:5 186:5
duties 20:8
26:8 31:25
32:18 34:16,20
35:11 36:23
37:3,5 73:12
73:23 74:3,22
76:9,13,23
78:14,18 92:4
107:20,24
160:6

**e**

e 2:1,1 3:1,5 4:1
4:2,2,2,8,8,8,8
127:11,14
128:4 184:8
earlier 8:10
13:11 32:23
73:21 138:20
early 95:5
101:3
earn 120:10
121:11
earned 53:11
115:6

earning 128:16
earnings 52:14
52:19,23 53:12
133:20 136:2
142:13 143:11
143:25
easy 157:19
educates 72:2
eighteen
154:19
either 56:8,23
128:11
emanuel 2:13
2:17 6:11
146:6
employed
107:25 158:20
186:10,13
187:7,9
employee 3:10
43:3 66:5 84:3
87:8,15 88:9
91:25 93:18
97:22 99:6,9
100:24 111:12
115:13 116:12
119:10,11
120:5 121:20
122:12 127:7
128:6,7 129:8
136:7 138:13
142:12,23,25
143:25 144:5
144:19 158:16

158:18 162:23
162:24 163:9
175:2,14
178:19,21
183:2 186:12
187:9
**employees** 4:6
21:8,12,16
23:15,18 30:17
30:25 39:14,15
40:10,13 42:16
42:20 43:17
44:3 45:25
46:20,25 47:13
47:17 48:2,9
49:14 60:12,17
70:18 78:19
80:13 82:18
83:10 84:8,16
84:21 85:14,25
86:7 87:9,17
88:13,19,23
90:7,9 91:10
92:6 98:6
102:9 106:17
106:21 107:2,7
109:9 115:10
116:16,23
117:4,11
118:15 119:8
120:12,19
121:9,14
123:16,20,24
125:9 127:3,3

127:4,12
128:11,12,17
128:25 138:23
140:8,10 141:4
142:16,18
148:14,18
160:18 162:22
163:5 164:7
171:10 175:5
176:20 178:7
181:14 182:7
182:21
**employer**
158:18
**employment**
86:21 89:14
**empty** 130:25
**engage** 92:17
93:6
**english** 11:10
**ensure** 21:16
32:24 40:12
45:11,16 46:18
49:8
**ensuring** 21:8
30:12,23
**entitled** 135:2
176:3
**entity** 18:7
**entry** 129:10
**equal** 85:10
**equally** 83:23
**errata** 188:1

**es** 186:4
**esquire** 2:3,13
**essentially**
93:24
**est** 1:19 185:4
**establish**
155:24 156:4
**et** 5:10 124:17
174:2,2
**evening** 7:14
**event** 3:16
153:21,23
155:14 158:3
160:5,13 162:9
162:22 165:20
165:21 166:6
171:22 172:6
177:2,13
**events** 152:20
152:23 153:2,7
153:16,21
154:10,11,12
155:15 158:17
160:8,15,19
161:2,16,22
164:20 169:20
170:3,12
177:19 178:13
**evidence** 47:4,6
47:11,15
163:11 169:3
**evidentiary**
5:24

**exact** 90:10
**exactly** 21:5
25:19 33:3,11
64:9 65:3
77:25 80:5
128:13 135:24
140:2,13,25
147:16,18
175:24
**examination**
3:2 7:11
**examined** 7:7
**example** 29:17
79:3 80:16
**excel** 3:12,13
123:12 136:20
136:21,21
137:11 138:17
140:7,21,21
142:6 143:9
144:18
**excess** 52:14,19
52:23
**exhausted**
148:3
**exhibit** 3:8,9,10
3:12,13,14,16
3:18 18:11,12
18:17 73:20
110:13,14,19
115:25 116:2,6
122:19,20
123:4,8 125:21
132:21,22

**[exhibit - form]**                                                Page 11

| | | | |
|---|---|---|---|
| 133:4,8,9 | fee 154:22 | find 41:4 157:7 | floors 36:11 |
| 139:17 142:4 | 155:2 163:18 | 169:10,15 | flow 78:23 |
| 150:3,4,8 | 163:20 164:2 | 170:23 | fluently 11:11 |
| 165:8,10,15 | 178:16 | finish 11:18 | focus 128:16 |
| 173:15,16,19 | felt 22:14 | 62:7 99:8 | focused 34:8 |
| expect 97:24 | fernandez 1:4 | 145:10 | focusing |
| expedited | 2:2 5:9 111:15 | finished 32:16 | 168:12 |
| 184:13,18 | 173:22 175:10 | finishing | foh 125:7,8 |
| experience | 175:14 176:8 | 170:20 | 126:25 |
| 103:23 104:4 | 176:15 188:2 | fire 23:14 105:4 | folding 76:24 |
| 105:11,14,15 | fifteen 70:13 | fired 24:16 | follow 46:9,9 |
| experienced | fifty 53:16,16 | 28:9 103:11 | 92:12 148:22 |
| 134:10 | figure 167:17 | 146:3 | 152:2 171:5 |
| expires 188:25 | file 46:9 50:9 | firing 41:22 | 172:25 |
| explain 25:21 | 50:24 123:7 | firm 168:4 | follows 7:7 |
| 35:7 104:5 | 125:16,23 | first 7:4 12:4 | 46:12,21 |
| explanations | 126:4,9 127:23 | 17:5 18:18 | food 20:17 |
| 92:2 | 128:2 133:6 | 19:7 81:19 | 25:25 29:21 |
| extent 86:24 | 134:2,6 137:6 | 110:20 116:7 | 30:11 33:5 |
| 139:5 148:8 | 137:7 166:4,7 | 127:13,15 | 72:2 77:15 |
| **f** | filed 173:4,8,22 | 128:5 129:10 | 160:9 177:4,15 |
| f 4:2 127:11,14 | files 50:10 59:7 | 133:19 135:25 | foodservice |
| 128:5 | 126:4 | 143:24 144:4,6 | 42:9,12,16,20 |
| fact 28:10 | filing 59:23 | 152:25 165:16 | 43:17 174:13 |
| facts 129:16 | 173:25 | 165:19 173:24 | 176:4,20 179:2 |
| familiar 9:23 | final 59:8 | five 8:18,23 | footnote 149:13 |
| 19:17,20 | finalize 161:5 | 13:7 18:17 | foregoing |
| 133:10 | finances 52:9 | 66:10 93:12 | 186:3,4 187:4 |
| far 11:13 | financial 52:5 | 148:19 | forks 76:25 |
| 113:21 | financially | fix 109:19 | form 14:11 |
| federal 45:13 | 186:14 187:10 | floor 33:15,21 | 17:9 23:24 |
| 45:18,24 46:3 | financials | 33:23,25 34:3 | 25:10 26:10,25 |
| | 52:11 | 35:20 72:7 | 29:5 30:20 |
| | | 98:25 99:10,13 | 31:5 33:10 |

34:13 38:18
39:2,17 41:15
45:19 47:18
53:8,14,24
56:10,20 58:10
59:2,16 60:22
61:21 62:2
63:2,15 64:2,7
64:22 65:15
66:7 67:4,10
68:20 71:2
79:20 80:9
81:25 83:19
84:12 85:17
86:10 87:10,18
89:5,19 94:2
94:23 95:6
96:7 98:12,20
101:23 103:6
103:21 104:21
105:9 111:10
112:4,15
114:17 115:11
116:19 117:5
119:12,17
121:12,24
122:14 126:6
131:16 132:8
139:19 143:18
145:2,18
153:25 162:17
167:25 168:19
174:17 175:12
176:9 177:8

179:11,18
180:8
**format** 88:24
90:5
**former** 152:16
**formula** 178:3
**forth** 116:17
**found** 171:15
**four** 8:23
**free** 70:17
**frequent** 64:13
**frequently** 26:5
**friend** 28:21
**friends** 170:17
**front** 23:19
30:17,25 53:4
54:6 68:2,17
68:23 69:5,7
69:18 70:9
71:10,12,15,19
71:20,24 78:25
80:13 84:2,15
84:20 85:14,24
86:7,15,18
102:9 106:17
107:19,20
108:19 116:15
117:10,14
118:15 119:7,9
119:10 120:2
120:14 121:9
121:25 122:11
125:8 127:3,8
128:17 129:11

132:15 134:22
135:14 136:7
141:7 143:3
144:4 155:8
163:17 174:24
181:13 182:7
182:20,25
**frozen** 149:11
**full** 7:21 55:22
119:16,22,24
121:10,19
135:9 174:15
175:10,14
**fully** 76:12 88:4
**function**
117:25 141:13
141:18
**functions** 22:22
93:25
**further** 183:4
186:12 187:8

**g**

**gathering**
48:18
**general** 55:13
55:14 56:4
178:12
**generally**
117:21 135:18
**gestures** 10:14
**getting** 175:16
**girls** 183:25

**give** 10:9 20:14
38:7 48:25
68:3 71:8
80:16 87:7,9
87:15,16 101:4
105:8 118:24
135:10 138:25
176:6,7,15,19
178:6 180:25
**given** 13:9,14
43:16 100:13
118:14 157:10
**giving** 48:18
139:2
**glasses** 76:25
78:5
**go** 8:3 9:24
10:2 27:4
32:15 61:24
69:16 76:4
115:9,9 137:22
138:8,9 140:4
144:4,5 159:14
161:14 178:18
178:18,20
181:3
**goes** 116:9
128:17 129:18
162:25 163:2
164:13,14
166:19,21
167:10,11
**going** 10:4 11:6
11:17 18:10

**[going - hospitality]**                                                   Page 13

36:9 43:18
65:5 66:15
74:6 88:2
90:17 93:5
96:2,17 99:21
104:8 105:21
110:12 115:25
120:23 122:17
122:18 128:16
132:19,20
139:6 144:4,5
148:4,15
162:21 164:3
165:8,24
168:18 169:9
169:13 170:20
171:10 172:20
173:13,14
180:17
**good**   5:2 6:8,11
7:13,14 30:14
33:4 149:16
**google**   76:15
**gratuities**
82:21,22
**gratuity**   154:19
162:25 163:14
163:19 164:11
164:14 166:19
167:12 169:13
179:9,13,16
180:6,10,17
**great**   128:15

**gross**   52:14
53:12
**ground**   9:24
**group**   1:9,16
2:10 5:10 7:18
17:20 124:20
150:17 188:2
**guess**   7:14
**guessing**
112:24
**gutierrez**
129:12
**guy**   99:12
105:2,17,21
**guys**   154:5
183:24

**h**

**h**   3:5
**half**   94:10
**hand**   6:22
10:14
**handbook**   3:10
91:24 116:13
116:18 117:12
118:9,14,22,24
**handwriting**
181:6
**happen**   98:10
103:15
**happened**   24:8
24:10 101:22
113:16 131:11
131:24 132:6

**happens**   95:10
96:10,15 132:2
**happy**   44:25
121:7 125:2
161:13
**hard**   50:24,24
51:6 53:23
**head**   60:24
61:3,6
**header**   125:5
**headers**   124:16
**headings**
135:19,20
**hear**   38:21 80:6
91:18 94:16
106:13
**heard**   7:16
44:17
**hearing**   6:19
**held**   62:19
**help**   49:12
156:3 159:7
**helpful**   131:9
**hereto**   186:13
187:10
**hide**   159:8
**higher**   84:4
115:22
**highest**   66:5
93:17 99:5,9
**highlighting**
89:12
**hire**   23:14 41:6
104:7,20 105:2

107:18 162:9
**hired**   21:23
23:4 24:15,16
28:9 36:25
41:8 55:14
58:18,24 59:10
61:11,14 84:17
86:9 103:11
146:5 158:15
**hires**   118:24
**hiring**   22:9
41:22 104:2
105:16
**hold**   89:22
146:17
**holder**   150:19
**home**   95:5
97:24 101:3
**honest**   132:12
132:12
**honestly**   159:5
**hope**   38:19
84:19,25 85:3
87:23 170:14
170:15,16
**hoping**   46:13
46:14
**hospitality**   1:9
1:16 2:10 5:10
7:17 17:20
124:20 145:14
145:15 150:17
188:2

**hour** 70:14 138:14 144:2 147:15 173:5,9
**hourly** 70:18 124:12 128:11 136:11 143:12 144:2 147:19
**hours** 4:5 81:13 123:21,24 124:12 128:18 128:24 129:5,7 129:13,14 133:20 134:7 136:2,4 138:22 140:11 141:4 142:13 143:10 143:11,25 144:12 146:22 148:13,17 161:6 174:12
**house** 23:20,20 30:16,17,24,25 39:25 40:4 59:8,14 68:2 68:17,23 69:5 69:7,18 70:9 71:10,13,15,20 71:20,24 78:25 80:13 84:15,21 85:14,24 86:7 102:9 106:17 107:19,20 108:15,20 116:15 117:11

117:14 118:15 119:8,9,10 120:2 121:9,25 122:12 125:8,8 126:12 127:2,3 127:8,9 128:17 129:11 136:7 143:12 144:5 181:14 182:7 182:20 183:2
**hov** 159:18
**how's** 72:23,23 180:9
**hr** 162:8 167:20
**huh** 35:25 37:23 57:13 60:18 165:12 176:11
**human** 171:4
**hundred** 78:24

**i**

**idea** 44:7 119:2 152:5 157:12 176:22
**identification** 18:13 110:15 116:3 122:21 132:23 150:5 165:11 173:17
**identify** 6:6
**identifying** 88:21

**identities** 150:21
**identity** 145:25
**illegal** 39:14,20 39:21
**illegally** 115:7
**impair** 12:9,17
**impaired** 12:20
**important** 9:25 10:9 75:10 154:15
**included** 39:15
**including** 82:19 171:24 172:7
**independent** 158:21 160:24
**indirectly** 58:2
**individual** 126:18
**individuals** 73:24 182:6
**information** 88:21 120:14 123:13,19 126:8,17 127:25 129:22 131:6,7 132:15 133:17 134:14 134:19,24 135:8,9,11,12 135:14,17 137:23 142:8 143:3 146:9,16 146:18 147:2

147:13 152:14 155:8,17 158:9 163:17 164:18 169:19 170:12 173:25 174:24 175:18,24 177:17 178:10
**informed** 163:7 169:3 172:12
**informing** 28:20,22 29:3
**informs** 28:18
**inherit** 167:19 167:22
**inherited** 161:25
**initially** 117:7
**input** 104:18 105:8
**instruct** 15:2
**instructed** 3:20
**instructions** 68:4,9,15
**insurance** 3:15 150:13 152:9 152:11,17
**insured** 150:16
**intended** 5:22
**interchangea...** 71:18
**interested** 186:14 187:11
**interrupt** 47:9 85:7

**interview** 22:5
22:8 102:18,24
103:9,14,18,20
104:23 105:8
105:17
**interviewed**
102:13
**interviewing**
102:9
**interviews**
102:16,21
103:5
**invoice** 159:24
159:24
**involved** 23:17
**issue** 49:13
97:11 98:6
109:13
**issues** 60:3
98:10 109:19
**iterations**
164:24

**j**

**j** 129:4,17
146:20
**jamaica** 2:15
2:16
**janos** 25:6,8
26:11 27:25
28:5 29:9 30:6
30:8 41:6,21
41:25 42:11
44:11,14,18,20

49:20,21 50:2
51:18 67:9,12
71:23 72:14
79:5,8,10,13
80:14 82:3
93:11,19,23
94:6,9,17,19,21
95:20 97:10
98:10,11,23
99:23,24 100:2
100:6,10,13
104:19,24
108:11,18
109:17,18
113:6 155:13
160:24
**janos's** 45:2
71:5 93:24
**jersey** 8:8
**jk** 2:7
**jnussbaum** 2:7
**job** 1:23 4:4
20:7,11 26:8
32:3,4 34:12
34:16,20 35:11
36:23 37:3,4
40:11,17,20
73:23 74:3,22
76:9,13,23
91:9,16,21,23
92:7,11 93:25
104:2,11 106:4
127:6,7 133:18
134:21,23

135:22,25
143:24 146:4
160:6
**jobs** 76:16
**joe** 157:12
**john** 129:12
**johnny** 57:11
57:12
**join** 105:21
**jokes** 149:12
**josef** 2:3 6:8
7:15 62:4
89:25 122:22
123:22 135:6
137:12 140:3
141:21 159:3
161:5 180:20
**joseph** 2:4 6:9
**judge** 65:5
**julio** 72:16,17
72:17 79:7,9
79:12,14,15
93:21 94:19,20
95:4 97:12,15
97:19,24,25
102:13 103:4
105:24 106:19
106:25 107:6
107:24 108:11
108:18,24
109:25 111:18
111:22,24,25
112:13 113:5,6
113:9,10,22

114:5 122:5,6
**julio's** 95:17
100:2,6 103:10
**jumping** 96:22

**k**

**k** 144:7
**kataev** 2:13
6:11,12 14:11
14:25 17:9
23:24 24:9
25:10 26:10,25
27:4 29:5
30:20 31:5
33:10 34:13
38:18 39:2,17
40:15,21 41:15
45:19 47:18
48:5 53:8,14
53:24 56:10,16
56:20 58:10,18
58:21 59:2,16
60:22 61:21
62:2,4 63:2,15
64:2,7,22
65:15 66:7,11
66:12 67:4,10
68:20,25 71:2
74:5,9,14,18
79:20 80:9,23
81:25 83:4,8
83:19 84:12,24
85:17 86:4,10
87:3,10,18

| | | | |
|---|---|---|---|
| 88:5 89:5,19 | **katherine** 1:4 | 69:18 72:2,3,6 | 133:20,22 |
| 89:24 90:2 | 2:2 5:9 111:15 | 72:8 76:21 | 134:8,12,13,15 |
| 92:12 93:7 | 173:22 188:2 | 77:2,9 78:13 | 135:3,8,25 |
| 94:2,23 95:6 | **keep** 40:9 | 78:15 79:14 | 137:10,15 |
| 96:7 97:7 | 155:11 | 81:21 85:5,10 | 138:4 140:23 |
| 98:12,20 | **keeping** 183:6 | 86:13,16 87:24 | 143:11 144:2 |
| 101:23 103:6 | **kept** 50:24 51:7 | 89:8,9,10 | 144:15 145:6 |
| 103:21 104:21 | 154:14 155:3 | 91:12 94:9 | 146:4,5 147:3 |
| 105:9 108:6 | **kids** 37:18,22 | 95:9,13,15,24 | 147:10,16,18 |
| 110:8 112:4,15 | 38:4,13 | 96:3,9,10,14,15 | 149:17 150:24 |
| 113:23 114:17 | **kirschenbaum** | 99:3,4 100:22 | 151:16,19 |
| 115:11 116:19 | 2:4 6:9 | 101:5,19 | 152:7,18 154:2 |
| 116:24 117:5 | **kitchen** 30:16 | 102:25 103:24 | 154:7 155:17 |
| 118:6 119:12 | 30:24 72:3 | 103:25 104:10 | 155:20,21 |
| 119:17 121:12 | 77:17 | 104:13,13,14 | 157:9,21 158:8 |
| 121:24 122:14 | **knew** 163:5,9 | 104:15,24 | 158:25 159:2,3 |
| 125:20 126:6 | **know** 9:17 10:4 | 105:2,4,20,22 | 159:5,11,11,13 |
| 130:16 131:16 | 11:4,20 12:2 | 106:6,9,12,15 | 159:15 160:4,7 |
| 132:8 136:14 | 16:16,20 17:12 | 107:18 110:2 | 160:10,11,13 |
| 139:19 143:18 | 31:22 33:6 | 111:2,25 | 160:14 161:3,6 |
| 145:2,18 | 34:25 35:14,15 | 112:24 113:8 | 161:7,23,25,25 |
| 146:24 148:21 | 35:19 37:6,7 | 113:21 115:4,6 | 162:8 163:15 |
| 149:11,15,18 | 38:16,24 39:7 | 115:14 117:16 | 164:5,10 165:5 |
| 151:5 152:2 | 39:10,13,19,21 | 118:18,20 | 167:4,7,16,19 |
| 153:25 162:17 | 39:23 40:8 | 119:3,5 120:5 | 167:21 168:6 |
| 167:25 168:19 | 41:4 44:5,10 | 120:12 123:15 | 168:20,22 |
| 172:25 174:17 | 46:3,4,11 | 123:22 124:2,4 | 169:14 170:16 |
| 175:12 176:9 | 48:24 49:12,24 | 124:6,13 | 170:18,19,24 |
| 177:8,21 | 49:24 50:6,9,9 | 125:18,22,23 | 171:2,4 175:2 |
| 179:11,18 | 51:5,21 52:18 | 126:7,21 | 175:6,21,23 |
| 180:8 181:4 | 53:11 54:6,7 | 127:17,18,19 | 176:17,18 |
| 183:13,21 | 54:19 55:22 | 129:19,20 | 177:10,12,16 |
| 184:7 | 56:17 60:5 | 131:6,23 132:3 | 177:22,23,24 |
| | 63:6 64:8 | 132:13 133:9 | 177:25 178:3,7 |

179:22 180:9
180:21 181:23
183:19
**knowledge**
21:18 43:20
68:16,19,22
69:11,21 70:4
72:22 75:19
85:9,12,20
86:11 90:12
92:8 126:9
131:18,21
143:4 156:17
163:18 167:5
172:23 175:7
179:5 186:9
187:6
**knows** 68:17,23
72:22 95:22
**kosher** 161:9,9
161:10

**l**

**l** 124:4 144:8
147:13
**la** 1:10,16 2:11
3:11 17:24
18:5 19:18
21:19 22:23
23:8,11 34:21
35:11 38:16,24
39:7,10,13
42:16,19 43:16
45:11,16 46:8

46:17,23 47:6
47:11,16,24
48:8 54:24
58:25 62:20,25
63:20 65:14
66:23 69:7
70:12 73:24
76:10,13 78:19
81:10,19,23
82:3 84:17
85:15 86:2,7
87:7,15 90:11
90:19 91:4,8
92:15 100:24
101:16 102:10
106:11 107:7
108:12 109:9
111:11 112:3
113:16 116:13
117:11 121:9
123:16 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7,7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:13
181:15 182:7
188:2

**label** 182:22,23
182:25
**laken** 1:22 5:3
186:2,19
**law** 10:25
39:20 45:13,18
46:21 49:13
134:10 168:4
**laws** 5:24 45:24
**lawsuit** 7:17
12:23 13:2,3
16:5,17,21
44:6 48:15
49:5 91:13
130:4 135:2
145:9,11
148:11 152:11
156:8 173:5,9
**lawyer** 48:19
134:20
**lawyers** 127:23
156:9 170:3
**lease** 54:24
55:3
**leave** 42:6
54:11,18,23
74:7 83:2
172:21
**leaves** 54:14
**leaving** 96:6
**legal** 2:14,21
6:12 40:9 46:7
46:24 47:12,16
47:25 48:8

**legally** 40:13
70:19 114:21
115:2,4
**legit** 138:16
**letters** 18:20
**letting** 145:9
**level** 23:18
64:15
**liability** 3:14
73:25 82:19
86:23 96:24
120:19 150:13
152:9 171:24
**license** 8:10
**light** 36:10,10
**likely** 89:11
**limitation**
171:25
**limitations**
138:24 148:15
**limited** 82:19
**line** 3:21 52:11
124:15 129:19
144:6 168:14
170:9 188:5
**lines** 128:22
**lisa** 187:2,14
**list** 19:12
**listed** 117:19
144:6 182:19
183:16
**listen** 49:11
169:14 179:25

**[litigation - mandated]** Page 18

**litigation**
138:21
**little** 84:5 151:9
157:22
**live** 8:7
**llc** 2:14,21 6:12
188:1
**llp** 2:4
**llp.com** 2:7
**location** 1:20
124:17 143:23
**locations**
135:22
**log** 4:12 151:23
151:25
**long** 19:23 61:5
122:22
**longer** 161:12
**look** 48:20,24
87:20 96:4
104:17 126:4
131:4 134:5
136:18 137:23
137:24 138:5,7
138:15 155:22
156:20 157:20
157:23 158:24
159:6,25 160:3
160:3 163:10
163:14 167:14
168:23,23
169:8 174:24
175:17,22

**looking** 43:23
103:24,25
104:16 118:9
124:14 125:4
129:10 140:21
146:12 169:17
172:9
**looks** 56:2
104:13 105:20
139:18
**lot** 50:5 73:15
73:17,18 75:8
76:4 77:20
78:12 125:6
159:3 175:22
182:9
**lovely** 22:7,8
**lower** 23:18
120:9,13
174:14
**lunch** 81:11

**m**

**m** 4:2,8 136:13
147:20
**machine** 78:6
**madam** 184:12
**made** 79:3
136:25 144:20
**main** 72:10,15
72:19 99:11
148:12
**major** 77:18

**make** 10:2
31:22 32:14
52:10 64:15
78:2 104:9
105:21 149:12
159:10 160:8
160:10
**makes** 27:21
64:16 94:8,11
106:16 108:14
115:15
**making** 20:24
25:23,24 29:19
33:6 34:7,9,11
42:2,12 46:5,6
56:2 64:14
68:13 80:24
81:3 106:20,25
107:6 108:12
108:19 120:25
121:5 151:9
160:7 161:12
**man** 127:19
138:18 159:3,5
161:6
**manage** 25:8
41:2,5 158:17
160:8 168:4
**managed** 25:16
**management**
22:24 23:4,16
25:3 39:14
40:7 43:7
49:18,19 51:17

61:18 64:16
67:5,7 68:15
71:11,25 72:10
72:12 79:4
81:24 99:22
101:6,13,13
102:11,23
104:15 105:18
106:8,18 109:4
125:7,9,9
126:11 127:2,4
127:9 154:21
154:25 160:22
160:23 162:7
163:3,20
164:15 167:24
168:8
**managements**
162:16
**manager** 26:11
27:20 28:2
32:19 40:4,19
41:3,5 82:11
88:12 125:11
155:14 160:5
**manager's** 32:4
40:16 64:21
65:2
**managers**
25:16 32:12,14
155:4,5,10,12
158:4 162:9
**mandated**
70:19

mandatory
  171:23
manner  5:25
maria  24:20
  137:22
mariana  15:19
marianna  1:12
  2:12 21:20,25
  24:22,24,25
  25:8 36:25
  38:7 44:23
  51:24 52:2
  58:22 59:3,12
  65:20 100:20
  100:21 188:2
marianna's
  43:9
marital  14:25
mark  18:10
  110:12 115:25
  122:18 132:20
  165:8 173:14
marked  18:12
  110:14 116:2,6
  122:20 132:22
  133:3 150:4,8
  165:10 173:16
  173:19
marking  18:16
  110:18 123:3
  150:2 165:15
materials  179:8
  180:5

matter  5:8
  117:23 141:10
matters  19:12
mean  20:23
  21:4 25:17,22
  29:23,25 31:16
  31:18 33:2
  36:5,12,18,22
  53:21 59:7
  63:3,8,10,11
  64:9,11,18,20
  70:12,15 72:20
  72:21 73:19
  87:8,16 99:3,4
  100:25 103:8
  112:20 114:19
  114:25 115:7
  115:12 118:21
  124:22 154:3
  161:11 162:3
  168:2,10
  183:11
meaning  83:16
  175:4
means  6:2 21:5
  25:19 33:3
  35:14,15 120:6
  123:19 126:17
  127:2 128:2,4
  128:5 138:3
  147:14,15,17
  147:19,21,24
  175:15

mechanic
  105:18
mechanism
  95:11
medication
  12:8,16
meet  13:21
  29:8,12,15
  30:6,8 74:9,14
  74:18 83:4
  87:3 88:5 90:2
  93:7 97:7
  108:7 110:8
  118:6 130:18
  148:21 183:18
meeting  68:4
  100:7
meetings  66:24
  67:3,15,18,21
  67:25
member  139:4
  139:8
members  4:11
  86:23 89:16
memory  12:17
  12:20
mentioned  69:5
  171:7
menu  161:9
  172:11
menus  167:6
million  35:18
  36:9 41:18
  51:5 52:15,19

52:24 53:12,16
  53:22 54:3
  77:5,12 78:13
  137:18 140:22
  140:22
minimum
  38:17 39:11
  70:2,10,24
  119:16,22,24
  121:10,16,19
  174:14,15
  175:11,16
  176:5
minus  54:20
  181:16
minute  58:14
  59:21 148:19
minutes  66:10
  181:2
misnumbered
  92:22
mistake  144:20
mistaken  85:12
  85:19 91:2
  154:17 155:19
  158:20 163:23
  175:13,17
mix  77:24
moment  157:25
monday  90:23
mondays  93:15
money  159:10
month  65:23

**morning** 5:2
6:8,11 7:13
**mother** 37:18
37:21 38:4,13
**move** 63:17
147:4
**multiple**
142:25
**muted** 149:6

**n**

**n** 2:1 3:1 4:1,2
4:2,8 144:8
**name** 5:2 7:15
7:22 57:10
88:22 123:7
124:11 125:11
125:16 127:13
127:13,15,15
128:4,5 133:7
133:19,19
135:23,25,25
136:17 142:11
142:11 143:23
143:24,24
144:7 150:16
153:20,22
155:15 159:16
166:4,7 188:2
188:3
**named** 129:12
**names** 7:25
23:2 51:23
123:20 127:12

134:7,12,17
136:4 140:22
143:10 155:6,7
**napkins** 36:12
75:6 76:24
**natalie** 155:15
158:5,6,10
**natalie's**
159:15
**nature** 117:24
141:13,18
**necessarily**
173:10
**need** 11:25
37:24 66:11
74:5 139:10
170:5
**needs** 45:21
160:18 180:12
**neither** 186:10
187:6
**never** 88:11
101:15 104:25
105:5 113:19
151:23 174:8
179:12
**new** 1:2 2:6
5:14 8:8 71:10
71:24 118:24
174:13,15
186:20 188:1
**nicknames** 8:3
**nine** 53:16,16
53:17

**nods** 10:14
**non** 138:14
**nope** 50:16
**normal** 115:16
171:3
**notary** 5:12
185:14 186:20
188:25
**note** 73:20
111:5 142:24
183:5 184:16
**notes** 181:2
**notice** 3:8
16:17,22,25
18:20,24 43:17
82:14 86:20
92:22,23 96:18
130:15 141:10
176:6,8,16,21
183:17
**noticed** 172:24
**notices** 44:2
171:9
**notified** 162:24
**november** 1:18
5:10
**number** 10:5
53:17 73:21
80:13 81:6,7
82:13 89:13
128:6,7 129:6
136:12 142:12
146:22 157:19
165:18 182:13

**numbers** 52:17
53:3,15 54:6,8
54:9 84:2
86:15,18
134:17 137:11
140:11,12,22
141:7 157:24
**nussbaum** 2:3
3:3 6:8,9 7:10
7:12,15 14:13
15:4,5 17:14
24:2,12 25:13
26:13 27:5
29:7 30:22
31:7 33:12
34:15 38:20
39:4,22 40:18
40:24 41:20
45:23 47:20
48:6 53:9,20
54:2 56:13,18
56:22 57:15
58:13,23 59:4
59:18 60:23
61:23 62:9
63:5,18 64:4
64:12,24 65:19
66:9,14,22
67:6,13 68:21
69:3 71:4
73:19 74:6,11
74:13,21 76:7
76:17 79:22
80:11 81:2

**[nussbaum - okay]**                                        Page 21

| | | | |
|---|---|---|---|
| 82:5,13 83:9 | 154:4 162:18 | 56:10,16,20 | **obligation** |
| 83:22 84:14 | 166:14,17,22 | 58:10,21 59:2 | 10:21 |
| 85:2,21 86:5 | 168:9,24 | 59:16 60:22 | **obvious** 164:4 |
| 86:19 87:5,13 | 171:18 173:3 | 61:21 62:2 | **obviously** |
| 87:25 88:8 | 174:20 175:19 | 63:2,15 64:2,7 | 180:10 |
| 89:7,12 90:4 | 176:13 177:11 | 64:22 65:15 | **occasion** 66:3 |
| 92:10,13,21 | 178:11 179:14 | 66:7 67:4,10 | **occasions** 24:4 |
| 93:9 94:4 95:2 | 179:24 180:13 | 68:20,25 71:2 | 102:13,25 |
| 95:18 96:11,17 | 180:25 181:6 | 79:20 80:9,23 | 122:4 |
| 97:9 98:14,22 | 181:12 183:3 | 81:25 83:19 | **office** 92:4 |
| 102:4 103:12 | 183:14 184:11 | 84:12,24 85:17 | **officer** 186:1,2 |
| 104:3 105:6,12 | 184:19,23 | 86:4,10 87:10 | **oh** 69:15 87:22 |
| 107:22 108:9 | **ny** 2:6,16 | 87:18 89:5,19 | 111:3 135:20 |
| 110:4,10 112:7 | **o** | 94:2,23 95:6 | 135:23 184:11 |
| 112:18 114:2 | **o** 4:2,2,8 | 96:7 98:12,20 | **okay** 6:18 7:8 |
| 114:20 115:17 | **oath** 10:20 | 101:23 103:6 | 7:24 8:12 9:5 |
| 116:21 117:2,9 | 13:10,14 149:9 | 103:21 104:21 | 9:12,22 11:13 |
| 117:18 118:8 | 149:22,23 | 105:9 108:6,7 | 11:25 12:22 |
| 119:14,20 | **oaths** 5:13 | 112:4,15 | 13:9,13,16 |
| 120:15,23 | **object** 26:10 | 113:23 114:17 | 14:3,23 15:4,9 |
| 121:3,17 122:3 | 33:10 136:14 | 115:11 116:19 | 15:23 16:8,11 |
| 122:16,24 | 146:24 | 116:24 117:5 | 16:16 17:3,6 |
| 126:2,14 | **objection** 5:16 | 119:12,17 | 17:15,23 18:3 |
| 129:25 130:9 | 6:19 14:11,25 | 121:12,24 | 18:9,14 19:7 |
| 130:14,20,23 | 17:9 23:24 | 122:14 126:6 | 19:10 20:7,14 |
| 131:2,19 | 24:9 25:10 | 131:16 132:8 | 20:22 21:7,15 |
| 132:18 137:2 | 26:25 29:5 | 139:19 143:18 | 21:19 22:2,11 |
| 138:19 139:13 | 30:20 31:5 | 145:2,18 | 23:7,13,21 |
| 139:23 141:9 | 34:13 38:18 | 153:25 162:17 | 24:7,13,19 |
| 141:16 143:20 | 39:2,17 40:15 | 167:25 168:19 | 26:4,7,14,17,21 |
| 145:4,22 147:6 | 40:21 41:15 | 174:17 175:12 | 28:5,8,11 |
| 148:2 149:5,12 | 45:19 47:18 | 176:9 177:8,21 | 29:22 30:15,23 |
| 149:16,20 | 53:8,14,24 | 179:11,18 | 31:8,12,24 |
| 151:8,22 152:3 | | 180:8 | 32:5,23 35:4 |

| | | | |
|---|---|---|---|
| 36:14,22,25 | 112:12,19 | **oldest** 72:21 | 63:14 68:24 |
| 38:15 40:19 | 113:21 114:8 | 99:12 | 78:14 |
| 42:23 43:21,25 | 114:24 115:18 | **once** 65:22 | **opinion** 30:2 |
| 44:25 45:5 | 121:22 122:4,9 | **ones** 9:25 16:7 | 104:24 140:19 |
| 46:11,23 48:13 | 122:17 124:5 | 153:4 | **order** 3:16 |
| 50:2,23 51:6 | 124:15,19 | **online** 50:7,8 | 139:11 165:20 |
| 51:11,24 52:5 | 125:4 126:23 | 50:12,15 | **orders** 75:12 |
| 52:13 53:5 | 127:11 128:6 | **open** 34:2 74:7 | **osteria** 1:10,16 |
| 54:21 55:11,17 | 128:10,15,22 | 81:10,13 82:9 | 2:11 3:11 |
| 56:3,14,23 | 129:4 132:4,24 | 83:2 172:21 | 17:24 18:5 |
| 57:5 59:5,10 | 136:6 142:3,7 | 183:7 | 19:18 21:19 |
| 59:13 60:2,9 | 142:15 143:2 | **opened** 55:9 | 22:23 23:8,11 |
| 60:12 64:20 | 143:15 144:3 | 81:20 82:2 | 34:20 35:11 |
| 65:10,20 66:3 | 146:2,15 | 118:17 152:25 | 38:16,24 39:7 |
| 66:9,14,17 | 147:12,19 | **opening** 25:23 | 39:10,13 42:15 |
| 67:3,20,24 | 148:2,24 149:3 | **operate** 37:8 | 42:19 43:16 |
| 68:3,16 69:25 | 151:4 152:10 | **operation** | 45:10,16 46:17 |
| 71:17 72:5 | 152:15 153:5,9 | 40:14 65:17 | 46:23 47:6,11 |
| 73:2,8,19 | 154:12 155:23 | 101:25 | 47:16,24 48:8 |
| 74:20 75:5,11 | 156:7 157:13 | **operation's** | 54:24 58:25 |
| 76:7 77:8,23 | 158:15 159:21 | 25:15 | 62:20,24 63:20 |
| 78:16 80:20 | 160:5,17 | **operations** | 65:14 66:23 |
| 82:6,13 84:7 | 161:11,14 | 19:17,22,24 | 69:7 70:12 |
| 84:20 85:22 | 162:3,19 | 20:8,10,12,17 | 73:24 76:10,13 |
| 86:6,19 88:19 | 163:11,21 | 20:23 21:24 | 78:19 81:10,19 |
| 91:4,15 93:10 | 165:7,24 166:8 | 22:12,15,19 | 81:23 82:2 |
| 93:17 95:3 | 166:8,16 | 23:14,23 25:18 | 84:17 85:15 |
| 96:17 97:15 | 168:25 171:18 | 25:20 26:18,22 | 86:2,7 87:7,15 |
| 99:15,25 100:5 | 173:13 174:5 | 26:23 27:8,10 | 90:11,19 91:4 |
| 100:12 101:14 | 174:10 175:25 | 27:12,14 28:17 | 91:8 92:15 |
| 102:8,20 103:3 | 176:23 180:25 | 28:23,25 29:4 | 100:24 101:16 |
| 104:17 105:23 | 181:10 182:11 | 29:16 36:16,23 | 102:10 106:11 |
| 108:17 111:17 | 183:3,21,22 | 37:2,6,17 38:9 | 107:7 108:12 |
| 111:20,25 | 184:2,20,20 | 40:12 61:9 | 109:9 111:10 |

112:3 113:16
116:13 117:11
121:9 124:8
128:8 129:2,15
131:11 132:6
134:25 142:17
142:19 143:16
148:18 152:19
154:7 157:13
158:4,11,19
159:22 162:19
165:19 171:20
172:2 173:5
175:3 178:12
181:15 182:7
188:2
**outcome**
186:14 187:11
**ov** 159:18,19
**overall** 45:5
**overcooked**
31:20
**oversee** 20:16
20:22 32:4
**oversees** 94:15
94:20 99:13,14
**overtime** 38:25
39:8 124:12
128:19,24
129:6,7 134:13
**own** 16:12
27:22 99:18
167:23 168:10

**owned** 58:6
162:11
**owner** 52:2
70:21
**owning** 162:13
**owns** 21:19
68:18

**p**

**p** 2:1,1
**p.m.** 1:19 81:15
181:8,11 184:3
184:6 185:3,4
**page** 3:2,6,21
4:3,9 18:17,18
19:8,11,14
92:23 110:19
110:21 116:7,8
150:7 165:15
165:17,19,25
173:23,24
188:5
**pages** 17:5 19:9
**paid** 4:5 21:8
21:12,14,16
42:2,13 43:18
70:2,13 119:15
119:21,23
120:4,7,9,11
121:10,14,18
121:21,21
128:11 129:14
129:20,21
132:14 136:18

138:2,13,23
141:4 144:11
146:23 148:14
148:18 152:16
156:11 159:21
159:23,24
171:10 174:12
175:3,4,10,14
175:21
**papers** 15:11
**paperwork**
49:15
**paragraph**
149:18 174:11
176:2,23,24,25
178:23 179:6
180:2,3
**paralegal** 2:21
6:13
**pardon** 22:6
92:19 112:9
131:20
**park** 187:2,14
**part** 48:15 69:6
74:13 104:8
125:25 129:23
153:9,15
177:12
**participate**
40:5 55:17,20
55:24 79:16
103:4,8,20
**participated**
102:20 114:5

**participates**
103:14 106:20
106:25 107:6
107:21 108:11
108:18
**particular**
136:17 137:24
137:25 138:8
**parties** 5:14,18
169:20 170:4
186:11,13
187:7,10
**parts** 17:3
99:17
**party** 12:22
**past** 152:24
**patrons** 177:3
**paul** 129:12
**pay** 31:9 43:5
45:25 46:24
47:12,17,25
48:9 70:5,9,13
70:17,22,24
85:10 88:14
100:9 128:23
128:24,24
136:12 137:25
142:16 176:3
**paycheck** 88:11
88:15,24,25
89:3 90:6
138:10,12
139:8

**paychecks** 4:10
88:23 90:25
139:3 156:6
**paying** 40:13
49:14
**payment** 40:10
46:6,7 136:19
175:6
**payments**
20:16
**payroll** 60:13
60:17 84:22
85:15 86:8
90:10,14,18
91:7 92:14
93:6
**pays** 42:16,20
46:20
**penalties** 10:23
**pending** 12:4
130:17
**people** 27:18
28:9 48:23
50:5 51:13,14
62:24 90:24
95:4,11 102:13
103:17 113:11
114:10,15
124:20 125:6
125:19,24
127:18,20
132:13 158:7
159:4 160:25
169:11 175:23

182:9,18,20
**percent** 36:9
54:19,21 58:7
92:3 146:11
153:11,17
154:13,18,19
154:20 155:3,9
155:11,18,24
156:5,10,23
157:11,14
161:15,21
162:20,25
163:2,14,19,19
164:2,5,9,10,13
164:14 166:19
166:20,25
167:10,11,13
168:15 169:12
171:12 172:13
177:3,14,20
178:14,15,25
179:8,12
180:11,12,16
**percentage**
84:5
**perez** 72:17
108:4 111:18
111:24 112:2
112:13 122:5,6
**perez's** 107:24
**perform** 25:24
94:12
**performance**
29:19 31:3

32:25 33:4
45:2,6 67:22
68:14
**performed**
108:4
**performing**
22:21 31:25
32:18
**performs** 93:24
**period** 73:25
86:24 90:14,18
96:24 120:20
138:11,24
148:15 171:24
**perjury** 10:23
**permitted** 5:22
**person** 17:7,13
27:19 103:10
104:10,12,13
112:11 129:20
137:24 138:8,9
144:6
**personal** 16:13
**personally**
101:17
**petrosyants**
1:11,17 2:11
5:1,8 6:1,15,21
7:1,3,13,23 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1,14 19:1
20:1 21:1 22:1

23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1 58:1
59:1 60:1 61:1
62:1 63:1 64:1
65:1,5 66:1,14
66:23 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1,16 111:1
112:1 113:1

114:1 115:1 116:1,4 117:1 118:1 119:1 120:1 121:1 122:1 123:1,2 124:1 125:1 126:1 127:1 128:1 129:1 130:1,21 131:1 131:3 132:1,24 133:1 134:1 135:1 136:1 137:1 138:1 139:1,15 140:1 141:1,17 142:1 142:3 143:1 144:1 145:1 146:1 147:1 148:1 149:1,6 149:8,21 150:1 151:1 152:1,4 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1 175:1 176:1 177:1 178:1 179:1 180:1 181:1,13 182:1 183:1 184:1 185:1,7 188:2 188:3,21

**ph** 125:14 129:12 137:22

**phone** 50:17,19 50:21

**phrase** 41:17

**physical** 50:9

**picture** 129:24

**place** 22:25 34:9 36:8 172:16

**places** 172:10 172:12

**plaintiff** 1:7 2:2 3:7 13:2 18:12 110:14 111:15 116:2 122:20 132:22 150:4 165:10 173:16 173:21 174:12 176:4,6

**plaintiff's** 18:11,17 110:12,19 122:19 123:4 132:20 133:3 150:2,8 173:15 173:19

**plaintiffs** 6:10 7:16 16:5,17 16:20 49:4 123:6 135:2 138:21

**planners** 162:9

**plates** 35:20 72:3 74:25 75:3 77:17

**play** 105:14

**plays** 68:14

**please** 6:6,21 7:21 9:3 11:4 11:18 12:2 37:8 44:19 47:9 48:4 50:17 74:10,19 75:17 77:9 83:5 85:7 87:4 88:6 90:3 92:12 97:8 107:4 108:8 118:7 130:19 147:5 148:22 152:2 158:2 161:20 172:25

**plenty** 169:11

**plugged** 146:19

**plus** 54:20 175:16 181:16

**point** 20:21 24:16 42:4 46:3,22 48:11 49:3 58:5 75:21 77:7 87:24 98:8 101:19 104:25 110:2 119:13 136:5,22 157:8

**points** 14:22 160:16

**policies** 82:20 84:22 85:15 86:2 90:11 92:25 96:21 116:17 117:12 119:6 120:17 122:10 171:21 171:25

**policy** 82:16,25 83:23 84:10 117:21 118:23 151:17

**polishing** 76:25

**pool** 39:16 40:5 69:23 73:24 76:10 81:20,23 82:7,7,25 83:11,17,24 84:11 104:9 105:22 114:6,9 114:14,15,22 115:2,5,7,9,19 121:23 122:6

**pools** 82:10

**portion** 58:2 177:14 183:6

**position** 124:11

**positions** 69:6 69:19,25 73:23

76:9
**possible** 10:3
41:13 79:19
80:2 101:21
**potential**
104:20
**practices** 45:12
45:17 82:16,20
93:2 96:21
120:17 171:21
171:25
**pre** 66:24 100:7
**premises** 23:11
**preparation**
15:7
**prepare** 13:18
**prepared** 17:15
124:7,9 131:10
132:4 187:3
**present** 2:20
33:13 102:16
103:9
**pretty** 157:19
**printed** 39:25
40:3 179:8
180:4
**prior** 162:6
186:4
**private** 3:16
152:20,22
153:2,6,16,21
154:11,12
161:16,21
164:20 165:20

169:19 170:3
**privilege** 15:2
**probably** 9:21
20:6 43:7,23
51:22 58:4,14
75:16,25 86:16
95:8 96:8
100:14 101:7
101:13 102:22
103:3,22 106:6
107:9,11,12,16
107:17 112:22
113:3,17,18
123:15,17
144:16 156:6
157:5 158:7
182:14
**problem** 31:13
**procedural**
5:23
**procedures**
82:17,20 93:2
96:21 120:18
171:21 172:2
**proceed** 7:9
74:10,19 83:5
88:6 90:3 97:8
108:8 118:7
130:19
**proceeding**
1:20 5:5,21
185:5 187:4
**proceedings**
186:3,4,5,8

187:5
**process** 32:4
**produce** 49:6
49:15 146:3
156:9 170:2,5
**produced** 5:20
16:4 44:6,8
48:15 91:13
117:25 123:5
127:23 130:4
133:5,7 134:3
134:20 135:4
137:13,17,19
137:20,23
141:14 144:25
145:5,15,21,23
146:8 148:6,11
148:12 166:3
172:15 182:19
**production**
92:11 130:10
139:7 148:16
**productive**
139:11
**professional**
137:4
**professionally**
28:24
**profitable**
52:12
**profits** 58:3,9
**promoted**
106:10

**pronounce**
159:20
**proof** 43:21
169:15
**proper** 46:6
80:25 81:4
104:14 160:9
160:10
**properly** 21:16
30:13,14 32:18
33:7 34:10
49:14 88:4
114:8 175:5
**provide** 104:18
151:24 156:11
**provided** 86:22
89:15 92:6
156:16,18,22
157:6,7 184:9
**providing** 31:2
**public** 185:14
186:20 188:25
**pull** 138:11
**purpose** 148:12
**pursuant** 42:17
42:21 152:16
176:4 184:7
**put** 107:19
161:2 184:13
**putative** 4:11
86:23 89:16
139:3

[qualified - r]                                    Page 27

| q | | r | |
|---|---|---|---|
| **qualified**  186:7 | 126:23 130:16 | **r**  2:1 4:2,2,8 5:1 | 100:1 101:1 |
| **quality**  20:17 | 132:10 133:15 | 6:1 7:1 8:1 9:1 | 102:1 103:1 |
| 20:17 33:5 | 135:7 139:14 | 10:1 11:1 12:1 | 104:1 105:1 |
| **question**  8:6,25 | 139:22,24 | 13:1 14:1 15:1 | 106:1 107:1 |
| 9:2 11:4,6,19 | 140:2,4,16,17 | 16:1 17:1 18:1 | 108:1 109:1 |
| 12:4,5,24 | 140:18 141:23 | 19:1 20:1 21:1 | 110:1 111:1 |
| 14:19 15:3 | 144:17,23 | 22:1 23:1 24:1 | 112:1 113:1 |
| 16:19 21:10 | 148:10 153:14 | 25:1 26:1 27:1 | 114:1 115:1 |
| 27:11 29:2,13 | 156:2 161:20 | 28:1 29:1 30:1 | 116:1 117:1 |
| 34:19 35:2,10 | 163:4,6,8 | 31:1 32:1 33:1 | 118:1 119:1 |
| 35:10,16,22 | 168:12 169:23 | 34:1 35:1 36:1 | 120:1 121:1 |
| 36:18 38:2,5 | 170:10 174:19 | 37:1 38:1 39:1 | 122:1 123:1 |
| 39:6 41:18 | 174:22 175:8,9 | 40:1 41:1 42:1 | 124:1 125:1 |
| 42:18 44:12,16 | 176:12 179:20 | 43:1 44:1 45:1 | 126:1 127:1 |
| 44:17 45:14 | 180:2 183:13 | 46:1 47:1 48:1 | 128:1 129:1 |
| 48:3 51:4 52:7 | **questions**  3:20 | 49:1 50:1 51:1 | 130:1 131:1 |
| 53:23 54:4,12 | 10:5,10,19 | 52:1 53:1 54:1 | 132:1 133:1 |
| 59:20 62:22 | 11:14,18 30:3 | 55:1 56:1 57:1 | 134:1 135:1 |
| 63:17,19 64:19 | 90:17 97:2,5,6 | 58:1 59:1 60:1 | 136:1 137:1 |
| 70:7 73:4 74:8 | 110:7 120:21 | 61:1 62:1 63:1 | 138:1 139:1 |
| 76:12 79:11 | 128:2 133:13 | 64:1 65:1 66:1 | 140:1 141:1 |
| 80:10 83:7 | 141:25 148:3 | 67:1 68:1 69:1 | 142:1 143:1 |
| 85:9 86:13,17 | 159:4 161:13 | 70:1 71:1 72:1 | 144:1,7,8 |
| 87:12,22,23 | 183:4,12,15,23 | 73:1 74:1 75:1 | 145:1 146:1 |
| 88:4 89:24 | **quick**  62:5 | 76:1 77:1 78:1 | 147:1 148:1 |
| 90:5,16 91:20 | **quickly**  9:25 | 79:1 80:1 81:1 | 149:1 150:1 |
| 95:9 103:13 | **quote**  31:13 | 82:1 83:1 84:1 | 151:1 152:1 |
| 106:22,24 | 32:24 63:10 | 85:1 86:1 87:1 | 153:1 154:1 |
| 107:3,5 114:12 | 77:12 82:15 | 88:1 89:1 90:1 | 155:1 156:1 |
| 114:23 115:16 | 86:21 96:20 | 91:1 92:1 93:1 | 157:1 158:1 |
| 117:7,8 119:19 | 107:23 117:24 | 94:1 95:1 96:1 | 159:1 160:1 |
| 126:15,20,21 | 141:13 171:20 | 97:1 98:1 99:1 | 161:1 162:1 |
| | 174:12 176:2 | | 163:1 164:1 |
| | 177:2 178:24 | | 165:1 166:1 |

167:1 168:1
169:1 170:1
171:1 172:1
173:1 174:1
175:1 176:1
177:1 178:1
179:1 180:1
181:1 182:1
183:1 184:1
185:1
**raise**  6:22
100:13
**ramirez**  61:4
61:14,16
**ran**  162:2
**range**  54:16
**ranking**  66:5
93:18 99:6,9
**rate**  120:9
136:11 141:5
143:12,13
144:2 147:19
175:15,15
**rates**  138:22
**reach**  95:14,23
**read**  65:6
149:18 166:23
**ready**  62:5,6,17
**really**  44:24
53:22 84:19,25
85:9 87:23
170:14,15,16
**reason**  9:11
12:12,19

108:23 112:25
188:5
**recall**  19:13,16
23:2,6 46:2
47:2,19,22
48:11 50:13,14
52:16 64:23,25
65:3,9 71:6
73:15 76:5
77:6,8,21
78:15 80:19
82:9 98:7
101:18,20
106:5 109:23
121:15 147:2
155:6,7 182:13
**receipt**  164:16
164:16
**receipts**  163:13
**receive**  69:19
83:11 84:16
86:8 88:9 89:2
**received**  57:19
57:22 58:2
88:23 128:25
136:12 142:17
151:23
**receiving**  58:8
**recollection**
47:24 48:7
**recollections**
140:10
**record**  3:9 5:4
5:5,17 6:7 7:22

10:7,14 11:22
38:15 50:20
66:18,19,21
73:20 88:2
109:19 129:25
130:23 137:9
138:20,25
139:9 141:3,9
142:15 143:22
144:24 148:25
149:2,4 151:22
156:12,23
157:14 165:25
166:2 171:18
172:14 181:3,8
181:9,11 183:5
183:7 184:3,4
184:6,14,15,17
184:24 186:9
187:5
**recorded**  5:25
186:6
**recording**  5:20
186:8 187:3
**recordkeeping**
92:25
**records**  50:6,11
50:14,24 51:3
51:5,7 60:13
60:17 109:22
138:21 141:3
155:23 156:3,9
156:19 157:2
157:10 170:3,7

171:8 172:9
182:19
**redacted**
150:21 151:20
152:5 166:6
**redaction**  4:12
151:23,25
**reduced**  186:6
**refer**  18:4
96:18
**reference**
168:17
**referenced**
167:3 172:18
**referring**  67:8
67:11 72:13
**refers**  71:19,21
**regarding**
14:15 172:2
**regular**  103:2
124:11 128:18
128:23 129:5,7
129:14,18
136:8,12 138:3
138:14,15
143:10,16
144:9
**regularly**  13:23
**regulations**
39:25 40:3
**reiterate**  78:17
**related**  86:22
89:15 186:10
187:7

**relative**  186:12
  187:9
**remainder**  18:3
**remained**  34:22
**remember**  8:17
  8:21,22 9:4,6,8
  9:10,14,18
  13:6,8,15 16:6
  20:3 22:25
  24:6,14,15
  41:9,12,17
  43:8,12,13
  55:4,16 56:7
  56:12 57:4
  58:5,12,17
  61:12,15 63:12
  63:22 70:11
  71:3 75:20
  79:17,25 80:3
  80:5,8 82:4
  83:13 88:18
  92:18,20
  100:11,20
  101:18 102:2
  107:15 109:7
  121:15 126:10
  132:14 135:15
  137:16,19
  140:9,12
  145:19 154:3
  159:17 173:7
  173:12
**remind**  65:4
  66:15 149:8

**remote**  1:20
**remotely**  5:15
**renovated**  55:8
**renovation**
  55:12,24
**renovations**
  55:18
**repeat**  8:6
  12:24 14:19
  16:19 21:10
  27:11 29:13
  34:19 37:25,25
  42:18 44:16,19
  45:14 48:3
  54:12 59:20
  62:22 70:7
  73:4 74:12
  87:11 89:21,23
  91:20 107:3
  114:12 117:7
  119:18 139:21
  153:13 156:2
  176:11
**rephrase**  11:5
**report**  32:12,19
  44:11,14,18,20
  56:6 61:16
  96:6,12,13
  98:9 109:15
**reported**  1:22
  28:11 56:4
  57:2
**reporter**  5:2,3
  6:18 7:8 10:6,8

  10:13,18 11:21
  57:14 60:20
  66:17,20 74:12
  74:16,20
  148:24 149:3
  166:10,12,16
  181:7,10 184:2
  184:5,12,16,20
  184:24
**reporting**
  188:1
**reports**  28:5,15
  59:8 98:17
**represent**  7:16
  18:23 58:24
  62:23 123:4
  133:4 138:20
  156:7 166:2
  169:24 173:20
  179:7
**representative**
  1:15 6:16
  151:17
**representative's**
  150:20
**represented**
  180:4
**represents**
  133:17,18
**request**  139:2
  184:8
**requested**
  186:21

**requests**  49:5,9
**reservations**
  78:24 79:2
**reserve**  183:20
**reserved**  185:2
**reside**  8:5
**resolve**  49:12
**respect**  119:7
  137:3 171:22
**respectfully**
  184:8
**responded**
  49:10
**response**  91:17
  138:25
**responses**
  10:10
**responsibilities**
  107:24 137:4
**responsible**
  21:7,11,13,15
  26:22 27:9,13
  41:21,25 42:11
  48:17 53:6
  71:9,23 97:12
  102:8
**restaurant**
  17:24 21:9,12
  21:17 23:15
  24:5,21 25:2,4
  25:9 26:3,5,12
  26:19,24 27:10
  27:14,19 28:3
  28:9 29:16,20

**[restaurant - run]** Page 30

31:10 33:2,4
33:14,16,18,20
33:23 34:2,3
35:18 36:5,7
36:20,24 37:8
37:13 38:10
39:16 41:2,11
41:23 42:5
51:10 52:6,10
52:12,14,18,23
53:11 54:8,10
54:14 55:8,18
55:25 57:8,17
57:20,23 58:3
59:5,13 60:4
60:24 61:20
64:11 65:21
66:4,6 68:18
69:20 70:17
72:24 74:4
81:8 84:22
92:5 93:18
95:3 97:3
98:17 99:17
101:6 102:14
105:25 106:3
118:17 119:7
120:8 152:23
153:5 154:6,13
154:23 159:13
160:18 162:4
162:12,13
167:23 171:2

**restaurant's**
  52:8 58:6
  118:23
**resume**  105:20
**returns**  59:23
**revealing**  13:16
**review**  15:6,10
  15:14,25 16:3
  181:2 186:21
**reviewed**  16:9
  174:5,8
**riding**  11:16
**right**  6:22
  17:25 19:13
  22:3,14 23:15
  23:23 24:3
  28:15,17,20
  31:4 33:9,22
  34:4 35:23
  36:16,23 37:22
  42:6 43:4
  44:22 45:6,25
  47:2 48:15,22
  49:3,6 50:7,21
  50:25 51:25
  54:11,25 55:6
  55:9 56:24
  57:6 60:14,17
  61:25 63:14,25
  64:21 65:8,11
  68:8,10,18
  70:14,20,23
  71:21 76:5,22
  77:3,21,24

79:18 80:2,4
81:6 84:11,18
87:9,17 88:24
89:4 90:7
97:13 98:3,11
98:19,25 100:3
100:7,19
103:13,14
108:15 109:11
109:24 110:16
111:9,15
113:11,16,22
114:6,11,16
115:8,10 116:8
116:13,23
117:13,14
118:25 119:15
119:16 120:7,8
121:23 123:2
124:10,21
128:12 131:15
131:25 134:16
136:16 137:14
139:6 141:2
144:25 145:21
146:12,23
147:8 148:2
149:21 150:9
152:19,20
153:11,18
154:14,24
155:13 156:21
156:24 157:16
157:18,19

161:12 162:12
163:4 166:17
166:18 167:23
168:21 169:21
171:7,11,16
175:8,21 177:7
178:14,21
179:3,6,10,15
179:17 180:18
181:25 182:2
182:12,15,18
182:21 184:17
**rights**  183:20
**river**  8:8
**rob**  138:12
**robert**  1:11,17
  2:11 5:7 6:14
  7:3,23 185:7
  188:2,3,21
**role**  57:16
  162:8
**room**  33:14
**row**  136:7
**rows**  142:24,25
**rule**  46:4,9,10
  46:12 171:6
  178:4,12 184:7
**rules**  5:24 9:24
  39:24 40:2,8
**run**  22:25
  28:24 36:20
  37:7,8,13
  52:10 60:6
  72:23 77:15,15

77:17 162:4

**runner** 96:2

**runners** 69:8
69:10,17 77:14
78:21 83:15,18
84:6,9 99:16
106:9 161:4

**running** 20:13
26:3 30:13
36:4,7,24
37:17 38:9
40:9

**runs** 17:23
20:24 25:3
26:12 27:19
33:6 34:9 52:8
67:3 100:7
101:6 155:14
158:16

**russian** 159:18
159:19,19

**s**

**s** 2:1 3:5 4:2,8,8
188:5

**saddle** 8:8

**sage** 2:14,21
6:12

**sagelegal.nyc**
2:17

**salary** 57:19
128:10,12
133:19 142:12
143:25

**sales** 95:13,14
95:23

**sample** 169:19
170:5,12

**santiago**
125:14

**satisfied** 45:6

**saw** 19:14,16
32:13,17
102:24 104:25
105:5 180:5

**saying** 40:2
59:22 99:5
107:12 113:18
120:20 130:5
134:22 139:5,6
139:10 146:8
167:10 170:11
172:8

**says** 18:20
73:22 110:21
111:18 116:8
124:3,16 125:6
126:24 127:10
127:13 128:14
129:5,16,17,17
134:6 138:14
142:9,10,11,11
142:12,12
144:8,9 146:20
147:16 150:13
150:16,24
163:13,18
164:5,15,16,17

165:17,19
166:24 168:15
169:16 174:2
174:11 176:2
176:25 178:24
179:7,21 180:3
180:10,15,20
180:20,22

**schedule** 61:19
106:16,20
107:7 108:12
108:19

**schedules**
107:2

**scheduling**
96:23 97:3

**screen** 18:15
110:17 116:5
132:25 133:2
146:13 150:6
165:13 166:13

**scroll** 125:2
142:10 144:20

**scrolled** 174:7
174:7

**scrolling** 19:5
144:3 174:10

**search** 170:21
171:13,14

**searching**
167:16 170:15
170:23 171:8
171:11 179:23

**sec** 89:22

**second** 19:11
165:25

**section** 97:18
99:20

**sections** 99:18

**see** 16:25 17:4
18:21 19:7,10
31:12,24 69:15
77:25 110:21
111:17,23,23
111:24 112:8
113:7 116:10
124:10,13,15
128:19,19
129:16 134:16
135:20,21,24
136:3,9 137:25
138:9 139:17
150:10,12,15
150:22 151:2,6
151:10,11
157:23 159:6
165:22 166:11
166:18 174:3
177:5

**seek** 74:4

**seeking** 47:24
48:8

**seem** 89:17

**seems** 118:3
172:19

**seen** 19:4 43:25
103:4,15

**[seen - signing]**                                                     Page 32

| | | | |
|---|---|---|---|
| 107:10,13,14 | 112:17 115:13 | **serving** 74:23 | 100:7 109:10 |
| 107:14 113:19 | 115:14,15,20 | 160:12 161:8,8 | 122:5 |
| 118:10 123:21 | 154:20 | **set** 82:12 83:14 | **shit** 120:25 |
| 172:17 | **server's** 115:18 | 116:17 160:9 | 121:5 169:9 |
| **sees** 104:12 | **servers** 69:8,9 | 161:24 162:4,6 | **short** 175:6 |
| **self** 158:16,19 | 73:3,6 74:22 | 162:10 167:17 | **show** 18:9 |
| **sell** 104:13 | 75:15 78:20 | 167:21 | 110:11 115:24 |
| **send** 95:5 97:24 | 83:15,16 94:7 | **sets** 162:8 | 122:17 125:10 |
| 101:3 134:15 | 99:15 161:4 | **setting** 160:9 | 132:19 134:16 |
| **sense** 171:5 | **serves** 115:15 | **seven** 81:17 | 141:6 149:25 |
| **sent** 49:25 | **service** 20:18 | **shahmuradyan** | 165:7 173:13 |
| 132:11 134:10 | 23:19 25:24 | 1:12 2:12 14:8 | **showed** 73:21 |
| **separate** | 29:19 30:11,12 | 15:21 21:20 | 97:22 141:19 |
| 164:12 | 30:15,18,25 | 188:2 | 141:22 170:10 |
| **separately** | 33:5 34:11 | **share** 58:8 | **showing** 18:15 |
| 164:5 | 41:22 42:2 | 69:22 83:11,17 | 110:17 116:5 |
| **sequentially** | 66:25 71:13,15 | 104:23 114:10 | 123:3 132:25 |
| 116:9 | 71:19,21 81:5 | **shared** 82:21 | 133:2 142:4 |
| **seriously** 137:5 | 82:18 94:12,13 | 121:22 122:6 | 150:7 165:14 |
| **serve** 72:7 | 94:17,21 99:14 | 146:13 | 166:9 173:18 |
| 160:13 | 115:10,13 | **sharing** 18:15 | **sic** 169:13 |
| **served** 16:17,21 | 120:19 153:11 | 110:17 116:4 | 177:14 |
| 18:25 25:25 | 153:12,17 | 132:25 150:6 | **sign** 112:25 |
| 31:23 49:5 | 154:13 156:10 | 165:13 | 113:2 153:6 |
| 115:5 | 156:24 157:15 | **sheet** 123:12 | **signature** |
| **server** 31:24 | 162:21 163:18 | 124:14 136:21 | 111:19,24 |
| 32:13,17 72:11 | 166:21,25 | 137:11 138:17 | 112:9 185:2 |
| 72:15,19,21 | 167:3,11 | 140:7,21,21 | 186:19 187:14 |
| 73:7 75:9 84:5 | 168:15,17 | 142:6,11,21,22 | **signed** 55:3 |
| 84:8 93:20 | 169:5 170:8 | 143:10 144:18 | 113:8 |
| 94:12 95:25 | 172:13,17 | 188:1 | **significance** |
| 99:11 102:17 | 177:3,14,20 | **shift** 66:24 | 135:3 |
| 104:2,7 105:16 | 178:14,16 | 78:22 80:14 | **signing** 112:2 |
| 105:19 106:10 | 180:11,16,18 | 97:23 99:17 | 112:14,21 |

**[similarly - successful]** Page 33

similarly 1:5
single 139:3,7,8
sir 50:17 76:18
  137:3 145:25
  161:20 162:11
  170:22 179:25
sit 102:23
  103:16
sits 105:19
sitting 47:3,5
  47:10,23 53:10
  85:23 103:17
  122:9 175:20
situated 1:6
six 93:12
skills 186:9
  187:6
slash 73:7
  163:2
slow 95:3,12,23
smiles 104:14
smoothly 10:3
sole 102:18
solid 87:21,22
soon 34:2
sorry 14:14
  24:23 26:14
  32:9 37:19
  38:22 45:8
  62:10 79:23
  80:7 89:20
  90:15 91:5,18
  100:17 106:13
  108:6 111:6

121:4 122:25
  153:13 182:23
sought 46:24
  47:7,11,16
  138:21
sounded 59:21
southern 1:2
speak 11:10
  13:24 14:10,15
  14:17,20 38:15
  67:17,21 88:11
speaks 104:11
special 153:22
  161:8 177:2,13
  177:19 178:13
specific 15:13
  15:13 37:11
  126:18 127:7
  135:17 170:6
specifics 20:15
  184:22
specify 37:11
split 171:3
spread 128:18
  128:24
spreadsheet
  3:12,13 123:7
  123:19 132:3
  132:10 135:11
  139:16,25
  143:6,8,15,21
  145:16 146:20
spreadsheets
  131:4 141:19

141:21,24
  146:7 147:8
  148:6,10
staff 25:24
  30:18 31:2
  34:12 41:22
  42:2,9,12 68:2
  68:17,23 69:5
  69:7 70:9
  71:10,13,13,16
  71:19,20,20,21
  71:24 72:2
  73:13 78:21,25
  80:14 81:6
  95:22 107:19
  136:23,23
  162:22 179:2
  180:18
staffing 160:10
staffs 95:16
stamped 150:9
  166:5
standard 178:2
start 100:15
  158:10 162:13
started 36:15
  41:11,13 61:8
  131:14 181:17
  182:4,8
starting 19:11
  35:19
starts 66:25
state 7:21 40:4
  45:13,18 88:2

186:20
statements
  169:2
states 1:1
status 73:3,6
stay 170:16
steak 31:20,23
  161:9,10
stenographic
  6:2
steps 46:4
stipulation 6:4
stood 130:24
stop 161:10
storage 43:24
  51:8,9,12
  167:15 169:10
stored 50:7,7
  50:11,15
stuff 172:20
subject 10:22
  74:19 84:9,21
  85:14,25 88:6
  90:10 93:8
  97:8 108:8
  110:9 116:16
  117:12 130:18
  148:22
subscribed
  185:9 188:22
substance
  14:24
successful
  37:13

suite 2:5
sum 14:24
summarizing
148:13
sunday 81:18
90:23,23 93:15
supervise 39:15
160:15
supervises
94:13,17,20
supervising
98:19,24 99:10
supervisor 99:3
supposed
114:13,21
115:2
sure 12:25
20:24 24:17,18
25:23,25 29:19
31:22 33:6
34:9,11 42:2
42:12 44:20
45:15 46:5,6
52:11 53:19
56:2 59:21
68:13 73:5
74:11 80:24
81:3 87:21
89:8,9,10 94:8
94:11 104:9
105:21 109:8
111:21 113:2
117:10 125:12
153:15 155:10

155:18,20,21
156:3 160:7,8
160:11 172:10
172:11 176:14
181:4
suspend 101:4
swear 5:15
6:20
sworn 5:17 7:5
10:18 185:9
186:5 188:22
system 40:10
40:12 82:12
83:12,14 162:2

t

t 3:5 4:2,2,8,8
table 74:25
75:4 76:21
tables 72:8
75:23 76:4
115:5,15
take 5:4,12
31:15,16 32:21
46:5 62:5,11
62:16 66:9
75:11 103:18
136:16,17
137:4 148:19
161:12 168:7
183:24
taken 5:8 186:3
186:11 187:8

talk 14:4 68:6
184:14
talked 14:7
talking 18:6
23:19 78:8
147:3 177:25
tashkent 1:21
5:11
task 105:22
tasks 108:5
tax 59:23
team 23:5
tell 7:5 10:21
10:23 14:23
20:11 37:3,4
46:16,22 49:16
49:17 69:6
74:2 75:17
77:11 82:24
93:3 108:3
110:24 111:6
122:11 123:10
123:18 124:5
125:11 126:16
127:21,25
133:16 134:2
142:4 143:6,8
144:22 147:13
147:20,23
151:13 162:20
telling 54:5
159:5
template 89:3

ten 165:15
terminate 45:3
terminated
24:4
terms 37:16
38:8 71:17
172:14
testified 7:7
155:13
testify 12:9,13
17:7,16 73:22
76:8 78:18
82:15 83:3
85:4 86:21,25
87:2 89:14,17
92:24 96:20
107:23 110:5
117:20,22,24
118:4 120:16
124:7,10 126:3
126:8 127:20
130:3,6,7,11,22
131:4,8,10,22
132:5,16 134:7
139:16,25
140:6,8,13
141:12,18
148:5 171:20
172:5,22
testifying 10:24
16:12 145:12
186:5
testimony 8:24
13:10,14 40:6

59:15 66:16
76:19 101:14
**thank** 6:18 7:8
7:10 24:24
66:13 74:20
78:3 183:21
184:10,23
**thing** 71:14
124:24 171:9
178:8
**things** 28:19
35:18 36:9
37:11 59:23
68:7 69:12
72:23,24 73:16
73:17 75:8,10
75:14 76:4,5
77:5,11,12,20
78:12,13 97:14
104:18 132:5
144:21 167:21
168:5
**think** 11:20
20:20 27:2
43:19 44:12
55:7 60:5 64:9
69:24 70:21
81:18,21 85:10
85:20,22,24
86:3,12 87:20
89:6,11 90:8
90:20 91:11,24
92:8 100:21
101:5 102:15

102:17 108:21
111:8 112:5
119:6 122:23
124:25 135:15
137:13,19
148:3 149:7,11
152:13 153:3
156:15 158:14
158:17,19
159:23 161:17
161:19 164:4
164:22 165:3,6
167:5,8 168:11
169:7,7,8,10
170:25 172:19
174:25 175:15
179:21 183:22
**thinks** 103:23
**thirty** 70:14
181:22
**thought** 104:19
**three** 8:20,23
145:8,10
154:20 166:20
170:19 178:15
**throw** 53:18
54:7
**time** 1:19 6:5
9:12 12:2 16:8
31:22 34:17,21
35:11 49:4
104:14 108:22
108:25 109:6
109:14,14

138:11 160:9
167:13 181:17
**timeframes**
170:6
**times** 8:15 13:5
13:7,13 26:6
26:15,16 29:10
33:22 41:18
65:22,23 80:15
164:23
**tip** 39:11,16
40:5,9 42:17
42:21,25 43:3
43:4 54:18
69:22 70:2,9
70:24 73:24
76:10 81:20,23
82:6,7,25
83:11,17,24
84:2,11 114:6
114:9,14,15,22
115:2,5,7,9,19
120:4,11
121:14,20,23
122:6 141:5
148:14 162:24
164:7 176:6,8
176:16,21
178:7,18 183:2
**tipped** 4:6
78:19 83:10
84:7 88:22
90:9 91:9
121:8 122:12

138:23 141:4
148:17 178:20
182:21
**tipping** 45:12
45:17
**tips** 42:6,8,13
54:11,14,22
69:20 82:21,22
88:10,14
114:10,16
115:6,8,16
120:10 121:11
154:19 171:22
175:16
**title** 123:9
133:9,19 136:2
**titles** 26:19
134:17 140:23
**toast** 60:6,8,10
60:13 89:2
92:16,17
138:13 157:18
157:22
**today** 6:14 10:5
10:20 11:18
12:10,14,20
16:12 30:4
36:3 47:3,5,10
47:23 53:10
85:23 90:18
101:15 122:9
132:5 145:12
155:13 175:20

**[today's - understand]**                                      Page 36

| | | | |
|---|---|---|---|
| **today's** 10:2 | **total** 129:6 | 179:4,9 186:8 | 93:14 |
| 13:18 14:5,9 | 138:22 141:3 | 187:4 | **u** |
| 15:7,14 18:4 | 146:22 148:13 | **truth** 7:5,6,6 | **u** 4:2,8,8 |
| 65:6 141:11 | 154:18 157:14 | 10:22,24 | **uh** 37:23 57:13 |
| **together** 25:8 | 182:6 | **truthfully** | 60:18 165:12 |
| 69:23 121:23 | **touch** 137:5 | 12:10,13 124:6 | **unable** 76:11 |
| **told** 9:7 28:8 | **training** 71:9 | **try** 10:2 11:5 | **under** 5:23 |
| 37:5 41:19 | 71:24 73:13 | 12:2 29:21 | 10:20 13:10,14 |
| 49:11,17,23 | **trains** 72:9 | 31:11,17,18 | 111:4 112:8 |
| 56:11 57:3 | **transcriber** | 135:9 142:2 | 127:6 149:9,22 |
| 73:10 75:9,15 | 187:1 | **trying** 36:20 | 149:23 150:15 |
| 75:20 76:3,20 | **transcribing** | 105:13 113:7 | 151:14 182:19 |
| 79:13,24 95:21 | 10:8 | 134:23 141:2 | 183:16 |
| 96:14 132:11 | **transcript** 5:19 | 144:22 159:9 | **underlying** |
| 143:9 163:6 | 15:16,17,24 | 159:11 167:16 | 146:16,18 |
| 164:2 | 65:6 184:9 | 169:15,15 | 148:16 |
| **tonight** 161:8 | 186:21 187:3,4 | **tuesday** 1:18 | **understand** |
| **took** 23:3 162:7 | **transcriptionist** | **twenty** 70:14 | 5:18 7:19 |
| 167:18 | 186:7 | 78:25 | 10:11,15,20 |
| **top** 18:18 29:20 | **triggered** 95:12 | **twin** 57:5 | 11:3,7,13,23 |
| 142:9,10 | 95:15 | **two** 8:23 9:20 | 12:6 16:11 |
| 150:12 165:18 | **true** 14:7 42:15 | 20:5 94:9 | 19:2 36:17 |
| 173:25 | 42:19 52:13,22 | 95:16 141:19 | 52:7 62:12 |
| **topic** 73:21 | 53:21 62:19,23 | 141:21,24 | 65:7 71:18 |
| 74:7 76:7 | 63:6 85:5,13 | 161:6 | 105:13 126:19 |
| 80:18 82:13 | 86:6 102:12 | **type** 80:17 | 134:9,24 135:5 |
| 83:2 86:19 | 106:19,24 | 110:24 128:10 | 137:14 141:2 |
| 89:13,18 92:21 | 107:5 108:24 | 142:12 154:9 | 141:25 146:17 |
| 92:23 93:4 | 109:24 121:8 | **typewriting** | 149:10,22 |
| 110:6 172:21 | 145:14 146:16 | 186:6 | 154:16 161:18 |
| 184:11 | 146:19 147:7 | **typical** 54:17 | 164:13 166:20 |
| **topics** 67:20 | 174:16 175:9 | 61:19 | 166:23 169:22 |
| 117:19 172:23 | 176:7,14,19 | **typically** 29:14 | 180:14 |
| 183:9,16 | 177:7,18 179:2 | 42:6 65:25 | |

**[understanding - white]** Page 37

| understanding | v | void 97:20 | 141:23 142:14 |
|---|---|---|---|
| 167:6 | | voluntary | 146:17 161:7 |
| **understood** | **v** 1:8 5:9 188:2 | 171:23 | 168:5,11 183:5 |
| 11:7 62:18 | **vacation** | **w** | 184:12,13 |

understanding
167:6
**understood**
11:7 62:18
169:11,12
171:2
**unique** 128:7
**united** 1:1
**unprepared**
183:9,15
**unquote** 31:13
32:25 63:11
77:12
**unwilling** 76:11
**upkeep** 40:9
**upper** 8:8
**urtel** 1:22 5:3
186:2,19
**use** 50:17 71:17
92:15 95:11
137:6 169:21
**used** 22:24
111:11
**uses** 5:22
143:16 153:24
**using** 50:19,20
**usually** 23:16
54:14 67:21
94:11
**uzbekistan**
1:21 5:11
171:13
**uzt** 1:19 185:4

**v**

**v** 1:8 5:9 188:2
**vacation**
108:23
**value** 67:23
**vendors** 20:16
**veracity** 148:10
**verbal** 10:10
57:14 60:20
92:2 167:6
**verbally** 162:24
167:8,12 169:2
170:25
**verification**
143:7
**verify** 134:18
135:23 136:5
136:23 137:11
138:6,12,16,17
139:9 140:20
140:24,25
141:8,24 142:2
142:14 143:4,5
144:21 146:9
146:12,14
147:9 157:17
177:16
**veritext** 5:4
188:1
**versions** 164:25
**videoconfere...**
2:3,13,22

**void** 97:20
**voluntary**
171:23

**w**

**wage** 38:17
39:11 42:17,21
43:6 70:2,6,10
70:18,19,24,25
119:16,22,24
120:9 121:10
121:16,19
173:5,8 174:14
174:15 175:11
175:16 176:5
**wages** 42:3
57:22
**waiters** 97:17
**walk** 35:17
36:8
**want** 35:22
37:16 38:8
48:25 53:18
62:11,16 65:4
71:7 73:19,22
76:21 77:2,9
82:14 87:25
104:9 105:17
115:3 123:23
123:25 126:22
127:19 134:5
135:8 136:16
137:8,10 140:6
140:7,13,24,24

141:23 142:14
146:17 161:7
168:5,11 183:5
184:12,13
**wanted** 37:12
37:14 52:3
108:22 111:11
164:6,7
**wants** 52:4
70:19,22
**washing** 78:6
**way** 11:21
36:15,19,19,21
41:4,19 46:20
55:23 85:24
120:8
**we've** 148:3
172:17
**wednesday**
91:2
**week** 26:6,15
26:16 29:10
65:22,23 81:17
90:20 93:10
**weekly** 90:20
**weeks** 16:10
**went** 154:20,21
154:23,25
155:18,25
156:5,10,13,24
157:11 169:6
**when's** 9:12
**white** 15:11

| | | | |
|---|---|---|---|
| **whoever's** | 71:3 73:22 | 132:9 136:15 | **workers** 174:14 |
| 160:12 | 74:2,7 76:8,11 | 139:5,10,21 | 176:5 |
| **wife** 22:2,4,7,8 | 76:15 77:10 | 141:12 143:19 | **working** 36:15 |
| 56:9,24 58:7 | 78:17 79:21 | 145:3,19 | 41:10,11,14 |
| 64:10 68:18 | 80:24 82:2,15 | 146:25 148:4,5 | 48:23 61:9 |
| 145:11 162:3 | 82:23 83:3,7 | 148:9 151:5,6 | 91:14 131:14 |
| 162:11 | 83:20 84:13,25 | 154:2 166:11 | 158:11 175:23 |
| **wiping** 78:10 | 85:18 86:11,20 | 166:18 168:2 | 181:18 182:4,8 |
| **withdrawn** | 86:24 87:2,11 | 168:20 171:19 | **works** 99:12 |
| 24:24 26:4 | 87:20 88:3 | 172:4,8,21 | **would've** |
| 37:10 46:15,16 | 89:6,13,17,21 | 174:18 175:13 | 100:16,18 |
| 47:4 48:13 | 89:25 92:24 | 176:11 177:9 | 144:11 |
| 56:3 69:4 | 93:3,5 94:3,24 | 177:22 179:12 | **write** 101:4 |
| 85:23 88:20 | 95:7 96:8,19 | 179:19 180:9 | 111:8,9,11,14 |
| 94:18 100:12 | 96:25 97:4,5 | 181:5 183:4,8 | 112:2 113:11 |
| 176:25 | 98:13,21 | 183:11,19,22 | 113:13,14,24 |
| **witness** 5:15,17 | 101:24 103:7 | 186:4 | 113:25 |
| 5:18 6:14,20 | 103:22 104:22 | **witnessed** | **writing** 148:23 |
| 7:4 15:2 17:11 | 105:10 107:23 | 112:22 113:3 | 170:8 173:2 |
| 23:25 24:10 | 108:3 110:5,6 | **witness'** 188:3 | **written** 6:3 |
| 25:12 26:11 | 112:5,16 | **word** 163:16 | 15:11 43:17 |
| 27:2 29:6 31:6 | 113:24 114:18 | **words** 96:23 | 44:2 91:5,6,9 |
| 33:11 34:14 | 115:12 116:20 | **work** 57:8 | 91:15,21 92:3 |
| 38:19 39:3,19 | 116:25 117:6 | 93:11 99:21 | 92:7 106:4 |
| 40:16,22 41:16 | 117:20,22 | 127:20 132:13 | 169:4 172:7 |
| 45:21 47:19 | 118:3 119:13 | 134:25 140:8 | **wrong** 48:25 |
| 53:15,25 56:11 | 119:18 120:16 | 140:11 158:13 | 71:8 98:16 |
| 56:17,21 58:11 | 120:20,22,24 | 181:14 182:10 | 101:7 112:6,12 |
| 58:22 59:3,17 | 120:25 121:13 | 183:18 | 112:23 113:4 |
| 60:21 61:22 | 121:25 122:15 | **worked** 122:5 | 113:12 159:13 |
| 62:3,7 63:3,16 | 122:22 125:22 | 129:8,13 | **wrote** 113:4 |
| 64:3,8,23 | 126:7 130:2,5 | 174:13 181:19 | |
| 65:16 66:8 | 130:7,10,12,13 | 182:6,20 | |
| 67:5,11 69:2 | 130:24 131:17 | | |

| x | | |
|---|---|---|
| **x** 3:1,5 4:1<br>186:21 | 89:11 90:8,12<br>94:15,24 97:14<br>97:14,18,25<br>98:4,4,16<br>99:14,19,24 | 166:18 168:3,3<br>168:3,3 171:12<br>171:14 174:4<br>178:15,17,22<br>179:4,13 182:3 |
| **y** | 100:14 101:8 | 182:17,22 |
| **yeah** 9:21 19:9<br>19:9 22:7<br>23:25 24:11<br>25:4 27:15<br>28:10,19,24,25<br>30:14 31:11<br>33:25 34:2,3<br>34:14 36:19,19<br>36:21 37:18<br>42:7 43:2,24<br>44:5 45:4,7<br>46:13 48:23<br>50:11 51:2,19<br>53:7 54:15,22<br>55:2,10 57:7<br>58:4,16,20<br>59:8,8,19<br>64:10 65:8<br>66:2,12 67:14<br>67:16 68:9<br>69:11,13,24<br>70:4,21 71:16<br>71:25 72:10<br>73:18 75:8,13<br>76:24 77:25,25<br>79:6 80:8<br>81:12,16 83:21<br>84:13,19 85:11<br>87:20 88:25 | 101:24 102:7<br>103:16,17<br>104:6 107:20<br>108:16 110:23<br>111:9,13,16,22<br>111:23,23,24<br>112:10,12,13<br>113:12,13,20<br>114:3,4,13<br>115:20 116:11<br>116:25 117:6<br>117:15 118:6<br>118:11 120:3,6<br>123:16 124:2<br>124:18,18,18<br>124:24 125:3,3<br>125:3 128:13<br>128:14,21<br>131:17 133:24<br>135:16 136:10<br>142:23 147:9<br>149:16,24,24<br>149:25 150:11<br>150:23 151:6,7<br>152:9,21<br>153:19 158:14<br>160:16 162:15<br>162:16 165:4 | 183:2 184:19<br>184:19<br>**year** 9:15 52:15<br>52:20 157:15<br>**years** 9:20<br>19:25 20:5<br>61:7 104:7<br>152:24 165:5<br>**yep** 32:20,22<br>43:15 62:3<br>81:9 93:22<br>98:13 100:4<br>109:12 114:7<br>124:22 150:18<br>**yesterday**<br>13:25<br>**york** 1:2 2:6<br>5:14 174:13,15<br>186:20 188:1 |
| | | **z** |
| | | **z** 35:4<br>**zoom** 125:20 |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.