# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 6, 2025

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      *Re:*    **Fernandez v. Bulldozer Hospitality Group, Inc.,** *et al.*
            **Case No.: 1:25-cv-4490 (AS) (GS)**

Dear Judge Subramanian:

    This firm represents the Defendants in the above-referenced case. Defendants respectfully renew their letter motion for an extension of time to oppose Plaintiffs' motion for partial summary judgment and separate motion to certify a class action and to certify a collective action. For the reasons set forth below, as well as those stated in Defendants' original letter motion (ECF Docket Entry 78), this Court should exercise its discretion in favor of granting the requested extensions.

    Consistent with LCR 37.2 and ¶ 5(B) of this Court's Practices in Civil Cases, today at approximately 1:15 PM, your undersigned met-and-conferred virtually with Josef Nussbaum, Esq. ("Nussbaum") and Lucas Buzzard, Esq. ("Buzzard") for approximately ten (10) minutes concerning the requested extensions. Plaintiffs agreed to an extension until Thursday, January 15, 2026 in both motions. The instant letter motion follows, which your undersigned informed both Nussbaum and Buzzard will be filed. The required Lead Trial Counsel conference as defined in the Individual Rules has thus occurred.

    Although Defendants are grateful Plaintiffs have, for the first time, consented to an extension of time, albeit in part, Defendants respectfully maintain that they should not have to oppose both Plaintiffs' motion for partial summary judgment and motion to certify a class and collective action simultaneously. As a result, Defendants respectfully request that their deadline to oppose: (i) the motion for partial summary judgment be extended to Thursday, January 15, 2026; and (ii) the motion to certify a class and collective action be extended to Thursday, January 29, 2026.

    In light of these circumstances, Defendants thus respectfully request that this Court exercises its discretion in favor of granting the requested extension. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

    Defendants thank this honorable Court for its time and attention to this case.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
January 6, 2026
P a g e | 2

Dated: Jamaica, New York
January 6, 2025

Respectfully submitted,

**SAGE LEGAL LLC**

  /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bulldozer Hospitality Group, Inc.,*
*Robert Petrosyants, and*
*Marianna Shahmuradyan*

**VIA ECF**
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*

Defendants' requested extension is GRANTED. The parties shall oppose the cross-motions for summary judgment by **Thursday, January 22, 2026**. Defendants shall oppose plaintiffs' motion to certify a class and collective action by **Thursday, January 29, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 81.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 6, 2026