UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

                          Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

                          Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, attorneys for the Defendants Bulldozer Hospitality Group, Inc., d/b/a Osteria La Baia ("Bulldozer"), Robert Petrosyants ("Petrosyants"), and Marianna Shahmuradyan ("Shahmuradyan") in this case.

2. As such, I am familiar with all the facts and circumstances heretofore had herein based upon my personal knowledge and a review of the file maintained by this office.

3. A true and accurate copy of opt-in Plaintiff Javier Patricio Molina Rivera's ("Molina") pay stubs are annexed hereto as **Exhibit "A."**

4. A true and accurate copy of the December 23, 2025 Molina deposition transcript is annexed hereto as **Exhibit "B."**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2026.

                                                      /s/ Emanuel Kataev, Esq.
                                                         Emanuel Kataev, Esq.