**Bulldozer Hospitality Group Inc - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| | | | |
|---|---|---|---|
| **Name** <br> Javier P Molina Rivera <br> **Address** <br> <br> 3524 99 st <br> Corona, NY 11368 | **Employee ID** <br> 9491 <br> **SSN** <br> xxx-xx-1739 <br> **Net Pay** <br> $0.00 <br> **Fed Filing Status** <br> H,2000 <br> **Fed Add. Amount** <br> 200 | **Pay Begin Date** <br> 07/29/2024 <br> **Pay End Date** <br> 08/04/2024 <br> **Check Date** <br> 08/15/2024 <br> **State Filing Status** <br> NY - S, 0 <br> **State Add. Amount** <br> 0.00 | **Paygroup** <br> La Baia <br> **Department** <br> La Baia <br> **Location** <br> La Baia <br> **Job Title** <br> Staff <br> **Pay Rate** <br> $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $71.20 | $71.20 | $0.00 | $0.00 |
| **YTD** | $71.20 | $71.20 | $0.00 | $0.00 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| REGULAR | $71.20 | 4.45 | | $16.00 |
| **TOTAL** | **$71.20** | **4.45** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| REGULAR | Taxable | $71.20 | 4.45 | |
| **TOTAL** | | **$71.20** | **4.45** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Income Tax | $65.76 | $65.76 |
| FICA | $4.41 | $4.41 |
| Medicare | $1.03 | $1.03 |
| **TOTAL** | **$71.20** | **$71.20** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|

**Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.**

## Memo

**Bulldozer Hospitality Group Inc - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024**

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Javier P Molina Rivera | 9491 | 08/05/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
|  | xxx-xx-1739 | 08/11/2024 | La Baia |
| 3524 99 st | **Net Pay** | **Check Date** | **Location** |
| Corona, NY 11368 | $752.16 | 08/22/2024 | La Baia |
|  | **Fed Filing Status** | **State Filing Status** | **Job Title** |
|  | H,2000 | NY - S, 0 | Staff |
|  | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
|  | 200 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $1,190.90 | $438.74 | $0.00 | $752.16 |
| **YTD** | $1,262.10 | $509.94 | $0.00 | $752.16 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| REGULAR | $342.18 | 32.13 |  | $10.65 |
| Spread of Hours | $32.00 | 2.00 |  | $16.00 |
| Tips Owed | $621.12 |  |  | $0.00 |
| Gratuity | $195.60 |  |  | $0.00 |
| **TOTAL** | **$1,190.90** | **34.13** | **0.00** |  |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| REGULAR | Taxable | $413.38 | 36.58 |  |
| Spread of Hours | Taxable | $32.00 | 2.00 |  |
| Tips Owed | Taxable | $621.12 |  |  |
| Gratuity | Taxable | $195.60 |  |  |
| **TOTAL** |  | **$1,262.10** | **38.58** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $40.54 | $40.54 |
| Federal Income Tax | $247.54 | $313.30 |
| FICA | $73.84 | $78.25 |
| FLI Withholding - NY | $4.44 | $4.44 |
| Medicare | $17.27 | $18.30 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $54.51 | $54.51 |
| **TOTAL** | **$438.74** | **$509.94** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700141 | n/a | XXXXXXXX | $752.16 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|---|---|---|---|---|---|---|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

Case 1:25-cv-04490-AS    Document 83-1    Filed 01/22/26    Page 3 of 9

**Memo**

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 32.13 | $171.90 | | |
| **TOTAL** | | | **$171.90** | **$0.00** | **$171.90** |

**Bulldozer Hospitality Group Inc - La Baia** 255 Harmon Ave Fort Lee, New Jersey 07024

| | | | |
|---|---|---|---|
| **Name**<br>Javier P Molina Rivera<br>**Address**<br><br>3524 99 st<br>Corona, NY 11368 | **Employee ID**<br>9491<br>**SSN**<br>xxx-xx-1739<br>**Net Pay**<br>$290.64<br>**Fed Filing Status**<br>H,2000<br>**Fed Add. Amount**<br>200 | **Pay Begin Date**<br>08/12/2024<br>**Pay End Date**<br>08/18/2024<br>**Check Date**<br>08/29/2024<br>**State Filing Status**<br>NY - S, 0<br>**State Add. Amount**<br>0.00 | **Paygroup**<br>La Baia<br>**Department**<br>La Baia<br>**Location**<br>La Baia<br>**Job Title**<br>Staff<br>**Pay Rate**<br>$10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $572.57 | $281.93 | $0.00 | $290.64 |
| **YTD** | $1,834.67 | $791.87 | $0.00 | $1,042.80 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| REGULAR | $207.04 | 19.44 | | $10.65 |
| Spread of Hours | $0.00 | 0.00 | | $15.00 |
| Tips Owed | $302.22 | | | $0.00 |
| Gratuity | $63.31 | | | $0.00 |
| **TOTAL** | **$572.57** | **19.44** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| REGULAR | Taxable | $620.42 | 56.02 | |
| Spread of Hours | Taxable | $32.00 | 2.00 | |
| Tips Owed | Taxable | $923.34 | | |
| Gratuity | Taxable | $258.91 | | |
| **TOTAL** | | **$1,834.67** | **58.02** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $14.89 | $55.43 |
| Federal Income Tax | $200.00 | $513.30 |
| FICA | $35.50 | $113.75 |
| FLI Withholding - NY | $2.14 | $6.58 |
| Medicare | $8.30 | $26.60 |
| SDI Withholding - NY | $0.60 | $1.20 |
| State Withholding - NY | $20.50 | $75.01 |
| **TOTAL** | **$281.93** | **$791.87** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700178 | n/a | XXXXXXXX | $290.64 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|------------|-----------------------|
| $10.65 | $5.35 | 19.44 | $104.00 | | |
| **TOTAL** | | | **$104.00** | **$0.00** | **$104.00** |

**Bulldozer Hospitality Group Inc - La Baia** 255 Harmon Ave Fort Lee, New Jersey 07024

| | | | |
|---|---|---|---|
| **Name** <br> Javier P Molina Rivera <br> **Address** <br> <br> 3524 99 st <br> Corona, NY 11368 | **Employee ID** <br> 9491 <br> **SSN** <br> xxx-xx-1739 <br> **Net Pay** <br> $140.02 <br> **Fed Filing Status** <br> H,2000 <br> **Fed Add. Amount** <br> 200 | **Pay Begin Date** <br> 08/19/2024 <br> **Pay End Date** <br> 08/25/2024 <br> **Check Date** <br> 09/05/2024 <br> **State Filing Status** <br> NY - S, 0 <br> **State Add. Amount** <br> 0.00 | **Paygroup** <br> La Baia <br> **Department** <br> La Baia <br> **Location** <br> La Baia <br> **Job Title** <br> Staff <br> **Pay Rate** <br> $10.65 / Hourly |

## Paycheck Summary

| | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $390.11 | $250.09 | $0.00 | $140.02 |
| **YTD** | $2,224.78 | $1,041.96 | $0.00 | $1,182.82 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| REGULAR | $134.72 | 12.65 | | $10.65 |
| Spread of Hours | $0.00 | 0.00 | | $15.00 |
| Tips Owed | $255.39 | | | $0.00 |
| Gratuity | $0.00 | | | $0.00 |
| **TOTAL** | **$390.11** | **12.65** | **0.00** | |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| REGULAR | Taxable | $755.14 | 68.67 | |
| Spread of Hours | Taxable | $32.00 | 2.00 | |
| Tips Owed | Taxable | $1,178.73 | | |
| Gratuity | Taxable | $258.91 | | |
| **TOTAL** | | **$2,224.78** | **70.67** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $7.68 | $63.11 |
| Federal Income Tax | $200.00 | $713.30 |
| FICA | $24.19 | $137.94 |
| FLI Withholding - NY | $1.46 | $8.04 |
| Medicare | $5.66 | $32.26 |
| SDI Withholding - NY | $0.60 | $1.80 |
| State Withholding - NY | $10.50 | $85.51 |
| **TOTAL** | **$250.09** | **$1,041.96** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700216 | n/a | XXXXXXXX | $140.02 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage** $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|-------------|------------|-------|--------------------|-----------|--------------------|
| $10.65 | $5.35 | 12.65 | $67.68 | | |
| **TOTAL** | | | $67.68 | $0.00 | $67.68 |

| Name | Employee ID | Pay Begin Date | Paygroup |
|---|---|---|---|
| Javier P Molina Rivera | 9491 | 08/26/2024 | La Baia |
| **Address** | **SSN** | **Pay End Date** | **Department** |
|  | xxx-xx-1739 | 09/01/2024 | La Baia |
| 3524 99 st | **Net Pay** | **Check Date** | **Location** |
| Corona, NY 11368 | $115.58 | 09/12/2024 | La Baia |
|  | **Fed Filing Status** | **State Filing Status** | **Job Title** |
|  | H,2000 | NY - S, 0 | Staff |
|  | **Fed Add. Amount** | **State Add. Amount** | **Pay Rate** |
|  | 200 | 0.00 | $10.65 / Hourly |

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| **Current** | $360.85 | $245.27 | $0.00 | $115.58 |
| **YTD** | $2,585.63 | $1,287.23 | $0.00 | $1,298.40 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| REGULAR | $149.74 | 14.06 |  | $10.65 |
| Spread of Hours | $0.00 | 0.00 |  | $15.00 |
| Tips Owed | $201.03 |  |  | $0.00 |
| Gratuity | $10.08 |  |  | $0.00 |
| **TOTAL** | **$360.85** | **14.06** | **0.00** |  |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| REGULAR | Taxable | $904.88 | 82.73 |  |
| Spread of Hours | Taxable | $32.00 | 2.00 |  |
| Tips Owed | Taxable | $1,379.76 |  |  |
| Gratuity | Taxable | $268.99 |  |  |
| **TOTAL** |  | **$2,585.63** | **84.73** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $6.70 | $69.81 |
| Federal Income Tax | $200.00 | $913.30 |
| FICA | $22.37 | $160.31 |
| FLI Withholding - NY | $1.35 | $9.39 |
| Medicare | $5.23 | $37.49 |
| SDI Withholding - NY | $0.60 | $2.40 |
| State Withholding - NY | $9.02 | $94.53 |
| **TOTAL** | **$245.27** | **$1,287.23** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700255 | n/a | XXXXXXXX | $115.58 |

## Time Away From Work

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

## Memo

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.00

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $10.65 | $5.35 | 14.06 | $75.22 | | |
| **TOTAL** | | | $75.22 | $0.00 | $75.22 |