UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

                    Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

                    Defendants.
-----------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF JANOS PALIKO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Janos Paliko declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am the General Manager at Bulldozer Hospitality Group, Inc. d/b/a Osteria la Baia (hereinafter "Bulldozer" or the "Corporate Defendant").

2. As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge and a review of documents I maintain at Bulldozer in addition to information I have learned from employees, customers, vendors, and other third parties concerning the contents of this declaration.

3. I respectfully submit this declaration in opposition to Plaintiffs' motion for partial summary judgment.

4. The poster on a billboard in the restaurant that discusses the tip credit – which I previously discussed in my declaration in support of Defendants' motion for summary judgment – has been present at Bulldozer since I first began working there as a floor manager in February 2022. See ECF Docket Entry 74 ¶¶ 21-22 and 74-1 (Exhibit A).

5. The poster has remained on that same billboard, in that same hallway, ever since then.

6. It is still there to this day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 21, 2026.

_____
Janos Paliko