UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

                      Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

                      Defendants.
------------------------------------------------------------------X

Case No.: 1:25-cv-4490 (AS) (GS)

**DECLARATION OF STEPHANIE WILLSEY**

      Stephanie Willsey declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

      1.     I am a Controller at Bulldozer Hospitality Group, Inc. d/b/a Osteria la Baia (hereinafter "Bulldozer" or the "Corporate Defendant") and I submit this declaration on behalf of the Corporate Defendant.

      2.     As such, I am familiar with all the facts and circumstances outlined herein based upon my personal knowledge and a review of documents I maintain at Bulldozer in addition to information I have learned from employees, customers, vendors, and other third parties concerning the contents of this declaration.

      3.     I respectfully submit this declaration in opposition to Plaintiffs' motion for partial summary judgment.

      4.     I was the individual responsible for producing certain spreadsheets in this case. See ECF Docket Entries 69-9, 69-10, 69-11, 69-12, and 69-13.

      5.     All of the information contained in each of the foregoing spreadsheets came from user-inputted information in the Toast system and is merely a summary of information contained on the paychecks Bulldozer provided its employees.

6. To the extent that management accurately inputted the information in the Toast system when the information was entered, the spreadsheets are accurate as to those columns.

7. To the extent that employees accurately clocked in and out every day (and/or inputting their name during the application process) in the Toast system at the time the information was entered, the spreadsheets are accurate as to those columns.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January  22nd , 2026.

_____
Stephanie Willsey