UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

        Plaintiff,

v.

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,

        Defendants.

No.: 25-cv-04490 (AS)

## DECLARATION OF LUCAS C. BUZZARD

I, Lucas C. Buzzard, under penalty of perjury, affirm as follows:

1. I am a partner with Joseph & Kirschenbaum LLP ("JK"), Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein. I submit this Declaration in opposition to of Defendants' motion for summary judgment. I am familiar with the facts and circumstances set forth herein.

### EXHIBITS

2. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the November 13, 2025 deposition of Defendant Marianna Shahmuradyan taken in this action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the November 18, 2025 deposition of Defendant Robert Petrosyants taken in this action.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the December 3, 2025 deposition of Janos Paliko taken in this action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the transcript of the December 8, 2025 deposition of Plaintiff Katherine Fernandez taken in this action.

1

6. Attached hereto as **Exhibit 5** is a true and correct copy of the transcript of the December 2, 2025 deposition of Plaintiff Adrian Montor-Teran taken in this action.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the transcript of the December 23, 2025 deposition of Plaintiff Javier Patricio Molina taken in this action.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's First Requests for the Production of Documents to all Defendants, which was served on or about July 30, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendants' Responses and Objections to Plaintiff's Request for Document Production, which was served on or about September 3, 2025.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email sent by then counsel for Defendants to counsel for Plaintiffs on September 26, 2025.

11. I have reviewed all documents produced by Defendants to Plaintiffs in this lawsuit. As of the date of this declaration, Defendants have not produced any written wage notices or pay rate acknowledgement forms.

12. On or about October 3, 2025, as part of the parties' agreement concerning precertification discovery, Defendants produced spreadsheet summaries of annual payroll that was run at OLB. A true and correct copy of the October 3, 2025 email from Defendants' counsel containing these reports is attached hereto as **Exhibit 10**.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of Stephanie Willsey, which is dated December 10, 2025 and was produced by Defendants in this action.

14. Attached hereto as **Exhibit 12** is a copy of the spreadsheet produced by Defendants bearing file name 2024.csv, which Plaintiff's counsel has converted to PDF format from Excel format.

15. For ease of reference, Plaintiffs' counsel added highlighting to the relevant portion of Julio Perez's payroll records on page 8 of this Exhibit.

16. As can be seen from this Exhibit (based on the explanations in the Declaration of Stephanie Willsey), Mr. Perez was paid $20 per hour for regular hours he worked.

17. Attached hereto as **Exhibit 13** is a true and correct copy of a declaration submitted by Plaintiff Teran in support of Plaintiffs' motion for class certification.

18. Attached hereto as **Exhibit 14** is a true and correct copy of a paystub issued by Defendants to Plaintiff Fernandez. This paystubs has multiple regular hourly rates listed on it.

19. Contemporaneously with this case, Fernandez also filed a complaint against Defendants with the EEOC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2026                                    /s/ *Lucas C. Buzzard*
New York, NY                                                Lucas C. Buzzard