# Exhibit 3

Page 1

1                UNITED STATES DISTRICT COURT

2                          FOR THE

3                SOUTHERN DISTRICT OF NEW YORK

4     _____

5     KATHERINE FERNANDEZ, on Behalf

6     of Herself and Others Similarly

7     Situated,

8              Plaintiff,

9        v.                            Civil Action No.

10    BULLDOZER HOSPITALITY GROUP,          1:25-cv-4490

11    INC., d/b/a OSTERIA LA BAIA,

12    ROBERT PETROSYANTS and MARIANNA

13    SHAHMURADYAN,

14             Defendants.

15    _____

16     DEPOSITION OF 30(b)(6) CORPORATE REPRESENTATIVE FOR

17      BULLDOZER HOSPITALITY GROUP, INC., D/B/A OSTERIA LA

18                   BAIA - JANOS PALIKO

19    DATE:        Wednesday, December 3, 2025

20    TIME:        1:04 p.m.

21    LOCATION:    Remote Proceeding

22                 Jersey City, NJ 07302

23    REPORTED BY:  Talya Brott

24    JOB NO.:     7776531

25

Page 2

```
1        A P P E A R A N C E S
2  ON BEHALF OF PLAINTIFF KATHERINE FERNANDEZ:
3     JOSEF NUSSBAUM, ESQUIRE (by videoconference)
4     Joseph & Kirschenbaum LLP
5     45 Broadway, Suite 320
6     New York, NY 10006
7     jnussbaum@jk-llp.com
8     (212) 688-2545
9
10 ON BEHALF OF DEFENDANTS BULLDOZER HOSPITALITY GROUP,
11 INC., D/B/A OSTERIA LA BAIA; ROBERT PETROSYANTS; AND
12 MARIANNA SHAHMURADYAN:
13     EMANUEL KATAEV, ESQUIRE (by videoconference)
14     Sage Legal LLC
15     18211 Jamaica Avenue
16     Jamaica, NY 11423
17     emanuel@sagelegal.nyc
18     (718) 412-2421
19
20 ALSO PRESENT:
21     Alivia Cooney, Paralegal, Sage Legal LLC (by
22     videoconference)
23
24
25
```

Page 3

```
1              I N D E X
2  EXAMINATION:                      PAGE
3     By Mr. Nussbaum               6
4
5           E X H I B I T S
6  NO.      DESCRIPTION            PAGE
7  Exhibit 1    Spreadsheet of Employees,
8          File Named 2025.csv       49
9  Exhibit 2    Spreadsheet of Employees,
10         File Named 2024.csv       66
11 Exhibit 3    Spreadsheet of Employees,
12         File Named 2023.csv       72
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1              J. PALIKO
2     THE REPORTER:  Good afternoon.  My
3  name is Talya Brott.  I'm the reporter
4  assigned by Veritext to take the record of
5  this proceeding.  We are now on the record
6  at 1:04 p.m.
7     This is the deposition of Janos
8  Paliko taken in the matter of Katherine
9  Fernandez, et al. vs. Bulldozer
10 Hospitality, Inc., et al., on Wednesday,
11 December 3, 2025, in Jersey City, New
12 York.
13    I am a notary -- I'm sorry.  Jersey
14 City, New Jersey.
15    I'm a notary authorized to take
16 acknowledgments and administer oaths in
17 New York.  Parties agree that I will swear
18 in this witness remotely.
19    Additionally, absent an objection on
20 the record before the witness is sworn,
21 all parties and the witness understand and
22 agree that any certified transcript
23 produced from the record of this
24 proceeding:
25    - is intended for all uses permitted
```

Page 5

```
1              J. PALIKO
2  under applicable procedural and
3  evidentiary rules and laws in the same
4  manner as a deposition recorded by
5  stenographic means; and
6     - shall constitute written
7  stipulation of such.
8     At this time will everyone in
9  attendance please identify themselves for
10 the record beginning with Plaintiff's
11 counsel.
12    MR. NUSSBAUM:  Hi.  Good afternoon.
13 Josef Nussbaum from Joseph & Kirschenbaum
14 for the plaintiffs.
15    MR. KATAEV:  Good afternoon.  Emanuel
16 Kataev of Sage Legal LLC for the
17 defendants.
18    With me is Alivia Cooney, a paralegal
19 at the firm, and of course the witness,
20 Janos Paliko, who is the designated
21 corporate representative of Defendant
22 Bulldozer Hospitality Group, Inc.
23    THE REPORTER:  Thank you.
24    Mr. Paliko, will you state your name
25 for the record.
```

2 (Pages 2 - 5)

Page 6

J. PALIKO

1
2       MR. PALIKO:  Janos Paliko.
3       THE REPORTER:  Thank you.  Hearing no
4  objection, I'll swear in the witness.
5       Please raise your right hand.
6  WHEREUPON,
7       JANOS PALIKO,
8  called as a witness and having been first
9  duly sworn to tell the truth, the whole
10  truth, and nothing but the truth, was
11  examined and testified as follows:
12       THE REPORTER:  Thank you.
13       You may proceed.
14       MR. NUSSBAUM:  Thank you.
15       EXAMINATION
16  BY MR. NUSSBAUM:
17    Q   Good afternoon, Mr. Paliko.
18    A   Good afternoon.  Good afternoon.
19    Q   Do you hear me well?
20    A   Yeah.  Yeah.  Okay.
21    Q   Great.  So you just stated your
22  name for the record.  Have you ever gone
23  by any other names?
24    A   No.  No.
25    Q   Any nicknames?

Page 7

J. PALIKO

1
2    A   No.
3    Q   Okay.  As I think you heard
4  earlier, my name is Josef Nussbaum.  I
5  represent Katherine Fernandez and two
6  other plaintiffs in a lawsuit against
7  Bulldozer Hospitality Group, Inc.  Are you
8  familiar with that entity?
9    A   I am.
10    Q   Okay.  And do you work for that
11  entity?
12    A   I do.
13    Q   And that entity runs --
14       THE REPORTER:  Speak up -- speak up,
15  please, Mr. Paliko.  Speak up.
16       THE WITNESS:  Yes, I do.
17  BY MR. NUSSBAUM:
18    Q   And that entity runs a
19  restaurant that's called Osteria La Baia;
20  correct?
21    A   Correct.
22    Q   Okay.  So for the remainder of
23  today's deposition, is it clear to you
24  that if I refer to "Bulldozer" or "Osteria
25  La Baia," I'm referring to the same thing?

Page 8

J. PALIKO

1
2    A   Okay.
3    Q   Great.  The address you gave the
4  court reporter, is that where you reside?
5    A   Yeah.
6       MR. KATAEV:  Objection, form.
7  BY MR. NUSSBAUM:
8    Q   Okay.  Have you ever been
9  deposed before?
10    A   Never.  It's first time.
11    Q   Great.  I'm going to be asking
12  you a number of questions today, so I'll
13  go over a few ground rules just to try to
14  make it a little bit easier.
15       The court reporter will be
16  taking everything that we say down for the
17  record.  Because the court reporter is
18  transcribing the deposition, it's
19  important that you give verbal responses
20  to all my questions.
21       The court reporter cannot record
22  any hand movements or head nods.  Do you
23  understand that?
24    A   I do.
25    Q   You have been sworn in, and

Page 9

J. PALIKO

1
2  you're answering all questions under oath
3  today.
4       Do you understand that you have
5  the same obligation to tell the truth and
6  will be subject to the same penalties for
7  perjury if you don't tell the truth as if
8  you were testifying in a court of law?
9    A   I understand.
10       MR. KATAEV:  Objection, form.
11  BY MR. NUSSBAUM:
12    Q   If you don't --
13       THE REPORTER:  I didn't hear that,
14  Mr. Kataev.
15       MR. KATAEV:  Objection, form.
16       You may --
17  BY MR. NUSSBAUM:
18    Q   If you don't understand a
19  question I've asked, please let me know,
20  and I'll rephrase it.  If you answer the
21  question, I'm going to assume that you
22  understood it.  Do you understand that
23  instruction?
24    A   Yes, I do.
25    Q   Okay.  Please let me finish

3 (Pages 6 - 9)

J. PALIKO

1
2 asking a question before you begin your
3 answer, even if you think you might know
4 what I'm about to ask.
5        That way, the court reporter can
6 get everything that we say down for the
7 record.  Do you understand that?
8    A  I do.
9    Q   Okay.  If you need a break at
10 any time, please let me know, and I'll try
11 to accommodate you.  I just ask that if a
12 question is pending, you first answer the
13 question before we take a break.  Do you
14 understand that?
15    A  I understand.
16    Q   Okay.  You speak English
17 fluently; right?
18    A  I do.
19    Q   Okay.  So you understand all my
20 questions so far today, or all my
21 instructions?
22    A  I do.
23    Q   Great.  Are you currently taking
24 any medication that may impair your
25 ability to testify truthfully today?

J. PALIKO

1
2    A  I don't.
3    Q   Is there any other reason that
4 you're unable to testify truthfully today?
5    A  No.
6    Q   Are you taking any medication
7 that may impair your memory?
8    A  No.
9    Q   Is there any other reason that
10 your memory may be impaired?
11    A  No.
12    Q   Okay.  Are you being paid to
13 testify today?
14    A  Yes.
15    Q   Who's paying you?
16    A  Beg your pardon?  Could you
17 repeat?
18    Q   Who is paying you?
19    MR. KATAEV:  Objection to form.
20 BY MR. NUSSBAUM:
21    Q   You can answer.
22    A  Nobody's paying me to do that.
23    Q   I understood a moment ago that
24 you said that you are being paid to
25 testify today.  Are you being paid to

J. PALIKO

1
2 testify today?
3    A  No, I'm not.
4    Q   Okay.  Please make sure to let
5 me finish my question before you start
6 your answer; okay?
7    A  Sure.
8    Q   Okay.  Have you ever been a
9 plaintiff or a defendant in a lawsuit?
10    A  Never.
11    Q   And have you ever given any
12 testimony under oath before?
13    A  No.
14    Q   Any signed statements?
15    A  No.
16    Q   Okay.  Without revealing any
17 communications -- the substance of any
18 communications you had with an attorney
19 before today's deposition, did you do
20 anything to prepare?
21    A  I did.
22    Q   What did you do?
23    A  We went over a few questions and
24 answer, and also, I reviewed the
25 deposition of Robert and Marianna.

J. PALIKO

1
2    Q   Okay.
3        THE REPORTER:  Can you speak up,
4 please, or move closer to the mic?
5        THE WITNESS:  Okay.
6        THE REPORTER:  Thank you.
7 BY MR. NUSSBAUM:
8    Q   Did you review any payroll
9 records?
10    A  I haven't.
11    Q   But you're familiar with payroll
12 records at Osteria La Baia; right?
13    A  Some of them.  I'm not in charge
14 with the payroll.
15    Q   Who's in charge of the payroll?
16    A  Stephanie is the one who is
17 submitting the payroll.
18    Q   What's Stephanie's last name?
19    A  I don't recall her last name.
20    Q   And she still works for the
21 company?
22    A  Yes.
23    Q   Do you understand that you're
24 testifying today on behalf of Osteria La
25 Baia?

4 (Pages 10 - 13)

1          J. PALIKO
2     A    Yes, I do.
3     Q    And that the answers you give
4 will bind that corporation.  Do you
5 understand that?
6        MR. KATAEV:  Objection, form.
7        THE REPORTER:  -- didn't get an
8     answer.
9 BY MR. NUSSBAUM:
10    Q    You can answer.
11    A    I do.
12    Q    Have you reviewed the notice for
13 today's deposition?
14    A    No.
15    Q    Okay.  You're the general
16 manager of Osteria La Baia; right?
17    A    Correct.
18    Q    And how long have you been in
19 that role?
20    A    Since September last year, I
21 took over the position.
22    Q    So about 14 months?
23    A    Yeah, around.
24    Q    Okay.  And what did you do
25 before that?

1          J. PALIKO
2     A    Before I -- I been a floor
3 manager and assistant general manager in
4 the same company.
5     Q    Okay.  And how long were you
6 floor manager for?
7     A    I start as a floor manager in
8 February 2022, and I been, like, around
9 one year.  I don't recall exactly.
10    Q    Okay.  And you were assistant
11 general manager at the same time?
12    A    No.  After.
13    Q    You were assistant general
14 manager after you were floor manager, but
15 before you became general manager; is that
16 right?
17    A    Correct.
18        MR. KATAEV:  Objection, form.
19 BY MR. NUSSBAUM:
20    Q    Okay.  Who hired you to work at
21 Osteria La Baia in February 2022?
22    A    I don't recall his name.  It was
23 a GM.  He -- he'd been only for a couple
24 of weeks, and after, he left.  I don't
25 recall his name.

1          J. PALIKO
2     Q    Okay.  And who promoted you to
3 assistant general manager?
4     A    After was another GM who came,
5 and he -- he was the one who promote me.
6     Q    What's his name?
7     A    I have to check my records.  I
8 don't know, because there were so many
9 before.
10    Q    Okay.  And do you know why that
11 GM left?
12        MR. KATAEV:  Objection, form.
13        THE WITNESS:  I don't recall.  I
14     don't recall.
15 BY MR. NUSSBAUM:
16    Q    Does that GM still work for the
17 company?
18    A    No, no more.
19    Q    No.  Who promoted you to general
20 manager?
21    A    Actually, nobody promoted me.
22 The -- the general manager who been with
23 us, he left, and I just took over his
24 role.
25    Q    Just decided on your own?

1          J. PALIKO
2     A    Was, of course, our director,
3 operation, Robert, who -- who decided.
4     Q    So Robert hired you to be the
5 general manager?
6     A    He promote me.
7     Q    Would it be surprising to you,
8 especially since you read Marianna's
9 deposition transcript, that she said she
10 interviewed and hired you to be the
11 general manager?
12    A    Yeah, both of them, they been
13 there.
14    Q    So both of them interviewed and
15 hired you to be the general manager;
16 right?
17    A    Yeah.  Actually, we had just a
18 conversation.  Was not, like, an
19 interview.
20    Q    Okay.  Did you get a pay raise
21 from when you were promoted from assistant
22 GM to GM?
23        MR. KATAEV:  Objection, form.
24 BY MR. NUSSBAUM:
25    Q    What's the answer?

5 (Pages 14 - 17)

Page 18

J. PALIKO
1
2       THE REPORTER:  Repeat your answer.
3       THE WITNESS:  Not right away.
4  BY MR. NUSSBAUM:
5    Q   Okay.  Did you get one later?
6    A   Yes.
7    Q   Okay.  Who decided to give you a
8  pay raise?
9    A   The director, operation.
10   Q   And Marianna; right?
11   A   I'm in touch only with the
12 director, operation.  It's chain of
13 command.
14   Q   Okay.  Would it surprise you to
15 hear that Marianna testified that she
16 speaks to you about the operations of
17 Osteria La Baia?
18      MR. KATAEV:  Objection to form.
19 BY MR. NUSSBAUM:
20   Q   You can answer.  Unless your
21 attorney tells you not to answer, you
22 answer the question; okay?
23   A   Marianna, she's not involved in
24 operation.  She's doing financing.  Only
25 the director, operation, Robert, it's

Page 19

J. PALIKO
1
2  involved, and I am in contact with -- with
3  Robert more than Marianna.
4    Q   That wasn't --
5       THE REPORTER:  Keep your voice up,
6     please.
7  BY MR. NUSSBAUM:
8    Q   Okay.  You didn't answer my
9  question.  My question was does
10 it -- would it surprise you to hear that
11 Marianna said she talks to you about
12 operations sometimes?
13      MR. KATAEV:  Objection, form.
14      THE WITNESS:  Sometimes.  Yeah.  Not
15    very --
16 BY MR. NUSSBAUM:
17   Q   She does?
18   A   Yes.
19   Q   Did you get a raise when you
20 were promoted from floor manager to
21 assistant GM?
22      MR. KATAEV:  Objection to form.
23      THE WITNESS:  Not right away.
24 BY MR. NUSSBAUM:
25   Q   Okay.  But you got one

Page 20

J. PALIKO
1
2  eventually; right?
3    A   I did, yeah.
4    Q   But why is it that both times
5  you got a raise, it wasn't right away, but
6  later?  Is there a specific reason for
7  that?
8    A   Because all the time when you
9  got a promotion, you have a -- like, a
10 probation period to see if -- if you are a
11 good fit for that position.
12   Q   But when you were interviewed
13 in -- I'm sorry.  I thought you were done.
14 Was there something else you were saying?
15   A   The majority restaurant, when I
16 used to work before, they do this.  They
17 give you, like, one or two months'
18 probation to see if you are a good fit for
19 that.
20   Q   Okay.  So when you had your
21 interview and you were promoted to the new
22 roles, you discussed at that time that you
23 would have a probationary period.
24      But if you passed -- if you
25 survived the probationary period, you

Page 21

J. PALIKO
1
2  would get a raise; right?
3    A   Correct.
4    Q   And Robert and Marianna decided
5  that; right?
6    A   Yes.
7    Q   Now, after you were promoted
8  from floor manager to assistant general
9  manager, who became the floor manager?
10   A   We didn't have any floor
11 manager.
12   Q   Okay.  Is there a floor manager
13 today?
14   A   We don't have any floor manager.
15   Q   So other than you, who else is
16 in charge of the restaurant?
17   A   At the moment, I'm the only one,
18 manager in the restaurant in charge.
19   Q   Okay.  What does Robert do at
20 the restaurant?
21   A   Robert, he's the director,
22 operation.  He is doing the -- he's in
23 charge with the vendors, with the
24 payments, and that's it.  Everything else,
25 what is front of the house, I'm in charge.

6 (Pages 18 - 21)

Page 22

```
1              J. PALIKO
2    Q   Right.  But isn't it true that
3  Robert attends pre-shift meetings with the
4  front-of-the-house employees?
5    A   Once in a --
6       THE REPORTER:  Was that an objection?
7       MR. KATAEV:  To form.
8       THE REPORTER:  Go ahead.
9       THE WITNESS:  Once in a while.  Not
10 very often.
11 BY MR. NUSSBAUM:
12   Q   Okay.  How often would you say?
13   A   Maybe once a month.
14   Q   Okay.  The -- withdrawn.
15      What's your schedule at the
16 restaurant?
17   A   I have a flexible schedule.  I
18 do my own schedule, and usually, I'm all
19 the time there when it's busy or rush
20 hour.  Usually, I do, like, doubles five
21 days a week or six days when it's
22 required.
23      Depends how busy we are and how
24 many events.
25   Q   Who's the -- who's -- withdrawn.
```

Page 23

```
1              J. PALIKO
2       Who manages the restaurant on
3  the one or two days that you're not there?
4    A   It's -- actually, it's not,
5  like, managing.  Julio is the head server.
6  He's the one who in a way supervise but is
7  not managing place.
8    Q   He's the one that supervises,
9  you said?
10   A   It's -- he's -- he's taking care
11 to be sure everything is followed there.
12   Q   Okay.  So what does he do on
13 the --
14      THE REPORTER:  I'm sorry.  That
15 everything is what?  Followed?
16      THE WITNESS:  Yeah, like all the
17 rules and everything.
18 BY MR. NUSSBAUM:
19   Q   On the days that you're not
20 there, Julio -- withdrawn.
21      When you say "Julio," you're
22 talking about Julio Perez?
23   A   Yeah, Julio Perez.  The -- the
24 head waiter.
25   Q   Okay.  So on the days that
```

Page 24

```
1              J. PALIKO
2  you're not there, Julio Perez makes sure
3  that everyone's following the rules at the
4  restaurant?
5       MR. KATAEV:  Objection to form.
6  BY MR. NUSSBAUM:
7    Q   You can answer.
8    A   Actually, he is performing
9  the -- the service, the server role.  But
10 he's doing openings and also doing the
11 pre-shifts when I'm not there.
12   Q   Right.  But you mentioned -- you
13 said a moment ago that when you're not
14 there, he makes sure everyone is following
15 the rules; right?  That's what you said?
16      MR. KATAEV:  Objection to form.
17 BY MR. NUSSBAUM:
18   Q   Mr. Paliko, unless you're
19 instructed to not answer the question, you
20 have to answer the question; okay?  I
21 think that's clear at this point.  Do you
22 understand that?
23   A   Yeah, yeah.  As I mentioned
24 before, he is the one who is doing the
25 pre-shift, doing opening, nothing else.
```

Page 25

```
1              J. PALIKO
2  He's performing his server role and
3  nothing else.
4    Q   Okay.  So who's managing the
5  restaurant?
6       MR. KATAEV:  Objection --
7       THE WITNESS:  The -- the system is
8    already in place.  The -- the restaurant
9    is running by himself.
10 BY MR. NUSSBAUM:
11   Q   What happens if a server or a
12 busboy shows up late on a day that you're
13 not there?
14   A   Julio is the one who informing
15 me, and I will take the action the
16 following day.
17   Q   Okay.  So if there are any
18 issues that you would care about as the
19 manager, you expect Julio to inform you of
20 those issues on the days that you're not
21 present in the restaurant; right?
22      MR. KATAEV:  Objection to form.
23      THE WITNESS:  Correct.
24      THE REPORTER:  I'm sorry.  I need you
25   to slow down, everyone, a bit.
```

7 (Pages 22 - 25)

1              J. PALIKO
2  BY MR. NUSSBAUM:
3      Q   What was the answer?
4          MR. KATAEV:  My objection was to
5  form.  He can answer.
6          MR. NUSSBAUM:  Counsel, the judge's
7  rules are very clear.  You just say,
8  "Objection."  You can go pull them up on
9  your computer.  It's disrupting and
10 especially because you don't speak near
11 the microphone.
12         And it makes it -- it interferes with
13 the deposition.  Just say, "Objection,"
14 and your objection's noted.  And you'll do
15 whatever you want with it at a later date.
16 You don't need to say anything else.
17         Then you could go read Judge
18 Subramanian's rule.  That's what it says
19 you need to do.
20         MR. KATAEV:  I think you need to read
21 the rule.
22         MR. NUSSBAUM:  I'm going to enforce
23 it.
24         MR. KATAEV:  I think you need to read
25 the rule, because it says "Objection,

1  form" is permitted.  You could look it up
2  now.
3          MR. NUSSBAUM:  Yeah, but you -- every
4  time you say, "Objection, form.  You may
5  answer," it slows down and jams up the
6  deposition.  He does not let you say, "You
7  may answer"; okay?
8          And the witness has now been
9  instructed two or three times that he may
10 answer.
11         MR. KATAEV:  Okay.
12         MR. NUSSBAUM:  He's got it.  He seems
13 to be understanding everything else.
14         MR. KATAEV:  I'll say, "Objection,
15 form."  No problem.  Go ahead.  Proceed
16 with your deposition.
17         THE REPORTER:  I don't believe we
18 have an answer to that last question.
19         MR. NUSSBAUM:  Yeah.  Can you read
20 the last question, please?
21         THE REPORTER:  Yes.  Give me one
22 moment to go back.
23         (The reporter repeated the
24         record as requested.)

1              J. PALIKO
2          THE WITNESS:  Correct.
3  BY MR. NUSSBAUM:
4      Q   Are you familiar with the food
5  service employees at the restaurant?
6      A   Sorry.  I didn't understand your
7  question.  Could you repeat?
8      Q   Sure.  Are you familiar with the
9  specifics of the food service employees'
10 employment with Osteria La Baia?
11     A   Yes, I am.
12     Q   You're their boss; right?
13     A   Yes --
14     Q   And you were hired by --
15         THE REPORTER:  I'm sorry?
16 BY MR. NUSSBAUM:
17     Q   I'm sorry.  Go ahead.
18     A   I don't consider myself boss.
19 I'm just the general manager.
20     Q   Okay.  So who's the boss?
21     A   I -- I'm not the right person
22 to -- to tell you that.  The owner is
23 Marianna.  Director, operation, it's
24 Robert.  And I'm the general manager.
25         THE REPORTER:  And just slow down,

1              J. PALIKO
2  everyone, in their speech, please, going
3  forward, so I can hear you more clearly.
4  BY MR. NUSSBAUM:
5      Q   The food service employees
6  report to you; right?
7      A   Correct.
8      Q   Okay.  You interview them?
9      A   I did.
10     Q   And you hire them?
11     A   I did.
12     Q   And you're responsible for
13 terminating them if there's a problem with
14 them?
15     A   I am.
16     Q   Okay.  Has Robert ever
17 participated in an interview of a food
18 service employee with you?
19     A   Never.
20     Q   Okay.  Have you ever discussed
21 hiring a food service employee with
22 Robert?
23     A   No.
24     Q   Have you ever discussed
25 terminating a food service employee with

Page 30

J. PALIKO

2 Robert?
3    A   No.
4    Q   Have you ever terminated a food
5 service employee?
6    A   I did.
7    Q   Okay.  And did you discuss it
8 with anyone before firing them?
9    A   No.
10    Q   You didn't consult with anyone?
11    A   No.
12        MR. KATAEV:  Objection to form.
13 BY MR. NUSSBAUM:
14    Q   Okay.  Now, the food service
15 employees at Osteria La Baia are
16 bartenders, servers, bussers, and runners;
17 right?
18        MR. KATAEV:  Objection, form.
19        THE WITNESS:  And bartenders.
20 BY MR. NUSSBAUM:
21    Q   And any other position?
22    A   No.
23    Q   And all those food service
24 employees, they all participate in a tip
25 pool together?

Page 31

J. PALIKO

2    A   Correct.
3    Q   Okay.  Who created the tip pool
4 at Osteria La Baia?
5    A   This has been created from
6 before.  I just -- I just took over
7 the -- the system.
8    Q   Okay.  How are the shares of the
9 tip pool divided?
10    A   Based on the position of the
11 employees.
12    Q   Can you describe it for me in
13 specifics?
14    A   Sure.  The server has one point
15 and the bartender the same one point.  The
16 food runner has 0.7, and the busser has
17 0.6.  The system --
18        THE REPORTER:  Wait, wait, wait.
19    Food runner has --
20        THE WITNESS:  0.7, and the busser's
21    0.6.  The --
22 BY MR. NUSSBAUM:
23    Q   Okay.  And who determined -- I'm
24 sorry.  Go ahead.
25    A   The system is created in Toast,

Page 32

J. PALIKO

2 who is making the calculation for --
3    Q   Who decided on the point values
4 for each of the position?
5    A   Has been created from
6 before -- before I took over.
7    Q   Okay.  Was there ever a time
8 that the tips were apportioned based off
9 of the amount of time that employees
10 worked each shift?
11    A   Like, based on time, how many
12 hours they work?
13    Q   Yeah.
14    A   Yeah.  It's still -- it's
15 still -- that is the system.  It's based
16 on the position and how many hours they
17 work proportionally --
18        THE REPORTER:  I'm sorry.
19    Proportionally --
20        THE WITNESS:  With the hours worked.
21 BY MR. NUSSBAUM:
22    Q   Okay.  So if a -- if two servers
23 worked the same shift but one of them
24 worked six hours and the other one worked
25 three hours, would the one who worked

Page 33

J. PALIKO

2 three hours receive half of the amount of
3 tips of the one that worked six hours?
4    A   It's -- it's a calculation made
5 by the Toast.  I cannot tell you accurate.
6 I don't want to tell you something wrong.
7    Q   Okay.  Who input that
8 calculation into the Toast system?
9    A   That is automatically doing the
10 Toast, based on the input of the timing,
11 which is made by the front of the house.
12    Q   Well, the people at Toast didn't
13 decide how to divide Osteria La Baia's tip
14 pool; right?
15        MR. KATAEV:  Objection, form.
16        THE WITNESS:  Toast has a few options
17    for the -- for the pool, and the
18    management is the one who choose which
19    one.  It's more convenient.
20        And this, as I mentioned before, had
21    been chose from the management before, and
22    I just took over the system.
23 BY MR. NUSSBAUM:
24    Q   Are there any other tip pools
25 other than the one we've been discussing

9 (Pages 30 - 33)

Page 34

J. PALIKO

1
2  at Osteria La Baia?
3      A   No.  This is the only one.
4      Q   Okay.  And all the employees in
5  the tip pool are subject to the same
6  policies with respect to the tip pool;
7  correct?
8          MR. KATAEV:  Objection --
9          THE WITNESS:  Correct.
10         THE REPORTER:  Repeat your answer.
11  BY MR. NUSSBAUM:
12     Q   What's the answer?
13     A   Correct.
14     Q   What are your job functions as
15  the general manager at Osteria La Baia?
16     A   Here, I have -- actually, my
17  responsibilities are hiring, inventories,
18  scheduling, updating the wine program and
19  the bar program, keeping a good relation
20  with the vendors.  Also coaching and
21  training my staff.
22     Q   Isn't it true that Julio Perez
23  is involved in scheduling as well?
24         MR. KATAEV:  Objection to form.
25         THE WITNESS:  Never.

Page 35

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   Never?  He doesn't message --
4          THE REPORTER:  Your answer -- going
5  too quickly.
6          MR. NUSSBAUM:  It was "Never."
7          THE WITNESS:  He's not involved, and
8  I -- I'm the only one who's doing the
9  schedule.
10  BY MR. NUSSBAUM:
11     Q   Okay.  Isn't it true that
12  employees at Osteria La Baia text message
13  with Julio about their schedule?
14     A   No.
15     Q   Would it surprise you,
16  especially since you reviewed Robert's
17  transcript, that he testified that Julio
18  participates in scheduling employees?
19         MR. KATAEV:  Objection, form.
20         THE WITNESS:  As I mentioned before,
21  I'm the one who -- I'm charged with front
22  of the house.  And Robert also, he doesn't
23  know all the details.
24         THE REPORTER:  One moment.  Mr.
25  Kataev, you're joining from another

Page 36

J. PALIKO

1
2  account?
3          MR. KATAEV:  From computer, and I'm
4  going to jump off this.  But we can
5  proceed and do that at a later time if we
6  don't want to stop.
7          THE REPORTER:  Do you want me to
8  admit you?
9          MR. KATAEV:  Either way is fine.
10  Whatever Joe wants.
11         MR. NUSSBAUM:  We'll proceed.
12  BY MR. NUSSBAUM:
13     Q   What was your job as assistant
14  general manager?
15     A   Actually, as a -- I was doing
16  the same.  I -- I was not doing the hiring
17  of the people.  I was still involved in
18  the inventory, training of the people, but
19  the general manager was doing the hiring.
20     Q   Okay.  And what was your job as
21  floor manager?
22     A   As a floor manager, I was on the
23  floor, taking care of the service,
24  touching the tables, and to be sure
25  everything is seamless.

Page 37

J. PALIKO

1
2          THE REPORTER:  Mr. Paliko, can you
3  speak up and try to speak more clearly
4  just so I can hear you?  You're mumbling a
5  bit.  Thank you.
6          THE WITNESS:  Sure.
7          As a floor manager, I used to be on
8  the floor, taking care of the service,
9  touching the tables, also dealing with the
10  complaints, and the same time, I was doing
11  the training of the -- of the staff.
12  BY MR. NUSSBAUM:
13     Q   Okay.  So why is it that Osteria
14  La Baia didn't need to have a floor
15  manager after you were promoted to
16  assistant general manager?
17         MR. KATAEV:  Objection, form.
18         THE WITNESS:  I have no answer for
19  that.  Probably the director, operations
20  saw that I can handle everything, and he
21  decided to be the only one, looking into
22  my performance.
23  BY MR. NUSSBAUM:
24     Q   So do you continue to touch
25  every table and do all the same things you

10 (Pages 34 - 37)

J. PALIKO

1 described that you did when you were the
2 floor manager?
3 A   I do.
4    Q   Now, all the food service
5 employees, the tipped employees that we
6 described earlier, they're all paid
7 according to the New York State tip credit
8 wage; right?
9    A   Correct.
10       MR. KATAEV:  Objection, form.
11 BY MR. NUSSBAUM:
12    Q   That policy applies equally to
13 all of them?
14       MR. KATAEV:  Objection, form.
15       THE WITNESS:  Yes.
16 BY MR. NUSSBAUM:
17    Q   Okay.  Whose decision was it to
18 pay them that wage rate?
19    A   The same.  Was the system
20 created from before, and I just took it
21 over.
22    Q   Do -- withdrawn.
23       Does Osteria La Baia provide
24 written notice to the tipped food service

J. PALIKO

1 employees before it pays them according to
2 the tip credit minimum wage?
3    A   Yes.
4    Q   Do you have any evidence of
5 that?
6    A   Yes.
7    Q   What evidence do you have?
8    A   All the time when I do the
9 hiring, I -- I give them the -- the notice
10 of the pay rate and everything.  I go over
11 all the requirements to be sure we are in
12 accordance with the federal law and state.
13    Q   Do you give them something in
14 writing?
15    A   Yes.
16    Q   And do they sign it?
17    A   Yes.
18    Q   And does Osteria La Baia keep
19 it?
20    A   Yes.
21    Q   And you've been doing that as
22 long as you've been working as a floor
23 manager; is that your testimony?
24    A   No.  Only since I am GM.

J. PALIKO

1    Q   So since September 2024?
2    A   Correct.
3    Q   Okay.  Do you know that as part
4 of this lawsuit, the plaintiffs requested
5 certain documents from Osteria La Baia?
6    A   No.
7    Q   You don't know that?
8    A   No.
9    Q   Were you involved at all in
10 giving Osteria La Baia's lawyers documents
11 related to this lawsuit?
12    A   No.  I never been involved.
13    Q   Do you know if anyone else at
14 the restaurant was?
15    A   I have no information about
16 that.
17    Q   So you're saying you have those
18 documents, and if Osteria La Baia wanted
19 to, they could give them to me; is that
20 true?
21       MR. KATAEV:  Objection, form.
22       THE WITNESS:  Yes, since I took over
23       from September 2024.
24 //

J. PALIKO

1 BY MR. NUSSBAUM:
2    Q   Do you know prior to 2024 if
3 Osteria La Baia gave those written notices
4 to people?
5    A   I have no information, because I
6 was not the one doing the hiring.
7       MR. NUSSBAUM:  All right.  For the
8       record, Counsel, you're entering a
9       sanctionable zone here.  We asked for a
10      witness today for the second time who was
11      able to testify about the documents that
12      Defendants provided.
13         He's saying that he can't testify
14      about the documents from before the time
15      that he was general manager.  And so
16      what's the story here?  Did you prepare
17      this witness or not?
18         MR. KATAEV:  The witness is prepared
19      to answer your questions about documents.
20      Please proceed with your deposition.  You
21      can make whatever motion appropriately.
22         MR. NUSSBAUM:  Okay.  Yeah.  I'll ask
23      him again.
24 //

1          J. PALIKO
2 BY MR. NUSSBAUM:
3     Q   In 2023, did Osteria La Baia
4 give the tipped food service employees a
5 written notice that they were paying them
6 according to a tip credit?
7     A   I was not doing the hiring, and
8 I don't have that information.
9     Q   Okay.  How about in 2022?
10    A   I don't have that information.
11    Q   How about in 2021?
12    A   I was not at La Baia.
13    Q   So do you know if Osteria La
14 Baia provided those documents to the
15 tipped employees?
16    A   I don't have that information.
17 I don't want to tell you something wrong,
18 which I don't know.
19        MR. NUSSBAUM:  So Topic Number 16 in
20 the notice of deposition asks for a
21 witness that can testify about
22 "employment-related documents that
23 Defendant provided to putative class
24 members during the liability period."
25        THE REPORTER:  Wait.  Can you repeat

1          J. PALIKO
2 that, the -- "Defendant provided to" --
3        MR. NUSSBAUM:  "Putative class
4 members during the liability period."
5        This witness has just testified that
6 he cannot testify about whether or not
7 Osteria La Baia provided those documents
8 in 2021, 2022, and 2023.
9        And therefore this witness is not
10 prepared to testify in accordance with the
11 notice that we served.
12        MR. KATAEV:  Do you have another
13 question?
14        MR. NUSSBAUM:  Mr. Kataev, what's the
15 story here?  This is the second witness,
16 and you understood the issue after the
17 last deposition.
18        MR. KATAEV:  He's prepared to testify
19 about the time period he was there.  So
20 you can ask him about 2024.  But
21 this -- you're not -- I'm not a witness,
22 and you're not deposing me.
23        You have the witness in front of you.
24 Ask your questions, and then you can make
25 whatever application you deem appropriate.

1          J. PALIKO
2        MR. NUSSBAUM:  You're right that I'm
3 not deposing you, but you were supposed to
4 get me a witness that was supposed to be
5 able to testify in accordance with the
6 notice.
7        MR. KATAEV:  I provided you a witness
8 who can testify about it during the time
9 period he was there.  You can ask him
10 about at least --
11        MR. NUSSBAUM:  That's not -- the
12 notice doesn't limit the time period, and
13 you know that.  And so you're just playing
14 games, and so we're going to do what we
15 need to do.
16        MR. KATAEV:  I'm not going
17 to -- deposition.
18        THE REPORTER:  Sorry.
19        MR. NUSSBAUM:  Of course not.
20        THE REPORTER:  Wait.  Wait.  Slow
21 down.
22        I didn't hear that, Mr. Kataev.
23        MR. KATAEV:  I'm not going to argue
24 with you in this deposition.  Please
25 proceed with your deposition, and you can

1          J. PALIKO
2 make whatever application you deem
3 appropriate.
4        MR. NUSSBAUM:  How convenient.
5        MR. KATAEV:  I ask that you refrain
6 from unprofessional comments and refer you
7 to Section 1.f of the judge's rules.  Stop
8 engaging in discovery abuses.  Please
9 proceed with your --
10        MR. NUSSBAUM:  That's quite rich,
11 coming from you.
12        Unprofessional conduct is wasting my
13 time by telling me that you're going to
14 get me a second witness in accordance with
15 the same notice and then the witness
16 openly testifying that he has not been
17 prepared, which was your obligation, to
18 testify about the things that we noticed.
19        That's unprofessional.
20        MR. KATAEV:  Okay.  Please proceed
21 with your deposition.
22        MR. NUSSBAUM:  All right.  So, you
23 know, be careful when you use the term,
24 you know, lest it come right back at you,
25 Mr. Kataev.

Page 46

J. PALIKO

1
2      MR. KATAEV:  -- your deposition.
3  BY MR. NUSSBAUM:
4      Q   What, if anything, has Osteria
5  La Baia done to ensure that its
6  compensation and tipping practices are in
7  accordance with state and federal law?
8      MR. KATAEV:  Objection to form.
9      THE WITNESS:  We are using the
10     attorney company who update us with all
11     the information, what we need to be sure
12     we are in accordance with the federal and
13     state law.
14     THE REPORTER:  Can you repeat that?
15  BY MR. NUSSBAUM:
16     Q   Which company?
17     THE REPORTER:  I didn't -- didn't
18     understand that.  "We are using the" what?
19     THE WITNESS:  The attorney company,
20     like Emanuel.  He's the one who is sending
21     me every week or on the daily basis
22     whatever I need, any updates, and to be
23     sure everything, it's in accordance with
24     the federal and state law.
25  //

Page 47

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   When did he first start sending
4  those to you?
5      A   Couple of months ago.
6      Q   Okay.  Well, prior to a couple
7  of months ago, what did Osteria La Baia
8  do?
9      A   We just followed the system
10  which been created from before.
11     Q   Anything else?
12     A   No.
13     Q   Okay.  So you have no evidence
14  of any other steps that Osteria La Baia
15  took to ensure that its compensation and
16  tipping practices follow state and federal
17  law; correct?
18     MR. KATAEV:  Objection, form.
19     You can answer.
20     THE WITNESS:  We -- we had the HR
21     company in place who used to take care of
22     that.
23  BY MR. NUSSBAUM:
24     Q   What's the name of the company?
25     A   I don't have that information.

Page 48

J. PALIKO

1
2      MR. NUSSBAUM:  Okay.  And again, Mr.
3  Kataev, if you could just say, "Objection
4  to form," pursuant to the judge's rules.
5  I'm going to ask you again for the second
6  time.
7      MR. KATAEV:  Yes.
8      MR. NUSSBAUM:  Actually, third time
9  if you count the last 30(b)(6) deposition.
10  BY MR. NUSSBAUM:
11     Q   Okay.  And other than the HR
12  company, you didn't do anything else;
13  right?
14     A   No.
15     Q   No, you did not do anything
16  else?
17     A   We didn't do anything else, no.
18     Q   I'd like to show you a document
19  that I'm going to mark as Exhibit 1 for
20  today's deposition.  It's actually a
21  spreadsheet.
22         I'll represent to you that this
23  was a spreadsheet that was produced to us
24  by Osteria La Baia in this litigation.
25  The name of the file that they produced

Page 49

J. PALIKO

1
2  and the way they produced it was -- or is
3  2025.csv.
4      (Exhibit 1 was marked for
5      identification.)
6      Okay.  I'm sharing my screen
7  now.  Let me know when you see it.  Mr.
8  Paliko, do you see the spreadsheet?
9      A   Yeah.
10     Q   Okay.  I'll scroll through it to
11  the bottom.
12     MR. KATAEV:  While you're doing that,
13     okay if I switch to the computer so I
14     could follow along?  Because I can't see
15     it as well on my phone.
16     THE REPORTER:  Okay.
17     MR. NUSSBAUM:  With pleasure.
18     THE REPORTER:  I just admitted you.
19     MR. KATAEV:  Thank you.  I'll leave
20     from my phone and join.  Thank you.
21     Okay.  I'm ready to proceed.
22     THE REPORTER:  Wait.  Hold on.
23     MR. NUSSBAUM:  You're still in.
24     You're still --
25     MR. KATAEV:  Go ahead.  Sorry.

13 (Pages 46 - 49)

Page 50

J. PALIKO

1
2 BY MR. NUSSBAUM:
3    Q    Mr. Paliko, do you see the
4 spreadsheet?
5    A    Yes.
6    Q    Are you familiar with this
7 record?
8    A    I never see this one before.
9    Q    Are you prepared to answer
10 questions about this record?
11    A    I am -- I'm looking into
12 the -- the people who used to work here,
13 and they're not familiar.  Probably this
14 has been done before I came.
15    Q    Are you prepared to answer
16 questions about this record?
17    A    Yes.
18    Q    Now, do you see on the top, on
19 Row 1, there are a bunch of words that are
20 the headers for the columns in this
21 spreadsheet?
22    A    Yes.
23    Q    Okay.  Do you see under Column
24 C, it says "Department"?
25    A    Yes.

Page 51

J. PALIKO

1
2    Q    And then under that, it says
3 "BOH."  Do you see that?
4    A    Yes.
5    Q    What does "BOH" stand for?
6    A    Back of the house.
7    Q    Okay.  And then if I scroll
8 down, it switches to "FOH."  What does
9 "FOH" stand for?
10    A    Front of the house.
11    Q    And "front of the house" refers
12 to all the employees who serve customers
13 and receive tips?
14    A    Front of the house.  Yeah.
15    Q    Is the answer yes?
16    A    Yes.
17    Q    Okay.  And then under that,
18 there's a third section called
19 "Management."  Do you see that?
20    A    Yes.
21    Q    Okay.  So there are
22 three -- withdrawn.
23        Employees fall into one of three
24 departments at Osteria La Baia; is that
25 accurate?

Page 52

J. PALIKO

1
2        MR. KATAEV:  Objection, form.
3        THE WITNESS:  Yeah.
4 BY MR. NUSSBAUM:
5    Q    Okay.  And in the management
6 section, there's a person named Daniel
7 Khaimov [ph].  Do you see that?
8    A    Yes.
9    Q    I'm highlighting it.  Who's
10 that?
11    A    I don't recall who is that.
12    Q    Okay.  Okay.  Going to Column B,
13 it says "Job," and then in that column,
14 focusing on the front-of-house people,
15 there are barbacks, bartenders, food
16 runners, hosts, and servers and server
17 assistants.
18        Are those all the different
19 types of jobs that work in the front of
20 the house at Osteria La Baia?
21    A    Correct.
22    Q    And do they all get tips?
23    A    Yes.
24    Q    Do the hosts get tips?
25    A    They -- and they get tips, but

Page 53

J. PALIKO

1
2 it's separate, is not included in the
3 pool.  They are not servicing the guests.
4 They are not taking orders.
5    Q    Where do their tips come from?
6    A    From the guests, from the coat
7 check.
8    Q    So if someone dines at Osteria
9 La Baia and they get their check and they
10 leave a tip on the check, does any portion
11 of that tip go to the hosts?
12    A    I guess, but I'm not in the
13 front to see that.
14    Q    So you don't know?
15    A    I'm not sure.
16    Q    Okay.  And then the following
17 two columns are "Last Name" and "First
18 Name."  That's each employee's last name
19 and first name; right?
20    A    Yes.
21    Q    Okay.  And then going to Column
22 I and focusing on the front-of-house
23 employees, Column I says "Earning."
24        THE REPORTER:  I'm sorry.  Says what?
25        MR. NUSSBAUM:  "Earning,"

14 (Pages 50 - 53)

1          J. PALIKO
2      E-A-R-N-I-N-G.
3 BY MR. NUSSBAUM:
4      Q   And then in that section, there
5 are different delineations for the
6 front-of-house employees.
7         For example, we see for a
8 barback named Samet, S-A-M-E-T, Karagoz,
9 K-A-R-A-G-O-Z, that they had "Cash
10 Gratuity," "Cash Tips Owed" -- I'm sorry,
11 "Cash Gratuities Owed" first and "Cash
12 Tips Owed," then "Gratuity," then
13 "Overtime," then "Regular," then "Spread
14 of Hours," and then "Tips Owed."
15        Do you see those descriptions
16 that I'm highlighting there?
17     A   Yes.
18     Q   Could you -- starting from the
19 first one, can you tell me what "Cash
20 Gratuities Owed" is?
21     A   Cash gratuity, it's -- cash
22 gratuity is the -- the tips, what the
23 people leave on the checks.
24     Q   Okay.  And so what are "Cash
25 Tips Owed"?

1          J. PALIKO
2      A   Cash tips is the -- on the cash,
3 what they -- what they leave, the cash
4 tips, what they declare end of the night.
5      Q   Can you explain, too, the
6 difference between "Cash Gratuities Owed"
7 and "Cash Tips Owed"?
8      A   I'm -- I know for sure -- I want
9 to tell you what I know for sure.  The
10 "Cash Tips Owed" is the cash, what they
11 declare end of the night.  I saw here is
12 gratuity also.  That -- let me see.
13 Gratuity.
14        That can be from the event or
15 can be from the front of the house.
16     Q   And so that -- those are cash
17 tips that customers left that the
18 front-of-house employee declares?
19     A   Yes.  Correct.
20     Q   Okay.  And then what's
21 "Gratuity," the third one?
22     A   Gratuity is the -- is the tips,
23 what the -- the guests leave on the
24 checks, which is not cash.
25     Q   Okay.  And the next line says

1          J. PALIKO
2 "Overtime."  What's overtime?
3      A   Okay.  Overtime -- if they work
4 more than 40 hours, they go to overtime.
5      Q   Okay.  And then the next
6 category is "Regular."  What does that
7 mean?
8      A   I -- I guess -- I'm not sure
9 that -- those are the regular hours which
10 they work, paid for the regular hours.
11     Q   But you're not sure; is that
12 your testimony?
13     A   Just give me a second.  Let
14 me -- best of my memory I believe is that.
15     Q   Okay.  What's "Spread of Hours"?
16     A   I -- I don't have that
17 information for you.
18     Q   Okay.  Then the next one, what's
19 "Tips Owed"?
20     A   I see zero.  I don't have that
21 information.
22     Q   Okay.  Going back to the top,
23 the next column is Column J.  It says
24 "Hours."  Do you see that?
25     A   Yeah.

1          J. PALIKO
2      Q   And then the next one is
3 "Amount"?  Column K is "Amount"?
4      A   Yes.
5      Q   Okay.  So going back to Samet
6 Karagoz, for overtime, under the "Hours"
7 column, it says "17.15."  That means that
8 he was paid for 17.15 hours of overtime?
9         MR. KATAEV:  Objection, form.
10        THE WITNESS:  I'm not sure about
11        that.  All this information is -- is
12        pulled from the payroll, which, as I
13        mentioned before, it's submitted by
14        Stephanie.
15 BY MR. NUSSBAUM:
16     Q   Okay.  Going to the next line,
17 where it says "Regular" in Column I, in
18 Column J, it says -- again, in Column J,
19 it says "738.91."  Do you see that?
20     A   Yeah.
21     Q   That -- it means that Mr.
22 Karagoz was paid for 738.91 regular hours?
23     A   I don't have that information.
24     Q   Who's familiar with these
25 spreadsheets at Osteria La Baia?

Page 58

J. PALIKO

1
2    A    Stephanie is the one who -- who
3  is more familiar with the -- with the
4  payroll.  All this information is pulled
5  out from the payroll.
6        MR. NUSSBAUM:  For the record,
7    we -- this is our second 30(b)(6)
8    deposition with the same notice.
9        One of the reasons we had to call a
10  second witness was because the first
11  witness was not able to testify about the
12  payroll records, specifically these types
13  of spreadsheets that were produced by
14  Defendants in this lawsuit.
15        And so we asked for this
16  witness -- for a witness that could
17  testify about these spreadsheets.  We met
18  and conferred with Defense Counsel between
19  the first 30(b)(6) deposition and this
20  30(b)(6) deposition.
21        He told us he would get us a witness
22  who could testify about the spreadsheets
23  and payroll records that were produced by
24  Defendants in this case.
25        This witness is not even inadequately

Page 59

J. PALIKO

1
2  prepared, but not prepared at all to
3  testify about the specific things that we
4  met and conferred and told Defense Counsel
5  we needed a witness about.
6        And so we're going to, again, keep
7  this deposition open for a witness who can
8  testify about the things that we need.
9        And we will reserve our right to seek
10  sanctions for Defendants' continued
11  conduct of not preparing their 30(b)(6)
12  witnesses to testify about the most basic
13  records in a wage and hour lawsuit.
14        MR. KATAEV:  I prepared a witness who
15  has provided you answers on some of the
16  subjects you asked about.  Please proceed
17  with your deposition, and we can figure
18  this out after the deposition.
19        MR. NUSSBAUM:  Yeah, like last time.
20  Last time -- we could figure this out
21  after, and apparently, we didn't figure it
22  out.  You said you figured it out.  You
23  made us believe that you figured it out.
24        You cost us time and money preparing
25  for today's deposition again, re-preparing

Page 60

J. PALIKO

1
2    after we had already prepared once, and
3    getting another court reporter and losing
4    time that could be spent on other matters.
5        And it's clear from the record that
6    this witness cannot testify about this
7    stuff.
8  BY MR. NUSSBAUM:
9    Q    Mr. Paliko, you're just not
10  familiar with this spreadsheet at all;
11  right?
12        MR. KATAEV:  Objection, form.
13        THE WITNESS:  As I mentioned before,
14    this spreadsheet is pulled out from
15    the payroll.
16  BY MR. NUSSBAUM:
17    Q    Right.  But before I showed it
18  to you at today's deposition, you've never
19  seen it before.  That was your testimony;
20  right?
21        MR. KATAEV:  Objection, form.
22        THE WITNESS:  I saw it, but I never
23    go into details to see what is the meaning
24    of each number or each column.
25  //

Page 61

J. PALIKO

1
2  BY MR. NUSSBAUM:
3    Q    Mr. Paliko, you testified about
4  20 minutes ago that you've never seen it
5  before.  So which one is it?
6        MR. KATAEV:  Objection, form.
7        THE WITNESS:  There are hundreds of
8    spreadsheets like this.  Probably if you
9    work in my place, you will know those one.
10  But no one is the same.  This is why I'm
11    telling you --
12  BY MR. NUSSBAUM:
13    Q    Okay.  But you can't -- I'm
14  sorry.  You're telling me what?
15    A    As I mentioned before, this is
16  from the payroll.  This is not something,
17  what is in my job responsibility.
18    Q    But -- and you can't tell me
19  what the meaning is of the numbers in
20  Column J; right?
21        MR. KATAEV:  Objection, form.
22        THE WITNESS:  I can tell you what I
23    believe, but this doesn't mean it's right
24    or it's accurate a hundred percent.
25  //

16 (Pages 58 - 61)

Page 62

```
1              J. PALIKO
2  BY MR. NUSSBAUM:
3     Q   Okay.  And you can't tell me
4  what the meaning is of the numbers in
5  Column K, either; right?
6         MR. KATAEV:  Objection, form.
7         THE WITNESS:  No.
8  BY MR. NUSSBAUM:
9     Q   What was the answer?
10    A   I don't have that information
11 for you.
12    Q   Okay.  How about Column L?
13        MR. KATAEV:  Objection to form.
14        THE WITNESS:  I don't have that
15    information.
16 BY MR. NUSSBAUM:
17    Q   All right.  How about Column M?
18        MR. KATAEV:  Objection --
19        THE REPORTER:  Repeat your answer.
20        THE WITNESS:  The last column, the M
21    looks like the hours worked, total hours
22    worked, as I see here.
23 BY MR. NUSSBAUM:
24    Q   Now, are you guessing, or you're
25 prepared to testify as a fact?
```

Page 63

```
1              J. PALIKO
2         MR. KATAEV:  Objection, form.
3         THE WITNESS:  No, I'm not sure.  I
4    don't have that.
5  BY MR. NUSSBAUM:
6     Q   Okay.  Now, I'm going to
7  represent to you that Osteria La Baia has
8  produced four other spreadsheets like this
9  for -- that are called 2021, 2022, 2023,
10 and 2024.
11        And they follow the same exact
12 headers as those that we're seeing here.
13 Just so we're clear, you can't tell me
14 what Columns J, K, L, and M mean in those
15 spreadsheets, either; right?
16    A   I don't have that information.
17    Q   You don't have the information
18 to testify about them; right?
19    A   I'm not sure.  I don't want to
20 tell you something wrong.
21    Q   You're not sure about what?
22    A   What those -- what the -- the
23 meaning of those numbers.
24    Q   Right.  So -- and I'm saying and
25 that's true for all the other spreadsheets
```

Page 64

```
1              J. PALIKO
2  that look just like this; right?
3     A   Depends.  Depends.  I'm talking
4  specifically about this one.
5     Q   Okay.  So I'll show you all of
6  them.
7         MR. KATAEV:  Let the record reflect
8    that the attorney laughed at the witness
9    during the deposition.  He was sighing.  I
10   would ask that the --
11        MR. NUSSBAUM:  I can't hear you.
12        MR. KATAEV:  Let the record
13   reflect --
14        MR. NUSSBAUM:  Can't hear you.  I
15   don't hear --
16        MR. KATAEV:  Let the record reflect
17   that the attorney questioning the witness
18   is laughing at the witness during the
19   deposition and sighing.
20        I would just ask that the attorney
21   representing the witness conduct himself
22   professionally, ask the questions at the
23   deposition, and conclude the deposition.
24   Thank you.
25        MR. NUSSBAUM:  All right.  Let the
```

Page 65

```
1              J. PALIKO
2  record reflect that that is completely
3  made up by Mr. Kataev, the same way he
4  made up that he was going to get us a
5  witness today that was prepared to testify
6  about the topics in the 30(b)(6) notice.
7         You don't get to just say whatever
8  you want and say "for the record" before
9  it and just spew whatever you want, Mr.
10 Kataev.  Please spare us.
11        MR. KATAEV:  Please proceed with your
12   deposition.
13        MR. NUSSBAUM:  You're -- I got you.
14   You've told me about 20 times in the three
15   depositions in this case that -- please
16   proceed with my deposition.  I understand
17   that you would like me to proceed with my
18   deposition.
19        You don't need to keep saying it;
20   okay?  Nobody asked you.  It's my
21   deposition.  We scheduled it.  I'm happy
22   to proceed with it.  I don't need you to
23   keep saying it.  It's kind of obnoxious.
24 BY MR. NUSSBAUM:
25    Q   I'm going to show you a document
```

17 (Pages 62 - 65)

Page 66

J. PALIKO

1
2 that I'm marking as Plaintiff's Exhibit 2.
3 This is another spreadsheet.
4         I'll represent to you that this
5 spreadsheet was produced to Plaintiffs by
6 Osteria La Baia and that it had a
7 file -- or has a file name of 2024.csv.
8 Do you see the spreadsheet?
9         (Exhibit 2 was marked for
10        identification.)
11    A   Yes.
12    Q   Okay.  And do you see Columns J,
13 K, L, and M?
14    A   Yes.
15        MR. KATAEV:  Objection, form.
16 BY MR. NUSSBAUM:
17    Q   And do you see the --
18        MR. NUSSBAUM:  What's the objection?
19        MR. KATAEV:  Form.
20 BY MR. NUSSBAUM:
21    Q   Okay.  Do you see Columns J, K,
22 L, and M?
23        MR. KATAEV:  Objection, form.
24        THE WITNESS:  Yes.
25 //

Page 67

J. PALIKO

1
2 BY MR. NUSSBAUM:
3    Q   Okay.  And those columns have
4 the same headers as the spreadsheet we saw
5 in Exhibit 1; right?
6    A   Yeah.
7    Q   And you're not prepared to
8 testify about the information -- the
9 numbers that are under these headers;
10 right?
11        MR. KATAEV:  Objection, form.
12        THE WITNESS:  No, I'm not.
13 BY MR. NUSSBAUM:
14    Q   Okay.  Nobody prepared you to
15 testify about payroll records today;
16 right?
17        MR. KATAEV:  Objection, form.
18        THE WITNESS:  Yes.  I've been
19 prepared.  But this for me looks
20 different, spreadsheet.
21 BY MR. NUSSBAUM:
22    Q   Okay, Mr. Paliko.  Why don't you
23 tell me which payroll records you were
24 prepared to testify about today?
25    A   As I mentioned before, this is

Page 68

J. PALIKO

1
2 not part of my job.
3    Q   Please answer my question.
4 Which payroll records are you prepared to
5 testify about today?
6    A   I have no information about this
7 spreadsheet.
8    Q   You're not answering my
9 question.  I'm asking you what payroll
10 records are you prepared to testify about
11 today?
12    A   Sorry.  I don't understand your
13 question.
14    Q   Okay.  You said a minute ago
15 that there are other payroll records that
16 you are prepared to testify about; right?
17    A   There are some of the extract
18 from the payroll, which I'm familiar, but
19 not with this one.
20        THE REPORTER:  Repeat that.
21 BY MR. NUSSBAUM:
22    Q   What kind of record?
23        THE REPORTER:  I didn't hear that.
24 There are some of the extra --
25        THE WITNESS:  It's some of the -- the

Page 69

J. PALIKO

1
2 data which is coming from the payroll,
3 actually, the -- the hours.  And here on
4 the -- every day, I am doing the --
5        Actually, I'm extracting from -- from
6 the Toast the calculation of the tips,
7 which I'm sending on the daily basis for
8 the staff, to be transparent.
9        And they can see the hours, and they
10 can see how much they make.  That is
11 something which I'm doing, and I'm
12 familiar with that.
13 BY MR. NUSSBAUM:
14    Q   And what's the name of that
15 record?
16    A   If you go to Toast, you will
17 find them under the tip management.
18    Q   Okay.  Which records that
19 Defendants produced in this lawsuit are
20 you prepared to testify about?
21    A   We can talk about Julio as the
22 head server and also about the events,
23 the -- the charge of the events.
24    Q   Which payroll records that were
25 produced in this lawsuit are you prepared

18 (Pages 66 - 69)

J. PALIKO

1
2 to testify about? You're not answering my
3 question.
4    A    I'm -- I'm not familiar with the
5 spreadsheet.
6    Q    All right. Which -- besides for
7 these spreadsheets -- I'm not asking you
8 about these spreadsheets; is that clear?
9 Okay?
10    A    Yes.
11    Q    Okay. Besides for these
12 spreadsheets, which records that were
13 produced by Osteria La Baia are you
14 prepared to testify about?
15        MR. KATAEV: Objection, form.
16        THE WITNESS: Sorry. I didn't
17    understand your question.
18 BY MR. NUSSBAUM:
19    Q    Which part don't you understand?
20    A    What -- what would you like me
21 to -- to testify?
22    Q    Yeah. Which payroll
23 records -- withdrawn.
24        Did you review any payroll
25 records in preparation for today's

J. PALIKO

1
2 deposition?
3    A    I haven't reviewed any payroll
4 records.
5    Q    Okay. Are you at all familiar
6 with what records or documents Osteria La
7 Baia produced to Plaintiffs in this case?
8        MR. KATAEV: Objection, form.
9        THE WITNESS: I'm not.
10 BY MR. NUSSBAUM:
11    Q    You're not. Okay.
12        MR. NUSSBAUM: And just for the
13    record, the 30(b)(6) notice that we
14    served, for which Defendants did not
15    produce a witness last time we met and
16    appear to have done the same thing again
17    today, asked --
18        The last topic asked for a witness
19    who could testify about "the nature and
20    function of all documents produced by
21    Defendant in discovery in this action."
22    This witness is not prepared to do that.
23        MR. KATAEV: Do you have any further
24    questions for --
25        THE REPORTER: Can't hear you.

J. PALIKO

1
2        MR. KATAEV: Do you have any further
3    questions for the witness?
4        MR. NUSSBAUM: Do you want me to
5    proceed with the deposition?
6        MR. KATAEV: Yes, please.
7        MR. NUSSBAUM: Okay. Great.
8 BY MR. NUSSBAUM:
9    Q    Mr. Paliko, I'm showing
10 you -- I'm sharing my screen with you.
11 I'm showing you a document, which is
12 another spreadsheet, that I'm marking as
13 Plaintiff's Exhibit 3.
14        I'll represent to you that this
15 is a spreadsheet that was produced to the
16 plaintiffs by Osteria La Baia. It had a
17 file number -- it has a file number of
18 2023.csv. Do you see the spreadsheet on
19 your screen?
20        (Exhibit 3 was marked for
21        identification.)
22    A    Yes.
23    Q    Okay. And do you see that
24 Columns J, K, L, and M have the same
25 headers as the previous two spreadsheets

J. PALIKO

1
2 we looked at?
3    A    Yes.
4    Q    Okay. And you are not able to
5 tell me what the numbers under those four
6 headers mean; right?
7        MR. KATAEV: Objection to form.
8        THE WITNESS: No.
9 BY MR. NUSSBAUM:
10    Q    Okay.
11    A    I'm not.
12    Q    Okay. And I have the same thing
13 for 2022 and 2021. You're not able to
14 tell me what the information in those
15 spreadsheets mean; right?
16        MR. KATAEV: Objection --
17        THE WITNESS: I'm not.
18 BY MR. NUSSBAUM:
19    Q    What was the answer?
20    A    I'm not.
21    Q    Bear with me for a moment,
22 please. Mr. Paliko, how much are the
23 tipped employees paid for overtime hours
24 they work this year at Osteria La Baia?
25        MR. KATAEV: Objection to form.

Page 74

J. PALIKO

1
2      THE WITNESS:  Are you talking about
3   front of the house?
4   BY MR. NUSSBAUM:
5      Q   Yeah.  The front-of-house tipped
6   employees.
7      A   24.75.
8      Q   Okay.  And how long has it been
9   that way, that that's what they were paid?
10      A   Since I took over as the general
11   manager, as I know.  Probably this was
12   from before.  I just took over.
13      Q   So if I reviewed the paychecks
14   of the tipped employees at Osteria La Baia
15   for 2025, I would see that when they
16   worked overtime, they were paid $24.75?
17      A   Correct.
18      Q   All the time?
19      MR. KATAEV:  Objection to form.
20      THE WITNESS:  I believe so.
21   BY MR. NUSSBAUM:
22      Q   Yeah.  I want to remind you
23   you're under oath.  Do you understand
24   that?
25      A   Yeah.

Page 75

J. PALIKO

1
2      MR. KATAEV:  Objection to form.
3   BY MR. NUSSBAUM:
4      Q   Yeah.  Okay.  Now, does Osteria
5   La Baia know that it's illegal to have a
6   convicted felon working in an
7   establishment that sells liquor?
8      MR. KATAEV:  Objection, form.
9      THE WITNESS:  I don't -- I don't
10   understand your question.
11   BY MR. NUSSBAUM:
12      Q   Do you know what a convicted
13   felon is?
14      A   I know --
15      MR. KATAEV:  Objection.
16   BY MR. NUSSBAUM:
17      Q   Do you know what an
18   establishment that sells liquor is?
19      A   Yes.
20      Q   Do you know what the word
21   "illegal" means?
22      MR. KATAEV:  Objection, form.
23   BY MR. NUSSBAUM:
24      Q   What was the answer?
25      A   I don't have information about

Page 76

J. PALIKO

1
2   it.
3      Q   Do you know what the word
4   "illegal" means?
5      A   I know.
6      Q   So which part of my question of
7   does Osteria La Baia know that it's
8   illegal to employ a convicted felon in an
9   establishment that sells liquor -- which
10   part of that question did you not
11   understand?
12      MR. KATAEV:  Objection, form.
13      THE WITNESS:  I don't have any
14   question for -- I don't have any answer
15   for that.
16   BY MR. NUSSBAUM:
17      Q   Okay.  Isn't it true that Robert
18   Petrosyants is a convicted felon?
19      MR. KATAEV:  Objection --
20      THE WITNESS:  I don't have that
21   information.
22   BY MR. NUSSBAUM:
23      Q   You don't know?
24      A   I don't have that information.
25      Q   Okay.  Have you ever Googled him

Page 77

J. PALIKO

1
2   before in your life?
3      MR. KATAEV:  Objection, form.
4      THE WITNESS:  I prefer to not answer
5   that question.
6   BY MR. NUSSBAUM:
7      Q   Prefer to answer -- not answer
8   whether or not you Googled him?  You have
9   to answer.  Have you ever Googled him
10   before?
11      A   I don't recall that.
12      Q   You don't recall, but you're
13   sure -- you don't know that he's a
14   convicted felon; is that your testimony?
15      MR. KATAEV:  Objection to form.
16      THE WITNESS:  Is -- is not my
17   problem, his personal life.  I'm here to
18   do a job and nothing else.
19   BY MR. NUSSBAUM:
20      Q   Right.  So I'm asking you as the
21   general manager of Osteria La Baia, is
22   Osteria La Baia following the rule that
23   it's not allowed to employ a convicted
24   felon in an establishment that sells
25   liquor?

20 (Pages 74 - 77)

Page 78

J. PALIKO

1
2      MR. KATAEV:  Objection, form.
3      THE WITNESS:  I have no answer for
4  that question.
5  BY MR. NUSSBAUM:
6    Q   So that's not his personal life.
7  That's your job as GM; right?
8      MR. KATAEV:  Objection, form.
9      THE WITNESS:  As a GM, I'm there to
10  be responsible of the service and to be
11  sure everything runs properly.  I'm not
12  there to analyze my supervisor or the
13  owner.  End of the day, they're the one
14  giving me the job and nothing else.
15      THE REPORTER:  Can you keep your
16  voice up and speak clearly, please?
17      THE WITNESS:  Yes.  Sorry.
18      I was mentioning I'm there to run my
19  job, not to -- to analyze who is my owner
20  or who is my supervisor.
21  BY MR. NUSSBAUM:
22    Q   Okay.  You're in charge of the
23  tipped employees at the restaurant; right?
24    A   Yes, I am.
25    Q   And they're all subject to the

Page 79

J. PALIKO

1
2  same payroll policies at Osteria La Baia;
3  right?
4    A   Yes.
5    Q   Okay.  They're all subject to
6  the same personnel policies at Osteria La
7  Baia?
8    A   Yes.
9    Q   And in terms of documents that
10  you give tipped employees, you give the
11  tipped employees the same types of
12  documents; right?
13      There's no difference between
14  the types of documents that one employee
15  would get versus another; correct?
16    A   Correct.
17    Q   So if one employee didn't get a
18  document, then none of the employees are
19  getting a document; right?
20      MR. KATAEV:  Objection, form.
21      THE WITNESS:  I believe so.
22  BY MR. NUSSBAUM:
23    Q   But why are you saying you
24  believe so?
25      MR. KATAEV:  Objection to form.

Page 80

J. PALIKO

1
2      THE WITNESS:  So far as I know, they
3  get all the documents which is needed for
4  the hiring process.
5  BY MR. NUSSBAUM:
6    Q   And as far as you know, if
7  there's a specific document that's not
8  given to one employee, that would mean
9  it's not given to any of the employees;
10  correct?
11    A   Correct.
12    Q   Now, are you familiar with the
13  wage statements that Osteria La Baia gives
14  its employees?
15    A   Yes.
16    Q   Okay.  Now, except for the name
17  and address of each employee and the
18  dollar amounts, which vary from employee
19  to employee, the actual paycheck is the
20  same for every employee; correct?
21    A   Yes.
22      MR. KATAEV:  Objection, form.
23  BY MR. NUSSBAUM:
24    Q   What's the answer?
25    A   For the front of the house?

Page 81

J. PALIKO

1
2    Q   Yes.
3    A   Yes.
4    Q   Okay.  There are no differences
5  between the format or information on the
6  paychecks that the front-of-house
7  employees get except for the contact
8  information and dollar amounts; right?
9    A   Yes.
10    Q   Now, what uniform do the servers
11  wear at Osteria La Baia?
12      MR. KATAEV:  Objection, form.
13      THE WITNESS:  Black pants, white
14  shirt, and blue vest and with a tie.
15  BY MR. NUSSBAUM:
16    Q   How about the -- I'm sorry.  And
17  how about the bussers?
18      MR. KATAEV:  Objection to form.
19      THE WITNESS:  The -- they have --
20      THE REPORTER:  Wait, wait, wait,
21  wait.  Slow down, everyone.  You're
22  starting to overlap.  So there was a
23  question and then an objection.
24      MR. KATAEV:  Right.  Objection, form.
25      MR. NUSSBAUM:  There's always an

21 (Pages 78 - 81)

Page 82

1          J. PALIKO
2    objection.
3          THE REPORTER:  I'm sorry?
4  BY MR. NUSSBAUM:
5      Q   What's the busser's uniform?
6  What's the busser's uniform, Mr. Paliko?
7      A   They have black pants, white
8  shirt, and apron and black tie.
9      Q   How about the runners?  How
10  about the runners?
11          MR. KATAEV:  Objection, form.
12          THE WITNESS:  The same as the busser.
13  BY MR. NUSSBAUM:
14      Q   How about the bartenders?
15      A   Same as a waiter.
16      Q   What does Julio Perez wear?
17      A   He has a suit.
18      Q   He wears a suit and a tie?
19      A   Yes.
20      Q   Why is that?
21          MR. KATAEV:  Objection, form.
22          THE WITNESS:  Because he's the head
23  server.
24  BY MR. NUSSBAUM:
25      Q   So he -- but -- he's the head

Page 83

1          J. PALIKO
2  server.  But he doesn't wear a server
3  uniform; right?
4          MR. KATAEV:  Objection, form.
5          THE WITNESS:  As I mentioned, he's
6  the head server, and he's wearing suit and
7  tie.
8  BY MR. NUSSBAUM:
9      Q   Now, Mr. Perez, how much is he
10  paid per hour?
11          MR. KATAEV:  Objection, form.
12          THE WITNESS:  I have no information.
13  This, he negotiate with the director,
14  operation.
15  BY MR. NUSSBAUM:
16      Q   Why is it that he didn't
17  negotiate it with you?
18          MR. KATAEV:  Objection --
19  BY MR. NUSSBAUM:
20      Q   You can answer.
21      A   Because we have a budget, and
22  when I go over the budget, I have to go
23  to -- to the director of operation to see.
24  He's the one who approves that.
25      Q   Okay.  So, I mean, earlier, you

Page 84

1  testified that the director of operations
2  has nothing to do with the tipped
3  employees.
4          But now you're telling me that
5  the head waiter, who's a tipped employee,
6  negotiated his pay rate with the director
7  of operations; right?
8          MR. KATAEV:  Objection, form.
9  BY MR. NUSSBAUM:
10      Q   You can answer.
11      A   As I know, yes.
12      Q   Does -- withdrawn.
13          Isn't it true that Julio Perez
14  participates in employee evaluations at
15  Osteria La Baia?
16          MR. KATAEV:  Objection, form.
17          THE WITNESS:  Yes.  Sometimes
18  he -- he participate to see --
19  BY MR. NUSSBAUM:
20      Q   What's his role?
21          THE REPORTER:  I'm sorry.  "To see
22  how" --
23          THE WITNESS:  Once in a while, he
24  participate on the -- on the evaluations

Page 85

1          J. PALIKO
2  to see how I'm doing that.
3          THE REPORTER:  "How I'm doing" --
4  BY MR. NUSSBAUM:
5      Q   See how you're -- how --
6          THE REPORTER:  I'm just -- I'm not
7  hearing the end of your sentences.  "How
8  I'm doing the" --
9          THE WITNESS:  The evaluation.
10  BY MR. NUSSBAUM:
11      Q   Okay.  What's his role in
12  the -- in that process?
13      A   He's just assisting.  He has no
14  any role.  I'm the one who's doing the
15  evaluation.
16      Q   Assisting how?
17      A   He's sitting at the table and
18  listening in a way to see how I go about
19  the things.
20      Q   Is there anyone else who does
21  that?
22      A   Yes.  The chef.
23      Q   Who else?
24      A   The head bartender.
25      Q   Who else?

Page 86

J. PALIKO

1
2     A   My best memory, I think that's
3  it.
4     Q   Okay.  And so why do you need
5  him as part of that process?
6          MR. KATAEV:  Objection, form.
7          THE WITNESS:  Head bartender is in
8     charge with the bartenders.  I'm always
9     calling the head bartender to see what we
10    can improve.
11 BY MR. NUSSBAUM:
12    Q   Right.  My question is why is
13 Julio at the table?
14         MR. KATAEV:  Objection to form.
15         THE WITNESS:  Because he's
16    the -- he's the head waiter.
17 BY MR. NUSSBAUM:
18    Q   And so he gives you his input
19 about how waiters, bussers, runners,
20 bartenders are performing?
21    A   He's not giving me any input.
22 He's just giving me if we have any issues
23 the days when I'm not there.
24    Q   Isn't that input, Mr. Paliko?
25         MR. KATAEV:  Objection to form.

Page 87

J. PALIKO

1
2          THE WITNESS:  As I mentioned before,
3     the only days when I'm not there, he keep
4     me informed if we had some issues.
5  BY MR. NUSSBAUM:
6     Q   How often do you do performance
7  evaluations?
8     A   I'm trying to do every six
9  months.
10    Q   Okay.  And have you ever
11 promoted any employee at Osteria La Baia?
12    A   I did.
13    Q   And isn't it true that you
14 consulted with Mr. Perez before promoting
15 an employee?
16    A   No, I haven't.
17         MR. KATAEV:  Objection, form.
18         THE WITNESS:  It's only my decision.
19 BY MR. NUSSBAUM:
20    Q   Do you ever give out any
21 corrective action notices at Osteria La
22 Baia?
23    A   I do.
24    Q   Okay.  And isn't it -- I'm
25 sorry?

Page 88

J. PALIKO

1
2     A   I did.  Sorry.  I just --
3     Q   Isn't it true that -- okay.
4  Isn't it true that Mr. Perez participates
5  in the process of giving corrective action
6  notices to people?
7          MR. KATAEV:  Objection --
8          THE WITNESS:  Yes, only as a witness.
9  BY MR. NUSSBAUM:
10    Q   As a witness to what?
11         MR. KATAEV:  Objection, form.
12         THE WITNESS:  I don't know.  As a
13    manager, all the time you give a write-up,
14    you need a witness with you.  This is how
15    things work in the hotel industry, and
16    so --
17 BY MR. NUSSBAUM:
18    Q   A witness -- I'm sorry.  And
19 sometimes --
20    A   Sometimes Julio is the one,
21 sometimes the chef.  Sometimes is Natalie,
22 the event planner.  All the time, I need a
23 witness when I sit down with somebody
24 to -- to write up the person.
25         THE REPORTER:  Did you say "Natalie,

Page 89

J. PALIKO

1
2     the event planner"?
3          THE WITNESS:  Yes.  Correct.
4  BY MR. NUSSBAUM:
5     Q   And isn't it true that some of
6  Osteria La Baia's internal records, for
7  example, the Toast record, refer to Mr.
8  Perez as a manager?
9     A   No.
10         MR. KATAEV:  Objection, form.
11         THE WITNESS:  As I know, he has
12    no any title as a manager, only as a
13    server.
14         MR. NUSSBAUM:  I'm going to take a
15    ten-minute break.
16         THE REPORTER:  Okay.  It's 2:21.
17    We're off the record.
18         (Off the record.)
19         THE REPORTER:  It is 2:40.  We're on
20    the record.
21 BY MR. NUSSBAUM:
22    Q   Mr. Paliko, whose decision was
23 it to make Julio the head waiter?
24         MR. KATAEV:  Objection to form.
25         THE WITNESS:  My decision.

23 (Pages 86 - 89)

Page 90

J. PALIKO

1
2  BY MR. NUSSBAUM:
3      Q   Okay.  When did you make that
4  decision?
5      A   I don't recall exactly the time.
6  I think it's more than one year.
7      Q   And did you consult with anyone
8  before making that decision?
9          THE REPORTER:  Mr. Kataev, there's a
10  lot of background noise in your audio.
11  Can you close the door or somehow --
12          MR. KATAEV:  I'll mute it for now,
13  and I'll unmute if I have an objection.
14  Thank you.
15          THE REPORTER:  Go ahead with your
16  answer.
17          THE WITNESS:  Yes, I did.
18  BY MR. NUSSBAUM:
19      Q   Who did you consult with?
20      A   With the director, operation,
21  Robert.
22      Q   Robert?  And he said it was a
23  good idea?
24          MR. KATAEV:  Objection, form.
25          THE WITNESS:  As I mentioned, he gave

Page 91

J. PALIKO

1
2      me full responsibility about the front of
3      the house, and whatever I decide, more or
4      less, he agree with me.
5  BY MR. NUSSBAUM:
6      Q   How often do you speak to
7  Marianne [sic]?
8      A   Maybe once a week.
9      Q   And what do you typically speak
10  to her about?
11      A   Usually, she is asking me about
12  some invoices, or she's asked me to do
13  some booking for her and her friends.
14      Q   Does she ever ask you questions
15  about payroll?
16      A   No.
17      Q   Would it surprise you and
18  especially considering that you reviewed
19  the transcript of her deposition that she
20  said she checks with you to see that
21  payroll was run each week?
22      A   About the payroll, I'm always
23  in -- in contact with Stephanie, who is
24  the controller assistant.
25      Q   Right.  But my question is isn't

Page 92

J. PALIKO

1
2  it true that Marianna calls you, and she
3  checks to make sure that payroll was run?
4      A   I don't recall that.
5      Q   Okay.  So if she testified that
6  that's the case, that's possible?
7      A   I don't recall that.
8      Q   You don't recall.  Okay.  Now,
9  are there different sections in the
10  restaurant that employees work in?
11      A   Correct.
12      Q   Okay.  How many different
13  sections are there?
14      A   Depends of the day.  Depends how
15  busy we are and how many events we have.
16      Q   Okay.  And are there better or
17  worse sections?
18      A   No.  I cannot say better or
19  worse.  Some of them, they're busier, and
20  some of them, they -- in a way, they need
21  better skills, like talking about business
22  events or bigger groups.
23      Q   Okay.  Are there sections that
24  employees prefer to work in over others?
25      A   I do rotation all the time.

Page 93

J. PALIKO

1
2      Q   Okay.  And how do you decide
3  who's going to work in which section?
4      A   Here, there are more things to
5  consider, overtime, the doubles.  Also,
6  how many reservation we have, how many
7  events.  And I know everybody's skills,
8  and this is why I'm rotating.
9          And I'm just choosing them
10  according with their skills and how busy
11  we are.
12      Q   Okay.  And isn't it true that
13  there are occasions that Julio assigns the
14  sections of the restaurant that employees
15  are going to work in?
16      A   No.  I'm the one who assign.
17      Q   Okay.  What about -- isn't it
18  true that on the days you're not in the
19  restaurant, he assigns the sections that
20  employees are going to work in?
21      A   No.  I'm the one who assigned
22  the station before -- before I'm off, and
23  I am -- I leave the floor plan in the
24  office.
25      Q   And who gives it to the

24 (Pages 90 - 93)

Page 94

J. PALIKO

1
2  employees?
3    A   Julio.
4    Q   At the pre-shift meeting?
5    A   Yes.
6    Q   On the days you're not there,
7  he's your deputy at the restaurant;
8  correct?
9    A   Yes, in a way.
10     MR. NUSSBAUM:  Okay.  I have no
11  further questions for this witness other
12  than that we're keeping the deposition
13  open, because there are certain topics
14  that he was not able to testify about.
15     I thank you for your time, Mr.
16  Paliko.
17     THE WITNESS:  Thank you.
18     THE REPORTER:  Okay.  And before we
19  go off the record, Mr. Kataev, you are
20  ordering a copy of this transcript?
21     MR. NUSSBAUM:  I think -- if he can
22  hear us, we can --
23     THE REPORTER:  -- muted.
24     MR. NUSSBAUM:  He said, "One minute."
25     MR. KATAEV:  Yes.  Yes, ma'am.

Page 95

J. PALIKO

1
2     MR. NUSSBAUM:  We can share it.  I
3  also need it by Friday, so --
4     THE REPORTER:  Okay.
5     MR. KATAEV:  You want to split it?
6  I'm okay with splitting.
7     MR. NUSSBAUM:  We could share the
8  order.  Yeah.
9     THE REPORTER:  All right.  It's 2:45.
10  We're off the record.
11
12     (Whereupon, at 2:45 p.m., the
13     proceeding was concluded.)
14
15
16
17  _____
18     Janos Paliko
19  Subscribed and sworn to before me
20  this ____ day of _____, 20____.
21
22  _____
23  Notary Public
24
25

Page 96

CERTIFICATE OF DEPOSITION OFFICER

1
2     I, TALYA BROTT, the officer before whom the
3  foregoing proceedings were taken, do hereby certify that
4  any witness(es) in the foregoing proceedings, prior to
5  testifying, were duly sworn; that the proceedings were
6  recorded by me and thereafter reduced to typewriting by a
7  qualified transcriptionist; that said digital audio
8  recording of said proceedings are a true and accurate
9  record to the best of my knowledge, skills, and ability;
10  that I am neither counsel for, related to, nor employed by
11  any of the parties to the action in which this was taken;
12  and, further, that I am not a relative or employee of any
13  counsel or attorney employed by the parties hereto, nor
14  financially                              he outcome of this
15  action.

_Talya Brott_

16
17              TALYA BROTT
18           Notary Public in and for the
19              State of New York
20
21
22
23
24
25

Page 97

CERTIFICATE OF TRANSCRIBER

1
2     I, AUDREY FRANKLIN, do hereby certify that this
3  transcript was prepared from the digital audio recording of
4  the foregoing proceeding; that said transcript is a true
5  and accurate record of the proceedings to the best of my
6  knowledge, skills, and ability; that I am neither counsel
7  for, related to, nor employed by any of the parties to the
8  action in which this was taken; and, further, that I am not
9  a relative or employee of any counsel or attorney employed
10  by the parties hereto, nor financially or otherwise
11  interested in the outcome of this action.
12
13  _Audrey Franklin_
14              AUDREY FRANKLIN
15
16
17
18
19
20
21
22
23
24
25

25 (Pages 94 - 97)

Page 98

```
 1            ERRATA SHEET
         VERITEXT/NEW YORK REPORTING, LLC
 2
     CASE NAME: Fernandez v. Bulldozer Hospitality Group, Et Al.
 3   DATE OF DEPOSITION: 12/3/2025
     WITNESSES' NAME: Janos Paliko
 4
 5   PAGE  LINE (S)    CHANGE        REASON
     __|____|____|_____
 6   __|____|____|_____
 7   __|____|____|_____
 8   __|____|____|_____
 9   __|____|____|_____
10   __|____|____|_____
11   __|____|____|_____
12   __|____|____|_____
13   __|____|____|_____
14   __|____|____|_____
15   __|____|____|_____
16   __|____|____|_____
17   __|____|____|_____
18   __|____|____|_____
19   __|____|____|_____
20
21            Janos Paliko _____
22   SUBSCRIBED AND SWORN TO BEFORE ME
23   THIS _____ DAY OF _____, 20__.
24   _____
25   (NOTARY PUBLIC)        MY COMMISSION EXPIRES:
```

| & | | |
|---|---|---|

**&**  2:4 5:13

**0**

**0.6.**  31:17,21
**0.7**  31:16,20
**07302**  1:22

**1**

**1**  3:7 45:7
  48:19 49:4
  50:19 67:5
**10006**  2:6
**11423**  2:16
**12/3/2025**  98:3
**14**  14:22
**16**  42:19
**17.15**  57:8
**17.15.**  57:7
**18211**  2:15
**1:04**  1:20 4:6
**1:25**  1:10

**2**

**2**  3:9 66:2,9
**20**  61:4 65:14
  95:20 98:22
**2021**  42:11
  43:8 63:9
  73:13
**2022**  15:8,21
  42:9 43:8 63:9
  73:13
**2023**  42:3 43:8
  63:9

**2023.csv**  3:12
**2023.csv.**  72:18
**2024**  40:2,24
  41:3 43:20
  63:10
**2024.csv**  3:10
**2024.csv.**  66:7
**2025**  1:19 4:11
  74:15
**2025.csv**  3:8
**2025.csv.**  49:3
**212**  2:8
**24.75**  74:16
**24.75.**  74:7
**27982**  96:16
**2:21**  89:16
**2:40**  89:19
**2:45**  95:9,12

**3**

**3**  1:19 3:11
  4:11 72:13,20
**30**  1:16 48:9
  58:7,19,20
  59:11 65:6
  71:13
**31909**  97:13
**320**  2:5

**4**

**40**  56:4
**412-2421**  2:18
**4490**  1:10
**45**  2:5

**49**  3:8

**6**

**6**  1:16 3:3 48:9
  58:7,19,20
  59:11 65:6
  71:13
**66**  3:10
**688-2545**  2:8

**7**

**718**  2:18
**72**  3:12
**738.91**  57:22
**738.91.**  57:19
**7776531**  1:24

**a**

**ability**  10:25
  96:9 97:6
**able**  41:12 44:5
  58:11 73:4,13
  94:14
**absent**  4:19
**abuses**  45:8
**accommodate**
  10:11
**accordance**
  39:13 43:10
  44:5 45:14
  46:7,12,23
**account**  36:2
**accurate**  33:5
  51:25 61:24
  96:8 97:5

**acknowledge...**
  4:16
**action**  1:9
  25:15 71:21
  87:21 88:5
  96:11,15 97:8
  97:11
**actual**  80:19
**actually**  16:21
  17:17 23:4
  24:8 34:16
  36:15 48:8,20
  69:3,5
**additionally**
  4:19
**address**  8:3
  80:17
**administer**
  4:16
**admit**  36:8
**admitted**  49:18
**afternoon**  4:2
  5:12,15 6:17
  6:18,18
**ago**  11:23
  24:13 47:5,7
  61:4 68:14
**agree**  4:17,22
  91:4
**ahead**  22:8
  27:16 28:17
  31:24 49:25
  90:15

**al**  4:9,10 98:2
**alivia**  2:21 5:18
**allowed**  77:23
**amount**  32:9
    33:2 57:3,3
**amounts**  80:18
    81:8
**analyze**  78:12
    78:19
**answer**  9:20
    10:3,12 11:21
    12:6,24 14:8
    14:10 17:25
    18:2,20,21,22
    19:8 24:7,19
    24:20 26:3,5
    27:6,8,11,19
    34:10,12 35:4
    37:18 41:20
    47:19 50:9,15
    51:15 62:9,19
    68:3 73:19
    75:24 76:14
    77:4,7,7,9 78:3
    80:24 83:20
    84:11 90:16
**answering**  9:2
    68:8 70:2
**answers**  14:3
    59:15
**apparently**
    59:21
**appear**  71:16

**applicable**  5:2
**application**
    43:25 45:2
**applies**  38:13
**apportioned**
    32:8
**appropriate**
    43:25 45:3
**appropriately**
    41:22
**approves**  83:24
**apron**  82:8
**argue**  44:23
**asked**  9:19
    41:10 58:15
    59:16 65:20
    71:17,18 91:12
**asking**  8:11
    10:2 68:9 70:7
    77:20 91:11
**asks**  42:20
**assign**  93:16
**assigned**  4:4
    93:21
**assigns**  93:13
    93:19
**assistant**  15:3
    15:10,13 16:3
    17:21 19:21
    21:8 36:13
    37:16 91:24
**assistants**
    52:17

**assisting**  85:13
    85:16
**assume**  9:21
**attendance**  5:9
**attends**  22:3
**attorney**  12:18
    18:21 46:10,19
    64:8,17,20
    96:13 97:9
**audio**  90:10
    96:7 97:3
**audrey**  97:2,14
**authorized**
    4:15
**automatically**
    33:9
**avenue**  2:15

**b**

**b**  1:11,16,17
    2:11 3:5 48:9
    52:12 58:7,19
    58:20 59:11
    65:6 71:13
**back**  27:23
    45:24 51:6
    56:22 57:5
**background**
    90:10
**baia**  1:11,18
    2:11 7:19,25
    13:12,25 14:16
    15:21 18:17
    28:10 30:15

31:4 34:2,15
    35:12 37:14
    38:24 39:19
    40:6,19 41:4
    42:3,12,14
    43:7 46:5 47:7
    47:14 48:24
    51:24 52:20
    53:9 57:25
    63:7 66:6
    70:13 71:7
    72:16 73:24
    74:14 75:5
    76:7 77:21,22
    79:2,7 80:13
    81:11 84:16
    87:11,22
**baia's**  33:13
    40:11 89:6
**bar**  34:19
**barback**  54:8
**barbacks**  52:15
**bartender**
    31:15 85:24
    86:7,9
**bartenders**
    30:16,19 52:15
    82:14 86:8,20
**based**  31:10
    32:8,11,15
    33:10
**basic**  59:12
**basis**  46:21
    69:7

| | | | |
|---|---|---|---|
| **bear**  73:21 | 5:22 7:7,24 | 54:24 55:2,2,3 | **clear**  7:23 |
| **beg**  11:16 | 98:2 | 55:6,7,10,10,16 | 24:21 26:7 |
| **beginning**  5:10 | **bunch**  50:19 | 55:24 | 60:5 63:13 |
| **behalf**  1:5 2:2 | **busboy**  25:12 | **category**  56:6 | 70:8 |
| 2:10 13:24 | **busier**  92:19 | **certain**  40:6 | **clearly**  29:3 |
| **believe**  27:18 | **business**  92:21 | 94:13 | 37:3 78:16 |
| 56:14 59:23 | **busser**  31:16 | **certificate**  96:1 | **close**  90:11 |
| 61:23 74:20 | 82:12 | 97:1 | **closer**  13:4 |
| 79:21,24 | **busser's**  31:20 | **certified**  4:22 | **coaching**  34:20 |
| **best**  56:14 86:2 | 82:5,6 | **certify**  96:3 | **coat**  53:6 |
| 96:9 97:5 | **bussers**  30:16 | 97:2 | **column**  50:23 |
| **better**  92:16,18 | 81:17 86:19 | **chain**  18:12 | 52:12,13 53:21 |
| 92:21 | **busy**  22:19,23 | **change**  98:5 | 53:23 56:23,23 |
| **bigger**  92:22 | 92:15 93:10 | **charge**  13:13 | 57:3,7,17,18,18 |
| **bind**  14:4 | | 13:15 21:16,18 | 60:24 61:20 |
| **bit**  8:14 25:25 | **c** | 21:23,25 69:23 | 62:5,12,17,20 |
| 37:5 | **c**  2:1 50:24 | 78:22 86:8 | **columns**  50:20 |
| **black**  81:13 | **calculation** | **charged**  35:21 | 53:17 63:14 |
| 82:7,8 | 32:2 33:4,8 | **check**  16:7 53:7 | 66:12,21 67:3 |
| **blue**  81:14 | 69:6 | 53:9,10 | 72:24 |
| **boh**  51:3,5 | **call**  58:9 | **checks**  54:23 | **come**  45:24 |
| **booking**  91:13 | **called**  6:8 7:19 | 55:24 91:20 | 53:5 |
| **boss**  28:12,18 | 51:18 63:9 | 92:3 | **coming**  45:11 |
| 28:20 | **calling**  86:9 | **chef**  85:22 | 69:2 |
| **bottom**  49:11 | **calls**  92:2 | 88:21 | **command** |
| **break**  10:9,13 | **care**  23:10 | **choose**  33:18 | 18:13 |
| 89:15 | 25:18 36:23 | **choosing**  93:9 | **comments**  45:6 |
| **broadway**  2:5 | 37:8 47:21 | **chose**  33:21 | **commission** |
| **brott**  1:23 4:3 | **careful**  45:23 | **city**  1:22 4:11 | 98:25 |
| 96:2,17 | **case**  58:24 | 4:14 | **communicati...** |
| **budget**  83:21 | 65:15 71:7 | **civil**  1:9 | 12:17,18 |
| 83:22 | 92:6 98:2 | **class**  42:23 | **company**  13:21 |
| **bulldozer**  1:10 | **cash**  54:9,10,11 | 43:3 | 15:4 16:17 |
| 1:17 2:10 4:9 | 54:11,19,21,21 | | 46:10,16,19 |

**[company - depends]**                                                      Page 4

47:21,24 48:12

**compensation**
46:6 47:15

**complaints**
37:10

**completely**
65:2

**computer** 26:9
36:3 49:13

**conclude** 64:23

**concluded**
95:13

**conduct** 45:12
59:11 64:21

**conferred**
58:18 59:4

**consider** 28:18
93:5

**considering**
91:18

**constitute** 5:6

**consult** 30:10
90:7,19

**consulted**
87:14

**contact** 19:2
81:7 91:23

**continue** 37:24

**continued**
59:10

**controller**
91:24

**convenient**
33:19 45:4

**conversation**
17:18

**convicted** 75:6
75:12 76:8,18
77:14,23

**cooney** 2:21
5:18

**copy** 94:20

**corporate** 1:16
5:21

**corporation**
14:4

**correct** 7:20,21
14:17 15:17
21:3 25:23
28:2 29:7 31:2
34:7,9,13
38:10 40:3
47:17 52:21
55:19 74:17
79:15,16 80:10
80:11,20 89:3
92:11 94:8

**corrective**
87:21 88:5

**cost** 59:24

**counsel** 5:11
26:6 41:9
58:18 59:4
96:10,13 97:6
97:9

**count** 48:9

**couple** 15:23
47:5,6

**course** 5:19
17:2 44:19

**court** 1:1 8:4
8:15,17,21 9:8
10:5 60:3

**created** 31:3,5
31:25 32:5
38:21 47:10

**credit** 38:8 39:3
42:6

**currently** 10:23

**customers**
51:12 55:17

**cv** 1:10

**d**

**d** 1:11,17 2:11
3:1

**daily** 46:21
69:7

**daniel** 52:6

**data** 69:2

**date** 1:19 26:15
98:3

**day** 25:12,16
69:4 78:13
92:14 95:20
98:22

**days** 22:21,21
23:3,19,25
25:20 86:23
87:3 93:18
94:6

**dealing** 37:9

**december** 1:19
4:11

**decide** 33:13
91:3 93:2

**decided** 16:25
17:3 18:7 21:4
32:3 37:21

**decision** 38:18
87:18 89:22,25
90:4,8

**declare** 55:4,11

**declares** 55:18

**deem** 43:25
45:2

**defendant** 5:21
12:9 42:23
43:2 71:21

**defendants**
1:14 2:10 5:17
41:13 58:14,24
59:10 69:19
71:14

**defense** 58:18
59:4

**delineations**
54:5

**department**
50:24

**departments**
51:24

**depends** 22:23
64:3,3 92:14
92:14

**deposed**  8:9
**deposing**  43:22
  44:3
**deposition**  1:16
  4:7 5:4 7:23
  8:18 12:19,25
  14:13 17:9
  26:13 27:7,17
  41:21 42:20
  43:17 44:17,24
  44:25 45:21
  46:2 48:9,20
  58:8,19,20
  59:7,17,18,25
  60:18 64:9,19
  64:23,23 65:12
  65:16,18,21
  71:2 72:5
  91:19 94:12
  96:1 98:3
**depositions**
  65:15
**deputy**  94:7
**describe**  31:12
**described**  38:2
  38:7
**description**  3:6
**descriptions**
  54:15
**designated**
  5:20
**details**  35:23
  60:23

**determined**
  31:23
**difference**  55:6
  79:13
**differences**
  81:4
**different**  52:18
  54:5 67:20
  92:9,12
**digital**  96:7
  97:3
**dines**  53:8
**director**  17:2
  18:9,12,25
  21:21 28:23
  37:19 83:13,23
  84:2,7 90:20
**discovery**  45:8
  71:21
**discuss**  30:7
**discussed**  20:22
  29:20,24
**discussing**
  33:25
**disrupting**  26:9
**district**  1:1,3
**divide**  33:13
**divided**  31:9
**document**
  48:18 65:25
  72:11 79:18,19
  80:7
**documents**
  40:6,11,19

41:12,15,20
42:14,22 43:7
71:6,20 79:9
79:12,14 80:3
**doing**  18:24
  21:22 24:10,10
  24:24,25 33:9
  35:8 36:15,16
  36:19 37:10
  39:22 41:7
  42:7 49:12
  69:4,11 85:2,3
  85:8,14
**dollar**  80:18
  81:8
**door**  90:11
**doubles**  22:20
  93:5
**duly**  6:9 96:5

**e**

**e**  2:1,1 3:1,5
  54:2,8
**earlier**  7:4 38:7
  83:25
**earning**  53:23
  53:25
**easier**  8:14
**either**  36:9 62:5
  63:15
**emanuel**  2:13
  2:17 5:15
  46:20

**employ**  76:8
  77:23
**employed**
  96:10,13 97:7
  97:9
**employee**  29:18
  29:21,25 30:5
  55:18 79:14,17
  80:8,17,18,19
  80:20 84:6,15
  87:11,15 96:12
  97:9
**employee's**
  53:18
**employees**  3:7
  3:9,11 22:4
  28:5,9 29:5
  30:15,24 31:11
  32:9 34:4
  35:12,18 38:6
  38:6 39:2 42:4
  42:15 51:12,23
  53:23 54:6
  73:23 74:6,14
  78:23 79:10,11
  79:18 80:9,14
  81:7 84:4
  92:10,24 93:14
  93:20 94:2
**employment**
  28:10 42:22
**enforce**  26:22
**engaging**  45:8

english   10:16
ensure   46:5
   47:15
entering   41:9
entity   7:8,11,13
   7:18
equally   38:13
errata   98:1
es   96:4
especially   17:8
   26:10 35:16
   91:18
esquire   2:3,13
establishment
   75:7,18 76:9
   77:24
et   4:9,10 98:2
evaluation   85:9
   85:15
evaluations
   84:15,25 87:7
event   55:14
   88:22 89:2
events   22:24
   69:22,23 92:15
   92:22 93:7
eventually   20:2
everybody's
   93:7
everyone's   24:3
evidence   39:5,8
   47:13
evidentiary   5:3

exact   63:11
exactly   15:9
   90:5
examination
   3:2 6:15
examined   6:11
example   54:7
   89:7
except   80:16
   81:7
exhibit   3:7,9,11
   48:19 49:4
   66:2,9 67:5
   72:13,20
expect   25:19
expires   98:25
explain   55:5
extra   68:24
extract   68:17
extracting   69:5

**f**

fact   62:25
fall   51:23
familiar   7:8
   13:11 28:4,8
   50:6,13 57:24
   58:3 60:10
   68:18 69:12
   70:4 71:5
   80:12
far   10:20 80:2
   80:6

february   15:8
   15:21
federal   39:13
   46:7,12,24
   47:16
felon   75:6,13
   76:8,18 77:14
   77:24
fernandez   1:5
   2:2 4:9 7:5
   98:2
figure   59:17,20
   59:21
figured   59:22
   59:23
file   3:8,10,12
   48:25 66:7,7
   72:17,17
financially
   96:14 97:10
financing   18:24
find   69:17
fine   36:9
finish   9:25 12:5
firing   30:8
firm   5:19
first   6:8 8:10
   10:12 47:3
   53:17,19 54:11
   54:19 58:10,19
fit   20:11,18
five   22:20
flexible   22:17

floor   15:2,6,7
   15:14 19:20
   21:8,9,10,12,14
   36:21,22,23
   37:7,8,14 38:3
   39:23 93:23
fluently   10:17
focusing   52:14
   53:22
foh   51:8,9
follow   47:16
   49:14 63:11
followed   23:11
   23:15 47:9
following   24:3
   24:14 25:16
   53:16 77:22
follows   6:11
food   28:4,9
   29:5,17,21,25
   30:4,14,23
   31:16,19 38:5
   38:25 42:4
   52:15
foregoing   96:3
   96:4 97:4
form   8:6 9:10
   9:15 11:19
   14:6 15:18
   16:12 17:23
   18:18 19:13,22
   22:7 24:5,16
   25:22 26:5
   27:2,5,16

**[form - headers]**                                                    Page 7

30:12,18 33:15
34:24 35:19
37:17 38:11,15
40:22 46:8
47:18 48:4
52:2 57:9
60:12,21 61:6
61:21 62:6,13
63:2 66:15,19
66:23 67:11,17
70:15 71:8
73:7,25 74:19
75:2,8,22
76:12 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11 84:9,17
86:6,14,25
87:17 88:11
89:10,24 90:24
**format** 81:5
**forward** 29:3
**four** 63:8 73:5
**franklin** 97:2
97:14
**friday** 95:3
**friends** 91:13
**front** 21:25
22:4 33:11
35:21 43:23
51:10,11,14
52:14,19 53:13

53:22 54:6
55:15,18 74:3
74:5 80:25
81:6 91:2
**full** 91:2
**function** 71:20
**functions** 34:14
**further** 71:23
72:2 94:11
96:12 97:8

**g**

**g** 54:2,9
**games** 44:14
**general** 14:15
15:3,11,13,15
16:3,19,22
17:5,11,15
21:8 28:19,24
34:15 36:14,19
37:16 41:16
74:10 77:21
**getting** 60:3
79:19
**give** 8:19 14:3
18:7 20:17
27:22 39:10,14
40:20 42:4
56:13 79:10,10
87:20 88:13
**given** 12:11
80:8,9
**gives** 80:13
86:18 93:25

**giving** 40:11
78:14 86:21,22
88:5
**gm** 15:23 16:4
16:11,16 17:22
17:22 19:21
39:25 78:7,9
**go** 8:13 22:8
26:8,17 27:16
27:23 28:17
31:24 39:11
49:25 53:11
56:4 60:23
69:16 83:22,22
85:18 90:15
94:19
**going** 8:11 9:21
26:22 29:2
35:4 36:4
44:14,16,23
45:13 48:5,19
52:12 53:21
56:22 57:5,16
59:6 63:6 65:4
65:25 89:14
93:3,15,20
**good** 4:2 5:12
5:15 6:17,18
6:18 20:11,18
34:19 90:23
**googled** 76:25
77:8,9
**gratuities**
54:11,20 55:6

**gratuity** 54:10
54:12,21,22
55:12,13,21,22
**great** 6:21 8:3
8:11 10:23
72:7
**ground** 8:13
**group** 1:10,17
2:10 5:22 7:7
98:2
**groups** 92:22
**guess** 53:12
56:8
**guessing** 62:24
**guests** 53:3,6
55:23

**h**

**h** 3:5
**half** 33:2
**hand** 6:5 8:22
**handle** 37:20
**happens** 25:11
**happy** 65:21
**head** 8:22 23:5
23:24 69:22
82:22,25 83:6
84:6 85:24
86:7,9,16
89:23
**headers** 50:20
63:12 67:4,9
72:25 73:6

**hear**  6:19 9:13
  18:15 19:10
  29:3 37:4
  44:22 64:11,14
  64:15 68:23
  71:25 94:22
**heard**  7:3
**hearing**  6:3
  85:7
**hereto**  96:13
  97:10
**hi**  5:12
**highlighting**
  52:9 54:16
**hire**  29:10
**hired**  15:20
  17:4,10,15
  28:14
**hiring**  29:21
  34:17 36:16,19
  39:10 41:7
  42:7 80:4
**hold**  49:22
**hospitality**  1:10
  1:17 2:10 4:10
  5:22 7:7 98:2
**hosts**  52:16,24
  53:11
**hotel**  88:15
**hour**  22:20
  59:13 83:10
**hours**  32:12,16
  32:20,24,25
  33:2,3 54:14

**56**:4,9,10,15,24
  57:6,8,22
  62:21,21 69:3
  69:9 73:23
**house**  21:25
  22:4 33:11
  35:22 51:6,10
  51:11,14 52:14
  52:20 53:22
  54:6 55:15,18
  74:3,5 80:25
  81:6 91:3
**hr**  47:20 48:11
**hundred**  61:24
**hundreds**  61:7

**i**

**idea**  90:23
**identification**
  49:5 66:10
  72:21
**identify**  5:9
**illegal**  75:5,21
  76:4,8
**impair**  10:24
  11:7
**impaired**  11:10
**important**  8:19
**improve**  86:10
**inadequately**
  58:25
**included**  53:2
**industry**  88:15

**inform**  25:19
**information**
  40:16 41:6
  42:8,10,16
  46:11 47:25
  56:17,21 57:11
  57:23 58:4
  62:10,15 63:16
  63:17 67:8
  68:6 73:14
  75:25 76:21,24
  81:5,8 83:12
**informed**  87:4
**informing**
  25:14
**input**  33:7,10
  86:18,21,24
**instructed**
  24:19 27:10
**instruction**
  9:23
**instructions**
  10:21
**intended**  4:25
**interested**
  96:14 97:11
**interferes**
  26:12
**internal**  89:6
**interview**  17:19
  20:21 29:8,17
**interviewed**
  17:10,14 20:12

**inventories**
  34:17
**inventory**
  36:18
**invoices**  91:12
**involved**  18:23
  19:2 34:23
  35:7 36:17
  40:10,13
**issue**  43:16
**issues**  25:18,20
  86:22 87:4

**j**

**j**  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1,23 57:1
  57:18,18 58:1
  59:1 60:1 61:1

61:20 62:1
63:1,14 64:1
65:1 66:1,12
66:21 67:1
68:1 69:1 70:1
71:1 72:1,24
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1

**jamaica** 2:15
2:16
**jams** 27:6
**janos** 1:18 4:7
5:20 6:2,7
95:18 98:3,21
**jersey** 1:22
4:11,13,14
**jk** 2:7
**jnussbaum** 2:7
**job** 1:24 34:14
36:13,20 52:13
61:17 68:2
77:18 78:7,14
78:19
**jobs** 52:19
**joe** 36:10
**join** 49:20
**joining** 35:25

**josef** 2:3 5:13
7:4
**joseph** 2:4 5:13
**judge** 26:17
**judge's** 26:6
45:7 48:4
**julio** 23:5,20,21
23:22,23 24:2
25:14,19 34:22
35:13,17 69:21
82:16 84:14
86:13 88:20
89:23 93:13
94:3
**jump** 36:4

**k**

**k** 54:9 57:3
62:5 63:14
66:13,21 72:24
**karagoz** 54:8
57:6,22
**kataev** 2:13
5:15,16 8:6
9:10,14,15
11:19 14:6
15:18 16:12
17:23 18:18
19:13,22 22:7
24:5,16 25:6
25:22 26:4,20
26:24 27:12,15
30:12,18 33:15
34:8,24 35:19

35:25 36:3,9
37:17 38:11,15
40:22 41:19
43:12,14,18
44:7,16,22,23
45:5,20,25
46:2,8 47:18
48:3,7 49:12
49:19,25 52:2
57:9 59:14
60:12,21 61:6
61:21 62:6,13
62:18 63:2
64:7,12,16
65:3,10,11
66:15,19,23
67:11,17 70:15
71:8,23 72:2,6
73:7,16,25
74:19 75:2,8
75:15,22 76:12
76:19 77:3,15
78:2,8 79:20
79:25 80:22
81:12,18,24
82:11,21 83:4
83:11,18 84:9
84:17 86:6,14
86:25 87:17
88:7,11 89:10
89:24 90:9,12
90:24 94:19,25
95:5

**katherine** 1:5
2:2 4:8 7:5
**keep** 19:5 39:19
59:6 65:19,23
78:15 87:3
**keeping** 34:19
94:12
**khaimov** 52:7
**kind** 65:23
68:22
**kirschenbaum**
2:4 5:13
**know** 9:19 10:3
10:10 16:8,10
35:23 40:4,8
40:14 41:3
42:13,18 44:13
45:23,24 49:7
53:14 55:8,9
61:9 74:11
75:5,12,14,17
75:20 76:3,5,7
76:23 77:13
80:2,6 84:12
88:12 89:11
93:7
**knowledge**
96:9 97:6

**l**

**l** 62:12 63:14
66:13,22 72:24
**la** 1:11,17 2:11
7:19,25 13:12

13:24 14:16
15:21 18:17
28:10 30:15
31:4 33:13
34:2,15 35:12
37:14 38:24
39:19 40:6,11
40:19 41:4
42:3,12,13
43:7 46:5 47:7
47:14 48:24
51:24 52:20
53:9 57:25
63:7 66:6
70:13 71:6
72:16 73:24
74:14 75:5
76:7 77:21,22
79:2,6 80:13
81:11 84:16
87:11,21 89:6
**late** 25:12
**laughed** 64:8
**laughing** 64:18
**law** 9:8 39:13
46:7,13,24
47:17
**laws** 5:3
**lawsuit** 7:6
12:9 40:5,12
58:14 59:13
69:19,25
**lawyers** 40:11

**leave** 49:19
53:10 54:23
55:3,23 93:23
**left** 15:24 16:11
16:23 55:17
**legal** 2:14,21
5:16
**lest** 45:24
**liability** 42:24
43:4
**life** 77:2,17
78:6
**limit** 44:12
**line** 55:25
57:16 98:5
**liquor** 75:7,18
76:9 77:25
**listening** 85:18
**litigation** 48:24
**little** 8:14
**llc** 2:14,21 5:16
98:1
**llp** 2:4
**llp.com** 2:7
**location** 1:21
**long** 14:18 15:5
39:23 74:8
**look** 27:2 64:2
**looked** 73:2
**looking** 37:21
50:11
**looks** 62:21
67:19

**losing** 60:3
**lot** 90:10

**m**

**m** 54:8 62:17
62:20 63:14
66:13,22 72:24
**ma'am** 94:25
**made** 33:4,11
59:23 65:3,4
**majority** 20:15
**make** 8:14 12:4
41:22 43:24
45:2 69:10
89:23 90:3
92:3
**makes** 24:2,14
26:12
**making** 32:2
90:8
**management**
33:18,21 51:19
52:5 69:17
**manager** 14:16
15:3,3,6,7,11
15:14,14,15
16:3,20,22
17:5,11,15
19:20 21:8,9,9
21:11,12,14,18
25:19 28:19,24
34:15 36:14,19
36:21,22 37:7
37:15,16 38:3

39:24 41:16
74:11 77:21
88:13 89:8,12
**manages** 23:2
**managing** 23:5
23:7 25:4
**manner** 5:4
**marianna** 1:12
2:12 12:25
18:10,15,23
19:3,11 21:4
28:23 92:2
**marianna's**
17:8
**marianne** 91:7
**mark** 48:19
**marked** 49:4
66:9 72:20
**marking** 66:2
72:12
**matter** 4:8
**matters** 60:4
**mean** 56:7
61:23 63:14
73:6,15 80:8
83:25
**meaning** 60:23
61:19 62:4
63:23
**means** 5:5 57:7
57:21 75:21
76:4
**medication**
10:24 11:6

**meeting** 94:4
**meetings** 22:3
**members** 42:24
43:4
**memory** 11:7
11:10 56:14
86:2
**mentioned**
24:12,23 33:20
35:20 57:13
60:13 61:15
67:25 83:5
87:2 90:25
**mentioning**
78:18
**message** 35:3
35:12
**met** 58:17 59:4
71:15
**mic** 13:4
**microphone**
26:11
**minimum** 39:3
**minute** 68:14
89:15 94:24
**minutes** 61:4
**moment** 11:23
21:17 24:13
27:23 35:24
73:21
**money** 59:24
**month** 22:13
**months** 14:22
20:17 47:5,7

87:9
**motion** 41:22
**move** 13:4
**movements**
8:22
**mumbling** 37:4
**mute** 90:12
**muted** 94:23

**n**

**n** 2:1 3:1 54:2,2
**name** 4:3 5:24
6:22 7:4 13:18
13:19 15:22,25
16:6 47:24
48:25 53:17,18
53:18,19 66:7
69:14 80:16
98:2,3
**named** 3:8,10
3:12 52:6 54:8
**names** 6:23
**natalie** 88:21
88:25
**nature** 71:19
**near** 26:10
**need** 10:9 25:24
26:16,19,20,24
37:14 44:15
46:11,22 59:8
65:19,22 86:4
88:14,22 92:20
95:3

**needed** 59:5
80:3
**negotiate** 83:13
83:17
**negotiated** 84:7
**neither** 96:10
97:6
**never** 8:10
12:10 29:19
34:25 35:3,6
40:13 50:8
60:18,22 61:4
**new** 1:3 2:6
4:11,14,17
20:21 38:8
96:19 98:1
**nicknames** 6:25
**night** 55:4,11
**nj** 1:22
**nobody's** 11:22
**nods** 8:22
**noise** 90:10
**notary** 4:13,15
95:23 96:18
98:25
**noted** 26:14
**notice** 14:12
38:25 39:10
42:5,20 43:11
44:6,12 45:15
58:8 65:6
71:13
**noticed** 45:18

**notices** 41:4
87:21 88:6
**number** 8:12
42:19 60:24
72:17,17
**numbers** 61:19
62:4 63:23
67:9 73:5
**nussbaum** 2:3
3:3 5:12,13
6:14,16 7:4,17
8:7 9:11,17
11:20 13:7
14:9 15:19
16:15 17:24
18:4,19 19:7
19:16,24 22:11
23:18 24:6,17
25:10 26:2,6
26:22 27:4,13
27:20 28:3,16
29:4 30:13,20
31:22 32:21
33:23 34:11
35:2,6,10
36:11,12 37:12
37:23 38:12,17
41:2,8,23 42:2
42:19 43:3,14
44:2,11,19
45:4,10,22
46:3,15 47:2
47:23 48:2,8
48:10 49:17,23

**[nussbaum - openly]**                                          Page 12

| | | | |
|---|---|---|---|
| 50:2 52:4 | **oaths** 4:16 | **objection's** | 49:13,16,21 |
| 53:25 54:3 | **objection** 4:19 | 26:14 | 50:23 51:7,17 |
| 57:15 58:6 | 6:4 8:6 9:10,15 | **obligation** 9:5 | 51:21 52:5,12 |
| 59:19 60:8,16 | 11:19 14:6 | 45:17 | 52:12 53:16,21 |
| 61:2,12 62:2,8 | 15:18 16:12 | **obnoxious** | 54:24 55:20,25 |
| 62:16,23 63:5 | 17:23 18:18 | 65:23 | 56:3,5,15,18,22 |
| 64:11,14,25 | 19:13,22 22:6 | **occasions** 93:13 | 57:5,16 61:13 |
| 65:13,24 66:16 | 24:5,16 25:6 | **office** 93:24 | 62:3,12 63:6 |
| 66:18,20 67:2 | 25:22 26:4,8 | **officer** 96:1,2 | 64:5 65:20 |
| 67:13,21 68:21 | 26:13,25 27:5 | **okay** 6:20 7:3 | 66:12,21 67:3 |
| 69:13 70:18 | 27:15 30:12,18 | 7:10,22 8:2,8 | 67:14,22 68:14 |
| 71:10,12 72:4 | 33:15 34:8,24 | 9:25 10:9,16 | 69:18 70:9,11 |
| 72:7,8 73:9,18 | 35:19 37:17 | 10:19 11:12 | 71:5,11 72:7 |
| 74:4,21 75:3 | 38:11,15 40:22 | 12:4,6,8,16 | 72:23 73:4,10 |
| 75:11,16,23 | 46:8 47:18 | 13:2,5 14:15 | 73:12 74:8 |
| 76:16,22 77:6 | 48:3 52:2 57:9 | 14:24 15:5,10 | 75:4 76:17,25 |
| 77:19 78:5,21 | 60:12,21 61:6 | 15:20 16:2,10 | 78:22 79:5 |
| 79:22 80:5,23 | 61:21 62:6,13 | 17:20 18:5,7 | 80:16 81:4 |
| 81:15,25 82:4 | 62:18 63:2 | 18:14,22 19:8 | 83:25 85:11 |
| 82:13,24 83:8 | 66:15,18,23 | 19:25 20:20 | 86:4 87:10,24 |
| 83:15,19 84:10 | 67:11,17 70:15 | 21:12,19 22:12 | 88:3 89:16 |
| 84:20 85:4,10 | 71:8 73:7,16 | 22:14 23:12,25 | 90:3 92:5,8,12 |
| 86:11,17 87:5 | 73:25 74:19 | 24:20 25:4,17 | 92:16,23 93:2 |
| 87:19 88:9,17 | 75:2,8,15,22 | 27:8,12 28:20 | 93:12,17 94:10 |
| 89:4,14,21 | 76:12,19 77:3 | 29:8,16,20 | 94:18 95:4,6 |
| 90:2,18 91:5 | 77:15 78:2,8 | 30:7,14 31:3,8 | **once** 22:5,9,13 |
| 94:10,21,24 | 79:20,25 80:22 | 31:23 32:7,22 | 60:2 84:24 |
| 95:2,7 | 81:12,18,23,24 | 33:7 34:4 | 91:8 |
| **ny** 2:6,16 | 82:2,11,21 | 35:11 36:20 | **open** 59:7 |
| | 83:4,11,18 | 37:13 38:18 | 94:13 |
| **o** | 84:9,17 86:6 | 40:4 41:23 | **opening** 24:25 |
| **o** 54:9 | 86:14,25 87:17 | 42:9 45:20 | **openings** 24:10 |
| **oath** 9:2 12:12 | 88:7,11 89:10 | 47:6,13 48:2 | **openly** 45:16 |
| 74:23 | 89:24 90:13,24 | 48:11 49:6,10 | |

[operation - payroll]                                    Page 13

| | | | |
|---|---|---|---|
| **operation** 17:3 | **outcome** 96:14 | 22:1 23:1 24:1 | **pardon** 11:16 |
| 18:9,12,24,25 | 97:11 | 24:18 25:1 | **part** 40:4 68:2 |
| 21:22 28:23 | **overlap** 81:22 | 26:1 27:1 28:1 | 70:19 76:6,10 |
| 83:14,23 90:20 | **overtime** 54:13 | 29:1 30:1 31:1 | 86:5 |
| **operations** | 56:2,2,3,4 57:6 | 32:1 33:1 34:1 | **participate** |
| 18:16 19:12 | 57:8 73:23 | 35:1 36:1 37:1 | 30:24 84:19,25 |
| 37:19 84:2,8 | 74:16 93:5 | 37:2 38:1 39:1 | **participated** |
| **options** 33:16 | **owed** 54:10,11 | 40:1 41:1 42:1 | 29:17 |
| **order** 95:8 | 54:12,14,20,25 | 43:1 44:1 45:1 | **participates** |
| **ordering** 94:20 | 55:6,7,10 | 46:1 47:1 48:1 | 35:18 84:15 |
| **orders** 53:4 | 56:19 | 49:1,8 50:1,3 | 88:4 |
| **osteria** 1:11,17 | **own** 16:25 | 51:1 52:1 53:1 | **parties** 4:17,21 |
| 2:11 7:19,24 | 22:18 | 54:1 55:1 56:1 | 96:11,13 97:7 |
| 13:12,24 14:16 | **owner** 28:22 | 57:1 58:1 59:1 | 97:10 |
| 15:21 18:17 | 78:13,19 | 60:1,9 61:1,3 | **passed** 20:24 |
| 28:10 30:15 | | 62:1 63:1 64:1 | **pay** 17:20 18:8 |
| 31:4 33:13 | **p** | 65:1 66:1 67:1 | 38:19 39:11 |
| 34:2,15 35:12 | **p** 2:1,1 | 67:22 68:1 | 84:7 |
| 37:13 38:24 | **p.m.** 1:20 4:6 | 69:1 70:1 71:1 | **paycheck** 80:19 |
| 39:19 40:6,11 | 95:12 | 72:1,9 73:1,22 | **paychecks** |
| 40:19 41:4 | **page** 3:2,6 98:5 | 74:1 75:1 76:1 | 74:13 81:6 |
| 42:3,13 43:7 | **paid** 11:12,24 | 77:1 78:1 79:1 | **paying** 11:15 |
| 46:4 47:7,14 | 11:25 38:7 | 80:1 81:1 82:1 | 11:18,22 42:5 |
| 48:24 51:24 | 56:10 57:8,22 | 82:6 83:1 84:1 | **payments** |
| 52:20 53:8 | 73:23 74:9,16 | 85:1 86:1,24 | 21:24 |
| 57:25 63:7 | 83:10 | 87:1 88:1 89:1 | **payroll** 13:8,11 |
| 66:6 70:13 | **paliko** 1:18 4:1 | 89:22 90:1 | 13:14,15,17 |
| 71:6 72:16 | 4:8 5:1,20,24 | 91:1 92:1 93:1 | 57:12 58:4,5 |
| 73:24 74:14 | 6:1,2,2,7,17 7:1 | 94:1,16 95:1 | 58:12,23 60:15 |
| 75:4 76:7 | 7:15 8:1 9:1 | 95:18 98:3,21 | 61:16 67:15,23 |
| 77:21,22 79:2 | 10:1 11:1 12:1 | **pants** 81:13 | 68:4,9,15,18 |
| 79:6 80:13 | 13:1 14:1 15:1 | 82:7 | 69:2,24 70:22 |
| 81:11 84:16 | 16:1 17:1 18:1 | **paralegal** 2:21 | 70:24 71:3 |
| 87:11,21 89:6 | 19:1 20:1 21:1 | 5:18 | 79:2 91:15,21 |

[payroll - program]                                                   Page 14

91:22 92:3
**pays** 39:2
**penalties** 9:6
**pending** 10:12
**people** 33:12
  36:17,18 41:5
  50:12 52:14
  54:23 88:6
**percent** 61:24
**perez** 23:22,23
  24:2 34:22
  82:16 83:9
  84:14 87:14
  88:4 89:8
**performance**
  37:22 87:6
**performing**
  24:8 25:2
  86:20
**period** 20:10,23
  20:25 42:24
  43:4,19 44:9
  44:12
**perjury** 9:7
**permitted** 4:25
  27:2
**person** 28:21
  52:6 88:24
**personal** 77:17
  78:6
**personnel** 79:6
**petrosyants**
  1:12 2:11
  76:18

**ph** 52:7
**phone** 49:15,20
**place** 23:7 25:8
  47:21 61:9
**plaintiff** 1:8 2:2
  12:9
**plaintiff's** 5:10
  66:2 72:13
**plaintiffs** 5:14
  7:6 40:5 66:5
  71:7 72:16
**plan** 93:23
**planner** 88:22
  89:2
**playing** 44:13
**please** 5:9 6:5
  7:15 9:19,25
  10:10 12:4
  13:4 19:6
  27:21 29:2
  41:21 44:24
  45:8,20 59:16
  65:10,11,15
  68:3 72:6
  73:22 78:16
**pleasure** 49:17
**point** 24:21
  31:14,15 32:3
**policies** 34:6
  79:2,6
**policy** 38:13
**pool** 30:25 31:3
  31:9 33:14,17
  34:5,6 53:3

**pools** 33:24
**portion** 53:10
**position** 14:21
  20:11 30:21
  31:10 32:4,16
**possible** 92:6
**practices** 46:6
  47:16
**pre** 22:3 24:11
  24:25 94:4
**prefer** 77:4,7
  92:24
**preparation**
  70:25
**prepare** 12:20
  41:17
**prepared** 41:19
  43:10,18 45:17
  50:9,15 59:2,2
  59:14 60:2
  62:25 65:5
  67:7,14,19,24
  68:4,10,16
  69:20,25 70:14
  71:22 97:3
**preparing**
  59:11,24,25
**present** 2:20
  25:21
**previous** 72:25
**prior** 41:3 47:6
  96:4
**probably** 37:19
  50:13 61:8

74:11
**probation**
  20:10,18
**probationary**
  20:23,25
**problem** 27:16
  29:13 77:17
**procedural** 5:2
**proceed** 6:13
  27:16 36:5,11
  41:21 44:25
  45:9,20 49:21
  59:16 65:11,16
  65:17,22 72:5
**proceeding**
  1:21 4:5,24
  95:13 97:4
**proceedings**
  96:3,4,5,8 97:5
**process** 80:4
  85:12 86:5
  88:5
**produce** 71:15
**produced** 4:23
  48:23,25 49:2
  58:13,23 63:8
  66:5 69:19,25
  70:13 71:7,20
  72:15
**professionally**
  64:22
**program** 34:18
  34:19

**promote**  16:5
   17:6
**promoted**  16:2
   16:19,21 17:21
   19:20 20:21
   21:7 37:15
   87:11
**promoting**
   87:14
**promotion**  20:9
**properly**  78:11
**proportionally**
   32:17,19
**provide**  38:24
**provided**  41:13
   42:14,23 43:2
   43:7 44:7
   59:15
**public**  95:23
   96:18 98:25
**pull**  26:8
**pulled**  57:12
   58:4 60:14
**pursuant**  48:4
**putative**  42:23
   43:3

**q**

**qualified**  96:7
**question**  9:19
   9:21 10:2,12
   10:13 12:5
   18:22 19:9,9
   24:19,20 27:19

27:21 28:7
   43:13 68:3,9
   68:13 70:3,17
   75:10 76:6,10
   76:14 77:5
   78:4 81:23
   86:12 91:25
**questioning**
   64:17
**questions**  8:12
   8:20 9:2 10:20
   12:23 41:20
   43:24 50:10,16
   64:22 71:24
   72:3 91:14
   94:11
**quickly**  35:5
**quite**  45:10

**r**

**r**  2:1 54:2,9
**raise**  6:5 17:20
   18:8 19:19
   20:5 21:2
**rate**  38:19
   39:11 84:7
**read**  17:8 26:17
   26:20,24 27:20
**ready**  49:21
**reason**  11:3,9
   20:6 98:5
**reasons**  58:9
**recall**  13:19
   15:9,22,25

16:13,14 52:11
   77:11,12 90:5
   92:4,7,8
**receive**  33:2
   51:13
**record**  4:4,5,20
   4:23 5:10,25
   6:22 8:17,21
   10:7 27:25
   41:9 50:7,10
   50:16 58:6
   60:5 64:7,12
   64:16 65:2,8
   68:22 69:15
   71:13 89:7,17
   89:18,20 94:19
   95:10 96:9
   97:5
**recorded**  5:4
   96:6
**recording**  96:8
   97:3
**records**  13:9,12
   16:7 58:12,23
   59:13 67:15,23
   68:4,10,15
   69:18,24 70:12
   70:23,25 71:4
   71:6 89:6
**reduced**  96:6
**refer**  7:24 45:6
   89:7
**referring**  7:25

**refers**  51:11
**reflect**  64:7,13
   64:16 65:2
**refrain**  45:5
**regular**  54:13
   56:6,9,10
   57:17,22
**related**  40:12
   42:22 96:10
   97:7
**relation**  34:19
**relative**  96:12
   97:9
**remainder**  7:22
**remind**  74:22
**remote**  1:21
**remotely**  4:18
**repeat**  11:17
   18:2 28:7
   34:10 42:25
   46:14 62:19
   68:20
**repeated**  27:24
**rephrase**  9:20
**report**  29:6
**reported**  1:23
**reporter**  4:2,3
   5:23 6:3,12
   7:14 8:4,15,17
   8:21 9:13 10:5
   13:3,6 14:7
   18:2 19:5 22:6
   22:8 23:14
   25:24 27:18,22

27:24 28:15,25
31:18 32:18
34:10 35:4,24
36:7 37:2
42:25 44:18,20
46:14,17 49:16
49:18,22 53:24
60:3 62:19
68:20,23 71:25
78:15 81:20
82:3 84:22
85:3,6 88:25
89:16,19 90:9
90:15 94:18,23
95:4,9
**reporting**   98:1
**represent**   7:5
48:22 63:7
66:4 72:14
**representative**
1:16 5:21
**representing**
64:21
**requested**
27:25 40:5
**required**   22:22
**requirements**
39:12
**reservation**
93:6
**reserve**   59:9
**reside**   8:4
**respect**   34:6

**responses**   8:19
**responsibilities**
34:17
**responsibility**
61:17 91:2
**responsible**
29:12 78:10
**restaurant**   7:19
20:15 21:16,18
21:20 22:16
23:2 24:4 25:5
25:8,21 28:5
40:15 78:23
92:10 93:14,19
94:7
**revealing**   12:16
**review**   13:8
70:24
**reviewed**   12:24
14:12 35:16
71:3 74:13
91:18
**rich**   45:10
**right**   6:5 10:17
13:12 14:16
15:16 17:16
18:3,10 19:23
20:2,5 21:2,5
22:2 24:12,15
25:21 28:12,21
29:6 30:17
33:14 38:9
41:8 44:2
45:22,24 48:13

53:19 59:9
60:11,17,20
61:20,23 62:5
62:17 63:15,18
63:24 64:2,25
67:5,10,16
68:16 70:6
73:6,15 77:20
78:7,23 79:3
79:12,19 81:8
81:24 83:3
84:8 86:12
91:25 95:9
**robert**   1:12
2:11 12:25
17:3,4 18:25
19:3 21:4,19
21:21 22:3
28:24 29:16,22
30:2 35:22
76:17 90:21,22
**robert's**   35:16
**role**   14:19
16:24 24:9
25:2 84:21
85:11,14
**roles**   20:22
**rotating**   93:8
**rotation**   92:25
**row**   50:19
**rule**   26:18,21
26:25 77:22
**rules**   5:3 8:13
23:17 24:3,15

26:7 45:7 48:4
**run**   78:18
91:21 92:3
**runner**   31:16
31:19
**runners**   30:16
52:16 82:9,10
86:19
**running**   25:9
**runs**   7:13,18
78:11
**rush**   22:19

**s**

**s**   2:1 3:5 54:8
98:5
**sage**   2:14,21
5:16
**sagelegal.nyc**
2:17
**samet**   54:8 57:5
**sanctionable**
41:10
**sanctions**   59:10
**saw**   37:20
55:11 60:22
67:4
**saying**   20:14
40:18 41:14
63:24 65:19,23
79:23
**says**   26:18,25
50:24 51:2
52:13 53:23,24

**[says - spent]**

55:25 56:23
57:7,17,18,19
**schedule** 22:15
22:17,18 35:9
35:13
**scheduled**
65:21
**scheduling**
34:18,23 35:18
**screen** 49:6
72:10,19
**scroll** 49:10
51:7
**seamless** 36:25
**second** 41:11
43:15 45:14
48:5 56:13
58:7,10
**section** 45:7
51:18 52:6
54:4 93:3
**sections** 92:9
92:13,17,23
93:14,19
**see** 20:10,18
49:7,8,14 50:3
50:8,18,23
51:3,19 52:7
53:13 54:7,15
55:12 56:20,24
57:19 60:23
62:22 66:8,12
66:17,21 69:9
69:10 72:18,23

74:15 83:23
84:19,22 85:2
85:5,18 86:9
91:20
**seeing** 63:12
**seek** 59:9
**seems** 27:13
**seen** 60:19 61:4
**sells** 75:7,18
76:9 77:24
**sending** 46:20
47:3 69:7
**sentences** 85:7
**separate** 53:2
**september**
14:20 40:2,24
**serve** 51:12
**served** 43:11
71:14
**server** 23:5
24:9 25:2,11
31:14 52:16
69:22 82:23
83:2,2,6 89:13
**servers** 30:16
32:22 52:16
81:10
**service** 24:9
28:5,9 29:5,18
29:21,25 30:5
30:14,23 36:23
37:8 38:5,25
42:4 78:10

**servicing** 53:3
**shahmuradyan**
1:13 2:12
**share** 95:2,7
**shares** 31:8
**sharing** 49:6
72:10
**sheet** 98:1
**shift** 22:3 24:25
32:10,23 94:4
**shifts** 24:11
**shirt** 81:14
82:8
**show** 48:18
64:5 65:25
**showed** 60:17
**showing** 72:9
72:11
**shows** 25:12
**sic** 91:7
**sighing** 64:9,19
**sign** 39:17
**signature** 96:16
97:13
**signed** 12:14
**similarly** 1:6
**sit** 88:23
**sitting** 85:17
**situated** 1:7
**six** 22:21 32:24
33:3 87:8
**skills** 92:21
93:7,10 96:9
97:6

**slow** 25:25
28:25 44:20
81:21
**slows** 27:6
**somebody**
88:23
**sorry** 4:13
20:13 23:14
25:24 28:6,15
28:17 31:24
32:18 44:18
49:25 53:24
54:10 61:14
68:12 70:16
78:17 81:16
82:3 84:22
87:25 88:2,18
**southern** 1:3
**spare** 65:10
**speak** 7:14,14
7:15 10:16
13:3 26:10
37:3,3 78:16
91:6,9
**speaks** 18:16
**specific** 20:6
59:3 80:7
**specifically**
58:12 64:4
**specifics** 28:9
31:13
**speech** 29:2
**spent** 60:4

| | | | |
|---|---|---|---|
| **spew** 65:9 | **states** 1:1 | **supervises** 23:8 | **table** 37:25 |
| **split** 95:5 | **station** 93:22 | **supervisor** | 85:17 86:13 |
| **splitting** 95:6 | **stenographic** | 78:12,20 | **tables** 36:24 |
| **spread** 54:13 | 5:5 | **supposed** 44:3 | 37:9 |
| 56:15 | **stephanie** | 44:4 | **take** 4:4,15 |
| **spreadsheet** | 13:16 57:14 | **sure** 12:4,7 | 10:13 25:15 |
| 3:7,9,11 48:21 | 58:2 91:23 | 23:11 24:2,14 | 47:21 89:14 |
| 48:23 49:8 | **stephanie's** | 28:8 31:14 | **taken** 4:8 96:3 |
| 50:4,21 60:10 | 13:18 | 36:24 37:6 | 96:11 97:8 |
| 60:14 66:3,5,8 | **steps** 47:14 | 39:12 46:11,23 | **talk** 69:21 |
| 67:4,20 68:7 | **stipulation** 5:7 | 53:15 55:8,9 | **talking** 23:22 |
| 70:5 72:12,15 | **stop** 36:6 45:7 | 56:8,11 57:10 | 64:3 74:2 |
| 72:18 | **story** 41:17 | 63:3,19,21 | 92:21 |
| **spreadsheets** | 43:15 | 77:13 78:11 | **talks** 19:11 |
| 57:25 58:13,17 | **stuff** 60:7 | 92:3 | **talya** 1:23 4:3 |
| 58:22 61:8 | **subject** 9:6 | **surprise** 18:14 | 96:2,17 |
| 63:8,15,25 | 34:5 78:25 | 19:10 35:15 | **tell** 6:9 9:5,7 |
| 70:7,8,12 | 79:5 | 91:17 | 28:22 33:5,6 |
| 72:25 73:15 | **subjects** 59:16 | **surprising** 17:7 | 42:17 54:19 |
| **staff** 34:21 | **submitted** | **survived** 20:25 | 55:9 61:18,22 |
| 37:11 69:8 | 57:13 | **swear** 4:17 6:4 | 62:3 63:13,20 |
| **stand** 51:5,9 | **submitting** | **switch** 49:13 | 67:23 73:5,14 |
| **start** 12:5 15:7 | 13:17 | **switches** 51:8 | **telling** 45:13 |
| 47:3 | **subramanian's** | **sworn** 4:20 6:9 | 61:11,14 84:5 |
| **starting** 54:18 | 26:18 | 8:25 95:19 | **tells** 18:21 |
| 81:22 | **subscribed** | 96:5 98:22 | **ten** 89:15 |
| **state** 5:24 38:8 | 95:19 98:22 | **system** 25:7 | **term** 45:23 |
| 39:13 46:7,13 | **substance** | 31:7,17,25 | **terminated** |
| 46:24 47:16 | 12:17 | 32:15 33:8,22 | 30:4 |
| 96:19 | **suit** 82:17,18 | 38:20 47:9 | **terminating** |
| **stated** 6:21 | 83:6 | | 29:13,25 |
| **statements** | **suite** 2:5 | **t** | **terms** 79:9 |
| 12:14 80:13 | **supervise** 23:6 | **t** 3:5 54:8 | **testified** 6:11 |
| | | | 18:15 35:17 |

**[testified - true]**                                                    Page 19

43:5 61:3 84:2
92:5
**testify**  10:25
  11:4,13,25
  12:2 41:12,14
  42:21 43:6,10
  43:18 44:5,8
  45:18 58:11,17
  58:22 59:3,8
  59:12 60:6
  62:25 63:18
  65:5 67:8,15
  67:24 68:5,10
  68:16 69:20
  70:2,14,21
  71:19 94:14
**testifying**  9:8
  13:24 45:16
  96:5
**testimony**
  12:12 39:24
  56:12 60:19
  77:14
**text**  35:12
**thank**  5:23 6:3
  6:12,14 13:6
  37:5 49:19,20
  64:24 90:14
  94:15,17
**thing**  7:25
  71:16 73:12
**things**  37:25
  45:18 59:3,8
  85:19 88:15

93:4
**think**  7:3 10:3
  24:21 26:20,24
  86:2 90:6
  94:21
**third**  48:8
  51:18 55:21
**thought**  20:13
**three**  27:10
  32:25 33:2
  51:22,23 65:14
**tie**  81:14 82:8
  82:18 83:7
**time**  1:20 5:8
  8:10 10:10
  15:11 20:8,22
  22:19 27:5
  32:7,9,11 36:5
  37:10 39:9
  41:11,15 43:19
  44:8,12 45:13
  48:6,8 59:19
  59:20,24 60:4
  71:15 74:18
  88:13,22 90:5
  92:25 94:15
**times**  20:4
  27:10 65:14
**timing**  33:10
**tip**  30:24 31:3,9
  33:13,24 34:5
  34:6 38:8 39:3
  42:6 53:10,11
  69:17

**tipped**  38:6,25
  42:4,15 73:23
  74:5,14 78:23
  79:10,11 84:3
  84:6
**tipping**  46:6
  47:16
**tips**  32:8 33:3
  51:13 52:22,24
  52:25 53:5
  54:10,12,14,22
  54:25 55:2,4,7
  55:10,17,22
  56:19 69:6
**title**  89:12
**toast**  31:25
  33:5,8,10,12,16
  69:6,16 89:7
**today**  8:12 9:3
  10:20,25 11:4
  11:13,25 12:2
  13:24 21:13
  41:11 65:5
  67:15,24 68:5
  68:11 71:17
**today's**  7:23
  12:19 14:13
  48:20 59:25
  60:18 70:25
**together**  30:25
**told**  58:21 59:4
  65:14
**took**  14:21
  16:23 31:6

32:6 33:22
  38:21 40:23
  47:15 74:10,12
**top**  50:18 56:22
**topic**  42:19
  71:18
**topics**  65:6
  94:13
**total**  62:21
**touch**  18:11
  37:24
**touching**  36:24
  37:9
**training**  34:21
  36:18 37:11
**transcriber**
  97:1
**transcribing**
  8:18
**transcript**  4:22
  17:9 35:17
  91:19 94:20
  97:3,4
**transcriptionist**
  96:7
**transparent**
  69:8
**true**  22:2 34:22
  35:11 40:21
  63:25 76:17
  84:14 87:13
  88:3,4 89:5
  92:2 93:12,18
  96:8 97:4

truth  6:9,10,10
9:5,7
truthfully
10:25 11:4
try  8:13 10:10
37:3
trying  87:8
two  7:5 20:17
23:3 27:10
32:22 53:17
72:25
types  52:19
58:12 79:11,14
typewriting
96:6
typically  91:9

**u**

unable  11:4
under  5:2 9:2
12:12 50:23
51:2,17 57:6
67:9 69:17
73:5 74:23
understand
4:21 8:23 9:4,9
9:18,22 10:7
10:14,15,19
13:23 14:5
24:22 28:6
46:18 65:16
68:12 70:17,19
74:23 75:10
76:11

understanding
27:14
understood
9:22 11:23
43:16
uniform  81:10
82:5,6 83:3
united  1:1
unmute  90:13
unprofessional
45:6,12,19
update  46:10
updates  46:22
updating  34:18
use  45:23
used  20:16 37:7
47:21 50:12
uses  4:25
using  46:9,18
usually  22:18
22:20 91:11

**v**

v  1:9 98:2
values  32:3
vary  80:18
vendors  21:23
34:20
verbal  8:19
veritext  4:4
98:1
versus  79:15
vest  81:14

videoconfere...
2:3,13,22
voice  19:5
78:16
vs  4:9

**w**

wage  38:9,19
39:3 59:13
80:13
wait  31:18,18
31:18 42:25
44:20,20 49:22
81:20,20,20,21
waiter  23:24
82:15 84:6
86:16 89:23
waiters  86:19
want  26:15
33:6 36:6,7
42:17 55:8
63:19 65:8,9
72:4 74:22
95:5
wanted  40:19
wants  36:10
wasting  45:12
way  10:5 23:6
36:9 49:2 65:3
74:9 85:18
92:20 94:9
we've  33:25
wear  81:11
82:16 83:2

wearing  83:6
wears  82:18
wednesday
1:19 4:10
week  22:21
46:21 91:8,21
weeks  15:24
went  12:23
white  81:13
82:7
wine  34:18
withdrawn
22:14,25 23:20
38:23 51:22
70:23 84:13
witness  4:18,20
4:21 5:19 6:4,8
7:16 13:5
16:13 18:3
19:14,23 22:9
23:16 25:7,23
27:9 28:2
30:19 31:20
32:20 33:16
34:9,25 35:7
35:20 37:6,18
38:16 40:23
41:11,18,19
42:21 43:5,9
43:15,21,23
44:4,7 45:14
45:15 46:9,19
47:20 52:3
57:10 58:10,11

58:16,16,21,25
59:5,7,14 60:6
60:13,22 61:7
61:22 62:7,14
62:20 63:3
64:8,17,18,21
65:5 66:24
67:12,18 68:25
70:16 71:9,15
71:18,22 72:3
73:8,17 74:2
74:20 75:9
76:13,20 77:4
77:16 78:3,9
78:17 79:21
80:2 81:13,19
82:12,22 83:5
83:12 84:18,24
85:9 86:7,15
87:2,18 88:8,8
88:10,12,14,18
88:23 89:3,11
89:25 90:17,25
94:11,17 96:4
**witnesses** 59:12
**witnesses'** 98:3
**word** 75:20
76:3
**words** 50:19
**work** 7:10
15:20 16:16
20:16 32:12,17
50:12 52:19
56:3,10 61:9

73:24 88:15
92:10,24 93:3
93:15,20
**worked** 32:10
32:20,23,24,24
32:25 33:3
62:21,22 74:16
**working** 39:23
75:6
**works** 13:20
**worse** 92:17,19
**write** 88:13,24
**writing** 39:15
**written** 5:6
38:25 41:4
42:5
**wrong** 33:6
42:17 63:20

| x |
|---|

**x** 3:1,5

| y |
|---|

**yeah** 6:20,20
8:5 14:23
17:12,17 19:14
20:3 23:16,23
24:23,23 27:4
27:20 32:13,14
41:23 49:9
51:14 52:3
56:25 57:20
59:19 67:6
70:22 74:5,22
74:25 75:4

95:8
**year** 14:20 15:9
73:24 90:6
**york** 1:3 2:6
4:12,17 38:8
96:19 98:1

| z |
|---|

**z** 54:9
**zero** 56:20
**zone** 41:10

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.