# Exhibit 9

 **Outlook**

---

### Fernandez vs Bulldozer Hospitality Group, Inc. et. al. (aka Osteria La Baia)

---

| | |
|---|---|
| **From** | Nicholas Trotta <ntrotta@kypcl.com> |
| **Date** | Fri 9/26/2025 11:36 PM |
| **To** | Josef Nussbaum <jnussbaum@jk-llp.com> |
| **Cc** | Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>; Irene Sinayskaya <Irene@kypcl.com>; Bhargava Kosuru <bkosuru@kypcl.com> |

Hi all,

Pursuant to your request, please see the following link containing the requested class sampling materials.
[Defendants' Production of Class Sampling (Katherine](#)

Please let me know if you are able to access the documents.

- **Unredacted tip sheets for the first payroll cycle in June and December of each year, for the past six years:**

We are producing PDFs covering the first two weeks of June and first week of December from June 2022 through June 2025. These spreadsheets list each employee who worked that week, including breakdowns of hours worked, cash and non-cash tips (before and after pooling), and gratuities. The restaurant opened in mid-November 2021 and therefore records are not available for the full six-year period.

For December 2021 payroll cycle records, the POS system could not generate a comparable breakdown for earlier periods. Instead, we are providing paychecks for that week.

Please note that gratuity is automatically added to guest checks, while tips are handwritten in by the guest.

- **Private event records for the events already produced, showing where the 18% gratuity and 3% service charges were distributed and to whom, to the extent such records exist for those events:**

To the extent records exist, we are producing documents showing distribution of the 18% gratuity and 3% service charge. Again, gratuity is automatically added to the check and tips are written in by guests.

- **Additional private event records for years not already produced (within the past six years), relating to private events during the first full week of June and December of each year in the limitations period. These records should include, without limitation, menus, contracts, BEOs, invoices, final checks, tip distribution sheets, and external email communications (including emails, text messages, and social media messages with customers) showing where and to whom the 18% gratuity and 3% service charge were distributed:**

We are producing available communications with clients (primarily emails), as well as Private Event Orders that include event descriptions, client names, menus, beverages, cost breakdowns, contract terms, and credit card authorization forms. Receipts are also included, though they do not list individual names, only dates and costs. The events produced include December 2023, June 2024, December 2024, and June 2025. The restaurant did not assume responsibility for events until July 2023, so no earlier records exist.

- **Year-end payroll journals for all tipped employees for each year of the limitations period, with 2025 provided on a year-to-date (YTD) basis:**

We are producing quarterly employee payroll audit reports, which include employee information, hire/termination dates, tax breakdowns, and subject wages. Our client's payroll provider confirmed these reports are the best available substitute for year-end journals, as they reflect all wages and taxes by employee.

- **Wage notices and pay rate acknowledgment forms provided to tipped employees during the limitations period, which Defendants contend demonstrate compliance with the new hire notice and tip credit notice requirements for the putative class:**

These documents have not yet been located. We will follow up regarding availability.

Finally, our client has noted that daily tip distribution sheets already reflect both event and non-event tips. There are no separate reports for events, as all tips earned in a day are pooled and distributed to all staff working that shift.

At present, this reflects all materials we have received. Communication with our client was somewhat limited this past week given the high holidays. If and when additional responsive documents are provided, we will promptly produce them.

Please let us know if you would like to schedule a call to discuss these materials further. Thank you and have a great weekend and holiday!

| | |
|---|---|
| **Nicholas Trotta**<br>Senior Associate | T: 718-402-2240<br>F: 718-305-4571<br><br>https://link.edgepilot.com/s/4c704aae/quqMo1AWvEyoZfU3S99Mmg?u=http://www.kypcl.com/<br><br>710 Avenue U<br>Brooklyn, NY 11223<br><br>49 West 37th St., 7th Fl.<br>New York, NY 10018 |

*Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender and delete the transmission. If you are not the intended recipient you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.*