# Exhibit 14

Bulldozer Hospitality Group Inc - La Baia 255 Harmon Ave Fort Lee, New Jersey 07024

| Name<br>KATHERINE FERNANDEZ<br>Address<br>5835 GRANGER ST<br>CORONA, NY 11368 | Employee ID<br>1970<br>SSN<br>xxx-xx-4058<br>Net Pay<br>$927.66<br>Fed Filing Status<br>M,0<br>Fed Add. Amount<br>0 | Pay Begin Date<br>12/23/2024<br>Pay End Date<br>12/29/2024<br>Check Date<br>01/07/2025<br>State Filing Status<br>NY - M, 0<br>State Add. Amount<br>0.00 | Paygroup<br>La Baia<br>Department<br>La Baia<br>Location<br>La Baia<br>Job Title<br>Staff<br>Pay Rate<br>$10.00 / Hourly |
|---|---|---|---|

## Paycheck Summary

|  | Gross Earnings | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|
| Current | $1,179.04 | $251.38 | $0.00 | $927.66 |
| YTD | $1,179.04 | $251.38 | $0.00 | $927.66 |

## Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|
| Cash Gratuities Owed | $13.40 |  |  | $0.00 |
| Gratuity | $2.70 |  |  | $0.00 |
| REGULAR | $404.10 | 26.94 |  | $15.00 |
| Tips Owed | $758.84 |  |  | $0.00 |
| **TOTAL** | **$1,179.04** | **26.94** | **0.00** |  |

## Non-Taxable Earnings

| Description | Amount | Worked Hours | Non-Worked Hours | Rate |
|---|---|---|---|---|

## YTD Earnings

| Description | Taxation | YTD Amount | YTD Hours Worked | YTD Non-Worked Hours |
|---|---|---|---|---|
| Cash Gratuities Owed | Taxable | $13.40 |  |  |
| Gratuity | Taxable | $2.70 |  |  |
| REGULAR | Taxable | $404.10 | 26.94 |  |
| Tips Owed | Taxable | $758.84 |  |  |
| **TOTAL** |  | **$1,179.04** | **26.94** | **0.00** |

## Taxes

| Description | Amount | YTD |
|---|---|---|
| City Withholding - NY City Resident | $39.65 | $39.65 |
| Federal Income Tax | $63.08 | $63.08 |
| FICA | $73.10 | $73.10 |
| FLI Withholding - NY | $4.57 | $4.57 |
| Medicare | $17.10 | $17.10 |
| SDI Withholding - NY | $0.60 | $0.60 |
| State Withholding - NY | $53.28 | $53.28 |
| **TOTAL** | **$251.38** | **$251.38** |

## Before Tax Deductions

| Description | Amount | YTD |
|---|---|---|

## After Tax Deductions and Other

| Description | Amount | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|

## Net Pay Distribution

| Payment Type | Paycheck Number | Account Type | Account Number | Amount Paid |
|---|---|---|---|---|
| Check | 700892 | n/a | XXXXXXXX | $927.66 |

## Time Away From Work

| Type | Start | End | Earned | Taken | Upcoming | Available |
|------|-------|-----|--------|-------|----------|-----------|

Case 1:25-cv-04490-AS    Document 90-14    Filed 01/22/26    Page 3 of 3

Balances as of processing date and could be impacted by accruals and taken time. Please refer to the system for the most up to date balances.

**Memo**

## Additional Information

**Regular Rate of Pay/Minimum Wage**  $16.50

**Tip Credit:**

| HOURLY RATE | TIP CREDIT | HOURS | TIP CREDIT ALLOWED | TIP MAKEUP | TIP CREDIT DEDUCTION |
|---|---|---|---|---|---|
| $15.00 | $1.50 | 26.94 | $40.41 | | |
| TOTAL | | | $40.41 | $0.00 | $40.41 |