# EXHIBIT A



# LA BAIA
#### NEW YORK

## Corrective Action Record

**Employee Name:** Katherine Fernandez
**Position:** ~~Food~~ Runner
**Date:** 3/23/24
**Restaurant Location:** Osteria La Baia
**Supervisor's Name:** Julia Perez

**Corrective Action Information**
**Reason for Action:** Did'nt attend the mandatory general meeting
**Type of Action:** Written warning
**Date of Previous Discussion(s):**
**Result of Previous Discussion:**

*Identify specific behaviors, performance, or events leading to corrective action:*
**Facts:**

*What is the company standard policy/procedure?*
**Bulldozer Hospitality Group Standard:**

*Why is failure to meet standard a problem for the company, department, or other employees?*
**Why it's a problem:**

*State what the employee must do to improve, and list time allowed for improvement:*
**Improvement required:** Every general meeting attendance is mandatory.

*What disciplinary action will follow for failure to improve?*
**Failure to Improve:** Any further violation of the above mentioned incident, or any other company violation, may result in additional corrective action, up to and including termination.

**Employee Comments:**

**Acknowledgement**

**Employee Name**
**Employee Signature** [signed]  **Date** 23/3

**Supervisor Name** Julia Perez
**Supervisor Signature** [signed]  **Date** 3/23/24

**Witness Name** JANOS PALIKO
**Witness Signature**  **Date**

Employee reviewed *Corrective Action Record* and refused to sign  X Yes ___ No

DEFS-000004