# EXHIBIT B

7:57 🌙 

✕    **JULIO PEREZ**

| Period | Employee | Job | Hours wo | Tips and g | Tips and g | Cash tips | Non- |
|--------|----------|-----|----------|------------|------------|-----------|------|
| y Lunch | Anastasiya Spivak | Bartender | 5.15 | | 130.01 | | |
| y Lunch | Jovana Knezevic | Host | 4.5 | | 22.75 | | |
| y Lunch | Aldina Avdic | Host | 0.18 | | 0.91 | | |
| y Lunch | Renan Arias | Server | 5.17 | 204.5 | 130.53 | | |
| y Lunch | Nicole Theresa Simpkins | Server | 5.82 | 324.19 | 146.95 | | |
| y Lunch | Jarrod Thomas Marx | Server | 2.06 | 239.88 | 52.12 | | |
| y Lunch | JASON MOLINA | Server Assistant | 4.08 | | 61.82 | | |
| y Lunch | Artemio Lopez | Server Assistant | 4.25 | | 64.47 | | |
| y Lunch | Samet Dogan Soma | Server Assistant | 4.52 | | 68.52 | | |
| y Lunch | Moises Antonio Galvez Alarcon | Food Runner | 5.12 | | 90.49 | | |
| | | | | | | | |
| y Dinner | Anastasiya Spivak | Bartender | 5.19 | 34.66 | 230.16 | | |
| y Dinner | Eduard Volkov | Bartender | 7.62 | 76.71 | 337.67 | | |
| y Dinner | Nada Saranovic | Host | 3.49 | | 30.98 | | |
| y Dinner | Aldina Avdic | Host | 5.37 | | 47.63 | | |
| y Dinner | Maria Alejandra Diaz Suesca | Server | 4.64 | 559.74 | 205.7 | | |
| y Dinner | JULIO PEREZ | Server | 6.88 | 313.4 | 305.16 | | |
| y Dinner | Bojan Zivkovic | Server | 6.27 | 574.92 | 277.95 | | |
| y Dinner | Blerta Komoni | Server | 7.2 | 809.5 | 319.22 | | |
| y Dinner | Andrea Calandri | Server | 7.08 | 745.84 | 313.96 | | |
| y Dinner | Jarrod Thomas Marx | Server | 5.02 | 398.64 | 222.53 | | |
| y Dinner | Ovidiu Cretu | Server | 6.52 | 746.26 | 288.9 | | |
| y Dinner | Ahmad Zubayr | Server Assistant | 7.8 | | 207.34 | | |
| y Dinner | JASON MOLINA | Server Assistant | 5.54 | | 147.35 | | |
| y Dinner | Bayram Turan | Server Assistant | 5 | | 133 | | |
| y Dinner | Artemio Lopez | Server Assistant | 5.09 | | 135.28 | | |
| y Dinner | James Andres Yubi Ortega | Server Assistant | 5.84 | | 155.33 | | |
| y Dinner | Jairo Mantuano | Server Assistant | 6.98 | | 185.6 | | |
| y Dinner | Mauricio Acosta Guerra | Server Assistant | 7.2 | | 191.46 | | |
| y Dinner | Samet Dogan Soma | Server Assistant | 4.6 | | 122.28 | | |
| y Dinner | KATHERINE FERNANDEZ | Food Runner | 5.66 | | 175.65 | | |
| y Dinner | JOSE Sanchez | Food Runner | 7.3 | | 226.54 | | |

Saturday, 04/05/25

TipPeriodData-2025_04_05    +

Fernandez0116