# EXHIBIT C



Fernandez0136



Fernandez0138



Fernandez0140