# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

January 26, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      *Re:*    Fernandez v. Bulldozer Hospitality Group, Inc., *et al.*
              Case No.: 1:25-cv-4490 (AS) (GS)

Dear Judge Subramanian:

This firm represents the Defendants Bulldozer Hospitality Group, Inc (hereinafter "Bulldozer" or the "Corporate Defendant"), Robert Petrosyants ("Petrosyants"), and Mariana Shahmuradyan ("Shahmuradyan") (Petrosyants and Shahmuradyan collectively hereinafter the "Individual Defendants") (the Corporate Defendant and the Individual Defendants collectively hereinafter the "Defendants") in the above-referenced case. Defendants respectfully submit this letter motion for an extension of time to file reply papers in further support of their motion for summary judgment and to oppose Plaintiffs' Katherine Fernandez ("Fernandez"), Javier Molina ("Molina"), and Adrian Montor-Peran ("Montor-Peran")[1] (Fernandez, Molina, and Montor-Peran collectively hereinafter the "Plaintiffs") motion to certify a class action and to certify a collective action (the "Certification Motion"). For the reasons set forth below, this Court should exercise its discretion in favor of granting the requested extensions.

**Legal Standard**

Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expire." <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

**Relevant Procedural History**

On December 12, 2025, the parties filed cross-motions for summary judgment and Plaintiffs filed the Certification Motion. On January 22, 2025, the parties filed opposition papers to each other's motions for summary judgment. Plaintiffs' opposition to Defendants' motion for summary judgment contains 120 asserted facts submitted in what they title "Statement of Additional Material Facts." <u>See</u> ECF Docket Entry 89. Meanwhile, in light of the fact that Molina was deposed on December 23, 2025, after cross-motions for summary judgment were filed, Defendants' submitted twenty-four (24) supplemental undisputed facts. <u>See</u> ECF Docket Entry 86. Defendants thus need sufficient time to prepare a counterstatement to the additional facts.

---

[1] Montor-Peran's correct spelling of his last name is Teran as confirmed at his deposition and payroll records.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
January 26, 2026
P a g e | 2

Currently, reply papers in further support of the cross-motions for summary judgment are due on Thursday, January 29, 2026. See Local Civil Rule 6.1(b)(3) (providing that reply papers are due seven (7) days after answering papers are filed). Further, Defendants' opposition to the Certification Motion is also due on Thursday, January 29, 2026. See ECF Docket Entry 82.

**<u>Good Cause Exists to Extend Defendants' Deadline to Oppose Both Plaintiffs' Motions</u>**

Defendants' undersigned counsel is once more engaged out of the office every day this week, with: (i) depositions on January 26, 27, 29, and 30 on Monday, Tuesday, Thursday, and Friday;[2] and (ii) a court Ordered mediation on Wednesday, January 28, 2026 in the matter of Goncalves, *et ano.* v. Kristin Sheeler Designs, LLC, *et al.*; Case No. 2:25-cv-4264 (GRB) (ST), Text Only Order dated November 20, 2025 and January 14, 2026 docket entry confirming mediation date.

Defendants respectfully submit that their undersigned counsel cannot properly complete reply papers in further support of their motion for summary judgment whilst responding to 120 separate additional "material" facts *and* oppose the Certification Motion by January 29, 2026 your undersigned will be fully engaged in these all-day depositions and mediation. Your undersigned further respectfully submits that his evenings require attention to his two (2) daughters as he is a single father with primary responsibility to care for them Tuesday and Wednesday evenings.

As previously argued, Defendants should not be forced to respond to two (2) motions at the same time, especially when their motion for summary judgment may moot Plaintiffs' motion to certify a class action and a collective action. See ECF Docket Entry 78 at 2-3 (citations omitted).

In light of the foregoing, and to enable Defendants to file proper reply papers, Defendants propose the following schedule: (i) Defendants shall oppose the Certification Motion by Wednesday, February 4, 2026; (ii) the parties shall file reply papers in further support of the cross-motions for summary judgment by Wednesday, February 11, 2026; and (iv) Plaintiffs shall file reply papers in further support of their motion to certify a class and collective action by Wednesday, February 18, 2026. The foregoing schedule will permit this Court to properly resolve this case on the merits without prejudice to either side.

Consistent with ¶ 3(E) of this Court's Rules, Defendants respectfully submit that:

---

[2] The foregoing depositions are court Ordered by the Hon. James M. Wicks, U.S.M.J. in Superb Motors Inc, *et al.* v. Deo, *et al.*; Case No.: 2:23-cv-6188 (JMW), ECF Docket Entry 363 and Text Only Order dated December 19, 2025 (" the Court adopts the deposition schedule proposed at ECF No. 363. These deposition dates are final and shall not be changed without leave from the Court"). They involve critical party-witnesses in a complex RICO fraudulent scheme involving retired and active officers of the Nassau County Police Department and a defendant-attorney who has been disqualified from representing the Defendants based on his involvement in the scheme. In other words, these depositions will take the entire day and involve substantial preparation time.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
January 26, 2026
P a g e | 3

(1) the original dates post-discovery summary judgment motions must be briefed are identified *supra*;

(2-3) there have been two (2) previous requests for an extension of time of the deadline to brief the instant motions which were granted in part and denied in part;

(4) the reason for the requested extension is set forth *supra* at page 2;

(5) Plaintiffs consent;[3] and

(6) the docket does not reflect any future date for the parties' next scheduled appearance before the Court.

In light of these circumstances, Defendants thus respectfully request that this Court exercises its discretion in favor of granting the requested extension. See Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
January 26, 2026                    Respectfully submitted,

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bulldozer Hospitality Group, Inc.,*
*Robert Petrosyants, and*
*Marianna Shahmuradyan*

---

[3] In advance of requesting a meet-and-confer, Defendants submitted the instant letter motion on January 23, 2026 at approximately 6:00 PM for the Plaintiffs' review. Consistent with LCR 37.2 and ¶ 5(B) of this Court's Practices in Civil Cases, today at approximately 8:03 AM, your undersigned met-and-conferred via email with Josef Nussbaum, Esq. ("Nussbaum") concerning the requested extensions, who consented on condition that Defendants' proposed schedule be modified to reflect the above. Defendants consent o Plaintiffs' proposed modification. The instant letter motion follows, which your undersigned informed Nussbaum will be filed. The required Lead Trial Counsel conference as defined in the Individual Rules has thus been obviated.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
January 26, 2026
P a g e | 4

**VIA ECF**
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs
Katherine Fernandez,
Javier Molina, and
Adrian Montor-Peran*

The unopposed extension request is GRANTED.

Defendants shall oppose the Certification Motion by Wednesday, February 4, 2026; the parties shall file reply papers in further support of the cross-motions for summary judgment by Wednesday, February 11, 2026; and Plaintiffs shall file reply papers in further support of their motion to certify a class and collective action by Wednesday, February 18, 2026.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 92.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 27, 2026

4