# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

February 4, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      *Re:*    **Fernandez v. Bulldozer Hospitality Group, Inc.,** *et al.*
              **Case No.: 1:25-cv-4490 (AS) (GS)**

Dear Judge Subramanian:

      This firm represents the Defendants in the above-referenced case. Defendants respectfully submit this letter motion for an enlargement of the word count to oppose Plaintiffs' motion to certify a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or Rule") and, separately, to certify a collective action pursuant to 29 U.S.C. § 216(b).

      Due to the fact Defendants had to oppose two (2) separate, but combined, motions with different standards and issues, and given the fact-intensive nature of the arguments raised in opposition due to the benefit of a full record with discovery closed, Defendants respectfully submit that an enlargement of the word count by one-a-half-times the standard word count limit of 8,750 words – i.e., 13,125 words – is appropriate. Accordingly, Defendants respectfully submit that good cause exists for an enlargement of the word count limit.

      Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       February 4, 2026                         Respectfully submitted,

                                              **SAGE LEGAL LLC**
                                               */s/ Emanuel Kataev, Esq.*
                                             Emanuel Kataev, Esq.
                                             18211 Jamaica Avenue
                                             Jamaica, NY 11423-2327
                                             (718) 412-2421 (office)
                                             (917) 807-7819 (cellular)
                                             (718) 489-4155 (facsimile)
                                             emanuel@sagelegal.nyc

                                             *Attorneys for Defendants*
                                             *Bulldozer Hospitality Group, Inc.,*
                                             *Robert Petrosyants, and*
                                             *Marianna Shahmuradyan*

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
February 4, 2026
P a g e | 2

**VIA ECF**
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*