# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 4, 2026

**<u>VIA ECF</u>**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

> ***Re:*** **Fernandez v. Bulldozer Hospitality Group, Inc.,** *et al.*
> <u>**Case No.: 1:25-cv-4490 (AS) (GS)**</u>

Dear Judge Subramanian:

This firm represents the Defendants in the above-referenced case. Defendants respectfully submit this letter motion for an enlargement of the word count to oppose Plaintiffs' motion to certify a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or Rule") and, separately, to certify a collective action pursuant to 29 U.S.C. § 216(b).

Due to the fact Defendants had to oppose two (2) separate, but combined, motions with different standards and issues, and given the fact-intensive nature of the arguments raised in opposition due to the benefit of a full record with discovery closed, Defendants respectfully submit that an enlargement of the word count by one-a-half-times the standard word count limit of 8,750 words – i.e., 13,125 words – is appropriate. Accordingly, Defendants respectfully submit that good cause exists for an enlargement of the word count limit.

Defendants thank this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
February 4, 2026

Respectfully submitted,

DENIED without prejudice. If defendants choose to re-file this letter motion, they should indicate whether plaintiffs consent and, if not, the reasons given by plaintiffs for refusing to consent. Going forward, the parties should meet and confer over the phone before filing *any* motion before the Court.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 95.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: February 5, 2026

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bulldozer Hospitality Group, Inc.,*
*Robert Petrosyants, and*
*Marianna Shahmuradyan*

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
February 4, 2026
P a g e | 2

**<u>VIA ECF</u>**

Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*