# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

February 16, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

        *Re:*    **Fernandez v. Bulldozer Hospitality Group, Inc.,** *et al.*
                **Case No.: 1:25-cv-4490 (AS) (GS)**

Dear Judge Subramanian:

      This firm represents the Defendants in the above-referenced case. Defendants respectfully submit this letter motion for a brief extension of time *nunc pro tunc* to re-file their opposition papers Plaintiffs' motion to certify a class action and to certify a collective action (the "Certification Motion"). For the reasons set forth below, this Court should exercise its discretion in favor of granting the requested extension.

**Legal Standard**

      Rule 6 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect." <u>See</u> Fed. R. Civ. P. 6(b)(1)(B).

**Relevant Procedural History**

      On February 9, 2026, this Court denied Defendants' motion for an enlargement of the word count limit and directed Defendants to re-file their opposition in compliance with the prescribed word count limits by Friday, February 12, 2026. <u>See</u> ECF Docket Entry 98.

      Defendants were unable to meet this deadline because a dispute during a deposition in another case on Thursday, February 11, 2026 required the parties to appear before the Hon. James M. Wicks, U.S.M.J. ("Judge Wicks") on Friday, February 12, 2026 to complete the deposition in the courtroom. <u>See</u> <u>Superb Motors Inc., *et al.* v. Deo, *et al.*</u>; Case No.: 2:23-cv-6188 (JMW), Text Only Order dated February 12, 2026 ("The parties contacted the Court during the continued deposition of Defendant, Anthony Deo ("Mr. Deo"). Present on the call was Emanuel Kataev and Jeffrey C. Ruderman for Plaintiffs, and Bonnie Walker, for Mr. Deo. The dispute was in connection with Mr. Deo's alleged deficient responses to questions posed by Mr. Ruderman. The Court reserved a ruling on this issue and directed that if the parties do not resolve the issue, then the parties are to appear at the Central Islip Courthouse, Courtroom 1020, with a court reporter, tomorrow, February 13, 2026"), ECF Docket Entry 412, and Text Only Order dated February 13, 2026 (Electronic Minute Order for a supervised Deposition of defendant Anthony Deo on February 13, 2026).

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
February 16, 2026
P a g e | 2

**There Exists Good Cause & Excusable Neglect to Extend Defendants' Deadline Re-file**

Given the unanticipated engagement to appear before Judge Wicks to complete a deposition in the foregoing unrelated case, Defendants' undersigned counsel was unable to re-file opposition papers to the Certification Motion within the prescribed word count limit by Friday, February 12, 2026.

Consistent with ¶ 3(E) of this Court's Rules, Defendants respectfully submit that:

(1) the original date opposition to the Certification Motion was due to be refiled fell on Friday, February 13, 2026;

(2-3) there have been no previous requests for an extension of time of the deadline to re-file opposition to the Certification Motion;

(4) the reason for the requested extension is set forth *supra* at page 1;

(5) Plaintiffs take no position and note that the opposition to this motion was originally due to be filed on December 27, 2025;[1] and

(6) the docket does not reflect any future date for the parties' next scheduled appearance before the Court.

In light of these circumstances, Defendants thus respectfully request that this Court exercises its discretion in favor of granting the requested extension. See Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this honorable Court for its time and attention to this case.

---

[1] In advance of requesting a meet-and-confer, Defendants submitted the instant letter motion on February 15, 2026 for the Plaintiffs' review. Consistent with LCR 37.2 and ¶ 5(B) of this Court's Practices in Civil Cases, on February 15, 2026 and February 16, 2026, your undersigned met-and-conferred via email with Josef Nussbaum, Esq. ("Nussbaum") concerning the requested extension, who indicated he would consent if Defendants re-file the opposition papers by Sunday, February 15, 2026 – which Defendants did. This morning, Plaintiffs indicated they take no position and that opposition was originally due to be filed on December 27, 2025. The instant letter motion follows, which your undersigned informed Nussbaum will be filed. The required Lead Trial Counsel conference as defined in the Individual Rules has thus been obviated. Their representation concerning the deadline to file is inaccurate, as Defendants sought and received extensions of that deadline, and timely filed their opposition papers on February 11, 2026. The only relevant deadline here is thus February 13, 2026 pursuant to this Court's Order dated February 9, 2026.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
February 16, 2026
P a g e | 3

Dated: Jamaica, New York
February 16, 2026

Respectfully submitted,

**SAGE LEGAL LLC**
  /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*
*Bulldozer Hospitality Group, Inc.,*
*Robert Petrosyants, and*
*Marianna Shahmuradyan*

<u>**VIA ECF**</u>
Joseph & Kirschenbaum LLP
<u>Attn</u>: Josef Nussbaum, Esq.
45 Broadway, Suite 320
New York, NY 10006-3007
(212) 688-5640 (office)
jnussbaum@jk-llp.com

*Attorneys for Plaintiffs*
*Katherine Fernandez,*
*Javier Molina, and*
*Adrian Montor-Peran*

GRANTED. If this happens again and no letter-motion for an extension is filed before the Court's deadline, the Court will deny the request.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 104.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: February 17, 2026