# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Mike DiGiulio | |
| Leah M. Seliger | |

February 22, 2026

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fernandez v. Bulldozer Hospitality Group, Inc. et al,*
No.: 25 CV 4490 (AS)

Dear Judge Subramanian,

We represent the Plaintiffs in the above-referenced matter. We write in accordance with paragraph 3.E of the Court's Individual Practices In Civil Cases to respectfully request a short adjournment of the date by which Plaintiffs' reply brief in support of their motion for class/collective certification is due. Plaintiffs' reply is currently due by February 25, 2026 (*see* ECF No. 98) and Plaintiffs request and additional three days, until March 2, 2026, to file the brief.

This is Plaintiffs' first request to extend this deadline and Defendants and Defendants do not object to this request. There are no appearances scheduled before the Court and the reply brief deadline is the only pending deadline in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  s/ *Josef Nussbaum*

Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640