UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS and MARIANNA SHAHMURADYAN,<br><br>　　　　　Defendants. | No.: 25-cv-04490 (AS) |

## DECLARATION OF JOSEF NUSSBAUM

I, Josef Nussbaum, under penalty of perjury, affirm as follows:

1. I am a partner with Joseph & Kirschenbaum LLP ("JK"), Plaintiff's counsel in this action. I am familiar with the facts and circumstances set forth herein. I submit this Declaration in opposition to of Defendants' motion for summary judgment. I am familiar with the facts and circumstances set forth herein.

2. Attached hereto as **Exhibit 1** is list of cases in which JK has been appointed as class and/or collective counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2026　　　　　　　　　　　　/s/ *Josef Nussbaum*
　　　　　　　　　　　　　　　　　　　　Josef Nussbaum

1