# EXHIBIT 1

**JOSEPH & KIRSCHENBAUM LLP FIRM BACKGROUND AND
EXPERIENCE AS CLASS/COLLECTIVE COUNSEL**

Joseph & Kirschenbaum LLP has significant experience prosecuting wage and hour cases and has been approved as class/collective counsel in many class and collective actions in federal and New York State court. *See, e.g., Marin v. 310 Bowery Grp. LLC*, No. 24 Civ. 1340, 2025 U.S. Dist. LEXIS 53631 (S.D.N.Y. Mar. 24, 2025); *Restrepo v. Monte's Trattoria, Ltd.*, No. 24 CV 4482, 2025 U.S. Dist. LEXIS 44003 (S.D.N.Y. Mar. 7, 2025); *Tenezaca v. 808 Lex Rest., LLC*, No. 23 CV 8545, ECF No. 115 (S.D.N.Y. Mar. 3, 2025); *Chakma v. Sushi Katsuei, Inc.*, No. 23 Civ. 7803, 2025 U.S. Dist. LEXIS 22048 (S.D.N.Y. Feb. 7, 2025); *Chapman v. City Winery NY – Pier 57, LLC*, No. 23 CV 2778, ECF No. 130 (S.D.N.Y. Nov. 1, 2024); *Martinenko v. 212 Steakhouse Inc.*, No. 22-cv-518, 2023 U.S. Dist. LEXIS 73982 (S.D.N.Y. Apr. 27, 2023); *Gordon v. BlueTriton Brands, Inc.*, Index. No. 616877/2022, NYSECF No. 12 (N.Y. Sup. Ct. Nassau Cty. Mar. 7, 2023); *Tenezela v. Trattoria Tre Colori*, Index No. 520373/2022, NYSECF No. 9 (N.Y. Sup. Ct. Orange Cty. August 19, 2022); *Lomeli v. Falkirk Management Corp*, Index No. EF001580/2016, NYSECF No. 146 (N.Y. Sup. Ct. Kings Cty. October 13, 2021); *Katz v. Equinox Holdings, Inc.*, No. 20-CV-9856, 2022 U.S. Dist. LEXIS 78299 (S.D.N.Y. Apr. 29, 2022); *Curry v. P&G Auditors & Consultants, LLC*, No. 20-cv-6985, 2021 U.S. Dist. LEXIS 111137 (S.D.N.Y. June 14, 2021); *Sommier The Downtown LLC*, Index No. 157682/2020, NYSECF No. 9 (N.Y. Sup. Ct. Kings Cty. February 8, 2021); *Navar v. Walsh Constr. Co. II, LLC*, No. 18-cv-10476, 2020 U.S. Dist. LEXIS 93315 (S.D.N.Y. May 28, 2020); *Hunt v. Sympathy for the Devil, LLC*, Index No. 507133/2020, NYSECF Dkt. No. 9 (N.Y. Sup. Ct. Kings Cty. October 10, 2020); *Sanchez v. Craft Beekman, LLC*, Index No. 154833/2019, NYSECF No. 13 (N.Y. Sup. Ct. New York Cty. September 11, 2020); *Braunstein v. Hudson Hall, LLC*, No. 19-cv-7983, ECF No. 33 (S.D.N.Y. May 28, 2020); *Morgan v. Related Events LLC*, Index No. 152519/2017, NYSCEF No.

49 (N.Y. Sup. Ct. Kings Cty. October 10, 2019); *Argudo v. Parea Group LLC*, No. No. 18-CV-0678, 2019 US Dist. LEXIS 163249 (SDNY Sep. 24, 2019); *Ramos v. Le Bernardin, Inc.*, Index No. 525195/2018, NYSECF No. 9 (N.Y. Sup. Ct. Kings Cty. July 22, 2019); *Juarez v. Rossini's Place, Inc.*, Index No. 507379/2019 NYSECF Dkt. No. 10 (N.Y. Sup. Ct. Kings Cty. June 21, 2019); *Zivkovic v. Laura Christy LLC*, No. 17-cv-00553, 329 F.R.D. 61 (S.D.N.Y. 2018); *Murillo v. 12 East 12 Associates*, Index No. 5032011/2018, NYSECF No. 10 (N.Y. Sup. Ct. Kings Cty. June 11, 2018); *Payano v. Burberry Limited*, No. 2015-cv-10178, ECF No. 77 (S.D.N.Y. August 7, 2017); *Lucas v. JEC II LLC*, No. 16-cv-03347, ECF No. 51 (S.D.N.Y. May 30, 2017); *Giannakos v. West 44th Street Restaurant LLC*, No. 14-cv-09189, ECF No. 39 (S.D.N.Y. September 29, 2015); *Fonseca v. Dircksen & Talleyrand Inc.*, No. 13-cv-5124, 2015 U.S. Dist. LEXIS 136427 (S.D.N.Y. Sep. 28, 2015); *Heras v. OTG Mgmt.*, No. 12 CV 6138, 2015 U.S. Dist. LEXIS 199508 (E.D.N.Y. Sep. 22, 2015); *Pena v. Le Cirque, Inc.*, No. 14 Civ. 7541, ECF No. 40 (S.D.N.Y. September 16, 2015); *Murphy v. Lajaunie*, No. 13 CV 6503, 2015 U.S. Dist. LEXIS 97531 (S.D.N.Y. July 24, 2015); *Evan Hightower v. Washington Mutual Bank*, No. 11-cv-01802, ECF. No. 190 (C.D. Cal. February 3, 2015); *Juhani v. Crown Group Hospitality, L.L.C.*, No. 13-cv-03653, ECF No. 65 (S.D.N.Y. October 16, 2014); *Lizondro-Garcia v. Kefi LLC*, No. 12 Civ. 1906, 2014 U.S. Dist. LEXIS 143165 (S.D.N.Y. Oct. 7, 2014); *Sharma v. Burberry Ltd.*, 52 F. Supp. 3d 443 (E.D.N.Y. September 4, 2014); *Budo v. Bruno and Sons, Inc.*, No. 14-cv-02561, ECF No. 20 (S.D.N.Y. July 9, 2014); *Royer v. J.P. Morgan Chase & Co.*, No. 11-cv-08205 ECF No. 108 (S.D.N.Y. April 29, 2014); *Huber, et al v. Lovin Oven Catering Suffolk Inc.*, Index No. 009812/2012, March 20, 2014 Order (N.Y. Sup. Ct. Nassau Cty. March 20, 2014); *Megason v. Starjem Rest. Corp.*, No. 12-cv-1299, 2014 U.S. Dist. LEXIS 3910 (S.D.N.Y. Jan. 10, 2014); *Schear v. Food Scope Am., Inc.*, 297 F.R.D. 114 (S.D.N.Y. 2014); *Chhab v. Darden Rests., Inc.*,

No. 11-cv-8345, 2013 U.S. Dist. LEXIS 135926 (S.D.N.Y. Sep. 19, 2013); *Kaufman v. XO Restaurant Associates, Inc.*, No. 08-cv-0881, ECF No. 80 (S.D.N.Y. June 13, 2012); *Capsolas v. Pasta Res. Inc.*, No. 10-cv-5595, 2012 U.S. Dist. LEXIS 65408 (S.D.N.Y. May 8, 2012); *Silva v. Little Fish, Corp.*, No. 10-CV-7801, 2012 U.S. Dist. LEXIS 89485 (S.D.N.Y. Apr. 30, 2012); *Ramirez v. Lovin' Oven Catering Suffolk, Inc.*, No. 11-cv-0520, 2011 U.S. Dist. LEXIS 138475 (S.D.N.Y. Oct. 27, 2011); *Alderman v. 21 Club*, No. 09-cv-02418, ECF No. 64 (S.D.N.Y. September 27, 2011); *Shahriar v. Smith & Wollensky Rest. Group*, 659 F.3d 234 (2d Cir. 2011); *Allen v. Tribune New York Newspapers Holdings, LLC*, Index No. 602801/2007 (N.Y. Sup. Ct. August 24, 2011); *Ahmed v. Ark Bryant Restaurant Corp.*, No. 09-cv-04163, ECF No. 16 (S.D.N.Y. August 19, 2010); *Spicer v. Pier Sixty LLC*, 269 F.R.D. 321 (S.D.N.Y. 2010); *Shajan v. Barolo*, No. 10-cv-1385, 2010 U.S. Dist. LEXIS 54581 (S.D.N.Y. June 2, 2010); *Ahad v. BLT Steak LLC*, No. 08-cv-5528, ECF No. 210 (S.D.N.Y. May 5, 2010); *Webster v. Smithfield Associates LLC*, Index No. 08-cv-166, ECF No. 64 (S.D.N.Y. March 10, 2009); *Kelly v. BLT Steak LLC*, No. 08-cv-8708, ECF. No. 26 (S.D.N.Y. February 9, 2010); *Diaz v. Bonilla*, No. 08-cv-10396, ECF No. 14 (S.D.N.Y. July 22, 2009); *Kato v. Masa NY, LLC*, Index No. 104578/2009 (N.Y. Sup. Ct. New York Cty Jan. 28, 2010); *Williams v. Twenty Ones, Inc.*, No. 07 Civ 3978, 2008 U.S. Dist. LEXIS 117546 (S.D.N.Y. June 29, 2008); *Uddin v. Radiante LLC*, No. 07-cv-02158, ECF. No. 12 (S.D.N.Y. February 6, 2008); *Salus v. TSE Group, LLC*, No. 07-cv-03142, ECF No. 44 (S.D.N.Y. January 23, 2008).