UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS, and MARIANNA SHAHMURADYAN,

Defendants.

25-CV-4490 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants' motion for summary judgment on plaintiffs' FLSA claim, Dkt. 70, is denied. Defendants' motion for summary judgment on plaintiffs' claim under NYLL § 196-d, Dkt. 70, is granted in part and denied in part.

Plaintiffs' motion for summary judgment on their NYLL minimum wage claim, Dkt. 66, is denied. Plaintiffs' NYLL § 195(1)(a) claim is dismissed for lack of standing. The cross motions for summary judgment on individual liability for Shahmuradyan and Petrosyants are both denied.

Plaintiffs' motion for class certification under Fed. R. Civ. P. 23 and collective certification under the FLSA, Dkt. 60, is granted as to their surviving claims.

All other motions are denied.

The Clerk of Court is respectfully directed to terminate Dkts. 60, 66, and 70.

SO ORDERED.

Dated: September 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge