UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS, and MARIANNA SHAHMURADYAN,

Defendants.

25-CV-4490 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the Court's September 30, 2026, Order, counsel are hereby ORDERED to provide the Court on or before **October 19, 2026** with proposed trial dates within the next six months. In addition, on or before **October 19, 2026**, plaintiffs should file a revised proposed notice of class and collective action certification.

SO ORDERED.

Dated: October 2, 2026
New York, New York



ARUN SUBRAMANIAN
United States District Judge