UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., d/b/a OSTERIA LA BAIA, ROBERT PETROSYANTS, and MARIANNA SHAHMURADYAN,

Defendants.

25-CV-4490 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Plaintiffs' letter-motion, Dkt. 113, does not appear to have their revised proposed notice of class and collective action attached. Plaintiffs are ORDERED to file that proposed notice.

Defendants are ORDERED to file any opposition to the requests in plaintiffs' letter, Dkt. 113, on or before October 27, 2026.

SO ORDERED.

Dated: October 20, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge