JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah M. Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 981-9587
www.jk-llp.com

October 20, 2026

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Fernandez v. Bulldozer Hospitality Group, Inc. et al,***
**No.: 25 CV 4490 (AS)**

Dear Judge Subramanian,

We represent the Plaintiffs and the Fed. R. Civ. P. Rule 23 class ("Plaintiffs") in the above-referenced matter. In accordance with the Court's Order earlier today, we write to respectfully submit Plaintiffs' proposed notice which is attached hereto as Exhibit A.

We apologize for the oversight and thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

s/ *Josef Nussbaum*

Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640