UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE FERNANDEZ, on behalf of herself and others similarly situated,

Plaintiff,

-against-

BULLDOZER HOSPITALITY GROUP, INC., et al.,

Defendants.

25-cv-4490 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's November 5, 2026 Order, plaintiffs were required to file a revised notice by November 10, 2026. To date, plaintiffs have not filed that revised notice. Plaintiffs are ORDERED to file the revised notice by November 18, 2026.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge